RECEIVED
SDNY PRO SE OFFICE

2022 OCT -4  PM 3: 13

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------------

**Marc Pierre, Attorney in Fact, National Agent and Representative**

**of the Republic of Haiti and Haitian Diaspora; Denise Jean-Jacques;**

**Isabelle Pierre; Sony Louis; Jean Merisier; Jean Charlot;**

**Bense Mackenson; Khadijah Rahmn-Akpo; Jimmy Michel;**

**Martha Brigarde; Peterson Jacinthe; Joline Camille; et al.**

<b>Plaintiff,</b>

## CLASS ACTION
## COMPLAINT

**INDEX No_____**

**PLAINTIFF DEMANDS TRIAL BY JURY**

**Relief Sought:    500 Billion**

       **Against**

**Consulate General of Haiti;**

**CORE Group/CORE Group-OAS Trustee Ens Legis UNITED STATES;**

**CORE Group/CORE Group-OAS Trustee France;**

**CORE Group/CORE Group-OAS Trustee Canada;**

De-facto; Unelected; Transitional **Administration** of Ariel Henry

<b>Defendant,</b>

-------------------------------------------------------------------------

# SUMMARY OF ACTION

Take notice, I, the Lead Plaintiff, Marc Pierre, Attorney-In-Fact do hereby appear in this class action as National Agent and Representative of said principle the Republic of Haiti and Haitian Diaspora.    HAITI REFORMATION PROJECT Inc appears in this class action as Representative of said principal the Republic of Haiti and Haitian Diaspora.    The Uni-lateral Declaration on Behalf of Haiti and the HAITI REFORMATION PROJECT TABULA-RASA ACCORD/Cease and Desist Order are at all times relevant to this action.    Any manner of questions or demands pertaining to this action may be served to HAITI REFORMATION PROJECT Inc at this address:    1900 Schieffelin Avenue 6C, Bronx, N.Y. 10466.

# JURISDICTION

- The Alien Tort Claims Act grants Federal District Courts original jurisdiction over alien (non-US) parties for torts committed in violation of the law of nations.

- The relief sought by I, the Plaintiff, Marc Pierre, Attorney-In-Fact, National Agent and Representative of said principal: The Republic of Haiti and Haitian Diaspora is 5 million.

- The relief sought by the HAITI REFORMATION PROJECT Inc. is 20 billion of the 2010 earthquake relief funds from the United Nations which was embezzled by the Clinton Foundation thru the Interim Haiti Reconstruction Commission (IHRC).

- The relief sought by the class participants is the **20 million USD paid to France in 1888 due to the 1825** Royal Ordinance of Charles X **(Indenendence Debt) which is equivalent to** $623,738,947.37 *billion in 2022*

- The relief sought by the class participants is the **40 million USD paid to the ens legis UNITED STATES in 1947 due to the 1825** Royal Ordinance of Charles X **(Independence Debt) which is equivalent to** $531,436,771.30 *billion in 2022.*

- The Class Action Fairness Act of 2005 gives jurisdiction to the federal court system in any class action suit in which there are 100 or more plaintiffs, where any of the class of plaintiffs live in a state different from any defendant, or the amount of damages sought exceeds $5 million.

# PARTIES

- The Lead Plaintiff herein, Marc Pierre, is a resident of the State of New York at 1900 Schieffelin Ave 6C, Bronx, NY 10466.

- The Plaintiff Class herein, commence this class action under the Alien Tort Claims Act (ATCA).

- The Defendant herein, General Consulate of Haiti is at all times relevant to this action.

- The Defendant herein, Government of Haiti is at all times relevant to this action.

- The Defendant herein, UNITED NATIONS is at all times relevant to this action.

- The Defendant herein, CORE Group Trustee Ens Legis UNITED STATES is at all times relevant to this action.

- The Defendant herein, CORE Group Trustee Canada is at all times relevant to this action.

- The Defendant herein, CORE Group Trustee France is at all times relevant to this action.

- The Defendant herein, Illegitimate; De facto; Unelected; Transitional Government of "Prime Minister" Ariel Henry is at all times relevant to this action.

# **PLAINTIFF CLASS ALLEGATIONS**

A. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

B. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when **the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

C.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing ***UNSCR 1542, issued on 30 April 2004,*** to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed** the Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

D.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations.** The unilateral intervention UNSCR 940 "Uphold Democracy" and the presence of this multi-national force on sovereign Haitian soil violates the self- determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

E.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru**

4

*UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada** thru a Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

F.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.** Under the doctrine of Respondeat Superior the United Nations is liable for the 18 billion in earthquake relief funds due to the fact that it was United Nations Security Council Resolution 1892 issued on 13 October 2009 which made former US president William J. Clinton UN Special Envoy to Haiti 4 months prior the catastrophic Haitian earthquake of January 12, 2010.

G.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the

5

HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.    The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

H. The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.    In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!  After receiving the** Tabula-Rasa Accord, **President Moïse also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti.  **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing    some    of    the    mandates    of    the    HAITI    REFORMATION PROJECT/TABULA-RASA ACCORD.  Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

# FACTUAL ALLEGATIONS COMMON TO ALL CAUSES OF ACTION

From ancient times Kings, known as sovereigns, were the first to establish governments on earth. When the people of Israel wanted a King to reign over the.n, like their contemporaries, they went to Judge Samuel and requested one. After consulting with the oracles Samuel's response was that "a King will take your sons and make them soldiers in his military; he will take your daughters to be perfumers and cooks and bakers; he will take the best of their harvests for himself; your male and female servants and cattle for his own use; he will take a tenth of your flocks and you yourselves will become his slaves." The Israelites would learn that the prophetic voice of Judge Samuel was correct by the time of the end of the reign of King Solomon. The key to Judge Samuel's prophetic warning is that most government devolve into tyranny and man is not designed to be a slave to government. The dire warning of Judge Samuel held true with the establishment of the Holy Roman Empire/Holy See and Cestui Que Vie Trust.

The reign of Rome continues today, thru Lex Fori, which was able to spread its domain globally under the Doctrine of Discovery. The ancient Romans were the first to create what we now call corporations. The modern word corporation is derived from the Latin word, corpus for "body"; which in earliest times in fascist Rome represented a body of people authorized to act as an individual. The Fascist Roman Corporations were codified into Roman law, known as Corpus Juris Civilus. Utilizing equites Roman Senators ability to engage in commerce, though strictly limited by law, bulk of land estates, mining operations manufacturing, construction, shipping, and tax farming companies (Publicani) were controlled by them. became wealthy. Over time, the Publicani evolved into permanent companies with numerous investors. Ancient Rome also had deposit bankers; as large Publicani employed thousands of workers spread across Roman provinces. They formed a small elite of under 10,000 members whom monopolized political, military and economic power in an empire of 60-70 million inhabitants. This is the origin of the 99% to1% ratio which exists to this day where 1% contro: 99% of the worlds' wealth thru trusts. Thru successful conquests; the Roman civilization had also developed a high sense of cultural superiority which made it easier for their empire to expand.

Zbigniew Brzezinski breaks down the cultural superiority of Rome in the Grand Chessboard: "In brief, America stands supreme in the four decisive domains of global power; militarily, it has unmatched global reach; economically, it remains the main locomotive of global growth, even if challenged in some aspects by Japan and Germany (neither of which enjoys the other attributes of global might); technologically, it retains the overall lead in the cutting-edge areas of innovation; and culturally, despite some crassness, it enjoys an appeal that is unrivaled, especially among the world's youth, all of which gives the US a political clout that no other state

7

comes close to matching. It is the combination of all four that makes America the only comprehensive global superpower!"; "Rome's imperial power, however, was also derived from an important psychological reality. Civis Romanus sum--"I am a Roman citizen"-- was the highest possible self-definition, a source of pride, and an aspiration for many. Eventually granted even to those not of Roman birth, the exalted status of the Roman citizen was an expression of cultural superiority that justified the imperial power's sense of mission. It not only legitimated Rome's rule, but it also inclined those subject to it, to desire assimilation and inclusion in the imperial structure. Cultural superiority, taken for granted by the rulers and conceded by the subjugated, thus reinforced imperial power".

**During the era of revolutions, there are three which are inter-twined and influenced each other; the French, the Americans and the Haitian Revolution. All three of these revolutions went on to heavily influence the birth of those three nations:**

A. The bedrock ideology and mythos of France's sense of cultural superiority is due to the French Revolution and its ideological basis the Declaration of the **Rights of Man and of the Citizen** set by France's National Constituent Assembly in 1789. It's this human civil rights document which set off the French Revolution from 5 May 1789 – 9 November 1799.

B. The bedrock ideology and mythos of the US sense of cultural superiority is the American Revolution (1775 to 1783); that it was a just cause; fought by the "Founding Fathers" for freedom, liberty, and justice for all. In fact, Dr. Gerald Horne; in his book The Counter-Revolution of 1776: Slave Resistance and the Origins of the United States of America; detonates the bedrock of this false premise with the revelation that it was actually the June 1772 Scotland **Somerset v Stewart** case by Lord Mansfield, a Scottish Judge, which held that chattel slavery was unsupported by the common law in England and Wales, although the position elsewhere in the British Empire was left ambiguous. This decision had a drastic effect on the American colonists and was a lynchpin for the American Revolution because it infuriated and aroused them. **Haitians also fought alongside the American revolutionaries to help them throw the British out of the American colonies. Haiti's help was crucial in at least two battles during the American Revolution in which British power was broken; at Savannah, Georgia and at Yorktown.**

C. The bedrock ideology and mythos of Haiti's sense of cultural superiority is due to the Haitian revolution and the fact that it was the only successful revolution of a "black" underclass which established the first independent "black" republic within the Americas. The Haitian Revolution was an actual revolution because it liberated an oppressed class from their oppressors regardless of class or race. Ironically, the two nations birthed during this Era of Revolutions within the Americas, are the anti-thesis to each other, pro-slavery vs anti-slavery! Haiti participated in the American Revolution but America refused to support the Haitian Revolution and actually opposed it!

8

D. **All three of the revolutions which birthed France, America, and Haiti were inspired by the Enlightenment and Tom Paine's codification of the Declaration of the Rights of Man and the Citizen; but only the Haitian revolution actually, recognized and implemented all of those rights.** The American colonies had stop being as profitable to England as their colonies in the West Indies so they were not as upset to see them go; but the French colony of Hispaniola was the most valuable in all of the Americas and France regrets the loss to this day. In fact, the Ens Legis UNITED STATES has benefitted off of the success of the Haitian Revolution more than the Republic of Haiti itself!!!

As different forms of government continue to evolve, the prophetic warning of Judge Samuel has held true as the struggle to have government serve "the people" instead of vice versa remains. But nowhere has the dire warning of Judge Samuel of a government enslaving its' people held more-true than with the establishment of chattel-slavery in the United States of America. Dr. Gerald Horne's revelation reveals that the American Revolution was actually a counter-revolution to Haiti's. It was actually fought by the American colonists in order to keep enslaving the indigene aborigine population and confiscating their land under the 'Doctrine of Discovery' is a break from normal programming. The abolishment of chattel slavery in the American colonies with Lord Mansfield Somerset's Case infuriated the American colonists who'd rather revolt against the crown than see "slaves" they considered to be property freed causing great losses in income. The amount of wealth made by Europeans in their colonial pursuit of the Americas is inconceivable. The value of human chattel to American colonists was not just in the labor they provided but resided primarily in their use as instruments of profit and residual income.

Haiti's revolution is also the only one which abolished slavery despite the rhetoric of the American Revolution. France actually tried to reimpose slavery in Haiti and **the US waited more than a century to reach the status guaranteed to Haitians. In fact, France and the US maintained slavery more than 50 years after Haiti abolished it. A little-known fact is that the influence of Toussaint L'Ouverture and President John Adams almost caused the former American colonies to abolish slavery. Toussaint had shared with John Adams the proposition that "a ruler must bring happiness to his people and happiness to humanity".** Alexander Hamilton, the first U.S. Treasury Secretary, helped L'Ouverture draft a constitution for the new nation and looked to abolish slavery also. **President John Adams was on the point of applying that directive in his next term but during the election of 1800; the delegates of one party ran against the delegates of the same party in order to elect Thomas Jefferson reversing the Adams agenda.** They knew that the proposition of slavery wouldn't have waited sixty years to be abolished had John Adams won the election of 1800. The United States (and the whole world) took a turn for the worse; with the election of Thomas Jefferson.** Ironically pro-slavery Thomas Jefferson would attempt to warn the American people about internal conspiracies late on in life when he stated: "Single acts of tyranny may be ascribed to the accidental opinion of the day, but a series of oppression, begun at a distinguished period and pursued unalterably through every change of ministers, too plainly prove a deliberate, systematical plan of reducing us to slavery."

France declared 2021 the Year of Napoleon which is fitting because his actions still have an effect on Haiti if not the world today. Haiti's victory against Napoleon at the Battle of Vertieres was not only cause for the Louisiana Purchase but it was so unexpected and ruinous that it caused him to cancel his secret plans for the Americas. **In defeating France, the Haitian Revolution exhausted the French treasury to the point where Napoleon had to sell Louisiana to the US or risk losing it to the British. Haiti's victory is the cause for the Louisiana Purchase, which doubled the size of the US** but a covert compact made between a spiteful France and the US continues to affect the fate of Haiti to this day a la Southern Compromise! The Republic of Haiti and the UNITED STATES were once again linked historically when Haiti received its' own version of 9/11 on January 12, 2010 when it was hit with a 7.0 Earthquake which killed over 300,000 people and left 1.5 million homeless. The first "black" US President Barack Obama would go on to hold a press conference flanked by former US presidents George Bush and Bill Clinton in which all types of promises were made and people across the world were told to send money in order to aid and rebuild Haiti. The response was overwhelming due to the fact that Haiti is the first independent black republic within the Americas. The Interim Haiti Reconstruction Commission would go on to collect over 13.5 billion in earthquake relief funds which was supposed to go towards rebuilding the most impoverished and least developed nation within the American Hemisphere. This catastrophic event attracted the concern of the majority of Haitian people across the diaspora. A lot of Haitian people lost family members and homes yet despite this catastrophic event the Haitian diaspora was hopeful that Haiti would be able to rebuild itself due to the record-breaking amount of earthquake relief funds raised.

I am a United States Marine Corps Veteran and Haitian National who's family is descended from the Indigenous Army of Haiti whom fought in the Haitian Revolution which established the Republic of Haiti in 1804. After a study Haiti Wiki-Leaks; the presence of US military in Haiti before the January 12, 2010 earthquake; discrepancy in casualties; embezzlement of over 13.5 billion in earthquake relief funds by the IHRC; evidence of a child sex trafficking ring in Haiti connected to the global elite and witnessing the persecution of Julian Assange, I decided his efforts shouldn't go to waste. I was compelled to do an investigation operating under the Smedley Butler corollary due to 9/11 and January 12, 2010 earthquake due to the fact:

A) The discrepancy in the number of casualties between the US State Dept. (100,000-150,000) and Haiti (300,000) was suspicious but it wasn't until the news of disappearance of billions of Earthquake Relief Funds began to filter out that I realized that all Haiti got was "We Are the World". If Haiti was going to rebuild or recover from this catastrophe it would have to be due to the assistance of the Haitian diaspora.

B) During that time, the release of Haiti Wiki-Leaks began exposing the malfeasance of actions committed in Haiti after the Earthquake by Washington DC and the UN. The Haiti Wiki-Leaks trove of emails exposed the hypocrisy behind their humanitarian efforts concerning the catastrophic Haitian earthquake and its aftermath which were used as a pretext to profit off of the misery of the Haitian people. For instance, the Haiti Wiki-leak that on February 1, 2010 the US Ambassador to Haiti, Kenneth Merten, cheerfully titled a section of his situation report, "THE GOLD RUSH IS ON!" is both

insightful and legendary.

C) Julian Assange is currently being persecuted for his release of Wiki-leaks a searchable archive for over 30 thousand emails & email attachments sent to and from Hillary Clinton's private email server while she was Secretary of State. The 50,547 pages of documents span from 30 June 2010 to 12 August 2014. Approximately 7,570 of the documents were sent by Hillary Clinton. The emails were made available in the form of thousands of PDFs by the US State Department as a result of a Freedom of Information Act request. The final PDFs were made available on March 3, 2017.

D) Haiti Wiki-Leaks went on to expose all types of illicit and illegal activities in Haiti but it didn't become dangerous and the reason Julian Assange is currently being punished; until it gave the public its' first glimpse into a child sex-trafficking network connected to the global elite.

E) The IHRC ended up operating as a pay to play unelected government, where political participation was based on money. According to Haiti Wiki-Leaks email of government messages a senior aide to Secretary of State Hillary Clinton was coordinating with a Clinton Foundation official to identify FOB's (Friends of Bill) in order to prioritize them for contracts in Haiti with the IHRC. This isn't the first time the Clintons have prioritized (Friends of Bill) in pay to play politics. During his tenure as Governor of Arkansas William J Clinton was implicated in a money laundering scheme associated with the Iran/Contra scandal. Arkansas legislators voted on a Bill creating the Arkansas Development Finance Authority (ADFA) to provide low interest bond loans to churches, schools and colleges. Instead ADFA, represented by the Rose Law Firm where Hillary Clinton worked as a lawyer and lobbyist, made low interest bond loans strictly to (Friends of Bill). The ADFA was at the center of financial dealings in which large amounts of money could be moved around easily and discreetly with no detection.

**My investigation led** to the creation of a Uni-Lateral Declaration on Behalf of Haiti on October 17, 2018 which requested, Immediate Injunctive Relief on the Government of President Jovenel Moise due to the revelation of his administration being connected to drugs, Michel Martely, and misappropriation of Petrocaribe funds. Besides requesting restitution for the 18 billion in missing Haiti Earthquake Relief Funds and for me to lead an Independent Haiti Reconstruction Commission funded by the United Nations to rebuild Haiti; the Uni-Lateral Declaration on Behalf of Haiti on October 17, 2018 also revealed these key facts:

1) **United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to**

11

restore President Jean Bertrand Aristide to the Presidency was actually an **Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations.  The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

2) *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers.  The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord w**ith Civil-Society Groupe des 184 is a violation of the UN charter.  These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government.  According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

3) **United Nations Security Council Resolution 1892 issued on 13 October 2009 made William J. Clinton UN Special Envoy to Haiti just 3 months prior to the Haitian earthquake and Executor of the IHRC Funds!  UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the Interim Haiti Reconstruction Commission (IHRC) in order to access over 13.5 billion of the Haitian Relief Funds but only FOB's got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

These colorable actions have resulted in the loss of sovereignty and the Republic of Haiti becoming a captured state of the Ens Legis UNITED STATES; UNITED NATIONS; and CORE Group-OAS Trust.  The illicit activities in Haiti exposed by the Unilateral Declaration on Behalf of Haiti of October 17, 2018 are in violation of the sovereignty of the Republic of Haiti, Geneva Convention, Magna Carta, the Nuremberg Charter, International Law, The UN Declaration on the Rights of Indigenous Peoples, The UN Declaration of the Rights of the Child, the UN

Universal Declaration of Human Rights, Tort Law, Gross Negligence. Haiti is a founding member of the United Nations; for every right there is a remedy, where there is no remedy, there is no right. The nature of Reparations to be made for the breach of UNSCR 940; UNSCR 1542; UNSCR 1892 and international obligations are in conformity with Article 36(2) of the Statute of the International Court of Justice.

A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b. any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN.

The Republic of Haiti unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a UN member since June 26, 1945.  As a USMC veteran, Haitian National, and acting agent of Haiti the Unilateral Declaration on Behalf of Haiti invoked the jurisdiction of the International Court of Justice in accordance with Article 36(1) concerning subject matters; UNSCR 940; UNSCR 1542; and UNSCR 1892.  It was completed on October 17 of 2018 and addressed to UN Secretary General Antonio Guterres for submission to the International Court of Justice.  It exposed many violations of International Law concerning UNSCR 940; UNSCR 1542; UNSCR 1892:  the existence of which, once established, constitute a breach of UNSCR 940; UNSCR 1542; UNSCR 1892 and international obligations.

Once my investigation was completed, I went to submit the Unilateral of Declaration on behalf of Haiti to the General Consulate of Haiti at 815 2nd Ave in midtown Manhattan on October 17, 2018 for processing to the ICJ.  The technocrats at the embassy were dumbfounded by my Unilateral Declaration, the information it contained and didn't know how to process it.  After submitting it for processing they had me work with an office clerk whom I made it clear to that I submitted the Unilateral Declaration because I wanted to help them recover the missing IHRC funds and rebuild Haiti.  According to the handbook of the ICJ, under this rarely used procedure; a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. I explained the process to the administrative clerks and that it needed to be forwarded to the UN Secretary General by the Ambassador to the UN after review but they placated me for weeks without letting me talk to any technocrats at the consulate or processing my document.  I stated to them that as a USMC veteran and member of the Indigenous Army of Haiti 300,000 was a great enough casualty to bring it back, so I wanted to nationalize it in order to defend and develop Haiti which was dying anyways.  I also stated that as a Haitian national I had a right to present the facts of my findings within the Unilateral Declaration on Behalf of Haiti to the Consulate General but they refused to let me speak to him.

Due to the violation of procedural due process of the International Court of Justice by the General Consulate of Haiti at 815 2nd Ave concerning Uni-Lateral Declaration on Behalf of Haiti

dated October 17, 2018.     After the catastrophic earthquake of January 12, 2010 and embezzlement of over 13.5 billion in earthquake relief funds this has resulted in irreparable harm and suffering while the people of the Republic of Haiti are left with inadequate legal remedy or relief. After being frustrated by the General Consulate of Haiti at 815 2nd Ave, I finally decided to leave a copy of the Uni-lateral Declaration on Behalf of Haiti with them until they realized how severely the sovereignty of Haiti was being violated by Washington D.C.; UN; CORE Group and decided to try and get it processed thru other avenues.    The Handbook of the International Court of Justice also states procedurally that an agent of the Haitian government normally an ambassador or senior civil servant is supposed to submit the Unilateral Declaration to the UN Secretary General for processing to the registrar but where the acting agent isn't an ambassador or civil servant his/her signature must be formally certified. After the General Consulate of Haiti at 815 2nd Ave failed to properly process the Unilateral Declaration on Behalf of Haiti, I decided to send a notarized copy to the UN Secretary General myself for processing.

I also sent a certified copy of the said document to the UN Secretary General Antonio Guterres for processing to the ICJ in November of 2018 and waited for a response but never got one. It wasn't until the release of the May 31 2019 audit of the Petrocaribe program, that I realized that UN Secretary General Guterres (even though I had followed the proper procedure, according to the ICJ manual, for my Unilateral Declaration) would keep the Unilateral Declaration from being processed to ICJ, due to his involvement with the Core Group Trust. The Key members of the CORE Group Trust which were mentioned in the audit which caught my attention were Secretary General of the UN Antonio Guterres and Secretary General of the OAS Luis Almagro. It wouldn't get processed properly due to the duplicitous actions of UN Secretary General Antonio Guterres and the Core Group Trust in Haiti on behalf of Washington D.C.  I also then realized why I never received a reply to the original notarized Uni-lateral Declaration I had sent to the UN Secretary General Antonio Guterres thru certified mail for processing to ICJ.


After ignorance of the Handbook of the International Court of Justice and the violation of procedural due process of the Unilateral Declaration on Behalf of Haiti by the UN; I was ready to give up on my efforts but due to providence I discovered the consultation firm Yahweh Law which deals with Pro Se cases like mine.  I began consulting with a judge at the firm about the violation of procedural due process concerning the Uni-lateral Declaration on Behalf of Haiti. The judge instructed me to start a petition in support of the Uni-lateral Declaration on Behalf of Haiti and to begin collecting signatures within the Haitian community.  They also advised me to start a non-profit in order to incorporate the Haitian community for a Power of Attorney.  On May 31, 2019 Haiti's Superior Court of Auditors and Adn.inistrative Disputes published an audit of Petrocaribe which revealed that President Jovenel Moïse was endorsed by the Core Group and put in position as a successful businessman via fraudulent elections.  The people of Haiti began manifesting in the streets because of the Petrocaribe scandal and it spread across the global Haitian community.  Shortly after that is when Operation Tabula-Rasa began as the people of Haiti began to cry out for a new system.


The May 2019 audit of the Petrocaribe program exposed the fact that the whole government of Haiti was complicit in embezzling public money for private coffers and complicit in the

neo-colonization of Haiti along with UN and Washington DC.  The embezzlement of the Petrocaribe program has exposed the fact that Washington DC has no intentions of developing Haiti yet won't allow the nation to develop itself.  After the death of George Floyd in May of 2020, I began to participate in BLM marches and eventually branched off with Haiti Lives Matter protests.  During the summer of 2020, as part of Operation Tabula-Rasa, I held a Haiti Lives Matter protest and collected signatures in support of my document in front of the Haitian consulate on 2nd Ave in Manhattan which refused to process my document.  They called the cops and tried to have me removed but I stood my ground until they sent a Haitian guy from the consulate to try to intimidate me.  He told me that I had to move and I told him that I'm not going anywhere until they endorse and process my Uni-Lateral Declaration on Behalf of Haiti to the International Court of Justice and handed him the dossier.  A couple of days later, he gave me Haitian Ambassador Herve Denis as a point of contact but when I finally reached Ambassador Denis; he also refused to endorse or process the dossier.  He kept telling me that he wasn't the one that wasn't supposed to process it.

I then began consulting with a judge at Yahweh Law about the refusal of Ambassador Denis to process the Uni-lateral Declaration to the ICJ.  After, making contact with, and the blatant refusal of Ambassador Denis to process the Uni-Lateral Declaration; the law office Yahweh Law then utilized all of the signatures I had gathered from the petition in support of my Uni-Lateral Declaration on Behalf of Haiti to create a Power-of-Attorney.  I also had contracts which I had collected within the Haitian community for HAITI REFORMATION PROJECT Inc. which stated what type of changes they want for Haiti.  The Power of Attorney established on 1 February 2019 by Yahweh Law made the Republic of Haiti the principal and gave Marc Pierre authorization as Attorney-In-Fact, Agent and Representative of said principal; in order to execute the mandate of said principal; the people of the Republic of Haiti and Haitian Diaspora thru HAITI REFORMATION PROJECT; as per Operation Tabula-Rasa.

After being authorized as Attorney-In-Fact, Agent and Representative by the Power of Attorney I, Marc Pierre issued the HAITI REFORMATION PROJECT Tabula-Rasa Accord which outlines how the Independent Haiti Reconstruction Commission will audit the government of Haiti and implement a new system accountable to the people.  This Cease-and-Desist Order was hand delivered to the US State Dept., Venezuela, Haiti, CORE Group Trust, and the United Nations on April 2, of 2021.   President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, complied with the Haitian diaspora by immediately implementing one of the mandates; upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord when his administration rescheduled a National Referendum for a new Constitution scheduled for April 25, 2021 in Haiti to a National Referendum for a new Constitution scheduled for June 27, including the Haitian diaspora.

All other parties notified and served with the HAITI REFORMATION PROJECT/Tabula-Rasa Accord failed to respond or comply within 30 days.  Therefore, I am commencing this legal action in **UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK to contest the CORE Group-OAS Trust and** enforce the HAITI REFORMATION

PROJECT/TABULA-RASA Accord; Cease-and-Desist-Order served to said parties.

---

### AS A FIRST CAUSE OF ACTION

**Violation of Procedural Due Process of the International Court of Justice**

**Against** Consulate General of Haiti

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed ostensibly when the **ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust** thru UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X

(**Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti.  The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X (**Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust.  In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy.  The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.**  The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust.  The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust.  The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing **UNSCR 1542, issued on 30 April 2004, to** place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); **and** violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military.  The dismantling of the Haitian military thru the  Governor's Island Agreement  signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to**

run operations. **The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of** President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti"

for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.   The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.   The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal.  After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.  I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!   After receiving the** Tabula-Rasa Accord**, President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.**  On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti.  **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!**  It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President

Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

According to the Handbook of the International Court of Justice, procedurally, an agent of the Haitian government normally an ambassador or senior civil servant is supposed to submit a Unilateral Declaration to the UN Secretary General for processing to the registrar but where the acting agent isn't an ambassador or civil servant his/her signature must be formally certified. The General Consulate of Haiti at 815 2nd Ave blocked my several attempts to properly process the Unilateral Declaration on Behalf of Haiti. With the release of the May 31 audit of Petrocaribe, it became clear that even though I had followed the proper procedure, the Unilateral Declaration on Behalf of Haiti would not get processed, to the ICJ, the General Consulate of Haiti due to the complicity of the Haitian government. The failure of the General Consulate of Haiti at 815 2nd Ave to process the Unilateral Declaration on Behalf of Haiti dated October 17, 2018 to the International Court of Justice is a violation of my rights as a Haitian National and procedural due process of the ICJ.

## AS A SECOND CAUSE OF ACTION

### Violation of Procedural Due Process of the International Court of Justice

### Against: UNITED NATIONS

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent

of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly when the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* to place the sovereign nation under

the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by Washington DC, France, and Canada thru a Tripartite Accord with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United

Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6.  ~~This is an action at law to redress the utilization of the UNITED NATIONS by the~~ **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds.  UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal.  After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.  I didn't receive a

response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora. In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace! After receiving the Tabula-Rasa Accord, President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources. Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected Ariel Henry (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN.

According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename

Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.  With the release of the May 31 audit of Petrocaribe and key members of the CORE Group Trust (Secretary General of the UN Antonio Guterres and Secretary General of the OAS Luis Almagro) implicated within the audit gave me an indication of why my dossier was being blocked by the Haitian consulate.

As a Haitian National and acting agent of Haiti; I decided to send a notarized version of the Uni-lateral Declaration on Behalf of Haiti thru certified mail to the UN Secretary General for processing to the ICJ in December of 2018 and waited for a response but never got one. Diplomatic Immunity is not applicable to violation of procedural due process.  Due to his involvement with the CORE Group Trust, and his duplicitous actions of in Haiti; UN Secretary General Antonio Guterres would never acknowledge or process the notarized Uni-lateral Declaration on Behalf of Haiti to the ICJ which is a violation of procedural due process.

According to the Handbook of the International Court of Justice the refusal of the General Consulate of Haiti at 815 2nd Ave and United Nations Secretary General Antonio Guterres to acknowledge or process the Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018 is a violation of procedural due process.  Diplomatic Immunity is not applicable to violation of procedural due process.  It was the United Nations which made William Clinton special envoy to Haiti just 3 months prior to the catastrophic earthquake of January 12, 2010; whom established the IHRC which ended up embezzling over 13.5 billion in earthquake relief funds thru the Clinton Foundation.  These colorable actions by the Clintons under the auspices of the UN have resulted in irreparable harm and suffering while the people of the Republic of Haiti are left with inadequate legal remedy or relief.

### AS A THIRD CAUSE OF ACTION

**The disenfranchisement of the Republic of Haiti by the eus legis UNITED STATES thru covert acquisition and violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt); destabilization and disenfranchisement of the Republic of Haiti thru "communism" and support of Duvalier regime**

Against:   ens legis UNITED STATES

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018.  According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state

accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning:
a. interpretation of a treaty; b any question of international law; c. the existence of which
if established would constitute a breach of an international obligation; d. nature or extent
of the reparation to be made for the breach of an international obligation.  Under this
rarely used procedure a declaration considered a unilateral act of the state concerned must
be deposited with the Secretary General of the UN signed by the states foreign minister
or it representative to the UN.  According to the handbook of the International Court of
Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory
jurisdiction of the Court.  Haiti, which unilaterally accepted the jurisdiction of the Court
of International Justice on 4 October 1921 and has been a member of the UN since 26
June 1945, and was eligible to bring the matter before the ICJ thru unilateral application
due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR
1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH);
and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens
legis UNITED STATES for the deprivation of the rights and privileges of the participants
of this class-action under Color of Law (under Section 242 of Title 18); and contest the
CORE Group Trust which was formed **ostensibly** when **the ens legis UNITED STATES,
France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society
Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the
umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of
the government of President Aristide; as per the Ottawa Initiative.  The covert placement
**of the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee
France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X
**(Independence Debt) which** required the former colony pay an indemnity of 150 million
gold francs and 50% tariff reduction on French imports, as a prerequisite for French
diplomatic recognition of the independence of the sovereign Republic of Haiti.  The
covert placement of **the Republic of Haiti under the umbrella of the CORE Group
Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the
1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired
by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens
legis UNITED STATES** for the deprivation of the rights and privileges of the
participants of this class-action under Color of Law (under Section 242 of Title 18); and
the disenfranchisement of the people of the Republic of USA and Haiti by Washington
DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust.  In 1993
US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the
Ens Legis UNITED STATES Bankruptcy.  The **United States Federal Government
was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of
the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World
Bank and the International Monetary Fund.**  The International Monetary Fund (IMF)
is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking
Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui
Que Vie Trust.  The IMF are administering the funds and assets of the Ens Legis

UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of th. USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the  Governor's Island Agreement  signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations,** thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers.  The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter.    These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas

government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8. The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of

Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora. In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace! After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources. Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

**The fact remains that it was Toussaint Louverture's invasion of Santo Domingo in 1801 (as part of the French commonwealth) which abolished slavery, liberated the island of Hispaniola from Spain, and sparked the Spanish American Wars for Independence within Latin America!** During the early period of the Spanish American Wars for Independence (1810-1825) Mexico, Central America, Simon Bolivar (Greater Colombia) and South America gained their independence from Spain and Portugal. Cuba was the last of these former colonies to declare and gain independence from Spain. In November 1879 the Spanish prime minister announced that slavery would be abolished in Cuba as from 1888. Many slave owners, believing that "free" labour would be cheaper than maintaining slaves, freed them before the deadline. Once the slaves were free, plantation owners were no longer obliged to feed them all year round. Instead they could hire workers for a few months in the busy season, leaving them to fend for themselves at other time. A new war of independence broke out in 1895, inspired by José Martí. Jailed as a teenager and then exiled from Cuba by the

Spanish colonial authorities. The Spanish American Wars for Independence culminated with the liberation of Cuba from Spain; after a series of armed conflicts between Spain and the United States (April 21 – August 13, 1898). The final Cuban Independence Movement (Ejército Libertador de Cuba) began on February 24, 1895 with the Grito de Baire, declaring Independencia o Muerte (Independence or death) and was quelled by Spanish authorities that same day. José Julián Martí y Pérez is the father of the Cuban movement for Independence from Spain. It was Marti's pilgrimage throughout the Americas in the 1880's and 1890's which helped to unite and organize the Cubans. With Antonio Maceo and Maximo Gomez, Marti worked tirelessly toward the realization of Cuban independence. He formed El Partido Revolucionario Cubano (Cuban Revolutionary party) on 5 January, 1892. This Cuban political party was organized first in New York City and Philadelphia and soon spread to Tampa and Key West, Florida. So well had they organized the anti-Spanish forces that their order for the uprising on February 24, assured the ultimate expulsion of Spain from the island.


The Cuban Revolutionary Party (Cuban Junta) is formed, in 1896 under the direction of chief policy leader Tomás Estrada Palma, to encourage and to support the Cuban insurgency and to campaign for U.S. recognition of the Cuban belligerency. In February, the U.S. Senate chose to recognize the revolutionary Cuban insurgency when it overwhelmingly passed the John T. Morgan/Donald Cameron resolution calling for recognition of the Cuban insurgency and Cuban independence. The next month the U.S. House of Representatives decisively passed its own version of the Morgan-Cameron Resolution which called for the recognition of the Cuban insurgency. Hostilities between Washington DC and Spain began on April 21, 1898; in the aftermath of an internal "explosion" of USS Maine in Havana Harbor in Cuba, leading to United States intervention in the Cuban War of Independence (which José Martí feared). In 1898 the United States stepped in, supposedly to support the Cuban independence fighters. American historians claim that US intervention in the Cuban War of Independence was for humanitarian reasons but it was actually due to the influence of U.S. foreign policy by Alfred T. Mahan (1660-1783) and his book; The Influence of Sea Power Upon History. The book advocated the taking of the Caribbean Islands, Hawaii, and the Philippine Islands for bases to protect U.S. commerce, the building of a canal to enable fleet movement from ocean to ocean, and the building of the Great White fleet of steam-driven armor-plated battleships. The Spanish American War ended with the 1898 Treaty of Paris, which ceded ownership of Puerto Rico, Guam, and the Philippine islands from Spain to Washington DC and granted the ens legis UNITED STATES temporary control of Cuba. The cession of the Philippines involved payment of $20 million ($650 million today) to Spain by the U.S. to cover infrastructure owned by Spain. The 1898 Treaty of Paris also led to the United States emerging predominant in the Caribbean and Pacific regions; which, coincidently, is precisely what US foreign policy had been advocating for since 1890! It also added more territory to Washington DC; which was a settler colonial state that began expanding under Manifest Destiny due to the Louisiana Purchase. Why did the United States take Puerto Rico as a colony while helping Cuba achieve independence? The difference may well reside in the histories of the two island-nations. There was a long-standing armed insurrectionary movement against Spain in Cuba, an island which would have been much more difficult to occupy. Puerto Rico, however, was on the way to a negotiated settlement and could present less resistance to outside forces. Puerto Rico thus became caught up in the neo-colonial aspirations of Washington DC. After "liberating" Cuba

during the Spanish American War; the US ordered the Cuban independence fighters to disarm; and a military government was established in January 1899, headed by a US general. US troops remained in the newly-independent island-nation until the Platt Amendment.

**The Platt Amendment**, was formulated by the US Secretary of War, Elihu Root, the amendment was presented to the Senate by Sen. Orville H Platt of Connecticut. It was appended to the U.S. Army appropriations bill of March 1901, and stipulated that the conditions for withdrawal of the remaining U.S. troops in Cuba since the Spanish-American War and molded the fundamental Cuban-U.S. relations until 1934. The terms of **The Platt Amendment were that** Cuba:

1. Would not transfer Cuban land to any power other than the ens legis UNITED STATES.

2. Cuba's right to negotiate treaties independently were limited.

3. Rights to a naval base in Cuba (Guantanamo Bay) were ceded to the ens legis UNITED STATES.

4. U.S. intervention in Cuba "for the preservation of Cuban independence" was permitted, and a formal treaty detailing all the foregoing provisions was provided for.

5. To end the U.S. occupation, Cuba incorporated the articles in its 1901 constitution and in 1902 the United States withdrew its troops, and Cuba became a republic.

The Cuban government was told that the US military wouldn't be withdrawn from Cuba unless they agreed to accept the Platt amendment. They were also promised that if they did agree, Cuban sugar would gain preferential access to the US market. Just as Washington DC left a gendarmerie in place after their occupation of the Republic of Haiti and the Dominican Republic; they also left one in place in Cuba. In 1906 the Cuban people revolted against the government of President Tomás Estrada Palma, who had been "re-elec.ed" without any political opposition in fraudulent elections in December of 1905. "President" Estrada called for US military assistance to suppress the revolt and two thousand US Marines landed near Havana in September 1906. Due to US corporate interests (sugar) a Dulles was brought in to rectify the situation: New York law firm Sullivan & Cromwell, where they represented many of the companies that had the most to lose from developmentalism, among them J.P. Morgan & Company, the International Nickel Company, the Cuban Sugar Cane Company, and the United Fruit Company. "John Foster Dulles was a young associate, still in his 20s at Sullivan and Cromwell, when one of the partners called him in and said, 'We've got problem in Cuba. There's been an election. And the liberals, who want to limit the power of American companies in Cuba, have won.'; "So John Foster Dulles got on the train. He went to Washington. He went to see his uncle, the secretary of state. And he told his uncle, 'We need to send two warships to Cuba and land marines in Cuba to force the liberals to call off their revolution demanding that the election be recognized.'; "Those warships were sent. The next day they began a six-yea. occupation of Cuba. That all began because of a threat to American companies that were represented by the Dulles brothers". Washington DC then established a new "provisional government" headed by US Judge, Charles

Magoon.  The ens legis US handed over a democratically elected government to the Cuban people in 1909.  The incident of January 6, 1921, is a textbook definition/example of the "gunboat diplomacy" practiced by Washington DC in Latin America and Caribbean.  Following protests against fraudulent elections conducted by President Gabriel Francisco García Menocal; Washington DC sent General Enoch Crowder to Havana in the battleship Minnesota. According to historian Hugh Thomas; "He [Crowder] kept his headquarters on the Minnesota, issuing recommendations to Menocal which were in effect orders".  Thus, while Cuba was formally independent and democratic (except that women couldn't vote); their independence and democracy were to a large extent fictitious due to the fact that the US could veto or overturn any decision by the Cuban government.  This made the Cuban government situation was conducive to a high level of corruption within their political system as politicians took bribes in return for government contracts, pardons, etc...

In 1924, former General in the Cuban War of Independence, Gerardo Machado was elected President of Cuba and his regime became extremely corrupt and highly repressive.  The Cuban Communist Party was founded in 1925 and leader murdered in Mexico in 1929 by an agent of Machado.  Political parties were suppressed; trade unionists and student activists were murdered as President Machado, a former army officer, used the army as his main instrument of power. To the Cuban people, the Machado government represented an unacceptable compromise with US interventionism.  In August of 1933 a communist led sugar workers strike closed down many sugar mills in Cuba which culminated in a General Strike on August 12 and the flight of Machado from the country.  The US ambassador Sumner Welles managed to organize a new pro-US government to replace Machado and succeeded in having Carlos Manuel de Céspedes, a conservative diplomat (and the grandson of the independence leader of the same name), declared president.  Carlos Manuel de Céspedes y Quesada led a provisional government that included members of the opposition group ABC in its cabinet.  Other groups from the Machado opposition were unsatisfied with the provisional government and on August 24, the Student Directory issued a Manifesto-Program that denounced the ABC and made various demands, including the formation of a new government.

The Sergeants' Revolt of 1933 is the precursor to the Cuban Revolution; and was a coup d'état that deposed of the provisional government of President Carlos Manuel de Céspedes y Quesada. It began as a revolt of sergeants and enlisted men in the military, who soon allied with student activists in the Directorio Estudiantil Universitario.  It began with a group of sergeants meeting at the Columbia barracks, forming the Columbia Military Union.  Their ambition to improve conditions in the army quickly expanded to a plan for regime change.  This group, included Fulgencio Batista and other members of his ABC cell, as well as Pablo Rodríguez, whom some perceived to be the group's leader.  On September 3 and 4 some of the lower-ranking officers at Columbia barracks directly raised issues of back pay and promotions with the senior officers. On September 4, Captain Mario Torres Menier appeared at a meeting of the enlisted men at Camp Columbia.  Sgt. Batista allowed him to enter and the Cuban soldiers made their complaints with mounting enthusiasm; Torres Menier withdrew to consult with other superior officers. Another meeting was scheduled for 8PM and in the interim, leaders of the coup rallied their supporters.  Batista contacted Carbó and secured the support of Juan Blas Hernández, a rebel who had opposed Machado for two years.  The meeting that evening took place in a theater with

the exclusion of the senior officers and Sgt Batista spoke from onstage, declaring:  From this moment forward, do not obey anyone's orders but mine.  First sergeants must immediately take control of their respective military units.  If there is no first sergeant, or if he refuses to take command, the senior sergeant must do so. If there is no sergeant, a corporal. If there is no willing corporal, then a soldier, and if not, then a recruit.  The units must have someone in command and he must be an enlisted man.

Thus; the sergeants took uncontested control of Columbia barracks and soon established communications with sympathetic officers in other cities.  Members of the Student Directory (José Leyva, Ramiro Valdés Daussá, Juan António Rubio Padilla, Carlos Prío Socarrás, Rubén de León, and Justo Carrillo) came to the barracks and joined forces with the army. While President Céspedes was away from Havana to survey hurricane damage, the Sergeants Rebellion forced the remaining government officers in Havana to leave their posts.  They then issued a proclamation, in alliance with students from the University of Havana, announcing that they were in control of the country, and set up a Pentarchy modeled on the then-current government of Uruguay.  The military junta of sergeants and students proclaimed that it had taken power in order to fulfill the aims of the revolution; it briefly described a program which included economic restructuring, punishment of wrongdoers, recognition of public debts, creation of courts, political reorganization, and any other actions necessary to construct a new Cuba based on justice and democracy.    After the Sergeants' Revolt of September 3, 1933 and the proclamation of sergeant Fulgencio Batista as the new Army Chief of Staff, replacing Julio Sanguily Echarte, the higher-ranking army officials (such as captains, colonels, and generals) refused to recognize this proclamation (until suffering defeat at the Battle of the Hotel Nacional). The new Army Chief of Staff Batista and university professor, Ramón Grau San Martin visited US ambassador Summer Welles on September 5 to seek approval from Washington DC and ascertain their position.  This is when Sgt Batista officially became an asset of Washington DC because after this trip Ramón Grau (one of the members of the Pentarchy) was made President of a provisional government and Batista his Chief-of-Staff; replacing the Pentarchy.  The Ramón Grau San Martin government, which included prominent former student leader Antonio Guiteras, introduced significant reforms such as the eight-hour work day, a minimum wage for workers, land reform, university autonomy and the repudiation of Cuba's foreign debt.  The US withheld recognition from the Grau government which ended up lasting only 100 days.  Washington DC then encouraged the new Army Chief of Staff Batista to carry out a coup, which he did in January 1934.  For the next six years, as Cuban Army Chief of Staff Batista, basically ran the country for Washington DC, although there were a series of other people holding the title of "President".

**The organized Mafia in United States had initiated its activities in Cuba in the early 1920's, running rum and other alcohol (during prohibition); but the creation of a criminal empire as such began toward the end of 1933, when the first arrangements were made between the recently promoted Colonel Fulgencio Batista and "the Mafia's financier", Meyer Lansky, on direct orders of the great Charles "Lucky" Luciano.  During Batista's regime Mafia operations in Cuba; were immediately organized under the supervision of four Mafia families directed by the Corsican Amleto Battisti y Lora, Amadeo Barletta, Santo**

Trafficante (father) and Meyer Lansky himself. **According to Joseph "Doc" Stacher, a friend and associate of Lansky's since their childhood together on Manhattan's Lower East Side, he was present on a day in 1933 when Lansky presented Batista with multiple suitcases filled with cash. In later meetings, Batista was given a guarantee of $3 million to $5 million a year, in exchange for a monopoly on casino gambling.** Fulgencio Batista was elected President of Cuba in 1940, with support from the Communist Party, but also from many wealthy people who feared (wrongly) that his opponent Ramón Grau San Martin would carry out a social revolution. The 1944 presidential election was won by Grau and Batista, who didn't contest the election, left office a very wealthy man (as a result of corruption), and went to live in Miami. President Ramón Grau's government, which included many former radicals of the 1930s, turned out to be even more corrupt than Batista's! **The 1946 Mob conference looked to establish a base of operations in Cuba that would make it possible for organized crime to function as an international conglomerate. Fulfilling this plan would put the Mob beyond the reach of U.S. law enforcement. By the end of 1946, important meetings were also being held in the residence of former president Batista. Meanwhile, Grau was still intent on running for re-election, whilst the poorest sectors continued to endure unemployment, black market, privileges and larceny committed by the ruling Partido Authentico and its "democracy". This is the moment when gangster groups involved in Cuban politics launched a McCarthyite repression through operations that acquired special dimensions against communists, progressive intellectuals, workers, trade unions, and peasant movements for the purpose of preventing unity among all the patriotic forces of the Cuban nation. Behind this project conceived to oppose, divide and annihilate any revolutionary influence were the Mafia and the US intelligence apparatus! Imperial concerns had not changed: they feared an insurrection that would rally the oppressed sectors of Cuban society which represented the majority of the population. Within months of the 1946 Mob conference in Havana, Lansky visited Batista in Daytona Beach and once again made a pitch: We need you back in Cuba. Everything is in place for us to achieve what we talked about many years ago.**

**It should be duly noted that the cocaine era was introduced into Cuba by the US mafia thirty years before it became popular in the United States. The drug most extensively consumed then was heroin and the distribution of South American cocaine in US markets would pose an open challenge to Mafia families in Havana to the interests of Lucky Luciano in the United States. The Mafia found in Havana its safest link: if drugs reached the Cuban capital, they were virtually in the United States, transported through the active air and sea traffic. Not only were military airports used for these purposes but also private air strips owned by members of the Batista political-military hierarchy and followers of the Partido Autentico, located in increasingly numerous country estates purchased in the western provinces.** But the economic "good-times" was not shared by most as economic and social gaps continued to widen tremendously. This led to the Cuban revolution of 1954 led by three men, Fidel Alejandro Castro Ruz and his brother Raoul and Ernesto "Che" Guevara. In 1945 Fidel Castro entered the School of Law of the University of Havana, where he became familiar with and involved in Cuban politics. Politics was his main activity at the university and in 1947 Castro joined the anti-corruption Orthodox Party. In June of 1947, Castro joined the Caribbean Legion, a group of political exiles from Caribbean countries who planned to rid

the Caribbean of dictator-led governments.  There Castro learned of a planned expedition to
overthrow the right-wing government of Rafael Trujillo, a U.S. ally, in the Dominican Republic.
Being President of the University Committee for Democracy in the Dominican Republic, Castro
joined the expedition.  The military force consisted of around 1,200 troops, mostly Cubans and
exiled Dominicans, and they intended to sail from Cuba in July 1947.  Under U.S. pressure,
President Ramon Grau's government stopped the invasion; although Fidel Castro and many of
his comrades evaded arrest.  Upon returning to Havana, Castro co-founded a legal partnership
that primarily catered to poor Cubans. He then took a leading role in student protests against the
killing of a high school pupil by government bodyguards.  The protests, accompanied by a
crackdown on those considered communists, led to violent clashes between activists and police
in February 1948, in which Castro was badly beaten.  At this point in his career he hadn't
declared himself a communist though his public speeches took on a distinctly leftist slant by
condemning social and economic inequality in Cuba.  In contrast, his former public criticisms
had centered on condemning corruption and U.S. imperialism.  Castro became involved in
efforts to build links with students in other Latin America countries, with the aim of establishing
a Latin America-wide student federation.  In pursuit of this goal, he visited Venezuela, Panama
and Colombia.  He happened to be in Colombia in 1948, at the time when that country's most
popular political leader, Jorge Eliécer Gaitán, was murdered.  This provoked a spontaneous
popular uprising, of which Castro joined, in Bogotá where crowds stormed police stations and
seized weapons.

In 1950, Fidel Castro graduated from law school, began practicing law, and retaining a strong
interest in politics.  Fidel Castro was chosen to be a parliamentary candidate of the Ortodoxo
Party in elections planned for May 1952.    During his campaign, Castro met with
General Fulgencio Batista, the former president who had returned to politics with the Unitary
Action Party.  Batista offered him a place in his administration if he was successful; although
both opposed Prío's administration, their meeting never got beyond polite generalities.
Fulgencio Batista initially rose to power as part of the 1933 Revolt of the Sergeants, which
overthrew the provisional government of Carlos Manuel de Cespedes y Quesada.  Batista then
appointed himself chief of the armed forces, with the rank of Colonel, and effectively controlled
the five-member "pentarchy" (on behalf of Washington DC) which functioned as the collective
head of state.  He maintained control through a string of puppet presidents until 1940, when he
was elected president on a populist platform.  He then instated the 1940 Constitution of
Cuba and served until 1944.  The May 1952 elections were expected to be a three-way contest
between the Autenticos (whose presidential candidate was Carlos Hevia), the Ortodoxos (whose
candidate was Roberto Agramonte, following the suicide of Eduardo Chibás), and Batista's
Unitary Action Party.  After finishing his term in 1944, Batista had moved to Florida, returning
to Cuba to run for president in 1952.  However, the former Cuban president, Gen. Fulgencio
Batista, facing certain electoral defeat, canceled the elections, and led a military coup against the
government of President Carlos Prio Socarras instead!  **On March 10, 1952, the military
seized control of all radio stations and newspapers in Havana. Tanks and other combat
vehicles drove through the city to the presidential palace, where then-President Carlos Prío
Socarrás was given the option to vacate the office of the presidency. Facing insurmountable
odds, Prío fled with little resistance and Batista took over.  One of Batista's first directives
as president was to appoint Meyer Lansky as his adviser on "gambling reform".**

35

Once back in power, Gen/President Batista began receiving financial, military and logistical support from Washington DC. Fidel Castro was deprived of being elected in his run for office by Batista's move, and like many others, considered it a one-man dictatorship. Once in power, Gen/President Batista's repressive government then began to systematically profit from the exploitation of Cuba's commercial interests, by negotiating lucrative relationships both with the American Mafia, who controlled the drug, gambling, and prostitution businesses in Havana; and with large U.S.-based multi-national companies were also awarded lucrative contracts. **The Mob invested heavily in Havana during Batista's tenure (1952-58) and built a tourism destination that rivaled Las Vegas. Every Monday at 12 noon, a bagman was allowed into the presidential palace through a side door. He carried with him a satchel filled with cash, part of a monthly payment of $1.28 million that was to be delivered to the president. The Mafia did turn Cuba into a criminal empire but they also unwittingly launched a vibrant Afro-Cuban music scene that continues to this day!** Cuba became the primary tourist destination in the Caribbean as organized crime figures flocked there to get into the game and establish successful casino operations besides other attractions. **As T.J. English describes the scene in Havana Nocturne: How the Mob Owned Cuba ... and Then Lost It to the Revolution: "The allure of organized gambling, along with fabulous nightclub floor shows and beautiful women, brought an influx of money into the city". But while the tourism sector flourished, the economic activity it generated did not benefit the island's wider population. "Foreign capital washed over the island," English writes, but the money was not used "to address the country's festering social problems," including hunger, illiteracy, subhuman housing and a high infant mortality rate.** In response, Fidel Castro, a trained lawyer, utilized legal means to try and dislodge Batista's new dictatorship but once that failed he began to organize a rebel force for the task in 1953.

Groups of activists began to make plans for the overthrow of Batista. Fidel Castro was the leader of one such group, sometimes referred to as the Youth of the Centenary (a reference to the centenary of José Martí's birth). This was the group that carried out the attack on the Moncada barracks on July 26, 1953. Castro then formed a group called "The Movement" which operated along a clandestine cell system, publishing underground newspaper El Acusador (The Accuser), while arming and training anti-Batista recruits. On the morning of July 26, 1953, Castro, his brother Raúl, and a group of about 160 armed men attacked the second-largest military base in Cuba, the Moncada Barracks in Santiago de Cuba. Their aim was to spark a nationwide insurrection which would overthrow Batista's regime. Confronted with hundreds of trained soldiers at the base, there was little chance that the attack could have succeeded. Sixty of Castro's rebels were killed; Castro and Raúl were captured and then given a trial. After a trial in

which he conducted an impassioned defense, he was sentenced by the government to 15 years' imprisonment. While imprisoned with 25 comrades, Castro renamed his group the "26th of July Movement" (MR-26-7) in memory of the Moncada attack's date, and formed a school for prisoners. The U.S.-backed Batista, looking to counter his authoritarian image, subsequently released Castro in 1955 as part of a general amnesty. He and his brother Raúl were released in a political amnesty in 1955, and they went to Mexico to continue their campaign against the Batista regime where they met fellow revolutionary Ernesto "Che" Guevara and plotted his return. There Fidel Castro organized the Cuban exiles into a Revolutionary Militia and the 26th of July (MR-26-7) Movement began! Upon his release, Castro went to Mexico where he spent the next year organizing the "26th of July Movement" (based on the date of the failed Moncada Barracks attack). On December 2, 1956, Castro and the rest of the 26th of July Movement rebels landed on Cuban soil with the intention of starting a revolution; where they were met by heavy Batista defenses, nearly everyone in the Movement was killed, with merely a handful escaping, including Castro, Raúl, Che Guevara and 9 others. They retreated to Sierra Maestra and for the next two years, Castro continued guerrilla attacks as the MR-26-7 Movement succeeded in gaining large numbers of volunteers.

**The success of Haiti's revolution and establishment of the Republic of Haiti provoked a deeply subversive counter-revolution, both at home and abroad, in many ways continues to this day. In fact, the American Revolution which is the ant-thesis to the Haiti's Revolution may be the counter-revolution also.** Like the Holy Roman Empire with the Song of Roland; the French Republic was able to rehab their **loss to Haiti, at the Battle de Vertieres,** into a win by completely erasing the event from their history books **and thereby successfully able to transmute a historical loss in order to re-inspire their National French Ethos.** During the Louisiana Purchase; Gen Napoleon made a covert compromise with the newly-independent north American colonies (a la Southern Compromise which overthrew Reconstruction after the Civil War) to "forever" keep the Republic of Haiti a failed state and marginalized within the international community. Since then France and Washington DC have always cooperated in their application of neo-colonial policies in the Republic of Haiti (as per the CORE Group-OAS Trust). France received its last indemnity payment, concerning the Independence Debt, from the Republic of Haiti in 1888; but Washington DC went on to fund the acquisition of Haiti's Treasury in 1911 by covertly acquiring the reception of interest payments related to the indemnity. Once acquiring Haiti's Independence Debt from France, Washington DC went on to pillage the Haitian Treasury of gold reserves ($500,000 taken by the American Marines for "safekeeping" in 1914). After which the National City Bank (Citigroup's predecessor) and other Wall Street banks pushed hard for the U.S. to invade in 1915 and take over Haiti's National Bank plus economy. President Woodrow Wilson then authorized an invasion of the Republic of Haiti, led by Major General Smedley Butler, in 1915. The Uni-lateral Declaration on Behalf of Haiti which was published on October of 2018 and the Republic of Haiti blocked from being processed to the International Court of Justice; exposed the fact that the Banana Wars actually began with the US invasion of the Republic of Haiti in 1915 led by USMC Major General Smedley Butler. Haiti's second colonial masters, according to Gendarmerie Commandant Gen Smedley Butler, were "trustees of a huge estate …the Haitians were our wards and we were endeavoring to develop and make for them a rich and productive property".

Ever since the death of Gen/Emperor Dessalines, right through to present day, politics in Haiti have become a question of competition between rival elements within the ruling class to get control of government funds. Coming out of the successful Haitian Revolution the most-wealthy classes were the military and mulatto class. In July of 1915, the American Admiral William Capperton landed his Marines in Haiti and began a US occupation which would last 19-years. The reason for the occupation of Haiti was to "restore order" to the country's finances and political life. A year prior to the invasion, an American war ship, the Mathias landed a Marine regiment in Port-au-Prince; whom marched to the national bank, broke it open, took the republic's gold reserve and left.

The most dramatic moment in Butler's time in service came in late spring and early summer of 1917. In April, the National Assembly of Haiti convened to rewrite the Haitian Constitution. Shortly thereafter, the American Ambassador to Haiti, Arthur Bailly-Blanchard, delivered a list of eight revisions for the Haitian government, the most contentious of which allowed for foreigners to own property in Haiti, breaking from traditional Haitian policy. In June, the National Assembly rejected the proposed revisions, and moved to pass a clause that prohibited foreign ownership. To prevent the passage of this clause, U.S. naval commanders in charge of the mission ordered Butler to dissolve the Haitian Assembly. With the support of the Haitian President, Sudre Dartiguenave, Smedley delivered a "Decree of Dissolution" to Stenio Vincent, President of the Assembly, marching into the assembly with a squad of armed gendarmes.

During the 19-year US occupation, the **Haitian–American Convention (a treaty which lasted 10 years and "expired" in 1925) was ratified; and** in 1918, a new constitution, written by FDR was adopted by Haiti. The new "Roosevelt Constitution" instituted martial law, required U.S. approval of all Haitian legislation, and erased longtime prohibitions against foreign investors buying land in Haiti. Soon after this constitution was voted by a handpicked parliament, the most fertile land in Haiti fell into the hands of American trans-national corporations. A company called MacDonald, for instance, received a contract to build and operate a railroad line from Port-au-Prince to Saint-Marc, a city one hundred kilometers northwest of the capital. The contract gave the company twenty kilometers (13 miles) on either side of the tracks. This would have been a large piece of real estate in any country let alone a small one like Haiti. **Even though the Haitian–American Convention has expired is still in effect, defacto, and enforced thru the Haitian-**gendarmerie **left in place by Washington DC, once their occupation was done.**

"Color politics" were an integral part of Haiti's political scenery long before the arrival of the US Marines in 1915. For example, Alexander Petion protege Jean-Pierre Boyer ruled Haiti from 1820 to 1843, with all important political posts filled by mulattoes. Emulating French colonial policy, he founded schools for mulattoes but none for blacks. But the 19-year US occupation only exacerbated "color politics" in Haiti because it empowered the mulatto class. The US Occupation did serve to strengthen the problem thru the implementation of racist policies carried out by U.S. Marines. Although they barely represented ten percent of the Haitian population, the four presidents during the American occupation were mulattoes.

Personal and political connections between Haiti's light-skinned elite and power centers of Washington also have lasted through today. **Ironically the most serious challenge to the US occupation came from a mulatto!   Charlemagne Masséna Péralte** was a Haitian nationalist leader who opposed the United States occupation of Haiti in 1915.  Leading guerrilla fighters called the Cacos, he posed such a challenge to the US forces in Haiti that the occupying forces had to upgrade their presence in the country.  After two years of guerrilla warfare, leading Péralte to declare a provisional government in the north of Haiti, Charlemagne Péralte was betrayed by one of his officers, Jean-Baptiste Conzé, who led disguised US Marines Sergeant Herman H Hanneken (later meritoriously promoted to Second Lieutenant for his exploits) and Corporal William Button into the rebel's camp, near Grand-Riviere-du-Nord where he was captured and killed.  In order to discourage rebel support from the Haitian population, the US troops took a picture of Charlemagne Péralte's body tied to a door, and distributed it in the country.  However, it had the opposite effect, with the image's resemblance to a crucifixion making it an icon of the resistance and establishing Péralte as a martyr.  Charlemagne Péralte's remains were unearthed after the end of the US occupation in 1935. A national funeral, attended by the then President of Haiti, Stenio Vincent, was held in Cap-Haitien, where his grave can still be seen today.

During their occupation Washington DC implemented several Jim Crow policies in Haiti; such as **re-enacted an old law called corvée.  Corvée** is a form of unpaid, forced labour, that is intermittent in nature, lasting for limited periods of time; typically for only a certain number of days' work each year.  **The law provided that each peasant must give six days of free labor a year repairing roads.  The peasants would be rounded up and marched to their assigned work area; but many never made it back home.  Where there is oppression, there will be revolt and that's exactly what happened. The Haitian peasants revolted and started an armed rebellion against the occupation. They opposed American firepower with hoes, machetes and dozens of rifles.  To put down the rebellion, the Americans and the U.S.-led Haitian army used every weapon in their arsenal. It was the first time that Americans used airplanes in combat.  The revolts by Haitians were fierce and put down harshly by the US military; killing over 2,000 in one skirmish alone.   But the resistance didn't stop, it only changed form as a group of intellectuals founded the Patriotic Union.  In their newspaper they conducted an active campaign against the US occupation of Haiti.  Finally, a strike started by students spread to other sectors and developed into a General Strike. Eventually the Americans accepted to leave and the occupation ended in August 1934 after nineteen years.**

Noirisme was a form of political and cultural ideology that grew out of indigenism, which in turn was a reaction to the American occupation of 1915-34.  The political and social caste system which was created during Saint-Domingue's colonial era; gained new momentum from the overt discrimination experienced by "black" Haitians during the 19-year American Occupation.  In response to the US occupation, intellectuals such as Jean Price-Mars criticized the mulatto elite for their embrace of French and European cultural practices, instead of facets of local culture such as Haitian Vodou and Haitian Creole, and began to call for a return to local

Haitian culture. As early as 1919, Jean Price–Mars's La Vocation de l'élite had evoked the concept of the "national spirit" (l'âme nationale) and had warned of the dangers of "fragmentation" if the Haitian people did not "instinctively feel the need to create a national consciousness from the close solidarity of its various social strata" (qtd. in Dash, Literature and Ideology, 67). This developed into the main political and cultural movement known as Noirisme. It built off of the movement which called for greater incorporation of local, Haitian culture into social and political life. The political Noiriste movement which developed sought to explain the political divisions between mulatto and black in terms of class (and was the beginnings of a black urban working class). In Cuba the forebear of political Negrismo (Noirisme) was the Partido Independiente de Color (PIC) a political party composed almost entirely of African former slaves. It was founded in 1908 by African veterans of the Cuban War of Independence. In 1912, the PIC led a revolt (Guerra de las Razas) in the eastern province of Oriente. The revolt was crushed and the party disbanded. After the revolt and among great fears of racial conflicts any political party based or advocating or promoting race or religious differences was outlawed. Countless studies of race in Latin America and the Caribbean exposes that working, playing, and sleeping together does not reduce the power of race; indeed, this apparent racial harmony serves to obscure the deeply rooted, tenacious, and systemic racial inequality that has devastating consequences for people of (more) African and Indigenous (black) descent. In the 1920's the Cabildo de los Emancipados was founded with the stated purpose of being the cultural center of Negrismo in Cuba.

Under the influence of Jean Price-Mars; Noirisme became a fully-fledged movement after the American occupation. The Les Cayes massacre (Marchaterre massacre) was a massacre which occurred on 6 December 1929 in Les Cayes and is what actually led to the end of US occupation in Haiti. In October of 1929, Haitians grew increasingly angered with American occupation of their nation and protests broke out, resulting with a General Strike. This culminated with the massacre of protesting peasants by US Marines at Les Cayes which resulted with international condemnation and later the end of American occupation. The Americans began to rethink the strategy of their 14-year occupation and by 1934, the occupation was formally ended. The massacre was instrumental in placing pressure on the United States to withdraw its occupying forces from Haiti. By 1930 President Herbert Hoover had become concerned about the effects of the occupation, particularly after a December 1929 incident in Les Cayes in which marines killed at least ten Haitian peasants during a march to protest local economic conditions. President Hoover appointed two commissions to study the situation; with former governor general of the Philippines, W. Cameron Forbes, heading the more prominent of the two. The Les Cayes massacre also influenced the Noiriste movement; and by the 1930's it would be considered the Haitian version of the Négritude movement in FranceAfrique; with its' emphasis on the African past, Voodoo religion, and the need for authentic black leadership. Noirisme is also comparable to the Harlem Renaissance and Garveyism movements at the time which were compromised by Washington DC. The Noiriste ideology was promoted by the journal Les Griots, organ of the ethnological movement started by Louis Diaquoi, Lorimer Denis, and François Duvalier. Though figures such as François Duvalier would later utilize the Noiriste ideology as pure political rhetoric (to gain his despotic regime); the initial objectives of Noirisme were akin to the empowerment dimension of the indigéniste movement, the Négritude movement (from a transnational perspective) and later, the Black Power movement in the United

States. The call was for the categorical denunciation of social and political disenfranchisement of black or darker complexioned Haitians (whom were considered inferior to mulattos based on the color of their skin).

In October of 1930, while still under occupation by the United States, Haitians held national elections for representatives to the national assembly for the first time since 1918. During the American occupation, Sténio Vincent sided with those who saw the recolonization of Haiti in the landing of the US Marines and the tutelage of state institutions by Washington DC. By opposing it and joining the Patriotic Union (a group of notables working to restore national sovereignty) he thus became part of the small minority of his class. A former mayor of the capital Port-au-Prince, he ran a popular campaign for the presidency by focusing on his opposition to the American occupation of the island. Sténio Joseph Vincent (1874-1959) was elected President of Haiti on November 18, 1930. He had graduated from law school at age 18 before ascending to head of Haiti's Chamber of Deputies by 1915. He ran a nationalist campaign for the presidency based on his fierce opposition to the United States occupation of Haiti. President Vincent's administration passed a law to regulate working conditions; set an eight-hour working day; and introduced compulsory paid holidays. His administration sanctioned the cooperative system and passed legislation that created the Family Rural Property which grants land to rural families. The Department of Agriculture to assist peasants to improve the quality of the coffee produced. President S.E. Sténio Vincent administration also offered all Jews of Europe, who wanted to acquire the Haitian Nationality, the opportunity to obtain the status of "neutral" which is how Haiti received hundreds German Jewish citizens.

Upon assuming power, however, he adopted a dictatorial stance, culminating in a major conflict with Haiti's Senate in 1935. As part of the new "Good Neighbor Policy", Franklin D. Roosevelt toured various Latin American states, including Haiti in July 1934. President Roosevelt was the first serving American President to do so. The meeting between the two Heads of State was also to serve the basis for an "elegant" departure of U.S. Marines from Haiti, and therefore to put a peaceful end to the 19-years Occupation the country. After long and arduous discussions, it was agreed that the U.S. financial advisor would be replaced by a "fiscal representative". The Banque Nationale d'Haïti returned to Haitian control while the Garde d'Haïti would be "Haitianized" and the occupation would end on October 1st, 1934. In August 1934 U.S. President Franklin D. Roosevelt withdrew the Marines; however, the United States maintained direct fiscal control of Haiti until 1941 but their indirect control over Haiti remains today. The Indigenism/Noiriste movement was held together by a shared desire to resist the US occupation, but once Washington DC withdrew in 1934; the question of national reconstitution became all the more pressing, and the differences between the various factions became more polarized. The Americans left behind a newly trained Haitian army, the Garde d'Haiti, as a gendarmerie 'to fight the people' which consisted of black soldiers and mulatto officers. It was the same Garde d'Haïti, the U.S. Marines had created as a security unit that harassed and even killed opponents of the occupation. Under the administration of President Vincent; the Garde d'Haiti was a new kind of military institution in Haiti consisting of a United States-trained commander, Colonel Démosthènes Pétrus Calixte. The Garde d'Haiti was a national organization; it departed from the regionalism that had characterized most of Haiti's previous armies. It was a force manned

overwhelmingly by enlisted blacks, while all of the Garde d'Haiti's officers, however, were mulattoes. In theory, its charge was apolitical, to maintain internal order, while supporting a popularly elected government. The Garde d'Haiti developed into the Armed Forces of Haiti (FAD'H) whom later became the new occupiers and executioners of Haiti (e yo pa janm tire yon kout peta sou lame etranje depi 1859 a jodi-a).

Before being elected president of Haiti on November 13, 1930, Sténio Vincent was a major force in the nationalist resistance against the American occupation and was elected president based largely on his nationalist credentials and promises of political reform. President Vincent nevertheless turned to authoritarian politics, soon after the US occupiers left in 1934! On June 2nd 1935, the new charter was overwhelmingly ratified, with a special provision proclaiming that "Citizen Sténio Vincent" was entitled to a new five-year term beginning on May 15th 1936. In 1935, Vincent conducted a plebiscite about extending his term in office, receiving a favorable vote to extend it to 1941. The plebiscite also approved an amendment to the constitution so that future presidents would be elected by popular vote. In 1934 Jacques Roumain founded the Haitian Communist Party; but by 1936 the Haitian Communist Party wwould be disbanded by President Vincent. Jacques Roumain (June 4, 1907 – August 18, 1944) was a Haitian writer, politician, and advocate of Marxism. He is considered one of the most prominent figures in Haitian literature. The African-American poet, Langston Hughes, translated some of Roumain's works, including Gouverneurs de la Rosée (Masters of the Dew). Jacques Roumain was arrested several times under the Vincent administration (without good reason) for his ideas, positions and political conviction that were contrary to those of the president. His novel written in 1931 entitled "The Puppets" made him a visionary because he already asked himself the question: "Who assures me that the American occupation, in 40 years, will not be renewed?". Jacques Roumain was eventually forced into exile by the Vincent administration.

Prior to the Seven Years' War (1756–63), the economy of Saint-Domingue gradually expanded, with sugar and, later, coffee. After the war, which disrupted maritime commerce, the colony underwent rapid expansion. In 1767, it exported 72 million pounds of raw sugar and 51 million pounds of refined sugar, one million pounds of indigo, and two million pounds of cotton. Saint-Domingue was known as the "Pearl of the Antilles;" the richest colonies in the 18th century French's empire. By the 1780s, Saint-Domingue produced about 40 percent of all the sugar and 60 percent of all the coffee consumed in Europe. This single colony, roughly the size of the state of Maryland, produced more sugar and coffee than all of Britain's West Indian colonies combined. While the Haitian economy was struggling under France/US domination, Cuba's economy boomed during the early 1900s when sugar was in abundance and it replaced Haiti as its' chief producer of the Caribbean. **A significant number of Haitian peasant families were displaced during the 19-year occupation of Haiti but Washington DC had plans for them. Tens of thousands of Haitian peasants were shipped to Cuba and the Dominican Republic, where the ens legis US had built dozens of sugar mills.** The US dominated the Cuban economy, and was their main trade partner, as it shipped all of the sugar from the island-nation to the US. Eventually it reached the point where most of the Cuban sugar industry was in U.S. hands, and foreigners owned 70% of the arable land. As in Cuba, American investors began showing interest in Dominican sugar around the turn of the century.

There was a U.S. military intervention in the Dominican Republic (from 1916 to 1924) which occurred on par with their occupation of Haiti. By the end of their occupation of DR, two American conglomerates owned eleven out of the twenty-one ingenios (mills) in the country; and five of the others were owned by U.S. citizens. Almost all Dominican sugar exports were sold on the U.S. market. Production climbed strongly through the 1920s, held steady from the 1930s through the 1940s, then soared upward in the late 1950s. After Cuba, the Dominican Republic was the second-largest producer of sugar in the Caribbean but hardly any of the profits were reinvested into the local economy. Washington DC left a gendarmerie in place which Rafael Leonidas Trujillo emerged from to assume power once US occupation was over. **It's obvious that the sugar mills in Cuba and DR were built with cheap Haitian labor in mind because only one was built in Haiti. Washington DC had returned a defacto slave trade to Haiti all over again in the twentieth century.**

In 1937, thousands of Haitians, perhaps up to a hundred thousand, working as migrant laborer's in the cane fields of Cuba were expelled by the despotic (Washington DC backed) Fulgencio Batista regime. After being expelled by the Fulgencio Batista regime; many of these Haitian migrant laborers' sought refuge in the Dominican Republic. The cause of this shift was the difficulty of black Cubans and Dominicans gaining full-fledged citizenship under suspicion of being Haitian. Haitian migration to Cuba was an outgrowth of global trends brokered by nation-states in which foreign temporary contract workers were replacing indentured labor. Legalized migration from Haiti between 1913 and 1931 was a result of land seizures and violence of the US occupation (1915 to 1934). The rural Haitian laborers were victims of Washington DC's imperialistic designs, mulatto class, and corrupt Haitian state officials. They were driven to migrate to Cuba, to cut sugar cane for US companies, where they toiled away at the bottom rung of the social and economic ladder. In Cuba they were also segregated by race and national origin. In October of 1937 troops and police from the Dominican Republic massacred thousands of these Haitian migrant laborer's living near the border in what has become known as the Parsley Massacre. The Dominican President Rafael Leonidas Trujillo (whose maternal grandmother was Haitian) mobilized this pogrom in which between twenty to thirty thousand Haitians were massacred. It was the US Marines whom instructed/trained Rafael Leonidas Trujillo; and made him head of the GND (Dominican National Guard) in 1918; and the Commander-in-Chief of the National Army in 1927. President Trujillo unleashed his army and conscripted civilians to murder thousands of Haitian migrant labourers throughout the border region and beyond. The operation lasted several weeks and had been planned at least a year in advance. Men, women, and children who were black and deemed Haitian were arrested and taken to secluded areas of the Dominican countryside and murdered, mostly by machete to evade recriminations of a pre-meditated, large-scale operation by the army. U.S. Ambassador R. Henry Norweb, described the killings as "a systematic campaign of extermination"; but the Dominican government would later argue, that these killings were a defensive reaction by "patriotic" farmers protecting their lands from Haitian "cattle rustlers". The massacre was followed by a state doctrine of anti-Haitianism that defined Haitians and Haiti as historic enemies of the Dominican Republic and a racially inferior "other." In contrast, Dominicans were classified under the Eurocentric ideology of hispanidad and described as white, Catholic, and of Spanish descent. Dominican dictator Rafael Trujillo had ordered the 1937 slaughter of 20,000 Haitians out of fear they were "darkening" his country. The Dominican government continued

43

to import thousands of workers from Haiti as sugarcane cutters during this time.   The dependence on cheap Haitian labor would continue after the massacre, through the 20th and well into the 21st centuries

President Vincent's administration had enjoyed a cooperative relationship with and financial support from the government of Dominican President Rafael Trujillo until the Parsley Massacre. Just 1 month later Trujillo supported an abortive coup attempt led by Colonel Démosthènes Pétrus Calixte and young Garde d'Haiti officers in December of 1937.   President Vincent dismissed Calixte as commander and sent him abroad, where he eventually accepted a commission in the Dominican military as a reward for his efforts while on Trujillo's payroll. The attempted coup led Vincent to purge the officer corps of all members suspected of disloyalty, marking the end of the apolitical Garde d'Haiti.   The administration of President Vincent's failure to press for justice for the slain workers prompted protests in the capital Port-au-Prince.   The news of the Parsley Massacre aroused nationalist sentiments among almost all Haitians of the time.     Strikes, student demonstrations, public denunciations of the president accused his administration of collusion with Trujillo.   Even the very young enlisted men of the Garde d'Haiti awaited his orders.   President Vincent preferred to manage the crisis through negotiations conducted under the tutelage of the United States, Cuba and Mexico by simply demanding that the Dominican government recognize that it actually had committed a massacre; that those responsible be severely punished; and that the families of the victims be compensated. He took the case to the Dominican government, which agreed in 1938 to compensate the slain workers' relatives the following year.   The Haitian President settled for an indemnity of $550,000 from Trujillo which amounted to $37 for each dead Haitian migrant labourer Haitian. It was President Vincent's slow reaction to the Parsley Massacre due to "a combination of fear, political conceit, and a desire to maintain a major source of personal capital" that placed his regime in jeopardy and served as a catalyst for popular protest against him.   The mis-handling of the Parsley Massacre by the government of President Vincent victimized the Haitian people and opponents of his government began to multiply.   **According to a study of the aftermath of the 19-year US occupation by Matthew J. Smith the Parsley Massacre is what catalyzed "black" resistance against the corrupt mulatto leadership; culminating in the revolution of 1946.**   The pinnacle of Noirisme was the 1940's, when the Noiriste movement sought to eradicate the color prejudice which created favorable opportunities for the mulatto class. President Vincent aspired to a 3rd term in 1940, however, he had to give up his project because Washington DC had already chosen the next president of the nation.   Referring to his "constructive work" and international politics, the National Assembly in March 1941 granted him a third five-year term but he declined this offer and withdrew from power.   Élie Lescot, Haiti's minister plenipotentiary in Washington, declared agent of Trujillo, was approached to be "President of Haiti" after only a month of electoral campaigning and would succeed him on May 15, 1941.

Elie Lescot was born in Saint-Louis-du-Nord to a middle-class mixed-race family, descended from free persons of color in the colonial era (mulatto class).   He traveled to Port-au-Prince to study pharmacy after completing his secondary education in Cap-Haïtien and settled in Port-de-Paix to work in the export-import business.   After a four-year stay in France during the

44

United States occupation of Haiti (1915 to 1934), he returned and held posts as Secretary of State within the Louis Borno and Sténio Vincent administrations. Four years later he was named ambassador to the neighboring Dominican Republic, where he forged an alliance with President Rafael Trujillo. After being appointed Haitian Ambassador to the United States; he moved to Washington, D.C.. His close political and economic ties to the ens legis US helped lay the groundwork for his ascendancy to Haiti's presidency, and he received the State Department's tacit backing for his succession to President Sténio Vincent in 1941. Prominent members of the Chamber of Deputies opposed Lescot's candidacy, arguing Haiti needed a black president of Haitian ancestry. He took advantage of the corrupt Trujillo regime's influence on the Haitian government and is said to have brought his way into the presidency. Antoine Louis Léocardie Élie Lescot was "elected" President of the Republic of Haiti on May 15, 1941. Lescot won 36 out of 58 votes cast by legislators but his opponent MP Max Hudicourt claimed the margin of victory was due to intimidation and beatings of legislators. President Lescot quickly moved to consolidate his control over the state apparatus by naming himself head of the Guard d'Haiti and appointing a clique of white and members of the mulatto elite to major government posts; including his own sons. This action earned him great disdain among Haiti's Noiriste Movement. In 1941, President Élie Lescot instituted an anti-superstition campaign that required voodouists to officially renounce their religion in favor of Catholicism. The voodouists outwitted the government by beginning their oath with the word Zomangay, or "I promise," which also happens to be the name of a vodou spirit, or lwa. The Lescot administration also empowered the Syrio-Lebanese class and his government financed them in several industries. His administration is the lynchpin for their domination of the economy today. In 1941, under the presidency of Élie Lescot; the Haitian-American Agricultural Development Company (SHADA) was created with a $5-million grant from the US Export-Import Bank. This megaproject, spanning 100,000 hectares in Haiti, was set up to produce rubber for the Allied countries engaged in World War II. By 1944, the project had failed: productive capacities collapsed, no durable infrastructure was left, and peasants were forcibly displaced from their lands. The economic failures were accompanied by repression and surveillance. A government law was formulated requiring the presence of a police officer at all meetings of workers associations.

At the behest of Washington DC, President Lescot declared war on the Axis on December 8, 1941, the day after the bombing of Pearl Harbor, and authorized a passport to any Jew who applied for it. In 1942 Lescot claimed the war required the suspension of the constitution and had the parliament give him unlimited executive powers. His political opponents were subject to physical harassment and surveillance by security forces. During WWII Lescot declared himself Commander-in-Chief of the military, and his power resided in a clique that ruled with the tacit support of the Haitian national guard. He repressed his opponents censored the press, and compelled the legislature to grant him extensive powers. He handled all budget matters without legislative sanction and filled legislative vacancies without calling elections. Lescot commonly said that Haiti's declared state-of-war against the Axis powers during World War II justified his repressive actions. Haiti, however, played no role in the war except for supplying the United States with raw materials and serving as a base for a United States Coast Guard detachment. Because an Axis blockade cut off rubber supplies from the East, as part of the war

efforts, the United States encouraged President Lescot to implement an ambitious program to produce rubber.  Rubber was a precious material whose scarcity of; had consequences for the continuation of WWII.  President Lescot's administration began an ambitious program, in cooperation with the United States, to expand wartime production of rubber in the Haitian countryside.  The Export-Import Bank in Washington loaned President Lescot's administration $5 million in 1941 for the development of rubber plants in Haiti.  The program was called the Haitian-American Society for Agricultural Development, Société Haïtiano-Américane de Développement Agricole, (SHADA) and managed by American agronomist Thomas Fennell. President Lescot energetically campaigned on SHADA's behalf, arguing the program would modernize Haitian agriculture while Washington DC promoted the project with a robust public relations campaign.  For example, Japan, before sanctions, produced 80% of the world's rubber before the war. President Lescot saw rubber as a source of development for the country, as was the cane industry for the Dominican Republic. He even made the decision to retain and repatriate Haitian labor from the Dominican Republic.  SHADA began production in 1941 with the provision of ample military support per contract with the US government.  Haiti embarked on the large-scale planting of cryptostegia, which produces latex whose processing produces rubber. To facilitate the large-scale production of rubber, hundreds of peasants were expropriated, often by force and without compensation.  Hundreds of hectares of fruit trees were cut down; forcing farmers to stop producing fruits and vegetables to prepare the land for planting cryptostegia.


After nearly a million fruit-bearing trees in Jérémie were cut down and peasant houses invaded or razed, the Haitian Minister of Agriculture, Maurice Dartigue, wrote to Fennell asking him to respect "the mentality and legitimate interests of the Haitian peasant and city-dwellers".  By 1943, an estimated 47,177 acres (190.92 km2) were cleared for the planting of cryptostegia vine, which was considered to yield high amounts of latex. The program eventually claimed over 100,000 hectares of land as farmers in Haiti's northern countryside were lured from food crop cultivation to meet increasing demand for rubber.  Unfortunately, SHADA ended up failing because yields did not meet expectations, and insufficient amounts of rubber were produced to generate significant exports. Droughts contributed to poor harvests.  As early as 1943, the United States ruled that the project was not profitable and decided to abandon it despite President Lescot's requests.  According to a survey by the US military:  "The worst thing that can be said of SHADA is that they are doing [their operations] at considerable expense to the American taxpayer and in a manner that does not command the respect of the Haitian people". The US government ended up offering $175,000 as compensation to displaced peasants after recommending the program's cancellation.  According to historian Martha Gilbert SHADA caused the displacement of 250,000 people, the cutting of a million fruit trees, and 200,000 pines. During WWII Haitian President Elie Lescot had been granted Emergency Powers of a dictator by his congress.  With his government on the verge of bankruptcy and a faltering economy, President Lescot pleaded in vain with the United States for an extension of debt repayments after the failure of SHADA.  Relations between Lescot and the Dominican dictator, Rafael Trujillo, were also severed.  Lescot expanded the corps of the Guard d'Haiti, to include a core of mulatto commanding officers.  He also established a system of rural police chiefs, known as chefs de section, who ruled by force and intimidation (this was before Duvaliers Ton Macoutes).  He was representative of the mulatto ruling class during a time when black political radicalism (Noirism) was growing in Haiti.  In 1944 low-ranking black soldiers plotting rebellion were

caught, and seven of them were executed without court-martial.   That same year President Lescot also extended his presidential term from five years to seven.

## Haiti's Revolution of 1946

In January of 1946, the arrest of Marxist editors of a journal called La Ruche (The Beehive), by President Lescot, would set off a chain of events which would lead to the Revolution of 1946 (also heavily influenced by Noirisme) and overthrow of his regime.   The Haitian student journal, Zinglins, had criticized President Lescot's despotic regime and begun a call for freedom of press even as early as May 1945.   The government quickly suppressed this opposition voice, however, the editors of another student journal, La Ruche, continued the criticism of the regime.   On January 1, 1946 La Ruche published a paper declaring it the year for the victory of democracy over "fascist oppression," and called for freedom of the press.   At the head of this movement: Jacques Stephen Alexis, Georges Beaufils, Gérald Bloncourt, Théodore Baker, René Depestre and Gérard Chenet.   The students started the movement to end the Lescot regime by using literary outlets to vent their frustrations.   After Lescot shut down the student newspaper, violent revolts began erupting in Port-au-Prince with ferocious student demonstrations and the Presidential Garde responded by cracking heads.   World renown Jamaican sociologist, Mathew Smith, would note that from January 7 to 11 of 1946 the streets were invaded by a cheering crowd, carrying with it "the greatest moment of political hope in Haiti".

On January 8, the student leaders called for a General Strike and worked on gaining the support of workers at all levels.   The beating of demonstrators by Haitian soldiers helped to manifest support around their movement.   Storeowners shut down their shops and civil servants, laborers, teachers, and transportation workers joined the strike while demonstrators in the streets banged pots.   More than four thousand people marched through Port-au-Prince to the Presidential palace.   The demonstrations continued the next day even though military soldiers persisted in their repression and arrests of demonstrators.   The General Strike included workers from every industry and spread to cities around the country.   U.S. owned businesses were forced to stop production during the General Strike while upper-class business people and workers formed a political organization in support of the students.   Word began circulating that President Lescot was anti-black and that he had accepted favors including a $35,000 gift from the hated and despised Dominican dictator Trujillo.

On January 9, the student leaders planned protests, which spread throughout other departments in Haiti despite attempted suppression through state-sponsored violence.   The General Strike was joined by the Noiriste movement, Marxists, and workers from every industry.   Noiriste leader Daniel Fignolé and his MOP movement were integral to making the General Strike a success.   Daniel Fignolé was born in Haiti in 1927, was a major player in the Noirisme movement, established the most powerful labor union in the country, MOP.   With the creation of the radical political newspaper Chantiers in 1942; Fignolé had established himself in the Port-au-Prince political scene as a champion for the urban poor.   In 1943, Fignolé began leading

the Peasant Workers' Movement (MOP), the largest and most powerful workers' movement in the country's history. Daniel Fignolé was able to form a syndicate within MOP which included factory workers, dockworkers, hydraulic workers, gas station workers, barbers, dessert chefs, and laborers from other sectors within their network. Fignolé was able to mobilize MOP at a moment's notice to hold mass protests, known as "woulo konpresè" or Haitian Creole for "steamroller". The US occupation had left a string of wealthy mulatto rulers in power; now, the Noiriste movement (whom make-up the majority) demanded their place at the table; as "black" mobs protested at the National Palace and homes of ruling officials were plundered.

By January 10, as demonstrations continued in the streets, President Lescot declared Martial Law. In a speech to the entire nation, he stated that he would go to any measure to restore "Law&Order". When a Haitian feminist organization joined the demonstrations to march against the despotic Lescot regime; soldiers shot into the crowd, killing two demonstrators. Many other Haitian soldiers, however, refused their orders to shoot at protesters. In response to the shootings, demonstrators threw stones and started several riots throughout the day. This action precipitated student strikes and protests by government workers, teachers, and shopkeepers in the capital and provincial cities. Shops were quick to close and peasant merchants refused to bring their food from the mountain. Later that day Lescot's cabinet resigned, unwilling to work for his regime any longer, and he was unable to organize another cabinet. In the streets of Port-au-Prince, Noiristes took to the streets shouting "Down with Mulattoes!".

On January 11, 1946 representatives of the General Strike met with President Lescot, after previous negotiations, and asked for his immediate resignation but Lescot responded that he would resign in May. President Lescot then ordered the Guard d'Haiti to break up the demonstrations, but was rebuffed. In addition, Lescot's mulatto-dominated regime had alienated the predominantly enlisted black Garde d'Haiti, so his position became untenable. Colonel Franck Lavaud, head of the Garde d'Haiti, organized a military junta with Paul Magloire and Antoine Levelt. They met with the President Lescot to inform him that they refused to fire on the Haitian people in order to impose his rule upon them. They also offered the President a safe ride to the airport and a plane ticket to Canada which Lescot, a very logical man, agreed to.

In 1946, a popular movement consisting of workers and students mobilized to oust Lescot's regime. The revolt was led by young Marxists based in Port-au-Prince, the capital of Haiti. These radical energies were soon suppressed by the ruling class. Lescot ordered Colonel Lavaud – the head of the National Guard – to use all necessary force to break up the mobs. The latter refused and was immediately arrested. The second-ranking officer of the National Guard, Colonel Antoine Levelt, talked with Lavaud and US ambassador Wilson to decide the future game plan. Along with the embassy, they formed a Military Executive Council, which obtained Lescot's resignation once they convinced him his life was in danger if he remained in Haiti a day longer......Frightened out of their wits, the rest of the cabinet submitted their resignations and took to their heels and escaped from the country. At three o'clock in the morning of January 11, 1946, Lescot and his family (seated in the back of a police car) drove to Bowen Field, then

boarded a waiting plane to Miami, becoming Haiti's first exiled president since the American occupation.

The 1946 Revolution in Haiti was heavily influenced by the Noirisme Movement which displayed "black national radicalism at its peak" due to the fact that Washington DC had specifically empowered and left the mullato class in power after their 19-year occupation. Radio announcements declared that the Garde had assumed power, which it would administer through a three-member junta. In the immediate aftermath of Lescot's exile, an independent radio and print press flourished and long-repressed dissident groups expressed optimism about Haiti's future. Historian Mathew Smith emphasizes the role of Marxism and labor in the Revolution of 1946 but he also points out Fignolé's MOP (Mouvement Ouvrier Paysan), role in shaping the democratic struggle against the despotic mulatto Lescot regime. Lescot's administration was known for color prejudice, which is evident in the placement of mostly mulatto or white elites in government positions and their "unchecked" abuses of power. The mulatto class dominated political office in Haiti until the Revolution of 1946, but what allowed for its success is that the Garde d'Haiti (which was comprised of majority enlisted black men) supported the Noiriste movement and refused to fire upon the General Strike. The Haitian military was also composed of a lot of Haitian Noiristes. Despite the formation of communist, socialist, and Noiriste political groups, it was Fignolé who continued to have the strongest following among urban workers in Port-au-Prince through the MOP and other labor organizations.

The Revolution of 1946 was an ongoing revolution and a novel development in Haiti's history. The Garde d'Haiti assumed power as an institution, not as an instrument of Washington DC nor mulatto class, but the Haitian people. The members of the military junta, known as the Military Executive Committee (Comité Exécutif Militaire), were Garde commander Colonel Franck Lavaud, Major Antoine Levelt, and Major Paul E. Magloire, commander of the Presidential Guard. Upon taking power, the military junta pledged to hold free elections for a civilian government. The military junta did explore other options but were held accountable by the Noiriste movement and public clamor. Advocates of the Noirisme Movement, known as the Noiristes, believed that the most basic problem in Haiti was minority rule, by a mulatto ruling class, which had utilized and monopolized the state; to oppress the black majority and maintain power since the 19-year US occupation. The Noirisme Movement represented the poor and disenfranchised populace (proletariat) who happened to be black. Following the 1946 Revolution, Noiristes played a prominent role in shaping Haitian politics and forming of the government. Important Noiristes in this period included, Daniel Fignolé, but also the infamous "Three Ds", being: Louis Diaquoi, Lormier Denis and a little known and obscure doctor by the name of François Duvalier. The Noiristes held public demonstrations in support of potential candidates and eventually forced the military-junta to make good on their promise.

The 1946 Haitian Presidential election was an extension of and is often referred to as the Revolution of 1946. The military junta oversaw national elections for a Haiti National

Assembly in May of 1946.  After ridding themselves of the despotic Lescot regime (which installed mulattoes in virtually every post of the government) Noiriste Haitian voters turned out en masse and elected a sympathetic National Assembly.  The National Assembly set August 16, 1946, as the date on which it would select a president. The leading candidates for the office (all of whom were black) were Dumarsais Estimé, a former school teacher, assembly member, and cabinet minister under President Stenio Vincent; Félix d'Orléans Juste Constant, leader of the Haitian Communist Party (Parti Communiste d'Haïti--PCH); and former Garde d'Haiti commander Calixte, who stood as the candidate of a progressive coalition that included the Worker Peasant Movement, Mouvement Ouvrier Paysan, (MOP).  MOP chose to endorse Calixte, instead of a candidate from its own ranks, because the party's leader, Daniel Fignolé, was only twenty-six years old and too young to stand for the nation's highest office.  The Noiriste intellectuals (among them François Duvalier) showed they could mobilize the black middle classes and Daniel Fignole showed he could organize urban worker support through his populist, anti-communist Movement of Workers and Peasants (MOP).  The candidates of Haiti's 1946 Presidential elections were the consequences of the 1946 Revolution and left a small margin of error for Washington DC nor military junta to sabotage their efforts.  The leaders of the military junta wouldn't countenance the election of Juste Constant (a communist); reacted warily to MOP candidate Calixte (due to populist Fignolé); and deemed Estimé the safest candidate.  After two rounds of polling, under the supervision of the Executive Military Committee, legislators appointed Léon Dumarsais Estimé (politically the most moderate of the three) President of Haiti on August 16th 1946 for five years.


The Haitian Revolution of 1946 culminated in the government of President Dumarsais Estimé due to the Noirisme Movement.  **Dumarsais Estimé was the Republic of Haiti's first black president since the 19-year US occupation had placed the island-nation in mulatto hands.**  With his election the Noiristes had shifted the balance of political power away from the mulatto upper class.  The administration of President Estimé was the first Noiriste government of Haiti and represented a significant departure from the previous mulatto administrations appointed by Washington DC.  **Even Haiti's Communist Party announced it was dissolving itself in order to support** Estimé's **government.**  The head of his cabinet, Roger Dorsinville, was an impassioned Noiriste who authored President Estimé's inaugural speech calling for broad reforms and empowerment of the Haiti's poor masses.  President Estimé appointed **Pierre-Eustache Daniel Fignolé** (head of MOP whom was one of the most powerful and influential Noiriste of that time) as Minister of Education.  Popular Noiriste Dr. François Duvalier also aligned himself with the administration of President Dumarsais Estimé (his mentor from the University of Haiti) and was appointed Secretary of Labour and Director General of the National Public Health Service.  Dr. François Duvalier served as General Secretary of **Fignolé's** MOP before an acrimonious departure in order to serve Estimé's administration.  President Dumarsais Estimé's government also inherited the ideals of the 1946 revolution and its tenets.  The all-inclusive Noiriste government maintained the momentum with political stability (no major crisis nor coup attempts before 1949) and clearly prioritized Haitian "black" national interests above those of France, Washington DC and the Dominican Republic.  **The Noiriste government of President Estime then began implementing their campaign promise** of black economic liberation **and a reform programme for Haiti.**  Operating under a new constitution that went into effect in November of 1946, President Estimé proposed, but never secured

50

passage of, Haiti's first social-security legislation. Estimé's government was able to expand the school system; encourage the establishment of rural cooperatives; raise the salaries of civil servant; and increase the representation of middle-class and lower-class blacks in the public sector. In March of 1947 he promoted Col Lavaud to Brigadier General and renamed the Garde d'Haiti to Forces Armée d'Haiti.

The greatest accomplishment of the Noiriste government of President Estimé was the economic liberation of the Republic of Haiti, as a commercial colony, from the Independence Debt. France was the first nation to utilize gunboat diplomacy on Haiti when they arrived with a flotilla of French warships on April 17, 1825 (cruised just out of sight of the Haitian coast) to negotiate "reparations". **In exchange for** 50% tariff reduction on French imports and **financial indemnification of 150 million francs for chattel slaves and land lost due to Haitian independence; France agreed to recognized Haiti.** Haiti's fragile new government eventually took the only available route out of isolation and succumbed to a Hobson's Choice. The amount demanded was 3 X the estimate of their actual losses by 50,000,000F but mulatto Haitian President Jean-Pierre Boyer was "coerced" into signing the Royal Ordinance of Charles X. **The payment (known as the Independence Debt) was later reduced to 90 million francs in 1838 with Haiti paying about 112 million francs in total which is comparable to US$21 billion as of 2004.** France received its last indemnity payment, concerning the Independence Debt, from the Republic of Haiti in 1888. Even though the people of the Republic of Haiti were manumitted through payment of the Independence Debt the young island-nation was actually re-enslaved as a defacto commercial colony for France due to the Independence Debt. Ever since the Louisiana Purchase France and Washington DC have covertly cooperated in their application of neo-colonial policies in the Republic of Haiti (as per the CORE Group-OAS Trust). **When President Woodrow Wilson sent US Marines into Haiti in 1915; it was so that the ens legis UNITED STATES financial oligarchy class and trans-national corporations could profit off of the Independence Debt. The Republic of Haiti went from being a commercial colony of France to a commercial colony of the ens legis US.** Washington DC went on to fund the acquisition of Haiti's Treasury in 1911 by covertly acquiring the reception of interest payments concerning the Independence Debt. Once acquiring Haiti's Independence Debt from France, Washington DC went on to pillage the Haitian Treasury of gold reserves ($500,000 taken by US Marines for "safekeeping" in 1914). After which the National City Bank (Citigroup's predecessor) and other Wall Street banks pushed hard for the U.S. to invade in 1915 and take over Haiti's National Bank plus economy.

Financial conventions and protocols imposed by Washington DC during their occupation in 1915, 1917 and 1922 (concerning the Independence Debt); were contracted in 1922, for the purposes, inter alia, of settling the balance of loans contracted with French financiers since 1830 and 1875, 1896, and 1910; as per Haiti's Independence Debt was "consolidated" to be paid off to American investors. The Republic of Haiti was coerced (forced) to accept a loan of forty million dollars to pay the Independence Debt. **During their 19-year occupation, the US controlled customs in Haiti, collected taxes, and ran many governmental institutions. There is no-telling how many billions were siphoned off the Haitian government by US**

**interests during these 19 years.** Lescot's 1941 accord with Washington DC also imposed strict tax controls and allowed for interference in Haiti's national budget. The Export-Import Bank in Washington DC had also loaned President Lescot s administration $5 million in 1941 to grow rubber plants in Haiti for the disastrous SHADA program (Haitian-American Society for Agricultural Development, Société Haitiano-Américane de Développement Agricole). Short of funds to finance Noiriste reforms, in December of 1946; the government of President Estimé sent a delegation consisting of the Minister of Finance, Gaston Margron, the Minister of External Relations, Jean Price-Mars, the Minister of Commerce, Georges Rigaud, and the Haitian Ambassador Joseph D. Charles to Washington, D.C. on a "Goodwill" mission to President Harry S. Truman. Their mission was to address the "consolidated" Independence Debt by negotiating the terms of a new loan "guaranteed by the funds set aside by the Tax Department for the purpose of repaying the holders of the loan of 1922-23". They also addressed Washington DC's Export-Import Bank's refusal to forgive and delay dues on millions of dollars of outstanding debts including those by SHADA and accrued during the US occupation.

Upon return of the Noiriste delegation; President Dumarsais Estimé learned that Washington DC viewed his Noiriste government unfavorably; as "radically left-wing"; refused to reconsider the Independence Debt and had rejected Haiti's "Goodwill" petition. US banks had also denied the government any form of debt relief and new loans. This is when the Noiriste government of President Dumarsais Estimé realized that they would have discharge the Independence Debt in order to liberate the Republic of Haiti, as a defacto commercial colony, from the financial dictates being imposed by Washington DC. **Ironically, in order to pay off the Independence Debt President Estime** launched a national campaign to collect donations from the population which was similar to **the 1826 rural code implemented by President Boyer.** In a radio speech broadcast on March 25, 1947 (made in history under the title of "Happy Miscount"), President Estimé made an extraordinary appeal to the Haitian people to help them unblock the situation and contribute to the payment of the Independence Debt: "With them or without them, we will liberate the country". Civil servants' salaries were reduced and "Financial Liberation Bonds" were issued and subscriptions poured in nationwide. Thanks to this popular mobilization and a 5% domestic loan over 10 years; the Independence Debt (and all the associated interest) was discharged on July 10, 1947 to the National City Bank of New York (now Citibank). President Estimé made the final payment of $7.6 million to Washington DC; liquidating the 1922 consolidated loan and thereby liberating the Republic of Haiti (as a commercial colony) from the US. **It took The Republic of Haiti 122 years to pay off the Independence Debt and** the young island-nation **ended up paying it off twice. The fact that France sold Haiti's Independence Debt to Washington DC and their collaborative efforts in keeping Haiti a failed state; is evidence of their covert deal during the Louisiana Purchase.**

In their pursuit of economic liberation for Haiti; the Noiriste government of President Estimé also liberated the National Bank of Haiti from the neo-colonial commercial dictates of France and Washington DC. The National Bank of Haiti was connected to the Independence Debt because it was established once the debt was imposed thereby returning Haiti to France as a defacto commercial colony. The National Bank of Haiti was conceived during the final stages

of payment of the Independence Debt to France. It was the brainchild of President Lysius Salomon, who in 1880 promoted the legislation (law of 10 September 1880) which created a 50-year concession for currency issuance and management of the country's finances. The French bank Crédit Industriel et Commercial (CIC) then made a large loan, concerning the Independence Debt, of 36 million French Francs to Haiti in 1875. CIC then went on to form the National Bank in Paris in May 1881, and appointed Ernest Lehideux as its first president. The establishment of the National Bank of Haiti; ostensibly facilitated full repayment of the Independence Debt to France for which the last payment was made in 1883. The machinations of the National Bank were controversial in Haiti, because of aggressive charging fees and repatriation of profits and dividends to France. Thus, the initial claim that it would be an "instrument" of Haitian financial independence were quickly dashed. Haitian statesman Frédéric Marcelin was a prominent critic and in 1890 wrote an essay to denounce the bank's extraction of Haiti's riches and lack of positive contribution to the country's economic development. In October of 1910, the issuance concession was transferred to a new bank, the National Bank of the Republic of Haiti (BNRH) formed by a consortium of French, German and American interests. Washington DC by covertly acquired the reception of interest payments concerning the Independence Debt in 1911. The National City Bank of New York took over the BNRH during the 19-year US occupation of Haiti, and gained full ownership in 1919. In 1935, the Haitian government "acquired" the BNRH back from National City Bank and by 1979, the BNRH was split into two financial institutions: the Banque Nationale de Crédit (BNC), a commercial bank, and the Bank of the Republic of Haiti. During the government of President Estimé, on October 1, 1947, is when the National Bank of the Republic of Haiti actually became a national Haitian entity thereby achieving economic sovereignty. President Estimé demanded the departure of the BNRH's American financial advisor (who was the actual finance minister of the country) and appointed all-Haitian board of directors. His administration may have achieved total control of Haiti's central bank, which was still under U.S. control more than 13 years after the end of the 19-year US occupation.


The administration of President Estimé also discharged Haiti's debt with the Washington DC's Export-Import Bank and even signed an agreement with them for the redevelopment of the Artibonite Valley! Washington DC; worried about increasing anti-US sentiment in Haiti (over their refusal to forgive the Independence Debt), later issued a loan of $4 million. With the $4 million loan President Estimé launched the construction of Belladère, a model and modern city on the Haitian-Dominican border. The project involved the irrigation, drainage and recovery of 40,000 hectares of land that would meet the country's food needs and devote the surplus production to export. The government of President Estimé also organized an international exhibition with the aim of commemorating the bicentenary of the city of Port-au-Prince which ran from December 8, 1949 to June 1950. **This international exposition held in Port-au-Prince practically launched tourism in the Caribbean.** The international pavilions were inaugurated on February 12, 1950 with the United States, Canada, Venezuela, Cuba, Argentina, Mexico, Chile, Panama, Uruguay, some countries of the Near East and several European nations (Belgium, Spain, Italy and France) present. The Vatican was also among the exhibitors and it was the Holy See's first time participating in an international exhibition. President Estimé's **administration achieved many progressive reforms; the minimum wage was raised for the first time in a century;** substantially increased the number of black

professionals in cabinet and civil service positions; reformed the education system to teach history and other subjects from a Haitian viewpoint. President Dumarsais Estimé replaced mulatto officials with Noiristes and undertook a series of reforms designed to benefit both black urban workers and agricultural producers. **His administration bitterly opposed by the ruling mulatto class, which he was in a state of constant conflict with, but this only increased his appeal to radical and Noiriste elements.** The Noiriste programme of reform initiated by the government of President Dumarsais Estimé eventually incurred the wrath of the American empire. Trans-national US corporations, namely SHADA and Haitian American Sugar Company (HASCO), began labeling Estimé's administration as "communist". Washington DC became leery of the degree of autonomy which Haiti was operating with. President Estimé would later attempt to solidify ties to the United States by exaggerating the communist threat to his government and easing labor leader Daniel Fignolé and socialist George Rigaud out of his cabinet.

In order to appease Washington DC; President Estimé continued to ease members out of his cabinet until the initial coalition of Noiriste politicians was broken. What's interesting is that it was the government of President Estimé which cast the deciding vote at the at the United Nations gave birth to the state of Israel in 1948. Israel needed the vote of Haiti to become a nation but the ambassador of the Republic of Haiti was absent during the partition vote. Despite the protest of Washington DC; he went to Haiti for consultation with the Haitian government before the vote. President Dumarsais Estime made a great historical decision once he ordered ambassador Joseph D. Charles to cast the final missing vote in favor of the settler-colonial-state of Israel and Israel became a nation. After being eased out of President Estimé's administration, Noiriste labor leader Daniel Fignolé began attacking the Estimé regime for not going far enough to empower poor blacks. The problem with the Noiriste government of President Estimé was that they were unaware of Washington DC's efforts to destabilize their regime; a la Marcus Garvey/Black Star Line, Harlem Renaissance or COINTELPRO. There is no way Washington DC would support a Noiriste (all-black) government in Haiti after specifically leaving the mulatto class in power; plus, they had sabotaged the efforts of their black population for full enfranchisement within the government. It was the Southern Compromise of 1877 (an unwritten informal deal, arranged among US Congressman which pulled federal troops out of Southern US) which overthrew the Reconstruction era. "African-Americans" organized into Union Leagues to exert their new political power. Over 600 former slaves were elected to state office during this period and a wide variety of social programs were introduced: widening public education, funding for health care for the poor in South Carolina, free legal aid for the poor in Alabama. But after the Southern Compromise of 1877 overthrow of Reconstruction, political debates in Congress or in state legislatures by, "African-Americans", were accompanied by violent massacres committed by organized white racist groups. Such massacres took place in New Orleans in 1866; Memphis, Tenn. in 1866; Pulaski, Tenn. in 1868; Opelousas, terror for African Americans La. in 1868; Camilla, Ga. in 1868, Meridian; Miss. in 1870; Eutaw, Ala. in 1870; Laurens, S.C. in 1870; New York City in 1870 and again in 1871; in Colfax and Coushatta, La. in 1873; etc. The list of these atrocities continues for the duration of Reconstruction, setting the precedent for the lynchings, Jim Crow, Red Lining, "War on Drugs", Benign Neglect, and defacto apartheid into the 20th century.

**President Estime's last straw was when his administration nationalized the trans-national American corporation Standard Fruit company (he was soon overthrown by the military). Haiti was then an important exporter of banana and the Standard Fruit company monopolized the industry.** The nationalization of the US Standard Fruit Company destroyed the banana market, which was a thriving part of the Haitian economy, but the initiative failed due to loss of critical agriculture support. The fatal flaw/mistake of Haiti's 1946 Revolution, Noirisme Movement and resulting Norirste government of President **Estime, despite all their achievements,** is that they failed to fully severe ties with Washington DC. and regain full sovereignty. Once his administration nationalized an American corporation they began to petition the government to overthrow his "communist" regime. **After they officially "left" in 1935, Washington DC had bequeathed Haiti with the gendarmerie Garde d'Haiti. It guaranteed that any Haitian President either obeyed Washington or went into exile.** President **Estimé had** attempted to gain the favor of the Garde d'Haiti by promoting Col Lavaud to Brigadier General; renaming the Garde d'Haiti to Forces Armée d'Haïti (FAD'H); and seeking US military assistance. To the ire of Washington DC; the Garde d'Haiti didn't interfere with Haiti's Noiriste Revolution of 1946 and had allowed it to flower to completion. There were a lot of Noiristes in the Forces Armée d'Haïti also which came into play but Estimé couldn't dodge Washington DC's influence over the FAD'H, and his Noiriste government was eventually forced into exile by a US-backed coup. Over the course of 1949, President Estimé gradually lost his grip on power as Washington DC; the mulatto class; Haitian military; Haitian Senate; and even many Noiristes eventually turned against his administration. The Washington DC-led FAD'H joined forces with President Rafael Trujillo from the neighboring Dominican Republic, in an open attempt to unseat President Estimé, prompting his government to declare a national state of siege in 1949. President Dumarsais Estimé attempted a last-ditch effort to extend his term of office in 1950 but was ousted thru a coup d'état organized by Colonel Paul Eugene Magloire (with the help of the mulatto elite). President Estime was forced to sign a letter of resignation and exiled to Paris, France on May 10, 1950.

President Estimé's Noiriste regime was able to deliver on his campaign promise of black economic liberation and reform programs. His administration discharged the Independence Debt and the Republic of Haiti was also able to regain sovereignty under his government but wasn't able to operate with autonomy due to not severing ties with Washington DC. Ironically the same Noiriste 3-man military junta which had empowered President Estime had now deposed him! After paying of the Independence Debt and regaining sovereignty Haiti should have been left alone to handle the affairs of their nation; but the Master/slave dynamic continued, as the Haitian government continued to answer to the dictates of Washington DC. The same three-member Military Executive Committee consisting of Gen Franck Lavaud, Major Antoine Levelt, and Major Magloire which had assumed power following Haiti's Noiriste 1946 Revolution then took control of a provisional government on May 11, 1950 with the mission of organizing presidential elections to hand power over to a civilian led government. The Washington DC backed military coups of Estimé's administration had a profound effect upon the deposed Noiriste Minister of Labor; François Duvalier. The overthrow of President Estimé's regime by the MEC changed Haiti's political trajectory because it was actually meant to undermine the Noirisme Movement in Haiti. **The fall of** Estimé's regime would mark the rise

of 2 prominent Noiristes, **François Duvalier** and Daniel Fignolé, whose fight for power would go on to have great consequences on the future of the Haitian people. Fignolé and MOP had laid low after being dismissed by Estimé's administration while **Duvalier had utilized his position as the Health and Labour Minister within** Estimé's administration **to build a degree of popular support for himself (for instance, among the chauffeur guides' union of Port au Prince, one of the strongest organized sections of workers).** The lesson that Duvalier drew from Estimé's ouster was that the Haitian military couldn't be trusted; and it was a lesson that he would act upon once he gained power. **In fact, from that moment on, all Haitian presidents, with the exception of François "Papa Doc" Duvalier, have been deposed by military coup d'état.** According to historian Bernard Diederich: Duvalier took Estimé's ouster personally and it marked a profound turning point in his life. The private, silent Duvalier became fiercely angry because he witnessed the efforts of Estimé's Noiriste regime to liberate Haiti economically; Diederich reports that he threatened to put Port-au-Prince to the torch. Duvalier learned a vital lesson that he would never forget, and when he came to power, he would take forceful steps to neutralize the elite, the students, and, especially, the military. Francois Duvalier is the only president to have successfully defeated the FAD'H.


When Haiti announced that its first direct elections (all men twenty-one or over were allowed to vote) would be held on October 8, 1950; Maj Magloire resigned from the Military Executive Committee and declared himself a candidate for president! In October of 1950, Paul Magloire participated in the Haitian presidential election, which afforded all adult males the right to vote for the first time in the nation's history! Maj Paul Magloire, of the Movement of Workers and Peasants (MWP), was "elected" as President of Haiti (with 99 percent of the vote) against a fragile coalition of socialists, communists, conservatives. He would be the first president in Haitian history to be elected by universal suffrage. Opposition candidate Fenelon Alphonse claimed election fraud. After the fall of the Estime regime and election of Magloire; the Noirisme Movement was forced underground. Prominent Noiriste François Duvalier refused to participate in the government after Paul Magloire's rise to power in 1950 and resumed practicing medicine. His medical practice included taking part in campaigns to prevent yaws and other diseases. **The "election" of President Magloire also began a period of authoritarian government supported chiefly by Washington DC until the election of President Aristede.** The modernization of the Republic of Haiti came to a halt with the 1950 coup of President Estimé's regime. President Magloire tried to continue the construction of infrastructure, however, his administration didn't have the support of the population while being very or even too dependent on the international community. During Magloire's rule, Haiti became a popular tourist spot for American and European tourists. The United States approved of his strong anti-Communist stance and he used profits from coffee sales to fund infrastructure projects. The government of Magloire banned the Marxist Popular Socialist Party (PSP) and Peasant Worker Movement Party (MOP) in December of 1950. His administration was marred by corruption, nepotism and a lack of vision.


The Noirisme Movement was forced underground during the Magloire regime and popular Noiristes like Duvalier were forced into hiding in 1954. President Magloire informed Washington DC of his political activism, and they dismissed him from the Sanitary Mission.

Even his 70-year old father was arrested for refusing to disclose his son's hideout. The Magloire government also suppressed a rebellion by the Popular Labor Movement (PLM) headed by Noiriste Daniel Fignole on January 9, 1954. Over 171 individuals were arrested for their involvement in the rebellion and on April 16, 1954, President Magloire granted amnesty to Daniel Fignolé and other individuals involved in the rebellion. The regime continued to clamp down further on dissidents and political opposition as economic conditions worsened. President Magloire was initially popular, introducing women's suffrage and becoming well-known for his vivid social life, staging many events, parties and ceremonies. But Magloire's popularity began to decrease dramatically after his administration's mishandling of Hurricane Hazel in October of 1954. Hurricane Hazel ravaged Haiti (killing over 1000 people) and the devastation wrought put the Magloire government to the test. Strong protests ensued his administration; after 1954, once it was found that he had appropriated relief funds intended for victims of Hurricane Hazel. In January of 1955, President Magloire rigged the Deputies' election so that Noiriste Daniel Fignolé, a popular political figure, former head of the MOP, and labor organizer in Port-au-Prince, lost his seat in the Chamber of Deputies by an extreme margin. Afterwards Magloire imprisoned Fignolé and closed the Haiti Democratique, a newspaper Fignolé founded. In addition, schools around the country were closed as potential centers of subversion and the Faculty of Medicine dissolved.

Discontent continued to spread thru the Haitian populace once they "misread" the end of Magloire's term as, May 15, 1956 not the "official" end of term claimed by him in December of 1956. The Haitian Congress declared a state-of-siege on May 21, 1956 and Magloire clarified his intention to step down in 1957, when his term legally ended. The government backed Clement Jumelle, Magloire's Minister of Finance, as his successor. François Duvalier joined an underground Noiriste anti-Magloire opposition group between 1954 and 1956. Though in hiding, Duvalier became a central figure in the movement thru terrorist activism. There were random terrorist bombings and shootings which struck fear throughout the capital city but much of the blame for the acts of violence were cast upon his followers. The discovery of a bomb factory and arrests of his agents confirmed that they acted with his approval but he was always quick to deny any personal involvement (even publishing a statement in a newspaper). Duvalier emerged from hiding on **September 25th 1956** to declare his candidacy for the presidency. Duvalier had made some type of deal (paid off) with the FAD'H because he was granted amnesty (before coming out of hiding) and they were heavily involved in his presidential campaign. In November of 56' anti-regime campaigns turned violent, when agents of Duvalier placed bombs in public places throughout the country; Duvalier denied associations with the bombings. Public opinion was still unaware of the other side of "Papa Doc" Duvalier. This future "President-for-Life" of the Republic already had an occult network of thugs whose "expertise was provided by a range of talents, ranging from disinformation to the manufacture of homemade bombs". One of the acts perpetrated by his henchmen, led by the Cuban Temistocles Fuentes Rivera, Clément Barbot (future head of the Duvalierist secret police before becoming an opponent) and Fritz Cinéas, was the Thor incident. In this district of the commune of Carrefour, a homemade bomb explodes in a warehouse belonging to Mr. Daniel Francis. Two officers of the Haitian army die. The candidate François Duvalier is pointed out, a part of public opinion demands his exclusion from the electoral race. To get rid of the accusations against him, he intervened on the airwaves of the radio Port-au-Prince. Lower-ranking officers

in the Haitian army were largely aligned with François Duvalier or Daniel Fignolé at this point, and did little to assist Magloire's regime.

President Magloire resigned on December 6, 1956 and turned over his Executive Power to the Supreme Court, while he retained his post as Commander-in-Chief of the Armed Forces. In a prearranged plan with Colonel Levelt, Magloire forced the Supreme Court to reject the Executive Power bestowed upon them. The resulting vacuum in Executive Power justified Levelt passing the Executive Power invested in the state back to Magloire, to serve as Haiti's Provisional President! A bomb explodes in Port-au-Prince on December 7, 1956, (Duvalier is implicated) and the government responds by suspending political activity. Opposition political groups and their supporters led by Senator Louis Dejoie, Duvalier, and MOP leader Fignole dispute the provisional government of Magloire because he couldn't be a candidate for re-election. The new Haitian political system didn't permit for more than a single term. His attempt to extend his period of rule produced a repetition of the events of 1946. Secondary school students began strikes which spread until the capital was paralyzed. Amid strikes and demonstrations "President" Magloire was forced from office on December 12, 1956 as his reign came to an end and he fled the country! Concerning the fall of the Magloire regime FAD'H Captain Jacques Laroche, while speaking to Lieutenant Franck Laraque, stated: "You see this dog in the street, the army has the power to make him president of Haiti... but the most serious thing is that we find Haitians ready to prostrate themselves before the dog under the pretext that the country must be ruled". The first warning sign that, something was afoot, was the arbitrary assumption of command of the FAD'H by Colonel Léon Cantave after the departure Magloire from office. During the crisis of December 1956 that led to the overthrow of President Paul Magloire; Colonel Léon Cantave conveniently "took refuge" in the American embassy to negotiate or "protect himself from Magloire'. President Magloire meant him no harm though, and he knew it well. In fact, the former Head of State had just appointed Col Cantave Quartermaster; one of the most coveted positions in the FAD'H. Colonel Léon Cantave emerged from the US embassy on 14 December, after making sure that Magloire had left, and went directly to the Dessalines Barracks to seize command of the Forces Armées d'Haiti as Commanding General and "Chief of Staff" courtesy of Washington DC. From then on, General Léon Cantave played a significant/deplorable role in the establishment and overthrow of three governments (Pierre-Louis, Sylvain, Conseil Exécutif de Gouvernement) and Haiti's May 1957 Civil-War.

After the termination of the Magloire regime a fight for power broke out which would devolve into what has become known as Haiti's May 1957 Civil War. As Commanding General of the Forces Armées d'Haïti (Haitian Armed Forces) and Chief-of-Staff Léon Cantave replaced Magloire with Joseph Nemours Pierre-Louis as the President of a new provisional Haitian government on December 15, 1956. The provisional government of Nemours Pierre-Louis had a cabinet of eight secretaries of state; three undersecretaries of state; and included loyal supporters of the three popular presidential candidates (Duvalier, Dejoie, Fignole). By refusing to prosecute former members of President Magloire's' government and nationalizing his property he was portrayed as pursuing the policies of Magloire. Once the members of his

cabinet resigned en bloc; President Pierre-Louis was forced to resign on February 3, 1957. Franck Sylvain was appointed as president of a provisional Haitian government by the Haitian Congress on February 6, 1957 with a mandate to hold Presidential elections. Once the 1957 Presidential elections were announced in the Republic of Haiti, four candidates appeared as favorites among the 10 registered candidates: Noiriste Daniel Fignolé who had strong popular support; former Senator Louis Déjoie, an experienced industrialist, very close to the economic oligarchy; Clément Jumelle, an economist trained in the United States and who was a minister in the government of Paul Eugène Magloire and Noiriste François Duvalier whose profile was that of "a harmless modest country doctor ". Among the four candidates, Daniel Fignolé became the frontrunner of the 1957 race for the Haitian presidency. The presidential candidacy of Daniel Fignolé in 1957 was considered the culmination of his electoral career. The former people's deputy representing the constituencies of Port-au-Prince, Pétion-Ville and Kenscoff. He was a mathematics teacher and trade unionist whose name was associated with almost all the major political events in Haiti since 1946 with all the General Strikes executed by MOP; since Haiti's Noiriste Revolution of 1946. Daniel Fignolé's 1957 presidential candidacy was a symbol of the aspirations of the "little" people of Haiti whom dragged the middle-class intellectuals along with them.


President Sylvain announced the dissolution of the National Assembly on March 30, 1957 because he wanted to undertake political reforms suggested by the mulatto class and initiated the operations by launching the inscriptions. Accused of otherwise fomenting violent agitations but of being aware of it and doing nothing, General Cantave utilized this as a pretext to depose him. By April 2, 1957, President Sylvain is forced to resign (after only 56 days in office) and Gen Cantave becomes President of Haiti for the first time on 2 April 1957 as his successor. Chief-of-Staff Gen Cantave then utilized the Court of Cassation to confirm and convene a thirteen-member provisional Executive Government Council. Five days later, on April 7, 1957, Gen Cantave hands over power to a thirteen-member provisional Executive Government Council. This 13-member provisional Executive Government Council was created as a result of a so-called "political conference" convened by Cantave and was merely a heterogeneous amalgam of individuals who represented the personal interests of the presidential candidates who had appointed them. A disagreement within the group arose when the majority refused to accept the choice of the Duvalierist Edmond Pierre-Paul as government commissioner; preferring the Dejoieist Ernest Sabalat, and M. Duvalier ordered the withdrawal of his ministers. Ever since the departure of President Magloire (whose administration had the full support of Washington DC and the bourgeoisie mulatto class; and was utilized to placate the Noirisme Movement) the bourgeoisie mulatto class had been looking to replace him with mulatto Senator Louis Dejoie. The bourgeoisie mulatto class then utilized the provisional Executive Government Council to nominate Colonel Pierre Armand, the Chief of Police of Port-au-Prince, as the new Commanding General of the Forces Armées d'Haïti and Chief-of-Staff in order to guarantee Dejoie the presidency.


Ever since his appointment as Commanding General and Chief-of-Staff by Washington DC; Cantave had been trying to seize the power of the presidency thru a military junta but was unable

to rally enough officers to his cause. He was actually put in place to destabilize the Noiriste Movement (like the FBI utilized COINTELPRO to destabilize black movements in the US). His attempts to undermine the movement, in his favor, led to Haiti's Civil War of May 25, 1957 and the election of Duvalier. The provisional Government Council utilized their Executive Authority and the Court of Cassation to replace Gen Cantave as Chief of Staff with Colonel Pierre Armand, Chief of Police of Port-au-Prince, on 20 May 1957. Chief-of-Staff Gen Cantave, however, ignored the Court of Cassation's decision and refused to resign. Instead, General Cantave took over the office of President of Haiti, once again, after dismissing the provisional Executive Government Council (which had tried to dismiss him the day before). General Leon Cantave dissolved the provisional "Executive Council of Government" and took control of the government of Haiti on May 21, 1957. As part of a plan by the bourgeoisie mulatto class, a proclamation announcing Colonel Armand's acceptance of his appointment as Head of Army/Chief-of-Staff is read on the radio at about 9 a.m. on May 25, 1957; and at the same time a plane begins pouring leaflets into the courtyard of the Dessalines Barracks. These actions had the effect of dividing the Haitian military in half with all of the mulatto officers siding with and wanting to put the Chief of Police Armand in power as head of army in order to put Dejoie in power. The Noiriste Haitian military officers' side with Gen Cantave whom want to put Duvalier in power because they thought he would be easy to control. For his part General Cantave had summoned the Noiriste presidential candidates: Clément Jumelle, Daniel Fignolé, François Duvalier, Messrs. Edner Day, Lucien Chauvet, René Laforet, Roger Dorsainvil, Émile Saint-Lôt, Walter Bastien, Ministers Lamothe, Danache and Bruny, as well as other civilians to the Dessalines Barracks for negotiations. These negotiations lead to the final break-up of the provisional Executive Government Council thanks to the defection of Daniel Fignolé due to conflict among the Noiriste candidates (which is exactly what Cantave and the Machiavellian Duvalier wanted).

After the announcement of Fignolé's defection, the majority of Noiriste enlisted Haitian military soldiers, whom support Fignole, start to protest and demand he be put in power. An Aviation Corps pilot on patrol reported that he had seen tanks coming out of the courtyard of the National Palace and this news alarmed the Armand camp, which believed in an imminent assault by Cantave. Without further investigating the movement of the tanks, they began to improvise counter-attack plans which led to unforgivable acts of aggression: With the army split between Noiristes and mulattos within the officer corps. **Then, on May 25, 1957, clashes occur between Gen Cantave's men and those of Colonel Armand.** A battle breaks out between the mulatto officers who control the Air Force and Noiriste officers whom control the Artillery; following a tense standoff between the Haitian military officers. In a farcical attempt to stage a coup d'état, the Air Force swooped down in a DC-3 and dropped a bomb by the Dessalines barracks that went unexploded because nobody thought to light the fuse! A Civil War breaks out with the mulatto officers attacking with planes and the Noiriste officers responding with artillery. Then demonstrators in support of Fignolé (MOP) begin attacking radio stations, newspaper headquarters, and homes. The political situation begins to deteriorate rapidly as many civilians and soldiers are killed in the clashes. **To avoid a civil war in the country,** Gen Cantave and the presidential candidates Duvalier and Jumelle plot a scheme which calls for Cantave's resignation and the appointment of fellow candidate Daniel Fignolé as president of a provisional government with a coalition cabinet and new Commanding General/Chief of Staff

until the presidential election. Daniel Fignolé was a formidable opponent for Duvalier because he was the leading Noiriste populist in the race; his authority over the masses; and his ability to mobilize MOP by making it a "steamroller". Fignolé was a fiery, erratic demagogue and deity-like figure to the Port-au-Prince mobs. He was a powerful Noiriste whom, for 15 years, utilized his inflammatory dialogue to destabilize every government in an effort towards compromise. With a single oration his MOP syndicate would shut down Port-au-Prince and National Assembly halls though he was relatively unknown and regarded with suspicion throughout the countryside. Fignolé was imprisoned by Estimé for 17 days and by Magloire for three months for oppositional activities. Some say that Fignolé's appointment as president of a new provisional government was a ploy by the candidates Duvalier and Jumelle to exclude him from the presidential election; Fignolé's principle liability was that he had no military alliances in the officer's corps of the FAD'H and he couldn't get along with anyone, outside of the poor, working, masses.


Subsequently, Gen Cantave voluntarily resigned from his post of Commander-in-Chief of the Army/Chief of Staff and Daniel Fignolé is appointed as President of a new Provisional government. On May 26, 1957 Daniel Fignolé was inaugurated with a twenty-one-gun salute but ironically the shots would number more than the nineteen days he spent in the office of the presidency. Fignolé and his followers made several catastrophic strategic mistakes which jeopardized his administration. First, He immediately promoted Colonel Antonio Thrasybule Kébreau to Head of the Haitian Army and Chief of Staff (Kébreau was Duvalier's man). Then after barely being appointed, Fignolé postpones Haiti's Presidential Elections scheduled for June 16 the following month and maneuvered to get himself a full six-year term without an election. **According to Bernard Diederich: "Daniel Fignolé w⸱s a very influential candidate in the popular milieu and prioritized competence in the formation of his government".** But a suspicious Washington DC refused to recognize his government due to his perceived links to communism. Fignole was an anti-Communist despite being a populist and staunch leftist. The final straw broke once he outraged the Haitian military brass by imposing a purge of the FAD'H by mass transferring and commissioning his own Noiriste partisans; and giving a 100% pay raise to all of the enlisted men without consulting them. These provisions displeased his Chief-of-Staff, General Antonio Thrasybule Kébreau whom Fignolé had chosen himself. Surmising that they could wield power over him, the military favored Duvalier. With them, he was diplomatic, flattering, deceptive, and dishonest. During the power crisis, a supporter donated $46,000 in Duvalier's name to the General Chief of Staff to pay-off soldiers. The CIA accused Fignole of trying to cause a Bolshevik Revolution in Haiti like Russia. With Washington DC and most elements of Haiti's traditional power structure arrayed against him, Fignolé could not hold on to power. On the night of June 14, the generals dispatched the Port-au-Prince garrison out for an evening to watch Western cowboy movies in the casernes. Then a group of officers led by Kébreau stormed the Palace Council Chambers while the cabinet was in session and marched Fignolé off before he could blurt out a word. President Fignole fell victim to a coup d'état fomented by the one he had promoted and on June 14, 1957, Kébreau had the president kidnapped in the middle of a cabinet session (with U.S. foreknowledge) by a commando composed of officers John Beauvoir, Joseph Lamarre, René Léon, Ernst Rey, Edner Nelson. They then forced him at gunpoint to sign a resignation letter, bundled him and his wife Carmène into a waiting car, and sent him into exile on a plane at the Mole St. Nicholas Pier

where the same DC-3 that he participated in Haiti's May Civil War flew them to Miami and then to New York. Fignolé would not see his homeland until 1986 and then die shortly thereafter.

The next morning Gen Kebreau went on the air and announced the formation of Haiti's seventh government in six months: a three-man military junta, headed by himself, to rule, as usual, until "fair and free elections" could be held. Gen Kébreau (president) formed a junta called the Conseil Militaire de Gouvernement with Colonels Émile Zamor and Adrien Valville, and a ministerial cabinet composed strictly of soldiers loyal to François Duvalier. The accession of Leon Cantave and then Antonio Kébreau to power sounded the death knell for the FAD'H that existed since Haiti's 1946 Revolution (which somewhat defended the people) and marked the beginning of a treacherous and murderous FAD'H that would participate in the crimes, assassinations, massacres alongside the Ton Ton Macoutes of the François Papa Doc Duvalier regime. After the coup d'état of Fignole all hell broke loose as rumors flew! Déjoie's supporters circulated a tale that Fignolé was being held captive in the infamous Fort Dimanche, in order to destabilize General Kébreau because he was considered pro-Duvalier. A provocatively odious telecommunication also proclaimed that Fignolé had been secretly executed. After the news of the coup, aware of their weakness in the face of the Army, the inhabitants of the slums of La Saline, Croix-des-Bossales, Morne à Tuf, Lakou Bréa, Bel Air, etc. reacted in the least violent way imaginable. From the nights of June 15-17, 1957, they locked themselves in their homes and began to scream in mourning and pain and to hit kitchen utensils. In his book "Testimonies 1946-1976". L'Espérance Déçue, exposes how he and fellow Haitian Army officers armed with automatic machines guns, traveled thru poor neighborhoods all night firing at man's height on the houses from which the lamentations came from. The coup d'état of President Fignolé was followed by the massacre of thousands of his supporters, MOP, for over three nights in a row. Three days later rumors that Fignolé had been imprisoned sent thousands of his supporters, MOP, into the streets. With a roar that sounded like a raging ocean and could be heard miles away, a torch-bearing horde of thousands from the Bel-Air and La Saline squalors poured into the streets to administer the "people's justice." They attacked Fort Dimanche in a futile effort to rescue their hero who was already in New York. Every part of the city in their wake was ravaged and set on fire. The crowd toppled lampposts as they walked toward the barracks where they believed he was held. For days, rioting Fignolé supporters (MOP) in poor districts were gunned down by soldiers under Gen Antonio Kebreau's military regime as they set fire to buildings and ransacked an administrative building. Following the departure of Daniel Fignolé the military junta stopped a budding popular uprising in La Saline and a curfew was decreed. Time magazine correspondent Bernard Diederich left his home in the plush Pétionville suburb to witness the carnage. "After a pile of corpses had been created, the police counterattacked, moving into the slums, seemingly bent on eradicating once and for all Fignolé's power base from the face of the earth. Pitched battles of an indescribable ferocity resulted".

From exile in New York City, Fignolé accused his main rival, François Duvalier, of being the architect of his overthrow but his demands for reinstatement fell on deaf ears. Fignolé had underestimated the power of the army high command and the extent to which the United States disliked him. Although Fignolé had massive popular support in Port-au-Prince, Duvalier had secured the backing of the military and the United States, both of which were wary of the

possibility of a Fignolé (populist) victory given his promises of social revolution and class equality to the masses. In the next few days, Fignole's supporters in the poor districts of Port-Au-Prince were gunned down by Antonio Kebreau's military regime. Thousands were killed in the violence. Kebreau's short reign of four months. According to media reports at the time many of his supporters were either shot or thrown into prison with the death toll believed to be in the thousands as the morgues filled with thousands of bodies. Secretary of State John Foster Dulles recommended to President Eisenhower on July 25 that formal recognition be granted to the junta, stressing that the "present Government is without Communist taint and is friendly to the United States." In the end, this assurance was enough to ensure US support. After all, as historian Stephen Rabe has pointed out, "Communists, not dictators, were the enemies of the United States". From then on, Antonio Kébreau had a free hand and the strength to proceed with the fraudulent election of François Duvalier. Measures were taken immediately declaring Fignolé's Peasant Workers' Movement (MOP) outlawed, banning strikes, silencing freedom of expression, suppressing freedom of the press, allowing illegal searches, imprisoning opponents, etc. The military government ratified an electoral law on August 29, 1957 which fixed the date of the elections and the duration of the presidential term. The military junta strongly suggested that Daniel Fignole stay in exile and out of the Presidential elections. Kébreau also granted Duvalier the right to designate the date of the elections. He cynically chose September 22, the anniversary of the genocide of the Liberals and the burning of their neighborhoods by the supporters of President Lysius Félicité Salomon on September 22, 1883. Once Kébreau's military junta announced that it would hold a democratic election on September 22, 1957, hopes ran high in Washington that the election might usher in a period of stability and economic recovery in Haiti.

Haiti was ruled by five different provisional governments which lasted no longer than a few months during Haiti's 1957 Presidential election! The last two candidates left standing in Haiti's 1957 Presidential election were Francois Duvalier and Louis Déjoie. With the removal of Fignolé; the pathway to power was now wide open for Dr. François Duvalier to ascend to the palace. Clement Jumelle, former Finance Minister under Magloire, had the most political experience but he was also heir apparent to the negative memory among Haitians of the fiscal irresponsibility of the Magloire administration. He dropped out and told his supporters that: "there won't be any fair election," and to boycott the whole affair. Louis Dejoie, a mulatto private businessman, enjoyed the support of the mulatto elite. On the campaign trail, physician-turned-politician, Dr. Francois Duvalier utilized Noiriste rhetoric in order to stoke Haiti's black peasant irritation at being governed by an overbearing bourgeoisie mulatto class. This is how Duvalier described his opponent, Déjoie (a mulatto landowner and industrialist from the north). Duvalier also promised to rebuild Haiti and the peasant/rural class, along with the military, solidly supported his campaign. Senator Déjoie campaigned hard, but with American backing and overwhelming support from the black electorate throughout the countryside of his Noiriste opponent, didn't stand a chance. In 1957, for the first time in 153 years of independence, all Haitians over the age of twenty-one were eligible to vote (women could vote). François 'Papa Doc' Duvalier (supported by General Antonio Kébreau) was "elected" President of Haiti on 22 September, 1957 with 72% of the vote, on a Noiriste nationalist platform, in an election where he received 679,884 votes to Déjoie's 266,992. Duvalier's only serious opponent among the Noiriste proletarians, Daniel Fignole, had been forced into exile, conveniently

leaving him a clear path for a landslide victory.  From exile Fignole charged that the military of rigging the election to put Dr. Duvalier into power.

Haiti's 1957 Presidential election was actually Daniel Fignole's to lose but he was outmaneuvered by Duvalier who was a student of Machiavelli's book the Prince.  François Duvalier was the politician who benefited from this state of affairs.  He managed to play his opponents in the black electoral camp off against one another until, when a presidential election was finally held, it was a simple choice between himself and a representative of the mulatto elite, Dejoie.  Given that Duvalier had the support of the black middle class, the black working class and the army, he was bound to win.  Even though Fignole was a highly intelligent individual Duvalier was able to assess the situation more clearly than him.  He allowed the Noiriste proletarian populist to take office in order to have him removed by utilizing Washington DC's fear of communism.  After utilizing communism as a ploy to gain the presidency; Duvalier continued to utilize "communism" as a ploy, with Washington DC, thru-out his whole term.  Francois Duvalier was inaugurated as president on October 22, 1957, and he lifted martial law on October 23, 1957.  However, his election was marred by multiple first-hand accounts of voter fraud and voter intimidation.    Ironically, he rode to power utilizing the Noiriste movement, which sought to enfranchise the Afro-Haitian majority.  The Haitian people wanted a Noiriste regime so Washington DC gave them François "Papa Doc" Duvalier Duvalier (an Authoritarian Noiriste regime).  Noirisme was then utilized by the Duvalier regime to maintain support and legitimacy during an era of heavy repression.  Taking to heart Machiavelli maxim that it is better for a sovereign to be feared than loved, Papa Doc buttressed his rule with a vicious paramilitary force (Ton Ton Macoute).  There were disappearances and extrajudicial killings of thousands of people during the Duvalier regime.  In addition to the many public killings, there were private executions by the Ton Ton Macoutes, "Laleau girls", or soldiers who had the power to carry them out, provided that it was in the name of the Duvalier.  Some 30,000 Haitians are thought to have been murdered during Papa Doc's 14-year reign, and many thousands of others fled into exile.


Although Daniel Fignolé promised a Franklin D. Roosevelt-style New Deal and was explicitly anti-communist, his politics had long made him suspicious in the eyes of the Cold War-era American administrations.    United States Central Intelligence Agency (CIA) director Allen Dulles warned President Dwight D Eisenhower that Fignolé had "a strong leftist orientation" but it would've been ok if he was a fascist.  The administration refused to recognize the Fignolé government, whose political program was seen as "comparable with the Soviets".   Eisenhower told the French Embassy in Washington, D.C. that he was worried that Fignolé "might eventually become another Arbenz", referring to the social-democratic President of Guatemala overthrown three years earlier in a CIA-backed coup d'état.  Daniel Fignolé wasn't a Communist, although his opponents would always be quick to label him as one.  His political ideology was influenced by socialism's critique of class differences.  Washington DC wanted him removed from office not because he was a "communist"; but because he was a populist who was ready to assuage the needs of the Haitian people.  The capitalist system in place today developed out of colonialism and had no real challenger or opposing ideology until the onset of communism (which was based

on Marx's critique of capitalism).    Washington DC has utilized their "cold-war" against "communism" as a tactic to destabilize regimes whom went against their imperial, neo-colonial dictatorial dictates globally.    Once the Bolshevik government came to power, proclaiming the power of the Soviets, they immediately issued two decrees:   The Decree on Peace and The Decree on Land.    The first proclaimed "immediate peace without annexations and contributions," the second took away all the land from the landowners and gave it, through the government, to the peasants.    Communism, when properly implemented, flipped the pyramid upside-down and placed the proletariat on top, which was a problem for elite capitalists exploiting people, governments, and their resources.


The Rhodes group and its cohorts were key in providing financing for the Russian revolution at the beginning of this century. As early as 1907, twenty million dollars was funneled to Trotsky and Lenin (from Jewish banker, Jacob H. Schiff), with additional large (but unreported) sums flowing from the bankers to the communists over the next few years.    The ens legis US sanctioning and intervention in the Bolshevik Revolution of 1917 remains a hidden dimension of U.S. policy in WWI; it also marked the beginning of a long Cold War with Russia.   (From Portland Independent Media Center: "In the spring of 1918, (Samuel Prescott) Bush became chief of the Ordnance, Small Arms, and Ammunition Section of the War Industries Board of Bernard Baruch, a close associate of E.H. Harriman and Clarence Dillon, with national responsibility for government assistance to and relations with weapons companies including Remington (at the time controlled by Percy Rockefeller- who along with Averill Harriman took time to arrange for Harriman's and Bush's sons Bunny Harriman and Prescott Bush to be admitted to Yale's Skull and Bones in 1916.) Remington dominance of ammunition and small arms contracts during World War I continued during Bush's government service and many years beyond.)


In August 1918, three months prior to the Armistice, the administration of President Woodrow Wilson sent several platoons of U.S. soldiers into Russia to aid in the overthrow of the new Bolshevik government, which had come to power in the October Revolution of 1917.   The operation was carried out alongside British, French, Canadian and Japanese forces in support of "White" Russian Army counter-revolutionaries (whom were implicated in wide-scale atrocities, including pogroms against Jews) vs Red Russian revolutionaries.  In of August 1918, the U.S. president dispatched a second task force of 7,900 troops drawn principally from the Twenty-Seventh and Thirty-One Infantry Regiments and the Eighth Division, under the command of Maj. Gen. William S. Graves.  This "Midnight War" was carried out illegally, without the consent of Congress by the Commanding Ceneral in Siberia, William S. Graves. Gen Graves thought that his mission was to protect a delegation of Czech troops and the Trans-Siberian railway and to serve as a mediator.  He was disappointed to learn that in fact the United States was enmeshed in another country's civil war and came to oppose the whole operation.  In his memoirs, he expressed "doubt if history will record in the past century a more flagrant case of flouting the well-known and approved practice in states in their international relations, and using instead of the accepted principles of international law, the principle of might makes right".  In December 1922 the Bolsheviks declared the creation of the first socialist state

in the world, the USSR. The communists would govern Russia for almost 70 years. In the International sphere the Russian Revolution left a profound influence. The successful accomplishment of revolution in accordance with the ideas of Marx, provided an impetus to similar revolutions in other parts of the world. The new Soviet State came to be looked upon as a friend of colonized peoples globally because it openly supported the colonial peoples in their struggle against foreign rule.

Concerning the Bolshevik Revolution Secretary of State Robert Lansing (corporate lawyer married to the daughter of Secretary of State John Foster (making him the uncle of John Foster Dulles and Allen Dulles)) stated rhetorically: "because wealth unavoidably gravitates toward men who are intellectually superior and more ready to grasp opportunities than their fellows, is that a reason for taking it away from them or for forcing them to divide with the improvident, the mentally inferior and the indolent". SoS Lansing's viewpoint reflected an ingrained class prejudice among America's foreign policy elite, developed thru their colonization of the Americas, which remains in place to this day. Even though the corporate American oligarchy disliked socialism; they found a way to profit off of the revolution: "After the Bolshevik Revolution, Standard of New Jersey [Rockefeller] bought 50 per cent of the Nobel's huge Caucasus oil fields even though the property had theoretically been nationalized [by Russia]. (O'Connor, Harvey, The Empire of Oil, Monthly Review Press, New York, 1955, p.270.)"; "In 1927, Standard Oil of New York [Rockefeller] built a refinery in Russia, thereby helping the Bolsheviks put their economy back on its feet. Professor Sutton states: 'This was the first United States investment in Russia since the Revolution.' (ibid, Vol.1, p.38)". The U.S. War Department was later to state: "Without I.G.'s immense productive facilities, its intense research, and vast international affiliations, Germany's prosecution of the war would have been unthinkable and impossible." An examination of the sources of funding for I.G. Farben would have been more to the point. By 1929 industry in Germany had been built up (by Wall Street investors- ETK) so that it was second only to the United States.

At the end of US foray into the Bolshevik Revolution and WWI John Foster Dulles and Allen Dulles helped to draft the Treaty of Versailles. During the Paris peace conference, the brothers were informally inducted into the Rhodes Round Table group. The Dulles brothers were responsible for starting the American branch, the Council on Foreign Relations, with funding coming from the Rockefellers, the Morgans, Bernard Baruch, Paul Warburg and others. Allen Dulles' star continued to rise when, in 1920, he was appointed First Secretary of the American Embassy in Berlin. **A 33rd Degree Freemason and Knight Templar, Allen Dulles was also a founding member of the CFR, an in-law of the Rockefellers, Chairman of the Board of the Rockefeller Foundation, and Board Chairman of the Carnegie Endowment for International Peace. Prior to working for the CIA, Dulles was as a director of the J. Henry Schroeder bank in London, a prime instrument employed by Montagu Norman in his support of Nazi Germany.** During the same period, John Foster Dulles represented international bankers in Germany, via the Bank of England and J.P. Morgan institutions. Fabian International Bureau. The English branch was called the Royal Institute of International Affairs. The American branch, first known as the Institute of International Affairs, was reorganized in 1921 as the Council on Foreign Relations. Inducted into the Round Table, the Dulles brothers

became the officers of the group's American branch, the Council on Foreign Relations (the British front group being the Royal Institute of International Affairs, known as "Chatam House"). In fact, as fledgling lawyers of the immensely powerful law firm, Sullivan & Cromwell, the Dulles brothers were an integral part of the process that both milked a weak Germany of the little resources it had left and led to the start of the even larger conflict of WWII. Alongside the immediate ceasefire that was required, the German government had to agree to pay back the Allied nations an unheard-of amount of money: 132 billion German Marks ($33 billion American dollars in 1919 = $200 billion American dollars in 2015). Economist, John Maynard Keynes, calculated that it would take Germany until at least 1988, over 70 years from the end of WWI, to pay back the decided amount. This eventual agreement to pay back such a tremendous amount of money would later be used as fuel to the fire of National Socialism (Nazism), and Adolf Hitler himself would talk about the great unfairness of such a requested sum. **Allen's brother John Foster Dulles can be credited for having created the Versailles Treaty's harsh terms against Germany. And yet, it was the two of them who secretly went to Hitler to confirm that the Wall St/London bankers would back his rise to power. As partners in the Sullivan and Cromwell firm, Allen and John Foster also represented I.G. Farben, the Rockefeller-Harriman-Warburg combination.**

**Ironically, due to Sullivan & Cromwell, the money that funded that banks and corporations during the rise of the Third Reich would come from Wall Street and "the City," London, England's financial district and Wall Street equivalent.** Epperson, 1985, "The Unseen Hand":

"Direct actions taken by the Harriman-Bush shipping line in 1932 and by the Dulles brothers in January, 1933, are the two gravest (and most treasonous) actions ever taken against the United States and humanity in the 20th century. Those actions led directly to the seizure of power by the Nazis, placing the burden for (World War II) squarely on the shoulders of Harriman, Bush and the Dulles brothers.....

Unequivocally, John Foster Dulles, Allen Dulles, Prescott Bush and Averill Harriman were the most flagrant in providing aid for the Nazis. Not only did they help Hitler seize power, their actions also facilitated other American aid to the Nazis. Bush and Harriman acted as Hitler's American banker, operating a company (Brown, Brothers, Harriman and Union Banking Co.) that was at the center of the Nazi's espionage ring in the United States. Once it was clear that war was immanent, the Dulles brothers attempted to cloak the Nazi investments of their clients".

A few years after the end of WWI, the Union Banking Corporation was founded in New York City, New York. Its board members included German steel magnate Fritz Thyssen, and the son of railroad tycoon E.H. Harriman, Averill. **Two prominent U.S. business leaders who supported Hitler and also served on the board of directors of the Union Banking Corporation were George Herbert Walker and his son-in-law Prescott Bush, father of George H.W. Bush and grandfather of President George W. Bush. Union Banking Corporation, was a firm that traded with Germany, and helped German industrialists consolidate Hitler's political power. Union Banking became a Nazi money-laundering**

**machine. Walker helped take over North American operations of Hamburg-Amerika Line, a shipping line and cover for I. G. Farben's Nazi espionage unit in the United States. Hamburg-Amerika smuggled in German agents, and brought in money for bribing American politicians to support Hitler. Also, a 1934 congressional investigation showed that Hamburg-Amerika was subsidizing Nazi propaganda efforts in the U.S. The attorneys for these dealings were John Foster Dulles and his brother Allen. Both were original members of the Council on Foreign Relations.** This bank was used to hold some of the money that would eventually help the German economy recover during the 1930's. Still operating as lawyers, the Dulles brothers represented the bank for almost two decades.

**Both E.R. Harriman and Prescott Bush were members of Yale University's Skull and Bones society. Not only was George H.W. Bush's father, Prescott, a board member of Union Banking, but he was also a senior partner in a Union Banking affiliate, the investment firm Brown Brothers, Harriman.** Hamburg Amerika was one of two companies pivotal to the Harriman-Bush dealings with the Nazis. The Hamburg-Amerika Line, the same shipping line seized from Prescott Bush for trading with the enemy. Throughout 1932, actions taken by the Bush-Harriman shipping line were directly responsible for bringing Hitler to power. The (German) constitutional government tried to disarm the Nazi Brown Shirts to stop the mad election melees and murders. During 1932, Hitler's thugs murdered thousands of Germans. Arms for Hitler were shipped to Germany aboard Hamburg-Amerika Line. They were transferred to river barges before reaching Antwerp and then transported across Holland freely. Samuel Pryor, founder of Union Bank and a partner in the Hamburg-America Line was also executive committee chairman of Remington Arms. Hitler's Brown Shirts were armed primarily with Remington arms and Thompson submachine guns. A Senate investigation of Remington concluded that all of the political factions in Germany were armed with mostly American-made guns.

The U.S. embassy in Berlin reported:

"Hamburg-Amerika Line was purchasing and distributing propaganda attacks against the German government, for attempting this last-minute crackdown on Hitler's forces"; "The two Wall street firms that aided the Nazis the most were Sullivan and Cromwell and Brown Brothers Harriman. Sullivan and Cromwell were the Wall Street firm that employed Allen and John Foster Dulles. Brown Brothers & Harriman was the Wall Street investment firm that employed George Walker and his son-in-law, Prescott Bush....

Moreover, the New York attorneys who arranged the legal aspects of the Schroeder, Rockefeller bank were two brothers, John Foster Dulles and Allen Dulles, both partners of Rockefeller's law firm, Sullivan & Cromwell. Allen Dulles sat on the board of the new bank as well. Notably, during the war, Allen Dulles joined the US Office of Strategic Services, predecessor to the CIA, and spent the war running intelligence operations, ostensibly against Nazi Germany from Berne, Switzerland. The Rockefeller clan was not alone in secret financial and industrial dealings with the Third Reich. They worked with other leaders of the US power establishment, most notably the DuPont chemicals family and the Bush family through Prescott Bush, father of President

George Herbert Walker Bush and grandfather of President George W. Bush."

After Remington Arms signed a cartel agreement with IG Farben, the U.S. Senate conducted an investigation that found that German political associations like the Nazis and others were nearly all equipped with American guns. The arms were shipped across the Atlantic aboard the Harriman-Bush Hamburg-America Line. Before reaching Antwerp, the weapons were transferred to river barges, which allowed them to be smuggled through Holland without inspection. Besides revolvers, the principal arms were Thompson submachine guns. **The direct actions taken by the Harriman-Bush shipping line in 1932 and the subsequent actions by the Dulles brothers in January, 1933, are the two gravest actions ever taken against the United States and humanity in the 20th century. Those actions led directly to the seizure of power by the Nazis, placing the burden for the resulting Holocaust and widespread destruction of Europe squarely on the shoulders of Harriman, Bush and the Dulles brothers.    After Hitler lost a popular election to Hindenburg in 1932, thirty-nine business leaders, with familiar names like Krupp, Siemens, Thyssen, and Bosch, signed a petition urging the aged president Paul von Hindenburg to name Hitler chancellor (similar to the Business Plot).**

**In January 1933, through a compromise with German aristocrats, industrialists, and army officers, brokered by banker Baron Kurt Freiherr von Schroeder, Hitler was appointed chancellor of Germany.  The deal to name Hitler chancellor of Germany was cut at Von Schroeder's home on January 4, 1933.  On hand were prominent industrialists, at least one director of the giant Deutsche Bank as well as I.G. Farben's Hermann Schmitz and Dr. Georg von Schnitzler representing Farben's board of directors. According to author Eustace Mullins, also attending this meeting were John Foster Dulles and Allen Dulles of the New York law firm Sullivan and Cromwell, which represented the Schroeder bank.** John Foster Dulles was elevated to the head of Sullivan and Cromwell, the legal firm representing the German cartels, and during 1934-35 his letters to German clients bore the jaunty salutation: "Heil Hitler!"  In 1934, testimony before Congress proved that a supervisor from the Nazi Labor Front was aboard every ship of the Harriman-Bush line.  The Bush-controlled shipping lines subsidized Nazi propaganda in the United States and functioned as a den of spies for the Nazis until the government seized Hamburg-Amerika in 1942 for violating the trading with the Enemy Act.  Their relationship ended in, 1942, with the UBC also once its holdings were seized by the United States government under the Trading With The Enemy Act.  But it isn't ironic that the elite white US oligarchy would align and fund the Nazi regime because a majority of them practiced eugenics.  Eugenics was the foundational ideology of the Nazis whom termed blonde haired and blue-eyed people as the best human beings.  It aligned well with the ideology of subjugating black slaves (which was what America was built upon).  All of the Ivy League schools were built off the backs of slaves and despite their rhetoric; North American white elites practiced a racist culture.  They practice a form of insidious racism which issued racist policies from the top down and tolerated the oppression of their "black" population while feigning innocence.  Woodrow Wilson was a eugenicist whom destroyed Haiti with his policies; and their programs continue today like Planned Parenthood whose founder Margaret Sanger is a eugenicist which Hillary Clinton looks up to.  The eugenics movement became associated with Nazi Germany and the Holocaust when the defense of many of the defendants at

the Nuremberg trials of 1945 to 1946 attempted to justify their human-rights abuses by claiming there was little difference between the Nazi eugenics' programs and the U.S. eugenics programs. In the decades following World War II, with more emphasis on human rights, many countries began to abandon eugenics policies, although some Western countries (the United States, Canada, and Sweden among them) continued to carry out forced sterilizations. This is also the reason why Washington DC continues to fund and support the Azov battalion in Ukraine.


A Banana Republic is defined as a politically unstable country with an economy dependent entirely on revenue from exporting a single product or resource, such as bananas or minerals. It is generally considered a derogatory term describing countries whose economies are controlled by foreign-owned companies or industries. Believe it or not the term Banana Republic was born out of America's historical relationship with Latin America developed thru the United Fruit Company. After neo-colonizing Haiti for Washington DC Gen Smedley Butler went on to establish Banana Republics across Latin America on behalf of the United Fruit Company during the Banana Wars. "I spent 33 years and four months in active military service and during that period I spent most of my time as a high-class muscle man for Big Business, for Wall Street and the bankers. In short, I was a racketeer, a gangster for capitalism. I helped make Mexico and especially Tampico safe for American oil interests in 1914. I helped make Haiti and Cuba a decent place for the National City Bank boys to collect revenues in. I helped in the raping of half a dozen Central American republics for the benefit of Wall Street. I helped purify Nicaragua for the International Banking House of Brown Brothers in 1902-1912. I brought light to the Dominican Republic for the American sugar interests in 1916. I helped make Honduras right for the American fruit companies in 1903. In China in 1927 I helped see to it that Standard Oil went on its way unmolested. Looking back on it, I might have given Al Capone a few hints. The best he could do was to operate his racket in three districts. I operated on three continents". USMC Major General Smedley Butler was a two-time Medal of Honor recipient and the highest decorated Marine Corps officer ever. This statement by MajGen Butler can easily be misunderstood without the proper context. The quote comes from his book "War is a Racket" and is attributed with first exposing the military industrial complex. But in actuality the book War Is A Racket was written by MajGen Butler after exposing the "Business Plot" and the attempted corporate elite class takeover of the ens legis US.


After WWI most veterans had received $60 in mustering pay and a train ticket home for their trouble. The American Legion organization was consequently established to serve as a veterans' union to increase their bargaining power in government and petition for aid. In 1924, these efforts resulted in the passage of the War Adjusted Compensation Act, which promised World War I veterans bonus pay for their lost wages in the form of a bond that would be collectible after 20 years in 1945. In 1932 US veterans, in which they occupied Washington DC requesting the government pay them a bonus due to them for WWI. MajGen Butler supported the protesting veterans and the request for their bonus pay. On July 17, 1932, thousands of World War I veterans converged on Washington, D.C., set up tent camps, and demanded immediate payment of bonuses due to them according to the World War I Adjusted Compensation Act of

1924 (which made certain bonuses initially due no earlier than 1925 and all no later than 1945). Walter W. Waters, a former Army sergeant, led this "Bonus Army". Backed by some U.S. politicians, the Bonus Army demanded immediate payment of their bond debts to assist their families and boost the economy. In total, this would have required more than two billion dollars, roughly half the Government's budget for the year. The Bonus March was also encouraged by an appearance from retired Marine Corps Maj. Gen. Smedley Butler, a popular military figure of the time: "They may be calling you tramps now," Butler declared, "but in 1917 they didn't call you bums!... You are the best-behaved group of men in this country today. I consider it an honor to be asked to speak to you". Butler added that this gathering was: "the greatest demonstration of Americanism that we've ever had" and urged the soldiers to remain orderly while preserving the country's faith in its veterans. A few days after Butler's arrival, President Herbert Hoover ordered the marchers removed and U.S. Army cavalry troops under the command of Gen. Douglas MacArthur destroyed their camps. Butler, although a self-described Republican, responded by supporting Franklin D. Roosevelt in the 1932 US presidential election. President Franklin Delano Roosevelt won the 1932 election and continued a series of controversial reforms begun under his predecessor Herbert Hoover to try and alleviate the crushing unemployment and poverty that had swept the nation due to the Great Depression. At the time, Butler was enjoying the boost of a positive public profile, as a result of his enthusiastic advocacy for veterans. By this time, Butler had become accustomed to living as a public speaker and hired particularly to speak with veterans. FDR's **New Deal would eventually cause a massive redistribution of wealth.**

**The following information regarding Butler's meetings with the men behind the Business Plot was obtained in his 1933 testimony on the matter:**

So, when a mutual friend called to say two members of the American Legion wanted to meet with him, he was not too surprised. But when, on July 1, 1933, these men, Gerald MacGuire and Bill Doyle, arrived in a chauffeured limousine, Butler grew suspicious about who exactly these "wounded veterans" worked for. American Legion members Bill Doyle and Gerald MacGuire wanted to harness this when they asked Butler to appear at the Legion convention in Chicago, as part of a campaign to undermine the body's leadership. Butler was sympathetic: He had long known of the Legion's capacity for ignoring its members. Butler pointed out that he hadn't been invited, but MacGuire said he was on the delegation committee and could have him brought in as a special guest from Hawaii. After Butler declined, the banker offered some 300 to 400 men to disrupt the convention and demand that the general take the stage. Butler was startled by this offer, but he decided to play along. He said wasn't sure what he would say, or how so many struggling veterans were supposed to get to Chicago. MacGuire said his organization, the Committee for Sound Currency, had already written him a speech and produced bank statements for over $110,000, which is just under two million by today's standards, "for expenses". After Butler read the speech, he asked who had written it and why a speech about soldier's bonuses focused so much on returning to the Gold Standard. The banker answered that it had been written by John W. Davis, who was 1924's Democratic Presidential Candidate, former Ambassador to the U.K., and current legal counsel to J.P. Morgan and Company. Davis, MacGuire continued, was an associate of his direct employer who was also a soldier, financier

Colonel M.P. Murphy. The "why," MacGuire said, was very simple. They just wanted to make sure that the veterans received their bonuses with real, not "rubber" money. MacGuire offered Butler checks from Murphy and another man named Robert S. Clark as a down payment to help get the necessary gang together. Butler knew both of these men from back in the Boxer Rebellion. He also knew that Murphy was a multi-millionaire and had been one of the biggest backers of the American Legion's founding, fronting $125,000; so why would one of the Legion's founders want him to overthrow their leadership?

**According to Butler, over several visits, MacGuire, a World War I soldier-turned-banker, asked him if he would be interested in taking over the leadership of the American Legion at the upcoming convention that September.** When in New Jersey for a speaking engagement, MacGuire surprised Butler at his hotel to once again ask about gathering soldiers and giving a speech. At the second meeting, MacGuire, a $150-a-week bond salesman for the financier Grayson M. P. Murphy, proposed Butler bring along a few hundred veterans for support, and showed him bank statements amounting to $106,000, to pay for their travel expenses. A skeptical Butler surmised that no coalition of veterans could have gathered those funds. Adding to his bemusement was the speech they wanted him to deliver. It lacked populist, pro-veteran rhetoric, and read heavily as a screed in favor of the gold standard, a policy which President Roosevelt had suspended about a month earlier. Butler, frustrated, said he didn't believe that MacGuire actually had the money. The banker pulled $18,000 in thousand-dollar bills from his wallet and threw them onto Butler's bed. Insulted, Butler said he was tired of dealing with middlemen. He demanded to speak with Robert Clark himself. Just before the American Legion Convention in Miami that September, Clark traveled by train to his old commander's home. The pair caught up, reminisced about the Boxer Rebellion, and then got down to business. Clark reiterated the same pitch about gathering soldiers and getting back to the Gold Standard. Butler said it didn't add up. Finally, the former officer came clean. According to Butler, Clark told him that he had a fortune of $30 million. These were uncertain times, and if he had to spend half of his money to protect the other half, he would do it. After Clark's pitch Butler refused and Clark asked to use the phone; once MacGuire answered, Clark told him that Butler would not be joining them in Chicago and they should proceed with Plan B. The only other part Butler heard was "telegrams". In October, MacGuire visited Butler again. The general was about to embark on a nationwide speaking tour on behalf of the Veterans of Foreign Wars. MacGuire bragged about the convention resolution, but Butler replied that the soldiers were no closer to their bonuses. The banker offered to pay Butler $750 for every speech he mentioned the gold standard in, but Butler refused. MacGuire asked that he be allowed to come on the tour to recruit men. Again, Butler said no.

He did not hear from MacGuire again until January. Then, he started receiving postcards from all over Europe. The messages described a "family vacation" in Italy, the French Riviera, and Berlin. In France, MacGuire had met with members of the Far-Right paramilitary veterans' group, La Croix de Feu or "The Cross of Fire." In Italy, he had studied the structure of Mussolini's government and been enamored of the loyalty and power of Il Duce's Black Shirts. He'd also met with representatives of the new German government and admired their ambitions.

72

That summer, when Butler's tour was finished, MacGuire asked to meet him again. On Aug. 22, 1934, three days after Hitler officially became chancellor of Germany, Butler met MacGuire seated at a secluded table at his hotel restaurant. **MacGuire started talking about getting soldiers together but then started talking obsessively about his travels. Butler kept waiting for him to get to the point but then he picked up on the pattern within the anecdotes.** The time was right to try the same thing in America, MacGuire said. A new Secretary of General Affairs, one who would replace the Secretary of State and leave the President to "dedicate bridges and kiss children". For the first time, Butler understood what MacGuire wanted. MacGuire and his group wanted Smedley Butler to become America's first fascist dictator, propped up by a devoted following of veterans. Some members of his organization, MacGuire said, had wanted Douglas MacArthur to lead the revolution. But, he'd known since the break-up of the Bonus Army that MacArthur would never be as esteemed as Smedley Butler would be to the veterans. MacGuire estimated that in all, they'd only need an army of about 500,000. The general asked how they intended to pull all this off or even pay for it. MacGuire explained that the group would be announcing its presence publicly in the next few weeks. He wasn't sure which name they'd settled on yet, but between the collaborators, they might have as much as $300 million to commit to "protecting the constitution" (that's more than $5 billion in 2019 currency). Whether Butler agreed or not, MacGuire said, once they got in touch with the right members of the American Legion and Veterans of Foreign wars and acquired weaponry, it was only a matter to time until their plot was successful. Once again, he asked Butler to think about it. This time, Butler couldn't stop thinking about it. Mussolini had proved strangely popular in the American media over the last decade. The press was similarly hopeful about Hitler.


As it turns out the capitalist class (Money Trust) wanted to use the discontent of his soldiers to get MajGen Butler to overthrow the government and when he refused they tied to frame him which resulted in the revelations of the "Business Plot". In July, Fortune Magazine had run an editorial which asked "whether Fascism is achieving in a few years of decades such a conquest of the spirit of man as Christianity achieved only in ten centuries." The article went on, "the good journalist must recognize in Fascism certain ancient virtues of the race, whether or not they happen to be momentarily fashionable in his own country. Among these are Discipline, Duty, Courage, Glory, Sacrifice". They wanted to use this private army to seize power and install Major General Smedley Butler as leader of a fascist regime like Italy and Germany. Both Mussolini and Hitler were private individuals who seized power thru the overthrow of the government thru colorable movements. Butler decided to call a friend at the VFW and warn him about what he'd been hearing. As it turned out, there were other, similar rumors floating around. Without proof, the conspiracy was not necessarily anything more than just a rumor. When the American Liberty League (ALL), a group of conservatives who opposed FDR and his New Deal, became public, any notion that it was merely a rumor was abolished. Among its members were Colonel M.P. Murphy, Robert S. Clark, and John W. Davis (every one of the conspirators MacGuire had mentioned). French determined that ALL member Irene Dupont, who would later do business with the Nazis well into World War II, owned a controlling stake in Remington-Colt which possibly provided the group with access to artillery. **An astounded Butler debated where to turn first, and decided to enlist a liberal Philadelphia paper to verify the details of his outlandish story. The paper sent their star reporter Paul Comly French who feigned anti-Roosevelt sympathies to interview MacGuire, who was candid**

about his views and details of the plot.  He mentioned that the Remington arms manufacturers would supply the army, thanks to a working relationship with the DuPonts. "We need a Fascist government in this country," he told the reporter, "to save the nation from the communists who want to tear it down and wreck all that we have built in America. The only men who have the patriotism to do it are the soldiers and Smedley Butler is the ideal leader. He could organize a million men overnight". As French recalled, MacGuire continually discussed "a dictator who would come galloping in on his white horse... either through the threat of armed force or the delegation of power and the use of a group of organized veterans, to save the capitalistic system". And it was at around the time that French and Butler were building a case against MacGuire and his purported co-conspirators that the general was subpoenaed to discuss rumors of a fascist plot before Special Committee on Un-American Activities.

According to author of The Devil's Chessboard, David Talbot: "In 1934, a group of Wall Street plotters- financed by wealthy Roosevelt enemies (and Dulles clients) like the Du Ponts- tried to recruit Marine war hero General Smedley Butler to lead an armed march on Washington.  "Then in 1933-34 came the attempt by the Morgan firm to install a fascist dictatorship in the United States.  In the worlds of Jules Archer, it was planned to be a Fascist putsch to take over the government and "run it under a dictator on behalf of America's bankers and industrialists." Again, a single courageous individual emerged-General Smedley Darlington Butler, who blew the whistle on the Wall Street conspiracy. And once again Congress stands out, particularly Congressmen Dickstein and MacCormack, by its gutless refusal to do no more than conduct a token whitewash investigation".  In 1940, newspaperman and socialite Cornelius Vanderbilt Jr. – one of FDR's few friends in the New York club set- tipped off Eleanor Roosevelt to another anti-Roosevelt plot he had heard being hatched in his Fifth Avenue circles, involving tycoons as well as army officers."

In 1934 a special investigative committee came to Gen Butler linking his name to a veteran's organization associated with a plot to overthrow President Roosevelt.  That is when General Smedley D. Butler exposed The Business Plot:  a well-financed Wall St plot to organize the American Legion to March on Washington DC, seize the White House, overthrow the president and install the famous military hero as dictator.  The McCormack-Dickstein Committee was a Special Committee on Un-American Activities on Nazi propaganda which was established to investigate acts of fascist sympathizers in the US during the early years of the presidency of FDR.  The committee began hearings on November 20, 1934; "To be perfectly fair to Mr. MacGuire," Butler said, "He didn't seem bloodthirsty.  He felt that such a show of force in Washington would probably result in a peaceful overthrow of government." French corroborated Butler's testimony.  Gerald MacGuire, however, denied everything but that the Legion solicited Butler's support for the gold standard.  Though Butler had never spoken to them, Butler implicated several prominent businessmen and veteran leaders as backers of the plot. The committee chose not to publish these allegations because they were hearsay. Given a successful coup, Butler said that the plan was for him to have held near-absolute power in the newly created position of "Secretary of General Affairs", while Roosevelt would have assumed a figurehead role.  When the court report was published, it concluded that a plot to

overthrow the Roosevelt Administration and install a Fascist government in its place did indeed exist. How far it had gotten was never determined, however, and the investigations into the plot never officially looked into that anyway.

**In response, Butler said that the committee had deliberately edited out of its published findings the leading business people whom he had named in connection with the plot.** He said on February 17, 1935, on Radio WCAU, "Like most committees it has slaughtered the little and allowed the big to escape. The big shots weren't even called to testify. They were all mentioned in the testimony. Why was all mention of these names suppressed from the testimony?" Amidst accusations from The New York Times that his story was "credulity unlimited," Butler broke his silence once again. In a speech broadcast for radio and recorded for a newsreel, Butler repeated his accusations and openly asked why the named individuals were never called to testify. In the end, only MacGuire spoke to the committee. Robert S. Clark lived in France and could not be forced to appear in the United States. But no explanations were provided for the absence of Colonel Murphy, John W. Davis, or any of the other suspected conspirators; they were never asked to testify at all. The US deep state was fairly successful in flushing the details down the memory hole. No prosecutions were forthcoming and the McCormack-Dickstein Committee's report was redacted, with the names of the key financiers redacted. The Business Plot, was financed by a prominent tycoons and Wall Street big shots who controlled many of the country's major corporations like Chase Bank, Maxwell House, General Motors, Goodyear, Standard Oil, Dupont and Heinz, as well as other noted Americans, including Prescott Bush, grandfather of former U.S. president George W. Bush. This was ostensibly to protect their anonymity pending further investigations, but since no further investigations were made, their names were permanently redacted, raising suspicions that there may have been a secret agreement not to prosecute the leaders in return for Wall St's dropping its opposition to FDR's New Deal.

**From "Democracy Now" interview of author David Talbot ("The Devil's Chessboard: Allen Dulles, the CIA, and the Rise of America's Secret Government") by Amy Goodman:**

**And so, because he was so popular with the rank and file, when a number of corporate families like the DuPonts and others became furious at FDR for being a class traitor, as they called him, and pushing through these Wall Street reforms and other things that were infuriating them, they**

**Smedley Butler and said, "Would you lead a march again, like the Bonus Army March on Washington? But this time we want the soldiers to be armed." Essentially, "Will you lead a coup against Franklin Roosevelt?" And instead of going along with this, he went before Congress and outed this plot.**

**AMY GOODMAN: And who were the families? Who were the—**

**DAVID TALBOT: Well, DuPonts were one of them. The family that owned Remington, the arms factory, was also involved. A number of these people were clients of the Dulleses.**

**Foster Dulles, by the way, John Foster Dulles, who later became Secretary of State, ran the Wall Street firm Sullivan & Cromwell. When FDR starts to push through some of these reforms, like the Security Exchange Commission and others, Glass-Steagall, he convenes all his wealthy clients in his office on Wall Street and says, "Just ignore this. We'll resist this. We won't go along with these reforms.**

The Business Plot, by The Money Trust, which intended to install a Wall St-backed fascist government in Washington failed as a coup primarily because of one man: Major General Smedley Butler, whom the plotters mistakenly judged suitable to head the operation! No one was prosecuted, but the event significantly restrained the influence of the Money Trust. A key perpetrator, Gerald MacGuire, died suddenly in 1935 and the event was nearly memory holed.
Once Butler exposed the plot, FDR and his allies waged war against the power of the private investment banks that sponsored fascism at home and abroad, seeking to curb their power, and placing the sovereign power of the U.S. government and Constitution over them. In asserting that all economic policy must serve the constitutionally mandated principle of the General Welfare, FDR put the nation on a pathway out of the chaos and pessimism (but for the Dulles brothers).

## Highlights from a David Talbot interview on KPFA:

"(There has been an) epic battle between the forces of democracy and the secret government, the power behind closed doors (that includes) powerful figures from Wall Street, bankers and lawyers (who were) never elected. The Dulles brothers (were) at center of this secret government, and were appointed, not elected, to positions of power.

The uncle and grandfather of the Dulles brothers were both Secretary State.
The Dulles' were leading players at Sullivan & Cromwell, the most powerful legal firm on Wall Street. John Foster Dulles was chief council for Sulli-an and Cromwell and became chief strategist for corporate America. He advised his corporate clients to ignore FDR's laws, the Glass-Steagle Act, and New Deal reforms, etc.

Many people involved in the attempted corporate coup against FDR were connected to the Dulles Brothers. These included the Du Pont brothers. FDR was considered a "class traitor."
In the post-WWII period, Allen Dulles returned to Wall Street to work for Sullivan Cromwell. They were trying to uproot FDR's legacy and get rid of the New Deal. The anti-communist witch hunts of Senator McCarthy were probably a Dulles strategy to defeat the democratic party and to paint the democratic party as traitors.... This became an effective weapon for regime change in Washington to move the US from the Roosevelt New Deal to Pres. Eisenhower's corporate Republican rule with the Dulles brothers in control. The Dulles brothers won this Washington power battle.

The Dulles Brothers won the battle with aid of people like Nixon, who was the first to use the anti-communist smear campaign tactics in American politics. Nixon was groomed by the Dulles Brothers to lead the "anti-red witch hunt" which McCarthy then took even further. Then McCarthy got out of control and his life was threatened by a CIA personnel. So, McCarthy

backed down and then the Dulles Brothers took control.

"Rockefeller and the Third Reich:" The Rockefeller group within the American power establishment, along with numerous related corporate heads, from Henry Ford to the DuPonts, had long been attracted to the European models of Mussolini's corporatist Fascism and even German Nazism. Wall Street and major US industrial circles had been traditionally anti-labor and heavy-handed when it came to granting concessions to the broader population. They were clearly fascinated by the ability of Hitler and Mussolini in the early thirties to discipline organized labor and to smash trade unions and their political parties, whether social democratic or communist.

However, there was a larger geopolitical motive to their fascist sympathies before the war. They, like their cousins in the British Round Table circles, desired a larger war, a war between their two formidable potential Eurasian rivals for hegemony: Russia and Germany. They wanted a war in which both great powers, Stalin's Soviet Union and Hitler's Third Reich would, as one British insider put it, "bleed each other to death." It had little to do with ideology or romantic illusions about the superiority of the Aryan race, despite the fact that until 1939 the Rockefeller Foundation generously funded eugenics research, including live human experiments in Hitler's Third Reich. Their motivation had everything to do with the building of their American Century on the ashes of Europe, which would require decimating both Germany and the Soviet Union. **World War II is the story of the death of thirty-five million patriotic, slogan-shouting serfs, while billions of dollars lined the pockets of the international bankers and their cohorts, the politicians and weapons manufacturers"**:

"While Eisenhower's troops defeated The Third Reich on the battlefields of Europe, the war against fascism was lost on the home front, to the same cadre of American elitists who built Hitler's war machine. At the center of this small confederacy two firms stand out: Brown Brothers & Harriman, and Sullivan & Cromwell. At the very eye of this oligarchy one family name stands above all others. Spanning over 90 years and 4 generations, the Bush family has chosen to ally themselves with Nazism and warmongering at home and abroad, ever willing to advance the Nazi agenda of global corporatism.

The extent of corporate America's involvement with the Nazis may never be fully known because many of the files remain classified and others undoubtedly have been purged. However, the list of American corporations that knowingly and willingly continued to trade with the Nazis during the war exceeds 300. Included in the list are Ford, General Motors, General Electric, ITT, Standard Oil of New Jersey, Chase, and even the bluest of blue chips, IBM.

**It was strictly "business as usual" during the Second World War for many of these same "internationalists." During 1942, Standard Oil of New Jersey shipped oil to the Germans through neutral Switzerland, while General Motors equipped both sides during the conflict. The Paris branch of (the Rockefellers') Chase Bank conducted millions of dollars of business with the Nazis with the approval of the central Manhattan branch, while Colonel Sosthenes Behn, the head of ITT, consulted Hitler on communications systems and robot bombs. Ball bearings, in short supply among the Allies, were shipped to Nazi-connected**

firms in South America by the Vice Chairman of the American War Productions Board in partnership with Nazi Goering's cousin in Philadelphia.

While Hitler cynically denounced the company as an "international Jewish organization," Schacht nevertheless awarded huge contracts to produce munitions and chemicals for the German military buildup to I.G. Farben, the giant chemical firm, that ultimately produced the Zyklon B gas used in Nazi extermination camps. And, I.G. Farben and Rockefeller's Standard Oil of New Jersey were effectively a single firm, having been merged in hundreds of cartel arrangements. It was led, up until 1937, by Rockefeller's partners, the Frankist (Jewish sect) Warburgs.[2] After WW II began, Standard Oil pledged to keep the merger with I.G. Farben, even if the U.S. entered the war.

Because President Roosevelt did not trust either his State Department or Justice Department, he entrusted the post-war probe of American financial collaboration with the Nazis to Henry Morgenthau, his Secretary of the Treasury. Morganthau initiated Operation Safehaven, a program to trace Nazi flight-capital back to the western investors. After Roosevelt's death, Morgenthau was discredited for an anti-German bias at a time when America allegedly needed to rebuild Germany as a bulwark against Russian encroachment. Dulles took over Operation Safehaven, and used it as a cover for OPC's Nazi recruitment. Although Dulles destroyed the Safehaven index, a few of Morgenthau's original files escaped Dulles' shredder, and can be found in the wartime State Department Post Files. For example, in the Switzerland Post files I discovered the Operation Safehaven investigation of Dulles himself, where he was accused of laundering money for the Nazis. . The Safehaven files were stolen by Eleanor Dulles and given to the Zionist intelligence service. They then blackmailed Nelson Rockefeller into pressuring the Latin American nations to supply extra votes in the UN to create the State of Israel.

Before 1940, the U.S. State Department, FBI and the different branches of the military all had their own security and counterintelligence operations, which did not easily share information with each other. In the introduction to The Old Boys: The American Elite and the Origins of the CIA, author Burton Hersh identifies this common denominator: "In 1941 [the year of America's entry into the war], an extraordinarily nimble New York antitrust attorney named William 'Wild Bill' Donovan inveigled Franklin Roosevelt into underwriting the first encompassing intelligence instrumentality, the Office of the Coordinator of Information [OCI].  With another war raging in Europe, however, President Franklin D. Roosevelt wanted greater coordination when it came to gathering and acting on intelligence. In July 1941, he tapped Colonel William J. Donovan, known as "Wild Bill," for a newly created office, Coordinator of Information (COI).  There was considerable push-back from the FBI, as Director J. Edgar Hoover was openly hostile to Donovan and because of that, operations in Latin America were virtually non-existent as Hoover kept that part of the intelligence area for himself and the FBI. Consequently, the level of sharing of intelligence between the two organizations was zero. Several high-ranking generals held the fledgling organization and Donovan in low esteem, including Douglas MacArthur. It would later keep OSS from helping the liberation of the Philippines, an area that was tailor made for OSS.

"Donovan's profession was relevant, and it was no accident that all three [of The Old Boys'] load-bearing protagonists Bill Donovan, Allen Dulles, Frank Wisner achieved status in America by way of important Wall Street law partnerships. "The faction-ridden [OCI] gave way in 1942 to the [OSS]. From then on, a civilian-directed, operationally oriented spy service would top the wish list of America's emerging power elite."

After the Japanese attack on Pearl Harbor, Roosevelt acted swiftly to improve U.S. intelligence capabilities even further. In June 1942, he issued an executive order establishing the OSS, which replaced the COI and was charged with collecting and analyzing strategic intelligence and running special operations outside the other branches of the U.S. military, under the control of the Joint Chiefs of Staff. **After the (scripted and deliberately U.S.-provoked Japanese) attack on Pearl Harbor, Allen Dulles joined the staff of the Office of Coordinator of Information (OCI), precursor to the Office of Strategic Services (OSS, which was precursor of the CIA). J. Edgar Hoover objected to the men Dulles was hiring, characterizing the Dulles family as "internationalists"; Hoover may have been on to something.** As head of the OSS, Bill Donovan was frustrated when his rival agencies effectively blocked access to intercepted Axis communication, the most vital source of wartime intelligence. Prior to his CIA position he headed the operations of the Office of Strategic Services (OSS) in Switzerland; in the 1930's, Allen Dulles served as legal adviser to the delegations on arms limitation at the League of Nations where he met with the world's leaders including: Hitler, Mussolini, Litvinov. He was a senior partner in the law firm, Sullivan & Cromwell. Dulles and the other high-ranking intelligence officials and in the State Department, had the highest regard for the Nazi elite (the Reich's generals, chemists, medical doctors, and engineers) whose research and achievements were mostly in wartime technology, racial hygiene, torture, and genocide. Dulles exploited his post in OSS to quash war crimes prosecutions of senior Nazi officials and German business leaders who cooperated with him in a series of clandestine schemes to secure a U.S. advantage in Central Europe. Dulles personally intervened to ensure the escape from prosecution of major German bankers and industrialists complicit in the Nazis' extermination-through-slave-labor program. Throughout the war and the years after, his reports to Washington ignored almost entirely the massacre of Jews; as though they were of no consequence.

Dulles had the highest regard for Germany's Nazi elite (the Reich's industrialists, generals, chemists, medical doctors, and engineers) whose research and achievements were mostly in wartime technology, racial hygiene, torture, and genocide. Like the Nazis with whom he had cordial relationships, he had fanatic contempt for Soviet Communism and harbored decidedly anti- Semitic eugenic views. Under the Brothers Dulles' leadership deadly lawless operations were executed with complete disregard for moral and legal proscriptions, to say nothing about the innocent human casualties that were a consequence of these operations. **Allen Dulles exploited his post in the Office of Strategic Services (OSS) to quash war crimes prosecutions of senior Nazi officials and German business leaders who cooperated with him in a series of clandestine schemes to secure U.S. advantage in Central Europe. He personally intervened to ensure the escape from prosecution of major German bankers and**

industrialists complicit in the Nazis' extermination-through-labor program, according to archival records brought to light here for the first time. Dulles also protected SS Obergruppenfuhrer Karl Wolff, the highest-ranking SS officer to survive the war and one of the principal sponsors of the Treblinka extermination camp, as well as a number of Wolff's senior aides. Allen Dulles turned to Reinhard Gehlen, the most senior eastern front military intelligence officer, who, just before the end of WWII, had turned himself over to the U.S. In exchange for his extensive intelligence contacts in the USSR, Dulles and the OSS, reunited Gehlen with his Nazi associates, to establish "the Gehlen Organization", which then functioned within the OSS, and later the CIA.

Fascism is a rebellion or revolt by the elite to preserve their social economic status (basically socialism for the rich). Unlike communism, fascism is top-down, elite revolution which doesn't need a physical revolution to emerge. What the Wall St elite were unable to achieve with MajGen Smedley Butler, with the Business Plot; they achieved with the passing of FDR. Truman had been vice-president for less than three months when President Roosevelt died in April 1945. Despite his inexperience in foreign policy, Truman soon proved himself to be a strong-willed and astute operator. He oversaw the final months of World War II and gave orders for the detonation of two atomic bombs over Japan. **The trans-Atlantic financier oligarchy of which the Dulles brothers were famously members and paid agents, that is the London and Wall Street clique then covertly seized American policy direction the moment Franklin Roosevelt died, merging the U.S. and British intelligence and security services in a fascist coup d'état. "Less than six months after the end of the war (WWII), the President set up the Central Intelligence Group. The New York Times on January 23, 1946, reported that President Truman established a National Intelligence Authority composed of the Secretaries of State, War, and Navy. It was to be headed by a Director of Central Intelligence. The DCI would have at his disposal the staffs and organizations of all government intelligence units, including those overseas, and would undertake "such services of common concern as the National Intelligence Authority determines can be more efficiently accomplished centrally." This provision would enable the Director to operate his own staff for top secret and high priority missions, while utilizing the production of all other Agency staff operations for general intelligence production.** President Harry S. Truman was not inclined to prolong the existence of the OSS when World War II ended later that year. By Executive Order, Donovan's agency was dissolved as of October 1945, but its secret Intelligence (SI) and X-2 branches would become the nucleus of a new peacetime intelligence service, the Central Intelligence Agency (CIA), created in 1947. The fascist usurpation of power thru the covert part of the National Security State by the British and their partners, the Dulles brothers, thru the Presidency of Harry Truman (in which Allen Dulles was director of OSS/CIA covert operations) occurred with the creation of the CIA.

In its first years the CIA, like OSS before it, was dominated internally by the aristocratic elements of the New York overworld. All seven of the known deputy directors of the CIA at the time came from the same New York legal and financial circles, and no less than six of these seven (including both Dulles and Wisner) were listed in the New York Social Register as well. Fascism is a repressive totalitarian regime in which a few elite control and use the government

for their benefit. **The elite American Wall St clique had failed at their fascist coup with the Business Plot but they managed to covertly gain control of Washington DC thru the National Security State, CIA, which answered directly to them; with the National Security Act of 947, which allowed for:**

Any action by a government that places the rights of a corporation or a group of elites above the rights of the people is a step toward fascism. The U.S. National Security Act of 1947 established the Secretary of Defense and created the Department of the Air Force. It protected the Marine Corps as an Independent Service, under the Department of the Navy, prohibiting it from ever being absorbed into the Army. It also created the Central Intelligence Agency (CIA) with both a strategic analysis and an operative clandestine activities side. It drew a bright line between foreign and domestic intelligence and assigning these realms, in effect, to the CIA and the Federal Bureau of Investigation (FBI), respectively. The CIA was designed to be an independent, central agency with no policymaking role and no law enforcement powers.

**The U.S. National Security Act of 1947 established the Secretary of Defense and created the Department of the Air Force. It protected the Marine Corps as an Independent Service, under the Department of the Navy, prohibiting it from ever being absorbed into the Army. It also created the Central Intelligence Agency (CIA) with both a strategic analysis and an operative clandestine activities side. It drew a bright line between foreign and domestic intelligence and assigning these realms, in effect, to the CIA and the Federal Bureau of Investigation (FBI), respectively. The CIA was designed to be an independent, central agency with no policymaking role and no law enforcement powers. DynCorp Int. was also created with the National Security Act as a clandestine operating division of the CIA by the Dulles brothers. Since its inception during the "Cold War" DynCorp Int. has operated as a covert corporate mafia with government backing. It comprises the "Black Budget" and was used for "Black Ops" by the Dulles brothers to overthrow governments and make money all over the world for US corporations; hence the CIA nickname "the Company".** DynCorp Int. was also created with the National Security Act as a clandestine operating division of the CIA by the Dulles brothers. Since its inception during the "Cold War" DynCorp Int. has operated as a covert corporate mafia with government backing. It comprises the "Black Budget" and was used for "Black Ops" by the Dulles brothers to overthrow governments and make money all over the world for US corporations; hence the CIA nickname "the Company". **The Dulles inspired U.S. National Security Act of 1947 exposes the fact that what the US corporate elite couldn't accomplish thru USMC Gen Smedley Butler and the military with the Business plot, they have realized with the National Security State US Intelligencia agencies.**

**"The National Security Act of 1947, written by a high-flying young Democrat, Clark Clifford, created both the Air Force and the National Security Council, changed the name of the Department of War to the Department of Defense and, almost as an afterthought, conjured the Central Intelligence Agency into being. Forrestal testified before Congress that the CIA's function would consist of intelligence analysis and that there would be no domestic component to its activities. Within months both these restraints had been**

breached, with Forrestal leading the charge. The National Security Act was passed in July. By September, Forrestal was ordering the CIA's new director, Admiral Roscoe Hillenkoetter, to begin covert operations in Europe, in Italy and Greece....

" The original mission of the CIA was to coordinate the intelligence-collection programs of the various governmental departments and agencies, and to produce the reports and studies required by the national leadership in conducting the affairs of U.S. foreign policy. This was President Truman's view when he requested that Congress establish the secret intelligence agency by passing the National Security Act of 1947. But General William "Wild Bill" Donovan, Allen Dulles and other veterans of the wartime Office of Strategic Services- a virtually unregulated body, both romantic and daring, tailor-made to the fondest dreams of the covert operator- thought differently. They saw the emergency agency as the clandestine instrument by which Washington could achieve foreign-policy goals not attainable through diplomacy. They believed that the mantle of world leadership had been passed by the British to the Americans, and that their own secret service must take up where the British left off. Thus, they lobbied Congress for the power to conduct covert operations....

Of the greatest and most far reaching consequence was the provision in the 1947 law that permitted the CIA to "perform such other functions and duties related to intelligence... as the National Security Council may from time to time direct." From those few innocuous words the CIA has been able, over the years, to develop a secret charter based on NSC directives and presidential executive orders, a charter almost completely at variance with the apparent intent of the law that established the agency. This vague phrase has provided the CIA with freedom to engage in covert action, the right to intervene secretly in the internal affairs of other countries. It has done so usually with the express approval, but almost always without the consent of Congress, and virtually never with the knowledge of the American people."

...The authority for the operations (which violated the CIA's charter) was given by the National Security Council. There was not congressional appropriation, so funding came from private sources inside the US, through a network of proprietary front organizations, millionaires, and criminal enterprises.... Thus, was set the modus operandi of the CIA for the next fifty years.

In 1947, Truman promised American help for other nations resisting communist aggression and infiltration. This position, later called the Truman Doctrine, would underpin US foreign policy during the Cold War. Beginning with the Truman administration and the creation of the National Security State in 1947, Cold War Liberalism became the dominant philosophy of the American intelligence establishment. The US as no fighting "communism" while practicing fascism as the CIA actively shaped and disseminated these views through psychological warfare and media manipulation. Agency created front organizations and publications networks such as the Congress for Cultural Freedom were vital in this subversion process. These spooks believed

it absolutely crucial to mold the cultural milieu of intellectuals, both in the United States as well as Europe. But covertly influencing the mass of the general public was not neglected via publications such as the Reader's Digest, Time, Life, Look, Newsweek, and other popular magazines. Key figures in this propaganda apparat were Frank Wisner, Tom Braden, Cord Meyer, James Jesus Angleton, Phillip Graham, Joseph Alsop, Stewart Alsop, and C. D. Jackson. **The CIA was a young organization in those days and was primarily limited (until June 1948) to simple information gathering and analysis.** Former OSS official (and senior partner of Sullivan and Cromwell) Allen Dulles was president of the Council on Foreign Relations and chief advisor to Thomas Dewey's 1948 GOP presidential campaign against Harry Truman. This was at the same time he was working on the Dulles-Jackson-Correa Report. Here Colonel L. Fletcher Prouty explains the significance of the Report and Dulles's role in the founding of the CIA. Dulles helped create the OPC (which was later merged into the CIA). Frank Wisner became head of the OPC. Dulles fully expected to become CIA director when Dewey won. President Truman beat Dewey in a major electoral upset and Dulles wouldn't become CIA director until 1953 under Eisenhower. Dulles became more active in diplomacy and foreign policy during the 1940s. At the invitation of president Harry Truman, he participated in the drafting of the United Nations Charter (this despite Dulles being a Republican and Truman a Democrat). He also served briefly as a US Senator in 1949.

As WWII ground on for two more years, thousands of Nazis took steps to evade post-war prosecutions, in part, by arranging protection from British and American officials. Most of those American officials served in U.S. intelligence agencies, either Army intelligence or the civilian-run OSS, the CIA's forerunner. OSS spymaster Allen Dulles played into this Nazi game in spring 1945, as Soviet, British and American forces were converging on Berlin. Dulles engaged in negotiations for the separate surrender of German forces in Italy with SS General Karl Wolff. The overall value of Dulles's negotiations toward ending the war also was dubious. Less than one week before the general armistice ending the War in Europe, Dulles offered Nazi officers an advantageous deal, letting one million German combatants surrender to British and American forces on May 2, 1945, rather than to the Russians. By surrendering to the British and Americans, most of these Germans not only avoided harsh treatment from the Russians but high-ranking Nazi officers benefited from the Truman administration's quick pivot from its war-time alliance with Stalin to the Cold War confrontation with Moscow. Dulles met with Wolff in defiance of orders from the dying President Franklin D. Roosevelt. Rauff himself wound up in Chile, where he later reportedly advised Gen. Augusto Pinochet's ruthless secret police....SS Col. Rauff just happened to have the right connections to make that happen.

**In his national bestseller, "Blowback," author Christopher Simpson wrote: "after World War II, Nazi émigrés were given CIA subsidies to build a far-right power base in the U.S. These Nazis assumed prominent positions in the Republican Party's "ethnic outreach committees." The Nazis did not come to America as individuals but as part of organized groups with fascist political agendas. The Nazi agenda did not die along with Adolf Hitler. It moved to America (or a part of it did) and joined the far right of the Republican Party."**

**According to David Talbot:  "1938 was around the time when the same leading circles in**

and around the Council on Foreign Relations and with funding from the Rockefeller Foundation, launched their groundbreaking and monumental War and Peace Studies project. The War and Peace Studies Project developed the blueprint for establishing a postwar American imperium that would disguise its real intent with misleading rhetoric about "anti-colonialism," free enterprise" and promotion of "democratic ideals" around the world... These were the architects of the new American Empire, dubbed "the American Century" by one of its most influential advocates, Time and Life magazine's founder, Henry Luce. War and Peace Studies' was a project carried out by the Council on Foreign Relations between 1939 and 1945 before and during American involvement in World War II.

Then in December 1944, Bill Donovan, head of the OSS, and Allen Dulles, OSS head of intelligence operations in Europe operating out of Switzerland, strongly urged FDR to approve a plan allowing Nazi intelligence officers, scientists and industrialists to be "given permission for entry into the United States after the war and the placing of their earnings on deposit in an American bank and the like." FDR swiftly turned the proposal down.... But this presidential veto was a dead letter even as it was being formulated. Operation Overcast was certainly under way by July 1945, approved by the Joint Chiefs of Staff to bring into the US 350 German scientists, including Werner Von Braun and his V2 rocket team, chemical weapons designers, and artillery and submarine engineers.

According to author Linda Hunt, 1991, Secret Agenda; The United States Government, Nazi Scientists, and Project Paperclip, 1945-1990:

"American soldiers fighting in World War II had barely laid down their guns when hundreds of German and Austrian scientists, including a number implicated in Nazi war crimes, began immigrating to the United States. They were brought here under a secret intelligence project code-named "Paperclip." Ever since, the U.S. government has successfully promoted the lie that Paperclip was a short-term operation limited to a few post-war raids on Hitler's hoard of scientific talent. The General Accounting Office even claims the project ended in 1947. All of which is sheer propaganda. For the first time ever, this book reveals that Paperclip was the largest, longest-running operation involving Nazis in our country's history. The project continued nonstop until 1973- decades longer than was previously thought. And remnants of it are still in operation today.

The U.S. Military rounded up Nazi scientists and brought them to America. It had originally intended merely to debrief them and send them back to Germany. But when it realized the extent of the scientists' knowledge and expertise, the War Department decided it would be a waste to send the scientists home. Following the discovery of flying discs (foo fighters), particle/laser beam weaponry in German military bases, the War Department decided that NASA and the CIA must control this technology, and the Nazi engineers that had worked on this technology. There was only one problem: it was illegal. U.S. law explicitly prohibited Nazi officials from immigrating to America–and as many as three-quarters of the scientists in question had been committed Nazis.

At least sixteen hundred scientific and research specialists and thousands of their dependents were brought to the U.S. under Operation Paperclip. Hundreds of others arrived under two other Paperclip-related projects and went to work for universities, defense contractors, and CIA fronts. The Paperclip operation eventually became such a juggernaut that in 1956 one American ambassador characterized it as "a continuing U.S. recruitment program which has no parallel in any other Allied country."  Henry Kissinger was recruited as a professional spy for Dulles shortly after the end of the war in Europe. Although there is no evidence that he personally recruited Nazis, Kissinger ran the intelligence file room where records of Nazi recruitment were kept. He then transferred to Harvard where he specialized in recruiting foreign students for espionage. Late he worked for Dulles during the glory days of the Office of Policy Coordination (OPC). He was hired as a consultant for a private group known as Operations Research Office, which planned to use former Nazis as agents behind Russian lines in the event of World War III.

The lie that Paperclip ended in the 1940s has conveniently concealed some of the most damning information about the project- in particular the shocking revelation that one of the intelligence officers who ran it was a spy. U.S. Army Lieutenant Colonel William Henry Whalen was the highest-placed American military officer ever convicted of espionage. Despite the extensive publicity devoted to Whalen's trial in the 1960s, exactly what he did for the Joint Chiefs of Staff (JCS) was not disclosed. This book reveals that in 1959 and 1960 Whalen was at the helm of the Joint Intelligence Objectives Agency (JIOA)- which means he was running Paperclip at the same time he was selling America's defense secrets to Soviet intelligence agents.  U.S. Congresswoman Elizabeth Holtzman, who authored 1978 immigration law that bars Nazis from our shores, stated: "We have agencies that think they are a law unto themselves, that regardless of what the law of the land is, regardless of what the president of the United States says, they'll do whatever they think is best for themselves. And that's very dangerous."

President Harry Truman agreed in September 1946 to authorize "Project Paperclip," a program to bring selected German scientists to work on America's behalf during the "Cold War."  President Truman, who had explicitly ordered no committed Nazis to be admitted under Project Paperclip, was evidently never aware that his directive had been violated. State Department archives and the memoirs of officials from that era confirm this. In fact, according to Clare Lasby's book Operation Paperclip, project officials "covered their designs with such secrecy that it bedeviled their own President; at Potsdam he denied their activities and undoubtedly enhanced Russian suspicion and distrust," quite possibly fueling the Cold War even further

Josef Mengele was among the hundreds of high-ranking Nazis which the U.S. intelligence and military services extricated from Germany, during and after the final stages of World War II, known as Operation Paperclip. Of particular interest were scientists specializing in aerodynamics and rocketry, such as those involved in the V-1 and V-2 projects, chemical weapons, chemical reaction technology and medicine. However, Christopher Simpson shows how the CIA hired former Nazis "for their expertise in propaganda and psychological warfare," and other purposes.  According to the author of "Mind Control

the Ultimate Terror" it was through Mengele that the MK-Ultra and Monarch programs were developed. The project was begun in the 1950s, and coordinated by the British psychological warfare unit called the Tavistock Institute, with the Scottish Rite Freemasons, the CIA, and other British, American, Canadian, and UN agencies.[25] The Tavistock Institute, formed at Oxford University, London, by the RIIA in 1922, became the Psychiatric Division of the British Army during World War II.[26]

Allen Dulles was put in charge of the CIA's Bluebird mind control project after WWII, which he changed to Artichoke because he was fond of the vegetable. Furthermore.  Allen and his brother John Foster were senior partners at Rockefeller's Standard Oil's chief law firm, Sullivan and Cromwell, which became a notorious CIA front with links to the most important financial houses on Wall Street (as part of the fascist National Security State). The CIA mind control experimentation emerged full-blown under Project BLUEBIRD in 1947, that sought an "exploitable alteration of personality," through testing a wide variety of drugs, under the supervision of Security operator Morse Allen. At the same time the U.S. Navy was doing its own drug experimentation under Project CHATTER, a project that sought a "truth drug." In 1950, LSD was used on suspected double agents and North Korean prisoners of war under the auspices of BLUEBIRD, and Morse Allen requested of his boss Paul Gaynor that the CIA acquire what was termed an "electro-sleep" machine that had been built at a Richmond, Virginia hospital.  Basic to the financing of mind control projects, Nelson Rockefeller merged three federal corporations into the Department of Health, Education, and Welfare, and HEW and its sub-agency the National Institute of Mental Health, were used to fund ARTICHOKE and other early CIA mind control projects. Other agencies involved in research into people manipulation at the time included the Defense Department, the National Science Foundation, the Veteran's Administration, the Department of Labor, the Department of Health, Education and Welfare, the National Institute of Mental Health, and the Law Enforcement Assistance Administration.  In 1977, the U.S. Senate Church Committee investigation exposed criminal activities of the Central Intelligence Agency. Quoting Peter Cuskie, "among the most damning revelations was the CIA's 25-year history of secret experimentation with mind-altering drugs, mass-psychological manipulation, North Korean-style brainwashing and torture techniques, under the rubric of Operation MK-ULTRA and other programs."

Utilizing Operation Paperclip, the Nazis (aided by Dulles and other ex-Wall Street lawyers) prevented a thorough denazification of Germany and put the Third Reich's stamp on decades of atrocities during the long "Cold War: spreading their brutal death-squad techniques to faraway places, especially Latin America.  The Dulles Brothers came to power in 1953 CE when Eisenhower appointed John Foster as Secretary of State (1953 CE-1959 CE) and Allen to Head of CIA (1953 CE-1961 CE).  Their grandfather was John Watson Foster who also served as Secretary of State, as did their uncle Robert Lansing.  Both brothers were lawyers whom also served the foreign interest of the Rothschild's multi-national corporations, thru Sullivan & Cromwell, to set government policies in favor of the Wall St oligarchy and maximize profits; over the needs of the people.  Their horrible influence was felt long before and after their Eisenhower appointments as the unelected National Security State drove and set America's interventionist foreign policy of constant wars.  The two brothers (Foster Dulles as the Secretary of States, and Allen Dulles as the CIA director) were appointed to take charge, by Wall St, of the

overt and covert operations of American foreign policies during the critical and formative period of the Cold War. They were perfect neoconservatives, the warriors of the corporate world, and allies of what would develop into todays "Military-Industrial Complex". Allen Dulles completed the transformation of the CIA from the intelligence clearinghouse envisioned by President Harry Truman to the dominant clandestine paramilitary force that it is today. It was Allen's CIA that gave teeth to his brother's policy; and this transition was deliberately enabled by President Dwight D. Eisenhower who saw covert action as a relatively bloodless way to achieve geopolitical aims. In this estimation, he did not factor the blood of foreigners that spilled amid the chaos his interventions engendered. Together John Foster and Allen seized the day and fastened the U.S. government upon the world as a hyperactive, ruthless empire committed to perpetual war. In doing so, they also helped fasten an equally hyperactive and ruthless garrison state upon the American people themselves.

Author Stephen Kinzer's book; The Brothers: John Foster Dulles, Allen Dulles and Their Secret World War depicts "the global war the United States waged secretly during the 1950s," in which Americans (contrary to Adams), combined with the British to overthrow and murder heads of state! "After a democratic election of Dr. Mohammad Mossadegh and his administration's successful nationalization of Iran's oil reserves, a secret operation was planned in the newly formed CIA, which, conveniently, was headed by the younger Dulles brother. In a seriously dark and dangerous move, the CIA planned to bribe Iranian politicians, falsely associate supporters of Mossadegh as violent and disrespectful of the country's past, and eventually helped place the former prime minister into political exile. This plan was given the name "Operation Ajax" and was conceived with serious cooperation from the Eisenhower administration.

During the Eisenhower administration; Allen Dulles was running the CIA and John Foster was in charge of the State Department, which was London and Wall St's the Rothschilds interventionists' dream come true. Their interventionism policy was framed under the rubric of the Cold War: an all-encompassing struggle pitting the "forces of freedom" against revolutionary communism and Soviet imperialism. The Dulles brothers defined "six monsters" targeted to be overthrown for Rothschilds/Wall St exploitation of their national wealth and resources: Iran's Mohammed Mossadegh, Guatemala's Jacobo Arbenz, Vietnam's Ho Chi Minh, Indonesia's Sukarno, Congo's Patrice Lumumba and Cuba's Fidel Castro. They lied and called them all Communists but only China and Cuba could be identified as Communists. The others were democracies or leaders seeking prosperity from their own natural resources that were being robbed by the Rothschilds/Wall St multi-national corporate oligarchy. Both China and Cuba were failures for the Dulles Brothers, but they overthrew or murdered the other four. They also had many other lesser targets for their evil deeds. The excuse for the crimes of the Dulles brothers is it was the Cold War so crimes are acceptable. These criminals killed American chances to cooperate with good and decent leaders like Lumumba and Mossadegh that could have created a bright new world, but the Rothschilds/Wall St corporate think tanks wouldn't allow that. John Foster Dulles explained, "there are two kinds of people in the world. There are those who are Christians and support free enterprise, and there are the others"; Simple. They saw, quite correctly, that Marxism, Bolshevism, communism had emerged as the principle threat to the power of multinational corporations in the world.

John Foster Dulles was vehemently opposed to communism, which he described as "godless terrorism", and a firm advocate of the Domino Theory. In 1950 he authored War or Peace, a study of America's Cold War foreign policy. In this book, Dulles recommended a more assertive and interventionist policy, both in Europe and Asia. He called on the White House to protect Taiwan, Korea and Vietnam from communist encroachment, using the force of arms if necessary. Mohamed Mossadegh, Iran's prime minister, was the first target of the Dulles brothers. He was overthrown in 1953 by British Intelligence and the Dulles CIA, and replaced by an iron dictatorship.   The 1953 Iran coup was intended to restore to power Britain's parasitical Anglo-Iranian Oil Company (later renamed British Petroleum or BP). Mossadegh of Iran was ousted by a CIA orchestrated coup because he nationalized the British Petroleum from robbing 90% of his nation's oil reserves. Their next target President Arbenz of Guatemala did a land reform that was very beneficial for his farmers but went against the interest of the United Fruit Company, an American corporation in which Dulles had a stake, therefore he had to go. Lumumba of Congo was working hard to uplift the economic condition of his suffering people. In reality it was all about Washington's own global hegemony, which was advanced especially for the sake of the elite corporate interests that the Dulles brothers had served all throughout their careers.    Allen Dulles was the longest-serving CIA Director who dominated American intelligence for a generation.  He personified a cadre of Ivy League pragmatic elitists in high echelons of the government who greatly admired Germany's scientific achievements. Princeton educated, Dulles affected the demeanor of a diplomat and professor rather than a spy".


More typical than direct corporate rule was the domination of weak Third World governments by corporate interests, backed up by occasional military interventions. The template for such "banana republics," of course, was Central America, where nineteenth century railroad entrepreneur Minor Cooper Keith led the building of an extensive railroad system, then moved into fruit as a sideline enterprise. The 1899 merger of Keith's Tropical Trading and Transport Company with the Boson Fruit Company, its chief competitor, created the United Fruit Company, which built towns, hospitals, and schools, sponsored archaeological excavations, and played political puppeteer to generations of Central American dictators. Keith himself was known in the 1920s as the "uncrowned king of Central America." The United Fruit Company (UFC) is a joint-stock multi/trans-national trading company formed in the line of the **Dutch West India Company, Dutch East India Company or the VOC.** The plan was simple and had already proven itself as profitable, albeit on a smaller scale. They would take the inexpensive fruit of Latin America and sell it to the world. The new company controlled nearly 75% of the banana market in the United States at the time of its creation.  By controlling the plantations, railways, and refrigerated shipping, the company vertically integrated the entire operation for massive profits which rivaled the Standard Oil and steel monopolies of the same era!   The UFC eventually became the biggest landowner and employer across Latin America. They gained direct control over whole Republics, within Latin America, whom were complaint and dedicated to cultivating and producing their crops.  **The UFC** eventually **came to hold** large areas of rural land in Latin America and the Caribbean. They also exercised military power (thru Washington DC) and operated as a neo-colonial power upon the governments whose land they utilized (exploited) for trade.  The United Fruit Company was asked to manage Guatemala's postal service in 1901, while also securing the rights to build and manage a railroad in 1904; when the Guatemalan dictator, Manuel Estrada Cabrera, granted the company a 90-year concession to

construct and manage the country's rail line. Along with this management came supremely monopolistic behaviors to make sure no local or international competitors could tread into the company's holdings within Guatemala. In some instances, local farmers were not even allowed access to roads to transport their fruit. At other times the company demolished railroad tracks when they were done using a stretch of land for their own profit, thus making sure no one else profited from them.

For the next several decades the United States government and military frequently involved itself in the affairs of Guatemala and the interests of United Fruit Company, specifically to put down various forms of organized labor. Even as this occurred the partnerships between the company and new leaders in Guatemala resulted in higher levels of corruption and new concessions of land and railroads to the company. In Honduras, the government became concerned at the level of power and control United Fruit was exercising over international markets. To that end, Honduras restricted the rights of international businesses from operating on Honduran soil. A business partner of United Fruit, Sam Zemurray, who would one day be head of the company, organized a private coup against the Honduran government in 1911. He and his mercenary partners put their own man in power over Honduras, who quickly gave them a tax-free concession of land for banana growth. For the next decade, Zumurray's railroads were constructed across the country as he organized massive banana plantations with the choice land the government handed over to him. By 1930 Zemurray's company was one of United Fruit's largest competitors but that year the two companies merged and Sam Zemurray was soon leading United Fruit Company. As Zemurray and United Fruit grew in their domination of the global banana market, the gap between the haves and the have-nots in Honduras stretched wider and wider. Farmers were not allowed on the choicest agriculture lands in Honduras as these were already granted to United Fruit. Meanwhile, a class of wealthy and powerful arose in United Fruit's shadow, constantly paid off to maintain the company's grip on power and control in the region.

In Colombia, one of the most famous events (known as the Banana Massacre (*Matanza/Masacre de las bananeras*)) occurred from December 5-6 in 1928; in the town of Cienaga near Santa Marta, Colombia. A strike began on November 12, 1928, where a large group of United Fruit workers ceased to work until the company would reach an agreement with them to grant them dignified working conditions. After several weeks with no agreement, in which the United Fruit Company refused to negotiate with their workers; Washington DC, fearing an outbreak of communism, demanded the Colombian government take-action. The conservative Colombian government of Miguel Abadia Mendez sent the Colombian Army in against the strikers. His government's response included a military dispatch with orders to "spare no ammunition" in putting down the protests. The death toll from the resulting massacre reached as high as 3,000 although exact numbers are impossible to know. The patterns of exploitation of local farmers and workers, manipulation of political systems with corrupt politicians, and US support given to United Fruit as they perpetrated these activities continued throughout the first half of the 20th century.

**After Washington DC established Banana Republics across Latin America on behalf of
United Fruit Company, during the Banana Wars courtesy of Gen Smedley Butler; they
maintained these Banana Republic by propping up successive Guatemalan dictatorships in
support the rights of American corporations over their people. For most of the 20th
century Guatemalans had lived under the authoritarian rule of American agribusiness
corporations.** For many in Latin America, United Fruit Company became the image of
economic imperialism from the United States. Journalists in the countries where United Fruit
Company was most active began referring to the company as "the Octopus" as its reach and
influence, in Latin America, were impossible to avoid or ignore. In the United States, United
Fruit pioneered public relations work to recruit political power brokers to their side and to push
their interests in foreign policy. While in Latin America, they made friends with dictators and
hired mercenaries to enforce their production quotas. United Fruit dominated the industry with
90% control of the banana import business in the US. They soon controlled the European market
as well as in the following decades, UFC gobbled up competitors throughout Central America.
By 1930, the United Fruit Company was the largest employer in Central America (they owned
more land than anyone else in Guatemala)! Across Central America and the Caribbean, United
Fruit Company owned more than 3.5 million acres. They dominated portions of nearly a dozen
countries in the region and owned the largest private navy fleet in the world (the Great White
Fleet). Governments like Guatemala, Panama, and Honduras incentivized the growth and
influence of United Fruit Company, within their nations, where bananas made up 60% of their
total exports. United Fruit Company and the dictators within countries like these worked out an
exchange. The dictators repressed the organizing of the labor forces locally while United Fruit
acted as the doorway to international markets for the countries' largest export.


For example, in 1930's, during the regime of Guatemalan President Jorge Ubico, the United
Fruit Company gained control of over 42% of the lands in Guatemala and negotiated a deal
exempting it from paying import duties and most export taxes. Resentment built among
Guatemalans until 1944, when student protests at the Universidad de San Carlos de Guatemala
spiraled into a general strike. Guatemalan military leaders confirmed fears of the government
moving Left when the people overthrew the Ubico government, in what came to be known as the
October Revolution of 1944. In the aftermath, Guatemala elected "spiritual socialist" Juan José
Arévalo as its new leader. Once Juan Jose Arevalo took power as the new President of
Guatemala; the Guatemalan government established a Labor Code; and he pushes United Fruit
Company to improve the working conditions on its "plantations". United Fruit Company
denounces the Labor Code as "Communistic" and threatens to leave Guatemala. The new labor
code forces UFC to make further concessions to the workers in the strikes that followed. His
government also begins to encourage workers to push for higher labor wages and some
expropriation of UFC land. It was clear to United Fruit's leadership, in particular company
president Sam Zemurray, that the country was moving left, in the wake of Arévalo's ascendance,
and they began to worry about the precedent this could set for other 'Banana Republics' within
the rest of Latin America.

**The U.S. State Department and United Fruit embarked on a major public relations campaign to convince the American people and the rest of the U.S. government that Guatemala was a "Soviet satellite." The ties between United Fruit and the Dulles brothers went back to the days John Foster Dulles' old law firm, Sullivan and Cromwell, had long represented the company. Allen Dulles, had served on United Fruit's board of trustees.** United Fruit Company (Chiquita) needed something, or someone, to save its business and it should come as no surprise that the man Sam Zemurray sought out the services of; was their Public Relations guy; Edward Bernays. Edward Louis Bernays, Sigmund Freud's nephew, is known as the "Father of Public Relations" and is the author of mind-control manuals like Propaganda and The Engineering of Consent: there is no truth, no concept of an objective right or wrong, there are only wants, needs and desires. Bernays could also have been known as the "Father of Propaganda". To Edward Bernays anything was possible and he combined psychology with public relations to get his clients what they wanted. Bernays was paid by his clients to work on projects from coercing women into smoking cigarettes to assisting the CIA with overthrowing governments. In his autobiography, Biography of an Idea: Memoirs of a Public Relations Counsel, Bernays borrowed a quote from a friend to describe this post-truth reality: "The cure for propaganda is more propaganda". Bernays is the one whom introduced polling, surveys, lobby, and false flag events to the agencies of Washington DC. He did plenty of public relations for the fascist Wall St oligarchy and the US government (whom he taught how to lie to the public properly).

Edward Bernays understood that UFC couldn't just deal with Guatemala in a vacuum and that they had to work thru the press and thru the public, in making Guatemala symbolic of something bigger. The biggest thing, sitting there staring them in the face at that time was the Cold War. Guatemala suddenly became defined for the press, courtesy of Bernays; as a little country 100 or so miles from our southern-most point that was a bastion of Soviet influence and that might let the Russians really gain a foothold on our continent. This press release scared the American public and also scared the American government; Several Senators bought in and began proclaiming the propaganda. They warned that the behavior of the Guatemalan government was putting US business interests, specifically United Fruit, at risk. **In 1950 a Congress hysterical about the "Communist threat" passed the Internal Security Act (the McCarran Act) which called for the registration of Communist organizations and their members, and also allowed the arrest and indefinite detention of persons engaged in Communist activity during a national emergency. Under director Hoover it was secretly expanded by the FBI to cover anti-war activists and many other organizations.** There is nothing that highlights and exposes the rhetoric surrounding "communism" than the actions of Edward Bernays and the United Fruit Company (Chiquita) in Guatemala during the 1950's. During the 1950's, the "problem" for the United Fruit Company in Guatemala, the source of its largest cash crop, got worse as it became clear to them that Guatemala was in the midst of a protracted revolution. Because President Arévalo's successor, Jacobo Árbenz, was promising agrarian reforms that would return land from American businesses to the Guatemalan people. In 1951, Jacobo Arbenz was elected to the Presidency of Guatemala. He immediately began instituting reforms

to curb the company's power and restore sovereignty, control, and profits to the people of Guatemala.

In 1954, United Fruit played a leading role in the CIA-sponsored coup that overthrew the elected president of Guatemala, Jacobo Arbenz. Before the coup, the company flew dozens of American journalists to Guatemala on lavish, stage-managed trips, and presented them with evidence that communism was threatening the country. Back home, the journalists quickly spread the story of a communist menace. United Fruit used its contacts in Washington, including Secretary of State John Foster Dulles, formerly an attorney for United Fruit, and his brother Allen Dulles, the head of the CIA, to make its case for intervention in Guatemala. In the run up to the coup, United Fruit shipped weapons on its company boats and housed coup leaders on company property. Land reform was a priority for the Arbenz government because only 2% of the population owned 72% of the arable land in Guatemala, and only 12% of the private land was being utilized. With a large population of a landless, poor working class, Arbenz passed "Decree 900" which sought to redistribute these lands. Utilizing the Agrarian Reform Act, the Arbenz government declares that 209,842 acres of uncultivated lands of United Fruit should be expropriated and distributed to landless peasants. The United Fruit Company was a target throughout these reforms. The UFC owned 42% of Guatemalan land, yet only 15% of its land was being utilized. It was these huge tracts of unused land that Arbenz targeted to redistribute to the landless poor. The Guatemalan government paid the United Fruit Company for these lands, at exactly what the company stated the value was on its tax records. The Guatemalan government promises the company an indemnification of $627,572 in governmental bonds. The value of this indemnification was based on the company's declared tax value of the land. The UFC was furious, as the company had been deliberately understating the value of its land to avoid paying more taxes.

The CEO of UFC Sam Zemurray decided to bring in his PR guy, Bernays, again and hires his public relations company to begin an aggressive campaign against President Arbenz in the American media. If Bernays could brand President Árbenz a communist, he could inflate the threat posed in Guatemala. This would not be difficult, as he already believed Árbenz sympathetic to the communist cause. Writing in his book, Biography of an Idea, Bernays states that the Guatemalan leader "considered the anti-Communist movement subversive and openly accepted the Reds as allies". **According to the Dulles brothers; third world nationalism was the first step on the road to totalitarian communism and should be nipped in the bud immediately! "Soon (after the coup in Iran of 1953), Allen Dulles' CIA quickly moved to topple the democratically elected government of President Jacobo Arbenz in Guatemala in 1954, claiming that it threatened American business interests and was "communist-influenced." In actual fact, the "business" was the Rockefeller and Dulles-linked United Fruit Company. Arbenz was a nationalist trying to implement mild land reform to give peasants land at the expense of the large foreign banana plantations.** United Fruit Company advertised publicly that Arbenz was a Soviet puppet and this was the first step to the communists making inroads in the western hemisphere. This act got Washington DC to work with the UFC in orchestrating a campaign to overthrow the Guatemalan leftist government of Arbenz. United States Secretary of State John Foster Dulles then sent a protest

note to President Arbenz declaring that the indemnification value calculated by the Guatemalan government was not fair. President Arbenz, however, continued with his Agrarian Reform Program. John Foster Dulles represented the United Fruit Company as an attorney before becoming Dwight Eisenhower's Secretary of State. His brother, Allen Dulles, was on the United Fruit board of Directors before becoming head of the CIA. SoS Dulles then called John Peurifoy, the American ambassador in Guatemala, to get detailed information of the Guatemalan situation. Peurifoy told him and the Congress that Guatemala was spreading "Marxist tentacles" in Central America.

**In a propaganda bid that rivaled Woodrow Wilson's World War I propaganda effort, Ed Whitman (United Fruit's top public relations officer) produced a film, "Why the Kremlin Hates Bananas," that pictured United Fruit fighting in the front trenches of the cold war. The firm's success in linking the taking of its lands to the evil of international communism, was later described by one company official as "the Disney version of the episode." United Fruit paid all expenses for US journalists to fly to Guatemala to learn United Fruit's side of the crisis, and soon the nations' leading press including the New York Times were running with the communist version of Guatemalan events that had been spoon fed them by United Fruit's Whitman.** Edward Bernays went on to work with the CIA and formed the Middle American Information Bureau (MAIB) which was a front organization he established to get out propaganda on Guatemala. The MAIB fabricated spin littering newspapers and Bernays distributing those to high-ranking U.S. officials. President Arbenz and his administration were so weakened that the CIA was given authorization to conduct a covert operation to remove him from power. Codenamed "Operation PBSUCCESS," the 1954 operation utilized disgruntled former officer Carlos Castillo Armas to lead a coup d'état and overthrow Arbenz. **In 1954, Dulles' Central Intelligence Agency orchestrated a coup, code-named "Operation PBSUCCESS," with an invading force of only 150 men under the command of Castillo Armas, whom Washington installed as "their" dictator. Democratically-elected President Jacobo Arbenz Guzman of Guatemala was deposed in a covert CIA coup. Operation PBSUCCESS resulted in the establishment of the military dictatorship of Carlos Castillo Armas, the first in a series of brutal U.S.-backed dictators that ruled Guatemala using U.S. trained death squads from "The School of the Americas," etc.**

**On June 18 of 1954, a group of rebels, sponsored by the CIA, and led by the Guatemalan Colonel Carlos Castillo invaded the country from neighboring Honduras with the goal of putting an end to Arbenz's reforms. Utilizing military bases in Nicaragua Guatemalan Colonel Carlos Castillo Armas attacks Guatemala in what his supporters called "the Liberation war against Communism." Operation "PBSUCCESS" was backed by all the other Central American governments and the ens legis UNITED STATES. The US-backed rebels quickly overthrew the army and government, primarily through various forms of psychological warfare. American pilots bombed various parts of Guatemala City, though no US troops participated in the invasion. The CIA operation succeeded at forcing President Arbenz into exile who subsequently resigned and flew to Mexico. Col Castillo immediately ended the legal actions against United Fruit Company under the Agrarian Reform Law. The success of Edward Bernays in Guatemala set a dangerous precedence for the rest of Latin America concerning American agribusiness UFC and other American corporations operating in Latin American countries. Prior to Arbenz, Guatemala was a**

poverty-stricken "banana republic;" a de facto colony of America, essentially ruled America's United Fruit Company and its local puppets, even as the vast majority of the population lived in abject poverty. Arbenz's agrarian reform bill authorized transfer of a small amount of foreign owned land (owned by UFC principally) to Guatemalan natives. "By June 1954, 1.4 million acres of land had been expropriated and distributed. Approximately 500,000 individuals, or one-sixth of the population, had received land by this point. Overall, the law resulted in a significant improvement in living standards for many thousands of peasant families, the majority of whom were indigenous people. " United Fruit was left untouched and the propaganda credibility of the Cold War was significantly enhanced.

The actions of Washington DC (acting on behalf of a corporation), CIA, and UFC in Guatemala helped to spawn the widespread appeal of communist revolution throughout Central and South America all the way into the 1980's. Twenty-five-year-old Argentinean Ernesto Guevara (later known as el "Che") was living in Guatemala at the time and working as a doctor and book-seller. Guevara, who was a strong sympathizer of Arbenz regime offered his services to the government by volunteering to organize militias to strike back at Castillo's forces. However, the defense Arbenz's followers organized was too weak, and Guevara once facing an inevitable defeat, later escapes from Guatemala to Mexico by seeking political refuge in the Argentine Embassy. After witnessing the UFC/CIA coup against the government of President Arbenz Guevara becomes convinced that radical changes in Latin America are only possible through an armed revolution. While in Mexico he meets another political refugee, who will become one of his closest friends/ally: Cuban Fidel Castro! The coup destabilized Guatemala for decades; due to the fact that the policies of the Castillo government would eventually lead to a 36-year Civil War in Guatemala which killed an estimated 200,000 civilians (from the resulting violence). The country is still emerging from the carnage to this day. Throughout all this the United Fruit Company regained its former lands and privileges, though it did not profit off the coup. In fact, the coup proved disastrous for the company, as the corrupt Castillo regime proved to be a massive destabilizing force in the region that impeded business. The UFC would eventually merge with another company to stave off bankruptcy.

Daniel Fignolé once counted Francois "Papa Doc" Duvalier among his followers, but he later predicted that, "If you let Francois Duvalier take power, he will never, never give it back" and concerning the Duvalier regime; no truer words could be spoken. François Papa Doc Duvalier learned everything he knew from Washington, DC because he was trained by their medical and military schools. Most outsiders mistook François Duvalier for an unworldly intellectual until he achieved power. Dr. Duvalier only utilized black nationalist demagogy to get into power but once at the helm transformed into a completely different man. The United States initially welcomed François Duvalier's ascension to the Haitian presidency in 1957 because they thought, along with the mulatto class and Haitian military, that he would be an easy puppet to control. The corporate neocolonial oligarchy and International Banksters whom control Washington DC had already gained control of the economy of Haiti and Cuba; but the two nation-island would eventually get caught-up in their strategic geopolitical battle between capitalism and communism. From early on, Castro determined to combat Duvalier, whose recent reconciliation with the Dominican Republic's Rafael Trujillo aligned him, in Castro's eyes, with

Trujillo's pro-Batista actions and general authoritarian proclivities. Thus, anti-Duvalier Haitians would have sought Cuba's new revolutionary climate as a source of potential allies and support. Fignolé himself had written about a long history of Cuban and Haitian friendship and alliances in anti-slavery and anti-imperial movements, and seized the moment as one of a potential opening for the renewal of these coalitions as part of the effort to combat Duvalier. From very early on, President Francois Duvalier understood the potential threat the success of MR-26-7 and the Cuban Revolution posed for him. In fact, prior to his ascension to power in Cuba, Castro was part of the Caribbean Legion which were a group of political exiles from Caribbean countries who planned to rid the Caribbean of dictator-led governments. There he participated had in an expedition, to overthrow the right-wing government of Rafael Trujillo, a U.S. ally, in the Dominican Republic in June of 1947 (which was eventually canceled due to US pressure). According to writer Bernard Diederich; Cuba became a hotbed for anti-Duvalier exiles and hopefuls. Born in New Zealand, he lived for many years in Haiti, where he ran the Haiti Sun and served as a correspondent for AP and other news services. Eventually exiled from Haiti by Francois Duvalier; Bernard Diederich authored numerous books on the Duvalier regime and its aftermath, and recalls the complexity of the radio battles in his book, Papa Doc: The Truth About Haiti Today.

Papa-Doc Duvalier's main opponents from the May 1957 Haitian Civil War (exiled Haitian politicians Daniel Fignolé and Louis Déjoie) led the anti-Duvalier efforts from Havana during the Cuban Revolution. Revolutionary Cuba must have seemed welcoming both in its stated hostility to dictatorships and in its sophisticated media infrastructure which allowed them the atmosphere to unite in their desire to oust Duvalier. Déjoie was briefly imprisoned, after Duvalier was elected president, and once he was pardoned he made his way to Havana; where he began working with Fignolé and other exiles. Déjoie together with ex-Col. Pierre Armand, Major Maurepas Auguste, and ex-President Daniel Fignolé, launched the Haitian Revolutionary Front, which, despite the guidance of Che Guevara, would later implode from infighting. Fignolé then formed the United Opposition to undermine Duvalier's government. A guerrilla training camp was established outside of Havana with the assistance of Che Guevara. On February 24, 1858 exiled politician Louis Déjoie and Daniel Fignolé started incendiary broadcasts on Havana's radio Progresso. From Brooklyn, Fignolé allegedly recorded programs and sent them to Havana (just after the Cuban Revolution US-Cuba traffic continued as usual) for the broadcasts. This would have been possible in part because recording technology changed in the 1950s to allow for longer recordings and more audible fidelity to individual voices. These broadcasts found a home in Radio Progresso (although they did not necessarily concur on ideological issues). In his book Bernard Diederich exposes that in the spring of 1958 a series of broadcasts on La Voz Dominicana, President Trujillo's powerful station in the Dominican Republic, denounced Duvalier in Kreyòl, and suggested that his government was full of Communists and posed a threat to the Dominican Republic. To further aggravate Duvalier, the Dominican station announced a clandestine station operating within Haiti and urged Haitians to tune in. According to Diederich, a Cuban Castro sympathizer and coordinator of the M-26-7 in Haiti, Antonio Rodriguez, ran the station. Bernard Diederich, a journalist who lived and worked in the Caribbean during the 1950's. Ruby Hart Phillips, who had a long history of reporting from Cuba, also offered her version of the movement: she noted that the 'Committee for Liberation of Haiti issued a call today to 'all revolutionary sectors and the citizenry in

general' to aid in the overthrow of the Haitian government.' According to her, the broadcasts were in French, twice a week, and aimed at Haiti, and perhaps at Haitians in Cuba. However, her details are fuzzy; she could not say whether Haitians in Cuba were being organized as a fighting force, nor did she provide any details about the broadcasts themselves. She did note that they were threatening enough to provoke an assassination attempt against Déjoie along with other Haitian leaders in exile.


Duvalier responded by creating his own station, The Voice of the Duvalierist Revolution, whose sole purpose, according to Michel-Rolph Trouillot, was 'bombarding the public with radio programs extolling the virtues of "The Leader". US officials also paid attention to the broadcasts; in February, the New York Times noted that of the thousands of Haitians in Cuba, several hundred were said to support Déjoie and Fignolé. The article went on to note the support of Castro, who had been 'making available the facilities of Radio Progreso', from which broadcasts are directed at Haiti to stir up this following. An interagency report that circulated in the early 1960s noted that Déjoie 'was reported to be making propaganda broadcasts over Radio Progreso which the Haitian government was not completely successful in jamming. Daniel Fignolé, whom the report described as a 'some-time rabble rouser', was also remembered as having 'made a tape recording, which was broadcast to the Haitian people over Radio Progreso in Havana, urging his followers to join with supporters of Louis Déjoie and Clement Jumelle against the Duvalier government, and stand ready for a general strike'. By February, Duvalier managed to persuade the US that Déjoie's anti-Duvalier broadcasts emanating from Cuba constituted enough of a threat to merit their support. The US began a series of loans and payments to alleviate Haiti's budget deficit (which Duvalier embezzled), working with the assumption that it was best to support Duvalier, because although Duvalier 'has many faults (...) he is not a dictator of the same stripe as Generalissimo Trujillo'. According to Diederich: in spite of Duvalier's growing war of attrition against his own people, which brought famine, particularly to the regions of Jean-Rabel and Bombardopolis, U.S. officials threw $6 million into the Haitian budget in March alone 'it was a time when anti-Communist ideology excused many sins' (p. 76). While distaste for Duvalier was palpable at this point, the US was working to prevent what they surmised was Castro's grand plan: to create instability in Haiti, and then use it as a launching pad to overthrow Trujillo. Duvalier then met with Trujillo meet in December of 1958 to agree 'not to tolerate subversive activities of political exiles whose actions prejudice good relations between the states.' They also agreed to consult one another in their dealings with the United Nations and Organization of American States, in an effort to practice 'InterAmerican solidarity'. Duvalier had gained the upper hand: he had simultaneously appeased Trujillo, approached Castro, and procured US aid.


The Haitian military had supported Duvalier during his presidential campaign, but an exiled member of the Haitian military would try to oust him from power utilizing the MR-26-7 model early on during his presidency. **Alix Pasquet** (November 14, 1919 – July 29, 1958) was from a prominent *mulatto* family, a WW II fighter pilot, one of only five Haitian members of

the Tuskegee Airmen, a star player on Haiti's national football team, and a political revolutionary! The U.S. government utilized the Republic of Haiti to organize a patrol of the Caribbean Sea during WW II and gave the Haitian government six airplanes. These airplanes could carry bombs and could be used to attack German submarines within that area. After the end of World War II, Pasquet returned to Haiti and would later be exiled to Miami in 1957 for supporting Haitian presidential candidate Louis Déjoie during the May 1957 Haitian Civil War. While in exile in Miami, Alix Pasquet led a political movement to restore stability in the Republic of Haiti and the first attempted overthrow of the despotic President François Duvalier. On the afternoon of 28 July 1958, Alix Pasquet landed near Montrouis, which is approximately forty miles north of Port-au-Prince, accompanied by Henri Perpignan and Phillipe Dominique (they were all *mulatto* army officers and Dominique was Pasquet's brother-in-law); as well as five Americans (Arthur Payne, Dany Jones, Levant Kersten, Robert F. Hickey and Joe D. Walker (some of them, state of Florida sheriffs)); after a long voyage from Florida abroad a yacht called the Molly C. His plan was to land near the Haitian capital of Port-au-Prince, seize the Casernes Dessalines (an army barracks near the National Palace), and from there summon old friends in military units he had served with. He knew the area well and felt confident that many officers and troops would quickly rally to the anti-Duvalier cause. Using the large cache of weapons and ammunition stored in the Casernes Dessalines, they would then seize the Palace and other key facilities. Unbeknownst to Pasquet, Duvalier had moved the barracks' munitions into the palace. The three Haitians, in military uniform, and the five Americans, dressed as tourists, began transferring weapons and supplies from the Molly C to a small beach cabin. They were observed by local peasants, who alerted the headquarters of the St. Marc's military district. That evening, a Haitian officer and three soldiers who arrived in a jeep to investigate were fired on by the rebels; one soldier was killed on the spot, and the other three wounded, all later dying. One of the Americans, Arthur Payne, a former Miami-Dade County sheriff's deputy, was wounded in the leg. Taking the jeep, Pasquet and his men began driving to Port-au-Prince. En route to the capital the rebels flagged down and commandeered a passing tap, one of the brightly decorated mini-bus taxis common in Haiti.

Arriving at the Dessalines barracks about 10 p.m.; Pasquet was able to gain entry thru the barracks' gate by bluffing his way past the sentry and convincing him that he was a Haitian military officer delivering prisoners. They were able to drive into the Dessalines barracks and disarm the sleepy soldiers before the military became aware of their presence. Before long, however, the tap and its occupants attracted the attention of the garrison, and firing broke out. Pasquet quickly seized control of the Dessalines barracks as three Haitian soldiers were shot, and about 50 more (most of whom had been sleeping) were placed under guard, with officers tied to chairs. Pasquet was disappointed to learn that there was no enthusiasm among the soldiers for an uprising against Duvalier, and that most of the arms usually stored at Casernes Dessalines had recently been transferred to the National Palace. Unable to rally like-minded troops for an immediate assault on the Presidential palace; he entered the commandant's office and began making phone calls to his friends in the Haitian military, none of whom, to his growing consternation, showed any interest in joining him. The gunfire, and Pasquet's phone calls, alerted Duvalier that trouble was afoot at the barracks, but initially he had no idea that there were only 8 men involved in the invasion, and reportedly prepared his family for evacuation to the Colombian or Liberian embassy. Calling the commandant of the Dessalines

barracks, he instead got Pasquet, who infuriated Duvalier by demanding that he surrender immediately. However, the plot was foiled when Pasquet's hoped-for support failed to materialize and an accomplice, Henri Perpignan, was so eager to enjoy his favorite blend of local tobacco that he gave some money to a *mulatto* soldier and sent him to a nearby store to buy a packet of "Splendide" cigarettes. The soldier (reportedly Duvalier's personal driver) immediately ran to the National Palace, where he informed the Presidential Guard that the rebels were only eight in number, and one of them wounded. The small size of the rebel force was also confirmed by other soldiers who had managed to escape from the barracks. Soon everyone realized that they were only facing eight men, instead of the 300 they had surmised. By learning that the eight were comprised of three mulattoes and five white men, the hoped-for mob uprising would never transpire. Alix Pasquet and his soldiers of fortune were eventually captured were eventually captured or killed by Duvalier and troops loyal to him the next morning. The failed 1958 coup by led by Alix Pasquet and exiled Haitian military officers was the first of many coups attempts against Duvalier's government.

**The initiative shifted from Washington DC to the Duvalier regime once his security forces foiled the coup attempt by Haitian and American citizens launched from Miami on July 29, 1958.** Duvalier abolished the military and executed high-ranking generals, replacing them with political lackeys. It left Papa Doc extremely paranoid, leading him to unleash a whole torrent of crazy upon the Republic of Haiti. The National Assembly authorized President Duvalier to govern by emergency decree on August 1, 1958 and on October 26, 1958 three of the Haitian exiles were sentenced to death for subversion. Duvalier replaced the chief-of-staff with a more reliable officer and dismissed the entire general staff and replaced it with officers owing their positions and their loyalty to him. The United States publicly regretted and deplored the involvement of U.S. citizens. President Eisenhower privately soothed Haitian feelings and two months later the U.S. Marine training mission was approved on a temporary basis. The failed coups attempt had the effect of deepening Duvalier's fear of any dissent, and inspired him to take a page out of Adolf Hitler's playbook by creating an autonomous personal militia directly accountable only to him, in the manner of the infamous Brown Shirts. He established his own power base within the Haitian military by turning the army's Presidential Guard into the National Security Volunteer Militia (MVSN whom were trained by Marine Corps) *Milice Volontaires de la Sécurité Nationale*; an elite corps aimed at maintaining his power whom would develop into the infamous "Ton Ton Macoutes" (Creole term for the bogeyman) and terrorize the Haitian population for decades to come. Many of the Tonton Macoutes were Vodou 'Houngans' (priests/shamans), which added a spiritual dimension to their authority. Duvalier used Vodou to build a cult of personality, claiming he was favored by the Loa (saint-like spirits). Escalating tensions between the Catholic Church and Duvalier also came to a head in mid-August, when Papa Doc expelled several prominent priests, namely Etienne Grienenberger and Joseph Marrec, over Communist allegations. August 18, just days after the outrage, Clément Barbot and the Ton Tons Macoutes terrorized hundreds of mourners in Port-au-Prince's cathedral, again alleging a Communist plot: 'such charges worked time and again for Duvalier since Cold War ideology was the main concern of the day in Washington'. In 1958, the United States presented Duvalier with a Christmas present by establishing a permanent Marine Corps mission in Haiti to equip and

train the reorganized Haitian military. As time passed, it became evident that they were really arming and preparing the Ton Ton Macoutes and militia to terrorize the populace. Another attack came on June 4, 1959; when a plane launched an attack carried out by Colonel Loon and several U.S. and Canadian mercenaries. Their bombs malfunctioned and the only thing they would be attackers accomplished was to create panic in the capital. On their return to the Bahamas the crew was apprehended but was eventually deported to the United States.

For two years (December 1956 – December 1958) Fidel Castro's 26th of July Movement and other rebelling elements led an urban-rural-based guerrilla uprising against the US baked regime of Gen/President Batista. Utilizing guerrilla warfare tactics, Castro and his supporters attacked General Batista's forces, overtaking town after town as his internal political support waned. The CIA operated a mission in Cuba which had embedded itself with and became close to Castro's MR-26-7 Movement. By this time the great majority of Cuban people had turned against the Batista regime and fearing that Castro was a socialist, the U.S. instructed General Cantillo to oust Batista. After which they personally went to President Batista and informed him that the U.S. would no longer support him and felt he no longer could control the situation in Cuba. President Batista began quickly losing popular support and suffering numerous defeats which culminated in his eventual defeat by rebels under the command of Che Guevara at the Battle of Santa Clara on New Year's Day 1959! General Cantillo had secretly agreed to a ceasefire with Fidel Castro and the MR-26-7 Movement, promising that Batista would be tried as a war criminal. However, Batista was warned, and immediately fled the island into exile with an amassed personal fortune of US$300,000,000 on 31 December 1958! **Batista is believed to have absconded with $300 million, much of it having been transferred to Swiss bank accounts in the week leading up to New Year's Day. In a safe in his office was $3 million in cash, which the revolutionaries found and showed off at a press conference.** Batista fled to the Dominican Republic, where fellow dictator disguised as Head of State and previous military ally, Rafael Trujillo held power and eventually found political asylum in Oliveira Saazar's Portugal. General/President Fulgencio Batista was a personal friend of President Duvalier's and after the dictator was overthrown, and exiled to the Dominican Republic due to the Cuban Revolution, Duvalier began to worry about Fidel Castro providing a safe haven for Haitian dissidents. **By December 31, 1958, Lansky had a pretty good idea that the rebels had won. He didn't know what would happen to his casinos long term, but he knew he needed to act immediately to protect the money. He instructed his Havana Mob partners to close the casinos immediately and take all the cash for safekeeping. In the case of Santo Trafficante, his belief was that whoever followed Batista would continue to support the Havana casinos. But he failed to understand that Castro embraced a communist philosophy that left no room for foreign investment or frivolities such as gambling.**

Fidel Castro's overthrow of Cuban dictator Batista on New Year's Eve 1958 sent shockwaves throughout the Latin America and Caribbean. Both Duvalier and Trujillo were jittery as exiles from their dictatorships flocked to Cuba and prepared to launch rebel incursions upon their despotic regime. In his book Reviews of 1959: The Year That Inflamed the Caribbean author Bernard Dietrich documented the effects of the Cuban Revolution on the Duvalier regime:

"Diederich begins describing the 'brewing regional war of political ideologies' launched by the events of 26 July 1953, when Castro and others attacked the Moncada Barracks in Santiago (p. 13). Carlos Prío Socarrás, the Cuban ex-president turned arms dealer and Castro financier, was providing Duvalier with 'terrorism expertise' on the condition that Haiti be a silent partner in the Cuban Revolution. But Papa Doc, always the opportunist, had also accepted money from Batista, and 'reneged on his promise to Prío,' double-crossing the rebels, who were now in command (pp. 21-22). Eager to save face, Papa Doc took the advice of future ambassador Antonio Rodríguez Echazábel, and released eight fidelistas held for murdering a Haitian tour-boat captain. President Duvalier attempted to make a good impression, win Fidel Castro over, by sending medicine, pardoning several Cuban political prisoners, and recognizing Castro's newly-formed government on January 8, 1959. At the same time, he made a case to the US that Castro's support of hostile Haitian exiles warranted American protection of his regime. Diederich accompanied them to Cuba in a Haitian air force C-47, along with a token gift of medicine. During his five days in Cuba, Diederich interviewed legendary barbudos Manuel Piñeiro, Camilo Cienfuegos, and the Castro brothers themselves. On return to Haiti, his experiences in Cuba were also the subject of a lengthy 'impersonal chat' with Duvalier (p. 36). According to Dietrich; "The 'Castro effect' forced Duvalier to placate the Communist threat until he could make arrangements of his own, ultimately turning him into a dangerously paranoid dictator with unwavering American support (p. 39). All of Duvalier's efforts to appease Castro were done in vain because from the very start of his regime, Castro gave anti-Duvalier dissidents of the corrupt regime his full support! Papa Doc's dirty war overtly began January 9, when the manager of Port-au-Prince's international casino vanished amid a scandal that, we learn, was cooked up by Duvalier henchmen Clément Barbot and Herbert 'Ti-Barb' Morrison in a bid to commandeer the establishment.

Fidel Castro called a General Strike which developed into a mass popular uprising during the first few days of January 1959. The subsequent transformation of property relations was the result of ongoing mass struggles by the workers and peasants. By 16 February 1959, Fidel Castro was sworn in as Prime Minister of Cuba and in April, he visited the U.S. on a charm offensive where President Dwight D. Eisenhower refused to meet with him. Eisenhower instead sent Vice President Richard Nixon, whom Castro instantly disliked. After meeting Castro, Nixon described him to President Eisenhower as: "The one fact we can be sure of is that Castro has those indefinable qualities which made him a leader of men. Whatever we may think of him he is going to be a great factor in the development of Cuba and very possibly in Latin American affairs generally. He seems to be sincere. He is either incredibly naive about Communism or under Communist discipline-my guess is the former...His ideas as to how to run a government or an economy are less developed than those of almost any world figure I have met in fifty countries. But because he has the power to lead...we have no choice but at least try to orient him in the right direction". Fidel Castro understood the refusal of President Eisenhower to meet with him as Washington DC unwilling to back the interests of the newly independent Republic of Cuba. The transition of Cuba from an open to a closed society began after that visit. In early 1959 Castro was still speaking of MR-26-7 and the Cuban Revolution as an "entirely democratic revolution", which would be as "autochthonous as Cuban music", with no place for extremists or communists.

In May of 1959, however, a classical agrarian reform, taking over large estates and giving land to squatters and peasants, was promulgated by the government of Fidel Castro which would force Washington DC to stand with or against Cuba. Che the head of the Cuban National Bank (1959-1961), and the Minister of Industry (1961-1965). He supported an industrialization of Cuba, conflicting with the Soviet view that urged Cuba to specialize in sugar exports. His views made him sympathize more with Chinese communism than with the Soviet version. After Castro's triumph in 1959, Che Guevara occupied important positions in Cuba. Che was made the head of the Cuban National Bank (1959-1961), and the Minister of Industry (1961-1965). He supported an industrialization of Cuba, conflicting with the Soviet view that urged Cuba to specialize in sugar exports. His views made him sympathize more with Chinese communism than with the Soviet version. He represented Cuba in diplomatic and commercial missions abroad. He was also the head of the Industrial Department of the Instituto Nacional para la Reforma Agraria (1959). After the Cuban revolutionaries overthrew the American puppet regime in Cuba in 1959; they also threw the United Fruit Company out of the country. Led by Fidel Castro, the new Cuban government began expropriating U.S. owned property, companies, and holdings in Cuba. Once he begins his agrarian reform; Castro seizes the sugar properties of United Fruit Company in Cuba. Guevara managed to have a little "revenge" against United Fruit Company, once the revolutionary Cuban government seized the company's properties. The military coup against Arbenz was a threshold in Guevara's life and convinced him that the peoples of Latin American had no other choice different from revolutionary armed struggle to end their poverty and political oppression. Ironically, it was the United Fruit Company's policies and activities throughout Latin America which propelled Fidel Castro, Che Guevara and also inspired their focused revolutionary followers. Che Guevara reportedly told his mother after this "I left the path of reason"; Revolution was now the only way and they knew it! Cuba is criticized for its restrictions on freedom of expression. Castro learned from the Guatemalan experience what would happen if he did not keep a tight rein on his revolutionary government. Jacobo Arbenz, a democratically elected president of Guatemala, carried out agrarian land reform, which expropriated uncultivated lands, compensated the owners and redistributed them to the peasantry. This program raised the hackles of the United Fruit Company, which enlisted the U.S. government to overthrow Arbenz. The CIA and the State Department obliged. Stephen Kinzer wrote in his biography of the Dulles brothers that Guevara "told Castro why [the CIA coup in Guatemala] succeeded. He said Arbenz had foolishly tolerated an open society, which the CIA penetrated and subverted, and also preserved the existing army, which the CIA turned into its instrument. Castro agreed that a revolutionary regime in Cuba must avoid those mistakes. Upon taking power, he cracked down on dissent and purged the army".

The seizure of the sugar properties of the United Fruit Company by the Cuban government inspired a curt but polite U.S. note of protest, demanding compensation for all dispossessed landowners, Cuban and American alike. The agrian reform also caused political upheaval, among the classes and in the countryside, although accounts of what happened are hard to find. In May of 1959 Castro also dismissed several liberal ministers from his cabinet and had his first clash with the Cuban judiciary over a Habeas Corpus case. A month later the chief of the Cuban Air Force fled to the United States and told the Internal Security Subcommittee of the

Senate that communism was beginning to take over in Cuba. A few weeks after that, in mid-July, Castro hounded out of office his own nominee as President of Cuba, Judge Manuel Urrutia, accusing him of treason and anticommunist expressions. Others who, like Hubert Matos, the military chief of the province of Camagüey, continued to criticize communism in public were shortly afterward arrested. Most of the other liberal cabinet members were then dismissed or were cowed into humiliating betrayals of their old faiths. The Cuban liberals who stayed with Castro in 1959 (like Raúl Roa, the Foreign Minister; Osvaldo Dorticós, President of Cuba for many years; Armando Hart, the Minister of Education; and Regino Boti, the Minister of Economics) were clearly men whose dedication to liberal ideology was not as firm as was their previously submerged desire for a strong nationalist state, which would break absolutely with a past in which none of them personally had been very successful. The attitude of those who remained in office, like that of many liberals caught up in other revolutionary circumstances, is easy to condemn but important to judge objectively. Certainly, it was then that the first resistance to Castro began to be organized by Cubans of the Right; as some politicians began to criticize Castro for failing to call elections. Then the former truant chief of Cuba's Air Force flew over Havana in a U.S. B-25 bomber, converted to a cargo carrier, dropping pamphlets on the city. Antiaircraft guns fired at his plane, and some of their shell fragments fell to the ground and killed a few Cubans (an event that heralded an exchange of insults between Cuba and the United States for several months). At an address in New York (UN), September 17, 1959, Premier Khrushchev reminded the US of their interventions, "the time you sent the troops to quell the revolution (Bolshevik)" as he put it. Since 1959, the U.S. government and the expatriated Cuban-Americans who fled Cuba after the revolution have tried mightily to topple the Castro government, without success (Fidel Castro survived more than 630 assassination attempts). Most fail to realize that much of the hatred for Castro by the expatriated Cubans stem from the fact that they descend from Iberian (Spain) Cubans whom felt that he deprived them of their indentured black slaves and cheap submissive labor.

The success of "El Comandante" Fidel Castro, the MR-26-7 Movement, and the Cuban Revolution of 1959 is so significant that it divides their historical timeline! The Neocolonial Republic of Cuba, 1902 to 1959, encompasses the period after the Cuban Revolution of 1959 and consists of Cuba's independence from the Spanish Empire and ends with the Batista regime (Pre Castro MR-26-7 Movement). During this period, the United States exerted great influence on Cuban politics, from the first U.S. military occupation in 1902; then thru the Platt Amendment; and various changing governments/US military occupations. January 1, 1959 marks the formation of the truly independent and free Republic of Cuba (Post Castro MR-26-7 and Cuban Revolution) with Manuel Urrutia being selected as President of the new government and Fidel Castro being placed in charge of the military. It wasn't until preparing this document that I realized that Fidel Castro and the Cuban Revolution was actually an extension of the Bolivarian Revolution. "El Comandante" Fidel Castro is comparable to Simon Bolivar and his actions, after the success of MR-26-7 and the Cuban Revolution, follow the dictates of the Bolivarian Revolution. Castro was able to properly analyze the situation and identify Washington DC as the neo-colonial power within the Americas (after liberation from Spain). The success of Fidel Castro and his MR-26-7 Movement was duly noted by Washington DC and the CIA; whom would try to replicate it in their overthrow of governments globally while Fidel Castro would

become known for antagonizing tyrannical US backed regimes within the Caribbean and Latin America. From the 1960's to the 1980's, Fidel Castro supplied military and financial aid to various leftist guerilla movements in Latin America and Africa.

In an interview with BBC Mundo about his book Cuba's Revolutionary World, author Jonathan Brown (professor of Latin American History at the University of Texas) exposes how "El Comandante", and the newly independent island-nation, tried to covertly export the Revolution to other countries through armed insurrection; just like when Haiti assisted Simon Bolivar with liberating the Greater Colombia from Spain during the Bolivarian Revolution: The aim of **MR-26-7** was to overthrow the 'Capitalist-Imperialist' regimes thru-out the Global South and replaced them with a government which would promote the welfare of the ordinary workers and peasants.

## MR-26-7 Panama

The yacht with the men responsible for executing the invasion of Panama sailed on April 19, 1959 from the Cuban port of Batabanó. The expedition had been promoted by Roberto Arias, a nephew of former President Arnulfo Arias, who won the support of Fidel Castro. Although the invaders managed to take the colonial port of Nombre de Dios, the prompt denunciation of President Ernesto de la Guardia before the OAS and the massive mobilization of Panamanian, American and Guatemalan forces led to the rapid surrender of the aggressors. Fidel Castro, who was visiting the United States, tried to disassociate himself and described the operation as "shameful, inopportune and unjustified"; while Ernesto "Che" Guevara claimed that Cuba exported revolutionary ideas but not the revolution itself.

According to Jonathan Brown: "The mistake of that operation was that most of the guerrillas were Cuban, so they had no local support once they got there. They were foreign invaders. From there, Cuba changed the strategy and used more local fighters".

## MR-26-7 Honduras

Less than two months after the Panama fiasco, in June 1959, an expedition of about 60 armed men departing from Cuba landed on the Caribbean coast of Honduras. For a couple of weeks, they camped in the place waiting to advance on their real objective: Nicaragua, just across the border. The expeditionaries were mostly Nicaraguan exiles, accompanied by Cuban and Guatemalan guerrillas, who sought to overthrow President Luis Somoza Debayle. The Honduran government sent soldiers to the area who made a surprise attack on the camp, killing 6 guerrillas, wounding 15 and detaining the rest. "It wasn't a battle, it was a massacre," Carlos Fonseca, a Nicaraguan who was wounded, later lamented. Several of the survivors then returned to Cuba for a long stay, where they continued to receive military training and regrouped with other Nicaraguan exiles.

"They became the Sandinistas. Fidel continued to support them and, in the end, their efforts paid off two decades later," Brown said, referring to the triumph of the Nicaraguan revolution in 1979.

## MR-26-7 Dominican Republic

On June 14, 1959, a force of about 60 men (Dominicans and Cubans) took off from eastern Cuba in a C-46 plane painted in the colors of the Dominican Air Force. The ship landed at the Constanza airport in the interior of the country, where they took a barracks by surprise. The plane immediately returned to Cuba, where Camilo Cienfuegos, who had been in charge of the operation, ordered the "arrest" of the Venezuelan pilot and then denied the island's involvement in the event. The plane was supposed to rendezvous with three ships transporting about 150 armed guerrillas to a place near Puerto Plata. These ships, however, arrived three days late in the Dominican Republic, which allowed the dictatorship of Rafael Leónidas Trujillo to put themselves on alert and ambush them. Castro had placed Delio Gómez Ochoa, then the senior officer of the Cuban army and the Dominican Enrique Jiménez Moya in charge of this covert operation.

**On July 6, 1959, Time Magazine reported: "'If aggressors want to see their beards and brains flying like butterflies, let them approach the shores of the Dominican Republic,' warned Dictator Rafael Leonidas Trujillo. A pair of Cuba-based rebel invasion forces, one of 63 men arriving by C46 at the mountain-ringed, mid-island town of Constanza, and another of 150 aboard two Chris-Craft launches that landed near Puerto Plata on the north coast put the strongman's boast to the test of arms. Last week, both by government and rebel account, Trujillo proved that he meant what he said". Richard Lee Turits in Foundations of Despotism reports that the fighters were Dominican exiles and other revolutionaries from Cuba and elsewhere in Latin America. These members of the Dominican Liberation Movement had trained in Cuba for about three months. The air landing in Constanza, in the middle of the country, involved several dozen rebels. They were dressed in Dominican Air Force uniforms and fought Trujillo's forces in the nearby mountains.** "He was giving help and refuge to former officers of Batista's extinct army, who were plotting to return to power in Cuba," the expert said. The dictator of the Dominican Republic, General Leonidas Trujillo, did retaliate with an unsuccessful invasion of Cuba in the summer of 1959, but there is no proof of any American involvement in that hopeless venture.

**As for the domestic revolutionaries, the failed invasion had a catalyzing effect. The revolutionary group in Puerto Plata, led by Manolo Tavarez Justo and Minerva Mirabal Reyes, gave themselves the name "El Movimiento 14 de Junio" or "The Fourteenth of June Movement," or "J14" for short like Castro's** MR-26-7. **The movement was banned in the DR and the assassination of its leaders only caused more and more revolutionary ferment in the country.**

As Brown explained to BBC Mundo, "in 1959 there were only four dictatorships left in Latin America," of which three were in the Caribbean and Fidel Castro had proposed to eliminate them because "he wanted to create a world that was safe for the Revolution."

## MR-26-7 Republic of Haiti

On August 15 of 1959, a group of about 30 armed men (mostly Cubans and Haitians along with two Venezuelans) set sail from Baracoa, on Cuba's eastern coast, for Haiti in order to promote the overthrow of the government of François "Papa Doc" Duvalier. According to the Cuban historian Juan F. Benemelis in his book "The Secret Wars of Fidel Castro". The Haitians were exiles whom **opposed to the government of President Duvalier and** had received three months of training at a base on the outskirts of Havana. This group was led by Henri D' Anton; was comprised of Cuban guerrillas and Haitian exiles; and can.e ashore at Les Irois, the southernmost tip of Haiti. The initial reaction in Port-au-Prince was panic but with the help of U.S. Marines and a full-scale mobilization of Haitian military forces, they were either captured or killed and by August 22, it was all over. The expeditionaries counted on the uprising of a column of the Haitian army which never occurred. "The Haitian military reaction, led by General Merceron, was one of full support for Duvalier," Benemelis writes. The consequence of this was the annihilation of 26 Haitian revolutionaries and the capture of four Cuban teenagers whom were interrogated then deported.

The failed small-scale invasion of Haiti from Fidel Castro's revolutionary Cuba gave the Duvalier regime serious pause in late summer of 1959. It caused Duvalier to request a U.S. patrol of its waters, air space, and to offer Washington DC military base facilities in the island-nation. The United States declined both requests, but did authorize extensions of brief additional visits of U.S. Navy ships to Haiti. Washington DC also authorized government tactical forces, trained by an American naval mission who stayed in the country from 1959 to 1963. Duvalier utilized these US "tactical forces" to further train, officially establish and reinforce his rural militia, the *Milice Volontaires de la Sécurité Nationale* (MVSN, English: National Security Volunteer Militia), commonly referred to as the Ton Ton Macoute after a Creole term for the bogeyman, to extend and bolster support for the regime in the countryside. The Tonton Macoute were just as brutal as the KGB or Gestapo and certainly more bizarre. The government confiscated peasant land holdings and allotted them to members of this militia, who had no official salary and made their living through crime and extortion. The dispossessed swelled the slums by fleeing to the capital to seek meager incomes to feed themselves as malnutrition and famine became endemic. The *Macoute*, which by 1961 had twice the numbers of the regular army, never developed into a real military force but still was more than a mere secret police.

Once the Caribbean situation quieted, **the Inter-American Peace Committee (IAPC) sent a five-member fact-finding mission headed by John Drier of the U.S. to Haiti on September**

**3-4, 1959.**    Washington DC began concentrating upon the shambles of the Haitian economy. This time, however, U.S. aid could be justified on the grounds that Haiti needed economic and military assistance for legitimate self-defense against Cuba and communism. The International Cooperation Agency (ICA) officials complained that Haiti was not only not trying to help itself economically, but also refusing constructive help designed to bring economic development. ICA argued against budgetary support, but lost to the foreign policy considerations of the threat of Castro. Francois Duvalier was not particularly grateful and complained publicly about the meagerness of U.S. aid, implying that U.S. parsimony was the real cause of Haiti's poverty. The Central Intelligence Agency concluded that Duvalier was "drifting leftward" because the ailing dictator had delegated authority to a "clique of leftists." Still, the general consensus in Washington DC held that Duvalier was reasonably secure and the pro-American Haitian Army would not challenge him. In effect, the United States was reluctant to give up on Duvalier even though his government's graft and mismanagement had crippled the U.S. aid program and notwithstanding his flirtation with the left. Duvalier was a force for stability in a country characterized by political instability. Despite his occasional anti-American tirades, he was a staunch anti-Communist. In February of 1960, only a year after Castro had taken power, Anastas Mikoyan, Deputy Premier of the Soviet Union, arrived in Havana to conclude the first commercial arrangement between Russia and Cuba. Even so, the thrust of the movement that Castro headed was in the beginning primarily nationalist and not communist, nor even particularly socialist but Raúl Castro, was a real communist, and Che Guevara, a long-time communist sympathizer. On June 25, 1960, at a dedication ceremony in the seaside city of Jacmel, Duvalier delivered an ominous speech known as the "Jacmel Outcry." He threatened that unless substantial increases in US money was delivered, he would be forced to look elsewhere for help. "Haiti has to choose between the two-great pole of attraction in the world today to realize her needs."... Information Minister Paul Blanchet hinted that $150 million would be sufficient.


Fidel Castro told Rómulo Betancourt, the democratic President of Venezuela, in early 1959 that he was determined above all to have a row with the United States in order to purge Cuba of many past humiliations at the hands of the "monster of the north," as the United States had been termed by José Marti, the Cuban nationalist hero of the 1890's who was one of the chief inspirational figures of Castro's revolution. In the course of the first half of 1960, the independence of the judiciary, press, trade unions, and university was destroyed, and the flight of middle-class Cubans and liberals began in earnest. In March, President Eisenhower gave his approval to the training of Cuban exiles by the CIA for a possible invasion of the island. Then in June of 1960, the Cubans asked U.S. oil refiners to process Russian and not Venezuelan oil. They refused and Castro retaliated by nationalizing the Cuba's oil refineries. President Eisenhower then cut off the U.S. sugar quota, an arrangement by which the United States bought a substantial portion of Cuba's sugar at a price higher than that of the world market. In return, Castro expropriated the U.S. sugar mills and all public utilities owned by the United States in Cuba. Thus, on August 6, 1960, the government of Castro nationalized the businesses and properties of the national telephone and electricity companies; Texaco, Esso and Sinclair oil companies; and the 36 sugar mills owned by U.S. firms in Cuba. Eisenhower responded with a ban on all U.S. exports to Cuba, save medicines and some foodstuffs. Then the government of Cuba immediately took over all the remaining large private enterprises. The ens legis UNITED

STATES was alienated by these policies and offended by Castro's fiery new anti-American stance. His trade-agreement with the Soviet Union in February of 1960 had further deepened American distrust. On 13 October 1960, the U.S. prohibited the majority of exports to Cuba, initiating an economic embargo. In retaliation, the National Institute for Agrarian Reform (INRA) took control of 383 private-run businesses on October 14 and on October 25th a further 166 U.S. companies operating in Cuba had their premises seized and nationalized. On December 16, the U.S. ended its import quota of Cuban sugar, the country's primary export. By the end of 1960 most economic ties between Cuba and the United States were severed, and the United States broke diplomatic relations with the island country in January of 1961.

Cuban President Fidel Castro was targeted by Allen Dulles and his staff in bizarre and provocative assaults. According to **Cockburn, Alexander, and St. Clair, Jeffrey, 1998, Whiteout: The CIA, Drugs, and the Press:**

**"CIA director Colby stated: "Castro gave McGovern in 1975 a list of the attempts made on his life- there were about thirty-nine at the time- as he said, by the CIA...**

**By August 1960, the elimination of Castro had become a top priority for the leadership of the CIA. Allen Dulles and his deputy Richard Bissell paid Johnny Roselli, a Hollywood mobster and buddy of Frank Sinatra, paid $150,000 to arrange a hit on Castro. Roselli swiftly brought two more Mafia dons in on the plot: Sam Giancana, the Chicago gangster; and Santos Trafficante, the overseer of the Lansky/Luciano operations in Havana. Initially, the CIA recommended a gangland style hit in which Castro would be gunned down in a hail of machine-gun fire. But Giancana suggested a subtler approach, a poison pill that could be slipped into Castro's food or drink. Along with the pills Trafficante also delivered a box of cigars soaked in botulinum toxin, which kills within hours. The cigars were prepared by Dr. Edward Gunn, chief of the CIA's medical division.... Varuna smuggled the botulinum pills to a waitress at a restaurant frequented by Castro. But, according to CIA man Heffiled Edwards, the scheme failed when the Cuban leader suddenly "ceased to visit that particular restaurant."**

## MR-26-7 Guatemala

Guatemala was one of the projects Castro and Che Guevara pursued immediately. Che Guevara had made a secret pact with former Guatemalan President Jacobo Arbenz, overthrown by a US-backed coup, to restore him to power. On October 3, 1960, the government of President Miguel Ydígoras Fuentes released a statement in which it reported that its Air Force had attacked a Cuban vessel that was apparently landing weapons on the country's Atlantic coast. About three weeks later, the government denounced a plan to invade the country across the border with Honduras. According to Benemelis, there were Planes of the Cuban air force supplying the rebels while in Honduras a column of armed men led by Cuban officers who sought to support the rebels had been discovered. The uprising was put down by the Guatemalan government which demanded that the OAS take-action against Cuba.

In 1954, Dulles and Eisenhower refused to commit US air support to support French troops in Dien Bien Phu, northern Vietnam. Later that year Dulles attended the Geneva conference that considered the future of Vietnam. He refused to recognize or negotiate with Vietnamese communists, and later refused to sign the Geneva Accords.  •  When North Vietnam President Ho Chi Minh defeated the French in 1954, the Dulles brothers pushed the U.S. to re-launch the lost colonial war against him.  The Dulles brothers and their secret government team were behind the coups in Iran, Guatemala, and the Congo, where Patrice Lumumba was trying to overthrow the chains of colonialization and corporate rule in Belgium. Lumumba was assassinated three days before JFK was inaugurated (1961).   Such collaborations between corporate interests and spy-agency coup-planners were repeated elsewhere during the Cold War. In 1960, the Belgian mining company Union Miniere, which had run the Congo province of Katanga as a virtual colony since 1908, worked with the CIA and the Belgian government in destabilizing and overthrowing the government of popular leader Patrice Lumumba, who was assassinated and replaced by dictator Joseph Mobutu.  Of course, there were great mining interests in Belgium Congo (Congo). JFK supported the African independence movements.  So, when the CIA's thugs murdered Lumumba, Dulles keeps this secret from Kennedy for over a month. It was Adlai Stevenson who told Kennedy about the Lumumba assassination on Feb., 1961. In Jan, 1961, the CIA was briefing Kennedy and didn't tell him about this. Similarly, in 1972, following the election of a socialist, Salvador Allende, as president of Chile, International Telephone and Telegraph (ITT), worked with the CIA on a plan to create "economic collapse" that would de-stabilize Allende's government.  Like Lumumba, Allende was killed and replaced by a military dictator."


Kennedy was the youngest person to assume the presidency by election.  President Kennedy served at the height of the Cold War, and the majority of his time in office concerned relations with the Soviet Union and Cuba.  Highlights from David Talbot interview on KPFA:  Congo's Prime Minister Patrice Lumumba was assassinated by British Secret Intelligence (SIS/MI6) and the CIA three days before President Kennedy's inauguration.  President John F Kennedy was inaugurated on January 20, 1961 and during the first year of his presidency, the U.S. policy toward Haiti was ambivalent.  The administration of John F. Kennedy (1961–1963) was particularly disturbed by Duvalier's repressive/totalitarian rule; a U.S. Marine Corps mission to train the Tonton Macoute; and allegations that the Duvalier regime misappropriated aid money which consisted a substantial part of the Haitian budget.  President François Papa-Doc Duvalier's regime displeased Kennedy since the beginning; but the fear of Communism caused him to take a laissez-faire approach to the Haitian situation.  The Haitian dictator was a Western ally in the Cold War, and U.S. intelligence believed that Castro or Haitian Communists could benefit from his removal.  During the Haitian legislative elections of 1961 "President" François Duvalier granted himself a new 6-year term ( while he still had two years left in power).  In light of Duvalier's election fraud, President Kennedy decided that the United States could no longer afford to ignore Haiti, even if this new policy caused extra problems for Washington DC in the Caribbean.  A memorandum from his meeting with Ambassador Thurston clearly outlines the US position:  Our present policy is aimed at the identification and support of a viable alternative to Duvalier and the ultimate dislodgement of the Duvalier regime in favor of such alternative. Our present target date for the completion of this operation is next May, at which time Duvalier's first "elected" term of office expires. (We have never recognized the second "election" at which

he extended his term.) …We are convinced that it is hopeless to try to work with Duvalier.  The most promising approach would be the withdrawal of recognition at the time when his term expires.  A US role in dislodging Duvalier would, of course, help us with other democratic forces in the Caribbean area and be another significant step in upsetting the old "friendly to dictators" picture which still prevails.

**According to A Ralph Epperson, 1985, The Unseen Hand; An Introduction to the Conspiratorial View of History:**

**"President Eisenhower gave the C.I.A. permission to organize a group of Cuban exiles in the United States into an armed force trained to return to Cuba and attempt to overthrow the Castro government. Eisenhower placed the head of the CIA, Allen Dulles, in charge of the program.  Both Dulles and Eisenhower were members of the Council on Foreign Relations.**

**… The plans for the invasion were discussed and approved by a committee of various officials in the Kennedy Administration, even though Mr. Dulles was the official designee as the chief of the operation.  The members of this committee were: Secretary of State Dean Rusk (CFR), Secretary of Defense Robert McNamara (CFR), General Lyman Lemnitzer (CFR), Admiral Arleigh Burke, Adolf A. Berle, Jr. Head of Latin American Task Force, (CFR), McGeorge Bundy, President for National Security Affairs (CFR). It is revealing that five of the six members of this committee were members of the Council on Foreign Relations, described by one author as "the Invisible Government" of the United States."**

After the success of the Cuban Revolution the United Fruit Company exercised all of its might to move Washington DC and the CIA against the government of Fidel Castro.  The Joints Chief of Staff (JCOS) wanted a full-scale invasion but Washington DC decided to utilize the CIA.  In January of 1961, the U.S. embassy withdrew from Cuba due to a new civil war had broken out in the hills of Escambray in southern Cuba and the U.S. government began secretly equipping thousands of Cuban exiles to overthrow Castro's government.  In preparation for the invasion, equipment, supplies and materiel were parachuted into the designated invasion location earlier with planes piloted by Cuban exiles accompanied by CIA mercenaries.  However, as luck would have it, much of this logistical support was lost in the swamp close by.   Moreover, a pre-invasion air support strike was supposed to soften up the Cubans, break their morale, and destroy or render inactive most of the Cuban Air Force.  As it turned out, the attack destroyed only a handful of planes, with a number of civilians ending up as collateral damage.  On April 17, 1961:  The Bay of Pigs invasion by a CIA-led force of Cuban exiles is carried out in Cuba in a bid to remove Fidel Castro from office.  During the 1961 Bay of Pigs invasion, many CIA and Cuban exiles landed on Cuba aboard ships and boats belonging to the United Fruit Company's Great White Fleet.   The plan spectacularly fails, however, as their landing at the Bay of Pigs was crushed by Castro's armed forces. **President John F. Kennedy held Allen Dulles responsible for CIA's disastrous, CIA-funded Bay of Pigs invasion of Cuba.**  Shortly after,

Kennedy would dismiss Dulles from his directorship position and famously claim to "tear the CIA into a thousand pieces and throw it to the wind." But even after Allen's dismissal from the CIA in 1961 and John Foster's end of tenure of Secretary of State in 1957, the brothers still managed to keep a handle on major world events into the mid 60's.

**David Talbot:  "In autumn 1961, following the Bay of Pigs incident and Algiers putsch, Dulles and his entourage, including Deputy Director for Plans Richard M. Bissell, Jr. and Deputy Director Charles Cabell, were forced to resign. On November 28, 1961, Kennedy presented Dulles with the National Security Medal at the CIA Headquarters in Langley, Virginia. The next day, November 29, the White House released a resignation letter signed by Dulles."**

DAVID TALBOT: Kennedy… came in as president. He was young. He was untested, under a lot of pressure from the national security people in his administration. He inherited the Bay of Pigs operation, the plans for that. He was basically told, "Look, if you pull the plug on this thing, it's so far along now, there will be a major political backlash against you." So, he was kind of sandbagged by the CIA. He did go through with it, but he had no intention of widening it into an all-out U.S. military assault on the island, on Cuba. But that's what the CIA had in mind. They knew that this motley crew of Cuban exiles they put together to invade the island wasn't sufficient to unseat Castro. But what they hoped and what they planned was that a young President Kennedy, as this invasion was bogged down on the beaches of the Bay of Pigs, would be forced then to send in the Marines and the U.S. Air Force to topple Castro.

David Talbot claims that Allen Dulles began establishing a 'Secret government' within the government, after being booted from the CIA by JFK; but in fact, he began that with the **National Security Act of 1947.**    Jon Schwarz says The Devil's Chessboard by David Talbot confirms that "your darkest suspicions about how the world operates are likely an underestimate. Yes, there is an amorphous group of unelected corporate lawyers, bankers, and intelligence and military officials who form an American 'Deep State,' setting real limits on the rare politicians who ever try to get out of line."

"So, he was kind of sandbagged by the CIA. He did go through with [the Bay of Pigs invasion], but he had no intention of widening it into an all-out U.S. military assault on the island, on Cuba. But that's what the CIA had in mind. … [W]hat they hoped and what they planned was that a young President Kennedy, as this invasion was bogged down on the beaches of the Bay of Pigs, would be forced then to send in the Marines and the U.S. Air Force to topple Castro."

Talbot alleges that although Kennedy dismissed Dulles from his post at the CIA in November 1961, after the Bay of Pigs, Dulles continued to meet with government officials and influence U.S. policy, essentially creating a secret government that prioritized a corporate agenda over the rule of democracy in the U.S. — including plotting the assassination of Kennedy, who they saw as a barrier to that agenda.

More tellingly, Talbot told Goodman that Dulles spent the entire weekend of Kennedy's killing at "The Farm," a secretive CIA enclave in Virginia:  "Well, he's there while Kennedy is killed, after Kennedy is killed, when Jack Ruby then kills Lee Harvey Oswald. That whole fateful weekend, he's hunkered down in a CIA command post. So, there are many odd circumstances like this."

After the Bay of Pigs invasion, Fidel Castro proclaimed that Cuba would not be another Guatemala and he planted himself solidly in the Soviet Union camp of influence in response. On May 1, 1961, the Republic of Cuba proclaimed itself a "socialist state" and decreed that there would be no more elections: "the revolution, he announced, had given every Cuban a rifle, not a vote". He began serving as the First Secretary of the Communist Party of Cuba and remained in that post until 2011. Under his administration, Cuba became a one-party communist state; industry and business were nationalized, and state socialist reforms were implemented throughout society. Amazingly, before the invasion, the CIA was apparently tipped off by the Soviets (in order to put the Americans on notice about any aggressive military ambitions) that Castro was aware of a possible attack and/or invasion. JFK was so rattled by the Bay of Pigs experience, he threatened to "splinter the CIA into a thousand pieces and scatter it to the four winds." CIA chief Allen Dulles and two of his senior CIA colleagues were eventually forced to hang up their hats and trench-coats (a move that Dulles neither forgot nor forgave). President Kennedy wasn't able to get rid of the CIA as an institution of Washington DC, however, (though he tried) due to the fight against the dreaded "Red Menace" of communism. As for the CIA and its operatives who survived the purge, they never forgot Kennedy's threat nor his perceived "betrayal" of the Bay of Pigs invaders when the mission went south. After the Bay of Pigs fiasco; the military brass became persona non grata with President JFK, as he deduced that he could no longer trust them (they knew it would be a failure beforehand). Much to their chagrin, the Joints Chief of Staff, didn't get to utilize their military-industrial-complex involved in a "boots-on-the-ground" gig in Cuba as hoped. For his part though Castro apparently expected that any such operation would be a full-scale military campaign, not the piddling bunch of deluded, right-wing, rag-tag, rabble-rousing soldiers of misfortune that eventually did invade! On June 4. 1961: Soviet's Nikita Khrushchev and U.S. President John F. Kennedy meet in Vienna to hold talks.

After the 'Bay of Pigs' fiasco Washington DC favored collective action against Cuba with the stated aim, as forwarded by President John F. Kennedy, of isolating Cuba politically and economically. On 21 January 1962, the OAS held the Eighth Meeting of Consultation of the Ministers of Foreign Affairs in Punta del Este, Uruguay. At this meeting Washington DC encouraged Central American representatives to advocate a hard line against Cuba, and promised to walk out if economic sanctions were not tabled. The U.S. put what pressure it could on some of its reluctant allies and their delegates (two Senators and two Representatives) spread the word that the U.S. Congress could hardly be expected to look favorably on monetary aid for countries that refused to face up squarely to Fidel Castro's communist regime. The presence or absence of U.S. aid plainly mattered. Chatting at a party with Dean Rusk, Uruguay's Chief of State Victor Haedo bluntly asked: "Tell me, that aid you promised, when is it coming in?" Replied Rusk: "Very soon, Mr. President, just as soon as Congress approves it." Haedo's comeback was biting: "Well, then, it will be received by our grandsons". Shortly before the conference, François "President-for-Life" Duvalier declared that the U.S. was neglecting Haiti and had not provided enough aid. Thereupon Haiti deserted the hard-line 13 nations favoring sanctions and joined the six in favor of less punishment; thus, forming a bloc nicknamed the "outer seven". Argentina, Brazil, Mexico, Chile, Bolivia, Ecuador, and Haiti opposed to sanctions while Uruguay remained uncertain. US Secretary of State Dean Rusk was hopeful that 14 votes, two thirds of the council

would be suffice to ensure U.S. policy in Latin America and Caribbean. A two-thirds majority was necessary, and seven nations were already on record against the measures. After initial talks, the foreign minister of Haiti had a series of private discussions with the U.S. party. Monetary aide to Haiti had been suspended by the Kennedy administration following the rise of the authoritarianism within the François 'President-for-Life' Duvalier regime. The dynamic at play between Duvalier and Washington DC was the threat of the communist ideology being implemented by his government on the island-nation. Which is why they defended the Duvalier regime against Castro's efforts to overthrow the despotic regime. Francois Duvalier knew this, which is why he took an anti-communist stance, in order to take advantage of the situation. The self-proclaimed leaders of the Free World supporting despotic regimes globally thru "democracy" is nothing new.

Holding the swing vote, Haiti's Foreign Minister, René Chalmers, reminded Dean Rusk, the head of the American delegation, that Haiti was poor and reliant on US aid, and that such assistance would determine their vote. As a result, the U.S. agreed to resume aid to the nation in return for their support of sanctions against Cuba. The US was stung but got the message loud and clear; the United States opened its checkbook and financed the construction of Port-au-Prince's new international airport. Argentina proposed a compromise that would see Cuba expelled from the organization. The proposal would also be supplemented by partial economic sanctions and the establishment of a special security committee. This was accepted by the U.S. who agreed to defend the new scheme. In his key speech to the organization, Dean Rusk stated that Cuba's alignment with the Sino-Soviet block was incompatible with the inter-American system, and such measures were imperative. The vote was passed by 14 in favor, with one against (Cuba) and six abstentions (Argentina, Bolivia, Brazil, Chile, Ecuador, and Mexico). Though only 14 nations voted explicitly to exclude Cuba from the organization, all twenty republics supported the declaration forwarded by Washington DC. Seventeen states voted to suspend arms sales to Cuba, 16 voted to follow this with a trade embargo, and 19 voted to create a Committee of Experts to combat "Cuba's subversive activities". "Secretary Rusk's expense account on the trip read: Breakfast-$2.25, Lunch with the Haitian Foreign Minister-$2,800,000.00. Despite being a founding member of the Organization of American States (OAS), Cuba was effectively suspended from 31 January 1962. By February 7, 1962: Trade relations between the United States and Cuba are suspended. The United States responded to Cuba with a punishing economic embargo, which would later become a blockade. A May 28, 1962 New York Times article reported that the price for Haitian support in the hemisphere was approximately $12.5 million annually and the continuation of the military mission. The Christian Science Monitor stated that Duvalier's government had received more than $116 million in grants, loans, and other types of foreign assistance, most of it from the US, whose yearly grants averaged over half the nation's annual budget. US officials estimated that eighty percent of the money was wasted through mismanagement and corruption.

The administration of 'Papa-Doc President-for-Life" Duvalier not only voted against Cuba at the

OAS but subsequently at the UN where a trade embargo was imposed on the island-nation. In fact, Duvalier had not only sold them out; he cast the deciding vote to expel Cuba from the OAS. Duvalier enraged Castro by casting the deciding vote against Cuba at the OAS meeting because It was an important vote at the time, and by doing so, Duvalier got guarantees from the Washington DC. Castro answered by breaking off diplomatic relations and Duvalier subsequently instituted a campaign to rid Haiti of communists.

**According to** author Jonathan Brown: **"Cuba then took revenge on every Latin American government that did not recognize it as well as those who joined the U.S. boycott. Fidel Castro brought left-wing youth from those countries to the island, gave them guerrilla training, and then sent them back. That's how he continued to intervene in the region".**

## MR-26-7 Argentina

In June 1963, Jorge Masetti led a group of five armed men, four Argentines and one Cuban, that entered Salta through Bolivia. One of them traveled to Buenos Aires and Cordoba to recruit an additional 30 men among the far-left groups.

In a statement sent to the Buenos Aires press, journalist Masetti announced the existence of the group and its intention to liberate Argentina from international imperialism but there was no reaction. In February of 1964, Salta authorities received information about the presence of suspicious men in a remote area, leading to a series of operations that culminated in the seizure of all weapons, ammunition and food from the guerrilla camp.

## MR-26-7 Colombia

Cuba's influence and support lies at the origin of Colombia's National Liberation Army (ELN). The first seed of this group was the "Brigada Pro Liberación José Antonio Galán", created in Cuba by six young Colombian students who traveled to Havana with scholarships from the government of the island. Two years later, in 1964, with only 18 guerrillas, the ELN was created, whose ranks would soon be joined by several Catholic priests who followed the Liberation Theory. Brown points out that once the ELN was launched it became an independent movement that did not depend on Havana's tutelage. That, however, does not rule out that they received material support from the island. In March 1981 the government of then-Colombian President Julio Cesar Turbay announced that his country was breaking off relations with Cuba. He accused the government of supporting a landing of weapons and fighters of the M-19 guerrilla movement on the Colombian Pacific coast; in the department of Chocó. Cuba denied Colombia's accusations at the time. The landing was a failure, with the Colombian army intercepting the fighters in the jungle area of Chocó shortly after reaching the coast.

## MR-26-7 Peru

In the early 1960s, some 200 young Peruvian leftists received guerrilla training in Cuba. As Brown points out in his book, the largest group corresponded to the militants of the Revolutionary Left Movement (MIR), a group formed by young defectors from the ranks of APRA. There was also another made up of dissidents from the Communist Party of Peru, who chose to call themselves the National Liberation Army. Many of these men then returned to Peru, where both groups went into action separately in 1965, carrying out attacks in various parts of the country.

The government of President Fernando Belaúnde responded with an overwhelming deployment of forces. The authorities managed to quell those first pockets of guerrilla insurgency in a year, going so far as to declare "mission accomplished.". According to Brown: "Once they realized that there were guerrillas in the rural areas they went after them with all their strength. Many of the Latin American military had learned from what happened in the Cuban revolution and were not going to ignore the presence of armed groups in the country. That's what Batista did in Cuba in the previous decade: he ignored the guerrillas in the Sierra Maestra until it was too late".

## MR-26-7 Bolivia

Bolivia was the country chosen by Che Guevara to demonstrate his thesis that there did not need to be objective conditions in a place to carry out the revolution because the guerrillas themselves were capable of creating those conditions. With this conviction, in 1966, Guevara traveled incognito to Bolivia to lead a guerrilla focus in that country. He was accompanied by about 25 Cuban fighters. According to Brown, this was the only case in which the Cuban presence was so important since the failed invasion of Panama. The reason for that? They were commanded by Guevara. The initiative lasted a few months. After initial successes, the guerrillas found themselves constantly fleeing the Bolivian army, which seemed omnipresent. By October 1967, when Guevara was captured and executed, the group was virtually wiped out.

According to Brown: "Moscow was against these interventions in the rest of Latin America that did not conform to the Soviet doctrine about how communism was going to take over the world. They were always opposed even though Castro continued to do so during the 1960s. In the end, he had to realize that he was not going to succeed and that happened after Che's death". This was due to the fact that all the operations that were carried out during that decade failed; the death of Guevara (who was one of the main promoters of the idea of bringing the revolution to the rest of the region); and to the opposition of the Soviet Union to this type of actions.

There was no love lost between the government of Fidel Castro and the despotic Duvalier regime. The President-for-Life utilized an anti-communist stance to gain the support of Washington DC and the US continued to support the despot to keep Castro's influence from

reaching the island-nation. Although he proclaimed his administration as the sole barrier against Communism in Haiti. Duvalier kept overt Communists in key cabinet positions (Information, Agriculture, and Finance were held by Communists). He rarely interfered with Communist organizations in Haiti and also maintained a somewhat backstage liaison with Fidel Castro. Duvalier never fully cut himself off from communism because he utilized it as a resource to scare Washington with manifestations of leftist agitation whenever his regime needed financing from Washington DC. On January 17, 1962 the CIA re-evaluated US security interests in the Caribbean. The Department of State issued a report of its own on February 5, stating that the United States had the responsibility "for defense of the Western Hemisphere against external attack". Although the report focused principally on Cuba, it concluded that the Caribbean "is the link between the US and the larger American republics in the southern continent and key to American access to the Panama Canal". Duvalier's January attacks, at the OAS, on the United States hammered home the fact that he and his regime were a political embarrassment to the US goal of protecting its interests and those of its allies in the Caribbean. Washington had an interest in granting developmental assistance and protection to Latin America, but it did not intend to be "bullied" into giving an unpopular dictator whatever he wanted. By 1962, the Kennedy administration had had enough. Washington publicly condemned and censured Duvalier. In late April, they sent a letter repudiating a speech Duvalier had delivered characterizing the US aid as their endorsement of his government. They also stated that the United States did not recognize the 1961 election to be legitimate, and therefore, considered his constitutional term to expire on May 15, 1963. The State Department initiated a series of confrontations to force Duvalier out of office.

Starting in 1962, Kennedy did not hide his revulsion for the Haitian dictator. Cold War consideration, again, motivated his shift to an open and hostile position toward Duvalier. U.S. officials were afraid that Duvalier's dictatorship would provoke a Communist revolution in Haiti. Factors that had been an asset to Duvalier led to his undoing. Kennedy, therefore, was resolute to bring a political change in Haiti and decided the best means would be Duvalier's demise. However, U.S. limited economic sanction and incomplete military actions were insufficient to bend Duvalier. .Months after the April 17 disaster in Cuba at the Bay of Pigs, Washington officials doubtless still felt the effects of the failure. In light of the defeat in Cuba, it makes sense that the United States would wish to avoid another sticky entanglement in the Caribbean. Ambassador Newbegin reassured the State Department that despite the presence of some active communist elements, there existed little likelihood of a communist insurgency in Haiti. He did warn, however, that a hardline, anti-Duvalier policy by the United States could push Papa Doc into the communist camp. "If we become increasingly tough with [Duvalier]," he cautioned, "we may drive him toward the Castro-Communist camp." The best course of action, he felt, involved maintaining the unhappy status quo, for "the Duvalier government is not doing the United States any harm," even if "it is not doing any good either...The U.S. thus halted most of its economic assistance in mid-1962, pending stricter accounting procedures, with which Duvalier refused to comply. Duvalier then publicly renounced all aid from Washington DC, on nationalist grounds, portraying himself as a "principled and lonely opponent of domination by a great power".

On October of 1962, the Cuban Missile Crisis begins once Washington DC discovers that nuclear missiles had been stationed there, just 90 miles from Florida, setting off fears of a World War III. For the first time; the world was inched close to a nuclear war between the Soviet Union and the US. Once Washington DC found out the Soviet Union was placing nuclear missiles in Cuba all of President Kennedy's advisors except Adlai Stevenson pushed him to attack Cuba from the start with a military operation; which would've caused WWIII. After a 13-day standoff, on November 8, 1962, peace prevails and the Cuban Missile Crisis is brought to an end. Soviet Union leader Nikita Khrushchev agrees to remove the nukes against the wishes of Fidel Castro (who was left out of the negotiations). In return, U.S. President John F Kennedy publicly consented not to reinvade Cuba and privately consented to take American nuclear weapons out of Turkey. At the height of the Cuban Missile Crisis, U.S. Air Force General Curtis ("Bombs away") Le May along with his JCOS colleagues began foaming at the mouth and literally wanted to nuke the Soviets and the Cubans back to the Neolithic Era (as a result of the Bay of Pigs fiasco). They underestimated Castro and the fact that the CIA had the wrong intelligence. They had miscalculated the number of Soviet troops in Cuba and thought missiles were not yet operational; a mistake meant possible death. President Kennedy was able to properly assess the situation once he realized that the JCOS had placed nuclear missiles on Turkery's borders pointed right at Soviet Union first without his knowledge. The fact that President Kennedy prevailed tactfully within this pressure is a matter of history of course; and the fact that the first nuclear war was avoided is a testament to that. The Cuban Missile Crisis was, in fact, precipitated by the government of Fidel Castro; who feared a full-scale U.S. invasion after the botched attempt at the Bay of Pigs. Soviet premier Nikita Khrushchev requested to put some medium-range nuclear ballistic missiles on the island-nation (as a counterpoint to U.S. missiles installed in Turkey) and Castro acquiesced. After the Cuban Missile Crisis Latin America and the Caribbean began to be referenced as "the most dangerous area in the world" during the Cold War era.

AMY GOODMAN: And then, of course, the Cuban missile crisis, the closest we ever came to a nuclear war.

DAVID TALBOT: Well, but Kennedy stood his ground, and he didn't do that. And that was the beginning of his break, at the Bay of Pigs, between the CIA and Cuba—and President Kennedy. And then, yes, that became even more severe with the Cuban missile crisis the following year. Again, the military in this country and the CIA thought that we could take, you know, Castro out. During the Cuban missile crisis, they were prepared to go to a nuclear war to do that. President Kennedy thought people like Curtis LeMay, who was head of the Air Force, General Curtis LeMay, was half-mad.... because he was pushing for a nuclear confrontation with the Soviet Union. And even years later, Curtis LeMay, after years after Kennedy is dead, in an interview that I quote from in the book, bitterly complains that Kennedy didn't take this opportunity to go nuclear over Cuba. So, President Kennedy basically, I think, saved my life—I was 12 years old at the time—saved a lot of our lives, because he did stand his ground. He took a hard line against the national security people and said, "No, we're going to peacefully resolve the Cuban missile crisis.".

**The Kennedy administration moved to gain control over CIA-funded Cuban exile commando groups in the aftermath of the Cuban missile crisis, when the United States and the Soviet Union went to the brink of nuclear war in October 1962. The CIA cut off its generous subsidies to Cuban exile action groups that launched commando raids in Cuba from bases in Florida. (In 1963, the CIA would covertly arm and fund the "autonomous operations" of Manuel Artime and Manuel Ray). Cuban exile leaders had not expected the Cuban missile crisis to end peacefully. They believed the United States would intervene militarily to remove the Soviet missiles and overthrow the Cuban revolution. When U.S. law enforcement agencies cracked down on unauthorized Cuban exile paramilitary operations and terminated its supply of aid and arms for exile action groups, Cuban exile leaders went into a funk.**

Even though Fidel Castro was unable to rid Haiti of the despotic Papa-Doc Duvalier regime; he was able to eventually rid the Dominican Republic of the despotic Trujillo regime with the help of his friend Juan Bosch. Previously, Bosch had been the leader of the Dominican opposition in exile to the dictatorial regime of Rafael Trujillo for over 25 years! Castro had a deep friendship with the late former president Juan Bosch, who had lived in Cuba, and he knew from a youngster. In fact, Bosch was one of the main organizers of the abortive Cayo Confites expedition of 1947, in which a military force backed by the Caribbean Legion unsuccessfully attempted to invade the Dominican Republic from Cuba. After the expedition's failure, Bosch fled to Venezuela where he continued his anti-Trujillo campaign and eventually returned to Cuba by requirement of his friends in the Authentic Revolutionary Party. When Fulgencio Batista led a coup d'état against President Prío Socarrás and took over the presidency in 1952, Juan Bosch was jailed by Batista's forces. After being liberated, he left Cuba and headed to Costa Rica, where he dedicated his time to pedagogical tasks, and to his activities as leader of the PRD. The success of Fidel Castro's MR-26-7 Movement and the Cuban Revolution caused major political, economic and social upheaval in Latin America and the Caribbean. Washington DC intended to portray Castro as a dictator and needed to demonstrate that it opposed all dictators, not just those on the left. The ens legis US moved to rally the hemisphere against Cuba's Fidel Castro so Rafael Trujillo, the strongman caudillo who ran the Dominican Republic on their behalf for 30 years, had become expendable. Cord Meyer, a CIA official, was chief of International Organizations Division, a CIA-sponsored front for manipulating international groups and began utilizing his contacts with figures like Bosch, Volman, and Figueres for a new purpose.

**"By 1960, Rafael Trujillo, president of the Dominican Republic, had become irksome to US foreign policy makers. His blatant corruption looked as though it might prompt a revolt akin to the upsurge that had brought Fidel Castro to power.** For over a year, the CIA had been in contact with dissidents inside the Dominican Republic who argued that assassination was the only certain way to remove Trujillo. According to Chester Bowles, the Undersecretary of State, internal Department of State discussions in 1961 on the topic were vigorous. Richard N. Goodwin, Assistant Special Counsel to the President, who had direct contacts with the rebel alliance, argued for intervention against Trujillo. Quoting Bowles directly: "The next morning I learned that in spite of the clear decision against having the dissident group request our assistance Dick Goodwin following the meeting sent a cable to CIA people in the Dominican

Republic without checking with State or CIA; indeed, with the protest of the Department of State. The cable directed the CIA people in the Dominican Republic to get this request at any cost. When Allen Dulles found this out the next morning, he withdrew the order. We later discovered it had already been carried out". **The best way to head off this unwelcome contingency was to ensure that Trujillo's political career cease forthwith, which in early 1961 it did.** In May of 1961, the "President" of the Dominican Republic, Rafael Trujillo was assassinated.

**Trujillo was gunned down in his car outside his own mansion in Ciudad Trujillo. It emerged that the CIA had provided guns and training to the assassins, though the Agency took care to point out that it was not absolutely 100 percent sure that these were the same weapons that ultimately deposed the tyrant (who had been originally installed in power by the CIA)."** An internal CIA memorandum states that a 1973 Office of Inspector General investigation into the murder disclosed "quite extensive Agency involvement with the plotters". The CIA described its role in "changing" the government of the Dominican Republic "as a 'success' in that it assisted in moving the Dominican Republic from a totalitarian dictatorship to a Western-style democracy". A couple of months after the Trujillo assassination, Juan Bosch returned to the Dominican Republic after 23 years in exile. His presence in the national political life, as the Dominican Revolutionary Party presidential candidate, was a fresh change for the Dominican people. He was Immediately accused by the Church and by conservatives of being a communist. However, in the elections of December 20, 1962, Juan Bosch and his running mate, Armando González Tamayo, won a sweeping victory over Viriato Fiallo of the National Civic Union in what is acknowledged to be the first free election in the Dominican Republic's history!

Duvalier's most formidable foe was one he intimately knew and one who intimately knew him. In April of 1963, the Republic of Haiti and Dominican Republic were brought to the edge of war after a failed coup d'état and nationwide manhunt due to the political enmity between the Duvalier regime and the administration of President Juan Bosch (an acolyte of Fidel Castro). President Duvalier suffered a massive heart attack, possibly due to an insulin overdose, on 24 May 1959. He was a diabetic since early adulthood and also suffered from heart disease and associated circulatory problems. His aide saved his life by contacting his physician during the heart attack which caused him to be comatose for nine hours. His physician believed that he had suffered neurological damage during these events, harming his mental health and perhaps explains his subsequent actions. While recovering, Duvalier left power in the hands of Clément Barbot, one of his top aides and the first leader of the Ton Ton Macoute. Upon his recovery and return to power, Duvalier accused Barbot of trying to supplant him as President of the Republic of Haiti and had him imprisoned at the notorious Fort Dimanche. One evening, Barbot was returning home from a Bastille Day party at the French Embassy when without warning the Presidential Guard intercepted him. He was interrogated and tortured in the same manner that he had inflicted on others. A large stash of cash was discovered in his house, and he was grilled about the money from his other projects such as the international casino franchise. Barbot had made the grave mistake of not cutting the president in on all his dealings. Duvalier shipped him off to Fort Dimanche to rot in a rancid cell. He was actually imprisoned for not

sharing extorted money with his superior and because he dared to question the sanity of Papa Doc Duvalier after his heart attack! In April of 1963, Clément Barbot was released from Fort Dimanche and along with his brother Harry (plus a small group of supporters) attempted to overthrow Duvalier by kidnapping his children in Port-au-Prince.

On the morning of April 26, 1963, **the former head of the Ton Ton Macoute, Clément Barbot tried to kidnap,** Papa Doc's eleven-year-old son, **Jean-Claude Duvalier** and fourteen-year-old daughter, Simone, **while they were on the way to school.** The presidential car bringing François Duvalier's children Jean-Claude and Simone to school was attacked by four armed men. Shots rang out killing the children's chauffeur and three bodyguards. Quickly, a teacher whisked the children to safety and the assassins escape in the attempt. President François Duvalier believed that a group of officers within the Haitian Army were plotting against him, in particular Lieutenant François Benoît, whom Duvalier accused of having masterminded the kidnapping attempt. In retaliation a merciless manhunt is launched that day in which the Ton Ton Macoute hunted down and tried to exterminate the entire Benoît and Edeline (Benoît's wife) family line. The Benoît home was burned down, and Lieutenant Benoît's mother, father, **18-month-old** son, the baby's nanny and another household worker were killed. During the search, dozens of soldiers, high-ranking army officers, suspected opponents and their families were massacred. It was impossible for François Benoît to have fired on Duvalier's children; he was able to escape from the Tonton Macoutes and sought asylum in the Dominican Embassy residence. Jacqueline, his wife, was eight-months pregnant and just in time, she was warned and fled to refuge to the Ecuadorean Embassy.

On April 28, 1963 President Duvalier risked a major international incident; during the nationwide manhunt (after the failed kidnapping attempt of his son by Clément Barbot and his fellow conspirators). The administration of President Bosch decided to provide asylum to Lieutenant François Benoît and other people implicated in the kidnapping plot by Duvalier whom sought refuge at the Dominican embassy in Pétion-Ville. When the Dominicans refused to release the refugees, Duvalier ordered the army and Ton Ton Macoutes to surround the Dominican Embassy. President Duvalier then authorized the Ton Ton Macoutes to break into the Dominican Embassy in Pétion-Ville, with the goal of arresting Benoît; the military officer believed to have been involved in the plot to kidnap Duvalier's children. The Presidential Guard established a machine gun perimeter around the Dominican Embassy and attacked. Then they violated the Dominican diplomatic headquarters in Port-au-Prince, trying to capture political exiles whom had taken refuge there. They ransacked the premises and roughed up a secretary, unaware where Benoît and twenty-two other fugitives were hiding in the diplomatic residence. Their assault of the DR embassy was driven back by chargé d'affaires. This was Haiti's first violation of a sovereign consulate since 1915 and the mutilation of Guillaume Sam so the fugitives feared the same fate awaited them. The unrestrained savagery aroused worldwide repercussions; but to Duvalier, international implications be damned.

119

The Dominican response was swift and firm; President Bosch decried the break-in as "equivalent to an invasion of our country" and "an unpardonable offense". Before the day ended, the Dominican Republic issued a note to the Haitian Government demanding the immediate withdrawal of Haitian police from the Dominican Embassy and assurances of the inviolability of those within. The Dominicans gave the Haitian Government twenty-four hours to comply, after which time "we will adopt, with all decision and at any price, the necessary measures to force the respect for the dignity and sovereignty of the Dominican nation. President Juan Bosch then deployed deployed a large contingent of the Dominican military (including planes and helicopters) along the border dividing the two nation-island. He also sent the navy into strategic positions, and issued an ultimatum for Haiti to immediately withdraw from their embassy. The very clear threat of war prompted Duvalier to remove the Ton Ton Macoutes from the Dominican embassy the next day. However, the Dominican Republic still did not back down, shifting its position to a demand for reparations. Charging Haiti with having threatened peace in the Western Hemisphere. The Dominican military commanders expressed little support for an invasion of Haiti. Therefore, President Bosch refrained from the invasion and sought mediation through the OAS.

President Bosch took their complaint to the Organization of American States. The OAS agreed to send a mission to Haiti to assess the situation and determine if it warranted international action against Haiti (he also suggested sending in a psychiatrist). This act placated the Bosch government, and the Dominicans agreed to extend the deadline for invasion for another twenty-four hours. On May 3, Duvalier placed Haiti under martial law and established a curfew in Port-au-Prince. Papa Doc did not stand a chance against the Dominican militarily, and diplomatically, the OAS leaned toward the Dominican Republic. His only option lay in threatening violent reprisals against Haitian civilians if the Dominicans or anyone else invaded Haiti! Although Duvalier seemed unwilling to go to war with the Dominican Republic, he threatened savage reprisals against any force that invaded Haiti. He underscored his position by identifying himself with the nation of Haiti, stating that an attack on one constituted an attack on the other. As the OAS was exercising diplomatic restraint, Duvalier went around them and took his case directly to the United Nations. His ambassador appealed for African votes by saying that Haiti was defending the cause of black people everywhere. Duvalier taunted them further, "'If the OAS claims the right to intervene because of repressive internal conditions, why don't they land troops in Birmingham"?

The OAS investigative commission arrived in Port-au-Prince on May 5, with ambassadors from five Latin American countries. The commission described the situation as tense but relatively stable and urged both nations to avoid war. Duvalier told the commission that if the Dominicans agreed to not invade he would agree to grant safe-conduct passes to the Haitians seeking exile. President Bosch considered the promise an empty one and continued to threaten military action. Bosch also proposed that OAS sanctions against Haiti might be an acceptable alternative to war. Although unwilling to take part in any direct action against Duvalier, the United States remained deeply concerned about the conflict between Haiti and the Dominican Republic. On May 7, the US Government ordered the evacuation of all dependents of US personnel in Haiti; plus, the US Atlantic Fleet and Marine Expeditionary Force were deployed

into the Gulf of Gonâives. US Marines began practicing landing maneuvers off the Haitian coast. However, when Haitian exile leaders Louis Dejoie and Daniel Fignole formed a government-in-exile in Puerto Rico, the United States refused to grant it recognition. The United States did not have faith in the ability of Dejoie to improve the situation in Haiti and didn't want to empower Noiriste populist Fignole. Even though Duvalier's grip on power seemed tenuous, the United States remained reluctant to take action against him.

Although this was a perfect opportunity for Washington DC to remove Duvalier from power, it would have come at a high price. Washington DC indicated that if the Dominican Republic undertook any covert action against Haiti, the United States, though it wouldn't join such an activity, would appreciate being kept informed of any developments. Bosch nevertheless urged OAS member nations to abandon the principle of nonintervention and take multilateral action against Duvalier in some fashion, be it an invasion, sanctions, or even just a formal denunciation of his regime. Duvalier's record on human rights was so bad that Bosch felt the OAS obligation to do something about him outweighed its desire to defend member nations from outside interventions. Although the OAS pressed Haiti to respect human rights and provide safe conduct for exiles under foreign embassy protection, it took no formal action against Duvalier or his regime. By the end of May, Duvalier caved in to pressure and began allowing the exiles to leave the Dominican embassy unmolested, but he lost very little face in the process. On June 1, President Kennedy met with the Dominican Ambassador to the United States, Albert del Rosario, and indicated that he looked favorably on Dominican covert action in Haiti and intimated that he desired a closer working relationship with President Bosch on this matter. Kennedy stressed, however, that the Dominican Republic should not become actively involved in such action, but should use Haitians in any covert action against Duvalier. Just inaugurated two months prior, Dominican President Juan Bosch was contending with powerful enemies on his home front. The zeal for armed action was not matched by his military generals. The Trujillo military was distrustful of their new democratically elected leftist commander and by September 25, 1963, Bosch would be overthrown in a US backed coup.

With his family safely secured in the Argentinian Embassy, Clément Barbot and his conspirators announced themselves as the actual perpetrators of the unsuccessful kidnapping attempt upon the Duvalier children. In rapid-fire movements, they launched a stealthy commando campaign that ambushed and killed dozens of Tonton Macoutes and militiamen in Port-au-Prince's alleys and dark streets. Duvalier responded to this revelation by issuing a Call-to-Arms and ordering a nationwide search for Barbot and his fellow conspirators on the national radio; he also placed a $10,000 price on Barbot's head. Papa Doc authorized the Ton Ton Macoute (and other Duvalier partisans) to hunt down and kill the perpetrators of the attempted kidnapping. Duvalier was told that Barbot had transformed himself into a black dog, which prompted Duvalier to order that all black dogs in Haiti be put to death! One day, Barbot spread the rumor that he was hiding in Pétionville. The Macoutes swarmed the suburb and waited to spring their trap. Instead, Barbot and his band slipped into Fort Dimanche and stole the arsenal. Clément Barbot, along with his brother Harry and their fellow conspirators, had big things planned for July 14, 1963. They were hiding out in a home near Radio Commerce where high officials of

Duvalier's regime often frequented.  This time they planned to kidnap the Information Minister, Georges Figaro, and use him to slip two car loads of ten men into the National Palace.  Once inside, Barbot expected to be joined by a minimum of twenty Ton Ton Macoutes whose loyalty he still claimed.  He would then kill Papa Doc and take control of Haiti, however, on the morning of the attack; a peasant informed authorities that a man who he thought was Barbot had shot at him.  The local peasant told authorities that a man matching Barbot's description was hiding in Cazeau. Duvalier immediately dispatched soldiers to the area where Barbot had last been seen.  Clément Barbot and his followers quickly escaped into a sugar cane field but the soldiers set the field afire and systematically shot the rebels as they fled from the smoke and flames.  Duvalier posted photos of the bullet mutilated corpses around town.  Despite Barbot's fate, a rebel group headed by Hector Riobe proceeded with an attack which was originally meant to supplement the actions of Clément Barbot's men.  Hector Riobe's father had been slain in the streets and his family had been stripped of its wealth by the Duvalier regime.  Hector Riobe and a group of young men had assembled an armour plated car and a home-made flame thrower for their attack.  Just after dusk on the fateful July 14th, they began to drive the vehicle towards Petionville, scattering tire puncturing devices on the road behind them.

Unfortunately for the rebels, their transportation stalled in front of the Petionville police station. The police, mistaking the young men for soldiers on patrol, offered their assistance and one of the inexperienced, nervous, men with Riobe shot at the policeman.  Once exposed, the band of boys filled the barracks with gunfire and fled on foot towards the protection of the mountains. Enroute they made a daring and brilliant military move by capturing the Kenscoff army post and setting off the alarm.  As the Ton Ton Macoutes responded to the alarm, they were mowed down by gunfire.  Riobe and his followers retired to a cave in the mountains which had been previously stocked with food, water and ammunition.  The cave had only one entrance from which to approach and exit which proved fatal for many Haitian militia men and Ton Ton Macoutes.  The battle raged for days until Papa Doc Duvalier played his trump card. Hector Riobe's mother was sent to the caves entrance to plead with her son to surrender.  Hector Riobe's legendary reply to Duvalier's ploy has made him a hero and a martyr to fellow revolutionaries everywhere.  His answer was a single gunshot and the last survivor in the cave had given up the battle.

U.S. officials resented Duvalier's attempts to blackmail the United States thru communism. Duvalier often threatened to turn to Fidel Castro's Cuba and the Communist bloc, if the United States did not accede to his demands to fund projects like a jet-ready airport. Therefore, both the Kennedy and Lyndon B. Johnson administrations consorted with Haitian exile groups that vowed to overthrow Duvalier; but little came out of these efforts. Ironically, the same man whom Washington DC utilized to empower Duvalier during Haiti's May 1957 Civil War is the same person they turned to in an effort to rid themselves of the despotic Duvalier regime.  Both the Dominican and American governments knew about Cantave's plans to overthrow Duvalier, but considered the Dominican embassy crisis an "inopportune" time for attack.  Washington saw political promise in Cantave, who claimed he desired no power for himself, but merely wanted to free Haiti from Duvalier.  The State Department did not rate Cantave's chances of

success in invading Haiti very high, and felt he could best serve Haiti by waiting for Duvalier to fall from power and then form a provisional government that could request American and OAS assistance and support.

As early as July of 1963, Washington DC asset Gen. León Cantave began training and arming Haitian recruits in the Dominican Republic, without the knowledge of President Bosch, for incursions into Haitian territory in order to overthrow the Duvalier regime. With covert CIA and Dominican military support, Cantave organized officers that he had formerly commanded and trained inexperienced recruits, mostly illiterate peasants in the DR. The unskilled and undisciplined soldiers were newly outfitted with khaki uniforms and boots, something the barefooted peasants had trouble adapting to. Most of the weapons utilized were given by Fidel Castro to Dominican exiles who had invaded from Cuba in 1959 to overthrow the Trujillo regime; which either had the wrong ammunition or jammed in battle. Gen Cantave's group of recruits, composed of illiterate peasants, spent the majority of their time learning how to shoot. The Dominican army had let Gen Cantave and his recruits use their base for military training but once the Dominican President, Juan Bosch, discovered the existence of this camp, the Haitian rebels were forced to move to a new location. In August of 1963, Washington DC terminated financial aid to Haiti.

Their invasion plan was to cross the border from the northern town of Dajabon and to proceed to Cap-Haitien while picking up additional support and recruits along the way. They assumed that the appearance of an invading force would spark a general uprising and that resistance from loyal government forces would be nominal and easily overcome. Their plan and execution were often farcical; from August 2 – September 24, 1963, Gen Cantave along with Lieutenant Colonel René Léon and a band of seventy men, began launching a series of various attacks from the Dominican Republic into the Republic of Haiti in order to destabilize and overthrow the government of President François Duvalier. For several weeks Gen Cantave and his men fought several battles with the regular army of Haiti from their base in the Dominican Republic. The "liberators" would wade across the Massacre River to launch various offensives and then retreat back across the river.

1) On the night of August 2, 1963, Cantave's troops crammed into Dominican army trucks and headed to the border town of Dajabon. They were supplied with uniforms and boots. After the men plunged into the Massacre River, they were given their weapons. The weapons were U.S. made and had been given to Dominican exiles who were invading the Dominican Republic in June, 1959. In fact, the planned "sneak attacks" were no secret at all as all of northern Haiti and Duvalier had been warned that they were coming; so, they prepared. Each time, any element of surprise was lost when a jittery raw soldier unnecessarily fired his weapon and prematurely sounded the alarm.

On the 5th of August, Gen Leon Cantave led a force of 250 Haitian exiles in the Dominican Republic under command of former Haitian general crossed the border near Cap Haitien, on the north coast of Haiti. The invasion marched into the small town of Derac and against the Haitian

army some of the excited, green recruits shot two militia men and six Ton Ton Macoutes. Any hope of a sneak attack had been eradicated. Several jeeps were commandeered for the assault on the next town, Fort Liberte. Cantave made the decision to attack the Ouanaminthe army barracks first because it lay to the rear of Derac and he did not want to leave his back ex-posed. Cantave contacted the commander to demand his surrender. Cantave was dismayed when his demand was denied by the captain who had previously assured him of cooperation. Unknown to the rebels, Papa Doc had been aware of their invasion plans and had the commander of the Ouanaminthe army barracks under Ton Ton Macoute guard. The commander, his soldiers, and hundreds of townspeople were shipped off to Fort Dimanche. Later, the commander was returned to Ouanaminthe for a public execution.

1) The commander was eventually publicly executed. The flexible General Cantave decided to implement his original plan and attack Fort Liberte. He sent one of his soldiers to demand its surrender. "Take the fort if you can" was the reply he received. Unbeknownst to Cantave the commander had moved his men in to excellent positions away from the fort. The battle seemingly fell apart at the start. All of Cantave's heavy weapons jammed. Worried about the condition of his guns, he ordered retreat back to the Dominican Republic. The exiles split into two groups for the retreat. Although both groups made it safely back to the Dominican Republic, the troop led by Colonel Leon lost most of their weapons while crossing the river. Before his invasion collapsed, General Cantave had requested aid and recognition of a provisional government from the United States. Both requests were denied. The Haitian Government accused the Dominican Republic of supplying the rebels and assisting their crossing.

3) The U.S. government mobilized naval ships in the area as a show of force against the Haitian government between August 6, 1963 and August 22, 1963.

4) On August 7, 1963, there was a siege of Port-au-Prince, where President Duvalier hid in his presidential palace. Cantave wasted no time after returning to the Dominican Republic. He plead his case and was granted another chance at invasion by the military.

5) Government troops suppressed a rebel invasion from the Dominican Republic on August 15, 1963. On August 15, a column headed by Colonel Leon, quickly took the town of Ouanaminthe where only one medical corps corporal and two marched into the small town of Derac. Against all orders some of the excited, green recruits shot two militia men and six Ton Ton Macoutes, any hope of a sneak attack had been eradicated. The rebels were only able to destroy one truck with grenades. Meanwhile, Colonel Leon had word from one of his patrolmen that shooting had been heard. Leon, keenly aware of the disadvantage he faced in weapons, ordered retreat. When the soldiers returned to their camp in the Dominican they found twenty-six more exiles waiting to join them. Their numbers were growing.

6) The Haitian parliament granted emergency powers to President Duvalier on August 22, 1963.

7) Several jeeps were commandeered for the assault on the next town, Fort Liberte. Cantave made the decision to attack the Ouanaminthe army barracks first because it lay to the rear of Derac and he did not want to leave his back ex-posed. Cantave contacted the commander to demand his surrender. Cantave was dismayed when his demand was denied by the captain who had previously assured him of cooperation. Unknown to the rebels, Papa Doc had been aware of their invasion plans and had the commander of the Ouanaminthe army barracks under Ton Ton Macoute guard. The commander was eventually publicly executed. The flexible General Cantave decided to implement his original plan and attack Fort Liberte. He sent one of his soldiers to demand its surrender. "Take the fort if you can" was the reply he received. Unbeknownst to Cantave the commander had moved his men in to excellent positions away from the fort. The battle seemingly fell apart at the start. All of Cantave's heavy weapons jammed. Worried about the condition of his guns, he ordered retreat back to the Dominican Republic. The exiles split into two group for the retreat. Although both groups made it safely back to the Dominican Republic, the troop led by Colonel Leon lost most of their weapons while crossing the river. Before his invasion collapsed, General Cantave had requested aid and recognition of a provisional government from the United States. Both requests were denied.

8)    Cantave had been in New York, gathering rebels and financial aid from the CIA. He had to prove to the CIA that he had the support of the people in order to gain financial assistance. Cantave sent a small group of men back across the border. On a one day move against the town of Ferrier, the liberators, as Cantave liked to be called, killed the mayor and raced back to the border. The Ferrier action showed good faith to the CIA. His army grew to 210 men and he ordered bazookas, M-1 rifles and machine guns from the United States.    The CIA was encouraged that the mission might have a chance to take down Duvalier as Cantave's army continued to grow to over 200 men so they parachuted crates with heavy arms to the rebels.

9)    The lack of a clear battle plan and inept confusion doomed their final incursion.  On September 22, Cantave led a force of two hundred men back across the border. The objective was to take Ouanaminthe. At 6:00 a.m. the battle began. Once again, the commander of the barracks had been forewarned of the impending attack and had moved his men to advantageous positions outside of the fort. No clear battle plan emerged and confusion reigned on the battle field as soldiers wandered aimlessly lost all night.  The second-in-command, Colonel Réne Léon, who was wounded in the buttocks when his own man mishandled a grenade during the first offensive, collapsed of a heart attack and was left behind.  When the exhausted rebels reached the outskirts of Ouanaminthe, laborers entering the fields for work told them that the town was waiting for them. Duvalier had it reinforced. A battle raged into the next day, but the raiders failed to take any of their objectives.  Cantave once again ordered retreat.  When they staggered back into Dajabon, Dominican soldiers recognized the contraband value of the weapons and seized the invaders' armaments.  As the rebel band was crossing the border; Haitian border guards indiscriminately fired machine guns across the river and struck the Dominican Customs House and a school.  The Bosch government alerted the OAS and the UN that they were under bombardment from Haiti.

On September 22, 1963, the international press highlighted the information about the attack by the community of Juana Méndez, and that the military response of the Haitian government had been reflected up to Dajabón in Dominican territory. Once safely in Dajabon, General Cantave slipped out of his blood-soaked uniform and into a light blue business suit. He met with the investigating newsmen as if nothing had happened. Cantave was detained for a time in the DR, but eventually, he returned to New York. The remnants of his small army disbanded to fend for themselves. The US State Department referred to the reports of the September 22, 1963 assault by Gen Cantave as "exaggerated newspaper accounts" but the incident made Duvalier appear very much in control of the situation in Haiti. The fact that Gen Cantave's troops had enjoyed Dominican protection, military training and equipment, gave Duvalier diplomatic ammunition. This time, Duvalier was the one to go to OAS and accuse the Dominicans of hostile action, demanding that they cease harboring Haitian exiles. The OAS agreed to send another commission to Haiti, this time to study Duvalier's claims. Because Washington DC had disassociated itself from Gen Cantave publicly they were unaffected.


President Juan Bosch understood that these Haitian rebels were covertly utilizing his country as a base of attack without his due authorization nor knowledge. President Bosch's government had already been approached by Washington DC about taking covert action against the Duvalier regime. Faced with this new information about Gen. Cantave; President Bosch decided not to be an instrument of a conspiracy; where decisions had been made regarding Dominican soil without consulting him. President Bosch was preparing to call a press conference in order to denounce the situation: the fact that the Dominican government was oblivious, to the training and incursions of the Haitian insurgents, and that Dominican territory had been used without the consent of his government. Although the attempt at liberating Ouanaminthe was a complete failure, the Dominican military leaders used the episode to launch a coup de tat against their president. Two days later the military announced that Bosch had been deposed and a proclaimed the installation of a civil junta to replace him. The reason for the overthrow was the fear of Bosch discovering Washington DC's involvement and his "democratic leftism". The Dominican military was under US control and didn't want to lose its many privileges. Plus, additional segments of the church, business and labor had also built an antagonistic attitude towards Bosch. Therefore, the coup was allowed to succeed without any intervention. After his defeat at Ouanaminthe, Gen Leon Cantave was kept in detention by the Dominican military and the remainder of his small army was disbanded and left to fend for themselves. Gen Cantave was eventually exiled to New York and died on February 16, 1967 in Paris, France.


The discovery of this illegal use by President Bosch is the catalyst which accelerated the Dominican military's coup d'état against him. A coup d'état was already incubating within the oligarchy and military sectors of the country. Bosch faced powerful enemies because he moved to break up latifundia, drawing the ire of landowners. The Church thought Bosch was trying to over secularize and the industrialists didn't like the new Constitution's guarantees for the working class. The Dominican military, who previously enjoyed free rein, felt Bosch put them on too short a leash since the 31 years of Trujillo dictatorship was curtailed. Washington DC gave the green light to the Dominican military and 3 days later, on September 25, 1963 (after only seven

months in office); President Bosch was overthrown in a coup led by Colonel Elías Wessin, replaced by a three-man military junta, and exiled to Puerto Rico.

In an interview conducted by Martin Murphy, Assistant Professor of Anthropology at the University of Notre Dame, in 1986 with the former President of the Dominican Republic, concerning the 25 September 1963 coup d'état, Juan Bosch stated: "Many lies have been told about this military coup, and little has been said about what really happened. The military coup was performed by the U.S. military mission here in Santo Domingo. I have said this so many times, but U.S. journalists have remained silent about this. What was the cause of the coup? The existence of a Haitian guerrilla camp in Dominican territory which was operating without my knowledge. They were trying to overthrow the Haitian President, François Duvalier. The Kennedy Administration proposed this action because it believed that Duvalier was a Communist, because he had received a Czech diplomat and later, a Pole. The Kennedy Administration decided to overthrow Duvalier, and organized an uprising through U.S. Air Force pilots stationed there who were training Haitian pilots. But Duvalier found out about the plan, and expelled the U.S. pilots from the country, as well as officers of the Haitian Armed Forces who were also involved in the plot, including General León Cantave".

**William F. Engdahl, 2009, Gods of Money; Wall Street and the Death of the American Century:**

**"As President, Kennedy earned many powerful enemies during his few months in office, from the head of US Steel, to CIA chief Allen Dulles and the Pentagon. Perhaps no one opposed Kennedy more strongly, however, than the powerful bankers of Wall Street. David Rockefeller, head of Chase Manhattan Bank and emerging as the heir to the power of the Rockefeller dynasty, openly attacked Kennedy's economic policy in an article in Henry Luce's Life magazine in July 1962. Five months before his assassination by what was decades later revealed to have been a CIA hit team, Kennedy issued an all-but unknown proclamation which may have cost him his life.**

**Much as Abraham Lincoln did when he avoided dependence on London bank loans to finance the Civil War and instead issued interest-free US Treasury notes, Greenbacks, to finance the war, President Kennedy issued Executive Order 11110 on June 4, 1963. Kennedy's EO 11110, which did not require a vote of Congress, mandated the US Treasury "to issue silver certificates against any silver bullion, silver, or standard silver dollars in the Treasury."**

**This meant that for every ounce of silver in the US Treasury's vault, the government could introduce new money into circulation. In all, Kennedy brought nearly $4.3 billion in US notes into circulation in $2 and $5 denominations. The $10 and $20 United States Notes were just in the process of being printed by the Treasury Department when Kennedy was assassinated. They were never circulated. It was tne first time since Lincoln that a President had issued interest free money and the first time a President had challenged the sole money power of the private Federal Reserve. (The Fed and the Rockefeller family were**

one small, close family.)

"October 3, 1963: (a month before his public execution) President JFK predicted: "If the United States ever experiences an attempt at a coup to overthrow the government it will come from the C.I.A. The agency represents a tremendous power and total unaccountability to anyone." (From New York Times article by Arthur Krock)

"The high office of the President has been used to foment a plot to destroy American's freedom, and before I leave office I must inform the citizen of his plight."

President John F. Kennedy at Columbia University, 10 days before his assassination

Approximately one year from the Cuban Missile Crisis President John F. Kennedy is assassinated and Texan/USMC veteran Lee Harvey Oswald is immediately identified as the assassin. **November 22, 1963: President John F. Kennedy was assassinated in coup d'état in Dallas, Texas. (A wealth of circumstantial evidence indicates") "Dulles helped plan and organize assassination of President John F. Kennedy" (Talbot, D., 2015, The Devil's Chessboard, 2015).** He was also the youngest president at the end of his tenure, and his lifespan was the shortest of any president. In the case of Doug Dillon (who oversaw Kennedy's Secret Service apparatus) it simply meant making sure that he was out of town. If he was later asked to account for himself, Dillon would have a ready explanation. The tragic events in Dallas had not occurred on his watch; he was airborne over the Pacific at the time! The classic example of political assassination was the murder of President Kennedy. Kennedy had been alerted by the Bay of Pigs debacle to the treachery and incompetence of CIA director Allen Dulles, whom he fired. He refused to listen to the adventurist advice of former Secretary of State Dean Acheson. He overrode his main military advisers, Lyman Lemnitzer and Curtis LeMay, who wanted to make the Cuban missile crisis the occasion for general thermonuclear war with the U.S.S.R. Kennedy clashed with Roger Blough of US Steel, who was acting as a representative of Wall Street. Kennedy challenged the power of the Federal Reserve to be the sole controller of the US money supply. Kennedy seemed determined to return to the New Deal policies of Franklin D. Roosevelt, and also to the strong presidency Roosevelt had embodied, but which the US oligarchy was determined never to permit again. (There had in any case been an attempt to assassinate FDR in Florida before he was even inaugurated.) Kennedy was probably planning to fire FBI boss J. Edgar Hoover, who regarded himself as an unaccountable state within the state. Documents indicate that Kennedy was scaling down the US presence in Vietnam, rather than escalating it as his incompetent hawkish advisers wanted, and that he may have been preparing to liquidate the Vietnam matter entirely after his re-election in November 1964.

At the time of his assassination President JFK was at odds with several parts of the US government: CIA, JCOS, FED (due to greenbacks), etc. President John F. Kennedy was murdered when he took on this gang; JFK's return to Roosevelt's New Deal policies; respect for national sovereignty, improving living standards through industrial and scientific progress, an end to the post-World War II globalist alliance with European imperialists against the poor

128

nations made the U.S. President the chief "monster" to be destroyed. JFK ran afoul of the Wall St fascist National Security State established by the Dulles brothers with the **National Security Act of 1947**. JFK came from a wealthy family and thought he could stand up to CIA after the Bay of Pigs, when they showed incompetence. He distrusted the National Security People and personally opened up back channels with Kruschev and Castro. He intended to withdraw all forces from Vietnam after he was re-elected in 1965. Kennedy was a brave visionary, trying to end the Cold War. In a June, 1963 speech, speaking to American people of the Cold War with Soviet Union, he stated: "we all breathe the same air, we all love our children and we all love peace." President Kennedy had utilized the UN in the Congo to shut down the British-run mercenary secessionists who had been unleashed by the MI6/Dulles assassination of Patrice Lumumba. After Kennedy's assassination American policy forbade industrialization, and blocked national sovereignty in Africa. There is an often over-looked dynamic between US intelligence agencies and the Mafia operating in Cuba (until they were removed by the Cuban Revolution) implicated in the assassination of JFK. The Dulles Bros feared that Kennedy would make big changes in Washington. After Kennedy, most presidents got the message that they couldn't make too many changes. After the assassination of John F. Kennedy in November of 1963 (which Duvalier later claimed resulted from a curse that he had placed on Kennedy); the U.S. eases its' pressure on the Duvalier regime and grudgingly accepts him as a bulwark against communism. The Duvalier regime would go on to exploit tensions between the U.S. and Cuba, emphasizing his anti-communist credentials and Haiti's strategic location as a means of winning U.S. aid and support.

**According to John Stockwell, 1991, The Praetorian Guard: The U.S. Role in the New World Order:**

**"There is strong evidence that both the FBI and the CIA high commands had prior knowledge of and direct involvement in the (JFK assassination) conspiracy... In sum, the FBI Director and CIA media operatives were waiting, primed, before the assassination to launch the cover-up and pin the blame on the pre-selected patsy, Oswald. We have less hard evidence, but I personally believe from my knowledge of the CIA that elements of the CIA's ZRRIFLE program were probably involved in the conspiracy, along with Cuban exiles, and Sam Giancana, John Roselli, and Charles Nicoletti of organized crime. The committee obtained and published the CIA's project outline, which is the key document, setting up funding of any new project. For ZRRIFLE, Harvey wrote the outline in longhand so no secretary would read it. That document, and their testimony, confirm the existence of a formal assassination team that was managed by Harvey from the Cuba Desk inside the CIA's Langley headquarters and from the JMWAVE station on the University of Miami campus in Florida. It would be totally inconsistent with Allen Dulles' leadership of the CIA, its nature, and all its usage and operating procedures, for this unit, with all its political liabilities, to have been formed without Dulles' approval."**

According to John Stockwell former director of CIA operations in Angola speech at American University 11/3/89 "Secret Wars of the CIA:

"By the spring of 1963 the liberal President John Kennedy had antagonized a number of powerful and very ugly forces in this country. The CIA's OPMONGOOSE; JM WAVE Group out of Florida that had been attacking Cuba like the CONTRAS in Nicaragua with lots of atrocities and vicious activities in a program to assassinate leaders including Fidel Castro they hated Kennedy because the bay of pigs fiasco although it was their fault it was bungled they blamed him for not sending in the Marines to bail them out; they hated him for that and they hated him for making a deal with the Russians to have the Russian missiles withdrawn from Cuba with the promise that we would not invade Cuba; and also at the same time because of that deal Kennedy was shutting down their destabilization contra type program going from Florida into Cuba and they hated him for that; they were very angry and they were armed and they were practiced and trained at military type ambushes; the right wing military was angry because Kennedy had decided to pull us out of the Vietnam War; the conservative Dallas businessmen were angry because he was moving to terminate the oil depletion allowances that had made them so terrifically rich over a period of years; the deep south was becoming enraged because this was an era of deep segregation and he was beginning to say we've gotta let go; we gotta loosen up we gotta stop the segregation in the south...; and the Mafia was in battle; john Kennedy the president and his brother bobby the attorney general had for years been waging a war against the mafia; trying to put the leaders in jail; throwing Carlos Marcelo the don from New Orleans out of the country; going after them in a serious systematic way and it turned out; that there were numerous threats and indications of the mafia's plans to kill the Kennedy brothers; the war as they saw it between themselves and the Kennedy brothers; so what happened was a team of what they call CIA renegades....because it wasn't the coat and tie people inside the building like myself; it as the renegades down in Florida who were working this destabilization activity against Cuba working with Cuban exiles overlapping greatly with the mafia which was involved in this flow of drugs from Cuba into the US; these people plotted a military style ambush in Dallas; and they set up a team of shooters on the top of buildings, they had the cooperation of someone in the secret service; they had the cooperation of the Dallas police; they got the parade route redirected; they got Kennedy, the cars into this place where he would have to make a 120 degree turn; the secret service driver stopped when the bullets began flying; and anyone who's been thru that kind of training,,,; they drill it into you that when the bullet start flying...you mash down on the gas and you get the hell out of there, you don't stop and look around as the seasoned secret service driver did in fact; and Kennedy was shot down, short distances from shooting stations .probably 4 of them firing probably 7 shots; he was hit twice, once in the back; once in the front of the neck; and twice in the head; Connolly was hit once or twice, two bullets were fired on each side of the thing; the convoy then blasted away and got out of there. Immediately the FBI launched the cover-up; the announced purpose by the people in the establishment being to prove to re-assure as they put it, the nation that it was the work of the lone assassin Lee Harvey Oswald; the evidence was tampered with massively; they presidents body was altered; the photographs of the autopsy were altered and 49 witnesses were killed so they could not blow the whistle and testify and blow this thing open; until this day despite the fact that the house committee in 1979 concluded that it was a conspiracy; there has been no formal investigation by the justice dept of a conspiracy to kill our president; this was nothing less than a coup d'état; thy were faced, they the conservatives the ones that hated john Kennedy were faced with his reelection and possibly his brothers after that .and hey could not be bothered to wait for democracy to take its course so they plotted an ambush and they killed him and their choice; a man who was .playing ball with them; who was accepting money from the

mob; Lyndon Johnson moved right into the presidency; and oil depletion allowance, Vietnam war; the essential things they wanted; they got immediately; the crusade against organized crime was drop; and the world went on according to their wishes without there having to be an election..."

David Talbot:  So, a number of the people who came up during this investigation by Congress were figures of interest who were meeting with Allen Dulles. They had no obvious reason to be meeting with a "retired" CIA official. The weekend of Kennedy's assassination, Allen Dulles is not at home watching television like the rest of America. He's at a remote CIA facility, two years after being pushed out of the agency by Kennedy, called "The Farm," in northern Virginia, that he used when he was director of the CIA as a kind of an alternate command post. He's there while Kennedy is killed, after Kennedy is killed, when Jack Ruby then kills Lee Harvey Oswald. That whole fateful weekend, he's hunkered down in a CIA command post. So, there are many odd circumstances like this.

DAVID TALBOT: Allen Dulles's thumb. So, when the Warren Report came out, I was saying that one of the editors, top editors, at Newsweek wrote to him and said, "Thank you so much, Mr. Dulles, for helping shape our coverage of the Warren Report." Well, of course, Allen Dulles was on the Warren Commission. In fact, some people thought it should have been called the Dulles Commission, because he dominated it so much. So, you know, it's way too cozy, the relationship between Washington power and the media. And—

Although Kennedy had fired him in 1961, Dulles basically kept, de facto, running the CIA anyway. And, even more ominously, after Kennedy was killed in Dallas on Friday, November 22, 1963, Dulles moved into The Farm, a secret CIA facility in Virginia, where he remained for the weekend — during which time the "suspect," Lee Harvey Oswald, was shot to death in a Dallas police station, and a vast machinery was set in motion to create the "lone gunman" myth that has dominated our history books to the present.

Just one month after the Kennedy assassination; former President Harry S Truman published a bombshell in The Washington Post: "I have never had any thought that when I set up the CIA that it would be injected into peacetime cloak-and-dagger operations.    It has become an operational and at times a policy-making arm of Government... so removed from its intended role that it is being interpreted as a symbol of sinister and mysterious foreign intrigue."    "For some time, I have been disturbed   by the way the CIA has been diverted   from its original assignment," wrote    former president Harry Truman in the   Washington Post on December 22, 1963. It was exactly one month after the assassination of President Kennedy.  "It has become an operational and at times a policy-making arm of the Government. This has led to trouble and may have compounded our difficulties in several explosive areas," Truman wrote.   "This quiet intelligence arm of the President has been so removed from its intended role that it is being interpreted as a symbol of sinister and mysterious foreign intrigue—and subject for cold war enemy propaganda," Truman wrote.   Truman said he knew the first two directors of the CIA and called them "men of the highest character, patriotism and integrity." He added he could only

assume the same about "all those who continue in charge." But the increasingly powerful agency did not just menace foreign governments, Truman warned; it now threatened democracy at home: "There is something about the way the CIA has been functioning that is casting a shadow over our historic position [as a] free and open society," he concluded ominously, "and I feel that we need to correct it." His original purpose, wrote Truman, was to create an agency that simply coordinated the various streams of sensitive information flowing into the White House. "I have never had any thought that when I set up the CIA that it would be injected into peacetime cloak and dagger operations," he continued. But "for some time, I have been disturbed by the way CIA has been diverted from its original assignment. It has become an operational and at times a policy-making arm of Government." The CIA had grown "so removed from its intended role that it is being interpreted as a symbol of sinister and mysterious foreign intrigue." In short, JFK's assassination prompted Truman to call for the CIA's abolition. There can be little doubt that the circumstances of Kennedy's murder prompted Truman's radical proposal. The former president, living in Missouri, began writing his Post article nine days after Kennedy was killed, according to an excellent 2009 piece by former CIA officer Ray McGovern (who says he was relying on JFK researcher Ray Marcus). Four months later, former CIA director Allen Dulles paid Truman a visit. Dulles tried to get Truman to retract what he had written in the Post. But he had stiff words for the agency's leaders. He said the CIA's "operational duties" should "be terminated." "No dice, said Truman," according to McGovern/Marcus. But four days later, in a formal memo for Lawrence Houston, the CIA's general counsel, Dulles fabricated a retraction. He claimed that Truman told him the Washington Post article was "all wrong," and that Truman "seemed quite astounded at it." Truman denied it though; in a June 10, 1964, letter to Look magazine, Truman restated his critique of covert action, emphasizing that he never intended the CIA to get involved in "strange activities." After the JFK assassination the term "conspiracy theory" was popularized by the CIA in order to discredit conspiratorial believers, particularly critics of the Warren Commission, by making them a target of ridicule. In his 2013 book *Conspiracy Theory in America*, political scientist Lance de Haven-Smith suggested that the term entered everyday language in the United States after 1964, the year in which the Warren Commission published its findings on the Kennedy assassination, with *The New York Times* running five stories that year using the term.


Less than two years later, the Dominican Republic found itself in the middle of a Civil War. The April 1965 Dominican Civil War was the culmination of the growing dissatisfaction with the government which replaced Bosch. The situation generated another military rebellion on 24 April 1965, which demanded Bosch's restoration. The Dominican Air Force strafed the Presidential Palace and constitutionalist forces, seeking to reinstate the country's constitutionally elected president (Bosch), called the people into the streets. Communist-inspired groups of armed civilians, dubbed "Los Tigres," took to the streets throughout the capital of Santo Domingo and quickly overwhelmed the Dominican security forces. By April 28 the Civil War was over once the people and military, under the command of Colonel Francisco Caamaño, had removed the military junta from power. Juan Bosch, the President who had been overthrown in a coup just 20 months prior, was poised to return from his Puerto Rican exile. Until President Johnson sent a force of 500 Marines to the Dominican Republic, on April 28, 1965, and intervened in their Civil War "to protect American lives" and "communism". LBJ served as the 37th vice president from 1961 to 1963 under President John F. Kennedy, and was sworn in

shortly after Kennedy's assassination. President Johnson privately complained that the Allen Dulles CIA had been running "a goddamn Murder Inc. in the Caribbean," an entirely accurate assessment as they served the organized crime ring called the British-Swiss Rothschilds Crime Syndicate. President Lyndon Johnson pushed a resolution through the Organization of American States calling for a joint OAS-U.S and ten days later, under Operation Power Pack, 23,000 (a number on par with troops stationed in Vietnam at the time) U.S. Marines were dispatched in support of the anti-Bosch forces.

Washington DC feared a communist takeover of the Dominican Republic by Castro alumni Bosch! An interim government was formed, and elections were fixed for 1 July 1966. Bosch returned to the country and ran as his party's presidential candidate. However, he ran a somewhat muted campaign, fearing for his safety and believing he would be thrown out of office by the military again if he won. The Inter-American Peace Force occupied the Dominican Republic until Joaquin Balaguer won Presidential elections in 1966; then foreign troops departed later that year. Rather than publicly and rightfully recognizing the impact of anti-Haitianism during the Trujillo regime and dismantling the racist ideology through revisionist history post-1961, the Dominican Republic opted to elect one of the dictator's highest-ranking officials, Joaquín Balaguer, as president (ex-Trujillo official and Washington asset). With full blessing from Washington, the Balaguer government implemented a number of important developmental programs. Housing was built, land was distributed, and education was strengthened and improved. Austerity programs reduced severe problems with the balance of payments, and, to assist with these and other challenges, aid from the United States climbed to more than $132 million for 1968. Agricultural production rebounded and foreign investment responded. Economic growth was substantial. Under Balaguer and subsequent governments, the state continued to import cheap Haitian laborers, while remaining uninterested in creating a path to Dominican citizenship for second-, third-, and even fourth-generation Dominicans of Haitian descent.

The Haitian Parliament proclaimed President François Duvalier President-for-Life on April 1, 1964. On June 14, 1964, Papa Doc made himself President for Life. simulated. A National Referendum was then held on 14 June of the same year which aimed to legitimize the Haitian Parliament's decision to award the title 'President-for-Life' to Papa Doc Duvalier. On 22 June 1964, François Duvalier invested himself "President-for-Life" at the National Palace after he had promulgated a new constitution which, in articles 100 and 101, granted him the 'Presidency-for-Life'. The new constitution also nominated his then nineteen-year-old son Jean-Claude Duvalier as his successor to the "Presidency-for-Life". The actions of the Duvalier regime were done with the support of US Ambassador Clinton Knox. *The New York Times* commented: "Latin America has witnessed many fraudulent elections throughout its history but none has been more outrageous than the one which has just taken place in Haiti." On 14 June 1964, a Constitutional Referendum made Duvalier "President-for-Life", a title previously held by seven Haitian presidents. This referendum was also blatantly rigged; an implausible 99.9 percent voted in favor, and all ballots were premarked "yes". The new document granted Duvalier or "Le Souverain," as he was called, absolute powers as well as the right to name his successor! The case is that of Haiti and the religion of Vodou, as it was merged with political objectives by François Duvalier during his tenure as "president-for-life" from 1957 to 1971.

Duvalier making himself 'President-for-Life' of Haiti in June of 1964 was the last straw for Haitians exiled to the Dominican Republic since Haiti's May 1957 Civil War. Jean-Pierre Gaetjens, Fred Baptiste, and Reneld Baptiste were supporters of Louis Déjoie in the May 1957 Haiti Civil War; and these exiled mulatto veterans of that civil war would try to replicate the successful tactics of Castro's MR-26-7 Movement and the Cuban Revolution against their "President-for-Life ". Early in 1964 a Catholic priest by the name of Jean-Baptiste Theovges, traveled thru-out Latin America raising funds for yet another invasion against the cruel regime of Papa Doc Duvalier. Father Jean-Claude Bajeux, who had been exiled by the Duvalier regime in February of 1964. formed an association known as "Friendship of Peoples Foundation". His staff was composed of primarily Haitian exiled by the Duvalier regime. Father Jean-Claude Bajeux was the chaplain who brought them both the comfort of religion and the incentive to take charge of themselves to change their destiny. Father Georges, Duvalier's former minister, joined the group and began raising money for this group of compatriots determined to take up arms to overthrow the dictatorial Duvalier regime. Fred Baptiste a former member of General Cantave's forces, began to recruit Haitian exiles. Father Georges and Fred Baptiste carefully selected recruits from the legions of Haitians exiled to the Dominican Republic by Duvalier. The Baptiste brothers were forced into exile in the Dominican Republic and found accommodation, with other Haitian exiles, in a slum near the capital. There they shared the economic precariousness with braceros and with other compatriots, founded the "Free Haitians" Liberation Front based in the Dominican Republic. From the beginning their problems were numerous including denunciations; some weapons purchased turned out to be defective; many cases of disappearance of ammunition; they had to quietly slipped out of town to training camps where they drilled intensively; and they often had to disperse to bypass the Dominican secret services which equated them with a communist organization. This group of Haitian exiles called themselves Camoquins because Fred Baptiste (who suffered from a stomach ulcer) and many of his comrades caught malaria and were treated with antimalarial tablets called Camoquin. Thus CAMOQUIN, the cure for malaria, was to become the treatment to cure Haiti of Duvalierism thru the Camoquins!

Once Duvalier had declared himself "President-for-Life" Gérard Lafontant and the Baptiste brothers (Camoquins) joined forces to form the FARH (Revolutionary Armed Forces of Haiti) in order to overthrow the dictatorial regime. The Haitian exiles who had formed the rebel guerrilla group *Forces Armées Révolutionnaires d'Haïti* (Revolutionary Armed Forces of Haiti, FARH) consisted of recruits whom had taken part in earlier efforts to overthrow the authoritarian Noiriste Duvalier regime. The FARH decided to emulate Castro's successful MR-26-7 guerrilla struggle in Cuba though the FARH did not have a socialist nor communist ideology. On the afternoon of June 27th, 1964, a band of twenty-nine FARH members boarded a boat and were deposited off the coast of Saltbox on Haiti's western shore while another group of FARH members landed near Belle-Anse and proceeded to lead a guerrilla campaign on the heights of the Pine Forest, in the commune of Thiotte. Following the infiltration on June 27, 1964, within the South-East region, of the FARH guerrilla forces from the Dominican Republic led by Fred Baptiste and Gérard Lafontant; the Ton Tons Macoutes and Haitian army launched a vast

repression operation and executed about 600 people (men, women and children) in the localities of Mapou, Thiottel, Grand-Gosier and Belle-Anse. These extra-judicial killings have passed into popular memory as the "Massacre of the Peasants of Thiotte".

Another group of FARH revolutionaries left by boat at night from a quiet spot on the Dominican coast, on June 29, 1964, and dropped anchor off a beach in Belle Anse located on Haiti's southeast coast for a guerrilla campaign. Their arrival would set off the worst spate of reprisal killings and the largest single massacre of 'President-for-Life' François Duvalier's violent regime; yet it is a massacre with no name, left out of history books, and never studied or documented. In response to the incursion by the FARH (Forces Armées Révolutionnaires d'Haïti) on June 29, the Ton Tons Macoutes and Haitian army killed several hundred residents of the towns of Thiotte, Grand-Gosier, Belle-Anse (Saltrou) and Anse-a-Pitres. The largest numbers of killings occurred in Mapou, a section of Belle-Anse (including at least 45 members of the Madoumbe family); and nineteen members of the family Fandal were shot (mainly in Thiotte); etc. etc... Testimonies from Haitian survivors have helped to piece together some semblance of historical memory. Duvalier's forces were never able to engage the FARH successfully (whom eventually abandoned their efforts late August of 1964 although arbitrary extra-judicial executions continued throughout Duvalier's administration. Each failed invasion or assassination attempt fed his aura of invincibility and caused him to lash out more indiscriminately! Over the ensuing weeks a wave of arrests and reprisals washed over the country, with some supervised by "President-for-Life" Duvalier himself. Duvalier was known to order the head of an executed rebel packed in ice and brought to him so he could commune with the dead man's spirit. Peepholes were carved into the walls of the interrogation chambers, through which Duvalier watched Haitian detainees being tortured and submerged in baths of sulfuric acid; sometimes, he was in the room during the torture.

The JEUNE HAITI Movement brought together more than a hundred young people, Haitian exiles, and militants against the Noiriste authoritarian "President-for-Life" Duvalier regime. The JEUNE HAITI organization had already participated in several attempts to overthrow the Duvalier regime from the Dominican Republic during the year of 1963; after the overthrow of President Bosch (September of 1963) and the death of President John F. Kennedy (November of 63'). Once Duvalier had declared himself "President-for-Life"; Gérard Lafontant and the Baptiste brothers (Camoquins) joined forces to form the FARH (Revolutionary Armed Forces of Haiti) in order to overthrow the authoritarian Noiriste Duvalier regime. The FARH decided to emulate Castro's successful MR-26-7 guerrilla struggle in Cuba and on the afternoon of June 27th, 1964, members of FARH were deposited off the coast of Saltrou on Haiti's western shore while another group of FARH members landed near Belle-Anse and proceeded to lead a guerrilla campaign on the heights of the Pine Forest, in the commune of Thiotte. JEUNE HAITI then decided to organize a reinforcement expedition for FARH and on August 5, 1964, a commando of 13 JEUNE HAITI members landed at the Petite Rivière de Dame-Marie (Max Armand, his brother Jacques Armand, Gérald-Marie Brierre, Miko Chandler, Louis Drouin, Charles Forbin, Jean Gerdes, Réginald Jourdan, Yvon Laraque, Marcel Numa, Roland Rigaud, Gusley Villedrouin and Jacques Wadestrand). Unlike the Camoquins, Jeune Haiti's members had mostly been Haitian exiles living in New York and enjoyed greater access to money and

equipment. Eight of the men were former soldiers of Leon Cantave, who had briefly enjoyed Washington support before launching his ill-fated invasion of Haiti in 1963. Under his command, they had received CIA military training that served them well in Jeune Haiti's invasion of Haiti in 1964. JEUNE HAITI landed near the city of Jérémie in the South-East of Haiti with the aim of triggering a revolt against the dictatorial Duvalier regime like the MR-26-7 Movement did for the Cuban Revolution (a few days later Cyclone Cleo devastated the Southern Peninsula).

JEUNE HAITI promised to hold out for a month in anticipation of subsequent reinforcement landings. They were able to last three months (thru a guerrilla campaign), inflicting heavy losses on the Haitian army during various skirmishes that pitted them against the 3,000 troops sent from Port-au-Prince. However, they could not maintain the momentum of the first few weeks. Although they recruited supporters, they did not have sufficient materials with which to arm or equip them. More importantly, the rebels lacked the manpower to seize and hold any sizable strategic position. The thirteen members of the Young Haiti group were eventually hunted down, killed on the spot or taken away by the Ton Ton Macoutes or Haitian army. The reinforcements nor uprising by the Haitian people against despotic Duvalier regime JEUNE HAITI hoped to spark never materialized and the men themselves were simply picked off in ones and twos in the bush. The political repression of JEUNE HAITI is ruthless as the Tonton Macoutes militia hunts down, tortures and kills Haitian militants who fall into their hands; then most of their members are forced into exile in the United States and Canada. Haitian forces gradually hunted down the rebels and defeated them in an engagement on October 26, 1964. The last of JEUNE HAITI members still at liberty were killed in late October, leaving only the two whom the government had managed to capture. The last two members of JEUNE HAITI (Louis Drouin and Marcel Numa) were taken prisoner and transported to Port-au-Prince on a Coast Guard boat and arrested in November 1964. On the morning of November 12, 1964, they were tied up in front of the firing squad, against the northwest wall of the Cemetery of Port-au-Prince and fell to the bullets of the Armed Forces D'Haiti. Hundreds of Haitian schoolchildren were brought in (on the orders of François Duvalier) to attend the execution. The footage of the execution of JEUNE HAITI members Louis Drouin and Marcel Numa will be replayed throughout the week by the only television station in Port-au-Prince. The last three members of JEUNE HAITI Rigaud, Villedrouin and Jourdan will be killed in the Asylum area, in Ravine Roche, on October 26, after a journey of nearly 200 kilometers.

"President-for-Life" François "Papa Doc" Duvalier utilized the incursion of JEUNE HAITI (which consisted of a black man and twelve mulattoes) as part of his regimes authoritarian Noiriste policy by ordering reprisals against the mulatto families of the city. The Jeremian Vespers massacre was a massacre commissioned by the dictator François Duvalier and committed from August 5, 1964 in the Haitian city of Jérémie against sympathizers and activists of the group JEUNE HAITI. The term vespers refers to excursions organized by families during Sunday outings for picnics in the countryside. The Jeremian Vespers were then often organized on a racial and class basis, constituting exclusively white and mûlatres groups, much to the chagrin of the black population. The hatreds and resentments accumulated over the decades against the bourgeoisie mulatto class served as a pretext to the orders given by Williams Regala

136

to military agents and the Ton Tons Macoutes. The Ton-Ton Macoute are responsible for *the Massacre of Jérémie* during which "several hundred people including women and children" perished on August 5, 1964. This massacre follows the massacre of the peasants of Thiotte, committed a few weeks earlier. Twenty-seven people, from two families (Drouin & Sansaricq) of members of "Jeune Haïti", are massacred in the City of Jérémie. In August, September and October hundreds of mulattoes, old men and children were tortured and killed.

The relative calm of the past year was rudely shaken on April 18, 1967 when a bomb exploded near the presidential palace in Port-au-Prince during a celebration being held for Duvalier. The attack signaled the return of brutal Duvalier reprisals. Duvalier dismissed five previously trusted guards. Two months later, on June 10, Duvalier reportedly ordered the execution of nineteen palace guardsmen suspected of plotting against him. The new twist to this round of reprisals is that the officers killed were all friends of Lieutenant Colonel Max Dominique, Duvalier's son-in-law. Dominique fled Haiti for Paris, along with his wife Denise Marie. Duvalier's antagonism toward the mulatto elite can be further seen in his response to an exile invasion in May 1968. On May 19, foreign news agencies reported that a rebel landing took place on the Haitian coast near the city of Cap-Haitien. At first, the US embassy dismissed such reports as rumors. However, the reports gained credence the next day when a small, World-War II era bomber dropped a number of incendiary devices on Port-au-Prince, one of which exploded near the presidential palace. Duvalier's government suppressed the attempted exile invasion of May 20-22, 1968, resulting in the deaths of five rebels. Haiti accused Washington DC of supporting the invasion.

**President Nixon came into office in 1969 and unlike Kennedy and Johnson; didn't consider the Third World in and of itself a critical arena of the Cold War. To the Nixon administration, Third World conflicts only became an area of concern for the United States when they involved the major superpowers. Nixon felt that unless Moscow was actively supporting revolution in the Third World the United States did not need to involve itself in the local problems of what he considered insignificant countries.** Washington DC hates communism yet loves colonialism; the Nixon administration fully supported the Francois President-for-Life Duvalier; whose government was almost entirely bankrolled by U.S. dollars. This support paid for the policies that cost many their lives and forced hundreds of thousands of Haitians into exile.

## MR-26-7 Africa

The failure of the Cuban revolution to export its example to Latin America in the 1960's was compensated in the 1970's by the dispatch of an expeditionary force to Africa. Fidel Castro considered Africa to be "the weakest link in the imperialist chain" and at the request of Agostinho Neto he ordered 230 military advisers into Angola in November 1975 to aid Neto's Marxist MPLA in the Angolan Civil War (the conflict lasted until 2002). In his first intervention in Angola in 1975, Castro provided vital help to leftwing guerrillas of the People's Movement for the Liberation of Angola, in opposition to US-backed South African forces

and Jonas Savimbi's notorious National Union for the Total Independence of Angola (Unita). When the U.S. and South Africa stepped up their support of the opposition FLNA and UNITA, Castro ordered a further 18,000 troops to Angola, which played a major role in forcing a South African and UNITA retreat. The decision to intervene in Angola has been a controversial one, all the more so as Castro's critics have charged that it was not his decision at all, contending that the Soviets ordered him to do so. Castro always maintained that he took the decision to launch Operation Carlota himself in response to an appeal from Neto and that the Soviets were in fact opposed to Cuban intervention in Angola, which took place over their opposition.

Castro's exportation of **MR-26-7** to Africa was a unique form of international solidarity. Castro put man and material to liberate South Africa when the Israelis were giving nuclear weapons to the apartheid South African state. Nelson Mandela credited Cuba with helping to bring down the system of apartheid in South Africa. The prospect of an all-out Cuban-South African war served to concentrate minds in both Moscow and Washington and led to an increased push for a diplomatic solution to the Angolan war. The cost of Cuba's wars in Africa were paid for with Soviet subsidies at a time when the Soviet economy was badly hurt by low oil prices while the apartheid government of South Africa had by the 1980s become a very awkward American ally as much of the American population, especially black Americans, objected to apartheid. From the viewpoint of both Moscow and Washington, having both Cuba and South Africa disengage in Angola was the best possible outcome. Cuba not only fought with the revolutionaries in Angola but Cuba also regularly sends doctors to other countries and provides foreign nationals with free medical education or more recently the programs "Barrio Adentro" and "Mais médicos", for which they sent health personnel to Venezuela and Brazil.

Unlike the Republic of Haiti; Cuba's support in Africa's struggle for liberation and independence from Western colonial powers was practical as well symbolic.
Despite Cuba's severe economic problems, **MR-26-7** sent many troops and civilians, notably doctors, to Africa to assist self-styled liberation forces that were also supported by Moscow. Ironically, one of the plans of Dessalines was to liberate "black" people from slavery and to go fight colonialism in Africa. Haiti couldn't participate in Africa's war for independence or assist in anti-colonialism tactics because it was being utilized as a pawn against Washington DC by the authoritarian Noiriste Duvalier regime **during the Cold War.** The Communist Movement in Haiti was the weakest in Latin America. If it had posed an actual threat to Duvalier he would have destroyed it immediately. He tolerated its presence specifically to ensure American support for his regime. Papa Doc kept the Haitian communist movement under close control, using their presence to blackmail the United States into giving more aid to his government, suppressing them only when he needed to make a show of his anticommunism. The threat to Haiti was never communism, but rather the Duvalierism authored by his authoritarian Noiriste regime.

The United Party of Haitian Communists (PUCH) was established in opposition to the Duvalier's government in 1969. On March 26, 1969, the only major communist uprising in Haiti during

Duvalier's presidency occurred. A small group of Haitian communists led an uprising in the village of Casale, just north of Port-au-Prince. They managed to hold the town for six hours before the Ton Tons Macoutes drove them into the mountains. On 28 April 1969, Duvalier instituted a campaign to rid Haiti of all communists, promulgating a law stipulating that "Communist activities, no matter what their form, are hereby declared crimes against the security of the State," and prescribing the death penalty for individuals prosecuted under this law". Haitian communists and even suspected communists bore the brunt of the government's repression. Those convicted of Communist activity were subject to execution, and faced having their property confiscated. Duvalier targeted them to reassure the U.S. he was not communist: Duvalier was exposed to communist and leftist ideas early in his life and rejected them. Duvalier set the Ton Ton Macoute's loose, ordering them to liquidate the communists. Not stopping with the rebels, they broke into communist meeting places and executed anyone they found. By June 2, the wave of killing was over, with the government claiming "204" communists killed. Washington DC couldn't have asked for a better show of anticommunism! In April of 1970 all five ships of the Garde-Cotes commenced shooting at the Palais National. They did not hit their intended target. The expected uprising of the army never materialized. The government suppressed another communist rebellion on April 24, 1970, and nine individuals were executed for their involvement in the rebellion.

On November 12, 1970, President Duvalier suffered a mild stroke, leaving him very weak. His wife Simone put an end to the long-standing question of who would succeed Papa Doc after his death. She arranged to have their son, Jean-Claude named successor on November 23. Finally, on April 21, 1971, Dr. Francois Duvalier died. Papa Doc, who felt the number twenty-two held special powers, might well have been pleased that his dictatorship survived him when Jean-Claude Duvalier, nicknamed "Baby Doc," assumed the presidency on April 22, 1971. Francois Duvalier was the strongman Washington DC chose to supplant Daniel Fignole for their Haitian Banana Republic.    The authoritarian Noiriste regime established by Francois Duvalier gave Pinochet, a run for the money, as the Ton-Ton Macoute is estimated to have murdered between 20,000 and 50,000 Haitians during the time period of 1957-1971; committing widespread extrajudicial killings and other crimes against humanity which have been all but wiped from Haiti's historical memory. Francois Duvalier began a totalitarian movement with the Ton-Ton Macoute an organization of volunteers loyal to him only and utilized to instill fear in the general populace in order to secure his power. By giving excessive power to the Ton-Ton Macoute; the totalitarian authoritarian Noiriste, Francois Duvalier created allies loyal to his regime who represented him; as his representatives of state sanctioned violence "Tout moun te chèf"; they were owed respect in the cities and especially in the countryside thus creating a "Cult of Personality" around Francois himself! He gained influence over the masses by cannily associating himself with the figure of Baron Samedi, the earthly keeper of the voodum tombs. He created a sort of latter-day court, whose favorites gained riches through the dispensation of state favors. To institutionalize a system of kickbacks, Duvalier even set up an umbrella organization, the Movement for National Renovation, which collected contributions from business and high government employees for the ostensible purpose of building public facilities. Needless to say, the money was never used for such ends.

Although Duvalier was unwilling to assist Africa in 'heir fight for independence; he did participate in the neocolonial Francophone African commonwealth. Duvalier, during the 1960s, actively encouraged certain forms of "brain drain" to Francophone Africa. **In 1960, the United Nations came to Haiti to recruit teachers to go to the Congo. Engineers, doctors, professors, agronomists, lawyers and artists were hired to teach French, math, history at the high school level. The salaries were high enough to attract thousands of Haitian professionals even though the U.N. knew very well that the illiteracy ratio in Haiti was about ninety per cent; a lot higher than in the Congo.** The U.S. actively encouraged Haitians to immigrate and the first to leave were members of the upper class who directly threatened the Duvalier regime. U.S. consular officials readily approved nonimmigrant visas and, in contrast to later years, virtually all émigrés arrived legally via airplane. During this decade, the parts of Africa that had been under French rule had just been newly liberated, and Duvalier's government promoted the emigration of Haitian professionals and technicians who were not seen as current political threats to these parts of the world. In doing so, Duvalier intelligently gambled to decrease the risk of future political opposition from the skilled class but also set in motion the depletion of human talents that would continue to haunt Haiti to this day. Duvalier also tried to rid skilled Haitians by exporting them to the US. While racial tensions did not cease in the US in the 1960s, significant improvements in immigration and civil rights laws facilitated the Haitian diaspora to the US. While not all Haitian immigration to the US was legal during this time, US presidents in the period from the 1960s to the end of 1970s were primarily concerned with fighting a Cold War and its associated proxy wars. The implication of the Cold War for Haiti was that Washington, D.C. looked favorably on Duvalier in comparison to the neighboring, communist Cuba, which was under the rule of Fidel Castro. Therefore, the US made no efforts to stem legal or illegal Haitian immigration. The number of Haitian immigrants to the US consequently leapt from the mid-1950s statistic of 3,000 annually to 25,000 annually by 1970. Not until the 1980s did the US Immigration and Naturalization Services (INS) tighten its campaign against those who did not hold valid immigration visas.

Due to Washington DC's support of the despotic Duvalier regime additional one-fifth of its population lives else-where in political or economic exile. An estimated 80% of Haitians employed in professional fields fled Haiti under the authoritarian Noiriste regime. In Haiti, the dictatorial Duvalier regime left a terrible legacy: 1% of the population owns 48% of the wealth of the country; the illiteracy rate is about 60%; he waged a war on educated Haitians, an estimated 80% of Haitians employed in professional fields fled Haiti under this oppressive regime headed by a terrorist. The ramifications of this fleeing to technology and research, education and health care cannot be over-estimated. Many poor Haitians also attempted to leave the country, overcrowding in boats that transported them to the United States. During his campaign against President Bush, President Clinton criticized his inhumane policy of not accepting Haitian refugees (whom he referred to as the boat people), yet during his administration he did the same thing. The US refused them entry and refugee status which is ironic because they were fleeing turmoil in Haiti which was created by the US. The ramifications of this fleeing to technology and research, education and health care cannot be over-estimated. Many of the problems faced by Haiti today can be traced back to the monstrous policies of Duvalierism. A lot of smart and true Haitians were forced to flee during the

Duvalier regime; leaving a void which was filled by corrupt Haitians on the US payroll ready do the bidding of their employers in keeping the island-nation from progressing.

While poverty among his people remained the most widespread of any country in the Western Hemisphere; François Duvalier allegedly stole the equivalent of 1.7% to 4.5% of Haitian GDP for every year he was in power. The only other two other kleptocrats to come as close a percentage of GDP were Ferdinand Marcos (Philippines) and Sani Abacha (Nigeria). Between 1945 and 1960, the United States granted Haiti $70 million in economic assistance. U.S. trade with Haiti amounted to only $50 million a year, and Haiti did not produce strategic raw materials. Duvalier misappropriated millions of dollars of international aid, including US$ 15 million annually from the United States. He transferred this money to personal accounts. Another of Duvalier's methods of obtaining foreign money was to gain foreign loans, including US$ 4 million from Cuban dictator Fulgencio Batista. However odious he was; Duvalier was not a Communist and during the Cold War, Washington DC valued anticommunism and stability in Latin America more than democracy and social justice. He utilized communism as a cash cow about it Duvalier once said: "Communism has established centres of infection ... No area in the world is as vital to American security as the Caribbean ... We need a massive injection of money to reset the country on its feet, and this injection can come only from our great, capable friend and neighbor the United States". Ironically Duvalier was a proponent of Noirisme, a movement that looked to Africa for inspiration. He turned his fire against the oligarchic mulatto class; expelling mulattoes from the national bureaucracy and business community, but cultivated the Syrio-Lebanese businessmen whom began running about half the country's internal trade during his regime. From 1957 to 1971, targeting the country's mulatto minority, communists, and non-Haitians in general between 20,000 and 50,000 Haitians are said to have been murdered by Duvalier's government.

Believe it or not Haiti still hasn't recovered from the authoritarian Noiriste totalitarian Duvalier regime. It was the fascist state established by the despotic Francois Duvalier which severely weakened all forms of resistance from the Haitian people had against tyrannical rule; and Washington DC is still benefitting from that to this day! Francois Duvalier declared himself "President-for-Life" and after his death the US State Department chose to turn Haiti into a Banana Republic by keeping the regime in "power" thru his son Jean Claude 'Baby Doc' Duvalier until he was forced to flee the country in 1986. Jean Claude Duvalier wasn't a Noiriste and assumed the presidency on April 22, 1971. Papa-Doc left his tenacious godson, Colonel Claude Raymond, as the sixth Army Chief of the Staff and made sure he surrounded Jean-Claude Baby doc with a group of loyal lackeys to enforce his rule. The U.S. government would lift economic sanctions (suspension of economic assistance) against the Haitian government in 1973. The Ton-Ton Macoute swelled to 15,000 by the mid 80's and helped 'Baby Doc' Duvalier secure his rule by means of constant repressive violence. Just like his father Duvalier, plundered every government account and foreign aid program at his fingertips. The administration of "Baby-Doc" Duvalier also exploited international assistance and sought to attract investment leading to the establishment of textile-based assembly industries. Attempts by workers and political parties to organize were quickly and regularly crushed.

If there's a milestone year when NGOs began arriving in Haiti that year is 1954, when Hurricane Hazel struck the island. **Disease, undernourished children, and widespread illiteracy in the face of an inefficient and corrupt public health sector meant that Haiti was one ongoing disaster. Washington DC and Europeans moved in and by the 1970's Haiti was already among the most aided countries in the western hemisphere. Then, in 1981, U.S. officials decided to bypass the corrupt Haitian government and deliver aid dollars directly to international NGO's. Germany, Britain, and France soon followed and in the words of long-time Haiti expert Robert Maguire, what ensued was "a wave of development madness". Overnight NGO's were turned into full-fledged US Government humanitarian aid contractors.** It was under the government of Baby doc Duvalier that NGO's (Non-Governmental Organizations) began running Haiti. Haiti is one of the most thoroughly NGO-ized societies in the world; it has often been said that Haiti has the "most NGO's per capita". Given their high visibility and centrality, NGO's have become the topic of conversation, analysis, and critique. Especially following the 2010 earthquake, Haiti has become known as the "Republic of NGO's". In 2009, UN Special Envoy Bill Clinton estimated 10,000 NGOs working in the country, calling to question the meaning of the term. Most of the funds from Haiti's 2010 earthquake relief funds were embezzled by these NGO's. NGOs are also seen as one of the most lucrative job opportunities, typically paying three times the salary of agencies within the Haitian government. NGO's are increasingly playing central neo-colonial roles in Haiti, as elsewhere. **By 1986, NGO's dominated all state, healthcare, water sanitation, education, welfare, food, agricultural extension, and road construction programs. Ironically that same year many NGO's together with the Catholic church, vocally supported the overthrow of the Jean Claude Duvalier regime; and by 1987 the regime was gone.**

The government of Baby-doc didn't have to deal with as many invasions and coups attempts as his father. His administration suppressed a rebel invasion on January 9, 1982, resulting in the deaths of four government soldiers and eight rebels. On April 19, 1982; the U.S. banned all its citizens from travelling to Cuba. Municipal "elections" were held on April 10 and May 15, 1983 and a new constitution went into effect on August 27, 1983. In March of 1983 Pope John Paul II visited the highly Christianized island-nation of Haiti and proclaimed to the people "Things have got to change here". That same year a little known newly ordained Jesuit priest by the name of Father Jean Bertrand Aristide was assigned to parish in Port au Prince called St. Jean Bosco. He soon became well known as a fiery public speaker who castigated the Duvalier regime which oppressed the Haitian people. From this pulpit is where the Lavalas movement began! Legislative "elections" were held on February 12, 1984, and the National Unity Party (Parti de l'Unite Nationale – PUN) won 59 out of 59 seats in the National Assembly. Two individuals were killed by government troops in Port-au-Prince on April 22, 1985. **In June 1985, the Haitian legislature unanimously adopted a new law requiring that every political party must recognize Jean-Claude President-for-Life Duvalier as the supreme arbiter of the nation, outlawing the Christian Democrats, and granting the government the right to suspend the rights of any party without reasons. The law, which was ratified by a**

142

majority of 99.98%, impressed his handlers in Washington D.C..  It was "an encouraging step forward", the US Ambassador informed his guests at a July 4, 1985 celebration.  The Reagan Administration certified to Congress that "democratic development" was progressing, so that military and economic aid could continue to flow into Haiti (mainly into the pockets of Baby Doc and his entourage).

It is the normal pattern of US neo-colonial policy towards Latin America and the Caribbean.  In the public arena they smile and tout of bringing democracy to "save" or "civilize" nations of color; subliminally referring to them as savages, while exploiting these nations in a myriad of ways.  It's ironic that Haiti who brought freedom to a colonized world is now being colonized by a democratized world.  Unbeknownst to Washington DC and their fascist Haitian regime; this would be the last term extension of their "sovereign".  It was difficult for the Haitian people to survive under the authoritarian despotic totalitarian Baby doc Duvalier regime.  Eventually the point of despair was reached at the end of November 1985; when a movement would begin to develop somewhat similar to the General Strike which overthrew unpopular presidents in 1946, 1950 and 1956.  The rebellion against the dictatorship was driven by small popular organizations, usually locally organized, often linked to the church and subject to serious repression.  Young people began demonstrating in the north west town of Gonaives 'against hunger and injustice'.  The Ton Ton Macoutes shot four dead and the regime shut down a Catholic radio station for reporting the incident.  About five weeks later there were more demonstrations in the town and through the month of January they spread throughout the island-nation, with student and school student strikes spreading to the shopkeepers who would close their premises in sympathy.  For the first time in 29 years, the power of the Ton Tons Macoutes was not sufficient to terrorize the shopkeepers into reopening!  Jean Claude Baby-doc Duvalier was eventually given his marching orders by some of those who had been closest to him.  They feared that the revolt against his rule would turn into a revolution and there is no doubt they were advised on this by Washington DC.  The Haitian government declared a state-of-siege on January 29, 1986 and President Jean Claude Duvalier was forced to flee to France on February 7, 1986.  Once anti-government demonstrations finally toppled his regime, and Baby Doc fled to France with an estimated $120 million.  A five-member National Council of Government, Conseil National du Gouvernement, (CNG) headed by General Henri Namphy then took control of the government.

The authoritarian despotic Noiriste Duvalier regime began orchestrating state crimes (on behalf of Washington DC) with Haiti's May 1957 Civil War and continued until the massacre of Léogâne on January 31, 1986.  Once installed by Washington DC; the despotic totalitarian fascist Duvalier regime massacred tens of thousands, drove a million into exile, intimidated six million, and silenced hundreds of thousands.  From 1957 to 1986 Haiti was forced to live under US backed dictators "Papa Doc" and "Baby Doc" Duvalier. The US supported these dictators economically and militarily because they did what the US wanted and were politically

"anti-communist" (no matter how evil their record on human rights). Duvalier stole millions from Haiti and ran up hundreds of millions in debt that Haiti still owes. Papa-doc himself showed a rapacity that was outstanding; accumulating a personal fortune estimated at between 12 and 28 million dollars. The authoritarian Duvalier regime secured IMF lending (with 22 stand-by's) despite their corruption, drug trafficking and violence. Under the Duvalier regime (Papa Doc and Baby Doc) Haiti received 20 of the 22 stand-bys from the IMF between 1957 to 1986 (short-term crisis loans are called stand-bys). Estimates say that Haiti owes $1.3 billion in external debt and that 40% of that debt was run up by the US-backed Duvaliers.

## AS A FOURTH CAUSE OF ACTION

**The utilization of the UNITED NATIONS by the ens legis UNITED STATES for the disenfranchisement of the class participants under Color of Law thru UNSCR 940**

Against:  ens legis UNITED STATES

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as

compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2.  This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when t**he ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt)** which required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui

Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing ***UNSCR 1542, issued on 30 April 2004,*** **to** place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of*** President Boniface Alexandre and Prime Minister Gerard Latortue ***with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place*** the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society

Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government.  According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds.  UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.    The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.    The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.;

administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora. In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace! After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources. Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

In 1987, Senator John Kerry as Chairman of the Subcommittee on Narcotics, Terrorism and International Operations of the Senate Foreign Affairs Committee was entrusted with a major investigation, which focused on the links between the CIA and the drug trade, including the laundering of drug money to finance armed insurgencies. A CIA cargo plane was shot down over Nicaragua in October 1986, quickly thrusting the Iran/Contra scandal into living rooms and courtrooms around the world. "The Kerry Committee Report" published in 1989 exposed collusion between the CIA and drug traffickers during the late 1980s' Iran Contra hearings. While investigating the Iran/Contra scandal the Kerry Committee also developed detailed information on drug trafficking by the Forces Armées d'Haiti which led to the indictment in Miami in 1988, of Lt. Col. Jean Paul. According to the Kerry Committee Report: "since the days of "Papa Doc", Francois Duvalier, Haiti's government has' been notorious for its corruption.

The Duvalier family and their associates profited enormously from the protection of many illegal enterprises, including narcotics trafficking"    While Haiti was still under the Duvalier regime, the drug trade in Haiti was the province of members of the Ton Ton Macoutes (his corrupt military guard).  A New York Times article dated June 4, 1986 US officials stated Ernst Bennett, father in law of President Jean Claude Duvalier, was a prominent figure in narcotics trafficking in Haiti and referred to as "the Godfather."  "One official said he had been the "main local contact" for one of four or five rings of Colombian smugglers who were shipping cocaine through here to the US."  Ernst Bennett fled Haiti after the fall of the Duvalier regime to whereabouts unknown.  By 1985 the cocaine cartels began to seek transit points for the booming cocaine industry. A natural candidate was Haiti due to the direct transit route from the Colombian coast to Florida thru the Windward Passage

A New York Times article dated June 4, 1986 US officials stated Ernst Bennett, father in law of President Jean Claude Duvalier, was a prominent figure in narcotics trafficking in Haiti and referred to as "the Godfather".  After the fall of the Duvalier regime, a military coup in 1989 brought Lieutenant General Prosper Avril to power. Under U.S. pressure Avril, the former finance chief under the 30-year Duvalier family dictatorship, fired 140 officers suspected of drug trafficking.  According to a witness before a subcommittee held by Senator John Kerry; Lt. Gen. Avril was in fact a major player in Haiti's role as a transit point for the cocaine trade. According to the Kerry Committee Report:  "Following the departure of Baby "Doc" Duvalier 'and the presidential elections of 1987, the Colombians took advantage of the complete breakdown of government institutions and began to move into the country in force.  They focused their efforts on corrupting key military officers who were in a position to assure that there would be no interference with, their operations. According to DEA intelligence, the number of Colombian narcotics traffickers residing in Haiti has been growing daily and the narcotics organizations are now using Haiti as a base of operations, storage site and staging, area. In addition, these organizations are buying up legitimate businesses to serve as front companies for their smuggling operations. Once having, gained access to local commerce, they then focus on corrupting, public officials to protect their interests.  The Subcommittee heard a detailed account of the process the Colombians used to establish themselves in Haiti from Osvaldo Quintana, a Cuban America who became involved in drug smuggling from Haiti to' Miami. Quintana later testified about his experience before a Federal grand jury in Miami. He explained that the Colombians established a working relationship with Colonel Jean-Claude Paul by working through a Haitian named Cardozo. The Colombians agreed to pay Colonel Paul, the commander of the Dessalines Barracks, for protection and for the use of runway on his ranch for cocaine flights.  Command of the Dessalines Barracks allowed Colonel Paul to play a pivotal role in Haitian politics because this force is the elite unit responsible for the protection of the Presidential Palace.  Colonel Paul's influence was very much in evidence during the 1987 election, when much of the violence was attributed to his soldiers, and security officials known as Ton-Tons Macoute acting under his direction".


Not only was drug trafficking introduced into Haiti during the Duvalier regime but that's also when Haiti's Natural resources were first discovered.  The world renown Haitian scientist Dr. Daniel Mathurin, has received achievements for his research in geophysics, astronomy, and his speculations, of the tangible and intangible resources to be found in Haiti, which cast them into

the forefront of public awareness. He was the first person to write, speak and educate the Haitian people about Haiti's natural resources. Dr. Mathurin's research listed the test sites of Thomonde, Cornillon and the bay of Port-au-Prince as containing vast oil deposits. Both of the Duvalier administrations verified his research and the existence of these sites. Dr. Mathurin has described, on record, Haiti's oil reserves as the size of an Olympic pool when compared to Venezuela's 'glass of water' reserve. Due to the discovery of Dr. Mathurin, Washington DC and the United Nations began speculating in Haiti around this time in order to verify his claims and appraise the value of Haiti's resources. The Haitian people at that time thought it was a good thing because the US/UN would help them develop their resources, oblivious of their prior actions at the Berlin Conference. Dr. Daniel and Ginette Mathurin both contributed to awaken the spirit of their compatriots on the resources and the intrinsic value of Haiti. The extensive work of Dr. Daniel Mathurin and his wife Ginette Mathurin succeeded in showing the people that Haiti is rich with hydrocarbons. Together they discovered 20 oil sites in the country, five of which they described as being of great importance in the realms of oil speculation and politics. Dr. Daniel Mathurin also began working with a young Haitian priest by the name of Jean Bertrand Aristide around that time which would later coalesce into the Lavalas movement. After sending Baby Doc Duvalier into exile, the people of Haiti were well aware of this when they convened for their Constitutional Convention in 1987.

Dr. Mathurin has described, on record, Haiti's oil reserves as the size of an Olympic pool when compared to Venezuela's 'glass of water' reserve. Dr. Mathurin's research listed the test sites of Thomonde, Cornillon and the bay of Port-au Prince as containing vast oil deposits. Former Haitian administrations, including that of Jean Claude Duvalier, had verified his research and the existence of these sites. So, the people were well aware of this when they convened for their constitutional convention in 1987. This knowledge coalesced into the Lavalas movement and would become the basis of the document The White Papers, which specified the number of hydrocarbon sites in Haiti. **In 1987 a constituent assembly was convened in a climate of little public interest, now insensitive to democratic participation.** After ratifying a new Constitution on 9 March 1987 Haiti prepared for new elections. General Henri Namphy led a 5-member civilian-military council which took control of Haiti on 7 February 1986, hours after the sudden fall of the Duvalier regime with a pledge to the people he would help facilitate the transition of Haiti to true democracy. An interesting fact about General Namphy is that in 1982 he thwarted an attempt by a handful of exiles to invade Haiti and overthrow dictator Jean Claude Duvalier. He gained recognition for this event and was promoted by Duvalier to the rank of brigadier general and named chief of staff of the 7,000-member Haitian Army. The new Haitian Constitution was approved in a referendum on March 29, 1987 and on July 17th 1987; during a ceremony at the Military Academy, the Haitian Armed Forces swore allegiance to the new Haitian Constitution of 1987. **In November there was the first attempt to elect a president, but fierce clashes, resulting in numerous deaths, led to the postponement of the elections. In the second attempt in Jauuary 1988, Leslie Manigat was elected but dismissed on charges of electoral fraud. The following 20 June, General Henri Namphy, commander of the army, organized a coup d'état and came to power. Very shortly afterwards, on 17 September 1988, a group of officers led by General Prosper Avril deposed him in yet another coup.** Thirteen individuals were massacred in San Juan Bosco Church in Port-au-Prince on September 11, 1988 in an attempt on liberation theologist Aristide.

In March of 1990, with the resignation of General Prosper Avril, the people got a chance for fair elections under General Herard Abraham because he was a man who believed in true democracy and that one could not exist without fair elections. Jean-Bertrand Aristide was elected president with 67 percent of the vote on December 16, 1990, and he was inaugurated as president on February 7, 1991. The Carter Center/Council of Freely Elected Heads of Government (CC/CFEHG) and the National Democratic Institute (NDI) sent observers to jointly observe the presidential election. The OAS sent 200 observers from 26 countries to monitor the presidential elections from November 15, 1990 to February 15, 1991. Government troops suppressed a rebellion led by Roger Lafontant on January 6-7, 1991, resulting in the deaths of some 70 individuals. Jean Bertrand Aristide won the Haitian Presidency, by a landslide, thru grassroots organization of Fanmi-Lavalas, a genuine Poor People Political movement. The election of President Aristide under free suffrage national elections was a miracle because Haiti rarely has fair elections. Because the president is supposed to swear in on February 7th of the year following the election, according to the Constitution and so he was to swear in on February 7th, 1991. On January 6th, 1991, the Tonton Macoute, Roger Lafontant, who lost the election to him, staged a coup. At 2:00 in the morning, young people began knocking at the light posts and saying, wake up and you see peasants, people coming from all over the mountains, carrying whatever they could find, tree branches, rocks, whatever and they're walking towards the national palace in the morning. By 9:00 a.m., the Army had to arrest Roger Lafontant and put him in jail and the coup was over. The overwhelming presence of people in the streets was such that they could not see how this coup could be sustained! Antoine Izméry, the Haitian of Palestinian origin, one of the supporters of Jean-Bertrand Aristide, whom financed his campaign then gave a very bold interview to the "New York Times, a few days before Aristide was sworn in. He stated that Jimmy Carter, the former U.S. president who was sent to Haiti as a U.S. Envoy, observing the elections, apparently had gone to Aristide, before the votes were counted and tried to convince him to declare defeat so that the favored candidate of Washington DC, Marc Bazin, could be named president.

I can remember when my uncle first began to fill me in on the Fanmi-Lavalas Party of Haiti, I could tell by his enthusiasm that it was a real movement of the people. He told me that the purpose of this movement was to really save Haiti. When Aristide was elected president in 1990 he promised to free Haiti from the dictatorial legacy of Francois and Jean-Claude Duvalier and their Ton-Ton Macoutes militia. In fact, it was Aristide himself whom coined the term; "Duvalierism without Duvalier" which he would soon be found guilty of himself. Once in office President Aristide moved to reform the military that had contained and exploited the Haitian people for so long. But the military had strong US backing and reforms were limited. He also pursued a set of modest economic reforms, such as an increase to the minimum wage, price controls on basic foods and the redistribution of fallow land. Although these were not radical measures it was clear that Aristide was on the side of the people. Gestures that disrupted the symbolic order of Haitian society; like throwing a notorious Duvalier prison open to the public and inviting children from impoverished neighborhoods to swim in the presidential pool; enabled a new confidence among the oppressed. It was also matched by rapidly escalating paranoia among elites. The foreign Syrio-Lebanese oligarchy and bourgeoisie mulatto elite

class responded with the usual Haitian response. Aristide would also be deposed within months by military and police heads, formerly trained at the US' School of the Americas. In September of that year, as the duly elected President of the Republic of Haiti Aristide made his first address at the UN General Assembly. Three days after his return to Haiti; military personnel with financial backing from neo-Duvalierist sectors and their international allies unleash a Coup d'état; ousting President Aristide with over 1,000 people being killed in the first days of the coup. According to professor at the University of Miami who has studied drug trafficking in Haiti, Bruce Bagley the overthrow of President Aristide was: "basically a narco-coup"; "the battle was over who is going to control the drug trafficking and the profits of the drug trade," he said. So much drug money was at stake in the power struggle that culminated in Mr. Aristide's departure. On September 30, 1991, President Jean-Bertrand Aristide was forced to flee Haiti for Venezuela after a military cocaine-coup, under the leadership of Lieutenant General Raoul Cedras, Commander-in-Chief of the military forces of Haiti Forces Armées D'Haiti (FADH), overthrew the government of President Jean-Bertrand Aristide. Ironically, it was President Aristide who had appointed LTGen Raoul Cedras to head of the FAD'H; who installs a harsh military junta. As the military coup was unfolding the US flew in ammunition from their military base in Guantanamo Bay. The Front for the Advancement and Progress of Haiti (FRAPH), a part of the military junta of Lt Gen Raoul Cedras, was linked to USDIA and the CIA. According to a 1996 UN Human Rights Commission report, FRAPH had been supported by the CIA. It was created/sponsored by a group of senior army officers on CIA payroll. Declassified records now make it clear that US state department agencies like the CIA/USDIA helped to create and fund the paramilitary group called FRAPH. Under the military dictatorship of Lt Gen Raoul Cedras, the narcotics trade was protected by the military Junta, which in turn was supported by the CIA.

The Organization of American States (OAS) Council condemned the military junta on September 31, 1991. Argentina, France, US, and Venezuela condemned the military junta on October 1, 1991. The OAS Meeting of Foreign Ministers (MFM) convened on October 3, 1991. The president of the UN Security Council condemned the military junta on October 3, 1991. Joseph Nerette was appointed as provisional president by the military junta on October 7, 1991. Following the coup, the popular movement that had elected Aristide into office was subject to serious repression. Up to 300,000 people are reported to have gone into hiding and another 60,000 to have attempted to flee the island in makeshift boats. The Vatican recognized the coup regime that was being led by General Raoul Cédras. While addressing the UN during his exile, in a dramatic move, President Aristide told the diplomats that the military Junta of Lt. General Cedras had to yield the power that was to end Haiti's role in the drug trade. The cocaine trade financed by Colombia's Medellin Cartel had exploded in Haiti following the cocaine-coups against him. President Aristide told the UN diplomats that each year Haiti is the transit point for nearly 50 tons of cocaine worth more than a billion dollars, providing Haiti's military rulers with $200 million in profits. In 1992, negotiations between the Washington, D.C. based exiled Government, Haiti's Parliament and representatives of the coup régime headed by General Raoul Cédras lead to the Washington Protocol, which is ultimately scuttled by the coup régime. President George Bush exempts U.S. factories from the U.S. embargo against the military junta and orders U.S. Coast Guard to interdict all Haitians leaving the island in boats and to return them to Haiti. The OAS embargo fails as goods continue to be smuggled to through neighboring Dominican Republic.

In June of 1993, the UN passed Security Council Resolution 841 (UNSCR 841), establishing (provided a solution was not found within 7 days) a trade embargo on Haiti that included 'arms and related materiel including weapons and ammunition, military vehicles and equipment, police equipment and spare parts'.   The decision to pass the Resolution followed the military coup in Haiti in 1991, deposing elected President Jean-Bertrand Aristide and following a request from the Permanent Representative of Haiti for the UN to 'make universal and mandatory the trade embargo on Haiti recommend by the Organization of America States'.   Under the auspices of the United Nations (UN) and the Organization of American States (OAS), a political dialogue between The Commander-in-Chief of the Armed Forces of Haiti and President.   Negotiations between the deposed President Aristide and Lt-Gen Raoul Cedras, mediated by the **O.A.S.** and U.N., begin in 1993 at Governor's Island for his return to power.   **The Organization of American States** (OAS) is an international organization that was founded on 30 April 1948 for the purposes of solidarity and co-operation among its member states within the Americas. Headquartered in the US capital, Washington DC, the OAS has 34 members, which are independent states in the Americas. The organization was formed as a League of Nations to fight Communism within the Americas!   Though anti-communist the organization isn't anti-imperialist; the OAS receives between 44% and 57% of its budget from Washington D.C.. Canada is the second largest contributor to the 33-nation group; responsible for as much as 12% of the organization's budget.   Since the 1990s, the organization has mostly focused on election monitoring but would go on to play a pivotal role in the loss of sovereignty and Republic of Haiti being placed in the CORE Group-OAS Trust.

On July 29, 1993; Roger Lafontant was tried after he was charged with attempting to overthrow the Government by force in January.   In public comments prior to the trial, President Aristide said that he believed Lafontant should be condemned to life in prison for his crime, although Haitian law calls for a maximum sentence of 15 years.   On the day of the trial, hundreds of people demonstrated in front of the courthouse, carrying tires and gasoline cans and threatening to kill the judge in the case if Lafontant were not condemned to life in prison.   It came as little surprise, then, when the judge ignored the law and promptly sentenced Lafontant to life in prison at hard labor.   But Aristide dramatically shortened Lafontant's sentence a couple months later with a telephone call ordering his execution.   In the case of the killing of former Duvalierist cabinet minister Roger Lafontant, the Haitian army officer who was the penitentiary commander at the time of Lafontant's murder claimed in a 1992 discussion with U.S. Government officials to have received a personal telephone call from President Aristide on the evening of September 29, 1991 ordering him to kill Lafontant.

After a week of talks, Aristide and General Raoul Cedras signed the Governor's Island Agreement, on July 3rd 1993; stipulating the turnover of power from the ruling military to the civilian government.   In July of 1993, President Aristide and Lt-Gen Cedras sign the U.N. brokered Governor Island Accord providing for Lt-Gen Cedras' resignation and President-in-Exile Aristide's return to power on Oct. 30 1993 and revamping of the Haitian army.   The Governor Island Accord was achieved thru political dialogue between the exiled

President Aristide and Commander-in-Chief Lt-Gen Raoul Cedras mediated by the UN and OAS in order to restore "Democracy" to Haiti. The Governor Island Accord; provided amnesty to those who participated in the 1991 coups; called for President Aristide to nominate a Prime Minister who would be confirmed by the Haitian Parliament; suspended the sanctions and embargoes placed on Haiti by the UN Secretary-General under UNSCR 841 and the suspension of other measures issued by the Secretary-General of the OAS. It also specified the date for the return of the President-in-exile; technical and financial assistance for development; Assistance for the administrative and judicial reform; Assistance for modernizing the Armed Forces of Haiti and establishing a new Police Force with the presence of United Nations personnel in these fields. The Governors Island Accord is pivotal because it is this accord which leads to UNSCR 940 (United Nations Security Council Resolution). It is also thru this accord that President Aristide betrayed the Haitian people by illegally dismantling the FAD'H. During the negotiations, the only actual concession made by Lt-Gen Cedras, leader of the coup, was the return of Aristide to power (under US pressure). The President-in-Exile Aristide gave in on everything else to not only him but also the US State Dept in order to return to power. In August of 1993 President Aristide names Robert Malval as, interim Prime Minister and he's charged with smoothing the way for Aristide's return.

The Governors Island Accord allowed for UN military forces and police personnel to enter Haiti, prior to President Aristide's return, in order to train the Haitian police and army; and help rebuild the nation's shattered infrastructure. On October of 1993 Haitian para-military forces and protestors prevent the Harlan County from docking with 200 American troops on a noncombat mission to prepare for President Aristide's return. Lt-Gen Cedras reneges on his promises as the United Nations pulls out civilian mission and extends sanctions to include oil and arms embargo. The military junta violated the Governor's Island Agreement on October 11, 1993. Not everyone was pro-Aristide's return, according to Bernard Sansaricq (Head of Haitian Senate) Bill Clinton had attempted to bribe him prior to the 1994 U.S. military invasion of Haiti. Sansaricq was strongly against the planned invasion, and then-President Clinton sent former Congressman Bill Richardson of New Mexico to talk to Sansaricq: "In February of 1994 I became president of the Senate and I had to deal with the Clinton invasion of Haiti." "I was working with American intelligence at that time. Clinton wanted to buy me out. "I was hitting very hard on several fronts. To try to appease me he sent Bill Richardson who was a congressman at that time. I spent four hours with Bill Richardson. "A week later the American embassy called me to tell me that President Clinton had sent a messenger for me. He did not give me his name. "He said 'Mr. Sansaricq you join our movement, you side with Bill Clinton and we'll make you the richest man in Haiti'". There is not enough money on earth to convince him to assist criminals like the Clintons loot his beloved Haiti. Then, a week after refusing to do the Clinton's bidding, he was informed that his American visa was revoked.

The OAS/IACHR sent a three-member fact-finding mission and six staff personnel to investigate human rights conditions in Haiti and the Haitian refugee situation in the Bahamas from May 16-27, 1994. The military junta ordered MICIVIH out of Haiti on July 13, 1994. By October 30th 1993; the FAD'H continue to maintain power over the island-nation. President Aristide is unable to return to Haiti as president, as was stipulated under the Governors Island Agreement;

as the controversial leadership of the Haitian police and military continues. On July 31, 1994, the UN Security Council authorized the establishment of a multi-national force to ensure the restoration of President Aristide and to assist in maintaining law and order in Haiti. Jimmy Carter, Sam Nunn, and Colin Powell, representing the U.S. government, mediated an agreement between the military junta and President Aristide on September 18, 1994. A US-led multinational military force (Operation Uphold Democracy) consisting of some 22,000 troops from 28 countries was deployed in the country on September 19, 1994. Overwhelmed by thousands of boat people fleeing the crisis in Haiti, on 5 Jul 1994, Washington DC changes its refugee policy, barring thousands of Haitians from the United States, who are subsequently detained at the U.S. Naval Base at Guantanamo Bay, Cuba. Other Haitians are diverted to "safe havens" in other Caribbean countries. On 31 July 1994 the UN issues UNSCR 940 which authorizes the formation of a 6,000 multinational force and "to use all necessary means" to facilitate the departure of the military régime. Under unified command and control, led by the US, to restore the first popularly elected president under free suffrage national elections in Haitian history, President Jean Bertrand Aristide, back to power and extend the mandate of the United Nations Mission in Haiti.

On Sept 11, 1994 armed men dragged Antoine Izmery out of a Port-au-Prince church and shot him in broad daylight; in the presence of UN observers as a signal that the military junta feared no one. He was one of President Aristede's closest friends and a key financier of his 1990 presidential run. The de facto military government is called upon to resign by the U.S., on September 19th 1994, upon which U.S. and Caribbean Community (CARICOM) troops are sent in to occupy Haiti. The United Nations sanctions, Operation Uphold Democracy, ordered by President Clinton, which officially begins. On September 17, 1994 a hastily formed negotiation team consisting of ex-President Jimmy Carter, Senator Sam Nunn, retired General Colin Powell along with Major General Jared Bates, U.S. Army, representing the Joint Chiefs of Staff arrive in Haiti (with the permission of President Clinton) to begin negotiations for a peaceful settlement of the crisis; discussions on how and when the military junta will resign; and how U.S. forces will enter Haiti. The Uni-lateral Intervention 'Uphold Democracy' enters Haiti on 19 September 1994 with a force of 6,000 United Nations troops and 15,000 US troops (only 120 of whom speak Creole, the language that most Haitians speak) after the coup leaders agree to step down and leave the country. At the cost of $5 billion to the American taxpayer this Uni-lateral Intervention ousted the military government of Lt-Gen Cedras and restored President Aristide to power on Oct. 15, 1994 with a force of 6,000 United Nations troops. The Forces Armées D'Haiti (FADH) which consists of 7,000 men were disbanded as Washington DC contracted US military contractor DynCorp International (which is part of the clandestine operating division of the CIA) **to** provide "technical advice" in restructuring the Haitian National Police (HNP). The military junta resigned, and President Aristide was restored to power on October 15, 1994. Some 3,000 individuals were killed, and some 340,000 individuals were displaced during the crisis.

On October 15, 1994; the Clinton administration intervened to return Aristide to power in 1994 but with a catch: President Aristide had to accept the whole "Washington Consensus" package of

neo-liberal economic policies, and leave office in 1996 at the end of his term which began in 1991, not taking into consideration the years in which the military had displaced him.    In 1994 the Haitian government entered into a new agreement with the International Monetary Fund (IMF) that contains a "medium-term structural adjustment strategy" which "included sweeping trade liberalization measures'.   In 1995 when the agreement goes into effect, Haiti's tariffs on rice imports are cut dramatically from 35% to the current level of 3%.   The reduction in tariffs doomed Haiti, which was previously self-sufficient in terms of rice, to become the 'dumping ground' for rice from the United States.   Haitian farmers couldn't compete with cheap imports of subsidized rice from the southern United States and many go out of business, leading to massive unemployment.   According to Michael Deibert:  "As questionable friends of Haiti such as Amy Goodman, Danny Glover and others celebrate the return to Haiti of a man as politically and personally corrupt and ruthless as any that I have ever reported on, it seems only fitting that, if they don't have the dignity or respect to do so, some foreigner should write a note of apology to the many Haitians who fell opposing the man's rancid and despotic regime, or for simply being in the wrong place at the wrong time".   Washington DC nominally hands over military authority to the United Nations on March 31, 1995 but maintains effective control over the government of Haiti.   Upon his return to office president Aristide dissolves the FAD'H.

According to the Haiti Observer; in 1994, Mireille Durocher Bertin spoke against U.S. occupation and the CIA's role to reinstall Aristide to power.   Bertin asked Aristide to explain the constitutional references that allowed him to ask for US military and secret service intervention. Aristide knew that the steps he took were illegal and that US military intervention and economic embargo imposition will be convicted by courts of Haiti as illegal and unconstitutional.   It was very likely that Aristide would have been summoned by Haitian Court and charged with treason and inhuman acts against men, women and children of Haiti.   Aristide was not really willing to take this risk and hence, the assassination plot for Mireille Durocher Bertin was born in the National Palace.   Mireille Durocher Bertin, a mother of four in her 30s, served briefly as the chief of staff of the Army-backed government of Emile Jonassaint, whose de facto presidency ended with U.S. military intervention in September 1994.   A fervent opponent of Aristide's, Mireille Bertin wrote the legal briefs for the expulsion of the U.S. human rights commission in June 1994 and in the final days before U.S. troops arrived, she called for Aristide to be tried for treason and for caretaker Prime Minister Robert Malval to be arrested, because both had suggested an international resolution to the Haiti crisis.

Attorney Bertin was the lawyer for the Advancement of Progress of the Haitian People (FRAPH) which overthrew the government while President Aristide was on a visit to the UN in New York. Mrs. Durocher held a high-profile position on a violent death squad organization responsible for the deaths, rapes and torture of thousands of Haitians. More about the paramilitary group: Advancement of Progress of the Haitian People or FRAPH is available.   On the eve of Clinton's arrival, 03/29/1995 04:00 AM, a senior administration official confirmed reports in Haiti that Aristide's interior minister, Brig. Gen. Mondesir Beaubrun, had been implicated in the plot to kill outspoken opposition leader Mireille Durocher Bertin **(along with Raymond Alcide Joseph, Brignol Lindor the intellectual author). Atty. Mireille Durocher-Bertin was gunned down in broad daylight on a Port-au-Prince street, three days before former United States'**

**President William "Bill" Jefferson Clinton traveled to Haiti to celebrate the triumph of democracy over tyranny, he then said. In the aftermath of the brutal murder, agents from the Federal Bureau of Investigation (F.B.I.), at the request of chief bandit Aristide, traveled to the troubled Caribbean nation to help with the investigation. Unfortunately, the results of the investigation were never divulged to Haitians and international human rights groups.** Many people are aware of the Clinton kill list; but few know about the Aristide kill list which includes **celebrated radio journalist and commentator Jean Leopold Dominique Professor Yves A. Isidor.**

Under International law; the necessity for military government arises from the failure or inability of the legitimate government to exercise its' functions. Professor Charles Bouchereau, who was among the first to reveal that the Republic of Haiti was covertly placed under tutelle by the CORE Group Trust, has exposed and criticized former President Aristide for the Governor's Island Accord and his decision to proceed with UNSCR 940 which violates the self-determination and sovereignty of the Republic of Haiti. Acting under Chapter VII of the UN charter the presence of this multi-national force on sovereign Haitian soil was facilitated by the Governor's Island Agreement and Pact of New York. There were two covert pre-requisites for the return of President Jean Bertrand Aristide to power under UNSCR 940 which place Haiti in such a dire position today. The first one was the disbanding of the Forces Armées D'Haiti (FADH) and replacing it with DynCorp International (1 of the 3 preeminent private mercenary corporations in the world); which Washington DC wanted and President Aristide agreed. The second pre-requisite was the placement of an arms embargo on Haiti by Washington DC; which Aristide wanted. Even Professor Bayyinah Bello, who was involved in these negotiations for the return of President Aristide to power, has stated on record that she found the prerequisite that Haiti dismantle the military suspect and left the negotiations because of this. The Governor's Island Accord mentioned re-enforcing the FAD'H not disbanding the Haitian Army like UNSCR 940.

For his part, President Aristide has stated that the pre-requisite to dismantle the Haitian military was readily accepted by him due to the terror the FADH had waged on the Haitian people on behalf of Washington D.C.. Which is true because the FADH was established and left in place after the US occupation of Haiti in 1915 as an "Army to fight the people"; whom only answered to the US Secretary of State. The FADH has committed countless murders and coups in Haiti on behalf of the US but when it was time to get rid of the Duvalier regime; they were nowhere to be found! The dismembering of the Haitian army (FADH), utilizing Governor's Island Accord and UNSCR 940 in April of 1995, by President Aristide upon his return to Haiti; was illegal because it was done without a Constitutional amendment. This is due to the fact that the army is still enshrined in Article 263 of the Haitian constitution. As for Professor Bouchereau; he also points out a premise under International Law that if a nation doesn't have an army the closest nation near it with a military is considered its' protectorate. Ever since President Aristide disbanded the FAD'H under the Governor's Island Accord/UNSCR 940 the Republic of Haiti has been a de facto protectorate of the Dominican Republic which is one of the reasons why President Moise was trying to re-instate the Indigenous Army of Haiti before he was assassinated.

The Governor's Island Accord mentions nothing about disbanding the FADH, just restructuring it, so the UN or Washington DC had no authority to disband the FADH under UNSCR 940. UNSCR 940 is also considered to be illegal and a violation of UN charter because a break with democratic order as such cannot be considered a threat to international peace and security as provided in Art. 39 UN Charter. Furthermore, democracy is an internal matter of state. Thus, the UNITED NATIONS Security Council lacks authority to apply coercive measures in order to restore democracy in a State. Consequently, UN military action against the Haitian military junta in 1994 violates Haiti's sovereignty pursuant to Art. 2 (1) UN Charter. (States, Sovereign Equality).  Furthermore, this resolution was utilized under a false pretext by the US in order to destabilize, covertly invade, and occupy the government of Haiti.  UNSCR 940 fails to address the fact that members of the Forces Armées d'Haiti who participated in the September 30, 1991 Coup de Tat by Lt. General Cedras which overthrew President Aristide were on the CIA's payroll, as part of an anti-drug intelligence unit set up by SIN in 1986.  Many of them had their U.S. assets frozen, and are prevented from entering the US due to their role in human rights violations; torture; and murder of political opponents.  The fact remains that Aristide was overthrown in a "cocaine-coups" and may have disbanded the FAD'H to take over the drug trade in Haiti.


According to New York Times article July 23 1994 2 Haiti Leaders are focus of drug inquiry: A memo, from Deputy Assistant Attorney General Mark M. Richard, stated that "the U.S. Attorney's Office in Miami has established that the Haitian military have been closely involved in the facilitation of drug trafficking since the early 1980's." Federal investigators and lawyers familiar with the investigation said they had heard or read statements, given in recent weeks by two former Colombian cocaine cartel traffickers that described Lt. General Cedras as a participant in a 1987 cocaine deal.  The witnesses described a fiesta in November 1987 thrown at the ranch of the cocaine kingpin Pablo Escobar outside Medellin, Colombia organized by a consortium of cartels to celebrate the cartels' successful opening of a new trade route, through Haiti into the United States. By November 1987, they said, the cartels had completed shipments of 30,000 kilograms, or about 66,000 pounds, of cocaine through Haiti. The cocaine was transshipped from the Haitian capital, Port-au-Prince, to Miami, mostly on commercial flights. Mr. Arroyave described arriving at the fiesta and noticing a number of black foreigners, an unusual sight at a gathering of members of the Colombian cartels. He said he was introduced to Michel Francois and Raoul Cedras, among other senior Haitian military officials. He said General Cedras spoke Spanish with a Dominican accent and served as interpreter for the other Haitians.  Both witnesses said the Haitians at the party were paid $10 million for their help in the transshipment of 30,000 kilograms of cocaine through Haiti. After the party ended the next night, the Haitians left on a plane owned by the cocaine traffickers, both witnesses said.


The Uni-lateral Declaration on Behalf of Haiti exposed that the US led unilateral intervention UNSCR 940 "Uphold Democracy" code name Dragon's Blood which returned President Aristede to power was actually a clandestine incursion by Washington DC to take over the cocaine trade, which the gendarmerie they had established in 1915, was developing in Haiti.

The US backed military junta of Lt. General Cedras and FRAPH were even more oppressive than the Duvalier regime as it terrorized and killed Lavalas party members and supporters of President Aristede demanding his return. The United States didn't even prosecute Lt. Gen. Raoul Cedras for the criminal acts or human rights violations conducted during his military junta. Instead they gave the Haitian military strongman a million-dollar-plus "golden parachute" to resign and go into exile. The US state department agency USAID and CIA sponsored "Democracy Enhancement" program had done its' job. **UNSC Resolution 940 failed to study what role the US played in setting up the military junta of Lt. General Cedras; thus, Haiti has been stuck under various forms of transitional and provisional governments since its' passing. During the occupation; Washington DC** became more focused on strengthening the linkages between the Haitian drug lords and the money launderers in Colombia, Florida, Dominica Republic, and Venezuelan exile. The utilization of DynCorp Int, which is part of the clandestine operating division of the CIA, for the covert occupation of Haiti and clandestine marginalization of their population for a drug transit point by Washington DC under UNSCR 940 is analogous to their clandestine occupation of the Americas and marginalization of their indigenous population under COINTELPRO (Counter Intelligence Program)

Jack Blum, who was Kerry's Special Counsel, points to the complicity of US officials in a 1996 statement to the US Senate Select Committee on Intelligence on Drug Trafficking and the Contra War: "In Haiti intelligence "sources" of ours in the Haitian military had turned their facilities over to the drug cartels. Instead of putting pressure on the rotten leadership of the military, we defended them. We held our noses and looked the other way as they and their criminal friends in the United States distributed cocaine in Miami, Philadelphia and New York; "This unilateral intervention was under the guise, yet was not intended to "Uphold Democracy"." On the contrary, it was carried out so that Washington DC and its' agencies could take control of the government of Haiti and narco-state developing there utilizing the same tactics developed under COINTELPRO. This FBI pioneered these tactics during COINTELPRO, when the Bureau regularly paid provocateurs to infiltrate student protesters and urge violence; but worse because the foreign and domestic capabilities are combined. The UNITED STATES and CORE Group-OAS recruit people in Haiti who are ready to sell out the nation because they have interests in other countries like US; Canada; and France. Utilizing COINTELPRO tactics Haitians are coerced into becoming informants or working with them or have all of their interests outside of Haiti frozen or seized. They recruit Haitians who have interests in the international community and are committing illicit acts in Haiti; in order to pressure them into committing acts which destabilize the nation while the CORE Group-OAS steals Haiti's natural resources.

The major prerequisite of Uni-lateral Intervention UNSCR Resolution 940 Operation "Uphold Democracy" codename Dragonsblood allowed President Jean-Bertrand Aristide to dismantle the 7,000-member Forces Armées d'Haiti (FADH) and replace it with DynCorp Int. which was contracted to give "technical advice" to Haiti; restructure the Haitian National Police (HNP) into a paramilitary force; and coordinate UN forces. The fact that DynCorp Int was contracted to replace FADH and run Haiti not only violates International Law but also facilitated the incursion of Haiti by Washington DC under UNSCR 940 to establish Haiti as a narco-state along with

Columbia.  DynCorp International 1 of the 3 preeminent private mercenary corporations in the world; is also a CIA proprietary organization, like FACEBOOK or CNN, a business designed to provide a service wanted by the CIA which is secretly owned by the CIA but disguised to appear in public as a private business.

The U.S. National Security Act of 1947 established the Secretary of Defense and created the Department of the Air Force. It protected the Marine Corps as an Independent Service, under the Department of the Navy, prohibiting it from ever being absorbed into the Army.  It also created the Central Intelligence Agency (CIA) with both a strategic analysis and an operative clandestine activities side.  It drew a bright line between foreign and domestic intelligence and assigning these realms, in effect, to the CIA and the Federal Bureau of Investigation (FBI), respectively. The CIA was designed to be an independent, central agency with no policymaking role and no law enforcement powers.  DynCorp Int. was also created with the National Security Act as a clandestine operating division of the CIA by the Dulles brothers.  Since its inception during the "Cold War" DynCorp Int. has operated as a covert corporate mafia with government backing.  It comprises the "Black Budget" and was used for "Black Ops" by the Dulles brothers to overthrow governments and make money all over the world for US corporations; hence the CIA nickname "the Company".  The incursion of DynCorp Int into Haiti is worse than the 1915 invasion by USMC Gen Smedley Butler and exposes the fact that what the US corporate elite couldn't accomplish thru the military with the Business plot, they have utilized the US Intelligencia agencies for.  The establishment of the fact that DynCorp Int. is a clandestine branch of the U.S. State Department constitutes their role in Haiti as a breach of International Law; violation of the Geneva Convention; Haiti's sovereignty; Principles of the Nuremberg Charter; etc.; etc...

According to biographer Roger Morris William J Clinton worked as CIA asset posing as a Rhodes Scholar in England as part of Operation Chaos.  While William J. Clinton was Governor an airstrip in Mena, Arkansas became popular during the Iran/Contra scandal.  It was utilized by USMC Lt Col Oliver North, during the Reagan presidency, for a large-scale clandestine drug smuggling operation for the CIA.    According to CIA agent Terry Reed author of "Compromised-Clinton, Bush and the CIA" stated he was approached by USMC Lt Col North to work on the Mena Project in the fight against communism.  CIA Agent Terry Reed was brought on to train Nicaraguan soldiers to pilot small planes for the Contras fight against communism. He also worked with Felix Rodriguez who was the Contra link between the CIA and VP Bush's office.  Reed worked with Barry Seal on the project who piloted planes on flights thru Mena, Ark for the CIA.  Barry Seal's first contact with the CIA came in the 1960s while he served as a pilot for the US Army's Special Forces division.  In 1982 CIA asset Barry Seal under pressure from Louisiana cops relocates his drug smuggling operation to Mena, Ark.  By 1986 journalists Evans-Pritchard described Arkansas as a "major point for the transshipment of drugs" and "perilously close to becoming a 'narco-republic' a sort of mini-Columbia within the borders of US.  There is an epidemic of cocaine contaminating the political establishment from top to bottom with parties (attended by Gov Clinton) at which cocaine is served like hors d'oeuvres and sex was rampant".

The President of the United States, William J. Clinton framed UNSCR 940 Uni-lateral Intervention Operation "Uphold Democracy" codename "Dragonsblood" as a foreign policy victory, and a return to "Democracy" in Haiti. DynCorp Int was contracted to restructure the HNP into a paramilitary force and run the UN multi-national force and give technical support to the transitional government. However, US troops remained in the country until 1999 and Haiti has been occupied by the UN/US and DynCorps Int. since. **When President Aristide returned to Haiti in 1994, not only did 20,000 UN troops come with back with him but the Duvalier era NGO's did also. They poured back into the country, along with Washington DC and the EU; whom supported President Aristide in disbanding the FAD'H. All that remained for security was a fledgling 2,000-member police force and 20,000 UN soldiers.** President Aristide, spent most of his term out of the country, and was only able to serve eight months out of his five-year term. He returned from exile and reintegrated the presidency until the end of his mandate in 1996. Haiti had cut diplomatic relationships with Cuba in 1964, when Francois 'Papa-Doc' Duvalier, cast the deciding vote to exclude Cuba from the OAS but during the last week of his presidency in 1995, President Aristide went to Cuba and renewed diplomatic relationships with Fidel Castro. **As under the Duvalier regime, Haiti once again became a country ran by NGO's. In 1998 Gerald Murray, one of Haiti's more consulted foreign consultants and who had worked in the country since 1972 would justifiably write that, "Haiti probably has more NGOs and foreign missionaries per square foot than any country on the planet". A statement which would predict the dire consequences of the aftermath of the 2010 earthquake.**

The World Bank provided reconstruction assistance (emergency economic recovery credit) to the government between December 20, 1994 and December 31, 1995. The World Bank provided reconstruction assistance (road maintenance and rehabilitation) to the government between March 23, 1995 and December 31, 2001. The U.S.-led multinational military force was replaced by the United Nations Mission in Haiti (UNMIH) on March 31, 1995. UNMIH's mandate was to "assist the democratic Government of Haiti in fulfilling its responsibilities in connection with sustaining a secure and stable environment established during the multinational phase and protecting international personnel and key installations; assist with the professionalization of the Haitian armed forces and the creation of a separate police force; and assist the legitimate constitutional authorities of Haiti in establishing an environment conducive to the organization of free and fair legislative elections to be called by those authorities." UNMIH consisted of 6,065 peacekeeping troops commanded by Major-General Joseph Kinzer of the U.S. and 847 civilian police observers commanded by Chief Superintendent Neil Pouliot of Canada.

President Aristide pulled a Duvalier type move on the Haitian people who say he returned from exile a different man. After returning from an exile during which thousands of his supporters were killed by the army and paramilitaries (some of whose leaders were on the payroll of the CIA); President Jean-Bertrand Aristide's first order of business was to disband the military that had overthrown him (FADH). He dissolved the military in April of 1995 (which was

illegal without a constitutional amendment, as the army was still enshrined in Article 263 of the Haitian constitution). With the creation of the *Police Nationale D'Haïti* (PNH) the following month, many hoped for a more humane face of public security in Haiti. The gangs in Haiti were first utilized by President Aristide who began weaponizing them after being forced to disband the Haitian military by Washington DC in order to return to power. According to President Aristide; the pre-requisite that Haiti dismantle the military was readily accepted by him due to the terror the FADH had waged on the Haitian people on behalf of Washington D.C.. Which is a true statement but pure rhetoric because the unit he replaced them with was also utilized to terrorize the people! Aristide proved himself a quick study of the ANC-style mob violence and introduced his trademark the ANC's "necklace" which he calls Pere Lebrun; an automobile tire filled with gasoline or diesel that is put around the neck of a helpless victim and set aflame.

According to Bernard Sansacricq, former President of the Senate of Haiti:  "Aristide will never be able to rule or realize any kind of democratic reforms in Haiti. Aristide does not believe in democracy, does not practice democracy, and will never embrace democracy.  The man pockets some \$20 million monthly from the cocaine trade with Colombian drug lords in Haiti.  Aristide is also exporting death to American children and flooding U.S. streets with cocaine and heroin. The man must be indicted by a grand jury and brought back to the U.S. for trial, just like Noriega.   Anyone having so much drug money to play with will always control the "unemployed majority" looking for their next meal".  Once Aristide had disbanded the FAD'H; he began funding homeless recruits which would develop into the gangs we see today.  Lafanmi Selavi (The Family is Life), an orphanage and educational facility launched by Father Jean-Bertrand Aristide is where he recruited soldiers from.  Moreover, the Salesian director of his orphanage stated: "Father Aristide didn't really work with the poor, as is usually told. He did work at one of our trade schools for a while, but he stayed away from the really poor shanty town areas. His supporters claim he runs an orphanage, but it is really a front, it hasn't done anything that amounts to anything for the children".  Aristede actually used the orphanage to recruit soldiers for his private gangs/militias the B*rigades de Vigilance; Lame Wouj; and Chimere.*

In addition to eliminating the FAD'H and setting up the PNH, President Aristide also encouraged several communities to set up teams known as the *Brigades de Vigilance*; these brigades, composed of civilians, had the task of assisting the police in protecting the populace and disarming former soldiers (AI Jan. 1996, 5-6; HRW 1995, 101; United Nations 24 Jan. 1996, 6; *Country Reports 1995* 1996, 443).  However, a number of sources allege that the *brigades de vigilance* have sometimes engaged in acts of summary justice (ibid.; HRW 1995, 101; United Nations 24 Jan. 1996, 6).  On 6 March 1996, Marie Christine Jeune, a policewoman who had criticized the armed gangs, was kidnapped in Cité-Soleil and executed (Reuters 23 June 1996; Radio Métropole 19 Mar. 1996).  President Jean-Bertrand Aristide's arming of a generation of desperately poor street children which violated Article 268 of the Haitian constitution whereby the PNH were to be the only body with the right to distribute and circulate weapons in the country.  Haiti is under a U.S. arms embargo and therefore the export of weapons, ballistic armor and even defense training requires a license or written approval from the U.S. government.

But these state sponsored gangs/militias seem to get arms anyways.

In March of 1996, Marie Christine Jeune, a young PNH (*Police Nationale D'Haïti* ) officer lost her life following an incident that took place in the presence of President Jean-Bertrand Aristide in Cité Soleil.  According to a report by Radio Haiti, former soldiers and members of the Revolutionary Front for Progress and Advancement in Haiti (FRAPH) made up the Red Army (*Lame Wouj*). This group based in Cité Soleil controlled several neighborhoods of this slum such as Soleil 17, Belekou, Boston and Bas-Boston. With their heavy weapons they terrorized the population.  Prior to this visit to Cité Soleil, the Red Army (*Lame Wouj* ), a group of armed men close to President Aristide had attacked a police patrol.  Two days later, the president went to the slum to make peace between the police and his armed band.  PNH officer Marie Christine Jeune was part of the delegation accompanying him.  During a televised January 1996 meeting between the PNH and a gang that referred to itself as *Lame Wouj* (The Red Army) in the seaside slum of Cité Soleil, a young policewoman named Marie Christine Jeune criticized what she viewed as the president's attempts to co-opt the nascent police force by suggesting it join forces with pro-government thugs.

The president had asked Christine to shake hands with one of the bandits. She had categorically refused, telling him that:  "she is part of a legal force and that she cannot shake hands with a bandit". The policewoman also stated that President Aristide had pressed his hand on her back; citing her name of Marie Christine Jeune twice in a frightening tone.  Two months later, a month after Aristide left office, Marie Christine Jeune was found slain.  It was the beginning of a pattern of the killing of police officers who would not turn a blind eye to illegal armed actors that continues to this day.  A few days later, Marie Christine Jeune was found dead.  "She must have been between 19 and 20 years old. Presumably, President Aristide had something to do with this crime because he named his eldest daughter Christine", analyzes the police officer.  Marie Christine Jeune was abducted, raped, mutilated, and then shot in the head.  Her body was found in a ravine and her death shocked the police. "She was the second woman tragically killed within the institution. Before her, there was another policewoman whose spouse had killed her with the very weapon of this one" recalls the former colleague of Jeune. That same year, President Aristide founded the *Fanmi Iavalas* (Lavalas Family) party. In the years leading up to and beyond Aristide's 2001 return to office, the party nurtured a network of armed supporters in marginalized communities. The network was referred to as *Chimere*, after a mythical fire-breathing demon. Many of the leaders of these groups in Port-au-Prince had grown up in the orbit of Aristide's Lafanmi Selavi home for street children.  They were in regular contact with the PNH and would receive a little money for no-show jobs at state industries and, in return, were expected to enthusiastically demonstrate for President Aristide and terrorize his opponents.  Almost none of these young men would make it out of their 20s alive!

**The Uni-Lateral Declaration on Behalf of Haiti exposes a slow genocide of the Haitian people and pattern of destabilization, sabotage of the Haitian government over time by the**

**US State Department under this system thru their coercive destructive policies from.** The tactic of import/export to the benefit of foreigners in Haiti is the same as free trade agreements which allow foreigners to profit off "African-American" neighborhoods. The 1990's U.S. embargo that helped drive the military regime that had ousted President Aristide also wrecked Haiti's manufacturing base. Up until the 1990's Haiti's been self-sufficient on rice and pigs until Clinton policy ruined all of that. In the pig slaughter of 1981; which falls in line with the slow eroding of Haitian sovereignty by the US and France. In 1981 International aid agencies declared Haitian pigs to be carriers of the African Swine Fever. Washington DC then instituted a program **and financed the slaughter of every single pig in Haiti. They paid five to twenty dollars per animal depending on their size for a program** in which **1.3 million Haitian pigs are** slaughtered. **Pork is the most consumed meat in Haiti. That's why every peasant family tries to have a few in order to face some unforeseen spending like weddings and funerals. In Haiti, they call the pig the "peasant's bank account"; although large areas were not affected by the Swine Fever, all the pigs were killed except for a few hundred hidden by their owners! The rural economy was ruined as a**ttempts to replace the indigenous swine (utilized as investments by peasant farmers) with imported breeds largely fail and the peasant farmers were never compensated for loss. With the Return of President Aristide to Haiti President Clinton also got to implement his disastrous neo-liberal policies in Haiti. Despite his anti-imperialist rhetoric; President Aristide ensured his return three years later with a US-led United Nations mission and the appointment of several former Duvalierists to his cabinet, including Chicago School economist Leslie Delatour, who almost single-handedly wrote what Aristide and Haitians would eventually call the "Death Plan". The plan privatized state institutions, liberalized the market that crashed the national production of rice, and gave a permanent seat within the Haitian state apparatus to international financial institutions like the World Bank and the International Monetary Fund (IMF). Thirty years ago, Haiti imported no rice; today, Haiti imports nearly all its rice. Though Haiti was the sugar growing capital of the Caribbean, it now imports sugar as well. Why; Washington DC and their financial institutions, the International Monetary Fund and the World Bank, forced Haiti to open its markets to the world!

In 1995, as part of an IMF and World Bank-sponsored structural adjustment made with U.S. President Bill Clinton's support, Haiti lowered tariffs on imported rice to 3% from 50%, quickly becoming the world's fifth-largest importer of U.S. rice. The backbone of the Haitian economy, local rice could not compete with cheaper American imports, putting farmers out of work. The rice farmers in Haiti, could not survive if you cut tariffs on imported rice which was the same platform of the U.S. candidate Bazin, whom Aristide beat at the election. **The 1996 Farm Bill which destroyed Haiti's rice farming to the due to exploitative policies of USAID (which also deforestation of Haiti).** Then the US dumped millions of tons of US subsidized rice and sugar into Haiti, undercutting their farmers and ruining Haitian agriculture. By ruining Haitian agriculture, the US has forced Haiti into becoming the third largest world market for US rice; Good for US farmers, bad for Haiti. Bill Clinton would later on, in the late '90s or even the early 2000s, apologize to Haitians because he's the one who pressured Aristide into cutting the tariffs on U.S. rice because the rice was coming from his state of Arkansas. *The international "experts" are far more destructive than invading troops. Placed under strict orders from the World Bank and the International Monetary Fund, Haiti obeyed every*

*instruction, without cheating.   The government paid what it was told to even if it meant there would be neither bread nor salt.   Its credit was frozen despite the fact that the state had been dismantled and the subsidies and tariffs that had protected national production had been eliminated.   Rice farmers, once the majority, soon became beggars or boat people and many have ended in the depths of the Caribbean, with more are following them to the bottom.*

**Dr. Daniel Mathurin was first to expose the fact that the UNITED STATES has also claimed all of Haiti's Natural Resources, which are declared as strategic reserves of the UNITED STATES, for itself thus relegating/delegating the Republic of Haiti as a resource colony of the UNITED STATES.**   The Ens Legis UNITED STATES AND UNITED NATIONS had been appraising and verifying Dr. Daniel Mathurin claims of oil and other natural resources in Haiti since his discovery was made during the Duvalier administration.   Due to geopolitical circumstances and big business interests, the US made the decision to keep Haiti's oil in reserve for when Middle Eastern oil had dried up.   These deposits have been declared strategic reserves of the United States of America which is illegal because Haiti is a cooperative nation and whose resources are owned by the people.   The CORE Group-OAS trust and UN had a program to exploit Haiti's resources while keeping the Haitian people impoverished.   While Washington disdainfully wants Haitians to stay out of the U.S., it has no intention of releasing its claws from Haiti.   My uncle Feltin Pierre was a part of the Fanmi-Lavalas movement and real secretive about Haiti's natural resources and how they were trying to develop it.   These people now had the resources and means to lift themselves out of their miserable existence!   The discovery of their natural resources by the Haitian people is the source of the problem with Washington DC.   President Aristede and the Fanmi-Lavalas party planned to develop these resources on behalf of the people according to their "White Papers" which is antagonistic to the plans which Washington DC has to Haiti.

Haiti's oil deposits are declared strategic reserves of the United States of America.   Haiti happens to be sitting on wealth of resources due to the shifting fault lines it is placed on produces oil.   Venezuela's oil ends at the tip of Haiti's oil.   The truth of the matter is Haiti's carbon black oil deposits are now worth $120 billion US dollars. That makes the country of Haiti among the ONE percent wealthiest nations on earth with its oil resources.   Their prospected value of their gold deposits is 80 billion, Haiti also has vast untapped deposits of iridium (a little known and rare mineral that is vital for the construction of spacecraft and satellites), and these estimates don't include other mineral resources such as (copper, uranium, diamond, zyconium deposits).   Ever since the UN development program discovered these resources in the 1970's, Washington DC has been covertly mining Haiti's iridium for its space program.   Haiti's 1987 Constitution protects its Natural Resources as part of its' public domain.   These deposits are declared strategic reserves of the United States of America which is illegal because Haiti is a cooperative nation and its' resources are owned by the people.   The Va Co owns most of what we now call USA and any lands up to 100 miles offshore including Bermuda and most of the Caribbean except Haiti.   The US which operates under the Doctrine of Discovery has claimed Haiti's natural resources for itself under the Monroe Doctrine.   It is a violation of International Law; Sovereignty of Nations; the Haitian Constitution; and UN charter art 2 point 1 for US to claim

Haiti's Natural Resources for itself. The US occupation of Haiti is hidden behind a humanitarian invasion of MINUSTUH.

---

### AS A FIFTH CAUSE OF ACTION

**The utilization of the UNITED NATIONS by the ens legis UNITED STATES for the disenfranchisement of the class participants under Color of Law thru UNSCR 1542; Chapter VII United Nations Stabilization Mission in Haiti (MINUSTAH)**

**Against:  ens legis UNITED STATES**

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the

CORE Group Trust which was formed **ostensibly** when t**he ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the** 1825 Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing ***UNSCR 1542, issued on 30 April 2004,*** to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti

(FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of*** President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of**

**Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8. The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora. In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace! After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources. Upon his return**

**from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

Rene Préval of the Lavalas Movement (LM) was elected President of Haiti with 88 percent of the vote on December 17, 1995, and he was inaugurated as president on February 7, 1996. Rosny Smarth formed a government as prime minister on February 27, 1996. René Garcia Préval (17 January 1943 – 3 March 2017) was a Haitian politician and agronomist who served as the President of Haiti twice. He was an ally of President Jean-Bertrand Aristide, a leader of the Fanmi-Lavalas party, and is the first former Prime Minister to be elected President of Haiti. He directed the Economic and Social Assistance Fund and served as Prime Minister in the administration of President Jean-Bertrand Aristide. He was also the Prime Minister from February 13 1991 until the military cocaine coup d'état of September 29th forced him to seek refuge at the French and Mexican Embassies in Port-au-Prince before joining the exiled Constitutional Government in Washington, D.C. from 1992-94. President Préval was known for being only the second democratically elected head of state in the Republic of Haiti's 200-year history. His administration continued the neo-liberal policies President Aristide; which is what the US State Dept. wanted. For most of Haiti's two-hundred-year history, its corrupt and authoritarian rulers have utilized the Haitian government as an engine for the personal enrichment of the clique in control and the Fanmi-Lavalas Regime didn't change that. Both of the administrations of Aristide and Preval benefited monetarily while in governance. Since 1985, the desire of the international community to privatize Haitian public enterprises has been openly manifested. The governments prior to Fanmi-Lavalas, to a certain extent, had resisted the desires of the International Monetary Fund and the World Bank to privatize certain local public enterprises in Haiti.

On April 11, 1996, a Confidential document from the World Bank recommended to the government of René Préval that the Haitian State actively engage in the process of privatization of public enterprises if the country wants to regain the international aid blocked since 1995. The administration of President René Préval accepts and is received by his American counterpart, President Bill Clinton. On October 2 of the same year, President René Préval created the Council for the Modernization of Public Enterprises (CMEP). The list of state enterprises to be privatized was long: La Minoterie d'Haiti, Le Ciment d'Haiti, Téléco, EDH, Banque Populaire

d'Haiti, BNC, APN, AAN, the Welch and Darbonne sugar factories, the ENAOL oil mill, the Beurrerie du Sud and the Gonaïves spinning mill. A total of 55 public Haitian enterprises were slated to be privatized by the government of Preval. On October 10, the law on the Modernization of Public Enterprises, voted by Parliament, is published in the Monitor, the official newspaper of Haiti. This is the beginning of the planned fire-sale of the Haitian state by the Fanmi-Lavalas government. In 1996, the Lavalas regime privatized Téléco (state-owned phone company); Minoterie d'Haiti (the state-owned flour); and Ciment d'Haiti (cement factories). The deal was much touted as a step towards progress and marketization in the Haitian economy. But the average citizen never felt the benefits of this restructuring, and it became clear that the factories were essentially given away to Lavalas cronies resulting in a de facto monopoly for government allies.

Before the end of the first year of President Préval's administration; there was conflict within the Lavalas party; driven by factionalism. The primary divergence was between the populist wing of the Organisation Politique Lavalas (OPL), and a Social Democratic–Constitutionalist left led by OPL's coordinator Gérard Pierre-Charles. In November 1996, Aristide and his associates quit OPL to form Fanmi-Lavalas (FL). Unlike the original Lavalas movement, the new Fanmi-Lavalas party ruled from the top down. Under mounting pressure from Aristide; President Préval withdrew his support from his prime minister, Rosny Smarth, in June 1997; forcing the resignation of Smarth and six of his social democratic colleagues in the cabinet. Three times over the next year and a half, Préval nominated a Prime Minister whom the OPL-controlled Senate refused to confirm. At issue was the composition of the Provisional Election Commission (CEP); a new PM would appoint. Within Haiti's increasingly politicized and lawless environment; the CEP had a potentially determining impact on, the balance of power, thru future elections. In January of 1999 Préval resolved his power struggle with OPL by shutting down the opposition-controlled Parliament, and ruling by decree for the remainder of his term; forming a de facto government with his Fanmi-Lavalas colleagues! Since both sides preferred the continuing stalemate to the prospect of ceding power, for the next eighteen months, Haiti made do without a PM or a functioning government!

The adult literacy campaigns, rural clinics, public works, and land reform that for years Father Aristide had promised remain slogans rather than programs; under President Aristide and his successor/surrogate René Préval. The Fanmi-Lavalas party lost any progress they could've made between 1995 and 2000 due to the fact that: the Haitian government was brought to a standstill and all plans for development put on hold; because of a political struggle for control of the state between two factions of the same party. The legacy of President Aristide and the Fanmi-Lavalas party has amounted to the unfulfilled hopes of the Haitian people and the neo-liberal policies of the Clintons and IMF. According to Guy Phillippe who would develop into the main opposition to the Fanmi-Lavalas regime: "I wouldn't say that the Americans tried to control the country after 1994; it was instead Aristide who invited 23,000 Marines to come to Haiti to allow him to regain power. It's normal that an occupying power would impose certain conditions. You cant invite 23,000 foreign soldiers to your country and hope to preserve your independence, it's not possible. In any case it's Aristide who then handed the Americans the country on a platter the Teleco, the Cimenterie , the National Police, the USP, USGPN, our

national pride as a people, our sovereignty, everything. Aristide always said he loved the poor but after 14 years in power the conditions of life for the peasantry and for the poor living in the urban slums have got much worse. He gave everything to the mafioso bourgeoisie of Port-au-Prince and let himself be corrupted by foreign embassies. Did you know that Aristide ordered the assassination of Mme Mireille Durocher Bertin in March 1995, a few days before the arrival of President Clinton"?

After the United States spent $2 billion to restore Aristide to power under UNSCR 940, U.S. support weakened in Aristide's democratically-challenged second term! On May 21, 2000 the first round of General Elections took place in Haiti for local councils ASEC and CASEC, municipal governments, town delegates, the Chamber of Deputies, and two-thirds of the Senate. The election drew the participation of a multitude of candidates from a wide array of political parties and a voter turnout of more than 60%. The vote count by the Provisional Electoral Council (CEP) prevented run-off elections for eight Senate seats and gave the Fanmi-Lavalas party a virtual sweep in the first round. After observing these parliamentary elections for 7,000 positions an OAS team on site described the May 2000 elections as "a great success for the Haitian population which turned out in large and orderly numbers to choose both their local and national governments." Haiti's new Parliament, including the contested Senators, was convened on August 28, 2000. A crisis began brewing as these legislative elections by the CEP were widely dismissed as flawed by the opposition. Most of the opposition parties then regrouped in a civil-society that became known as the Democratic Convergence (DC) which was connected to the CIA funded by National Endowment for Democracy (NED). Aristide and the opposition (DC) were at odds over the results of the disputed legislative elections of May 2000, which critics say were calculated to unfairly benefit Fanmi-Lavalas by the CEP. As the opposition protested the scope of the Fanmi-Lavalas victory, the OAS jumped on a technicality in the counting of eight Senate seats to subsequently characterize the elections as "deeply flawed". **Shortly after President George Bush Jr's own tainted election vs Al Gore, his administration began questioning the outcome of the Haiti's 2000 parliamentary elections.**

The Ens Legis UNITED STATES and the OAS then utilized the controversy over the May 2000 legislative elections to sabotage "democracy" in Haiti. After initially issuing a favorable report on elections of May 21, 2000, which involved 7000 positions in local and national government, the OAS changed their initial report over concerns of voting irregularities. This action was taken by the OAS in order to support an embargo imposed by Washington DC on development assistance programs thru Inter-American Development bank loans to Haiti, due to the re-election of the Fanmi-Lavalas party. The 50 percent plus one vote required for a first-round victory was determined by calculating the percentages from the votes for the top four candidates, while the OAS contended that the count should include all candidates. OAS concerns were disingenuous since they worked with the electoral council to prepare the elections and were fully aware of the counting method beforehand. The same procedure was used in prior elections, but they failed to voice any concerns until the Fanmi-Lavalas landslide victory. Besides, utilizing the OAS method wouldn't have altered the outcome of the elections. Even after President Jean Bertrand Aristide got the seven Lavalas senators to resign (one was from another party) the "deeply flawed" description remained. In October of 2000, Guy Philippe fled to the Dominican Republic after being discovered plotting a coup against the government of President Préval with

fellow police chiefs. Guy Philippe had received US military training in Ecuador during the 1991-1994 coup against President Aristide and was incorporated into the Haitian National Police (HNP) in 1995. Guy Philippe was a commander in the Haitian National Police (PNH) from 1995-2000. *His tenure at the HNP was marked by reports of summary executions by police under his command and accusations of drug trafficking.* From exile in the DR, Philippe, along with FRAPH second-in-command Louis Jodel Chamberlain, began a series of assaults on the Fanmi-Lavalas regime as part of the National Revolutionary Front for the Liberation and Reconstruction of Haiti (FLRN). According to Guy Phillipe: "You have to remember that I had witnessed irregularities committed during the fraudulent elections in May 2000, and Anthony Nazaire and another commander whose name I can't remember had asked me, on Aristide's behalf, to blow up the electoral office in the Northern department. I had seen how Aristide allowed his partisan Ronald Cadavre to humiliate my friend police commissaire Jackie Nau, and I had been a witness to all the anti-democratic manoeuvres of the tyrant Aristide, including the assassination of that poor man at Tabarre, who Aristide ordered to be killed so that he could appropriate his lands and build his university. I witnessed the assassination of Marie Christine Jeune, and I wept when my friend Bazile Berthony was killed. So, there is no doubt that I was ready to support the opposition to Aristide in all its forms".

**President Bush then utilized OAS allegations to block the release of Inter-American Development Bank (IDB) loans to Haiti (The IDB loans alone total $512 million). Washington DC utilized the Organization of American States** (OAS), whom had monitored the contested elections, to block development loans earmarked for Haiti, by refusing to ratify said parliamentary elections due to "deeply flawed" irregularities. On 26 November the Haitian government proceeded with their 2000 presidential elections at the objections of the OAS over discrepancies of the May 21 parliamentary elections. The political "opposition" used the OAS discrepancy to justify boycotting the November 2000 presidential elections which they had little chance of winning. President Jean Bertrand Aristede was re-elected with 90% of the vote with a 50% turnout of the population. Haiti's political opposition used the OAS criticism of the parliamentary elections to justify boycotting the November 2000 presidential election, which they had little chance of winning. The US and Canada used the claims of electoral irregularities to justify withholding aid and Inter-American Development Bank loans to the Haitian government. Elections for President and the nine contested Senators took place on November 26, 2000. All major opposition parties boycotted these elections. So low was the confidence in Haiti's government that only 5 percent of the electorate voted in the 2000 presidential election. The popular Jean-Bertrand Aristide emerged as the easy victor of these controversial elections, and the candidates of his Fanmi-Lavalas party swept all contested Senate seats. President Aristide and the Fanmi-Lavalas party claimed an overall victory in these disputed legislative and municipal elections. President Aristide & the Fanmi-Lavalas Government were re-elected by a Massive 91.7% of Voters in 2000 with the mandate of utilizing the natural resources discovered by Dr. Daniel Mathurin to develop Haiti. In fact, Dr. Daniel Mathurin assisted with the campaign and became a part of President Aristides's cabinet. According to Ezilio Dante (former lawyer of President Aristide); his administration engaged Washington DC in a public-private partnership to exploit the natural resources of Haiti. But equitable revenue sharing with Haiti insulted the US/European monopolies so they funded a second coups against him during his second term: "This is around the time we had the Bush White House saying they

did not like the Haitian government. Obviously, they didn't like this plan. They don't like the fact that Haitian people know where their resources are."

It was Dr. Daniel Mathurin and his wife, intent on making sure their discovery of benefitted Haiti, whom worked with President Aristide and the Fanmi-Lavalas party on his re-election campaign. Their knowledge of Haiti's natural resources would become the basis of the document The White Papers, which specified the number of hydrocarbon sites in Haiti.    President Jean-Betrand Aristide and the Fanmi-Lavalas Party would go on to develop and publish their principles in the book Investing In People (Investir Dans L'Humain):  The White Paper of Fanmi-Lavalas in 1999 which would bring them to power in 2000.  The Haitian people were made aware of the Fanmi-Lavalas plan for Haiti upliftment in the White Book Fanmi-Lavalas Government Plan 2001-2006 and President Aristide's book Investing In People:    The White Paper of Fanmi-Lavalas.  According to rhetoric by President Aristide:  "The human being is at the center of this White Paper, at the heart of our programs, and is the primary focus of our political and economic choices.  For that reason, we have chosen title this document "Investing In People."

President Aristide and Dr. Mathurin published the Fanmi-Lavalas Government Plan (White Book) for 2001-2006 "Investing In People":  The White Paper of Fanmi-Lavalas in French and for the first time in Haitian history, it was written in Kreyòl!  There was also a national discussion all over the radio in Haiti with respect to all these various resources of Haiti, where they were located, and how the Haitian government was intending on trying to build sustainable development through utilization of these resources.  The majority of Haitians "were already in the know", but this served to put the knowledge into the public domain, and also give the people participation and a voice in government.  It also increased and intensified the base of the Fanmi-Lavalas Party, which was already a grassroots movement of the people.  **According to Fanmi-Lavalas and    Aristide lawyer Marguerite Laurent "Haiti's Riches Interview":  "the Haitian majority were not only told where the resources were, but that they also did not have the skills and technology to actually extract the gold, to extract the oil.  The plan was to engage in some sort of private/public partnership.  Where both the Haitian people's interest would be taken care of and of course the private interests would take their profits."**

Jean-Bertrand Aristide was elected president on November 25, 2000, and he was inaugurated as president on February 7, 2001.  With the transfer of power in 2001, President Préval (who was known to drink vodka for breakfast) became Haiti's first duly elected president to leave office after a full term.  Once in office; President Aristide and Dr. Mathurin presented the Fanmi-Lavalas Government Plan (White Book) for 2001-2006 "Investing In People":  The White Paper of Fanmi-Lavalas.  The administration of President George Bush Jr rejected any sort of private/public partnership to exploit Haiti's natural resources and instead chose to block the administration of President Aristide and launch a campaign of terror on the Fanmi-Lavalas political party.  According to former Aristide lawyer Ezilio Danto:  "So that's what you had before the 2004 Bush regime change/Coup D'état in Haiti which removed President Aristide.  With the Coup D'état now, though the people know where these resources are because this book exists, they don't know who these foreign companies are. What they're profit margins are. What

the environmental protection rules and regulations to protect them are. Many folks, for instance, in the North talk about losing their property, having people come in with guns and taking over their property. So that's where we are." Illegal mining activity in northern Haiti at the Morne Bossa gold mine over the last 2 decades oddly corresponds to the first and second coups of President Aristide. Haitian mining laws were also revised during both coups utilizing provisional and transitional governments.


In 2001 Bernard Sansacricq, former President of the Senate of Haiti, warned in a letter he sent to the South Florida Sun-Sentinel that was published in his book: "Aristide will never be able to rule or realize any kind of democratic reforms in Haiti. Aristide does not believe in democracy, does not practice democracy, and will never embrace democracy. The man pockets some $20 million monthly from the cocaine trade with Colombian drug lords in Haiti. Aristide is also exporting death to American children and flooding U.S. streets with cocaine and heroin. The man must be indicted by a grand jury and brought back to the U.S. for trial, just like Noriega. Anyone having so much drug money to play with will always control the "unemployed majority" looking for their next meal" ; the gangs in Haiti began alongside the drug trade appeared in Haiti and that is how Aristide funded and recruited the *Brigades de Vigilance; Lame Wouj; and Chimere.* Opposition political parties boycotted the presidential election and began protesting the Fanmi-Lavalas regime. In Haiti, the *Chimères,* as these groups came to be known, are "not a political force, they're a political tool," and under Aristide they were transformed into a semi-official arm of the government. As these pro-Aristide gangs/militias attacked opposition leaders an armed opposition developed and struck back thru DC. OAS Secretary-General Cesar Gaviria condemned the violence in Haiti on March 20, 2001. Political fighting between President Aristide, the Fanmi-Lavalas regime and their "opposition", Democratic Convergence (Convergence Démocratique); repeatedly broke into violence and the suppression of human rights. According to Guy Phillippe: "he chose to establish the National Revolutionary Front for the Liberation and Reconstruction of Haiti (FLRN) and unleash his wrath on the Fanmi-Lavalas regime because he saw that thru their rhetoric; they were exploiting the Haitian people: I was the police chief in Delmas in 1997 and I know what happened. Did you know that Aristide also ordered the assassination of Pasteur Leroy (a leader, with Hubert de Ronceray, of the Mobilisation pour le Dāveloppement National) in August 1996? I was the police commander in the Delmas in 1997 and led the investigation; I have the names of the killers, and they all worked at the National Palace. As a result of pressure from the US embassy they were dismissed, but in 2001 they were brought back into the PNH. Aristide tries to pretend that he had problems with the Americans but I tell you it's not true. The Americans always protected Aristide, ever since 1994. His own personal security was guaranteed by American soldiers. Aristide privatized all the large public companies in order to please the gringos and the IMF. The cement company was privatized, for instance, and today we have to import cement when we used to produce it in Haiti. The Cimenterie was unscrupulously sold to the bourgeoisie and today it just imports flour from the US" etc.


The first of a series of assaults on the Fanmi-Lavalas regime by Guy Phillippe and his unit (FLRN) (which included former members of FRAPH like **Louis Jodel Chamblain)** began on July 28, 2001 with attacks on police stations located along the Haiti-Dominican Republic border

which left dozens of police and Fanmi-Lavalas members dead. The U.S. state department (IRI/NED) funded the Guy Phillipe led opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government; whom were led by Andre Apaid, Evans Paul, and Marie Denise Claude. The Democratic Convergence (DC) and the Coalition of 184 Civic Institutions contain a laundry list of Haitian NGO's funded by USAID and/or the International Republican Institute (IRI). Both the "Démocratique Convergence" and the "Coalition of 184 Civic Institutions" have links to the FLRN (former FRAPH death squadron's leader) Guy Philippe. The FLRN/FRAPH are Haitian paramilitary groups who receive funding from the Washington DC thru these "civic organizations". After the events of July 28, 2001, Philippe attempted to seek refuge in Ecuador where he was later arrested and deported to the Dominican Republic, where he managed to slip by authorities at the Dominican airport. A second assault by Guy Phillippe and his unit (FLRN) occurred around 2 o'clock in the early hours of Monday on December 17, 2001. A group of armed men stormed and took control of the National Palace; they declared that Aristide was no longer President and tried to force the Palace security guards to join forces with them in order to carry out a coup d'état. They were surrounded and eventually dispersed by the police as thousands of DC and Fanmi-Lavalas supporters took to the streets to defeat their attempt. Guy Philippe, former police commissioner and principal suspect of the attempted coup, was arrested and released in the Dominican Republic late in December. Considered Act II of July 28, 2001, conflicting accounts made it difficult to accurately assess the situation. Some reports say eighty (80) armed individuals stormed the palace, others report thirty-three (33). Official reports announce that eight (8) individuals died in the attacks, while fifteen (15) others were injured. Among the dead was one (1) of the attackers.


After the attempted coups; Fanmi-Lavalas supporters and DC went on a rampage across the country, as houses and buildings were ransacked and burned. The cruel elements of *dechoukaj* reminiscent of years past. The neo-colonial model employed in Haiti utilizes civil society organizations such as "Democratic Convergence" (DC) and the "Coalition of 184 Civic Institutions" funded by USAID or the International Republican Institute (IRI) to destabilize governments which attempt self-development or simply refuse to adopt their neo-liberal policies. Washington DC fund and manipulate both sides with their intelligence agencies; then they bring in their organizations who pretend to be assisting but are actually there to assure the neo-colonial agenda is achieved. The OAS adopted Resolution 806 on January 16, 2002 in direct response to the violent events of July 28 and December 17, 2001. The OAS subsequently adopted Resolution 822 on September 4, 2002. In doing so, it incorporated by reference the provisions of Res. 806 and specifically reiterated the requirements of that resolution. The Organization of American States (OAS) adopted Resolution 822 as a catalyst for resolving the political impasse. Included in the resolution was a provision calling for a legitimate Provisional Electoral Council (CEP), which was to be charged with planning local, municipal, and legislative elections during the year; however, the elections were never held.


OAS Resolutions 806 and 822 gave the un-elected opposition parties (DC) an effective veto over the resumption of foreign aid to President Aristide's government. The OAS claims of "deeply

flawed" elections played an important part in a multi-pronged campaign to oust President Aristide's government by Washington DC. These US funded political civic organizations (DC), the main opposition to President Aristide and the Fanmi-Lavalas party, utilized OAS resolutions 806 and 822 to cutoff any aide of the international community to Haiti from 2000-2004 valued at more than $200 million dollars. These actions were supported by UN Secretary General Kofi Annan and Secretary General of the OAS Cesar Gaviria. The reason for these actions by OAS and Washington DC was to keep the Fanmi-Lavalas government and Dr. Mathurin from developing Haiti's natural resources as per their White-Papers. OAS resolutions 806 and 822 basically gave non-elected "opposition" parties affectively veto power over the resumption of foreign aid to the government of President Aristide. The crisis sparked by the allegedly fraudulent election deepened amid a failure of the international community (OAS) to mediate efforts; a floundering economy; and growing political violence. *As a result of the wave of violence between Fanmi-Lavalas supporters and the opposition (DC); massive amounts of Haitians became refugees in their own country. They fled to Port-au-Prince, where they change locations each night, so as to not get caught, or to the mountains, subsisting any way they can. This is the Doctrine of Misery which the CORE Group-OAS has implemented in Haiti; the Fanmi-Lavalas regime didn't accomplish anything for the people; the "opposition" isn't working in their interests either; and the only one who benefits throughout all of the political violence is the foreign oligarchy and CORE Group-OAS trust.* Due to OAS Resolutions 806 and 822; in 2002, the US stopped hundreds of millions of dollars in loans to Haiti which were to be used for, among other public projects like education, roads. These are the same roads which relief teams are having so much trouble navigating now!


Due to OAS Resolutions 806 and 822 against his government; President Aristide had to find alternative sources of revenue and decided to go after Haiti's Independence Debt. The Independence Debt is a legal obligation as per the Taubira legislation. It all began in August 2001, when French former Minister of Justice Christine Taubira, then French Guyana Representative, urged his colleagues to adopt a law stating that: slavery was cruel and inhuman treatment inflicted on a group of people. France (thru their commonwealth) had ventured into a region that no other former slave bearing nation would. With the Taubira legislation France had committed a fissure; thereby exposing itself to legal damages from Haiti. Based on the legal concept of retroactivity for criminal acts, there is no prescription neither in common nor civil law. France could not with impunity demand from the Haitian nation compensation on behalf of the loss of service of the former slaves. It would be like a killer demanding reparation for his crimes. In 2002 is when Haitian President Jean Bertrand-Aristide first announced his intent to pursue a claim against France to recover the Independence Debt. In the lead-up to the Republic of Haiti's 200-year anniversary of independence in 2004, the Haitian government instigated a commission to estimate the cost of the "Independence Debt", which they put at $21 billion. Growing consciousness of the Independence Debt began to spread; largely due to the Jean-Bertrand Aristide government's push for restitution. The government of President Aristide then called for restitution and instigated legal proceedings to force Paris to pay the Independence Debt. The French government rebuffed President Aristide's claim, declaring the issue resolved in the 1838 Traité d'Amitié and subsequent treaties. The demand for the Independence Debt is what caused France, Canada and Washington DC to step-up their efforts in overthrowing President Aristide in order to drop the issue.

The Ottawa Initiative on Haiti was a conference hosted by Canada that took place from January 31 - February 1 2003 (one year before the February 29, 2004 coup d'état), at Meech Lake conference center (a federal government resort near Ottawa) in Gatineau, Quebec. The conference was held to decide the future of the Republic of Haiti; though no Haitian government officials were invited! The conference was attended by Canadian, French, EU, U.S., UN, O.A.S. and Latin American officials. The 'Ottawa Initiative on Haiti' is apropos to the Berlin Conference of July 3, 1881 where nations of western Europe gathered in order to plan their exploitation of Africa; carve up the wealth of the continent among themselves; and denationalized the indigenous aboriginal African population with corporate nations of their creation. The conference was organized by the Canadian government, in the person of then-Minister of La Francophonie Denis Paradis. Denis Paradis was appointed as Secretary of State for La Francophonie and Secretary of State for Latin America and Africa in Jean Chrétien's government on January 15, 2002. The Minister responsible for La Francophonie is a member of the Canadien Cabinet who handles relations with, the Organisation international de la Francophonie, an international community of francophone nations considered the French equivalent of the Commonwealth of Nations. Even though most Haitian people speak creole; after the assassination of Dessalines, Alexander Petion re-established diplomatic relations with France and made French the official language of Haiti. The Republic of Haiti isn't a Francophone nation and hasn't been part of the French Commonwealth since its' independence of 1804. But because it's a French speaking nation; France still considers Haiti (defacto) as part of their neo-colonial commonwealth like *Françafrique.*

Denis Paradis described the 2003 'Ottawa Initiative on Haiti' as a "high-level roundtable meeting on Haiti to discuss "the current political situation in Haiti". Over the previous two years, Paradis, with the blessing of former Prime Minister Jean Chretien, had been crisscrossing the globe seeking to convince diplomats and heads of state that foreign intervention was needed in Haiti. The theme which loomed large over the conference was the "Responsibility to Protect" (R2P) doctrine, espoused by Paul Martin, which promotes the idea that the international community has a moral obligation to militarily intervene in "failed states"; for the "good" of the people. There Canadian politician Denis Paradis made the case for foreign intervention in Haiti, by lamenting that Haiti's population would reach 20 million by 2030; unemployment rate was as high as 60%; it's GDP $469 per inhabitant; life expectancy as low as 50 for men and 54 for women; and in Human Development Index (HDI) ranked 150th, among 173 countries. The extraordinary decisions taken at this gathering of non-Haitians were first leaked to the general public in Michel Vastel's March 2003 article, published in French-language magazine l'Actualité. Under the prophetic title "Haiti put under U.N. Tutelage?". In the article Vastel describes how, in the name of a new Responsibility to Protect (R2P) doctrine, parliamentarians of former colonial powers invited to Meech Lake by Minister Denis Paradis, decided that Haiti's democratically-elected president, Jean-Bertrand Aristide, had to be overthrown; and a Kosovo-like trusteeship of Haiti implemented before January 1, 2004 while the US- subservient Haitian Army, the Forces Armées d'Haiti (FAD'H), would be reinstated alongside a new police force.

Ironically, the 'Ottawa Initiative on Haiti' included no Haitian officials, who only learned of the meeting after Paradis leaked the details of it to L'Actualité reporter Michel Vastel in March of 2003. According to Vastel, Paradis told him that the themes discussed included Aristide's possible removal, the potential return of Haiti's disbanded military (FAD'H), and the option of imposing a Kosovo-like trusteeship on Haiti. The furor this honest reportage caused in Haiti led to Denis Paradis being stripped of his position as Canadien Secretary of State for Latin America/Africa, and replaced as Minister of La Francopnonie. Due to the controversy, Denis Paradis would later claim the actual topic of the 'Ottawa Initiative on Haiti' was the "Responsibility to Protect" (R2P) doctrine. But the R2P doctrine is only applicable to extreme cases of human rights violations and fails to investigate the roles of Washington DC, France, and Canada play in perpetuating Haiti's failed state. In hindsight, independent journalist Anthony Fenton noted that the distinction is rather slight: "Whether or not military intervention was discussed explicitly, as Vastel contends, or implicitly, as Paradis insists, the important fact is that military intervention did take place, Aristide was removed, the Haitian army has effectively returned, and a de facto trusteeship is being imposed on the Haitian people"! After the "Ottawa Initiative on Haiti" was exposed for being a type of "Berlin Conference" for Haiti; Denis Paradis tried to cover his gaffe by stating "the international community has an obligation to militarily intervene in "failed states", for the good of the people." I must admit even though I understand the game that is being played; it is easy to fall for the rhetoric of Paradis on Haiti. A cold-war is defined as conflict over ideological differences carried on by methods short of sustained overt military action and usually without breaking off diplomatic relations. Denis Paradis accidently exposed the cold-war which the proverbial West has been waging on the Republic of Haiti since the island-nation gained independence. "Failed state" ever since its' independence, the west has made sure that term is synonymous with Haiti. They've been able to hide their ulterior motives behind democratic rhetoric while implementing neo-colonial policies which slowly destroy the island-nation. The West were perfectly happy with Haiti remaining a "failed state" for its' duration until they found out about the nations natural resources!

US industrialist and member of the local oligarchy André Apaid, one of the main manufacturers at SONAPI (National Society of Industrial Parks), led the "Groupe des 184," a coalition of 184 civil society organizations and individuals, to conspire with former military and police officers in exile in the Dominican Republic (Guy Phillippe and the National Revolutionary Front for the Liberation and Reconstruction of Haiti (FLRN)) to overthrow the government of Aristide for a second time. **Their intervention started by gathering an amazing opposition made of people who call themselves former communists, (some used to be pro-Moscow and some others pro-Beijing), some former military and civilian officials of the Duvalier regime and some other members of the repugnant elite into the civil-society 184. They have nothing in common except a virulent hatred for the government of President Jean-Bertrand Aristide. Neo-liberal NGOs, like Action Aid, along with Batay Ouvriye, were utilized to legitimize the coup efforts. The coalition accused the president of all the crimes in the book: from being a dictator, drug dealer, participating in human sacrifices etc...** Guy Phillippe and his unit (FLRN) continued in their efforts to destabilize the government of President Aristide; as another assault occurred on May 6, 2003 against a hydroelectric dam in Peligre. *These and*

*numerous other cross-border attacks struck fear into the hearts of the HNP, Fanmi-Lavalas, and left their members dead.* Guy Phillippe and his unit were based in the Dominican Republic where they get political asylum to take up their destabilizing activities upon the Fanmi-Lavalas regime. *The Dominican government, meanwhile, did nothing to halt these assaults by Guy Phillipe and his unit from the DR. They ignored repeated extradition requests by the Haitian authorities for various human rights abusers hiding out there. Stan Goff was part of a delegation organized by the International Action Centre in March 2004 that visited the Dominican Republic and discovered, through interviews with a former general in the Dominican army, customs agents, and other sources, that former Haitian military and paramilitary men had been discreetly integrated into the Dominican army and had trained at a base close to the Haitian border. Moreover, according to Goff, "The Dominican government is a colonial government, and nothing else . . . [n]one of this could have happened without the complicity of the United States, without the facilitation by the United States, without the funding and support of the United States." Indeed, Goff indicates that the U.S. embassy in the Dominican Republic was aware of the paramilitaries' presence and even trained and armed them. He quotes retired Dominican general Nobel Espejo as saying that 20,000 M-16 sent by the U.S. in February 2003 were never received by the army, weapons of the type used by Philippe's men; the M-16's were part of a military assistance program called "Operation Jaded Task", ostensibly intended to train the Dominican military in counterinsurgency.*

**In June of 2003, President of South Africa Thabo Mbeki, speaking about Haiti at the University of the West Indies in Kingston, Jamaica, said: "Next year, 2004, this Caribbean country will celebrate the bicentenary of its birth as the first black republic in the world. We, for our part, will be celebrating the 10th anniversary of our liberation from apartheid". It was the Haitian Revolution which inspired the early participants of South Africa's liberation struggle. "We have agreed with the Government of Haiti that, to the extent possible, we should work together to celebrate in an appropriate manner both anniversaries, informed by the fact that the victory of the African slaves in Haiti in 1804 is directly linked to the victory of the African oppressed in South Africa in 1994". President Mbeki, noting that very few people in South Africa knew about the Haitian Revolution, argued that "we should use the occasion of the bicentenary of the Haitian revolution to inspire especially our youth to understand the capacity of the African masses in Africa and the Diaspora to change their social conditions". He also sounded a note of caution observing that the response to the Haitian Revolution was very different to that of the French and American revolutions. He suggested that examining the reasons for this may help to explain "why, in many respects, the African condition, certainly in sub-Saharan Africa, has been worsening over a number of years, despite the fact that we now exist as black republics, as Haiti has done for two hundred years". He ended his remarks with a reading of the poem Invictus.**

**Back in South Africa President Mbeki continued to speak about the meaning of the Haitian Revolution. In October that year he wrote: "The African slaves of Haiti laid down their**

lives to ensure that the democratic and republican ideals of the American and French Revolutions truly applied to all human beings. The made enormous sacrifices to give universal meaning to the prescriptions of the American Revolution that "all men are born equal", and those of the French Revolution, incorporated in the Declaration on the Rights of Man, of liberty, equality and fraternity.   "The sacrifices they made established their place in human history as true democrats and republicans, even surpassing those in America and France who are celebrated in school textbooks as the global architects of democracy and republicanism. Because of what they did, they had to pay a price imposed on them by those who claimed the right to describe themselves as the world's best democrats and republicans".  President Mbeki went on to note that: "Those who did nothing or very little to secure the victory of the slaves, positioned themselves as the best friends of the liberated slaves, the best advisers of what the free slaves should do with their freedom"!

On behalf of the government of Haiti, U.S. attorney Ira Kurzban was preparing legal proceedings against the French government to recover the estimated $21 billion (current dollars) in money, concerning the Independence Debt, extorted from Haiti during 1825 to 1944.  In December of 2003, on the eve of the bicentennial, 200th anniversary of the Haitian Revolution and the Republic of Haiti's independence, President Jean-Bertrand Aristide publicly issued a demand to France to pay reparations, in the sum of precisely $21,685,135,571.48 billion dollars; the contemporary value of the money that Haiti had been forced to pay France for the Independence Debt.  This action escalated tensions between the Aristide government, Washington DC  and France leading up to the celebration.  The media coverage of Aristide and Haiti's bicentennial anniversary became unbalanced in the international media due to the demand for reparations. President Aristide was demonized by the French media and Jacques Chirac warned: "Before bringing up claims of this nature I cannot stress enough to the authorities of Haiti the need to be very vigilant about, how should I put it, the nature of their actions and their regime".    **The French and American governments placed significant pressure on other governments to not attend the commemoration of the bicentennial of the Haitian Revolution in Port-au-Prince. President Mbeki's stated commitment to be there was received with open hostility by forces opposed to the elected government in Haiti.  For instance, Civil-Society Group 184 declared that President Mbeki was not welcome in Haiti and that his visit would be received as "an insult".  This was widely covered in the South African media, and without critique.  Civil-Society Groupe 184 was funded by Washington DC and the European Commission (EU) at the behest of France. It was headed by notorious sweatshop owner, Andre Apaid, who is also the owner of the largest television station in the country, and devoid of any credible claim to popular support.  Civil-Society Groupe 184 has democratic legitimacy and has also been connected to the Democratic Convergence and Guy Phillipe's FLRN.**

**On January 1 2004, President Mbeki attended the** bicentennial, 200th anniversary celebration of the Haitian Revolution and the Republic of Haiti's independence from France    **in Port-au-Prince, Haiti as a guest of President Aristede as promised (as the only foreign head of state).  He would go on to state in his speech:  "[t]oday we celebrate because from 1791**

to 1803, our heroes, led by the revolutionary Toussaint L'Ouverture and others, dared to challenge those who had trampled on these sacred things that define our being as Africans and as human beings". Even though tens of thousands of people attended the celebration; President Mbeki was excoriated in the South African media. The Democratic Alliance (DA) whose then leader, Tony Leon, described President Aristide as "the Mugabe of the Caribbean". The DA also went on to refer to President Mbeki's visit as a misuse of taxpayers' money, a disaster and a fiasco. It declared: "Because of his over-emotional response to Haiti's 200th anniversary ... President Mbeki, alone among African or world leaders, insisted on participating in the celebration". After the Haiti's bicentennial, 200th anniversary; calls from the 'international community' and civil society 184 for President Aristide to resign and cede power to an unelected foreign funded opposition. A few weeks after the Republic of Haiti celebrated its' 200th anniversary in January an *armed rebellion broke out in the north of the country*. Anti-Aristide protests in January of 2004 led to violent clashes in Port-au-Prince, causing several deaths. Since President Aristide had destroyed the FAD'H soon after he returned from exile; he only had his gangs/militia as protection. In February of 2004, a revolt broke out in the city of Gonaïves, which was soon under ex-military rebels' control (Artibonite Revolutionary Resistance Front), having Guy Phillip as their lieutenant. On *February 5, 2004* Guy Phillippe and his unit National Revolutionary Front for the Liberation of Haiti (NRFLH), attempted a coup d'état of Aristide and seized control of a number of towns in a final assault *for regime change in Port-au-Prince*. The heavy weapons in the hands of the rebels were allegedly supplied from their base in the Dominican Republic. The rebellion then began to spread, and eventually laid siege to Cap-Haïtien, Haiti's second-largest city, until it was captured on February 22; effectively splitting the country in two. The actions of Guy Phillippe and FLRN put the government of President Aristide in social, economically, and political crisis.

NRFLH rebels led by Guy Philippe captured Cap-Haitien on February 22, 2004, and then captured Les Cayes on February 26, 2004. Tripartite agreements are legal agreements or contracts between three individuals or parties. A Tripartite Accord sponsored by Washington DC, France, and Canada was offered to the government of President Aristide prior to his forced removal from office. Under the settlement, President Aristide's power would be reduced and he would be allowed to remain in office until the end of his constitutional term. He would've been reduced to a figurehead president, with his powers transferred to a Prime Minister chosen by a tripartite commission in which Washington DC would effectively have the deciding vote. This tripartite commission would also have been charged with organizing new legislative and presidential elections and with reorganizing the security forces so as to limit "political", i.e., Aristide's, influence. This power-sharing Tripartite Accord was accepted by President Aristide and civil society 184; but rejected by Guy Phillippe and the FLRN (who sought to reinstate the Haitian military following Aristide's disbandment of FAD'H). While President Aristide retained a substantial amount of popular support, opponents claimed that he had become autocratic, intolerant, and corrupt. Guy Phillippe and his rebels continued to clash with pro-Aristide gangs known as Chimères. On the morning of 29 February 2004; under the leadership of Guy Philippe on the armed rebels advanced through provincial cities and soon approached the capital of Port-au-Prince. Appeals by the besieged government for help from the international community, especially the United States, were to no avail. **Guy Phillippe and his rebels controlled many of the country's towns and his personal assault unit had moved**

**within 40 kilometers of the capital.**  After the rebels had advanced as far as Port-au-Prince; **Washington Dc,** Paris, and Ottawa **utilized t**his final assault by Guy Phillippe and his unit (FLRN) on the National Palace as the pretext to move in and pressure President Aristide.  Both the "Démocratique Convergence" and the "Coalition of 184 Civic Institutions" have links to the FLRN (former FRAPH death squadron's leader) Guy Philippe.  According to Guy Philippe: "It was Andre Apaid, who advised the US embassy to kidnap Aristide in order to prevent me, Guy Philippe, from taking power and setting up a government in Haiti like the one that Chavez set up in Venezuela".


I dare say, if Andre Apaid and the "Coalition of 184 Civic Institutions" didn't betray Guy Phillippe in his efforts to rid Haiti of the tyrannical fascists Fanmi-Lavalas regime and implement an anti-neo-colonial government like Fidel Castro in Cuba.  Faced with the prospect of large-scale civil war and **with no alternative; Aristide submitted his resignation as President of Haiti.**  While Canadian soldiers stood guard over Toussaint Louverture International Airport in Port-au-Prince, the President of Haiti and his wife were put on a **chartered plane** by US officials before dawn on February 29, 2004.  **President Jean-Bertrand Aristide is on record stating that he was "kidnapped" from his home and put aboard a U.S. military plane, and dumped in the Central African Republic (an authoritarian client state of the** colonial commonwealth ***Françafrique*).**  According to world-renowned African-American author and activist Randall Robinson (who interviewed several eye-witnesses): the aircraft was not a commercial plane; no members of the Aristide government, nor media, were at the airport; President Aristide and his wife were effectively abducted and taken to the Central African Republic against their will (following a refueling stop in Antigua).  **President Aristide was posted to the Central African Republic as "cargo" on a CIA plane which just happened to be on hand when the US Ambassador James Brendan Foley decided to pay him a call on the dawn of the morning of February 29.**  The legal process, concerning the Independence Debt, was cut short following the overthrow of the elected government of President Jean Bertrand Aristide on February 29, 2004.  The subsequent coup government, installed with the assistance of the U.S., France and Canada, refused to pursue any legal action for restitution.


**The government of President Aristide was overthrown in a coup backed by Washington DC, Canada, and France** on February 29, 2004.  Critics chided U.S. President George W. Bush and Secretary of State Colin Powell for failing to support a democratically elected government in the Americas.  **The US media claimed that U.S. Marines apprehended President Aristide and flew him out of the country and into exile after a phone call from General Colin Powell telling him "it's over".**  The priest accused France and the United States of conspiring against him, reporting that he was essentially kidnapped by a U.S. convoy at his own house and threatened with "death, kidnapping and abduction".  The Bush administration reported a spontaneous request for help from the priest, who had boarded voluntarily after signing his resignation.  What remains unclear is that why the U.S. would be the first to know that Aristide resigned from office without telling the public?  ***Canada played a lead role in the kidnapping/coup d'état: Joint Task Force 2, an elite commando squad of the Canadian Armed Forces, was on the ground in Haiti on February 29, 2004; securing the airstrip from which***

*U.S. Marines would abduct President Jean-Bertrand Aristide.  In fact, a multi-national (US, CANADA, FRANCE) force of 20,000 troops stayed in Haiti from March 1 until the arrival of MINUSTUH.  A coalition of U.S., French, and Canadian troops occupied Haiti after Aristide's overthrow on Feb. 29, and then they handed the occupation over to 5,000 Brazilian army-led United Nations Mission to Stabilize Haiti (MINUSTAH) troops.*  After the departure of President Aristide, several high-ranking members of his government were accused and convicted of drug trafficking, including the head of state security and the head of airport security.

**The coup of President Aristide occurred the same year Haiti was celebrating the two hundredth anniversary of her independence from France.  For Washington DC it may have been due to the normalization of relations with Cuba by Aristide's government; but for France it was the demand to the Independence Debt.**  President Aristide resigned and departed from the country, and Boniface Alexandre was sworn in as interim president on February 29, 2004.  On February 29, 2004, the Multinational Interim Force (MIF) was deployed in Haiti to maintain law and order and to facilitate the delivery of humanitarian assistance.  The MIF consisted of some 3,800 troops from the U.S. (2,000 military personnel), France (900 military personnel), Canada (500 military personnel), and Chile (300 military personnel).  Soon after, Canadian RCMP officers were training and vetting the newly reconstituted Haitian National Police.  **The appointed provisional government of** Boniface Alexandre **renounced the claim of the government President Aristide for restitution of the Independence Debt from France within its first week in power!  South Africa joined with CARICOM, an alliance of Caribbean nations, to request that there be an investigation, under the auspices of the United Nations, into "the circumstances leading to the departure of President Aristide". The request was ignored.  Two weeks after the coup Aristide was able to fly to Jamaica to be reunited with his family. The new regime in Port-au-Prince declared that his presence in the Caribbean would 'destabilize Haiti'.  Although CARICOM refused to recognize the new government, the power of Washington DC exceeded theirs and Aristide was forced to leave.  He then requested to spend his exile South Africa and three months after the coup this was allowed.**

**When Aristide and his family arrived in Johannesburg, SA President Mbeki was waiting to meet him at the airport and embraced him on the tarmac. Aristide made a brief statement of thanks in Zulu, a language he would go on to learn to speak fluently during his time in Pretoria.**  The Times would later report that France collaborated with the U.S. to remove President Aristide because he confronted France over the Independence Debt.  Washington DC and **France stated publicly that President Aristide's call for restitution of the Independence Debt had nothing to do with his ouster.  Their claim is that he had taken an autocratic turn; lost control of the country; and was spirited into exile to prevent Haiti, already heaving with turmoil, from careening into chaos.  But France's Ambassador to Haiti at the time, Thierry Burkard, said in an interview that France and the United States had effectively orchestrated "a coup" against Mr. Aristide, and that his abrupt removal was "probably a bit about" his call for reparations of the Independence Debt from France, also!**

**The collaboration of Washington DC, France, and Canada in the coups of Aristide, for the Independence Debt, is symbolic the continual subjugation of Haiti by the international community since independence.**

On 09 March 2004 Congresswoman Barbara Lee (D-CA), Congressional Black Caucus Haiti Task Force Co-Chair, introduced H.R. 3919 the TRUTH (The Responsibility to Uncover the Truth about Haiti) Act today, which calls for an independent bipartisan commission to uncover the facts about the Bush Administration's involvement in the recent coup d'état in Haiti. The bill was co-sponsored by CBC Haiti Task Force Co-Chair John Conyers and 23 other Members. "The TRUTH Act calls for the commission to investigate, among other questions, the following:

1) Did the U.S. Government impede democracy and contribute to the overthrow of the Aristide government?

2) Under what circumstances did President Jean-Bertrand Aristide resign, and what was the role of the United States Government in bringing about his departure?

3) To what extent did the U.S. impede efforts by the international community, particularly the Caribbean Community (CARICOM) countries, to prevent the overthrow of the democratically-elected Government of Haiti?

4) What was the role of the United States in influencing decisions regarding Haiti at the United Nations Security Council and in discussions between Haiti and other countries that were willing to assist in the preservation of the democratically-elected Government of Haiti by sending security forces to Haiti?

5) Was U.S. assistance provided or were U.S. personnel involved in supporting, directly or indirectly, the forces opposed to the government of President Aristide?

6) Was U.S. bilateral assistance channeled through nongovernmental organizations that were directly or indirectly associated with political groups actively involved in fomenting hostilities or violence toward the government of President Aristide?

"The Bush Administration's efforts in the overthrow of a democratically-elected government must be investigated," said Lee. "All of the evidence brought forward thus far suggests that the Administration has, in essence, carried out a form of 'regime change,' a different variation than it took in Iraq, but still regime change. The American people and the international community deserve to know the truth, and this bill will offer the opportunity to investigate the long-term origins of the overthrow of the Haitian government and the impact of our failure to protect democracy." According to Guy Phillippe the National Revolutionary Front for the Liberation and Reconstruction of Haiti (FLRN) was betrayed by his backers during his final assault on Aristide and with the Tripartite Accord; as it turns out that they were just using him: "Evans Paul, Serge Gilles and the others were aware of all my movements since we were working together. They asked Ambassador La Lime to call me, to ask me to come urgently to Port-au-Prince on 29 February to have a big meeting to decide the future of Haiti; Apaid, Rebu, Evans Paul, Dany Toussaint were all at that meeting. But under international pressure they then betrayed us and they signed the Tripartite Accord on 4 March, which decided on the procedure for choosing a post-Aristide government. And it was them, and Andy Apaid, who advised the US embassy to kidnap Aristide in order to prevent me Guy Philippe from taking power and setting up a government in Haiti like the one that Chavez set up in Venezuela. By the end of February,

I was practically ready to launch the final assault on the capital; I was also surrounded by spies (disguised as journalists). And I think that it was in response to the fact that I was ready to make my final move that the leaders of Haiti's rotten political class and mafioso oligarchy convinced the Americans and the French to get rid of Aristide. And although he denies it now, Aristide was afraid, very afraid, and he agreed to resign. Then, out of fear that I might take the National Palace by assault, the Americans moved in and took control themselves".

**After the removal of President Aristide from office Washington DC, France, and Canada, which helped sponsor the coup, along with Groupe des 184, lobbied for a United Nations (UN) intervention and the establishment of an international council, to oversee the Republic of Haiti. Washington DC, France, and Canada then utilized the** Tripartite Accord with Civil Society 184 from February 29 to place Haiti under the CORE Group Trust as per 'Ottawa Initiative on Haiti' thru UNSCR 1542. **According to the Haitian constitution, an interim government has but one mandate: It is to organize elections within ninety days. Washington DC, France and Canada took upon themselves to override an independent country's constitution and introduce MINUSTUH into the nation; prolonging their illegal government's term to two years!** Radio Canada's investigative programme Enquete pointed out that the Core Group Trust was spawned at the "Ottawa Initiative on Haiti". Held at the Meech Lake Government Resort from January 31 - February 1, 2003, no Haitian officials were invited to the private gathering where US, French, OAS and Canadian officials discussed overthrowing Haiti's elected government, putting the country under UN trusteeship and recreating the Haitian military. The provisional government of Boniface Alexandre; which was sworn in on February 29, 2004 was supposed to hold elections for a new government, not hand over power to MINUSTUH. **The pretexts utilized** *by the ens legis UNITED STATES, France, Canada, under the guise of a Chapter VII* UN Stabilization Mission in Haiti (MINUSTAH) *UNSCR 1542 are a violation of International Law in lieu of the fact that a* Chapter VII UN deployment means a country is at war and UN soldiers are allowed to use arms and deadly force, which Haiti isn't. *The* Chapter VII UN deployment **against Iraq cannot be applied to Haiti. There are no weapons of mass destruction, no connection with al Qaeda and no harboring of terrorists. Though there is a foreign Syrio-Lebanese oligarchic class placed there by Washington DC, in order to terrorize the Haitian population.** Part of the reason for the 2004 coup against President Aristide is the fact that André Apaid (head of the Group of 184) is a main subcontractor in Haiti and one of the biggest sweatshop operators in the country (Gildan Activewear). He is part of a foreign oligarchic class placed in Haiti by the US during their neo-colonial foray into the middle-east and was upset at President Aristide for increasing the minimum wage.

On March 4, 2004; **a US, French and Canadian backed 'Council of Eminent Persons' chose Gerard Latortue, a former World Bank official, as the new Prime Minister.** Prime Minister Gerard Latortue formed a 13-member transitional government, on March 12, 2004, **made up of representatives of the traditional elite.** After living in Florida for many years, Latortue was installed following the US-led ouster of thousands of elected Haitian officials,

including President Jean Bertrand Aristide. André Apaid and the civil organization "coalition of 184" utilized their **Tripartite Accord with the US, France, and Canada to place the Republic of Haiti under the CORE Group trust thru** UNSCR 1542; **like Washington DC and President Aristide utilized the Governors Island Accord to disband the Haitian military (FADH) and covertly invade Haiti utilizing UNSCR 940.** *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers.* According to journalist Yves Engler: "The Core Group formally came to life with a UN Security Council resolution 17 years ago (UNSCR 1542). That resolution replaced the two-month-old US, France and Canada led Multinational Interim Force (which had removed Aristide) with MINUSTAH. Unofficially, the Core Group Trust traces its roots to the 2003 "Ottawa Initiative on Haiti" meeting where US, French, OAS and Canadian officials discussed overthrowing Haiti's elected government and putting the country under UN trusteeship. The Canadian minister who oversaw the meeting, Denis Paradis, justified intervening partly due to fear of (Black) population growth, labeling it "a time bomb which must be stopped immediately!" Another factor driving the "Ottawa Initiative on Haiti" was the 200-year anniversary of Haitian independence. The 200-year independence celebration heightened the racist contempt directed at Haiti since the country's 1791-1804 revolution dealt a crushing blow to slavery, colonialism and white supremacy. The Core Group was formed in reaction to the impoverished Black majority of Haitians electing a "social democratic government" in 2000 ".


Washington DC and Paris utilized the tripartite accord with the Civil Society Group of 184 civic organization to bring the Republic of Haiti back under their dominion thru UNSCR 1542 which placed the island-nation under a Kosovo-like trusteeship called the CORE Group Trust. The Core Group Trust is one of the highest forms in the evolution of the neo-colonial instruments; the joint-stock trust company! A joint-stock company (fore-runner to modern day corporation) is a business owned by its investors, with each investor owning a share based on the amount of stock purchased. A trust is a fiduciary arrangement that allows a third party, or trustee, to hold assets on behalf of a beneficiary or beneficiaries. The CORE Group is a combination of a joint-stock company and a trust. According to Guy Phillippe: the traitors of 2004 are the people who signed or approved the **Tripartite Accord**, ANDY APAID, EVANS PAUL, PAUL DENIS, etc. I want posterity to know the truth. These people have made the country suffer too much. Our movement suffered a great setback on March 4th 2004, but just like the movement that Chavez led in Venezuela we will keep fighting, and we will win in another 5 or 10 years, democratically. The head of the coalition of 184 civic organizations which betrayed the movement begun by Guy Phillipe to overthrew Aristide and maneuvered the Republic of Haiti into the CORE Group Trust is André Apaid. Mr. Apaid is a part of a foreign Arab-Jew Levantine class which the US began placing in Haiti, during their neo-colonial foray into the middle-east, that has developed into the oligarchical class in Haiti. André Apaid was born in New York in 1952 and never renounced his United States citizenship. Under Haitian law, a person may not hold dual citizenship and under the US Neutrality Act, a citizen is barred from participating in and contributing to political activities in another sovereign nation, particularly when those activities include participation in the violent overthrow of a foreign government. On April 30, 2004, the UN Security Council established the UN Stabilization Mission in Haiti

(MINUSTAH) to provide security for the transitional government and elections, assist with the demobilization of military forces in Haiti, and assist with maintaining law and order. At maximum strength, MINUSTAH consisted of some 8,940 military personnel commanded by Brazilian military officers and 4,391 civilian police personnel. MINUSTAH was officially launched on June 1, 2004. MIF was disbanded on May 31, 2004.

**The disastrous consequences of the 'Ottawa Initiative on Haiti led to** the formation of the joint-stock trust company CORE Group which **consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU). These nations are also member-states of the UNITED NATIONS whom violate the charter of the UN by utilizing the institution to violate the sovereignty of a fellow member state, the Republic of Haiti, by placing it under the joint-stock trust company CORE Group thru UNSCR 1542, whereby:**

4) **The blatant forced removal of a sitting president, President Aristide, by a foreign nation was illegal and a break with democratic order in Haiti by Washington DC, France and Canada.**

5) **The overthrow of Aristide and placement of Haiti under the CORE Group Trust also feeds into the narrative of the 'Ottawa Initiative on Haiti' that the poor black people of the island-nation remained incapable of governing themselves since independence.**

6) *The utilization of UNSCR 1542 by **the ens legis UNITED STATES, France, and Canada to overtly place the Republic of Haiti under trusteeship of the CORE Group thru a tripartite accord with civic organization group 184.***

7) The US is no longer operating in a sovereign capacity under the Constitutional Republic yet with the assistance of Canada and France under the 'Ottawa Initiative on Haiti' have been amending the 1987 Constitution of Haiti in order to steal the Natural Resources of Haiti.

8) **It is a violation of International Law; Sovereignty of Nations; the Haitian Constitution; and UN charter art 2 point 1 for the US to claim Haiti's Natural Resources as strategic reserves for itself.**

9) UNSCR 1542 failed to consider what role the US, France, and Canada played in funding and supporting the coup d'état of President Aristide

10) The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to overtly place the Republic of Haiti under trusteeship of the joint-stock company CORE Group thru *UNSCR 1542.*

11) Haiti had no known cases of cholera for the past 100 years, yet experienced one of the worst cholera epidemics in the world due to UNSCR 1542   Over 50,000 Haitians have been killed and nearly a million sickened by cholera since October 2010, when U.N. troops contaminated a major source of drinking water in the country with the deadly

bacterium. Several conclusive scientific studies have demonstrated that this deadly contagion was caused by UN troops (MINUSTAH) who dumped their fecal waste in the Meile, a tributary to the Artibonite River, major source of water for everyday use, in the Central Plateau region.

According to Guy Phillipe: "Today I âm proud to know that if it wasn't for me and some young students Haiti would still be suffering under complete dictatorship. I know that I saved the country. If it hadn't been for the treachery of our professional politicians, the people who signed an unpatriotic agreement with France and the United States, then today the country would be in a much better position. These people âre Andy Apaid, Evans Paul, Paul Denis, Lesley Voltaire âll will be judged one day before the tribunal of history. As for me, I did what I had to do, and if necessary I would do it again". **After the arrival of MINUSTUH Guy Phillipe and Louis Jodel Chamblain** were presented as "freedom fighters" by the transitional government of **Gerard Latortue**. **Paramilitary attacks on neighborhoods that were pro-Aristide became routine. The United Nations provided troops that secured the authority of the new government and continued the repression of the popular movement.** The documentary Kill the Bandits exposes the battle that ensued during this occupation between the Fanmi-Lavalas supporters, gangs created by Aristide, and MINISTUH. Brazil, under the presidency of Luiz Ignácio Lula da Silva and the Workers Party, for example, led the occupation for many years, supplying thousands of soldiers. These troops arrived in Haiti after the coup against President Aristide. This was when the UN stepped forward to lead the military occupation in order to hide the interventionist face of the imperialist nations acting in their own name. According to The Lancet: during Latortue's brief stint in office, Haiti experienced some 4,000 political murders, while hundreds of Fanmi-Lavalas members, Aristide supporters, and social movement leaders were locked up (usually on bogus charges). Québec Premier Jean Charest's diplomatic support for Latortue's transitional government reinforced, rather than undermined, Washington DC's grip over Haiti. Under this US-imposed Boca Raton regime, Haiti's Supreme Court was fired and brand new and paid-for judges, without any Constitutional authority inherited from the people of Haiti, took the place of the legitimate judges and law officers; and have been metering out paid for rulings since this UN occupation under the international community's tutelage. The judicial system is now completely corrupt and there are no financial resources invested in social welfare. Approximately 7000 elected officials (from local officials all the way to the legislature) were removed from office or canceled as Latortue's friends in Washington DC looked the other way. A year after the overthrow of Aristide, Guy Philippe was secretly indicted by a federal grand jury in the United States that accused him of running drugs from Colombia out of Haiti, and laundering money. Each time United States authorities were close to apprehending him, someone would tip Mr. Philippe off; a 2007 mission launched from Guantánamo Bay involving Black Hawk helicopters flopped. Despite being a fugitive, whose face was posted on the Drug Enforcement Administration's website, Mr. Philippe had recently been elected to the Haitian Senate. In an October interview with The New York Times, he maintained that the Americans could find him if they wanted to, as he was in plain sight but he was eventually captured by Washington DC.

The Core Group Trust's primary objective is to keep Haiti at the bottom of a highly unequal and racial global order. **The Ens Legis UNITED STATES, France and Canada were perfectly fine with making sure Haiti remained a failed state, a la the covert compromise the American colonies made with Napoleon, but once they discovered the value of Haiti's Natural Resources; their plans changed and they placed it under their joint-stock trust company. According to Dr. Mathurin, Haiti's oil deposits are declared U.S. strategic reserves, relegating it to a resource colony of the US; though "authorized" use of them was granted to the Republic of Haiti by the ens legis US in 2005; after the 2004 coups against President Aristide. While stating his incomprehension of such a situation; "It is absurd that the US after maintaining detrimental control for all these years; for the US to keep the nation in poverty and kill its sovereignty is a crime against the congress of nations and humanity of Haiti."** The world renown Haitian scientist Dr. Daniel Mathurin, was the first person to write, speak and educate the Haitian people about Haiti's natural resources. There is evidence that the United States, after the discovery of oil in Haiti decades ago, due to the geopolitical circumstances and big business interests of that era, made the decision to keep Haitian oil in reserve for when Middle Eastern oil had dried up. **After speculating upon his discoveries, the UN/US developed a program for Haiti's natural resources, not the people (unlike the ALBA or PetroCaribe Alliance), who they keep impoverished despite the fact that Haiti is rich.** Aristide's 'Forced Removal' was done to destabilize the government of Fanmi-Lavalas which was trying to develop Haiti's natural resources. The actions of both the Clinton and Bush clans in Haiti have had the intended effects of keeping Haiti an impoverished and failed state. Had the Haitians not defeated France, they would have faced a "war of extermination", as French general Charles V. E. Leclerc vrote in a letter to Bonaparte, yet due to the discovery of their natural resources by the CORE Group-OAS Trust; this is wat they face today.

What's interesting is the fact that Canada isn't known for being a colonial power but the Canadian government is not a passive bystander, Ottawa Initiative on Haiti" in the neo-colonization of Haiti by the CORE Group Trust. Haiti happens to be sitting on wealth of resources due to the shifting fault lines it is placed on produces oil. The Republic of Venezuela's oil ends at the tip of Haiti's oil which makes the country of Haiti among the ONE percent wealthiest nations on earth due to oil resources. Their prospected value of their gold deposits is 80 billion, Haiti also has vast untapped deposits of iridium (a little known and rare mineral that is vital for the construction of spacecraft and satellites), and these estimates don't include other mineral resources such as (copper, uranium, diamond, zyconium deposits). Ever since the UN development program discovered these resources in the 1970's, Washington DC has been covertly mining Haiti's iridium for its space program. Haiti's 1987 Constitution protects its Natural Resources as part of its' public domain. Canada is the actually the second imperial player of the CORE Group Trust after the U.S.; more so than France since the last 50 years! Eurasian Minerals Inc., with corporate offices in Vancouver, British Columbia, is a mineral royalty company that manufactures royalty claims over huge prospective mineral belts in many parts of the world. Eurasian Minerals Inc., along with a number of Canadian mining companies, have exploration contracts in northern Haiti. The Canadian corporate class and Canadian politicians have interlinked with this foreign oligarchic class which consists of 12

families that run the Haitian economy since at least 2003. Now, It's this foreign oligarchic class whom play as intermediaries between these Canadian mining companies and the Haitian government thru the joint-stock trust company CORE Group. Haiti is touted as the poorest nation within the American hemisphere but per capita it is one of the most valuable due to its natural resources. The Ens Legis US has claimed Haiti's natural resources as its own strategic reserves; then utilized UNCSR 940-1542 to covertly invade Haiti. The US occupation of Haiti is hidden behind a humanitarian invasion of MINUSTUH, DynCorps Int, NGO's, Duvalierists and UN in order to destroy Haiti and steal its Natural Resources. **With the placement of the Republic of Haiti under the Tuttelle of CORE Group thru UNSCR 1542; they have accomplished their goal of gaining control of Haiti's natural resources.** The US is subject to customary international law and to the Principles of the Nuremberg Charter.

Ever since the onset of Spain colonizing Latin America and the Caribbean under the Doctrine of Discovery once **Papal Bull Inter Caetera was issued by Pope Alexander VI on May 4 1493;** a genocide on the indigenous aboriginal (black) people of the Americas they found there has been occurring; while in denial about it. It was **Toussaint Louverture's invasion of Santo Domingo in 1801 (as part of the French commonwealth) which abolished slavery, liberated the island of Hispaniola from Spain, and sparked the Spanish American Wars for Independence within Latin America.** The Bolivarian Revolution was part of the Spanish American Wars for Independence. It was fought from 25 September 1808 to 29 sept 1833 and ended the rule of colonial Spain in Latin America. During the Bolivarian Revolution; Simon Bolívar and his allies decisively defeated the Spanish in New Granada in 1819, Venezuela and Panama in 1821, Ecuador in 1822, Peru in 1824, and Bolivia in 1825. The Great Emancipator Simon Bolivar ended up becoming President of Greater Columbia once liberating Ecuador, Peru, and Bolivia from Spain. "El Comandante" Fidel Castro is comparable to Simon Bolivar and his actions because he was able to properly analyze the situation and identify Washington DC as the neo-colonial power within the Americas (after liberation from Spain). MR-26-7 and the Cuban Revolution also align with the dictates of the Bolivarian Revolution. Che Guevara referred to Fidel Castro as an extraordinary man which is why he followed him into combat. They led the Cuban revolution which overthrew the US backed military dictator of Cuba, Fulgencio Batista, in 1959. **El Commandante Fidel Castro**; Grand Emancipator of Cuba was able to transform his country into the first communist state in the Western Hemisphere. Thru **MR-26-7** Castro tried to emulate the Cuban Revolution thru-out Latin America and the Caribbean. He held the title of Premier until 1976 and then began a long tenure as president of the Council of State and the Council of Ministers. Fidel Castro made the rights to high quality medical care, the right to work, to relevant education and literacy, to adequate housing, security and food, inalienable human rights; and the primary reason for having a government.

The aim of **MR-26-7** was to overthrow the 'Capitalist-Imperialist' regimes thru-out Latin America and the Caribbean in order to replace them with a government which would promote the welfare of the ordinary workers and peasants. **Fidel Castro's efforts to liberate Latin America and the Caribbean from the neo-colonial dictates of Washington DC thru MR-26-7 is what made the Cuban Revolution an extension of the Bolivarian Revolution. Although MR-26-7 had quite a few misses all it takes is one and they were able to find one**

**in Venezuela.**

**MR-26-7 Venezuela**

The landing in May 1967 of a group of guerrillas from Cuba near the beach of Machurucuto, in eastern Venezuela, exposed Havana's attempts at armed interference in that country. .Héctor Pérez Marcano, one of the protagonists of that operation, told BBC Mundo that it was devised and supervised directly by Fidel Castro, who gave them all the support. Pérez Marcano was part of a group of militants of the Venezuelan Revolutionary Left Movement (MIR) who traveled to Cuba to train as guerrillas and then return to make the revolution in their country. However, the capture of three Cuban crew members of the boat that had taken them to shore exposed the expedition. However, the incident known as "the Machurucuto landing" was neither the first nor the largest operation of its kind that Castro executed over Venezuela.

Rocío San Miguel, president of the Venezuelan NGO Control Ciudadano, told BBC Mundo that "Cuba intervened in the restructuring of the Bolivarian National Armed Forces and that in the Venezuelan barracks there is a permanent presence of Cuban military". By 1974, Venezuela had reestablished diplomatic relations with Cuba!

Hugo Chávez was a military officer who, like Fidel Castro, believed it was ok for the military to seize control of government when the civilian authorities were serving the interests of only wealthy corporate elites or 1%. He realized that Venezuelan was a banana republic and the people were not benefitting from their wealth of carbon black deposits. In 1977 he founded the Bolivarian Revolutionary Movement within the armed forces to liberate the oppressed classes. The movement's first members were Hugo Chávez and his fellow military officers Felipe Acosta Carles and Jesús Urdaneta Hernández. Hugo Chavez founded the Revolutionary Bolivarian Movement-200 (Movimiento Bolivariano Revolucionario 200 or MBR-200) in 1982 with a base of the poor and working class. According to Hugo Chávez biographer Richard Gott the Revolutionary Bolivarian Movement-200 began "more as a political study circle than as a subversive conspiracy," but soon its members "began thinking in terms of some kind of coup d'état". Gott further explains that the suffix "200" was added to the group's name the following year, in 1983, on the 200th anniversary of South American liberator Simon Bolívar's birth. Hugo Chávez and his friends soon recruited more members, including Francisco Arias Cárdenas, in March of 1985. Thru his Revolutionary Bolivarian Movement-200, Chavez established the United Socialist Party of Venezuela which is a proponent of democratic socialism with maximum participatory government of the population and a less authoritarian government structure. In February of 1992, MBR-200 launched a failed coup against President Carlos Andrés Pérez during major protests and social unrest which occurred in a period marked by economic liberalization reforms; and were attempted in order to decrease the country's level of indebtedness caused.by the corrupt Venezuelan kleptocracy. MBR-200 was heavily influenced by **MR-26-7 and** after the failed coup attempt Hugo Chávez began developing a close personal friendship Fidel Castro (who failed at his first coup attempt also). The collaboration between

Chavez and Castro was a match made in heaven which would have great ramifications on Latin America and the Caribbean which irked the ire of Washington DC.

Despite assistance from the Russian Federation; Washington DC had effectively been able to isolate Cuba thru economic sanctions and embargos since the Bay of Pigs fiasco.  Just the idea of Chavez and Castro working together must have given the technocrats at Washington DC fits. Venezuela was the only ally Cuba was able to develop thru **MR-26-7 within the Americas.**  He also started the Venezuelan Peoples Liberation party and MBR-200 evolved into the Movement for the Fifth Republic (MVR), set up in July 1997 to support Hugo Chávez's candidacy in the 1998 Venezuelan presidential election. The move to electoral politics took several years of intense internal debate, as many felt that the elections might be fixed to prevent an MBR-200 candidate winning. It took a nationwide survey conducted by the movement to show that it might gain enough electoral support to make victory hard to deny.  All of this laid the groundwork for the election of Hugo Chávez in 1998 on an explicitly anti-neoliberal, anti-elite, and nationalist platform.    Mired in economic problems, Cuba was aided by the election of socialist and anti-imperialist Hugo Chavez to the Venezuelan Presidency in 1999. Upon being elected; President Chavez adopted a new constitution in 1999 and enacted social reforms as part of the Revolutionary Bolivarian Movement-200.    The Bolivarian Movement-200 envisioned a multipolar world as their new Constitution espoused a socialist economy and social policies, funded by the country's oil revenue.  With the election of Chavez as President of Venezuela; Fidel Castro had finally gained a powerful diplomatic ally within the Americas which aligned with the same ideology as Cuba.  This is when President Chávez began formulating his vision of a 21st Century 'Bolivarian Revolution 200' in Venezuela.  Cuban leader Fidel Castro played an important political ally for Chávez, and Cuba is a source of technical expertise to support BR-200.  Ironically, what Castro was unable to achieve thru covert armed guerilla military actions of **MR-26-7; he was able to achieve thru diplomacy with Venezuela.**  Castro and Chávez developed a close friendship, with the former acting as a mentor and father-figure to the latter, and together they began building an alliance which would have repercussions throughout the Americas.  Cuban leader Fidel Castro is an important political ally for Chávez, and Cuba is a source of technical expertise to support BR-200.


Presidents  Hugo  Chávez  and  Fidel  Castro  signed  a *Convenio  Integral  de Cooperación* (Comprehensive Cooperation Agreement) in October of 2000.    Among other things, the agreement granted Cuba access to Venezuelan oil on the generous terms stipulated in the Caracas Energy Accords (oil for doctors).  This Cuba–Venezuela Agreement was aimed at the exchange of medical and educational resources and petroleum between the two nations. Cuba would send 20,000 medics to Venezuela, in return receiving 53,000 barrels of oil per day at preferential rates.  The influx of Cuban doctors, educators, sports trainers, and security experts into Venezuela helped Chávez's administration meet the demands of its key constituencies. In particular, Cubans provide politically reliable personnel to staff new government poverty alleviation programs. For example, Barrio Adentro places Cuban medical personnel in many poor neighborhoods. In return, Cuba receives nearly 60,000 barrels of oil a day, either on favorable payment terms or as a form of trade in kind.   With the largest oil reserves in the world, Venezuela is a co-founder and the only Latin American member among "Middle East" countries Iran, Iraq, Kuwait, and Saudi Arabia of the Organization of Petroleum Exporting

Countries (OPEC), established in 1960 during anti-colonial movements to break the British and U.S. control of oil. In 2000, Chávez hosted the second OPEC summit since 1975, calling for production quotas to regulate oil prices. This was unforgivable to Washington DC; neither could Venezuela be allowed to lead an independent bloc of oil-producing countries (including to revitalize the Organisation of the Petroleum Exporting Countries, or OPEC)! In 2001, Chávez tried to concentrate political and economic power within the state, much like Cuba; by passing 49 laws that aimed to redistribute land and wealth from the rich or private companies to poor citizens. He also accused the Fifth Republic Movement of bureaucratization under Luis Miquilena and proposed the re-launching of the original MBR-200. This would eventually lead to the consolidation of his movement under the United Socialist Party of Venezuela label in 2007.

Given the longstanding hostility between Washington and Havana, it is not surprising that the new Caracas-Havana alliance generated suspicions in the U.S. foreign policy establishment! Tensions between Washington DC, Chavez regime and Venezuelan oligarchy culminated early in a short-lived coup d'état and oil-industry lockout from 2002–2003. A most spectacular attempt to unseat Chávez came in 2002, when Venezuelan military officials seized power. Chávez surrendered to them in an act of political courage. But he did not have to wait long in their custody. Mass protests engulfed the country and the military had to back off. The ens legis United States provided logistical and moral support not only to the coup attempt but also to constitutional attempts to depose the government of President Chavez. **The US backed coups against Hugo Chavez in 2002 exposed how the MSM (Main Street Media) can be used to manipulate and brainwash the public like the mockingbird media is utilized to social engineer the American public. After seizing power in a coup d'état, the state-run media was utilized to propagandize the Venezuelan public into legitimizing the coups regime. The difference between the US backed coups in Haiti and Venezuela is that the Venezuelan coups against President Chavez was unsuccessful because the people understood their constitutional rights, understood it was an illegal transfer of power; took to the streets and surrounded the national palace to demand his return to power; and** the Venezuelan military and their US allies could not have their way. **The Chavez regime in the Republic of Venezuela was able to withstand sabotage by Washington DC while the Fanmi-Lavalas regime succumbed to their dictates because Aristide wasn't authentic. The Fanmi-Lavalas regime implemented neo-liberal policies, enriched themselves, privatized everything and ended up getting the Republic of Haiti placed under the joint-stock trust company CORE Group.** Washington has had an acrimonious relationship with Caracas for years, especially following US support for a short-lived 2002 coup against Chavez.

**In Haiti and other countries, such as Venezuela and Cambodia, The International Republican Institute (IRI)/USAID have increasingly sided with groups seeking the overthrow of elected leaders who are disliked in Washington; like the utilization of Guy Phillipe to overthrow President Aristide. The problems arose for President Hugo Chavez when he nationalized Venezuela's vast carbon black deposits in 2001. This act caused the Venezuelan oil oligarchy to turn on him because it disempowered them. President Hugo Chavez was the only Latin American leader to forcefully denounce the 2004 coups against President Aristide. Even though they were both maligned by Washington DC; the only thing that the administrations of President Chavez and President Aristide have in common**

is the fact that both of their administrations were overthrown by the ens legis UNITED STATES thru coup d'états. President Aristide was a populist like President Chavez but he and the Fanmi-Lavalas regime betrayed the populace who placed their trust in him. Aristide played a pivotal role in aborting the mass anti-imperialist movement that convulsed Haiti from 1985-1991, at the end of the Duvalier regime. In fact, Aristide served as a Duvalier 2.0. by disbanding the FADH and turning Haiti over to the auspices of Washington DC thru UNSCR 940; implementing socially incendiary IMF restructuring plans; and utilizing violence and corruption to retain power. By the time he was driven out of the country, on 29 February 2004, Aristide's critics exposed that his regime had become just like the dictatorship it was supposed to replace. Boniface Alexandre, Chief Justice of the Supreme Court, assumed interim authority as acting President of the Haitian transitional government until the February 2006 elections.

During the summer of 2004, Chávez held a presidential recall referendum and won. Following the overturned coup d'état of 2002, the Chávez government replaced key managers with loyalists in the national oil company, PDVSA, and the industry began to suffer from inefficacious management and a lack of investment in infrastructure. To Washington DC's and the Venezuelan oil oligarchy great frustration, the foiled coup only lionized the Chávez regime and served to multiply and solidify his base. President Chávez also emerged with an increasingly anti-imperialist programme as the post-lockout *chavista* takeover of PDVSA occurred precisely as international oil markets once again benefitted producers. The PDVSA prospered, under the Chavez government, during the Iraq War. After the failed coup of Chávez; the Venezuelan and Cuban government began developing their trade-alliance into an instrument which espoused the social ideology of **MR-26-7 and MBR-200; which encompassed Latin America and the Caribbean.** The coup affected Castro; who shut down 118 factories, including steel plants, sugar mills and paper processors to compensate for a critical shortage of fuel. In 2004, the Comprehensive Cooperation Agreement between Castro and Chavez was stepped up, with Cuba sending 40,000 medics and Venezuela providing 90,000 barrels a day. That same year, Castro initiated *Misión Milagro*, a joint medical project which aimed to provide free eye operations on 300,000 individuals from each nation. These programs espoused the revolutionary socialist ideology of **MR-26-7 and MBR-200** which they were trying to achieve. The Comprehensive Cooperation Agreement (precursor to the ALBA) was so successful that Castro and Chavez decided to develop it into a program for Latin America and the Caribbean as part of their Bolivarian Revolution 2.0.

The collaboration between Castro and Chavez culminated in the Bolivarian Alliance for the Peoples of Our Americas (ALBA). The Bolivarian Alliance for the Peoples of Our Americas (ALBA) was founded on the 14th of December 2004 when presidents Hugo Chavez of Venezuela and Fidel Castro of Cuba signed protocols bringing the agreement into existence. Fidel Castro had been calling for greater Latin American and Caribbean integration since the onset of MR-26-7, stating that only strengthened cooperation between the region would prevent their domination by rich nations in a global economy. Subsequently, the Bolivarian Alliance for the Peoples of Our Americas was formalized through a 'People's Trade Agreement', Spanish:

Tratado de Comercio de los Pueblos, or TCP, (ALBA-TCP) ceremoniously signed into life by Evo Morales' Bolivia in April of 2006. A number of other Latin American and Caribbean nations entered into this 'Peoples' Trade Agreement' (ALBA-TCP): Nicaragua under Daniel Ortega in 2007; Ecuador under Rafael Correa in 2009; Honduras, under Manuel Zelaya, joined in 2008; Antigua and Barbuda; Dominica; Saint Vincent and the Grenadines; Saint Lucia; Jamaica, at the invitation of Chávez; Mexico, at the invitation of Ortega.    The ALBA-TCP not only boosted the Cuban economy; in May of 2005 Castro doubled the minimum wage for 1.6 million workers, raised pensions, and delivered new kitchen appliances to Cuba's poorest residents. Cuba was also able to open up four additional embassies in the Caribbean including: Antigua and Barbuda, Dominica, Suriname, Saint Vincent and the Grenadines.    This development made Cuba the only country to have embassies in all independent countries of the Caribbean Community!  Ironically, thru Castro's collaboration with Chavez; what he was unable to achieve in Latin America and the Caribbean, thru covert armed guerilla warfare with **MR-26-7, he was able to achieve diplomatically, thru MBR-200 with the ALBA.**  In September of 2005, Castro established a group of medical professionals, known as the Henry Reeves Brigade, with the mission of international medical solidarity. The group were sent throughout the world to carry out humanitarian missions on behalf of the Cuban government!


The Bolivarian Alliance for the Peoples of Our Americas-Peoples Trade Agreement, Tratado de Comercio de los Pueblos, (ALBA-TCP) was described as a "political, economic, and social alliance in defence of independence, self-determination and the identity of peoples comprising it".  It is defined as an "integration platform" whose fundamental purpose is to achieve "integral development" for Latin America and the Caribbean.  The ALBA sought to redistribute wealth evenly throughout member countries, to protect the region's agriculture, and to oppose economic liberalization and privatization.  The ALBA-TCP served as an alternative to the Free Trade Agreements being offered in the Americas by Washington D.C. at the time.  In the 1980's and 1990's most of Latin America went through a period of neoliberal restructuring in which public assets were privatized, regulation of business was loosened and public services were slashed.  In many cases these unpopular policies were thrust upon populations by military dictatorships or via the economic coercion of external institutions such as the IMF.  The immediate impact of ALBA was felt in South America as it is often credited for derailing the proposed, and now abandoned, Free Trade Area of the Americas (FTAA/ALCA).  The FTAA was a proposed free trade agreement, spearheaded by Washington DC, which sought to create a hemispheric wide free trade area.  The critique of the FTAA was that it would only serve to benefit the rich and powerful; as was the case with NAFTA.  The ALBA-TCP established Telesur in 2005 as a media conglomerate which provides news and current affairs broadcasts throughout the ALBA bloc. The program is based on an internet-based television channel and is a cooperative effort between the governments of Venezuela, Cuba and Nicaragua.  The ALBA-TCP also created PETROSUR; which is an inter-governmental energy alliance between Venezuelan PDVSA, Argentinean YPF, and Brazilian Petrobras nationalized oil companies. The goal of this initiative is to provide funding for social welfare programs within member-states.


**The PetroCaribe Alliance** is the most successful initiatives of the ALBA and what actually

began attracting member-states to the multi-lateral alliance. The alliance was founded on 29 June 2005 in Puerto La Cruz, Venezuela with Venezuela offering the other member states oil supplies based on a concessionary financial agreement. The PetroCaribe Alliance was formed in the spirit of BR-200 and MR-26-7 which sought to achieve post-neoliberal development in the region. The Petrocaribe Alliance was founded to facilitate oil trade under a concessionary financial agreement and was based on the earlier San José Accords (1980) and Caracas Energy Accords (2000) between Venezuela and a number of Latin American and Caribbean states. The PetroCaribe Alliance was motivated by visions of post-neoliberal and anti-imperialistic development within the Americas. According to Petroleos de Venezuela S.A. (PDVSA) official Rafael Ramirez the PetroCaribe Alliance was designed to cut out the middleman "we're not talking about discounts; we're talking about financial facilities and direct deliveries of products, and infrastructure to the people". The anti-imperialistic and anti-neoliberal development agenda of President Chávez's and President Castro ALBA for Latin America and the Caribbean put them on a direct collision course with the ens legis United States. What makes the PetroCaribe Alliance so dynamic is the fact that, in the spirit of BR-200, Venezuela utilized their bountiful oil resources, in exchange for and goods and services, to form a multi-lateral trade alliance. The initiative provided Latin American and Caribbean member states with important hydrocarbon resources, which many do not possess on their territories, at cheap rates. At the first summit, 14 countries joined the alliance; these were Antigua and Barbuda, the Bahamas, Belize, Cuba, Dominica, Grenada, Jamaica, Saint Lucia, Saint Kitts and Nevis, Saint Vincent and the Grenadines, Suriname, and Venezuela. At the next summit Bahamas, Belize, Cuba, Dominica, Grenada, Jamaica, Saint Lucia, Saint Kitts and Nevis, Saint Vincent and the Grenadines, Suriname, and Venezuela. Under Evo Morales Bolivia joined in 2006, and Ecuador under Rafael Correa in 2009. Honduras, under Manuel Zelaya, joined in 2008 but withdrew in 2010 after the 2009 Honduran coup d'état. At the third summit, Haiti and Nicaragua under Daniel Ortega joined the alliance in 2007. Guatemala joined in July 2008 but left the organization in November 2013 stating that Venezuela had not provided them with the ultra-low financing rates that they had been promised.

In 2006, he won the presidential election for the third time with 63 percent of the vote, a record not seen since the 1947 election. In 2006, Chavez signed a $3 billion arms deal with Russia, facilitated thru Castro, which included the purchase of fighter jets and helicopters in order to modernize its army. He also signed a cooperation agreement with Russia in the fields of oil and gas. The two countries also held joint military exercises in South America and the Atlantic ocean. Another important policy of late president Hugo Chavez was the nationalization of key companies in energy and telecommunications. He first introduced a nationalization programme in 2007 and saw his act approved by parliament. **It was President Andrés Pérez whom nationalized the Venezuelan oil industry in 1976, forming the national oil company Petróleos de Venezuela, S.A. (PDVSA). PDVSA operated as 'a state within a state' because executives shared the outlook of international oil companies, for whom they had worked for many years' and sought to maintain their fiscal autonomy from the central government through an internationalization of assets. In absolute terms, the revenue of PDVSA flew from Venezuela to the United States. Nationalization of PDVSA reduced Washington DC's control over Venezuelan oil and they began; placing sanctions and embargos on Venezuela, and the media began portraying him as a dictator. The fact that profits from Venezuela's enormous carbon deposits were going to the people and not the**

**Venezuelan oligarchy or American corporations infuriated them.** Two leading US oil companies, Exxon Mobil and ConocoPhilips, refused to hand over their controlled areas in the Orinoco Belt to the Venezuelan government. However, the Venezuelan government later expropriated them.

### MR-26-7 Nicaragua 79

The opportunity for Cuba's military interference in El Salvador arose with the triumph of the Sandinistas in Nicaragua in 1979. A declassified U.S. State Department report from 1981 credits Fidel Castro and the Cuban government with playing a central role in promoting the unification of Salvadoran guerrilla groups— whose leaders reportedly met in Havana in May 1980 — as well as in the covert delivery of nearly 200 tons of weaponry that served to prepare the "general offensive" launched by these groups in January 1981.

According to the U.S. government, before September 1980 Salvadoran guerrilla groups were poorly armed and poorly coordinated, but by January 1981 – when they launched the offensive – they had an impressive arsenal of modern weapons.

In 1980s Nicaragua, scene of an undeclared dirty war between the Contra rebels illegally backed by the Reagan administration and the Sandinista Front led by Daniel Ortega, and likewise in El Salvador and Panama, Castro helped provide a counterweight to American efforts, both direct and indirect, to prop up or install conservative, pro-Wasnington regimes. Venezuelan support for the overthrow of dictator Anastasio Somoza, thru **MR-26-7 nor MBR-200,** in Nicaragua in 1979 showcased a willingness to actively subvert governments once considered U.S. allies.

Washington DC couldn't allow the Venezuela and Cuba, whom they isolated, to create a bloc of Latin American states that opposed U.S. interference by the creation of the Bolivarian Alliance of the Americas, or ALBA-TCP; but they couldn't stop the Bolivarian Revolution! The 2009 coup in Honduras against the government of Manuel Zelaya, an ally of Chávez, was a direct shot across the bow of the ALBA-TCP. The 2009 Honduran coup d'état caused Daniel Ortega to withdraw Nicaragua from the ALBA-TCP in 2010.

**Rene Préval was declared the winner of a presidential election, marked by controversy, on 16 February 2006, by the Provisional Electoral Council with 51.15% of the vote, after the exclusion of "blank" ballots from the count. On May 14, 2006, President Rene Préval was sworn in as the President of the Republic of Haiti, to serve a second five-year term. He is the only president in Haitian history to have served two full presidential terms and not be jailed, exiled or killed.** Immediately after his inauguration ceremony, President Préval summoned the press to a room in the National Palace, where he inked a deal with Venezuelan Vice President José Vicente Rangel to join Caracas's Caribbean oil alliance, PetroCaribe. Under the terms of the deal, Haiti would buy oil from Venezuela, paying only 60 percent up front with the remainder payable over twenty-five years at 1 percent interest. After inking the deal, they

held a press conference flanked by a Venezuelan tanker carrying 100,000 barrels of PetroCaribe diesel and unleaded fuel sitting in the bay of Port-au-Prince. President Préval's dramatic inauguration day oil deal won high marks from many Haitians, who had demonstrated against high oil prices and the lack of electricity. But it ushered in a multiyear geopolitical battle among ~~Venezuela, Cuba and the ens legis US over Haiti joining the PetroCaribe alliance which would~~ lead to devastating consequences for the Republic of Haiti.

Haiti wasn't initially eligible to join the **PetroCaribe** Alliance, since the Republic of Venezuela condemned the 2004 overthrow of President Aristide and didn't recognize the *Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue. In fact, Haiti (which is under the umbrella of joint-stock trust company CORE Group) wouldn't have been able to join the PetroCaribe Alliance at all; if it wasn't for President Hugo Chavez pursuing President Preval! Hugo Chavez was intent on Haiti participating in the PetroCaribe Alliance and actively courted newly-elected President Rene Preval to join it. In the case of Haiti, he often said of the PetroCaribe Alliance and other aide given "it wasn't Haiti that had a debt with Venezuela, but just the opposite, Venezuela had a debt with that nation". The debt he's referring to is, the little-known (hidden) fact, of Haiti's participation in the Bolivarian Revolution which liberated South America from Spain. In an interview with BBC Mundo about his book Cuba's Revolutionary World, author Jonathan Brown (professor of Latin American History at the University of Texas) exposes how "El Comandante", and the newly independent island-nation, tried to covertly export the Cuban Revolution to other countries thru MR-26-7; just like when Haiti assisted Simon Bolivar with liberating the Greater Colombia from Spain during the Bolivarian Revolution. Of all the Revolutions which occurred During the "Age of Revolutions" within the Americas, the American one is the most well-known, viewed as most significant, and overshadows both the Haitian and Bolivarian Revolutions. All three of these revolutions are viewed as successful yet they all had flaws which still haunt the people of the Americas to this day. A little-known fact is that Haiti participated in both the American, French, and Bolivarian Revolutions.

After several failed attempts to overthrow Spanish Rule, by Simon Bolívar, Spanish forces subdued New Granada in 1815 and he was forced into exile and sought refuge in the Republic of Haiti. President Alexander Petion provided him with money, arms, a printing press, and military assistance, on the condition that he abolish slavery upon liberating his nation from Spain (a concept that hadn't occurred to him until then). A little-known fact is that before Bolivar, only two years after Haitian Independence, the Venezuelan revolutionary Francisco Miranda had sought and received help from Haitian founding father Jean-Jacques Dessalines; Miranda had left in February of 1806 carrying, among other things, a Venezuelan flag that had been designed in Jacmel, Haiti. Upon Returning to Venezuela, he established a third republic in 1817 and then crossed the Andes in 1819 to liberate New Granada. The Great Emancipator Simon Bolívar ended up becoming President of Greater Columbia and liberating Ecuador, Peru, and Bolivar from Spain. In fact, Haitian soldiers playing a significant role in Bolivar's victory by convincing and assisting him in the crossing of the Andes (which was unexpected); and is what made them revolutionary blood brothers. Upon gaining independence; Simon Bolivar showed his gratitude by sending a sword as a gift to Port-au-Prince and abolishing slavery. This is where the narrative about Petion and Bolivar usually ends, and it is a great story if one believes in fairy tales. Latin America does not like to be reminded that despite crucial logistical

support from Haiti, Simon Bolivar, refused to formally recognize the independence of the Republic of Haiti. Bolivar never sent any diplomatic representative of his new government to Haiti; refusing to establish diplomatic relations with the island-nation on becoming President of Colombia; claiming that Haiti was "fomenting racial conflict". In 1826, for the first meeting of the independent states of the Americas, i.e. the Congress of the American States in Panama, Bolivar invited United States President John Quincy Adams, a proponent of the Monroe Doctrine and supporter of the slave trade, but he excluded Haiti!

The betrayal of Bolivar, is the reason why President Hugo Chavez including Haiti within the PetroCaribe alliance was surprising and so significant and important to Haiti. President Chavez was officially resuming diplomatic relations with Haiti and offering authentic assistance, for the first time, since Bolivarian independence! In fact, as part of Haiti MBR-200 the Republic of Haiti was granted the special status of a permanent member of ALBA-TCP! The flaw of the Bolivarian revolution is that even though they liberated themselves from Spain; there was no redistribution of wealth and it left a "white" Spaniard elite settler colonial class in power who became oligarchs. They may have ended institutionalized slavery but they failed to overthrow the slaveholding class and their assets. Hugo Chavez took the first steps to try to amend the primary failure of the Revolutionary Era of the Americas thru MBR-200. This white/mulatto ruling class established a de facto caste system which continues to oppress "black" people within the Americas to this day. Vicente Guerrero, the first black president of Mexico, is actually the one who liberated them from Spain and issued a Mexico-specific decree to abolish slavery in 1810 (which led to Texas slave owners removing Texas itself from Mexico a few years later); but slavery wasn't abolished in Mexico until 1820 or 1911 while "afro" Mexicans remain marginalized. The "black" people in the Americas were not supposed to fight for freedom or liberation and even when they did and succeeded; the Spaniard or mulatto class aligned with a white power structure to keep them marginalized. For instance; Quilombo dos Palmares was a self-sustaining republic of maroons located in "a region perhaps the size of Portugal in the hinterland of Bahia" The Bahia - Alagoas region of Brazil is where this free African settlement was located. At its height in the early 1600s, Palmares had a population of over 30,000. *But since the Haitian Revolution; in Brazil the black liberation struggle was categorized as "disorder and violence" and came to be called "Haitianism." Slave owners there weren't saved from this "fury" until 1888 when Brazil abolished slavery (the last country in the world to do so). in the Dominican Republic, the same sentimens are practised known as "anti-Haitianismo".* This is the same type of rhetoric Denis Paradis utilized to cover up the true motives of the "Ottawa Initiative on Haiti". In Latin America and the Caribbean, descendants of "black" indigenous and enslaved Africans remain subjugated and live at the bottom of a Latino caste system. For instance, Nayara Justino was chosen to be the Queen of Rio De Janeiro's Carnival in 2013, voted in by the public, but was summarily dethroned and replaced for being too "black" or dark skinned.

**Washington DC was wary of MB-200 and warned the government of Haiti not to join or participate in the PetroCaribe Alliance as per the CORE Group Trust. Haiti Liberté and the transparency-advocacy group Wiki-leaks released** secret U.S. Embassy cables which

reveal how the ens legis UNITED STATES warned and tried to keep President Preval from joining the PetroCaribe Alliance with Cuba and Venezuela. Once President Preval had placed the Republic of Haiti within the PetroCaribe Alliance, their big oil conglomerates maneuvered aggressively behind the scenes to scuttle the deal.

A) The US was primarily irked by Préval's dealings with Cuba and Venezuela; according to a 2007 cable by Ambassador Janet Sanderson: the Haitian president was unable "to resist displaying some show of independence or contrariness in dealing with [Venezuelan president Hugo] Chavez."

B) An Oct. 19, 2005 cable by Embassy Chargé d'affaires Timothy Carney revealed *"The government of Venezuela planned to send a negotiating team to Haiti (exact time undetermined) to negotiate a deal to sell oil at a preferential rate via PetroCaribe,"*; (under the de facto government of Prime Minister Gérard Latortue) *"Upon returning from a recent trip to Venezuela, Minister of Culture and Communication, Magali Comeau Denis told the Charge she was bringing Venezuelan oil back to Haiti with her."*

C) According to secret US embassy cables; prior to the trip Carney "and Econ Counselor [his economic counselor] had spoken to acting Prime Minister Henri Bazin who said that the Interim Government of Haiti [IGOH] was looking for concessional terms for oil purchases from Mexico and Nigeria --*but not Venezuela*, he was quick to emphasize," Carney continued. "In a follow-up conversation, Charge reiterated the negatives of such a deal with Venezuela. Bazin listened and understood the message," *that Washington would be unhappy about any oil deal with Venezuela*

D) Haiti Wiki-leaks revealed that Carney understood that Venezuela had not really expected to strike a deal with Latortue's de facto government: "We suspect that the recent efforts by Venezuela here are designed more to get the issue on the agenda, and that Chavez's strongest efforts will come after the elections, when a new Haitian government is inaugurated in February 2006," Carney concluded.

E) A Nov. 7, 2005 US embassy cable; Carney noted that: "the pressure is still on the IGOH to strike a deal with Venezuela" as "organizations that have organized demonstrations in the past against high prices in Haiti have publicly called on the IGOH to accept Venezuela's offer to negotiate on a concessional deal." However, Bazin reassured the Embassy that "Haiti was far from any agreement with Venezuela" and "instead discussions were ongoing with the Government of Mexico to obtain a special deal from them on petroleum imports." (Dominican Foreign Minister Morales Troncoso told the DR's U.S. Ambassador and visiting Western Hemisphere Affairs Deputy Assistant Secretary Patrick Duddy that "President Fox of Mexico was proposing a 'Plan Puebla Panama' to counter Chavez's 'Petrocaribe'," reported a Jan. 23, 2006 cable from the Santo Domingo Embassy.)

F) Rene Preval was elected President of the Republic of Haiti in February of 2006. An April 19, 2006 US embassy cable by ambassador Sanderson revealed that shortly after his Washington visit, President Préval had traveled to Havana, Cuba and the result confirmed Washington's worst fears of Haiti linking up with Venezuela and Cuba: "President-elect Préval announced to the press April 18 that Haiti will soon join Venezuelan President Hugo Chavez's energy initiative, PetroCaribe,"; "Préval made the announcement after returning from a five-day trip to Cuba, where he discussed the subject of Petrocaribe with the Venezuelan Ambassador to Cuba."; "Post [the Embassy] will continue to pressure Preval against joining PetroCaribe," Ambassador Sanderson continues the cable with "Ambassador will see Preval's senior advisor Bob Manuel today. In previous meetings, he has acknowledged our concerns and is aware that a deal with Chavez vould cause problems with us."

G) Haiti was already under the joint-stock trust company CORE Group, so they were against any independent action by Preval on behalf of Haiti. Ambassador Sanderson went on to warn that utilizing PetroCaribe Préval could: "redirect the 40% that would have been spent on fuel to 'special presidential' development projects" and "we are wary of the creation of a special presidential fund.... We will encourage Préval to channel the money through existing programs," meaning those which the State Department's U.S. Agency for International Development (USAID) had funded and therefore controlled.

H) The May 14, 2006 US embassy cables revealed that immediately after his inauguration, Préval summoned the press to a room in the Palace where he ostensibly signed the PetroCaribe agreement with Venezuelan Vice President Jose Vincente Rangel. According to an August cable by ambassador Sanderson: "Apparently, the signing... at the inauguration on May 14 was ceremonial... and the first shipment was a grant, not a part of the loan agreement."

I) A Haiti Wiki-leaks May 12, 2006 cable reveals: the first hurdle for PetroCaribe Alliance was that Venezuela needed to give the petroleum to a state-owned oil company, which Haiti doesn't have. So, it was proposed that the oil be given to Electricité d'Haiti (EDH), the state-owned power company. Michel Guerrier, the director of Haiti's only domestic oil distribution company, Dinasa or National (which is owned by Haiti's richest man, Gilbert Bigio), told the Embassy's Economic Officer "one possibility is that PetroCaribe will sell the oil to Haiti's National Electricity Company ... which will then sell to the four oil companies operating in Haiti: Texaco, Esso (a.k.a. Exxon), National (formally Shell), and [French-owned] Total," Guerrier also said that PetroCaribe "is a great deal for the Haitian government" and "speculated that the government, in order to retain total control over the supply of the oil market (they already control the price), *may put an end to the non-PetroCaribe*

*oil-bearing ship which arrives every three weeks."*

J) Haiti Wiki-leaks of May 17, 2006 US embassy cable reveals that ambassador Sanderson was predictably opposed to the idea, calling EDH: "an inefficient and corrupt public entity" while recognizing that "filtering oil through EDH could ensure enough fuel to power the electricity plants, without relying on the oil companies as a costly back-up plan." Not surprisingly, all three foreign oil companies also opposed the Haitian government's plan. Ambassador Sanderson reported that: "Dinasa, which supplies to Haiti's domestic oil company, National, is the only voice in the oil business to endorse Préval's proposal to have EDH control the oil supply. The other international oil companies are increasingly concerned -- both Texaco and Esso will meet with the Ambassador in the near future -- that they will have to buy their oil from the GOH [Government of Haiti]." On behalf of the oil companies and against the obvious benefits for Haiti, Sanderson said "we will continue to raise our concerns about the PetroCaribe deal with the highest levels of government..."

K) Haiti Wiki-leaks of a July 7 secret US embassy cable reveals that the US embassy was against Venezuelan oil delivery as their oil conglomerates tried to sabotage PetroCaribe. According to ambassador Sanderson: Dinasa President Edouard Baussan told her that "the three international oil companies in Haiti feel uninformed about Haiti's PetroCaribe plan and are wary of how PetroCaribe will affect their operations." Baussan did not know that "separately, the Ambassador met with representatives of ExxonMobil and Texaco [owned by Chevron]," as Sanderson explained to Washington. "Both companies were concerned and curious about how Préval planned to implement PetroCaribe." Ambassador Sanderson finished the cable with *some wishful thinking*: "PetroCaribe seems stalled indefinitely, and it is possible that Haiti will not move forward with the agreement. The first and so far, only ship, which was a minor victory for Venezuela's Caribbean campaign and a tangible sign from Préval to his constituents that he will bring change, may mark both the beginning and the end of PetroCaribe in Haiti."

L) In Haiti Wiki-leaks of a July 28 secret US embassy cable, ambassador Sanderson states: "the PetroCaribe petroleum ... has finally hit the local market. The Haitian Government (GOH) is selling the entire shipment, including the diesel (initially intended as a donation to the national electricity company) and the gasoline, at the same price as petroleum from a July 14 [oil] industry ship. (Note: The industry shipment arrives about every two to three weeks. Due to regular arrivals, petroleum companies have not experienced fuel shortages in several months. End note.) So far Dinasa, Haiti's domestic petroleum company, and Total, the French petroleum company with which the GOH has close relations, have expressed an interest in purchasing the PetroCaribe petroleum from the GOH. The two U.S. companies, Esso (ExxonMobil) and Texaco (Chevron), have received the proposal but have not responded."

M) Haiti Wiki-leaks of an August 25, 2006 covert US embassy cable Chargé d'Affaires Thomas C. Tighe wrote that: the Haitian Parliament was studying and likely to ratify the PetroCaribe agreement "because of the seemingly huge benefit to Haiti" and "PetroCaribe provides easy access to extra cash." In the same cable, he provides an SBU that "Public Works Minister Frantz Verella confirmed the arrival of a Venezuelan shipment of 10,000 barrels of asphalt. The GOH is having the same problems with the asphalt that they had with first shipment of petroleum: they are not sure how to transport the asphalt to its final destination and have no place for its storage." Haiti, which has some of the world's worst roads, ended up selling the asphalt to the Dominican Republic, according to a May 24, 2007 cable

N) In Haiti Wiki-leaks of an October 13, 2006 secret US embassy cable ambassador Sanderson states that ExxonMobil and Texaco/Chevron were "shocked " but hadn't "informed the government of their concerns," to which Sanderson "encouraged the two companies to do so." Christian Porter, ExxonMobil's country manager, "speaking for both ExxonMobil and Chevron, stressed that they would not be willing to do this because they would lose their off-shore margins and because of Petrocaribe's unreliable reputation" for timely deliveries, Sanderson wrote. She concluded that it was a "dubious proposal that neither the U.S. oil companies in Haiti -- responsible for about 45 percent of Haiti's petroleum imports -- nor Venezuela, for that matter, is likely to agree to." She was wrong about Venezuela, but right about the oil companies. Ambassador *Sanderson reiterated that despite her "numerous attempts to discuss (and discourage) GOH intentions to move forward with the Petrocaribe agreement, the GOH insists the agreement, implemented in full, will result in a net gain for Haiti."*

O) Haiti Wiki-leaks of a long October 13 secret US embassy cable details how the oil conglomerates (encouraged by ambassador Sanderson) were trying to sabotage PetroCaribe:  "Following Préval's September 27 meeting with all four oil companies... the oil industry association (Association des Professionals du Pétrole -- APP) received an invitation to meet with representatives of the Venezuelan oil company who were in Haiti. All four companies refused to attend. Also, the companies received letters separately requesting information on importation and distribution from the GOH on October 9. So far, no one has responded." Ambassador Sanderson concluded the cable by reminding that she had stressed "the larger negative message that [the PetroCaribe deal] would send to the international community [i.e. Washington and its allies] at a time when the GOH is trying to increase foreign investment" lamenting that "President Préval and his inner circle are seduced by [PetroCaribe's] payment plan." Préval appointed Michael Lecorps to head the government's Monetization Office for Aid and Development Programs (formally known as the PL-480 office), which would handle PetroCaribe matters rather than EDH. Lecorps told the oil companies that they would have to purchase PetroCaribe oil from the Haitian government, but the U.S. companies said no. Quickly, there was a stand-off.

P) In Haiti Wiki-leaks of a January 18, 2007 secret US embassy cable, Chargé d'Affaires Thomas C. Tighe wrote that:  Michael Lecorps, "apparently infuriated by Chevron's lack of cooperation with the GoH, stressed that Petrocaribe is no longer negotiable," Tighe reports in a cable. He also learned that "ExxonMobil has made it clear that it will not cooperate with the current GoH proposal either."  Tighe reported that "according to Dumesnil, ExxonMobil and Chevron have told the GoH that neither company can work within the GoH's proposed framework to import 100% of petroleum products via Petrocaribe" and that "together, ExxonMobil and Chevron supply 49% of all oil products in Haiti." He explained that "the U.S. companies stand together in opposition to the current proposal" while the French concern "Total is discussing the agreement but has not promised cooperation; and the only local company, Dinasa, has pledged cooperation."  Tighe noted that Lecorps and other Haitian officials "focused primarily on the cost benefits (estimated to be USD 100 million per year) to the GoH, which would be used for social projects like schools and hospitals" and that in discussing the U.S. oil companies' intransigence, "Lecorps' self-control wavered."

Q) Haiti Wiki-leaks of a February 7, 2007 secret US embassy cable Ambassador Sanderson reports that:  the Embassy learned from the Haitian media on Feb. 2 "that Venezuelan President Hugo Chavez planned to visit Haiti as early as the following week."  She recalled that in March, 2006, prior to his inauguration, "President Préval told visiting [Western Hemisphere Affairs Assistant Secretary of State] WHA A/S Shannon that Chavez was pushing a visit to commemorate the bicentennial of Venezuelan flag day on March 12 in Jacmel" but that "Préval told A/S Shannon he would do his best to avoid Chavez, and the visit did not occur. Since Préval's inauguration, however, Haitian-Venezuelan relations have warmed considerably... Haitian officials report that Chavez continues to aggressively court Haiti."

R) Haiti Wiki-leaks of a March 13 secret US embassy cable Ambassador Sanderson revealed that the Venezuelan president came bearing many gifts:  President Hugo Chavez arrived in Haiti on Mar. 12, 2007 to an unorganized, spontaneous hero's welcome by tens of thousands of Haitians, who jogged alongside his motorcade to the Palace from the airport.

1. First, President Chavez pledged a $20 million grant, which he had announced in Venezuela a week earlier. "Reportedly, the money will serve as humanitarian reserve fund for Haiti in order to back social, infrastructure and power-supply programs," Sanderson noted in a cable.

2. Next, Venezuelan Vice Minister of Foreign Affairs Rodolfo Sanz had in January "announced a Venezuelan donation of five garbage trucks and one tanker as part of 'operation pure air for Haiti,' which he attributed to Chavez' earlier remarks to GOH officials that Venezuela owed a 'historic debt to Haiti'; Sanderson noted that Chavez "re-announced his donations of garbage trucks to Haiti."

3. Thirdly, "the Venezuela president said he would augment the amount of fuel Haiti will receive through PetroCaribe from 5,000 barrels [in reality, 6,000] a

day to 14,000 barrels," Sanderson continues, surpassing Haiti's daily fuel consumption of 11,000 barrels.

4. Finally, the icing on the cake: "Venezuela pledged funds for improvement to provincial Haitian airports and airport runways (also previously announced) and experts on economic planning to help identify development priorities. Other pledges included Cuban commitment to bring medical coverage to all Haitian communes, Cuban and Venezuelan electrical experts to improve energy generation, and a **trilateral cooperation bureau in Port-au-Prince**," Sanderson wrote.

F) Haiti Wiki-leaks of an April 26, 2007 secret US embassy cable revealed that at a meeting senior presidential advisor Fritz Longchamps told the US Embassy's Political Counselor: "Préval will attend the ALBA [Bolivarian Alternative for the Americas] summit in Venezuela as a 'special observer' for the express purpose of finalizing a tri-lateral assistance agreement between Haiti, Venezuela, and Cuba, whereby Venezuela will finance the presence of Cuban doctors and other technicians in rural Haiti." In an US embassy cable on the same day Ambassador Sanderson stated that: the meeting was "specifically to raise our displeasure with Préval's Venezuela trip"; "Longchamps expressed surprise that the USG [U.S. Government] would take issue with Préval's attendance at this meeting"; "Longchamps' reaction probably reflects Préval's own obliviousness to the impact and consequences his accommodation of Chavez has on relations with us."; Longchamps "betrayed a common trait among Haitian officials in misjudging the relative importance that U.S. policy makers attach to Haiti versus Venezuela and Chavez' regional impact."; Ambassador Sanderson suggested the U.S. "convey our discontent with Préval's actions at the highest possible level when he next visits Washington."

G) In Haiti Wiki-leaks of a May 4, 2007 covert US embassy cable ambassador Sanderson fumes: Préval returned from Caracas with "Chavez' promises to provide a combined total of 160 megawatts of electricity" to Haiti, after "parading with Chavez' rogues gallery of ALBA leaders,"; she also outlined the essence of the Venezuelan/Cuban aid package: "The Cubans will replace two million light bulbs throughout Port-au-Prince with low-energy bulbs. The initiative will cost USD four million, but save the country 60 megawatts of electricity, which costs the country USD 70 million annually. Venezuela promised to repair the power plant in Carrefour, generating an additional 40 megawatts of electricity. Additionally, Venezuela will by December of this year build new power plants across the country to add 30 megawatts to Port-au-Prince's electrical grid and 15 additional megawatts each for Gonaives and Cap-Haitian, all of which will use heavy Venezuelan fuel oil, a more efficient and less-expensive alternative to diesel."

H) Haiti Wiki-leaks of a May 7, 2007 secret US embassy cable describes how President

Preval tried to bluff ambassador Sanderson and the US embassy upon joining the PetroCaribe Alliance at the ALBA summit by sending Senate President Joseph Lambert in for the spin: Lambert "described a 'very tense' atmosphere behind the scenes of the ALBA summit between President Préval and President Chavez in a meeting with Embassy staff on May 4," Sanderson's Public Affairs Officer James Ellickson-Brown reported in a. "According to Lambert, Préval refused to join ALBA and told Chavez that if ALBA membership were a condition for Venezuelan aid, he would leave the summit," he wrote. "Lambert added that Préval and Chavez also clashed over drug-trafficking, diplomatic representation, what to wear to the summit's closing ceremony (Chavez wanted everyone in red), and the terms of the energy agreement Chavez offered Haiti." Lambert said that "Préval would never do anything to compromise relations with his 'friends to the North'" and that Chavez "complained that for all the he gives to Haiti; the Haitians give nothing in return." Lambert trumpeted that "Préval's resistance to signing the ALBA accords so upset Chavez that the Cubans tried to get Préval to play along," but "Préval stood firm, in the end agreeing only to a 'very general' cooperation agreement."

I) In Haiti Wiki-leaks of a July 20 secret US embassy cable Ambassador Sanderson states: "Negotiations between the GOH and fuel vendors operating in Haiti to implement the PetroCaribe agreement with Venezuela remain stalled,"; "[Oil Company] representatives seem to accept that the government may eventually force them to accept PetroCaribe terms, but in the near term, they appear to hold most of the negotiating cards" because "in light of Haiti's weak infrastructure and precarious distribution system, the departure of any of the four companies from the market could severely disrupt the supply of gasoline throughout the country."; The stand-off over PetroCaribe would continue throughout the rest of 2007 with Chevron the most resistant to working within the PetroCaribe framework. But Haiti needed Chevron to ship the oil from Venezuela. "It was ridiculous because they had been buying and shipping petroleum products from Venezuela for 25 years," said Michael Lecorps when asked by Haiti Liberté why Chevron put up such a fight. "And you know, Chevron is an American company, so maybe there were some politics behind that too, maybe because of Venezuela and Chavez. But they never said anything about that."

J) After returning to Haiti on Dec. 22, 2007 from a PetroCaribe Alliance summit, President Préval announced the negotiations with Chevron were nearing a close. "We're going to sign with Chevron and then we're going to start ordering oil," he said at the airport, reported the AP, adding that Venezuelan technicians would visit Haiti to consult on the project. In Haiti Wiki-leaks of a February 15, 2008 secret US embassy cable Ambassador Sanderson states: "Chevron management in the U.S. does not want to make a lot of 'noise' about the agreement because they do not want to appear to support PetroCaribe." The AP also reported that "Chevron officials at the company's San Ramon, California, headquarters did not respond to requests for comment."; Sanderson goes on to explain that the deal was sealed when "Chevron finally obtained its desired terms from the GOH" whereby the Venezuelan

state-owned oil company Petroleum of Venezuela, Inc. or PDVSA "will sell to the GOH, which will then sell to private oil traders, who finally will sell to the oil companies in Haiti for distribution... Chevron also agreed to ship the refined petrol on one of its tankers. The GoH expects to receive a PetroCaribe shipment in late February or early March."

K) PetroCaribe shipments, covering all of Haiti's fuel needs, did begin on March 8, 2008, marking a victory for Venezuela and Haiti in surmounting the roadblocks thrown up by the U.S. Embassy and oil conglomerates. President Préval strictly paid his oil bills, despite having to borrow money from the PetroCaribe fund following the disastrous events of September 2008, when four tropical storms slammed Haiti in as many weeks. In Haiti Wiki-leaks of a June 19, 2009 secret US embassy cable Chargé d'Affaires Thomas C. Tighe states: "The Sixth PetroCaribe Summit in St. Kitts on June 12 [2009] congratulated Haiti as the 'best payer' out of [PetroCaribe's] 13 countries, having paid approximately USD 220 million to Venezuela."; "As of April 30, Haiti's PetroCaribe account (after Haiti's withdrawal of USD 197 million for its emergency response to the 2008 hurricanes), had a balance of USD 58.5 million. On May 27, the Government of Haiti (GOH) announced that its total fuel imports under PetroCaribe, since the first shipment was received in March 2008, amounts to approximately USD 489 million. Haiti's long-term debt, payable over 17 to 25 years, amounts to approximately USD 240 million."; Tighe also reported that Chavez renewed his pledge, made at the July 2008 PetroCaribe Summit, to construct an oil refinery in Haiti. "Lecorps put its capacity at 20,000 bpd [barrels per day] and the cost at USD 400 million," Tighe wrote. **He also noted that although Haiti was not an ALBA member, "a tripartite (Haiti-Venezuela-Cuba) energy cooperation agreement is waiting to be ratified by Parliament"** whose "purpose is to decide how 10% of funds from Haiti's PetroCaribe revenue would be spent on social programs in Haiti."; "In addition to three power plants already in operation and promises to modernize the airport in Cap Haitien, Venezuela's oil refinery project... would expand Venezuelan and Cuban influence in Haiti."

**What's ironic is that Haiti Wiki-leaks exposed** secret US embassy cables of **Ambassador Sanderson describing Haiti as "America's most important and reliable bi-lateral partner".** The dynamics of Washington DC-Haiti relations are more akin to Master-slave which is why they placed their "bi-lateral partner" covertly under the CORE Group Trust! In their geo-political struggle with Cuba and Venezuela, Washington DC obstructed and bitterly opposed the Republic of Haiti participating or joining the ALBA-TCP nor PetroCaribe Alliance. Thru his Bolivarian Revolution, Chavez established the united Socialist Party of Venezuela which is a proponent of democratic socialism with maximum participatory government of the population and a less authoritarian government structure. He introduced Haiti to Socialism thru the Petrocaribe program and this is the type of governmental structure we want. As part of MBR-200, Chavez had created the special status of a permanent member of ALBA-TCP for Haiti. The Republic of Haiti is under the CORE Group Trust which wouldn't allow Haiti to join the ALBA-TCP also. President Preval and the government of Haiti were aware of this and, due

to their greed, joined the ALBA-TCP covertly. Despite their efforts President Preval joined the Petrocaribe Alliance at their 3rd summit of August 2007. It allowed Haiti to fund social projects for the poor and control pump prices. The Petrocaribe program doubled Haiti's budget and the amount of funds available for social investments. Before the program the Haitian government's primary source of income were billions in remittances from the diaspora and $325 million [USD] per year brought in thru tax revenues.

By participating in ALBA-TCP; Haiti was now involved in the Bolivarian revolution, to the ire of Washington DC and the CORE Group Trust. Haiti joining the PetroCaribe Alliance was an act of international solidarity by Hugo Chavez who visited the island-nation once the program was being implemented in 2007. The government of Haiti had to sign a Tripartite Accord with Cuba and Venezuela, as part of MBR-200, in order to join the PetroCaribe Alliance. After Venezuela had invested in developing Haitian infrastructure; and the Haitian government had convinced Chevron to deliver the oil from Venezuela,  PetroCaribe shipments, covering all of Haiti's fuel needs, began on March 8, 2008, marking a victory for Cuba and Venezuela as the first shipment of oil was received. Under the PetroCaribe terms, Haiti pays up front 40% to 70% of the value of the petroleum products it imports from Venezuela such as asphalt, 91 and 95 octane gas, heavy fuel oil (mazout), diesel and kerosene with the remaining 60% to 30% paid over 25 years, with a two-year grace period, at an annual interest rate of 1%. Exxon Mobile and Washington DC were so opposed to Haiti joining the PetroCaribe Alliance, that President Preval had to do it in secret. The government of Haiti had surmounting all of the roadblocks thrown up by the US Embassy and their Big Oil conglomerates whom would never come up with a program like Petrocaribe. To the uneducated observer it would seem that President Préval and the Haitian Parliament employed a preferred form of Haitian resistance, which dates back to slavery, known as "marronage" to join the PetroCaribe Alliance. "Marronage" is where one pretends to go along with something but then does the opposite surreptitiously but it was actually their greed that was at play. In this case the government of Haiti employed the tactic of "marronage" on all sides: Washington DC, Cuba, Venezuela, ALBA-TCP/PetroCaribe Alliance, and the Haitian people. The government of Haiti was never an honest participant of ALBA-TCP and cared even less about MBR-200. The only reason they joined the multi-lateral trade alliance was in order to pillage PetroCaribe funds for themselves, not for the benefit of the Haitian people!

Ever since the overthrow of Jean-Jacques Dessalines the International community and Haitian politicians have been utilizing the Haitian government  as their personal piggybank.  the government of Fanmi-Lavalas utilized PetroCaribe funds enrich themselves like Francois President-for-Life Duvalier utilized "communism" enrich his pockets. Besides Venezuela and Cuba, the Republic of Haiti was the only other permanent member of the ALBA-TCP. By granting preferential conditions to Haiti, the PetroCaribe Alliance agreement allowed the country to benefit from a cash reserve, since Haiti didn't have to pay the entire oil bill upfront. What this meant was, the Haitian government, only having to pay a fraction of what they would normally spend on petroleum, was left with a bunch of money that was supposed to utilize on social projects. The point of PetroCaribe was to allow nations to use the money they would have spent on petroleum towards developmental projects (i.e. schools, hospitals, etc.) For the government of Haiti; PertroCaribe was a new source of revenue which the Haitian oligarchy and politicians

could exploit to their own benefit. President Preval actually had to shut down the parliament and rule by decree during his first term due to his political "opposition" but they all worked together to covertly join the ALBA-TCP/PetroCaribe Alliance. This is evident in the Haiti May 7 Haiti **Liberté** Wiki-leaks which shows Senate President Joseph Lambert working with President Preval to convince Washington DC that Preval was "forced", by Chavez, to join the PetroCaribe Alliance. The fact of the matter is the only piece of legislation President Preval and the parliament were able to pass during his first term was the Council for the Modernization of Public Enterprises (CMEP); which privatized and sold off all of Haiti's state-owned enterprises to enrich themselves! In fact, 60% of PetroCaribe funds were squandered during President Prevals' administration.

The ALBA-TCP was founded with the interest of utilizing the wealth and resources of the member-states to benefit the people, not the 1% elite or corporate interests. The geopolitics of Haiti joining an alliance led by Cuba and Venezuela went against the dictates of Washington D.C.. The Revolutionary Petrocaribe Alliance program was meant to help Haiti regain its' independence from the shackles of American Imperialism. ALBA-TCP sought to reconfigure historically-entrenched power relations within the neoliberal Petro political paradigm of the Americas. The Bolivarian Alliance for the Americas (ALBA) is portrayed in the mockingbird US media as a group of left-wing governments led by Venezuela and Cuba but the revolutionary breathtaking organization was actually able to challenge the status-quo within the Americas. What makes the PetroCaribe Alliance so revolutionary is the fact that they built it around energy(gas). Energy is a construct which crosses all strata, classes, and is something which a whole populace can rally around. The ens legis US built a whole economy (Petro-dollar) around energy(gas) which is what their fiat currency is based upon. Utilizing energy(gas) they were able to establish an alliance of self-sustaining inter-development through expanded and networked infrastructure; creating an autonomous zone. The purpose of this energy region has been to create an alternative development space, excluding the United States from Caribbean development affairs. Though the US was still able to sabotage and eventually destroy the multi-lateral alliance; ALBA-TCP was still able to promote inter-dependence in their region thru energy(gas) and multi-lateral development.

In August of 2008, Chavez announced plans to expand the ALBA-TCP by nationalizing one of the country's largest private banks, the Spanish-owned Bank of Venezuela. The Bolivarian Alliance for the Americas-TCP established the ALBA Bank in 2008 with 1 billion in capital to serve as an alternative to the **World Bank** and **IMF (International Monetary Fund)** but without the debilitating loan conditions. The ALBA Bank also provided financial support for social projects, energy cooperatives, industrial, agricultural products; and has invested $170 million in social programs related to education, culture, and health. Haiti had to borrow emergency funds from the ALBA bank in 2008, after 4 hurricanes had struck the island in 1 month. John Caulfield, the leading U.S. diplomat in Venezuela in 2009, noted that Chávez had used petrodollars to make Venezuela "an active and intractable U.S. competitor in the region". It would be crazy for Haiti to remain under the corrupt policies of the UN, IMF, World Bank and Washington DC which are actually working to undermine its' sovereignty instead of participating in ALBA-TCP. In October of 2009, ALBA leaders agreed at a summit in Bolivia to create a virtual currency. "The document is approved," said Bolivian President Evo Morales, the summit

host. President of Venezuela Hugo Chávez announced "the SUCRE (Sistema Unico de Compensacion Regional) [is] an autonomous and sovereign monetary system that will be agreed upon today so that it can be implemented in 2010." As of 2015, the virtual currency is being used to compensate trade between Bolivia, Cuba, Nicaragua, and especially Ecuador and Venezuela. In the geo-political cold-war between the Caracas, Havana, and Washington DC the establishment of the ALBA bank by Chavez and Castro is of upmost importance. The ALBA bank isn't only a better option but also a direct challenge to the World Bank and IMF. The World Bank and IMF **(International Monetary Fund) are the receivers of the UNITED STATES Bankruptcy via the Emergency Banking Act, March 9, 1933. The International Monetary Fund (IMF) is also the Trustee of the Cestui Que Vie Trust for the Vatican. So, they couldn't have the ALBA giving the Americas an alternative to their systemic slavery which simply went from involuntary to voluntary servitude.**


**On April 29, 2009, Viettel directors were in Port-au-Prince, negotiating a deal for the state-owned communications company TELECO (which wouldn't be consummated until just days before the 2010 earthquake). In attendance at the signing ceremony were Haitian officials like Yves Bastien of the Council for the Modernization of Public Enterprises (CMEP), Charles Castel, the Governor of Haiti's Central Bank (BRH), and Michel Présumé, TELECO's director. The Haitian government sold a 60% share of the country's national telephone company, TELECO, to the Military Telecom Company, known as Viettel, a subsidiary of the Vietnamese Army, based in Hanoi. The sale of TELECO is a continuation of the loss of sovereignty during the Fanmi-Lavalas regime which began with UNSCR 940.** TELECO was the crown jewel of Haiti's state enterprises, but was sold for the fire-sale price of $59 million. **Teleco no longer belongs to the Haitian people as the private company known as Natcom now owns all of Haiti's land-lines.** The ALBA-TCP and PetroCaribe Alliance were so successful that the OAS renewed their membership on 3 June 2009! Thus, for almost the entire time that the OAS has been operating, Cuba has been barred from sending representatives to the OAS and effectively had its membership suspended. It was not until 3 June 2009 that foreign ministers of OAS member countries assembled for the OAS's 39th General Assembly in San Pedro Sula, Honduras, passed a vote to lift Cuba's suspension from the OAS. In October of 2009, Dinasa acquired Chevron's assets and operations in Haiti, which included 58 service centers, the country's largest gas station network. Shell Oil tankers now transport the PDVSA oil from Venezuela to Haiti, Lecorps told Haiti Liberté. Under the PetroCaribe terms, Haiti pays up front 40% to 70% of the value of the petroleum products it imports from Venezuela – asphalt, 91 and 95 octane gas, heavy fuel oil (mazout), diesel and kerosene, with the remaining 60% to 30% paid over 25 years, with a two-year grace period, at an annual interest rate of 1%.


**The CORE Group-Trust and ens legis UNITED STATES ordered the Republic of Haiti not to join nor participate in the ALBA-TCP nor PetroCaribe Alliance at all; which is why the Haitian government had to covertly join the alliances: "for the benefit of the Haitian people". But the straw that broke the camels' back was when the Parliament of Haiti ratified a Tripartite Accord between Haiti, Venezuela, and Cuba late 2009. Washington DC was ok with them defying them for the "Haitian people" but they had gone too far by**

signing an accord with Chavez and Castro.   The Tripartite Accord with Cuba and Venezuela was a part of MBR-200 and prerequisite because Haiti was the only other nation granted permanent member status within the ALBA-TCP.   The Republic of Haiti is currently under the control of the joint-stock trust company CORE Group which was facilitated thru UNSCR 1542 and a Tripartite Accord between the ens legis UNITED STATES, France, Canada and the civil organization "coalition of 184" led by André Apaid. The Haitian politicians are aware of this because they all answer to the US embassy in Haiti. But their greed got the best of them because the Haitian Parliament ratifying a Tripartite agreemeut with Cuba and Venezuela is a conflict of interest for the join-stock trust company CORE Group.   But whether Haitian politicians were oblivious or following their greed the only people that suffered from their actions were the people of the Republic of Haiti.   Unlike President Hugo Chavez and Venezuela (Bolivarian Revolution), the ens legis UNITED STATES repaid its historic debt (Louisiana Purchase) to Haiti with a Doctrine of Misery.   The ink was barely dry on the Tripartite Accord between Haiti, Venezuela, and Cuba; and the PetroCaribe program barely operational when Haiti was hit with a 7.0 Earthquake on January 12, 2010 which killed approx. 300,000 people in 30 secouds and left 1.5 million homeless!

## AS A SIXTH CAUSE OF ACTION

**The utilization of the UNITED NATIONS by the ens legis UNITED STATES for the disenfranchisement of the class participants under Color of Law thru UNSCR 1892**

**Against:   ens legis UNITED STATES**

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral

Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when t**he ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency**

**Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing ***UNSCR 1542, issued on 30 April 2004,*** **to** place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations.** The unilateral intervention UNSCR 940 "Uphold Democracy" and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru** ***UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of*** President Boniface Alexandre and Prime Minister Gerard Latortue ***with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place*** the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France,**

Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8. The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!  After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.**  On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!**  It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD.  Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

**The Republic of Haiti had joined the ALBA-TCP and was a participant of the Petrocaribe Alliance for barely 2 years when the island-nation received its' own version of 9/11; and was hit with a 7.1 earthquake on January 12, 2010; which killed approx. 300,000 people in 30 seconds and left 1.5 million homeless.  After the 7.1 earthquake hit Haiti; SOUTHCOM decided to go live with their system, DISA opened up its' All Partners Access Network (APAN), supported by the TISCP, to any organization supporting Haiti relief efforts. SOUTHCOM assumed control of the Haiti's largest commercial airport, yet most planes with humanitarian assistance from; CARICOM; the Caribbean Community; Médecins Sans Frontieres; Brazil; France; Italy; and even the U.S. Red Cross; trying to land were**

turned away by them.  Many Haitians present have stated on record that a lot of bodies were snatched up for organ harvesting at this time.  This catastrophic event would go on to propel Haiti back onto the world stage with the ens legis UNITED STATES acting as its' benefactor; coming to the aid and rescue of Haiti.  President Rene Preval was nowhere to be found; as President Barack Obama would go on to hold a press conference flanked by former US presidents George Bush Jr and Bill Clinton in which all types of promises were made and people across the world were told to send money in order aid and rebuild Haiti.  Due to the prestige of Haiti's now infamous revolution and the dire straits it's been held in since then, they collected record amounts of aid.  The whole world responded to the tune of approx.  18 billion dollars which was raised for Haiti relief efforts over a period of 5 years.  3 years later the money would disappear and Haiti would be left standing all alone with nothing to show for all the pain and misery this tragic event caused.  It seems Washington DC was more prepared for Haiti's earthquake than any other natural disaster which occurred on their own soil!  An examination of the Clinton Foundation's website today shows no updates on Haiti since July 2015 and the total amount raised for Haiti as just $30 million.

According to Bernard Sansacricq:  "Then in 2010, after the earthquake in Haiti not only American taxpayers but the whole world has given billions of dollars to the Clinton Foundation for the Haitians"; "Not even 2% of that money went back to Haiti".  **The ink was barely dry on a Tripartite Accord (which the Parliament of Haiti ratified late 2009) between The Republic of Haiti, Venezuela, and Cuba (against the wishes of the CORE Group Trust) when the island-nation was hit with its own form of 9/11 when a 7.1 earthquake occurred on January 12, 2010 which calls the coincidence into question:**

A) **Why was U.S. Southern Command SOUTHCOM "coincidentally" in Haiti on January 11, 2010 running Complex Command and Control Emergency Relief Drills; one day prior to the 7.0 Earthquake?**

B) **Why was DynCorp Int., which is part of the clandestine operating division of the CIA, coordinating the efforts of SOUTHCOMM during these "Emergency Relief Drills"?**

C) **Why did the United Nations Security Council Resolution 1892 issued on 13 October 2009 made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the IHRC Funds?**

D) **How did the United Nations know that the Republic of Haiti would need a Special Envoy for a major catastrophe 3 months before it happened?**

E) **My Uni-Lateral Declaration on Behalf of Haiti exposed how UNSCR 940 issued on 31 July 1994 is responsible for the Incursion of DynCorp Int. into Haiti.  Why was DynCorps Int. providing technical and logistical support to HAARP and SOUTHCOMM before the January 12, 2010 ea.thquake which occurred in Haiti?**

F) This isn't the first time Washington DC has used a Weapon of Mass Destruction on an unsuspecting public, the precedent was set on Bikini Island, besides the U.S. killed well over a million Iraqis in their "War on Terror" why not 300,000 Haitians.

President Hugo Chavez of Venezuela shocked the world by accusing the US of "Playing God" **stating "the US Navy launched a weapon capable of inducing a powerful earthquake off the shore of Haiti. This time, it was only a drill, and the final target is destroying and taking over Iran".** He also cited a report from Russia's Northern Fleet which stated that the US used the High Frequency Active Aurora Research Program (HAARP) to cause the earthquake which struck Haiti on January 12, 2010 and killed 300,000. **President Hugo Chavez accused the US of "Playing God"** Digital Journal **reported that Venezuelan President Hugo Chavez accused the United States of causing the Haiti earthquake, which killed more than 300,000 people, through a tectonic weapon. Chavez also accused the US of trying to use the deadly earthquake to occupy Haiti. The Head of the Haitian Senate Joseph Lambert (who was rebuffed after requesting to be made president of a provisional government after the assassination of President Jovenel Moise for "serving the US for 25 years") knew the consequences of ratifying an accord with Venezuela and Cuba after the CORE Group warned them about joining the PetroCaribe Alliance. The artificially induced earthquake was a form of punishment by the CORE Group Trust, but they don't care about risking the lives of the Haitian people as long as they're still able to enrich themselves with PetroCaribe funds. It was also meant to disrupt the reestablished diplomacy which was developing between Haiti and Venezuela.** According to an unconfirmed report by the Russian Northern Fleets, the tragic earthquake in Haiti was caused by a US navy earthquake weapon that went "horribly wrong," reports PressTV. The weapons test was originally supposed to be used against Iran but caused the cataclysmic earthquake in the Caribbean country. The report further states that the system carrying out these tests is the High Frequency Active Auroral Research Program (HAARP). The data also coincides with a previous report that associates the 2008 7.8 magnitude earthquake in China with HAARP. HAARP technology is based on Nikola Tesla's research and inventions which were confiscated and further developed by the US upon his death. An interesting fact is that Tesla invented a machine which could provide free Wi-Fi electricity to the world. It's a dire state of civilization when a government won't develop an invention which could give free energy to the world and instead develops it into a Weapon of Mass Destruction

**An excerpt from the New York World Telegram July 11, 1935: Nikola Tesla revealed that an earthquake which drew police and ambulances to the region of his laboratory at 48 E. Houston St. in 1887 or 1888 was the result of a little machine he was experimenting with at that time which "you could put in your overcoat pocket". The bewildered newspapermen pounced upon this as at least one thing they could understand and "the father of modern electricity" told what had happened as follows: "I was experimenting with vibrations. I had one of my machines going and I wanted to see if I could get it in tune with the vibration of the building. I put it up notch after notch. There was a peculiar cracking sound. "I asked my assistants where did the sound come from. They did not know. I put the machine up a few more notches. There was a louder cracking sound. I knew I was approaching the vibration of the steel building. I pushed the machine a little higher. "Suddenly all the heavy machinery in the place was flying around. I grabbed a hammer and broke the machine. The building would have been down about our ears in another few minutes. Outside in the street there was pandemonium. The police and ambulances arrived. I told**

my assistants to say nothing. We told the police it must have been an earthquake. That's all they ever knew about it." Some shrewd reporter asked Dr. Tesla at this point what he would need to destroy the Empire State Building and the doctor replied: "Five pounds of air pressure. If I attached the proper oscillating machine on a girder that is all the force I would need, five pounds. Vibration will do anything. It would only be necessary to step up the vibrations of the machine to fit the natural vibration of the building and the building would come crashing down. That's why soldiers always break step crossing a bridge."

America has been waging a covert War of Terror on the Republic of Haiti while claiming to be helping it openly. The War on Terror is similar to the War on Drugs in that it is part of the US Military Industrial Complex war for profit strategy. Washington DC claims to be fighting a War on Terror while funding it in order to maintain the Military Industrial Complex. The Soviet invasion of Afghanistan was provoked by the CIA trying to engineer a coup that would've created a government on Russia's flank that would've been loyal to CIA like the Shah in Iran. The Soviet were not willing to let that happen so they put in their troops. The CIA have worked with Afghanistan's Mujahedeen since 1979 when president Jimmy Carter signed off on a covert war against Russia to combat the Soviet invasion of Afghanistan from 1979-80. Opium sales were used to fund this covert op with the Mujahedeen who would later become the Al-Qaeda and Taliban accused of orchestrating 9/11. In July 2000 Taliban leader Mulla Mohammed Omar declared growing opium poppies un-Islamic and began collaborating with the UN to eradicate heroin production in Afghanistan. This resulted in one of the world's most successful anti-drug campaigns with a 99% reduction in opium poppy grown in Taliban areas which is 3/4 of the world's heroin supply. In September 2000 the Taliban sent a delegation to the UN headquarters in NY to trade upon the country's continuing drug prohibition in a bid for diplomatic recognition instead UN imposed sanctions for protecting "Osama Bin Laden". The US provided them humanitarian aid to the tune of 43 million and Colin Powell stated "the ban on poppy cultivation is a decision by the Taliban that we welcome "but "their support for terrorism; violation of internationally recognized human rights standards; especially their treatment of women and girls". In the aftermath of the 9/11 attacks, which was also a highly sophisticated clandestine operation, the US began bombing Afghanistan on October 2001. The CIA shipped 70 million in cash into the country to mobilize its old cold war coalition of tribal warlords to fight the Taliban. With the support of British forces, they launched an invasion spear headed by these local warlords and the Taliban regime collapsed. Opium production began again with the US occupation of 2001. More land is now used for opium production in Afghanistan than is used for cocoa cultivation in Latin America and supplies more than 90% of the heroin worldwide. Afghanistan's unique ecology converged with American military technology to transform this remote, landlocked nation into the world's first true narco-state. DynCorp Int is 1 of 3 preeminent private mercenary corporations in the world and is the dominant entity for training security forces in the middle east. They also manage police and court system in US occupied Iraq. DynCorp Int is also a CIA proprietary organization, a business designed to provide a service wanted by the CIA which is secretly owned by the CIA but disguised to appear in public as an independent private business.

The events of 9/11 were also used as an excuse for the War in Iraq under the pretense of Saddam

Hussein harboring "Weapons of Mass Destruction". General Colin Powell verified the WMD's at the UN in order to go war in Iraq so it was a big disappointment when none was found after the invasion. There were a lot of discrepancies around 9/11 and the official narrative given such as NORAD given the day off; black boxes not being recovered; MOSSAD was implicated and the Jewish community seemed to be aware of the attack before it happened because none of them went to work at the Twin Towers that day; FDNY claimed they heard explosions going off as they were trying to rescue people; the insurance of the building was changed before the event; and most of the wealth located underneath the towers disappeared; etc. but what's most amazing is it accomplished the goals, tenets and timeline of a Project for New American Century! **The "War on Terror" utilized war as a metaphor to describe a variety of actions which fall outside the traditional definition of war taken to eliminate international terrorism. 43rd President of the United States George W. Bush first used the term "War on Terrorism" on 16 September 2001, and then "War on Terror" a few days later in a formal speech to Congress. Ironically, the "War on Terror" vanquished all questions about President Bush's controversial election vs Al Gore. President Bush indicated the enemy of the "War on Terror" as "a radical network of terrorists and every government that supports them". The initial conflict was aimed at al-Qaeda, with the main theater in Afghanistan and Pakistan, a region that would later be referred to as "AfPak".**

President Bush, the Orwellian US Intelligencia Agencies and Mockingbird Media also utilized 9/11 and their "War on Terror" to manufacture a war with Iraq with the claims of Saddam Hussein also having "Weapons of Mass Destruction". After 9/11, came the passage of the PATRIOT Act, and an increase in the budget of the Military Industrial Complex for the "War on Terror". The restraints on the FBI that were in place since the revelation of COINTELPRO by a Secret Citizens Council were loosened and the FBI's mission formally shifted to domestic intelligence again. The failure of the various intelligencia agencies to coordinate information was used as an excuse so the division among intelligence agencies was also loosened after 9/11 for the exchange of information. In the War on Terror the Bureau now spends an inordinate amount of time and resources paying or otherwise bribing criminals into becoming paid informers, and using them to goad and entrap young, poor, and sometimes mentally handicapped Muslim men into carrying out terrorist attacks they would neither have the wherewithal nor intention of otherwise committing. Since 2014, at least eighty-eight people have been arrested on charges of supporting ISIS, many of which had little or no connection to the terrorist group. That doesn't even count those arrested on more generic terrorism charges, typically in plots the FBI themselves have created. This is a continuation of methods the FBI pioneered during the COINTELPRO years, when the Bureau regularly paid provocateurs to infiltrate student protesters and urge violence but worse because the foreign and domestic capabilities of the intelligence communities have been combined against the American people.

9/11 was a major catastrophic event which changed the course of "UNITED STATES" history and the cause for the ongoing "War on Terror". 9/11 was also the first time that the US was attacked domestically in North America by foreign powers since the Revolutionary Era. During my service in the USMC, I was trained by my first colonel, a battalion commander at I MEF who was a proponent of military use of non-violent weapons, on the use of WMD's. I believe they're utilizing HAARP to intimidate the Haitian population into submission or depopulate the nation

as per Ottawa Initiative and CORE Group-OAS Trust.  Utilizing 9/11, the ens legis US Military Industrial Complex was able to manufacture a global "War on Terror" which would give Maj Smedley Butler nightmares.  The Vietnam War was also a for profit war manufactured by the CIA thru the Gulf of Tompkins incident in order to manufacture a war for the Washington DC Military Industrial Complex.  The Mockingbird media immediately began broadcasting Osama Bin Laden and his Al-Qaeda network as the ones behind the 9/11 attack.  **According to Washington DC:  the "War on Terror", officially the "Global War on Terrorism" (GWOT), is an ongoing international military campaign initiated by the United States following the September 11 attacks.  The targets of the campaign are primarily Islamic terrorist groups, with prominent targets including al-Qaeda and the Islamic State of Iraq and the Levant (ISIL).**

The fascist National Security State established by the Dulles brothers reared its ugly head again with the 9/11 attacks.  After 9/11 The MOCKINGBIRD Orwellian Intelligencia Agencies began coordinating together against the American people, the FBI now had access to the National Security Agency's data retrievals, and proceeded to investigate organizations simply because they opposed the war in Iraq. Among the FBI's targets were the Catholic Worker and the American Friends Service Committee.  The development of Internet Social Networks has made domestic surveillance easier for the intelligence gathering agencies.  In fact, the only reason Washington DC was able to get away with 9/11 is due to the MOCKINGBIRD media working with the Orwellian Intelligencia Agencies.  **According to Review of "How Democracy was manipulated through the mainstream Media" by Staffan H. Westerberg & Pete Engwall): Operation Mockingbird is "probably the most important vehicle ever for the power that is behind the CIA to control and manipulate the public. Mockingbird is perhaps the most devastating Intel project ever inflicted on the American people and democracy in the United States."  The longstanding relationship of the "Company" with the CBS network, former CIA director Allen Dulles' friendship with CBS' president and CFR member William Paley has been duly noted.  The president of CBS News from 1954 to 1961, CRF member Sig Mickelson, acted as Paley's liaison with the CIA, using a direct telephone line that bypassed the network switchboard and connected directly with the Agency. The chief directors and news anchors of CBS have also been CIA-connected.**

**According to Jim Keith, J., 2003, Mass Control: Engineering Human Consciousness: "During the 1950s American mass media interlocked directly with the CIA, the Agency feeding information to journalists in exchange for their own intelligence developed domestically and abroad. Reporters were employed by the CIA to deliver communiqués as well as money to contracts, and to tow the Agency line in their own dispatches. The CIA even ran a training program teaching reporting skills to agents.**
**It is virtually impossible to determine the exact number of American journalists who are currently on the CIA or other intelligence agency payrolls- much less who are informally slipped information- but in 1977 Carl Bernstein, in an article for Rolling Stone, guessed the number at that time to be about 400.**

**"Allen Dulles organized (with Cord Meyer) and personally oversaw Operation**

Mockingbird, a program that influenced foreign and domestic media companies. By 1953, the CIA had major influence over 25 major newspapers and wire agencies. The CIA recruited leading American journalists into a network to help present the CIA's views, and funded some student and cultural organizations, including the National Student Association, and magazines as fronts. As it developed, it also worked to influence foreign media and political campaigns, in addition to activities by other operating units of the CIA. Alex Constantine states: "some 3,000 salaried and contract CIA employees were eventually engaged in propaganda efforts".... To constrain newspapers from reporting about certain events, including the CIA plots to overthrow the governments of Iran and Guatemala."

The National Security State was able to create a postmodernist global hyperreality with 9/11. Proposed by Jean Baudrillard, the concept of hyperreality captures the inability of consciousness to distinguish reality from a simulation of reality. This is more prominent in technologically advanced societies. Hyperreality is seen as a condition in which what is real and what is fiction are seamlessly blended together so that there is no clear distinction between where one ends and the other begins. According to Jean Baudrillard there are three kinds of simulations:

The first is as close a copy of reality as we know how to create. We know it is an artifice, we know it is counterfeit, but we accept it as a representation. Paintings, throughout history, would be examples.

The second is a copy so good that it blurs the boundaries between reality and representation. The early debates on photography as being just like reality illustrate this. Ideological positions can also blur reality and artifice. We still, however, believe that we can analyze, politic or critique our way to separating the real from the imaginary.

The third is hyperreality, where the copy comes to our mind and is accepted as real, even before the 'actual' real world. As an example, he notes that the huge tail fins on American cars of the 1950/60s suggest speed, but actually create drag. There is thus no longer a distinction between reality and representation, just simulacrum. Baudrillard discusses the empty functionalism of such an approach to technologies, he calls these tech objects 'machin' (or 'gizmo'). These things operate, for us, in an imaginary world rather than a real one.

Capitalism for Baudrillard suggest that it is capital that defines our identities, with multinational companies no longer defining national identity. We have lost touch with labour. The people who make our products and services are invisible. In hyperreality, we, as consumers of goods and services, have come to accept exaggerations as determining what is real. It is part of our belief system, for example, in accepting a manufacturer's promise.

What's interesting is that Baudrillard utilized coverage of 9/11 and the Gulf War as examples of the mis-representation of events by the media. Hyperreality makes it logically impossible to deny an event without evidence of what actually happened (anything else is pure guesswork and fantasy). Karl Marx also noted that some kind of false consciousness keeps us from seeing the real workings of the world; government, industry etc. We ought to be able to analyze our way to understanding such power relationships, as suggested in Baudrillard's second level of simulation, but we don't. Postmodernism, with its lack of one underlining ideology, relies on articulating

everything via language, and combining all kinds of 'centres' of thoughts, themes and executions. Language is always ideological rather than perceptual; it is constructed with simulacra. In the book Simulacra and Simulation; Jean Baudrillard (1929-2007) wrote: 'Simulation is no longer that of a territory, a referential being, or a substance. It is the generation by models of a real without origin or reality: a hyperreal. The territory no longer precedes the map, nor does it survive it. It is nevertheless the map that precedes the territory – precession of simulacra – that engenders the territory'. (Baudrillard, 1981: 1). He went on to write: 'It is no longer a question of imitation, nor duplication, nor even parody. It is a question of substituting the signs of the real for the real'. (1981: 2)

The hyperreal global "War on Terror" was also utilized as a pretext, like its Cold War predecessor, to boost foreign military presence in Africa and increased external support for repressive regimes! AFRICOM, France, and UN presence became especially pronounced and focused within countries with valuable energy resources and those deemed susceptible to terrorist infiltration. Facets of the global "War on Terror" in Africa include: bombings in Mombasa, Kenya, in 2002, against Israeli-linked targets, which was claimed by Al-Qaida; the government of President Amadou Toumani Touré in Mali dealt with Al-Qaida in the Islamic Maghreb (AQIM), a predominantly Algerian dissident group; the DRC has had to deal with the "terrorist" group Allied Democratic Forces (ADF) which established ties with ISIS in late 2018; Ethiopia has had to contend with the TPLF (Tigray People's Liberation Front) initiating violent conflicts with federal forces in the northern region of the country. U.S. intervention in Somalia on the Horn, Libya on the Mediterranean coast, and Mali and Niger in the Western Sahel have also been part of the "War on Terror". Case studies of the "War on Terror" from across the continent have provide evidence that external military and covert operations haven't translated to African security. Rather, they frequently have exacerbated tensions and frustrated prospects for peace.

The adoption, in 2006, of the UN Global Counter-Terrorism Strategy marked a shift away from a "hard" military style counter to the "War on Terror", towards a more nuanced approach that combines concerns over security with the pursuit of "development and the promotion of human rights". The Obama administration sought to avoid use of the term "War on Terror" and instead preferred to use the term Overseas Contingency Operation. On 23 May 2013, Obama announced that the Global War on Terror was over, indicating that the U.S. would not wage war against a tactic but would instead focus on a specific group of terrorist networks. Both skeptics and experts welcomed US President Barack Obama's moves to shed the rhetoric of the previous administration. That shift, they said, fosters a global climate that is more favorable to the UN's "strategy"! The moves by major powers away from a narrowly militaristic response now created space for a "new approach", noted a group of experts on terrorism convened by the United Nations.

On January 15 the UN Secretary General Ban Ki Moon and Bill Clinton, the UN special envoy to Haiti, launched an appeal at a meeting with diplomats in New York for nearly $1.5 billion in earthquake relief which was almost three times the world body's initial request, that never made it to Haiti! 130 countries attended a conference held at the United Nations headquarters, New York entitled "Towards a New Future for Haiti" to urge donors to provide $11.5 billion over the next 10 years for the reconstruction of the Caribbean nation that was devastated by a massive earthquake including $ 3.8 billion to implement specific projects over the 18 coming months.  H.E. Hamad bin Jassem, the Prime Minister said the portion of Qatar donation was to support education, health and provision of shelter in Haiti.  President Préval, US Secretary of State Hillary Clinton and her husband Bill Clinton, the UN special envoy to Haiti, attended the conference in addition to the main donors of Haiti, Brazil, Canada, the European Union, France and Spain and many international governmental and non-governmental organizations. The World Bank and the International Monetary Fund (IMF) also participated in conference. Prime Minister and Foreign Minister of Qatar Sheikh Hamad bin Jassim bin Jabr Al-Thani and a number of permanent representatives to the United Nations also attended the conference.  For its' part Venezuela forgave over 295 million in debt after the 2010 earthquake; which Haiti had accrued since joining the Petrocaribe Alliance in 2007.  The Bolivarian Alliance for the Americas (ALBA-TCP) also began developing a plan of aide for Haiti (since it was a permanent member) which, as it turns out, is where most of the financial support to help rebuild Haiti came from at the time.  After the earthquake of 12 January 2010, the ALBA was the first to send humanitarian aid to Haiti.  The first plane to land was a plane of ALBA from Venezuela, coordinated by President Hugo Chavez, followed by two planes from Cuba, one with a field hospital and the other with the medical staff.

In the years leading up to the quake, crime was on the rise in Haiti but it was also a time of "rare political stability," the AP reports. "The economy started improving, with growth reaching almost 3 percent in 2009, the second-fastest rate in the hemisphere, according to the International Monetary Fund".  This was due to the influx of funds from PetroCaribe; **after the earthquake Venezuela forgave over 295 million in debt which Haiti had accrued since joining the Petrocaribe program in 2007.  The ALBA-TCP also began developing a plan of aide for Haiti (permanent member) and as it turns out, most of the financial support to help Haiti rebuild at this time came from Petrocaribe.** Haiti, in turn, had reportedly withdrawn 110 billion gourdes (c. 1.3 billion US dollars) since the 2010 earthquake with Venezuela also writing off Haiti's 396-million-dollar debt from deferred payments.  In Haiti, PDV Caribe and the Cuban state-utility UNE assembled power plants in Carrefour ( MW), Gonaives (13 MW), and Cap-Haïtien (13 MW) with the aim of contributing electricity to emergency services after the devastating earthquake of 2010.  Global Cement Magazine released an article in August 2012 stating that "Although Haiti is blessed with natural limestone, a lack of cement production capacity and poor infrastructure prevent much of it from being converted into cement domestically".  If Haiti is so rich in limestone, and is under re-construction; why is Haiti is not producing its own cement?  Which would greatly reduce building costs and boost infrastructure development

Haiti Wiki-leaks connected the Clintons to child-sex-trafficking in Haiti on January 29, 2010 when Laura Silsby was caught and arrested fo.· trying to kidnap 33 kids in Haiti. Silsby is the former director of "The New Life Children's Refuge" and the leader of a group of 10 U.S. Baptist missionaries who attempted to transport Haitian children without that government's approval, out of the earthquake ravaged nation.  Haiti Wiki-Leaks of government emails revealed that Clinton staffer Huma Abedin was "constantly forwarding emails to Hillary Clinton" about Laura Silsby's situation.  The lawyer who pretended to defend her in court was Jorge Puello who is wanted by police in at least four countries in connection with charges of sex trafficking of girls and women; making counterfeit documents; and violating parole.  These child sex traffickers are connected to (NPH) Friends of Haiti who run 760 orphanages in Haiti thru Max Maccoby who is on the Board of Directors.  She was eventually convicted and released for time served due to the influence of Hillary Clinton. Declassified Haiti Wiki-Leaks of government emails revealed that Clinton staffer Huma Abedin was "constantly forwarding emails to Hillary Clinton" about Laura Silsby's situation.  Ezilio Danto former Γanmi-Lavalas lawyer prosecuted the project Pierre-Toussaint and its founder Douglas Perlitz for sexually abusing boys in their care.  There is evidence of child sex trafficking started thru US stated dept. funded NGO's and orphanages in Haiti.


In the wake of the disaster, the government of Haiti set up the Interim Haiti Recovery Commission (IHRC), co-chaired by Bill Clinton and former Haitian Prime Minister Jean-Max Bellerive.  Three months after the earthquake, on April 21, 2010 the Interim Haiti Recovery Commission (IHRC) was inaugurated.  The I.H.R.C. was set up by UN Special Envoy William J Clinton in the aftermath of the Haitian Earthquake of January 12, 2010.  The malfeasance of Washington DC; IHRC; US state department agencies; US NGOs; the United Nations; foreign church groups; and international banking institutions are exposed thru the lens of the available 307 Wiki-leaks of U.S. government cables/emails on Haiti released on March 16, 2016.  Scarcely a month into the reconstruction process, it was being described in a diplomatic cable as a 'gold rush' for government contractors and aid groups." On February 1, the US Ambassador to Haiti, Kenneth Merten, cheerfully titled a section of his situation report, "THE GOLD RUSH IS ON!".  One of the most disastrous policies of the Duvalier era was their use of U.S. non-government organizations to fill in what their government could not or would not do for the Haitian people which had "elected them".  Ever since their departure these US state funded NGO's Have basically been governing Haiti. leading to a what still exists today.  It was these same NGO's, which have a heavy presence in Haiti till this day, who were so ineffective after the 2010 earthquake.    That's why Haiti is commonly referred to the Republic of NGO's.  According to the U.S. State Department the IHRC is co-chaired by the Government of Haiti and the UN Special Envoy to Haiti but the Haitian Parliament was "coerced/forced" into voting to dissolve itself by the Clintons in order to make way for the IHRC.


UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the Interim Haiti Reconstruction Commission (IHRC)

in order to access the Haitian Relief Funds but in practice this mandate was never followed and left Haitian government officials completely out of the equation.  All major projects, those worth 10 million U.S. dollars or more, had be approved by the IHRC Board of Directors.  Breaking with the IHRC charter, William J Clinton and Max Bellerive gained the right of final approval over all major construction projects in Haiti.  As the reconstruction money poured in, the IHRC became increasingly arrogant and opaque.  According to Haiti Wiki-leaks:  Secretary of State Hillary Clinton was coordinating with a Clinton Foundation official to identify FOB's (Friends of Bill) in order to prioritize them for contracts in Haiti with the IHRC.  One of these FOB's was Denis O'Brien who got his lucrative Digicel contract in Haiti from the IHRC due to donations to the Clinton Foundation.  Digicel was able to earn a tidy $50 million from their disaster-recovery efforts in just six months!  By 2012, the company had managed to take over 80 percent of Haiti's cellphone market and made more money in the island-nation; than in any of the firm's other global divisions.  Haitian ministers and elected officials were blocked from IHRC meetings because they were "not on the list".  Politicians in Haiti realize that the wealth of the island-nation is being stolen but they still work in the interest of the international community.  For instance, Bill Clinton and the IHRC's Jean-Max Bellerive are also board members of VCS Mining!  This isn't the first time the Clintons have prioritized (Friends of Bill) in pay to play politics.  During his tenure as Governor of Arkansas William J. Clinton was implicated in a money laundering scheme associated with the Iran/Contra scandal.  Arkansas legislators voted on a Bill creating the Arkansas Development Finance Authority (ADFA) to provide low interest bond loans to churches, schools and colleges.  Instead ADFA, represented by the Rose Law Firm where Hillary Clinton worked as a lawyer and lobbyist, made low interest bond loans strictly to (Friends of Bill).

The ADFA was at the center of financial dealings in which large amounts of money could be moved around easily and discreetly with no detection.  It is the responsibility of the Dragons blood UN, due to the fact that they should have known that the IHRC would end up operating as a pay to play unelected government, where political participation was based on money like the ADFA.  In addition, the IHRC even gave themselves the power to grant titles which led to them taking land without compensating people.  A study of Haiti Wiki-leaks exposes the fact that the Haitian earthquake was used as a pretext for the joint-stock trust company CORE Group to profit off of their Doctrine of Misery in Haiti.  According to Ricardo Seitenfus, the special representative from the Organization of American States (OAS) to Haiti, told the Swiss daily Le Temps, "If there is failure of international aid, it is Haiti."  US heads of state requested humanitarian aid on behalf of Haiti and the world responded to the tune of approximately 19 billion dollars which never made it to the Haitian people.  The IHRC ended up operating as a pay to play unelected government, where political participation was based on money, as the billion in Haitian Relief Funds never made it to the people.  Eric Braverman was the CEO of the Clinton Foundation at the time of the Haitian earthquake and helped set up the IHRC with Special Envoy William J Clinton as a mechanism to funnel over 10 billion of disaster relief funds thru USAID and the World Bank out of Haiti!  Diplomats are immune except for circumstances when in connection with any role they may play as executor or heir to an estate being distributed in the host country.  Only sovereign nations can grant diplomatic immunity, as UN Special Envoy and

Executor of the IHRC diplomatic immunity doesn't protect him from being prosecuted for funds of relief aid embezzled by the IHRC.

Haiti Wiki-Leaks also revealed that the Clinton Foundation wasn't operating lawfully as a tax-exempt organization in Haiti. It was originally formed to build a presidential library for Bill Clinton, based in Little Rock, Ark, and began work in Haiti in 2003 but it didn't have clearance from NY authorities to operate internationally, which is why no official audit was conducted for several years. It failed to fill out its' 990's from 1998-2007 aggregating their government grants. The Clinton Foundation isn't authorized by the IRS to engage in activities such as fighting HIV/AIDS, disaster relief, and climate change interna⁺ionally, which is more fruitful than fundraising. It hasn't complied with NY laws which clearly require the identity and amounts of all government grants (domestic and foreign) be reported. It is the responsibility of the for funds UN, who made William J. Clinton special envoy to prosecute and return these misappropriated funds to the republic of Haiti. Diplomatic immunity is not intended to serve as a license for persons to flout the law; the UN must not ignore or condone the commission of crimes which violate International Law. The IHRC is estimated to have collected $5.3 billion over two years and $9.9 billion over three years totaling to a whopping 19 billion after 5 years, without reconstructing much of anything. The United Nations falsely claims that 12.34 billion of the misappropriated IHRC funds has been earmarked for post-earthquake reconstruction thru 2020 and as of 2015 the US has allocated 4 billion and claims 3 billion has been spent in Haiti and the rest is dedicated to longer term projects which the Republic of Haiti was supposed to begin upon receiving earthquake relief funds thru IHRC since 2010 but the Haitian people have never seen any of these funds in action.

Another person who profited from Haiti's earthquake was Hillary Clinton's younger brother Tony Rodham. In October of 2013, he joined the board of VCS Mining. In December 2012, VCS Mining was one of two companies to win a contract to mine for gold in Haiti. Haiti had not issued permits to mine gold in almost 50 years prior to this deal. How did VCS do it? In 2012, VCS chief executive Angelo Viard met Tony Rodham at a Clinton Global Initiative (CGI) event. If Viard didn't hire Rodham because of his family ties, then why did he also pay $20,000 membership fee to the Clinton Foundation? Rodham's tiny company, VCS Mining (which at the time had scant mining experience), had a heavyweight board that included Bill Clinton and the IHRC's Jean-Max Bellerive. VCS received a sweetheart deal from the Haitian government, to whom it would only owe royalties of 2.5 percent, a rate that's less than half of a standard contract, according to many in the mining industry. Not only that, but VCS received the right to renew its contract for 25 years. In court testimony published by The New York Times, Rodham was quoted as saying, "I deal through the Clinton Foundation. That gets me in touch with Haitian officials. I hound my brother-in-law [Bill Clinton] because it's his fund that we're going to get our money from. And he can't do it until the Haitian government does it". It is worth noting that mining for gold can be extremely hazardous to the environment of Haiti. To separate the gold from the rock, some mining companies use cyanide. If another earthquake hits Haiti, there is a chance that the cyanide could escape into the soil and/or the water supply. Many Haitians could die to service the greed of Clinton Foundation donors and recipients.

Haiti Wiki-Leaks also exposed how US Secretary of State Hillary Clinton chose candidate Michel Martelly for a legislative coup d'état after her 18-month lease of the Haitian government by the IHRC was done. The CORE Group trust wasn't remotely interested in rebuilding Haiti after the catastrophic earthquake and pushed the government to hold elections immediately after the tragedy! The US put forth 38 million and Canada put up to $6 million for the November 20 elections which excluded the Fanmi-Lavalas party from participation. What's interesting is the March 29, 1987 Constitution bared Duvalierists from participating in the government for 10 years. But that policy has never been enforced. Candidate elect Michel Martelly actually lost during the first round of these elections, yet after the results of the Nov. 28 first round, State Department chief of staff Cheryl Mills tried to advance him to the second round. **Secretary of State Hillary Clinton flew to Port-au-Prince in January 2011 to pressure President Rene Préval to supplant his candidate Jude Célestin with Michelle Martelly for the second round of elections.** As part of foreign pressure, the Core Group Trust discussed expelling sitting President René Prevál from the country days after the first round of elections, which the powers pressed for despite the devastating January 2010 earthquake and ensuing cholera outbreak. The head of the United Nations Stabilization Mission in Haiti (MINUSTAH), Edmond Mulet, gave Préval 48 hours to leave the country, reports Seitenfus. "Prevál will have to leave the presidency and abandon Haiti," to which "Préval responded to Mulet by saying 'he is not [twice ousted President Jean-Bertrand] Aristide, but that he is Salvador Allende'" Chile's first socialist president, who died in office during a coup in 1973!

The Haitian government eventually requested that a mission from the Organization of American States (OAS) come to Haiti to analyze the results. The OAS mission, despite not conducting a recount or any statistical test, also recommended replacing Celestine in the runoff with Michel Martelly. Secretary of State Clinton "and Susan Rice pressured then-President René Préval with the loss of U.S. and international aid unless the election results were changed to fit the OAS's recommendation," which was, in fact, Washington DC's recommendation. Washington DC also revoked and eventually returned visas of his loyalists as part of their pressure tactics to get President Préval to replace his party's candidate, Jude Célestin, from the runoff in favor of singer Michel Martelly. After Martelly's supporters protested their candidate's third-place showing, a six-person OAS mission, including a Canadian representative, concluded that Martelly deserved to be in the second round. But, in analyzing the OAS methodology, the CEPR determined that "the Mission did not establish any legal, statistical, or another logical basis for its conclusions." Nevertheless, Ottawa and Washington pushed the Haitian government to accept the OAS's recommendations. Foreign minister Lawrence Cannon said he "strongly urges the Provisional Electoral Council to accept and implement the [OAS] report's recommendations and to proceed with the next steps of the electoral process accordingly." In an interview he warned that "time is running out", adding that "our ambassador has raised this with the president [Rene Préval] himself." The CEPR described the intense western lobbying. "The international community, led by the US, France, and Canada, has been intensifying the pressure on the Haitian government to allow presidential candidate Michel Martelly to proceed to the second round of elections instead of [ruling party

candidate] Jude Celestin."

**While their preferred candidate was in third place the CORE Group then dispatched an OAS "Expert Verification Mission" that determined (without offering any proof) extreme right-wing candidate Michel Martelly deserved to be in the second-round runoff. In effect, the Core Group utilized the OAS to reassert their claim!  That was when Préval understood he had no way out and capitulated to the change S.O.S. Clinton wanted and replaced his candidate with Michel Martelly on the ballot.   After a second-round contest, with exceptionally low turnout, Martelly was named the winner over Mirlande Manigat. It wasn't even clear if Michelle Martelly should have been allowed to run because of his citizenship status yet due to the lack of CEP validation these elections were deemed fraudulent despite being "validated" by the OAS.**  As usual, President Préval complied, although the CEP members, constitutionally the "final arbiter" of any Haitian election, never validated the US altered election results.  Half of Haiti's electoral council agreed to the OAS changes, but the other half did not.  The second round was unconstitutional, noted Haïti Liberté, as "only four of the eight-member Provisional Electoral Council (CEP) have voted to proceed with the second round, one short of the five necessary. Furthermore, the first-round results have not been published in the journal of record, Le Moniteur, and President Préval has not officially convoked Haitians to vote, both constitutional requirements.  Hillary Clinton's emails reveal a different scenario. Their partner in crime, Pierre Louis Opont himself, the president of the Haitian electoral council both in 2010 and in 2015, has publicly testified that he gave the Internationals one result and they returned with a different one:   ***"Pierre Louis Opont said Cheryl Mills and the OAS adjusted the results to place Martelly in power".***

**After observing the November 2010 Haitian electoral process, an OAS official Ricardo Seitenfus, criticized the international community for meddling in Haiti and was ousted from OAS on Christmas Day in 2010.  In *Rebuilding Haiti: Between Hope and the Imperial Trident*, this former Organization of American States (OAS) special representative to Haiti, Ricardo Seitenfus, details the joint-stock trust company Core Groups' role in an "electoral coup" that brought the ruling clique to power.  Seitenfus suggests the Core Group "decided who the next president of Haiti would be before the elections even took place" in November 2010 and during the subsequent runoff.**  All of the pressure applied by the Core Group Trust upon the administration of President Preval in order to place Michel Martelly in second-round run-offs; was so they could bring him to power thru fraudulent elections.  Michel Martelly is actually the first President of the joint-stock trust company CORE Group not the people of Haiti!  Washington DC didn't trust President Preval because he had covertly joined the ALBA-TCP and PetroCaribe Alliance when they told him not to.  Martelly was someone they could control and assured wouldn't continue or sabotage Haiti's participation in the ALBA-TCP and PetroCaribe Alliance.  Michel Martelly is a popular musician who shared the nickname "Sweet Mickey" with the late army lieutenant colonel, police chief, and Fort Bragg graduate, Joseph Michel "Sweet Mickey" Francois, a subsequently indicted drug smuggler and one of the main authors of the bloody first U.S-backed regime change (Sept. 30, 1991) that overthrew President Jean-Bertrand Aristide.  Since the Iran/Contra Affair Washington DC has been using Haiti as a drug trans-shipment point but under the Clinton-Martelly led presidency

Haiti became influenced directly by well-connected drug dealers.   Martelly created the Tet Kale PHTK a political party whose members have been connect to drug activities.   Unlike Preval; President Martelly had a pre-inauguration meeting not with the foreign minister of Venezuela, but that of Colombia, whose US-oriented neoliberal development plan he said he would emulate!

The voter turnout for the US and OAS-rigged (s)election in 2010 was around 22 percent and, in 2016, it was 17 percent, the lowest ever recorded in the Americas.   Martelly was a long-time Miami resident; who made no secret of his antipathy towards Haiti's "stinking" masses, as he described them in a YouTube video.   He shouldn't even have been allowed to participate in these elections because he's a US citizen who once held a U.S passport.  Michel Martelly is a popular musician who shared the nickname "Sweet Mickey" with the late army lieutenant colonel, police chief, and Fort Bragg graduate, Joseph Michel "Sweet Mickey" Francois, a subsequently indicted drug smuggler and one of the main authors of the bloody first U.S-backed regime change (Sept. 30, 1991) that overthrew President Jean-Bertrand Aristide.    A supporter of the 1991 and 2004 coups against elected president Jean-Bertrand Aristide, Martelly was a member of the Duvalier dictatorship's dreaded Tonton Macoutes. As president, Martelly would surround himself with former Duvalierists and death squad leaders who'd been arrested for rape, murder, kidnapping and drug trafficking.  His reception by Secretary of State Hillary Clinton, after his highly controversial and fraud-marred election, was exceedingly warm.   "We have been on the wrong road for the past 25 years," Martelly recently declared, placing Haiti's wrong turn, in his opinion, at about the time of the U.S.-backed Duvalier dictatorship's fall and the emergence of the democratic nationalist movement that became known as the Lavalas. The US has learned not to molest the symbols of sovereignty as it dismantles the real thing. For example, the 1987 Constitution has not formally been changed, but the letter of a series of amendments proposed by Bill Clinton is being systematically followed. Hillary Clinton sends her congratulations on Flag Day to her hand-picked Haitian president. Unbeknownst to most Haitians, the July 28 "Carnaval des Fleurs" celebrates the anniversary of the first US invasion.

Since the Iran/Contra Affair Washington DC has been using Haiti as a drug trans-shipment point but under the Clinton-Martelly led presidency Haiti became influenced directly by well-connected drug dealers.   The CORE Group-OAS Trust finance elections, control the economy of Haiti, are the legal advisor to the Haitian president; facilitate and also profit off of the drug trade in Haiti.   Haitian politicians like Martelly profit off of the drug trade which fund and control gangs in Haiti.  The gangs are there to ensure election results and use the same tactics as the Ton Ton Macoutes.  The gangs in Haiti were first utilized by President Aristide who began weaponizing them after disbanding the Haitian military in his return to power under UNSR 940.  To his credit the Haitian military (FADH) was used to keep the population in line by Washington DC and had committed a lot of coups on their behalf but he may have done it in order to control the drug trade during his regime.  Before that the FAD'H controlled the drug trade.  It was during the administration of President Martely that the gangs of Haiti became

worse and began multiplying until they became out-of-control during the administration of President Moise.  Under Martelly the Syrio-Lebanese oligarchy and Haitian politicians gained full control of gangs which Aristide had started like Chimeres.  Today the foreign Arab-Jew oligarchical and political class each fund their own personal gangs (who utilize weapons made in Israel) which they use to kidnap; terrorize/intimidate the population/diaspora; and create insecurity.  The gangs and police force in Haiti are interchangeable with some people operating in both at same time.  The PNH are paramilitary forces who have evolved from the Ton-Ton Macoute and trained by MOSSAD on how to oppress and manage a population like Palestine.  The modern-day gangs in Haiti play the same role as the Ton-Ton Macoute; and the chief of their gangs run the communes.  The gangs are still armed even though Haiti is under a US-imposed arms embargo.


A major reason why the joint-stock trust company CORE Group chose Michel Martelly as their first president was due to the introduction of the use of "eminent domain" during his presidency to seize land.  They wouldn't have been able to utilize "eminent domain" before André Apaid and the civil organization "coalition of 184" utilized a **Tripartite Accord with the US, France, and Canada to place the Republic of Haiti under the joint-stock trust company CORE Group thru** UNSCR 1542.  Prior to this the Republic of Haiti was a sovereign nation and eminent domain didn't exist but after being placed under the CORE Group trust thru UNSCR 1542 the people don't own it anymore.  They can lease land from CORE Group trust but can never own it.  The dubious use of "eminent domain" can be seen in the illegal seizure of property rights of those who have lived for generations on the island of Ile a Vache, plowing down beautiful forest land to build an airport and roads to develop luxury resorts.  In May of 2012 the Martelly-Lamothe government unilaterally, with no national debate or local participation, took, through eminent domain, the entire island of Ile a Vache and the country's other offshore islands, categorizing them as tourist-development areas.  This is an illegal act, seizing of an impoverished peoples' property and source of food by an illegitimate government for the CORE Group Trust.  Near Ile-à-Vâche are the towns of Cotes-de-Fer and Aquin, where almost $300 million is being invested by the Punta Cana Group to draw tourists to Haiti's coasts.


The dubious use of "eminent domain" can also be seen in President Martelly also attempted to utilize "eminent domain" to sell the offshore island of La Gonaives to foreign capital in order to transform it into a tax haven for white collar criminals.  On January 7, 2016 Michel Martelly published a decree to cede this island with about 80,000 residents, or part of it, to a poorly defined entity called the "Gonaive Island Financial Center."  The claim is that President Martelly signed this decree while his son was being threatened with actions related to alleged charges that have apparently been sealed.  But he was most like trying to appease France and the ens legis US; his GORE Group Trust Masters!  President Martelly also utilized "eminent domain" to seize homes and properties of downtown Port-au-Prince residents under the guise of "redevelopment," to benefit his cronies.  On May 31st, 2014 the Martelly regime intensified a process (in the name of "eminent domain") of violently evicting the poor from their homes in downtown Port-au-Prince and then physically destroying their homes and businesses.  In 2014, all of the housing along the shores of Port-au-Prince was demolished and there are similar projects underway in Cap-Haïtien, Môle-Saint-Nicolas, Savanne, Jacmel and Ile de La Tortue.

Much of the coast has been snatched up by eminent domain and designated as a free trade zone for tourism development. Over 62,000 people had lost their homes in downtown Port-au-Prince since May 31st as the Martelly regime failed to provide compensation and humane, alternative housing; in clear violation of the Haitian Constitution. What's interesting is the fact that Martelly's administration was willing to utilize "eminent domain" on behalf of the CORE Group Trust but unwilling to exercise 'eminent domain' decrees to secure land for the homeless or victims of the January 12, 2010 earthquake.

But the most disparaging use of "eminent domain" by the Martelly administration was the displaced Haitian farmers off of nearly 600 acres (240 hectares) of land in order to construct what is now the Caracol Industrial Park, without compensation. Yet in another deal the Clintons made utilizing Haiti; was for a Korean manufacturer named Sae-A to set up factories in a business zone called the Caracol Industrial Park. The opening of Caracol was a splashy event, with both of the Clintons in attendance along with fashion designer Donna Karan and celebrities Ben Stiller and Sean Penn. The CORE Group use of "eminent domain" is embedded in the Caracol sweatshop free trade zone, partially funded by the Clinton Foundation. It was constructed in the north utilizing earthquake funds, although the earthquake didn't affect the north. In The Aftermath Of The Haitian Earthquake, The U.S. State Department and The IHRC promoted the creation of an Industrial Park in Caracol, Haiti. "The Caracol Industrial Park" was financed and built with "$400 Million Of Global Aid". CIP is a mixed-use light manufacturing facility that began operating in 2012 in the commune of Caracol. Hundreds of smallholder farmers were coaxed into giving up more than 600 acres of land for the Caracol complex, yet nearly 95 percent of that land remains unused. Instead, the Clinton Foundation, IHRC, and State Department created what a Wall Street Journal writer called "a mishmash of low quality, poorly thought-out development experiments and half-finished projects." The Core Group's primary objective is to keep the Republic of Haiti at the bottom of a highly unequal global order. In economic terms, Haiti is an ultra-low wage sweatshop hub, which also serves as a sort of "reserve army of labour" for North American capitalists. The Haitian farmers that cultivated the nearly 600 acres (240 hectares) of land that is now the Caracol Industrial Park are throwing their hands in the air. Two years after their land was taken to build the park, promises have not been kept and they feel the compensation they received was dishonest. "An ABC News investigation has found that after opening its factory in the Haitian industrial park, built with $400 million of global aid, the Korean firm became a Clinton Foundation donor and its owner invested in a startup company owned by Hillary Clinton's former chief of staff Cheryl Mills. Wal-Mart has given $1 Million To $5 Million, And Gap Has Given $100,000-$250,000 to the Clinton Foundation." The Caracol Industrial Park is yet another example of multiple failed policies under the U.S. humanitarian invasion/occupation. A 2013 investigation by the Government Accountability Office found that most money for the recovery was not being dispersed, and that the projects that were being worked on were plagued by delays and cost overruns. Many Clinton projects were extravagant public relations affairs that quickly fizzled.

In economic terms, Haiti is an ultra-low wage sweatshop hub, which also serves as a sort of

"reserve army of labour" for North American capitalists like CARACOL PARK and SONAPI. According to the article A Different 'Fight for 15': Haiti Garment Industry Workers Strike by Mamyrah Prosper: In 1969, "President for Life" François Duvalier declared that "Haiti would become the Taiwan of the Caribbean" and signed a law authorizing the creation of industrial parks in the country, which his successor and son, Jean-Claude, strengthened with a decree in 1974. A subsequent decree in 1979 founded the *Société Nationale des Parcs Industriels* (National Society of Industrial Parks (SONAPI)) a few kilometers from the Port-au-Prince airport. In preparation for this neoliberal transition, both Duvaliers facilitated land grabs in the countryside and built housing projects in the Port-au-Prince metropolitan area to accommodate rural migrants. They used brute military and paramilitary force to thwart all so-called communist rebellions and maintained minimum wages low to produce for GTE, MacGregor Sporting Goods, and General Motors. The sweatshop workers wanted to augment their pay raised to 61 cents an hour in 2010 from .31; and President Obama intervened for the maximum .61. During the second week (March 2022) of a consortium of union led garment industry workers to strike for two consecutive days in Port-au-Prince, less than one month after organizing demonstrations in the northeast of the country at the Caracol Industrial Park, to demand approximately $15 per day to produce apparel for brands and stores such as Hanes, New Balance, Champion, Gildan Activewear, Gap, and Walmart. This struggle for higher wages dates back to the establishment of the first industrial parks (garment manufacturing parks) under the dictatorship of François Duvalier during the Cold War. But it has to be situated within a larger context of struggle for living wages by (agricultural) workers since the first US occupation (1915-1934) that led to the institution of the minimum wage in Haiti after the removal of the troops.

There have been more than 1000 reported deaths in Caracol Industrial Park. The sweat shops are being turned into sex shops thru a program for women to earn extra money by providing sex to construction workers for bonus pay (1000 beds Ekam housing). They're paid for the sex thru Digicel phones which also offer micro-loans to workers to purchase sewing machines, these microloans charge 195% interest. Haitian women are coerced into buying sewing machines with micro loans with 195% interest rates and once they go into debt they are either; forced into prostitution; their kids forced to work all day or into prostitution; selling their kids to child traffickers; or giving up kidneys in order to pay off debt. Carlos Slim and the owner of Digi-Cell also run the same operation in India. Haitian women have described Digi cell men walking into their houses and soliciting their daughters for sex. They can't do anything to stop it and are obliged to accept whatever these foreigners offer in order survive. On November 13, 2016 Monica Peterson was found dead in Haiti under suspicious conditions. Oddly enough on November 14th, the Laboratory to combat Human Trafficking reported that Monica Peterson, investigating the Clinton's involvement in Haiti for the Human Trafficking Center mysteriously died the day before. She was working with her mentor Claude D'Estree, the executive director of the Human Trafficking Center at the University of Denver on her 100-page Master Thesis when she died by suicide from hanging in Haiti. She had just begun investigating the correlation regarding the Clinton Foundation's Caracol Industrial Park Complex and its connection to a Human Trafficking network when her life was cut short. Peterson had been highly critical of the

Clinton Foundation writing on her blog:  Tony Rodham and "a company that barely exists" got a "sweetheart gold mine concession in Haiti" that "royally cheated" the state of Haiti"; in a letter to her friend Peterson had uncovered "Two huge trafficking scandals; and a social displacement scandal with billions in unaccounted Earthquake aid" leading directly back to the Clintons." NYPD Chief of Detectives, Robert Boyce, said the Clinton emails contained evidence of sex crimes, child exploitation, money laundering, pay to play, etc…

President-elect Martelly announced that he would impose taxes on money transfers and international cellphone calls to fund free education for Haitian children.  At first glance, the idea of charging \$1.50 on each money transfer and 5 cents per minute tax on phone calls made to Haiti to build and maintain schools seemed honorable and brilliant.  For once, it seemed, the Haitian government was acting to improve the living conditions of its citizenry.  The administration of President Michel Martelly accomplished this campaign promise with the creation of the National Fund for Education in May 2011.  But according to a suit filed by the Haitian diaspora in the U.S. Federal Court system on December 24, 2018; President Martelly and his successors profited personally from this money.  In 2021, a lower court challenged the suit's jurisdiction, but last week, a 3-judge panel ruled that the lawsuit could continue.  As it turns out, the \$1.50 tax on money transfers and a 5 cent per minute tax on phone calls to Haiti to support "education," never ratified by or presented to Haiti's Parliament making them illegal, as most Haitians continue to face unaffordable school fees, and most Haitian teachers have not been paid for months.  According to a recent report on the filing, which covers the period from Jul. 28, 2011 to Sep. 12, 2018, there were just over 80 million transfers generating \$120.13 million. During that same period, the Haitian government has funneled to its treasury \$117.76 million, leaving the fund with about \$2.37 million.

Many Dominicans of Haitian descent are in danger of being deported from the Dominican Republic because of the implementation of an immigration law that was passed in 2013. This law is unfair to the generations of Haitian Dominicans (everyone born after 1929) who call the Dominican Republic their home.   The Dominican Republic gave Haitian migrants and Dominicans of Haitian descent a deadline earlier this month to prove their citizenship or be deported. Haiti says it's already reached its limit. Peter Granitz reported from Port-au-Prince, the diplomatic impasse has left many in Haiti confused.  As President, Martelly also responsible for negotiating all international treaties.  President Michel Martelly is personally responsible for negotiating the deal with the Dominican Republic, under which the Dominican Republic can classify people as "IN TRANSIT" even if they are descended from people who lived in the DR since 1929!  Martelly effectively sold the Birthright of Haitian citizens, in the DR, and  by law, many Dominican citizens;  in return for several million American Dollars (from \$7,000,000-\$10,000,000).  Once the deportations began, Martelly never denounced the forced repatriation of  more than 300,000 Dominicans of Haitian descent including  10,000 unaccompanied children since 2013.  By the time the deportations of Haitians by the DR had gotten out of hand in 2015, Martelly stated:  ""Why is everyone so upset about the DC, Bahamas, and others deporting 500,000 Haitians?  After all people have been chasing Haitians

in these countries for years".

After the government of Preval had covertly joined the ALBA-TCP against their wishes; the CORE Group Trust handpicked Martelly for President in order to sabotage the multi-lateral trade alliance. The decision of whether or not Haiti would participate in the ALBA-TCP or PetroCaribe Alliance reverted to PHTK once Martelly took office. No sooner had Michel "Sweet Micky" Martelly been confirmed the winner in Haiti's deeply flawed presidential election when he jumped on a plane and headed to Washington DC, where he met with his country's real power brokers: officials from the World Bank, the International Monetary Fund, the US Chamber of Commerce and the State Department. After pilfering these funds from the Haitian state; Martelly and his crew decided misappropriate ALBA-TCP/PetroCaribe funds. President Martelly's first official trip to Venezuela was a two-day summit held form Dec. 2 – Dec.3, 2011. This presidential trip to the Venezuelan capital was part of a larger event: the launching of new 33-member regional bloc CELAC. CELAC is a regional body that excludes the Washington DC; Venezuela and Cuba's leading ideological opponent. During this trip Haiti became a member of the Community of Latin American and Caribbean States (CELAC). He also commented on Venezuela's pledge of $1.3 billion in recovery aid to Haiti after the earthquake which slightly surpassed U.S.'s $1.2 billion pledge, making Caracas the largest among all 58 donors. "We are grateful to President Chavez for Helping us from the bottom of his heart," in a recent Associated Press Interview. "Sometimes for a simple project, it might take too long for the project to happen," explained the Haitian president, specifically referring to strict conditions accompanying the U.S.'s and other donors' aids. "If you're asking me which one flows better, which one is easier," added Martelly, "I'll tell you Venezuela." At this summit President Hugo Chavez went straight to the point, noting, "As the years go by, CELAC is going to leave behind the old and worn-out OAS," referring to the Organization of American States, the Hemisphere's arbitration entity. "Only Unity will make us free," he later added.

President Martelly's attendance at the 11th summit of the ALBA-TCP which convened in Caracas, Venezuela the first week of February of 2012 was also a surprise. This is due to the fact that he's the CORE Group Trust's "man" and plans on implementing their neo-liberal policies and low-wage sweatshops in Haiti. With Haiti in attendance as a permanent observer; the 2012 ALBA-TCP summit in Caracas produced a further roadmap to Haiti's recovery, focusing on Haiti's sustainable reconstruction, building infrastructure, and increasing independence in the areas of energy, agriculture, healthcare and education. Due to decades of unfair trade and aid policies, Haiti currently imports nearly 80% of its main food staple, rice. In an interview with TeleSUR at the summit, Haitian President Martelly stated: "We plan to strengthen our position at the level of ALBA [...] now we have an observer position we want to strengthen it". Venezuelan President Hugo Chavez declared that Haiti and other Caribbean countries would formally request their adhesion to the ALBA (Bolivarian Alternative for the Peoples of the Americas) at the next summit of ALBA-TCP to be held on February 5. At the 11th Summit of ALBA in February of 2012, Suriname, Saint Lucia and Haiti requested

admission to the organization. Haiti was granted the special status of permanent observer and the other two countries were named special observer, while awaiting their full incorporation. The Republic of Haiti exercising its full permanent membership in the ALBA-TCP would unleash untold amounts of pressure from Washington D.C. According to an article by iciHaiti.com: While the President Martelly was on official travel to Venezuela in search of new funds, in U.S. Congress, Washington DC, the Senator Simon Dieuseul Desras, President of the Haitian Senate, said he learned the concern of the Foreign Affairs Committee of the House of Representatives, on the relationship between Haiti and the Bolivarian Alliance for the Peoples of Our America (ALBA), a structure that opposed to the United States. The Senator Desras stated that, even if Haiti needed money "we cannot accept funds from any source to risk jeopardizing our democratic gains and disrupt relations in the Americas."

For his part, the Prime Minister, Dr. Garry Conille assured that Haiti has only an "observer" status in the ALBA-TCP and that only a long history of friendship with the peoples of Cuba and Venezuela tied Haiti. Despite the warning from Washington DC President Martelly kept attending a series summits held by the ALBA-TCP during his term; building rapport and diplomatic relations with Venezuela and Cuba in order to get access to funds:

A) According to a 12 December, 2012 article by Haiti Libre: Wednesday, in an interview on TeleSUR in Port-au-Prince, the President Martelly has evoked the possibility that Haiti become a full member of the Bolivarian Alliance for the Peoples of Our America (ALBA), whose Haiti is an observer member since 2007. "We plan to strengthen our position at the level of ALBA [...] now we have an observer position we want to strengthen it," when the reporter asked the President Martelly if he thought to integrate the ALBA, he answered "we think about this." When asked whether this decision would affect Haiti's relations with the United States, the Head of State explained that it was not an ideological problem but an opportunity to rebuild its country "they are brother peoples and we will work with them."
The President Martelly also took the opportunity to inform that last Tuesday on the sidelines of the inauguration of President Daniel Ortega to Managua, Nicaragua, he met with his Venezuelan counterpart, Hugo Chávez on the deepening of the assistance that brings the program PetroCaribe, in the reconstruction of Haiti.

B) According to a 23 January, 2013 article by Haiti Libre: President Michel Martelly, left the country Tuesday, January 22, to Florida where he will, first undergo, a complete medical check, before going to Chile tomorrow, Thursday, to attend the second Summit of Heads of State and Government of the Community of Latin American and Caribbean (CELAC), 27 and 28 January 2013.
Multilateral political forum, the CELAC has the overall objective to enable member countries to work together to harmonize on the long-term their public policy, the sine qua non condition of all policy of integration It intends to strengthen the historical ties between peoples and arrive at a articulation at the level of sectors such as education, health, environment, economy, culture, immigration, justice, etc...
"We will continue to defend the interests of Haiti," assured the President Martelly

which will have several working meetings with international figures to discuss common interests.

C) According to a 27 January, 2014 article by Haiti Libre President Michel Martelly, accompanied by Pierre Richard Casimir, Minister of Foreign Affairs, Thomas Jacques, Minister of Agriculture and Wilson Laleau, Minister of Economy and Finance, left Haiti Sunday for Havana (Cuba), to participate with 33 Heads of State and Government at the 3rd Summit of the Community of Latin American and Caribbean (CELAC) (2nd in Cuba, the first having been held in Caracas, Venezuela) to be held on 28 and 29 January 2014 on the theme "Fight against hunger, poverty and inequality in Latin America and the Caribbean".
During his stay, the President Martelly and the Haitian delegation will have several working meetings with dignitaries and Heads of State and Government, around issues of common interest. The delegation will return to Haiti on Wednesday.

D) According to a 10 October, 2014 article by Haiti Libre: Monday, President Michel Martelly accompanied by his wife Sophia Martelly, Prime Minister Laurent Lamothe and Minister of Health, Dr. Florence D. Guillaume, participated in Havana at the Special Summit of the Bolivarian Alliance for the Peoples of Our America - Peoples' Trade Treaty (ALBA-TCP) on Ebola. This meeting aimed at the adoption of emergency measures to fight against the Ebola outbreak and prevent the spread of the disease in Latin America and the Caribbean and to define the contribution of Member States and observers. At the end of this Extraordinary Summit was adopted the Declaration of Cuba on Ebola. Senior representatives and Heads of Government of Member States of the Alliance [Venezuela, Bolivia, Nicaragua, Dominica, Antigua and Barbuda, Ecuador, Saint Vincent and the Grenadines and St. Lucia, and as invited observers : Haiti, St. Kitts and Nevis and Grenada] as well as organizations of the United Nations will meet in the context of the call made by the Secretary-General of the UN Ban Ki-moom to join international forces to face the Ebola virus, which affects West Africa and Central.

E) According to a 11 June, 2015 article by Haiti Libre: Wednesday in Brussels (Belgium), the President Michel Martelly, accompanied, among others by Cener Renauld, the Minister of Foreign Affairs and Wilson Laleau, Minister of Economy and Finance, participated in the launch of the Summit of the European Union and the Community of Latin American and Caribbean States (CELAC-EU), which brings together for 2 days (10-11 June) 33 Member States of Latin America and the Caribbean and 28 Member States of the European Union on the theme "Shaping our common future: working for a prosperous cohesive and sustainable societies for our citizens"

The truth is always revealed in due time and it is now clearly evident that President Michel Martelly was playing the People of the Republic of Haiti, President Hugo Chavez, Cuba, ALBA-TCP, and the PetroCaribe Alliance for his CORE Group Trust Masters! Haiti was forced to become a permanent observer in the ALBA-TCP in secret in 2007 during the administration of President Rene Garcia Preval because Washington DC was against it. In fact, the artificially induced January 12, 2010 earthquake may have been the consequences of the government of Preval signing a tripartite Accord Cuba and Venezuela after joining the multi-lateral trade alliance lead by Castro and Chavez! It's actually a large conflict of interest for the Republic of Haiti to be under the control of the joint-stock trust company CORE Group and permanent member of a multi-lateral trade alliance headed by Hugo Chavez and Fidel Castro. What's also clear is that both the Preval and Martelly regime understood the geo-political consequences, for the Haitian people, of dealing with Venezuela and Cuba; but they didn't care because the only reason they sought to allay with them was in order to embezzle the revenue and enrich themselves! With their legislative coup d'état of 2010, the CORE Group made Michel Martelly president in order to purposefully sabotage the ALBA-TCP/PetroCaribe Alliance after Haiti joined. Since the fall of the despotic Duvalier regime; Washington DC has utilized his disciples known as Duvalierists to implement their policies in Haiti. The Martelly administration was filled with Duvalierists including former Haitian army officer David Bazile the Interior Minister, and Magalie Racine, daughter of former Tonton Macoute militia chief Madame Max Adolphe, the Youth and Sports Minister. Public Works Secretary of State Philippe Cinéas is the son of longtime Duvalierist figure Alix Cinéas. In addition, Duvalier's son, Nicolas, as a close Martelly advisor. In fact, Jean Claude "Baby Doc" Duvalier returned to Haiti to "face punishment" for his crimes during the Martelly administration!


As for President Hugo Chavez, it's not clear if he was aware of the CORE Group trust or wary of the administrations of Preval or Martelly but he probably expected for the Haitian people to benefit in some way through the social projects funded by the PetroCaribe Alliance. The Martelly administration allocated nearly 880 million dollars of PetroCaribe Alliance funds, **the biggest and largest investment budget in Haitian history**! The PetroCaribe funds vanished without a trace with social projects existing in name only! Since joining the multi-lateral trade alliance ALBA-TCP, Haiti has had nine prime ministers, several of which have overseen the implementation of PetroCaribe Alliance funded projects. Between September 2008 to January 2016, $1.7 billion in PetroCaribe funds were disbursed to be spent on projects around the country. *The embezzlement of over 3.8 billion dollars of ALBA-TCP/PetroCaribe Alliance Funds by the Haitian government officials has first and foremost been a disservice to the people of Haiti. Furthermore, the fact that the embezzlement of PetroCaribe Alliance funds happened under the auspices of and at the behest of the CORE Group Trust; makes them culpable.* The Haitian kakistocracy placed over the people by Washington DC was able to ravage the ALBA-TCP/PetroCaribe Alliance program to the tune of 4.5 billion! Laurent Lamothe was Haitian President Michel Martelly's brain, just as political strategist Karl Rove was to former U.S. President George W. Bush. Laurent Lamothe, Prime Minister of Haiti from years 2012 to 2014, under Michel Martelly, released a report entitled "La transformation d'Haïti à travers les

grands travaux de reconstruction avec les Fonds PetroCaribe" (The Transformation of Haiti through the large reconstruction projects funded by PetroCaribe) presenting the results of what his government claim they invested the funds in. Lamothe stated *Nous sommes fiers du travail accompli dans une période aussi courte et avec des ressources limitées...* "We are proud of the work we have accomplished in such a short period of time with such limited resources." In this report, you will find a reported 234 projects such as soccer stadiums, rebuilding government buildings destroyed in the earthquakes, airports outside of the capital etc. Among other things, Lamothe's report indicates cost per project, the percentage of completion of each project and the sums of money disbursed towards completing each of those projects. But once you do research upon the projects listed there was money disbursed to front corporations with nothing being built. Haiti ranks 163 out of 188 countries in human development index with 13 billion in humanitarian aid embezzled by Clinton foundation after earthquake and now with the disappearance of $13.8 billion from the Petrocaribe with no social programs or accountability for where these funds went has become a major concern for Haitian citizens.

Ever since their 1915 occupation of Haiti, Washington DC has replaced Bonaparte's role in preventing the exercise of any measure of the right of self-government by the Haitian People. They've isolated Haiti and kept it a failed state since their 1915 invasion/occupation. In fact, the US has benefitted from the Haitian revolution more than Haiti itself and have no respect for Haitian sovereignty. President Hugo Chavez came from a family lineage which had participated in the Bolivarian revolution and understood how critical Haiti was to Spanish American Wars for Independence which is why he pursued Haiti to join the PetroCaribe Alliance. He was intent on Haiti being part of his Bolivarian Revolution 2.0. Washington DC would've tried to sabotage the PetroCaribe Alliance just because it was started by President Chavez and President Castro but the inclusion of Haiti in their alliance definitely made it a target. What is amazing is how an agreement to trade oil for doctors between Castro and Chavez developed into multi-lateral trade alliance encompassing South America and the Caribbean. The PetroCaribe Alliance was more than a program to promote business in the oil sector among member states. At its heart, the agreement, while offering affordable prices on oil products at fair rates, was focused on promoting socio-economic development to eliminate inequality and improve the quality of life in the partner countries unlike NAFTA. The solidarity which the ALBA showed Haiti facilitated the *Parti Haitien Tèt Kale* (PHTK party) all becoming extremely wealthy while squandering almost $4 billion from the PetroCaribe Alliance.

Presidents Chavez and Castro went on to develop the Bolivarian Alliance for the Americas (ALBA) which is a multi-lateral trade alliance with a non-aligned approach respected state sovereignty. Unlike the imperialist dictates of the IMF and the World Bank; membership wasn't based on ideological affinity. President Chávez defined the ALBA as a "flexible model for the integration of Latin America that places social concerns in the forefront." It was created in direct response to Washington D.C.'s Free Trade Area of the Americas (FTAA) proposal, which is based on an agreement to eliminate, or at least reduce, hemispheric trade barriers (excluding trade between the U.S. and Cuba). Chávez and Castro both vigorously condemned the FTAA, calling it an imperialistic annexation plan engineered by Washington DC. Sunday February 17, 2013 while navigating a corner on a road in the Dominican Republic, Dr. Daniel

Mathurin suffered injuries from a car crash that would later claim his life. Following his death, President Michel Martelly stated that, 'through his speeches and panel discussions, [Mathurin] contributed to awaken the spirit of our compatriots on the resources and the intrinsic value of our country.'

Hugo Chávez, the 45th President of Venezuela, died on 5 March 2013 at 16:25 VET (20:55 UTC) in Caracas, Venezuela from cancer at the age of 58. President Hugo Chávez was a Great Emancipator of his country like Simon Bolivar and left a legendary legacy thru the ALBA. Before he created a multi-lateral trade alliance he was an extraordinary character who liberated his people from the neo-colonial/liberal dictates of Washington DC and educated his people about the value of their Constitution and rights! That's why the April 11, 2002 coup d'état, during which he was kidnapped and set to be assassinated failed due to the unprecedented uprising of the Venezuelan people and loyal military forces that rescued him and returned him to power within 48 hours. The simple fact that he created a multi-lateral trade alliance with Fidel Castro (ALBA) is a legendary act within itself! The ALBA and PetroCaribe Alliance ushered in a multiyear geopolitical battle between Caracas, Havana and the joint-stock trust company CORE Group over Haiti because President Chávez was intent on having the island-nation join his alliance. The ALBA was born of the initiative of President Chavez and El Commdante Fidel Castro in 2004. in fact, they created a permanent observer seat at the ALBA for Haiti a part of a diplomatic Bolivarian Revolution. The Fanmi-Lavalas regime and PHTK utilized this geopolitical struggle to rob the people of the Republic of Haiti of PetroCaribe funds. Between the IHRC and PetroCaribe Alliance over 50 billion dollars flowed thru the Haitian government with ho infrastructure, social projects or nothing to show for the people. Washington DC so feared the ALBA and PetroCaribe Alliance's influence on the Republic of Haiti that in 2006; the US government formed a special Mission Manager for Venezuela and Cuba under the Directorate of National Intelligence. This elite intelligence unit was charged with expanding covert operations against Chavez and led clandestine missions out of an intelligence fusion center (CIA-DEA-DIA) in Colombia.

After the death of President Hugo Chavez; The CORE Group trust had to destroy the ALBA and PetroCaribe Alliance as alternatives to the UN, World Bank, IMF or their other neo-colonial institutions. In 2013 the PetroCaribe oil Alliance established links with the Bolivarian Alliance of the Americas (ALBA) aiming to go beyond oil trade and promote economic cooperation. During the May 2013 summit, leaders approved an agreement to found a Petrocaribe Alliance Economic Zone, which would promote investment, trade, tourism, and development in member countries. The specifics of the zone are not yet clear, though Venezuela already invests in regional development through another bloc; the Bolivarian Alliance of the Americas. The deterioration of the system left in place by President Hugo Chavez can be seen in the Summit of the European Union and the Community of Latin American and Caribbean States (CELAC-EU) which is a conflict of interest because the European-Union is part of the CORE Group Trust. The June 10-11 2015 summit was facilitated by CORE Group Trust employee President Martelly.

Following the death of President Hugo Chávez; a new "Cold War" emerged between the CORE Group Trust and Venezuela. Washington Dc could ill afford to attack the ALBA while Chavez was alive due to bad optics of destroying a multi-lateral trade alliance which benefits the people. But after his death they destroyed the ALBA and PetroCaribe Alliance. The death of President Chavez triggered a presidential election which was constitutionally required to be called within 30 days. After the election of Nicolas Maduro in 2013, as President of the Republic of Venezuela, a "Cold War" ensued with the CORE Group Trust. It is clear that Washington DC understood that the success of the ALBA and PetroCaribe Alliance depended on the stability of the Venezuelan economy. Following the death of Chávez and the election of Nicolas Maduro in 2013; the ens legis US (with) Saudi Arabia) crashed oil prices and began supporting anti-Chavista protests in Venezuela. In order to isolate Venezuela in 2015; President Barak Obama declared them a security threat, and normalized relations with Cuba. He also established a new Caribbean Basin Security Initiative, and began imposing sanctions on Venezuela and their officials. The Republic of Venezuela spiraled into a political and economic crisis as violent protests in 2013, 2014, and 2017 made it increasingly difficult for President Nicolás Maduro to navigate both foreign and domestic policy objectives; while facing antagonistic Washington DC and their colorable domestic "opposition"; followed by a resurgent regional right, and the Trump administration.


Former Haitian dictator Jean-Claude "Baby Doc" Duvalier died of a heart attack in Port-au-Prince on October 4, 2014. Prime Minister Laurent Lamothe resigned on December 14, 2014, and Florence Duperval Guillaume was named as Interim Prime Minister on December 21, 2014. President Michel Martelly nominated former Port-au-Prince Mayor Evans Paul as prime minister on December 25, 2014. President Michel Martelly, dissolved the Haitian Parliament in January 2015 after last-ditch negotiations for a deal that would have extended legislators' mandates failed. President Michel Martelly launched last-minute negotiations, but failed to convince a group of opposition senators to approve a plan on Tuesday to extend parliamentary terms for several months until new elections can be held. Haiti's parliament was dissolved after the failure of last-minute negotiations over a new electoral law. Haiti hadn't held legislative nor municipal elections for three years, and the lack of a working parliament effectively left Martelly to rule by decree; but the CORE Group Trust was ok with that! The CORE Group Trust issued a statement saying it "deplores the fact that the Haitian parliament has become dysfunctional; "gravely concerned that Haiti's parliament has dissolved with no resolution for holding long-delayed legislative elections"; while offering its support for Martelly. "In these exceptional circumstances, the 'CORE Group Trust' "trusts" that the Executive and all the political actors will act with responsibility and restraint," it added. The US embassy issued the statement: "The US will continue to work with President Martelly and whatever legitimate Haitian government institutions remain to safeguard the significant gains we have achieved together since the January 12, 2010 earthquake". Haitian opposition activists stated that they will continue the protests to try to force Mr. Martelly's resignation. "Martelly will not be able to hold onto power. He is not going to be able to remain. We're not going to stop until he leaves," said Andre Michel, a lawyer and opposition figure. Courtesy of Core Group Trust; "President" Martelly ruled by decree for a year and his PHTK thugs violently disrupted the August 2015 legislative election. **Martelly would go on to rule by decree until 2015 when he finally relented and stepped down to his handpicked Juvenel Moise as his successor.** Then Jocerlerme Privert who had acted as interim president from July 12, 2012 to September 10, 2014

also took over a provisional Haitian government from February 2016 to Feb. 2017. **PHTK (Parti Haitien Tet Kale) Martelly's political party started in 2010; pillaged PetroCaribe Alliance development funds to the tune of 2 billion. A key failure of the ALBA and PetroCaribe Alliance is the fact that President Chavez invested heavily in Haiti and Martelly was a fraudulent participant; if it would've been an honest participant in his place Haiti and the alliance would probably be in a better place today!**

### AS A SEVENTH CAUSE OF ACTION

The destabilization of the administration of President Jovenel Moise thru colorable movements to stop participation in the ALBA-TCP; and his assassination for **executing a National Referendum for a New Constitution and other mandates outlined in HAITI REFORMTION PROJECT/TABULA-RASA ACCORD; utilization of a foreign oligarchy to destabilize Haiti**

**Against:   CORE Group/CORE Group-OAS Trustees**

**Ens legis UNITED STATES, France, CANADA**

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1.  This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered ρ unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2.  This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when t**he ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti**

(beneficiary) under the umbrella of the CORE Group Trust thru UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** ~~Royal Ordinance of Charles X~~ **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via the **United Nations, the World Bank and the International Monetary Fund.**

4.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement

signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations.   The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self- determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of*** President Boniface Alexandre and Prime Minister Gerard Latortue ***with a military component of up to 6,700 U.N. soldiers.  The ostensible utilization of UNSCR 1542 to place*** the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter.  These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government.  According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds.   UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal.  After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.  I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!  After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.**  On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti.  **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!**  It has become clear

245

to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

The Bolivarian Alliance for the Peoples of Our America (ALBA), as part of the Bolivarian Revolution 200, was supposed to serve as both a system of free trade and as a nexus point for legal and political resistance to the economic globalization of the West. According to President Hugo Chavez: "Now, I am sure that it was the intent of North American imperialism to cause us to fight with our Caribbean brothers; we will not fight with Caribbean people, amongst other things, we already have Petrocaribe and we are moving towards integration with the Caribbean . . . so that we can only move forward always thinking and acting according to our strategic and geopolitical plans for the integration of South American and Caribbean governments. This is our path! Nobody will lead us astray . . . ALBA will continue moving forward. ALBA is not just a proposal, ALBA is a proposal that has already begun to take effect....is a trade, aid and political bloc whose purpose is to diminish the dominant control of the United States over the region by stimulating horizontal economic integration among its members and neighboring states". It was a great alternative to the exploitative free trade agreements being offered by the west, like NAFTA. They went on to form the Union of South American Nations, *Unión Sudamericana,* (UNASUR); and in 2011, Chávez led "sovereign" America, excluding Canada and the U.S., to create the Comunidad de Estados Latinoamericanos y Caribenos (CELAC).

President Chavez was intent on having the Republic of Haiti participate in his multi-lateral trade alliances as part of his Bolivarian Revolution 2.0. Washington DC was so against this that President Preval had to gain observer status in the ALBA covertly in 2007! Afterwards, during the Preval and then the rightwing Martelly regime, Venezuela continued its unconditional solidarity with the people of Haiti, through the ALBA and Petrocaribe Alliance, by providing oil and financial assistance for infrastructure projects. This aid became crucial after the embezzlement of earthquake relief funds by the IHRC. The ALBA nor PetroCaribe Alliance required conditionalities, nor political alignment, for their aid, like the supranational agencies and countries of the West. The CORE Group trust employee, President Michel Martelly was utilized to sabotage the ALBA and PetroCaribe Alliance by engaging President Chavez and the multi-lateral organization for funds for social projects which never materialized. President Martelly further deteriorated the multi-lateral trade organizations by inviting the EU to join CELAC. The CORE Group trust would then go on to utilize the administration of President Moise to undermine the sovereignty of Venezuela as part of their slow demolition of the ALBA and PetroCaribe Alliances.

The US capitalist system is a cold, well-oiled machine which developed out of utilizing human beings as property (chattel slavery). The claim of Washington DC for destroying the ALBA or PetroCaribe Alliance is due to "socialism" but the corporate American capitalists demonizes any collective political construct which benefit the people in general whether it's "socialism", "communism", "neo-liberalism", progressivism or utilize their technocrats to co-opt it; as a tactic to instill fear over an ignorant unsuspecting public as the 1% corporate elite reign and enrich themselves. Vladimir Lenins' critique of imperialism as the highest stage of capitalism can be validated by the joint-stock company trust CORE Group. The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under, Kosovo like, trusteeship of the joint-stock company CORE Group thru *UNSCR 1542*. The CORE Group is the combination of a joint-stock company and a trust. The CORE Group is the corporate trust which **owns Haiti and consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU).** The CORE Group trust could ill afford to let the ALBA (Bolivarian Alliance for the Americas) nor PetroCaribe Alliance, which begun as a Comprehensive Cooperation Agreement (*Convenio Integral de Cooperación)* between Presidents Chavez and Castro, to keep developing at the pace they were going. In fact, if it wasn't for these multi-lateral trade alliances; South America and the Caribbean would probably be bogged down by free-trade agreements like NAFTA today! What makes the multi-lateral trade alliances ALBA and PetroCaribe so dynamic is the fact that they were based around "energy" or oil like the Petro-dollar. The ALBA established the ALBA Bank in 2008 with 1 billion in capital to serve as an alternative to the **World Bank** and **IMF (International Monetary Fund)** but without the debilitating loan conditions! In 2013 the PetroCaribe oil Alliance established links with the Bolivarian Alliance of the Americas (ALBA) aiming to go beyond oil trade and promote economic cooperation. The ALBA also established a digital currency named SUCRE (Sistema Unico de Compensacion Regional). During the May 2013 summit, leaders approved an agreement to found a Petrocaribe Alliance Economic Zone, which would promote investment, trade, tourism, and development in member countries. They were developing South America and the Caribbean into a sovereign, self-sustainable, autonomous region, operating outside the jurisdiction of the 'Cestui Que Vie Trust'; to the chagrin of the UN, IMF, and Vatican.

According to Kim Ives of Haïti Liberté: Haiti is "the second most populous nation in the Caribbean. It is one of the principal battle lines in the struggle Washington is waging against the ALBA nations, led by Cuba and Venezuela, and also in the struggle between China and Taiwan. So North-South and East-West geopolitics all converge there, especially because Haiti is the only militarily occupied nation in the Americas." Washington DC would've sabotaged any multi-lateral alliance led by Chavez and Castro; but the fact that President Chavez pursued Haiti to join the ALBA and PetroCaribe Alliance made them a target of the CORE Group Trust. The weakness of the ALBA and PetroCaribe Alliances is the fact that they were based around the Republic of Venezuela's oil supply; so, the CORE Group Trust was able to destroy them indirectly by a direct assault on the state-run oil company PDVSA.

After Chávez's death was announced on 5 March 2013; a special presidential election was held in 2013, which Maduro won with 50.62% of the vote as the United Socialist Party of Venezuela candidate. This indirect assault on the ALBA and PetroCaribe Alliance began upon the death of President Chavez by the CORE Group trust, whom, working with Saudi Arabia crashed oil prices in order to destabilize the state-run PDSVA which is at the center of the Venezuelan economy and heart of ALBA and PetroCaribe alliance. This action was followed up by the administration of President Obama; which declared Venezuela a national security threat; imposed sanctions on them and their officials; and implemented the Caribbean Basin Security Initiative; as an indirect offensive on the ALBA and PetroCaribe Alliance. This is when the US and Venezuela's capitalist class began their economic war on Venezuela. There was also massive hoarding and under-production of foods and everyday necessities, by the Venezuelan oligarchy, which created empty shelves and long-lines at stores for many people in Venezuela. The ens legis US supports colorable movements in foreign nations thru civil society organizations funded by the IRI or NED. On December 17, 2014, the Obama administration de-escalated the isolation of Cuba, while keeping the economic blockade in place. The very next day he signed S 214, an act created "to impose targeted sanctions on persons responsible for violations of human rights of antigovernment protesters in Venezuela, to strengthen civil society in Venezuela, and for other purposes." They also began supporting and funding the "opposition", anti-Chavista factions, and colorable uprisings in Venezuela.

Donald Trump's tenure as the 45th president of the United States began with his inauguration on January 20, 2017, and ended on January 20, 2021. One month later, Haitian businessman Jovenel Moise was sworn in as Haiti's new president on February 7, 2017. President Trump sent a U.S. delegation to Haiti to attend the inauguration of President-elect Jovenel Moïse consisting of: Under Secretary for Political Affairs Thomas Shannon; Ambassador to Haiti, Peter Mulrean; Acting Principal Deputy Assistant Secretary of State for Western Hemisphere Affairs Kenneth Merten; and Omarosa Manigault, the Assistant to the President and Director of Communications for the Office of Public Liaison. The administration of President Donald Trump would go on to utilize the Republic of Haiti and the administration of President Jovenel Moise to destabilize and delegitimize the administration of Venezuelan President Nicholas Maduro. The Trump administration continued the indirect assault on ALBA and PetroCaribe Alliance thru the PDVSA by the CORE Group trust. In 2014, President Barack Obama signed the Venezuela Defense of Human Rights and Civil Society Act, which requires the President to impose sanctions on any person who "has perpetrated, or is responsible for ordering or otherwise directing, significant acts of violence or serious human rights abuses in Venezuela". All of the Executive Orders (E.O.s) issued by President Trump relating to Venezuela derive from this Act and there has been seven E.O.s issued since 2014. Starting in 2017, the US Treasury Department began levying financial sanctions against PDVSA followed by an oil embargo as well as secondary sanctions and threats against shipping companies and other intermediaries. The state-run oil company was barred from international markets, while foreign companies were likewise forced to wind down operations in joint ventures. As a result, crude output fell from 1.9 million barrels per day in 2017 to less than 500,000 bpd by the end of 2020.

The importance of the ALBA and PetroCaribe Alliance can also be seen throughout 2017 and 2018; when its' member states were caught in the middle of a geo-political struggle between the CORE Group trust and Venezuela after the death of President Chavez. The administration of President Nicholas Maduro found itself in a geopolitical fight for survival at multi-lateral forums like the Organization of American States (OAS) where it faced off with the dominant powers in North America and the Southern Cone. The Permanent Council of the Organization of American States (OAS) held a special meeting on Tuesday, March 28, 2017 at 14:00 EDT (18:00 GMT) at OAS headquarters in Washington DC, in order to consider the situation in the Bolivarian Republic of Venezuela. The meeting was convened at the request of the delegations of Argentina, Bahamas, Barbados, Brazil, Canada, Chile, Colombia, Costa Rica, Guatemala, Honduras, Jamaica, Mexico, Panama, Paraguay, Peru, Saint Lucia, the United States and Uruguay. A number of speakers at the March 28 OAS Permanent Council discussion cited Resolution 1080 as a reason to invoke the OAS's Inter American Charter against Venezuela. The Venezuelan Deputy Foreign Minister, Samuel Moncado, skillfully and repetitively, voiced Venezuela's defense emphasizing the lack of legal foundations to invoke an OAS meeting against Venezuela. The two sides in the debate broke down into a pro-Venezuelan faction consisting of Bolivia, Nicaragua and Haiti whom supported Moncado's stance that this was an illegal violation of Venezuelan sovereignty; and an anti-Venezuelan faction led by Mexico that included Peru, Costa Rica, Argentina, CANADA, and the ens legis UNITED STATES rallied around the need for Venezuela to return to the "rule of law and democracy".

Prior to the March 28 meeting of the OAS, member-states reported that members of US Congress had written to them about the upcoming meeting. US Senator Marco Rubio tried to intimidate some member-states of the OAS and coerce them into siding with the US. El Salvador, the Dominican Republic and Haiti also reported that U.S. Senator and former republican Presidential candidate Marco Rubio had attempted to bully them into taking a stand in the OAS against Venezuela's sovereignty by saying directly, "We have a very difficult situation in Washington, where massive cuts in foreign aid are under consideration and it will be very difficult for us to justify assistance to those countries if they, at the end of the day, are countries that do not cooperate in the defense of democracy in the region".

This diplomatic pressure was being applied on Venezuela in order to complement the destabilization of PDVSA and ALBA which began upon the death of President Chávez and the election of Nicolas Maduro in 2013. The intelligence agencies of the ens legis US (National Security State) funds and utilizes civil society organizations for colorable actions in foreign nations thru IRI and NED. The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under trusteeship of the joint-stock company CORE Group thru *UNSCR 1542* and they destabilized Venezuela the same way:

A) In 2014, civil unrest began with a series of protests, political demonstrations, and civil insurrection; initiated by the middle and upper classes of Venezuela. The anti-government protests in Venezuela began spreading among the lower-class Venezuelans as the situation deteriorated. By mid-2017 their actions had escalated into a colorable ongoing counter-revolutionary campaign seeking to restore Venezuela's traditional elites to power and reverse the gains made by the poor majority under Chavez

and Maduro during the Bolivarian Revolution 200.

B) On 29 March, 2017 a Venezuelan "Constitutional Crisis" occurred when the Supreme Tribunal of Justice of Venezuela assumed the powers of the opposition-led National Assembly and removed their immunity, though the move was reversed days later, demonstrations began which grew into the most combative since a wave of unrest in 2014. The Venezuelan protests of 2017 are referred to as the "Mother of all Protests" and involved from 2.5 million to 6 million protesters. According to the AP (Associated Press) the anti-government protests in Venezuela became violent in 2017. A tally of official reports from April-June 2017 shows that the death toll in nearly 4 months of civil unrest in Venezuela reached 100. Most of the deaths reported were of young men killed by gunfire, looters, police allegedly attacked by protesters and civilians killed in accidents related to roadblocks set up during demonstrations.

C) The opposition Unitary Platform of Venezuela played the same role in Venezuela as the Civil Society Group of 184 played in Haiti. In June of 2017, 66 Venezuelan Civil Society Organizations published a letter urging their peers in the region to defend the democracy and human rights in Venezuela.

D) In the meantime, the US, which is not a member of the OAS, would use its hardline approach of military threats, coercive measures and financial blockade of Venezuela as a direct intervention "in the internal or external affairs" of Venezuela. The Maduro government eventually announced its withdrawal from the OAS later in 2017.

E) The government of Venezuela began efforts to withdraw from the Organization of American States, a two-year process, on 26 April 2017, after multiple member-states called for a special session to discuss Venezuela's "crisis". With virtually no other source of revenue, the Maduro administration has had to scale back much of its contributions to PetroCaribe and other foreign policy ventures.

F) The Venezuelan ambassador to the United Nations and alternative representative to the Organization of American States (OAS), Samuel Moncada, stated that his nation would be leaving the OAS in defiance of the "racist 'Monroe Doctrine'" and United States President Donald Trump's continued attempts to "run over the countries of the continent" with the help of OAS leadership. In a series of tweets, Moncada announced: "Venezuela will leave the OAS on April 27, 2019 because of the racist "Monroe Doctrine," followed by Trump to run over the countries of the continent, will never defeat the ideas of our liberators".

G) On 23 January 2019, El Tiempo revealed a protest count, showing over 50,000 registered protests in Venezuela since 2013. The hyperinflation, violence, food and medicine shortages stemming from years of political turmoil caused over 6 million refugees to flee Venezuela from 2014-2019.

The CORE Group trust's attempt to penalize Venezuela thru the OAS failed for a good reason. The US and Canada were in contempt of Chapter 4, Article 19 of the 1948 OAS Charter that explicitly says, "No State or group of States has the right to intervene, directly or indirectly, for any reason whatever, in the internal or external affairs of any other State." This article is unequivocal and is the foundational principle that prevented any intervention against Venezuela; despite the efforts of CANADA, US, or the guardian of the Charter, OAS Secretary General Luis Almagro. The OAS charter forbids intervention by member-states "directly or indirectly, for any reason whatever, in the internal or external affairs of any other State". But in the end, there was no vote on whether or not to "open a formal debate on whether Venezuela is democratic enough to remain a full member of the Inter-American System".

Meanwhile Canada, thru the CORE Group trust, continued their pursuit of the development of Haiti's nascent mining sector. In July 2017, the Haitian government presented a draft mining law to parliament, prepared with assistance from the World Bank. According to the Center for Human Rights and Global Justice (CHRGJ), the draft law grants insufficient time for adequate environmental review, restricting the government's ability to thoroughly study the documentation and limiting opportunity for public participation or comment, and is silent on the rights of individuals displaced by mining activities. In addition, it contains provisions that could render all company documents confidential for 10 years, preventing affected communities from engaging in meaningful consultation about mining projects. As of November 2018, the draft law was awaiting consideration by parliament.

Canada took on the leadership role in the CORE Group Trust's next move in their diplomatic assault on the ALBA and PetroCaribe Alliance thru economic warfare on the PDVSA and Venezuela. The Lima Group was established as a structure operating outside of the OAS, because of the refusal of certain member states to back the organizations' bid to interfere in Venezuelan affairs, which they believed defied the OAS charter. To be specific, the next move happened during the government of Justin Trudeau with Chrystia Freeland as Minister of Global Affairs. Amidst discussions between the foreign ministers of Canada and Peru in Spring of 2017, Prime Minister Justin Trudeau called his Peruvian counterpart, Pedro Pablo Kuczynski, to "stress the need for dialogue and respect for the democratic rights of Venezuelan citizens, as enshrined in the charter of the Organization of American States and the Inter-American Democratic Charter."

On 8, August of 2017, Argentina, Brazil, Chile, Colombia, Paraguay, and Peru met in Lima with Canada, Costa Rica, Guatemala, Honduras, and Mexico to address the "Venezuelan crisis." There they issued the Lima Declaration and formed a multilateral body called the **Lima Group (GL**; Spanish and Portuguese: *Grupo de Lima*, French: **Groupe de Lima**) which consists of 12 countries. The Lima Group also demanded the release of political prisoners, end of human rights, called for free elections, offered humanitarian aid and criticized the breakdown of "democratic order" in Venezuela. Canada was able co-opt a small number of Latin American countries and turn them against their regional neighbor Venezuela; in order to destroy the ALBA and PetroCaribe Alliance, of which they were beneficiaries! The goal of the Lima Group was to instigate regime change in the Republic of Venezuela through a "peaceful and negotiated

solution".   The multi-lateral body was formed in the run-up to Venezuela's May 2018 presidential election, and Canada was among the most active members of the coalition.   Former Canadian Minister of Foreign Affairs Chrystia Freeland was a leading figure in its founding and participated in a half-dozen Lima Group meetings.   In fact, the Lima Group held their second official gathering on Canadian soil in Toronto and at that October 2017 meeting regional governments were urged to take steps to "further isolate" Venezuela.

The CORE Group Trust also began continued their assault on the ALBA, PetroCaribe Alliance, and government of President Maduro with Canada issuing targeted sanctions against senior Venezuelan officials in September of 2017.   This broad ban under the Special Economic Measures Act ("SIMA") prohibits engaging in activities with President Nicolás Maduro and 39 other listed individuals alleged to be undermining the democracy of Venezuela.   The European Union followed with their own sanctions program in November of 2017; by deepening their crackdown on the alleged abuses of human rights by the administration of President Maduro. The U.S., E.U., Canada, Mexico, Panama, Colombia, and Switzerland all sanctioned Venezuela in their cumulative efforts to destabilize the nation and PdVSA.

The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti in trusteeship of the joint-stock company CORE Group under the guise of *a* UN Stabilization Mission in Haiti's (MINUSTAH's) *UNSCR 1542*.   At the end of the UN Stabilization Mission in Haiti's (MINUSTAH's) mandate in October 2017, the UN adopted a new, smaller peacekeeping mission, the UN Mission for Justice Support in Haiti (MINUJUSTH), intended to contribute to help promote "rule of law, police development, and human rights" in Haiti.   In April of that year, the UN Security Council extended MINUJUSTH's mandate for one year. The UNSCR has also affirmed its' intention to consider the mission's drawdown and transition to a non-peacekeeping mission (BINUH) by October of 2019.

The Maduro government responded to the growing chaos in the streets, in 2017, by convening elections for a National Constituent Assembly that would draft a new constitution and, according to Maduro, bring "order, justice, peace" to Venezuela.   The U.S. and allied governments have refused to recognize this new National Constituent Assembly and the foreign-backed opposition, denouncing the initiative as a ploy designed to displace them, boycotted the elections.   The new body is almost entirely pro-Chavista and following this move by the administration of President Maduro, the protest movement in Venezuela began to flounder and the opposition grew more divided.   Hardliners called for further boycotts of the subsequent regional and municipal elections; resulting in opposition voters failing to mobilize for electoral contests in late 2017. This act was framed by the U.S. and its allies as an attempt to grab more presidential powers by Maduro.   President Donald Trump would go on to impose new financial sanctions against Venezuela, in response to President Nicolas Maduro convening a special assembly to rewrite the country's constitution;

During his campaign president-elect Trump utilized Haiti to attack his rival Hillary Clinton but once elected the Trump administration began expanding upon the existing sanctions imposed on Venezuela during the Obama administration. His administration continued the economic assault on Venezuela and the PdVSA by issuing an EO limiting bank transactions which resulted in making it difficult for the Bank of Haiti to make payments; forcing the Petrocaribe Alliance program to stop in October of 2017. **On August 25, 2017 his administration released Executive Order 13808 titled "Imposed Additional Sanctions with Respect to the Situation in Venezuela"** which led to the termination of the ALBA and PetroCaribe Alliance: *I, Donald J. Trump,* President of the United States of America, in order to take additional steps with respect to the national emergency declared in Executive Order 13692 of March 8, 2015, and particularly in light of recent actions and policies of the Government of Venezuela, including serious abuses of human rights and fundamental freedoms; responsibility for the deepening humanitarian crisis in Venezuela; establishment of an illegitimate Constituent Assembly, which has usurped the power of the democratically elected National Assembly and other branches of the Government of Venezuela; rampant public corruption; and ongoing repression and persecution of, and violence toward, the political opposition. The Executive Order prohibits transactions related to provision of financing for, and other dealings in:

(i) new debt of Petroleos de Venezuela, S.A. (PdVSA) with a maturity of greater than 90 days,

(ii) new debt of the rest of the Government of Venezuela with a maturity of greater than 30 days,

(iii) new equity of the Government of Venezuela (including PdVSA),

(iv) bonds issued by the Government of Venezuela before the effective date of this Executive Order

(v) dividend payments or other distributions of profit to the Government of Venezuela from any entity owned or controlled, directly or indirectly, by that government. The Executive Order also prohibits purchases of securities from the Government of Venezuela. The Secretary of the Treasury has authority to issue general licenses to mitigate hardship to the American and Venezuelan people and any negative unintended consequences that may result from this action.

With this EO, Trump prohibited the Venezuelan government from accessing the U.S. financial system, a decision that created an additional set of financial challenges for the already bankrupt Venezuelan state. His actions prohibited dealings in new debt and equity issued by the government of Venezuela and its state-run oil company; dealings in certain existing bonds owned by the Venezuelan public sector; as well as dividend payments to the government of Venezuela. Upon publishing E.O. 13808, Secretary of State Rex Tillerson embarked on a multi-nation tour throughout Latin America, the Caribbean; and the White House issued the following statement: "These measures are carefully calibrated to deny the Maduro dictatorship a critical source of financing to maintain its illegitimate rule, protect the United States financial system from complicity in Venezuela's corruption and in the impoverishment of the Venezuelan

people, and allow for humanitarian assistance".

The aim of his tour was to pry away from Venezuela's orbit, several Caribbean Community (CARICOM) island states that have benefitted from the PetroCaribe Alliance and their inexpensive oil deliveries from Venezuela. While in a stopover in Jamaica, Tillerson tried to lean on Prime Minister Andrew Holness to buy out Venezuela's 49 percent stake in the Jamaican oil refining company, Petrojam. The former ExxonMobil CEO wants to subject Caribbean nations, which established cooperative agreements with the Venezuelan oil industry through the PetroCaribe Alliance, to cancel those deals in order to comply with Trump's punishing Executive Order 13808. He would like nothing more than to increase Exxon-Mobil's profits by nixing PetroCaribe Cooperative agreements with nations like Haiti, Nicaragua, Jamaica, Guyana, Belize, Honduras, Bahamas, Suriname, St. Kitts-Nevis, and St. Lucia, thus forcing Caribbean nations to purchase more expensive oil and gasoline from Exxon-Mobil.

Former ExxonMobil CEO, Secretary of State Rex Tillerson has a visceral hatred for Venezuelan regimes whom nationalize the state-owned-run PdVSA and oil industry. In 1976, a year after Tillerson began working for Exxon, Venezuelan President Carlos Andres Perez nationalized Venezuela's oil industry; and among the assets nationalized were Exxon's holdings in the country. President Chavez re-nationalized Venezuela's oil industry and Exxon-Mobil's assets in 2007; while Tillerson was CEO of the organization. Exxon-Mobil took its case to the World Bank demanding Venezuelan compensation; they won a $15 billion payment that was eventually reduced to $1.6 billion after arbitration. Former Exxon-Mobil CEO Rex Tillerson never forgot that skirmish with the administration of President Chavez and seemed intent on seeking to overthrow Chavez's successor, Maduro.

SOS Rex Tillerson was also the CEO of ExxonMobil at the time that they were trying to keep the GoH (Government of Haiti) from participating in the PetroCaribe Alliance in 2007. Washington DC warned and tried to prevent the administration of President Preval from joining the Chavez/Castro led ALBA or PetroCaribe alliances; but the Fanmi-Lavalas regime covertly joined the alliances anyways. This is when Venezuela's PDVSA, bolstered by high oil prices, started to purchase assets and stakes in facilities through joint ventures (JV's) with the Caribbean and Central American nations in the PetroCaribe Alliance. PDVSA was most interested in refineries (such were the cases of Cuba, Jamaica and the Dominican Republic, becoming a 49 percent partner), participations in the construction of storage tank farms (such were the cases of Saint Vincent and the Grenadines, St. Kitts and Nevis), or participating in the distribution of gasoline or domestic gas (i.e. through partnerships in El Salvador or Dominica). Haiti Wiki-leaks reveals that ExxonMobil was unwilling to assist the GoH with getting the petroleum products delivered to Haiti via the Petrocaribe after they covertly joined the multi-lateral trade alliance based on oil. In a Haiti Wiki-leak of a January 18, 2007 secret US embassy cable Chargé d'Affaires Thomas C. Tighe wrote that: Lecorps, "apparently infuriated by Chevron's lack of cooperation with the GoH, stressed that Petrocaribe is no longer negotiable," Tighe reports in a cable. He also learned that "ExxonMobil has made it clear that it will not cooperate with the current GoH proposal either." Tighe reported that "according to Dumesnil, ExxonMobil and Chevron have told the GoH that neither company can work within the GoH's proposed framework to import 100% of petroleum products via Petrocaribe" and that "together, ExxonMobil and Chevron supply 49% of all oil products in Haiti." He explained that "the U.S. companies stand together in opposition to the current proposal".

In November of 2017, Secretary of State Rex Tillerson sent a letter to acting DHS secretary Elaine Duke to inform her that conditions in Central America and Haiti that had been used to justify their protection no longer necessitate a reprieve for the migrants, some of whom have been allowed to live and work in the United States for 20 years under a program known as Temporary Protected Status (TPS). The Trump administration understood that a failure to extend TPS for Haiti would have a negative impact on Haiti, endanger lives, further destabilizing Haiti, and potentially separate families. Therefore; they utilized the cancelation of TPS to pressure the government of Haiti into siding with them against Venezuela. The Haitian government indicated that it was not in a position to accept the approximately 50,000 Haitian TPS holders in the U.S. back into the country because their repatriation would only worsen an already precarious situation.

A zealous proponent of Chavismo, Nicholas Maduro was the successful candidate of the United Socialist Party of Venezuela (Partido Socialista Unido de Venezuela; PSUV) in the special election to replace President Chávez in 2013; and he was reelected on 21 May 2018. After the reelection of president Maduro, the OAS General Assembly passed a resolution stating that the May 20, 2018 Presidential election failed to comply (even minimally) with international standards, and therefore lacked basic legitimacy; on June 5, 2018. The Lima Group, coalition of 14 countries, also released a statement on June 5 2018: " To declare that the electoral process as implemented in Venezuela, which concluded on May 20, 2018, lacks legitimacy, for not complying with international standards, for not having met the participation of all Venezuelan political actors, and for being carried out without the necessary guarantees for a free, fair, transparent and democratic process". Immediately upon the reelection of President Maduro; President Trump issued EO 13835 Prohibiting Certain additional Transactions with respect to Venezuela. On May 21, 2018, President Trump issued E.O. 13835, which imposes additional sanctions on Venezuela further limiting the Government's access to capital. Specifically, these sanctions prohibit all transactions by a U.S. person or that occur within the U.S. related to the purchase of any debt owed to the Government of Venezuela, including accounts receivable, and any debt owed to the Government of Venezuela, including accounts receivable, that is pledged as collateral. E.O. 13835 also prohibits the sale, transfer, assignment or pledge as collateral of any equity interest in any entity of which the Government of Venezuela owns a 50 percent or greater interest, directly or indirectly.

These broad new sanctions prohibited US persons from dealing in certain new debt or new equity of the Venezuelan government including the state owned Petroleos de Venezuela, S.A. (PdVSA). This E.O. basically banned Americans from doing business with President Nicolas Maduro's government but stopped short of cutting off U.S. imports of Venezuelan oil that are crucial both to Venezuela's economy and U.S. oil refiners. The executive order also froze the assets of the government of Venezuela and associated entities and prohibited economic transactions with it, unless specifically exempted. Exemptions include official business of the federal government and transactions related to the provision of humanitarian aid. These sanctions expanded upon the 'new debt' sanctions that were imposed in August 2017. Before the sanctions, the Venezuelan government and its state oil company, PDVSA, were able to access debt markets and other institutions. In 2017, for example,

Goldman Sachs purchased $2.8 billion in PDVSA bonds, providing the firm with an infusion of cash; but with Trump's new sanctions, such options were gone.

President Trump's EO's 13808 and 13835 had a drastic effect on the PdVSA and administration of President Maduro. They limited bank transactions which resulted in making it difficult for the Bank of Haiti to make payments to Venezuela. In addition to the economic collapse of Venezuela, U.S. sanctions against the country made it almost impossible to route bank payments to Venezuela. This forced the Petrocaribe Alliance to slow down in October of 2017 and by June of 2018; the government of Venezuela announced it was indefinitely suspending oil deliveries to over half of the PetroCaribe member-states, now counting nineteen. The world was shocked when protests erupted in Haiti on July 6, 2018 when fuel prices were increased by up to 51% as part of a plan to cut government subsidies, endorsed by the International Monetary Fund (IMF), in order to "modernize the Haitian economy". After the CORE Group trust purposely destabilized the government of Maduro and the PdVSA in order to destroy the ALBA and PetroCaribe Alliance; the IMF ordered President Moise to slash oil subsidiaries, raise prices, and enact austerity measures.

In February of 2018, the International Monetary Fund (IMF) stated it would provide Haiti with $96 million in low-interest loans and grants; but it demanded that the Haitian government cut a crucial fuel subsidy which was a part of the Petrocaribe program. This act caused thousands of Haitian citizens to take to the streets from July 6-8 of 2018, in a countrywide shutdown, because they don't want IMF/World Bank austerity measures. The US tried to stop Haiti from participating in the ALBA and Petrocaribe Alliance and sabotaged the program once Haiti joined it. Now with the Petrocaribe Alliance gone Haiti had to return to the colonial auspices of the CORE Group Trust and their institutions. These protests evolved into demands for the resignation of President Jovenel Moise and were led by opposition politician Jean-Charles Moise (no relation) as part of his Operation Tabula-Rasa. The stated goals of the protesters were to create a transitional government, provide social programs and prosecute allegedly corrupt officials. These protests and civil unrest paralyzed Haiti and President Jovenel Moïse was forced to fly out of the country to get instructions from Washington D.C.. In the aftermath of the nationwide protests, his Prime Minister Jack Guy Lafontaine and cabinet were forced to resign; and the government scheduled fuel increase was canceled. If it wasn't for support from the administration of President Donald J. Trump; President Moise would've been removed from office right then and there at that moment. The mass opposition to the subsidy cuts had forced Moïse to revoke them. In a national address, he stated that "you sent me the message and I received it". While claiming that "the price of fuel is staying as it was before" and that "there is no longer an increase in the price of gas".

Nationwide protests have continued to occur sporadically against the government of President Moise in November 2018; 14 January 2019 protest, etc. with hundreds of thousands taking part in weekly protests calling for the government to resign. The Petrocaribe scandal has made Haitian people realize how broken their system is. Major manifestations broke out in Haiti in October and November of 2018 over the Petrocaribe scandal. From November 1-14 of 2018 a

massacre occurred in La Saline, a district of Port Au Prince, for which President Moise and members of his administration were implicated. People dressed as cops set fire to over 150 houses; raped women and set them on fire; murdered infants; and killed over 50 people in order to break "mobilization" efforts. The National Human Rights Defense Network (RNDDH) researched a November 13 incident in La Saline in which it alleges at least 59 people were killed and called for an official investigation, including into the alleged involvement of members of the Haitian National Police and other officials. The people of La Saline are known for mobilizing the Haitian populace and the administration of President Moise was blamed for the massacre. The claim is he was thwarting their efforts to mobilize around a November 18 Petrocaribe anti-government protest but it was later on revealed that it was one of Reginald Boulos's privately financed police units whom actually committed the massacre

On January 4, 2019, the so-called "Lima Group" (12 Latin American governments and Canada) issued a statement in which they rejected the legitimacy of the Constitutional reelection of President Nicolas Maduro: "we reaffirm the illegitimacy of the presidential elections of May 20, 2018 because they lacked the necessary guarantees to be a free, fair, transparent, legitimate and credible process, failing to meet the minimally accepted international standards". The Lima Group statement also went as far as to demand President Maduro not take possession of office on January 10, 2019 to begin his second mandate for the period 2019-2025 and urged him to resign. The Lima Group's statement went on to announce a series of punitive sanctions, in line with US sanctions against Venezuela; aimed at economically strangling and politically isolating the Bolivarian nation.

The date of January 10, 2019 will go down in historical infamy as the day the Republic of Haiti was utilized by the CORE Group Trust to betray the remnants of the Bolivarian Revolution in an ignanmous manner. It was on that date that the Organization of American States (OAS) Permanent Council approved a resolution to not recognize the legitimately elected government of President Nicolas Maduro. What makes the date so historically aberrant for Haiti is the fact that though Léon Charles cast a vote against the Venezuelan President Maduro on his Inauguration day; the Haitian government was coerced by Washington DC into doing it. The administration of President Jovenel Moise was forced to openly aligned itself with the CORE Group Trust and their satellite countries of US imperialism; in a fomenting coup d'état against Venezuelan President Nicolas Maduro Moros due to the 58,700 Haitians under the ens legis US Temporary Protected Status (TPS) program. The resolution was approved with 19 votes in favor (Argentina, Bahamas, Brazil, Canada, Chile, Colombia, Costa Rica, Ecuador, United States, Guatemala, Guyana, Haiti, Honduras, Jamaica, Panama, Paraguay, Peru, Dominican Republic, and Saint Lucia); 6 against (Bolivia, Dominica, Nicaragua, Saint Vincent and the Grenadines, Suriname, and Venezuela); 8 abstentions (Mexico, St. Kitts and Nevis, Trinidad and Tobago, Uruguay, Antigua and Barbuda, Barbados, Belize, and El Salvador); and one absent (Grenada). But Some of the member-states, Uruguay withdrew from the assembly in protest, were divided by the presence of a representative sent by Venezuela's opposition leader Juan Guaidó, who argued that Maduro's 2018 re-election was illegitimate.

The "opposition" led National Assembly, considering the 2018 Venezuelan presidential election illegitimate, also refused to recognize the inauguration of Nicolás Maduro to a second presidential term on 10 January 2019. The OAS vote to "not recognize the legitimacy of President Nicolas Maduro's new term as of the 10th of January of 2019"; offered no proof of "fraudulent elections" and also delegitimized the dozens of international observers present at the Venezuelan elections. In a move that is considered as a direct challenge to the power of President Maduro, opposition leader Juan Guaidó, declared himself acting president on 23 January 2019; just two weeks after Maduro had been sworn into a second six-year term in office. **The little-known Venezuelan lawmaker took the oath of office and declared himself interim president in front of a crowd of cheering supporters in central Caracas.** In a rousing speech, he argued that the 2018 re-election of President Nicolás Maduro was illegitimate and that the presidency was vacant. With the constitution in hand, he said it was now up to him as the Speaker of the National Assembly, the only institution controlled by the opposition, to lead the country out of the economic and political crisis it was mired in. He announced that he was formally assuming the role of 'interim president' under Article 233 of the Constitution of Venezuela, with the backing of the National Assembly, until free elections could be held. He also promised an "end to the usurpation of President Nicolas Maduro, to create a transitional government, and have free elections".

The CORE Group Trust; it's Latin American and Caribbean allies immediately came out in recognition of Juan Guaidó as "interim president" of Venezuela. President Maduro, for his part, accused Washington DC of trying to orchestrate a coup in his country. Russia, China, Cuba, Bolivia and a number of other nations reaffirmed their support for the constitutionally elected Maduro as Venezuela's only legitimate president. The United States and its right-wing allies in have come out in support of a parliamentary right-wing coup against the Venezuelan government of socialist President Nicolas Maduro after they supported a decision by opposition lawmaker, named, to declare himself an of Venezuela on Jan. 23 in violation of the country's constitution. The political standoff between Caracas and Washington DC escalated once Canada and the Lima Group, which include Brazil, Argentina, Colombia, Peru, and Paraguay also recognized Juan Guaido as "interim president". The government of President Donald Trump and his advisors then began urging Venezuela's military to step in and rebel against President Maduro! The Venezuelan military repeatedly stated its full support for the government of President Maduro and rejected such calls as interventionist and a breach of the sovereignty of Venezuela.

Despite attempts by the Juan Guaidó led "opposition" to get the military to switch their allegiance to him, the armed forces of Venezuela remained largely loyal to President Maduro, whose base of Bolivarian socialist Chavistas have a firm grip on the electoral body and the supreme court. A plot for some of Maduro's top aides to defect to the opposition appeared to have come apart at the last minute, according to several news reports. Weeks of secret talks between the top aides and opposition leaders, including recently freed Leopoldo Lopez, culminated in a document that guaranteed Maduro loyalists like Gen. Ivan Hernandez, chief of military counterintelligence; Defense Minister Vladamir Padrino Lopez; and Supreme Court Chief Justice Maikel Moreno places in a post-Maduro interim government and a promise that they wouldn't be prosecuted. All three officials have remained publicly loyal to Maduro while a

fourth top aide, who heads Venezuela's intelligence agency, Gen. Manuel Figuera, did break ranks and disappeared. The Trump administration then lifted sanctions against the director of Venezuela's intelligence service. In March of 2019, President Trump met with the Caribbean defectors of the PetroCaribe Alliance: Bahamas, Dominican Republic, Haiti, Jamaica, and Saint Lucia at his private resort in Florida. The betrayal of the Bolivarian Revolution by President Jovenel Moïse on January 10, 2019 and his participation in the mini-summit at Mar-à-Lago in Florida didn't bring any dividends nor benefit to the Haitian people. By October of 2019, a federal judge had to issue a preliminary injunction, temporarily blocking the decision by President Donald Trump's administration, to terminate Temporary Protected Status (TPS) for Haitians effective July 2019; which would affect an estimated 60,000 Haitians who were permitted to stay in the US following the 2010 earthquake. The movement led by Venezuelan opposition "Interim President Juan Guaidó" began to falter on December 6, 2020, when Guaidó lost his position of president of the National Assembly after most of the opposition boycotted the election, insisting beforehand it would be fraudulent. The Canadian-led Lima Group issued its last joint statement in early 2021 to announce that they "do not recognize the legitimacy or legality of the National Assembly [of Venezuela] installed on January 5, 2021. This illegitimate National Assembly is the product of the fraudulent elections of December 6, 2020, organized by the illegitimate regime of Nicolás Maduro."

The PetroCaribe Oil Alliance program began in Haiti once a tripartite agreement was signed between Haiti, Cuba, and Venezuela in 2007 despite fierce U.S. sabotage. Under the Petrocaribe Oil Alliance Program, Haiti payed up front 40% to 70% of the value of the petroleum products it imported from Venezuela such as asphalt, 91 and 95 octane gas, heavy fuel oil (mazout), diesel and kerosene with the remaining 60% to 30% paid over 25 years, with a two-year grace period, at an annual interest rate of 1%. The fund was aimed at providing capital for Haiti to invest in development projects to "aid the Haitian people." The PetroCaribe Fund is a huge savings account where 60% to 30% of the revenues Haiti owes Venezuela for the sale of some $4.3 billion of oil products from 2008 to 2018 was placed. The solidarity fund, which was earmarked for projects benefitting the Haitian people, was repayable at 1% interest after 25 years. ExxonMobil and Washington DC were so opposed to Haiti joining this oil-alliance that the government of Haiti President Preval had to do it covertly.

The accountability movement around the PetroCaribe Oil Alliance Program was initially sparked by Senate reports outlining the misappropriation of an estimated US$3.8 billion from the Venezuela-backed oil loan program. Youri Latortue of Ayiti an Aksyon created a Commission Éthique et Anti-corruption (Commission of Ethics and Anti-corruption) to investigate the mismanagement of PetroCaribe Alliance oil program funds. The legislative investigation into the management of the PetroCaribe funds, was launched on March of 2016 by the Senatorial Commission "Ethics and Anti-corruption" chaired by Senator Youri Latortue and the he resulting August 2016 report revealed:

A) The report accused high dignitaries and **implicated successive Haitian administrations and officials, from President Preval to President Jovenel Moïse.**

B) The report calls for a judicial investigations into Jean-Max Bellerive, prime minister under

President Preval; Laurent Lamothe, prime minister under President Martelly; former ministers of finance, public works, planning, agriculture and health; the Office of the Monetization of Aid and Development Programs; and members of committee under the Ministry of Planning.

C) It also asks for certain companies granted funds under the program to return the money and called for investigations into overbilling and violations of contracts. The executive summary of the report, dated Wednesday, said heads of ministries granted multimillion-dollar projects to firms while bypassing the public bidding process and signed contracts that were not under their authority. The full report has not been released.

D) The executive summary revealed that the Government of Haiti used about $2.1 billion in funds from the program for its investment budget between 2008 and March 2016.

According to Youri Latortue:  A draft of the report was distributed to senators for approval. If it is approved in a vote, it will be sent to an administrative court, the anti-corruption office and financial authorities; the senator who led the investigation.  This initial August 2016 report produced by the Commission of Ethics and Anti-corruption, chaired by Senator Youri Latortue, was derided as incomplete, misleading, duplicitous, and the results prompted a new inquiry. This is due to the fact that the President of the Senate Youri Latortue; was also chairman of the Commission of Ethics and Anti-corruption and led the investigation.  Senator Latortue has been linked to much corruption in Haiti so him posing as an opponent of corruption made the initial report seem sketchy.  He is a former death squad leader with a sordid history and has been implicated in drug smuggling.  He is described in a US State Department cable of Haiti Wikileaks as "the most brazenly corrupt of leading Haitian politicians".  According to Haiti Liberte; Latortue launched his first run for elected office in order to gain immunity from criminal prosecution.

The Haitian Senate tried to obstruct and then took steps to bury the initial investigative report, by creating a special commission which in turned developed "an in-depth" report of the first one. A second Special Senate Committee of Inquiry (CSSE) was assembled, chaired by Senator Evalière Beauplan, and put in charge of deepening the report of the Committee on Ethics and Anti-corruption led by Senator Youri Latortue.  The four other members of this second committee were Senators Nenel Cassy, Antonio Cheramy (also known as "Don Kato"), Richard Lenine Hervé Fourcand, and Onondieu Louis.  This second Sénatoriale Spéciale Commission d'Enquête sur le fonds PetroCaribe (Special Senatorial Commission to Investigate the PetroCaribe Funds) then produced a ("methodologically flawed") 647-page report on government corruption, incompetence, and mismanagement in proliferation of the PetroCaribe oil alliance program funds.  The report was filled with deferred payments for the PetroCaribe oil

alliance program in 2017 and elaborated on the first committee's findings, revealing:

A) During time period from September 2008 to September 2016 covered by the Commission's mandate, there were two successive [Haitian] heads of state: President René Garcia Préval and President Joseph Michel Martelly; Under whose administrations, of five governments headed by five prime ministers, the majority of PetroCaribe funds were spent

B) During that 10-year period, the Haitian parliament voted two laws declaring states of emergency, successive presidents issued three state of emergency decrees covering the whole country and 13 resolutions were passed to either begin or continue specific programs (concerning PetroCaribe funds).

C) The first emergency law, passed on September 9 ᴢ008, suspended all legal requirements about public bidding processes, allowing the government to issue no-bid contracts "which it judges necessary." It also eliminated the requirement that all contracts be submitted for prior review by the Superior Court for Accounting and Administrative Disputes (CSC/CA). A law passed in April 2010, after the earthquake, purported to reform these measures by allowing for after-the-fact CSC/CA review and "expeditious" public bidding processes.

D) This act allowed the Haitian government to controls both the sale of the imported oil and the issuance of funds for public works projects, without any supervision; therefore, avenues for corruption exist in both directions. The audit shows, for example, how accounts receivable for the PetroCaribe program went from 29 billion Haitian gourdes in 2015 to 43.7 billion in 2016.

E) **The report found that the money was spent on uncompleted projects, projects with fraudulent costs, and politician reimbursements that conveniently didn't have a paper trail. The money could have gone far in rebuilding Haiti and even leaving it in a better economic position before the catastrophic earthquake of 2010.**

F) Nearly one-fourth of the money (12.2 billion gourdes) owed to the Haitian government by private fuel companies in 2016 was in the hands of Sogener (Société Générale d'Energie), part of a corporate group which deals in real estate, construction, auto parts and electricity. The group's CEO, Jean Marie Vorbe, is one of the founders of the Haitian Stock Exchange.

G) The audit encountered confusion because the Haitian government valued some accounts in dollars and some in gourdes, and because it used wildly inaccurate exchange rates

H) In an even more blatant crime, the government spent US$3.6 million worth of funds earmarked for earthquake relief on 100 Haitian National Police (PNH) vehicles in 2010.

I)  The audit also found that the public electricity utility EDH (L'Electricité d'Haïti) awarded a contract worth a total of US $72.9 million to a company called ESD Engineering and Services SRL without approval from the CSC/CA, the Commission Nationale des Marchés Publics (CNMP), or the Administrative Council of the Office of Monetization of Programs of Aid and Development (BMPAD); ESD was part of Hillary Clinton's Caricol industrial park boondoggle in northern Haiti; its web site displays a 2012 letter from then-US Ambassador to Haiti Pamela White, thanking the company for "the fascinating visit to the Caracol Industrial Park electricity-generating site during Secretary Clinton's recent visit."

J)  The time required to collect accounts receivable from the sale of petroleum products to local companies shows that the payment terms are not respected. As an example, SOGENER [a private electric company] owes the PetroCaribe fund an amount of US$173,984,647 as of Sep. 30, 2016.

K)  As for EDH [Electricité d'Haïti], the amount of its debt accrued since May 24, 2008 totals on Sep. 30, 2016 a sum of US$437,346

L)  The conclusions were that some $3 billion of said funds which were supposed to finance various social projects, were mostly wasted, mismanaged and embezzled in what the report concluded was essentially a *"large scale state fraud."*

M) During the audit period, Haitian government debt doubled because money due to the Venezuelan government is treated as debt, despite the program's intended purpose of using the funds for public works. As of 9/30/16, Haiti owed Venezuela US$80,633,024.

N)  This Haitian Senatorial Committee Investigatory Report found that approximately $1.7 billion of no-bid contracts issued by the government between 2008-2016, which all used Petrocaribe money, were either lost squandered or embezzled. Its management "was marked by serious anomalies, irregularities, acts of malfeasance and fabrication," the report said. Today, analysts estimate that some $3.8 billion of PetroCaribe money is missing or misspent.

The Senate obstructed the second Special Senatorial Commission to Investigate the PetroCaribe Funds Report by blocking a vote on the Senate Committee report for four months. On March 5th 2018, the President of the Court of Auditors, Arol Elie, in a letter, asked the recently installed President of the Senate Joseph Lambert: *"to communicate the two reports that the Ethics and Anti-Corruption Committee have already produced on the management of the PetroCaribe fund."* In respond to the demand of the judge, Lambert, whom initially supported the decision of the court of Auditors being chosen to investigate the sensible issue, refused to send a copy of the damning 686 pages investigative work to the court, giving the following explanation during a

brief interview with LeNouvelliste: *"The reports have not been sanctioned by the Senate. From the institutional point of view, I cannot formally transfer them to the Court of Auditors. But reports are available in the Senate for consultation of the Court, as for other institutions"*. The Judges of the Court of Auditors were then threatened to not talk about two reports; only one: the new "in-depth" one. The Senators within the PHTK party then passed a resolution condemning the Senate report as politically motivated in a clandestine session convened after opposition senators had left the building. This resolution then referred the dossier to the Superior Court of Auditors and Administration (CSCCA) whom published two serious, but incomplete reports in January and May of 2019.

**On Thursday, January 31 2019, La Cour Superieure des Compte, Superior Court of Auditors and Administrative Disputes, (CSCCA), transmitted its investigative audit report on the mismanagement and embezzlement of 3.8 billion dollars of PetroCaribe oil alliance program funds; meant** to finance economic and social development **to the Senate of the Republic. This report revealed among others that:**

A) The Superior Court of Accounts and Administrative Litigation (CSC/CA) revealed the mismanagement of projects financed by PetroCaribe oil alliance program funds by the Haitian Senate to the tune of 50 million!

B) As part of its audit mission, the CSC/CA reviewed various documents as well as data from various information systems in the management of Petrocaribe funds including transfers from the PetroCaribe Fund's bank accounts at the Bank of the Republic of Haiti (BRH) and the National Bank of Credit (BNC).

C) In addition to the projects authorized by the 14 resolutions adopted by the Council of Ministers under several governments, the Court also decided to analyze investment projects and contracts related to the Petrocaribe fund, but not authorized by a resolution. Thus, as early as 20 April 2018, it requested information from the Government. Without result. Of disbursement Resolutions Authorized by the Board of the Office for the Monetization of Development Assistance Programs (BMPAD).; Of transfers from the PetroCaribe Fund's bank accounts domiciled in the Bank of the Republic of Haiti (BRH) and the National Bank of Credit (BNC).; Of development projects developed by sectoral ministries and autonomous organizations as well as contracts for these projects.; Of disbursements authorized by the Ministry of Economy and Finance (MEF) to sectoral ministries as well as autonomous agencies to implement projects.; Finally, the commissions compared the project management of the audited institutions with the recognized good practices in project management.

D) According to the report, some fifty projects undertaken with funds from the PetroCaribe funds were deemed inefficient, ineffective with their management tainted with irregularities. One major characteristic of these projects is the harm to the communities, lack of a regulatory framework and good practices. Of the various projects cited in the

report, two of them were under the auspices of President Jovenel Moïse.

E) Funds generated by the program Petrocaribe in Haiti from March 2008 to April 2018 are estimated at 4,237,598,789.12 US dollars, according to the report from Haiti's Court of Auditors.

F) From September 2008 to September 2016, the Court identified 409 projects from resolutions adopted by cabinet ministers in the amount of 2,238,164,040.74 billion US dollars.

G) The Court of Auditors noted three types of irregularities in the use of PetroCaribe funds under 3 Presidents and 6 Prime Ministers. There were administrative irregularities, regulatory irregularities, questionable management practices and irregularities that caused harm to the project and the community

H) **According to the report, over 15 ministers and senior officials of the former president Michel Martelly's administration and a company then run by the current president Jovenel Moïse benefitted from the funds directed to public programs.**

I) President Jovenel Moise, is also accused in the report of having over-billed the government for solar streetlights installations (before becoming president). More than $11 million of PetroCaribe funds were disbursed to his company in 2013 to install 2.500 solar streetlights in all of the country's geographic departments.

J) In 2012 and 2013, US $13,780,000 were used for streetlights projects, according to the Court of Auditors

K) Of the 20 contracts signed in 2012 and 2013 in connection with these projects, only 6 went through the bidding process as stipulated in the rules.

L) The Besuco S.A /Suntech Solar consortium had a contract for the installation of 1200 street lights, they only installed 600, or 50% while they received 100% of the payment per the contract.

M) The firm Enersa, which had a contract for the installation of 1200 street lights, only installed 59.7% although they received 87.2% of the contract amount.

N) The list of other people and institutions accused of bad management of $ 13,780,000 PetroCaribe funds for streetlights includes: Jovenel Moise (COMPHENER S.A), former BMPAD Director Michael Lecorps who was also Chief Authorizing Officer for assigning

contracts, former special adviser for electricity Rene Jean-Jumeau and former Finance minister Marie Carmelle Jean-Marie.

~~On February 7, 2019 nationwide protests centered around the Petrocaribe Alliance broke out~~ again in Haiti when President Moise's government attempted to end fuel subsidies. Thousands of Haitians took to the streets of Port-au-Prince and other major cities such as Cap-Haïtien, Gonaïves, and Jacmel to demand the prosecution of governmental officials and business elites who embezzled about $2 billion of Venezuela's PetroCaribe loan to Haiti over the last 10 years. Shaking tree branches with leaves, protestors marched to the beat of Rara bands chanting "Jovenel! Today is Feb. 7 and you must go!" They called for the removal of current president Jovenel Moïse of the *Parti Haïtien Tèt Kale* (Haitian Party of Baldheads, PHTK), whose company Agritrans S.A. was identified in the partial report delivered by the *Cour Supérieure des Comptes et du Contentieux Administratif* (Superior Court of Accounts and Administrative Litigation). Posters read: "Down with hunger! Down with the high cost of living!"; "We are tired of Jovenel!"; "The wasteful state and system need to disappear!"; "Where is the PetroCaribe money? We are tired of asking for it!"; "Tie the looters of PetroCaribe up!". One dissident even burned a U.S. American flag and called on Russia's Vladimir Putin to take over running the country. Amid the Petrocaribe protests five heavily armed American mercenaries accompanied by a Haitian emissary were arrested and detained by the Haitian police on February 18. According to a March 20 2019 article by Haiti Liberte these professional military men were on a secret mission on behalf of President Moise. Their mission was to electronically transfer the remaining 80 million of Petrocaribe funds to a private account controlled solely by the president. These mercenaries were provided to president Moise by the Trump administration for supporting their efforts to undermine Venezuelan president Nicolas Maduro. Moise coerced these men by telling them he could lead the country better with this transfer of accounts but more than likely he was planning a Duvalier style exit from Haiti with it.

**On May 31, 2019, Haiti's High Court of Auditors released a second 600 plus-page report as a deeper audit regarding the mismanagement of the PetroCaribe Oil Alliance Program funds which revealed that:**

A) The Superior Court of Accounts and Administrative Litigation (CSC/CA) revealed the mismanagement of projects financed by PetroCaribe funds by the Senate to the tune of 50 million and this allegation is maintained in the second report. The May 31, 2019 of the Superior Court's 600-page report covered the misuse of 77% of PetroCaribe funds!

B) Under President Martelly's administration, two-thirds of the PetroCaribe funds were laundered. Perhaps, it is the artist's relationship to Dominican officials like Sen. Felix Bautista whose construction company Hadom received (Haitian) government contracts of more than $200 million for incomplete projects that deterred him.

C) In its second investigation report, released in May, the CSCCA revealed that an amount

265

of around 1 million USD for the rehabilitation of Borgne-Petit Bourg de Borgne road section in northern Haiti was paid twice. In 2014, the state signed two identical contracts with two separate companies, Agritrans and Betexs. The two companies share the same tax identification number, government patent and technical staff in their portfolio with the only difference being the names of their heads. Agritrans listed Jovenel Moïse as its head and Betexs listed someone else.

D) It also revealed that ex-President Michel Martelly, during his administration, gave 27 million of Petrocaribe funds and a land grant of 1,000 acres to Jovenel Moise for an export business Agritrans S.A.

E) The audit of Petrocaribe revealed that President Jovenel Moïse was endorsed by the Core Group-OAS and put in position as a successful businessman thru Agritrans S.A for the presidential elections as Martelly's "man". They portrayed Moise as connected to Martelly's a well-known drug activity thru an airstrip and Agritans S.A.

F) The audit revealed president Moise's corporation Agritans S.A. (a business supposedly growing bananas) was paid 700,000 to repair some roads.

G) The court audited more than 419 projects. All were said to have several infractions. In examining "FAES: Funds for Economic and Social Assistance," the Court tried to reconcile its cost of US$78 million with what was delivered.

H) It concluded FAES was a "Total waste of money. 80,000 ghost beneficiaries. Exorbitant funds went to unrelated activities such as Carnival festivities. Hundreds of thousands of beneficiaries did not receive payments". This single entry triggered a public outcry for the sheer number of impoverished Haitians who never saw a dime of the money meant for them.

I) As hospitals in Haiti have been forced to cut services, another audit struck a nerve. "Construction and Rehabilitation of Hospitals: Total Cost: US$ 78 million." The Court's finding included collusion, favoritism and breach of contracts. The list goes on and on. More wasted money, embezzlement and deception. Roadways never completed. Projects double billed. Funds diverted. It was, indeed, an orgy of corruption.

J) The **May 31, 2019** CSC/CA Report revealed: **Money laundering, Illicit enrichment, Illegal contract awards, Overbilling, Illegal commissions, Bribes, Influence peddling,** and **Nepotism on the part of the government of Haiti.**

In June of 2019 nationwide manifestations continued around the misappropriation PetroCaribe Oil Alliance Program funds; as 14 officials from the administration of President Martelly were implicated in the Petrocaribe scandal. The CSC/CA Court's finding in their **May 31, 2019 audit report** was devastating to the disenfranchised Haitian population! **The corruption scandal surrounding the PetroCaribe oil alliance program was at the heart of the violent protests which threatened to cause President Jovenel Moïse's downfall in February as the scandal continued to grow:**

**A) On Mon., Aug. 17, 2020, Haiti's Superior Court of Accounts and Administrative Litigation (CSCCA) released a third huge report on the embezzlement and squandering of $1.74 billion in funds from the PetroCaribe Fund over eight years from September 2008 to September 2016.**

**B)** The last report, amounting to a voluminous 1,064 pages and dated Aug. 12, 2020, comes after two previous CSCCA reports in January and May 2019, and two Senate reports in August 2016 and October 2017.

**C)** It revealed that 3 presidents oversaw the often-untracked spending: René Préval, Michel Martelly, and Jocelerme Privert. Martelly's prime ministers (Garry Conille, Laurent Lamothe, and Evans Paul) burned through most of the money (72.21%). Préval's prime ministers (Michèle Duvivier Pierre-Louis, Jean-Max Bellerive) spent 25.87% and Privert's PM Enex Jean-Charles a mere 1.91%.

The CORE Group Trust tried to keep the Republic of Haiti from participating in the ALBA and PetroCaribe alliance; and utilized the administration of Michel Martelly to sabotage it. Ever since the 2004 coup d'état of President Aristide and UNSCR 1542; Haiti has been placed under the trusteeship of the CORE Group thru UNSCR 1542. The PetroCaribe Oil Alliance Program has exposed the CORE Group Trust, Washington DC and the Government of Haiti (GoH) in their exploitation of the people and Republic of Haiti to the international community and the Haitian diaspora like never before! What is clearly exposed by the PetroCaribe Oil Alliance scandal is that the CORE Group trust and Washington DC have no respect for the sovereignty of the Republic of Haiti. I can understand why because technically the joint-stock company CORE Group trust owns Haiti ever since UNSCR 1542. Washington DC specifically told the Government of Haiti not to join or participate in the ALBA, PetroCaribe Alliance, or anything that President Chavez was doing. Normally Haiti wouldn't be invited or Washington Dc wouldn't allow them to participate in an alliance like ALBA or PetroCaribe. In fact, if it wasn't for President Chavez and diplomatic ties of the Bolivarian Revolution; Haiti would've been kept out of the PetroCaribe Alliance. Haiti Wiki-leaks of February 7, 2007 reveals that Haitian

officials reported to the US embassy that; Chavez continues to aggressively court Haiti.

Haiti Wiki-leaks of an April 26, 2007 secret US embassy cable revealed that at a meeting senior presidential advisor Fritz Longchamps told the US Embassy's Political Counselor: "Préval will attend the ALBA [Bolivarian Alternative for the Americas] summit in Venezuela as a 'special observer' for the express purpose of finalizing a tri-lateral assistance agreement between Haiti, Venezuela, and Cuba, whereby Venezuela will finance the presence of Cuban doctors and other technicians in rural Haiti." In an US embassy cable on the same day Ambassador Sanderson stated that: the meeting was "specifically to raise our displeasure with Préval's Venezuela trip"; "Longchamps expressed surprise that the USG [U.S. Government] would take issue with Préval's attendance at this meeting"; "Longchamps' reaction probably reflects Préval's own obliviousness to the impact and consequences his accommodation of Chavez has on relations with us."; Longchamps "betrayed a common trait among Haitian officials in misjudging the relative importance that U.S. policy makers attach to Haiti versus Venezuela and Chavez' regional impact."; Ambassador Sanderson suggested the U.S. "convey our discontent with Préval's actions at the highest possible level when he next visits Washington."

The way that the PetroCaribe Oil Alliance exposes the Republic of Haiti is in the fact that the joint-stock company CORE Group Trust and Washington DC repeatedly warned them not to participate in the oil program or join the Bolivarian Alliance for the Americas (ALBA). They didn't want the Haiti anywhere near the Bolivarian Revolution-200 which president Chavez was conducting even though Haiti participated in the original Bolivarian Revolution. Despite these warnings the administration of President Preval covertly joined the PertroCaribe Oil Alliance in 2007 against the wishes of Washington DC and would later do the same with the ALBA. The Haiti Wiki-leak of a May 7, 2007 secret US embassy cable describes how President Preval tried to bluff ambassador Sanderson and the US embassy upon joining the PetroCaribe Oil Alliance at the ALBA summit by sending Senate President Joseph Lambert in for the spin: Lambert "described a 'very tense' atmosphere behind the scenes of the ALBA summit between President Préval and President Chavez in a meeting with Embassy staff on May 4,"; "According to Lambert, Préval refused to join ALBA and told Chavez that if ALBA membership were a condition for Venezuelan aid, he would leave the summit," he wrote. "Lambert added that Préval and Chavez also clashed over drug-trafficking, diplomatic representation, what to wear to the summit's closing ceremony (Chavez wanted everyone in red), and the terms of the energy agreement Chavez offered Haiti." Lambert said that "Préval would never do anything to compromise relations with his 'friends to the North'" and that Chavez "complained that for all the he gives to Haiti; the Haitians give nothing in return." Lambert trumpeted that "Préval's resistance to signing the ALBA accords so upset Chavez that the Cubans tried to get Préval to play along," but "Préval stood firm, in the end agreeing only to a 'very general' cooperation agreement".

What makes matters even worse is that once the Government of Haiti (GoH) joined the alliance led by Chavez and Castro against the wishes of the CORE Group Trust and Washington DC; the GoH actually feigned concern for the people of the Republic of Haiti as the reason for their actions. Out of greed; they were willing to go against the wishes of CORE Group trust and

Washington DC and risk the lives of the Haitian people in their fight to join the PetroCaribe Oil Alliance due to the "benefit"! Haiti Wiki-leaks of an August 25, 2006 covert US embassy cable Chargé d'Affaires Thomas C. Tighe wrote that: the Haitian Parliament was studying and likely to ratify the PetroCaribe agreement "because of the seemingly huge benefit to Haiti" and "PetroCaribe provides easy access to extra cash". In Haiti Wiki-leaks of a January 18, 2007 secret US embassy cable, Chargé d'Affaires Thomas C. Tighe wrote that: Michael Lecorps, "apparently infuriated by Chevron's lack of cooperation with the GoH, stressed that Petrocaribe is no longer negotiable," Tighe reports in a cable. **Tighe noted that Lecorps and other Haitian officials "focused primarily on the cost benefits (estimated to be USD 100 million per year) to the GoH, which would be used for social projects like schools and hospitals" and that in discussing the U.S. oil companies' intransigence, "Lecorps' self-control wavered."**

After being castigated by the CORE Group trust and Washington DC for joining the PetroCaribe Oil Alliance program; their oil conglomerates tried to block and keep the Republic of Haiti from participating in the PetroCaribe Oil Alliance program. Once again, the GoH feigned concern for the people of the Republic of Haiti and utilized them in order to coerce the oil conglomerates into delivering Venezuelan petroleum products to Haiti. In Haiti Wiki-leaks of an October 13, 2006 secret US embassy cable ambassador Sanderson states that ExxonMobil and Texaco/Chevron were "shocked" but hadn't "informed the government of their concerns," to which Sanderson "encouraged the two companies to do so." Christian Porter, ExxonMobil's country manager, "speaking for both ExxonMobil and Chevron, stressed that they would not be willing to do this because they would lose their off-shore margins and because of Petrocaribe's unreliable reputation" for timely deliveries, Sanderson wrote. She concluded that it was a "dubious proposal that neither the U.S. oil companies in Haiti -- responsible for about 45 percent of Haiti's petroleum imports -- nor Venezuela, for that matter, is likely to agree to." She was wrong about Venezuela, but right about the oil companies. Ambassador *Sanderson reiterated that despite her "numerous attempts to discuss (and discourage) GOH intentions to move forward with the Petrocaribe agreement, the GOH insists the agreement, implemented in full, will result in a net gain for Haiti. "*

The sovereignty of the Republic of Haiti was already being violated by the joint-stock trust company CORE Group, so they were against any independent action by the administration of President Preval that would benefit Haitian people. But the straw that may have broken the proverbial "camel's back" is when the GoH signed and ratified a **tripartite (Haiti-Venezuela-Cuba) energy cooperation agreement.** Haiti Wiki-leaks revealed: Chavez renewed his pledge, made at the July 2008 PetroCaribe Summit, to construct an oil refinery in Haiti. "Lecorps put its capacity at 20,000 bpd [barrels per day] and the cost at USD 400 million," Tighe wrote. **He also noted that although Haiti was not an ALBA member, "a tripartite (Haiti-Venezuela-Cuba) energy cooperation agreement is waiting to be ratified by Parliament"** whose "purpose is to decide how 10% of funds from Haiti's PetroCaribe revenue would be spent on social programs in Haiti."; "In addition to three power plants already in operation and promises to modernize the airport in Cap Haitien, Venezuela's oil refinery project... would expand Venezuelan and Cuban influence in Haiti."

After signing an accord with Venezuela and Cuba for development against the wishes of the CORE Group Trust; the Republic of Haiti was suddenly hit with an earthquake in January of 2010. But they were willing to risk it for the money; what is now clear is that the CORE Group Trust placed Michel Martelly in power as President of Haiti in order to pilfer the PetroCaribe Oil Alliance program and sabotage the ALBA. The administration of President Michel Martelly went on to exploit the Petrocaribe program Duvalier style. His administration went on a US$ 1.7 billion spending spree and spent approximately 60% of PetroCaribe funds with nothing to show for it. After feigning concern for the Haitian people as the reason for joining the PetroCaribe Oil Alliance Program; the corrupt Haitian government primarily utilized the savings of Petrocaribe funds on private expenses. Haiti ranks 163 out of 188 countries in the human development index yet with 13 billion in humanitarian aid embezzled by the Clinton foundation and now with the disappearance of $4.5 billion from Petrocaribe with no social programs or accountability has left the nation in a state of arrested development. Today Haiti is worse than broke with the national debt at US$ 2 Billion; just about where it was in 2008 when the PetroCaribe alliance's first oil shipment arrived. After the termination of the PetroCaribe Oil Alliance program; a government anti-corruption task force in Haiti published a report which concluded that, between March 2019 and May 2020 alone, private oil companies operating in Haiti made $94 million in undue profits at the expense of the island-nation.

All branches of the government of Haiti are embroiled in the Petrocaribe scandal because money was paid out yet no projects were completed. The PetroCaribe Oil Alliance Program was a rare opportunity which Haiti couldn't afford to miss. Between 2008 and 2017, this Agreement gave the Government of Haiti annual financing of around 300 million USD. The government of the Republic of Haiti has never received so much cash stric'ly for development. **The fact of the matter is the same organizations which were created to build up Western Europe during the Marshall Plan after WWII; such as the IMF, World Bank, and UN; are the same organizations used to exploit nations like Haiti and keep its people disenfranchised.** The ridiculous amounts of classic international aid of the IMF (International Monetary Fund), of the World Bank, and other international organisms are insignificant in relation to the cushion of liquidity generated by the PetroCaribe Oil Alliance funds. The aid from these programs also came "with strings attached" while the PetroCaribe Oil Alliance program, by contrast, funneled money directly into the Haitian government's coffers. President Hugo Chavez had proudly pointed out that the long-term loans gained under the PetroCaribe Oil Alliance Program came "with no strings attached".

If the ALBA (the Bolivarian Alliance for the Peoples of Our America) and PetroCaribe Alliance were the only legacy left to the world and their people by President Hugo Chavez and President Fidel Castro, that would be enough. What makes the model of their alliance so dynamic is the fact that it was a multi-lateral trade alliance built around energy(oil). Under PetroCaribe, countries could purchase up to 185,000 barrels of oil per day. Venezuela required partial payment (5% to 50%) with a grace period of 1 to 2 years, the remainder paid over 17 to 25 years at 1% interest (if oil prices exceed $40 per barrel). What made the model for their multi-lateral

trade alliance so unique is that goods and services were forms of repayment! For instance, Cuba sent doctors to Venezuela and Nicaragua paid with meat and milk! Their alliance managed to respect the national sovereignty of a nation while allowing for development through multilateral trade, building infrastructure, and providing social programs. They were also able to expand and evolve their multi-lateral trade alliance. The ALBA established the ALBA Bank in 2008 with 1 billion in capital to serve as an alternative to the **World Bank** and **IMF (International Monetary Fund)** but without the debilitating loan conditions! In 2013 the PetroCaribe oil Alliance established links with the Bolivarian Alliance of the Americas (ALBA) aiming to go beyond oil trade and promote economic cooperation. The ALBA also established a digital currency named SUCRE (Sistema Unico de Compensacion Regional). During the May 2013 summit, leaders approved of an agreement to found a Petrocaribe Alliance Economic Zone, which would promote investment, trade, tourism, and development in member countries.

They were developing South America and the Caribbean into a sovereign, self-sustainable, autonomous region, operating outside the jurisdiction of the 'Cestui Que Vie Trust'; to the chagrin of the UN, IMF, and Vatican. This model must be replicated because it's full of potential but has yet to be utilized or explored properly because it was immediately attacked and destroyed upon the death of President Chavez. Colonial powers ensured that the ideology of black self-upliftment, in the example of Haiti, would fail as an anticolonial project. The destruction of the ALBA and PetroCaribe Alliance, in order to deter the participation of Haiti, by the CORE Group-OAS trust is a continuation of this policy. President Chavez tried to make Haiti a permanent member of the ALBA/PetroCaribe alliance, and was correct about the Bolivarian Revolution, it's incomplete if the Americas remain under the neo-colonial dictates of Washington DC (which is an extension of the Western empire). Ironically the only country currently receiving crude oil from Venezuela at this type of preferential treatment is Cuba; who started the program with Venezuela by trading doctors for oil! It's still getting some oil through Petrocaribe because Cuba doesn't have the debt problems of other nations because it brokered a deal to pay for its oil by sending doctors to Venezuela. Haiti is touted as the poorest nation within the American hemisphere but per capita it is one of the most valuable due to its' natural resources. In fact, Venezuela's reserve of oil is connected to Haiti's oil reserves and if it would've been allowed to participate in the PetroCaribe program as an honest broker; there's no telling how successful it might be.

The claim is that the Petrocaribe oil alliance program was pillaged in Haiti because it had little oversight and wasn't part of an international aid package. What's interesting is that over 13 billion of humanitarian aid went missing after the Haitian earthquake of 2010 and it had oversight. What's clear now is that the CORE Group trust utilized President Martelly to purposefully sabotage ALBA and PetroCaribe. The problem with the ALBA and PetroCaribe alliance is that there wasn't any oversight of member-states, by Venezuela, on many of the joint social projects started. This made corruption and embezzlement of the PetroCaribe funds much easier. An essential feature of the agreement was that Venezuela put no demands on how proceeds from the financing mechanism would be spent (which is why kleptocrats like Michel Martelly loved it so much). Even though President Moise never got to participate in the PetroCaribe Oil Alliance program, they tried to dump the whole scandal on his administration.

In 2015, Jovenel Moïse was elected President of the Republic of Haiti in a very flawed process and therefore wasn't able to take office. In 2016, thousands of Haitians took to the streets to reject the imposition of a second PHTK government through the figure of the politically unknown Jovenel Moïse. His campaign was funded and approved by Reginald Boulos, CORE Group-OAS, and Washington DC but he was able to hold his own against the "opposition" provisional president Jocelerme Privert by rallying people around his "Caravan of Change". President-elect Jovenel Moïse, an agribusiness man known locally as *Nèg Bannann* (The Banana Man), eventually won the presidency by gaining 55.60% of the vote in a crowded field in a November 2016 contest marked by feeble participation. President Moise wasn't able to take office until 2017 and never got to participate in the ALBA nor PetroCaribe Alliance; although his administration was utilized as a geopolitical pawn in the indirect assault, by the joint-stock trust company CORE Group, on the ALBA and PetroCaribe multi-lateral trade alliance, thru destabilization of Venezuela. President Michel Martelly, his family members (many of them with high-ranking government positions), PHTK party and cronies squandered more than ⅔ of the PetroCaribe Alliance funds, or more than $2 billion of public monies earmarked for social projects such as housing, infrastructure, and agriculture.

The second report of the misappropriation of PetroCaribe funds by the **Superior Court of Auditors and Administrative Disputes, (CSCCA),** implicated President Moise when his administration never got to participate in the PetroCaribe Alliance. Youri Latortue and the non-profit Ayiti an Aksyon have both been connected to Reginald Boulos (foreign oligarchy) whom were at odds with President Jovenel Moise. President Moise was also at odds with the four members of the second senatorial investigative committee also chaired by Youri Latortue and (Senators Nenel Cassy, Antonio Cheramy aka "Don Kato", Richard Lenine Hervé Fourcand, and Onondieu Louis) whom are aligned with Dmitry Vorbe. The 600-page audit of the PetroCaribe funds claimed that firms linked to President Moïse took part in an embezzlement scheme. They revealed that 1,000 acres of land and $27 million of Petrocaribe funds were granted as a loan to Jovenel Moise by president Martelly to fund an export business called Agritrans S.A.. Not only was Agritrans S.A., which has an airstrip, linked to the transshipment of narcotics; the media also claimed that President-elect Jovenel Moïse was indicted for money laundering just days before he took the oath as president of Haiti, yet he was granted immunity for 5 years and allowed to take office by the US justice department.

The reason President Moise's presidency was so tainted from the beginning was due to his connection with the administration of President Martelly and the PHTK party. Haiti Wiki-Leaks revealed that Michel Martelly had been placed in power thru legislative coups by US Secretary of State Clinton after her 18-month lease of the Haitian government by the IHRC was done. The administration of President Moise was viewed as a continuation of the legislative coups, exposed by Haiti Wiki-leaks, and executed by the CORE Group Trust in 2010. He was basically the only candidate and elected with low voter turn-out; this is the reason it was tainted with illegitimacy from the start.

**President Jovenel Moise was born on June 26, 1968 in Trou du Nord, Nord-Est, Haiti.**

After tying the knot with his wife in 1996 they moved to Port-de-Paix to work towards the development of rural areas. During their 19 years in Port-de-Paix, President Moise and his wife founded several successful businesses including JoMar Auto Parts and JoMar Plus Dous(Even Sweeter). They also partnered with Culligan Water to provide potable water in the northwest (waterplant) and helped build Haiti's first agricultural free trade zone. He was also the president of the Chamber of Commerce for the area. President Martelly discovered Moise while campalining in the area and was so impressed by the job he did in Port de Paix; that he decided to recruit him to the PHTK party.

The CORE Group Trust helped Jovenel Moise found Agritans SA in 2012 thru the government of Haiti. The business produced and exported plantains, earning him the moniker "neg bannann". In 2014 Agritans SA entered a public-private partnership with the Government of Haiti as part of program championed by UN Special Envoy Bill Clinton in the aftermath of the 2010 earthquake. The program was designed by British economist Paul Collier outlining export-oriented agriculture utilizing public-private partnerships as a blueprint for Haiti's development. According to the Center for Facilitation of Investments Agritans SA was Haiti's first agricultural export trading zone and received 27 million.

The free trade zone status made Agritans tax exempt for 15 years and gave it special customs treatment. The project promised over 3000 jobs but only employed 600 and the project ended up being a failure like Caracol Park which forcibly removed hundreds of Haitian peasant farmers from their land thru eminent domain. At first Haiti was expected to export 45,000 tons of bananas per week to Europe thru Agritans but now the land is a "graveyard of bananas" patrolled by armed guards and zero bananas have been exported since July 2016. President Moise's record was clean until dealing with Agritans SA. The CORE Group Trust and government of Haiti may have utilized him to launder money thru Agritans SA.

The second Superior Court of Auditors and Administrative Disputes, (CSCCA), Report also targeted President Moise even though he had minimal participation or involvement with the PetroCaribe Oil Alliance program. The audit of PetroCaribe funds utilized Agritans SA to slander him. For the record the minimum amount the Government of Haiti invested in Agritrans, a banana exporting plantation run by President Jovenel Moïse; $6 million. The date on which Moïse appeared at Agritrans to mark the first shipment of bananas to Europe; September 8, 2015. The date on which the second, and last, shipment of bananas to Europe was made; April 2016. Estimated number of individuals displaced by the creation of Agritrans; 1,000. Number of jobs the plantation was expected to create; 3,000. Estimated average annual economic loss of those displaced; $1,433. Dollar amount of import tax exemptions that Agritrans SA benefited from between 2014 and 2017: $573,543.

The people of Haiti have no power and there is no way to punish the people who actually squandered the PetroCaribe funds. Plus, the PetroCaribe funds were squandered by the Haitian government at the behest of the CORE Group-OAS Trust. This is why the anti-corruption PetroCaribe movement which broke out during the President Moïse admiration ~~was most likely a colorable one. It is being funded by the foreign oligarchy in Haiti. In June~~ of 2018, a civil society movement under the slogan *Kot kòb PetroCaribe a?* ("Where is the PetroCaribe money?") began demanding accountability for the funds, an end to corruption, and other government abuses. Followed by Nou Pap Dòmi and several other civil and non-profit organizations demanding his resignation over the PetroCaribe funds scandal. All of their efforts were funded by the foreign oligarchal class in an attempt to remove President Moise from office like Duvalier. Despite the construction of miles of roads and the beginnings of an effort to restructure Haiti's faltering energy grid, by President Jovenel Moise, the reality is that the PetroCaribe Oil Alliance funds scandal derailed his administration.

President Moïse denied any links to the PetroCaribe scandal and called on the Organization of American States to investigate, while frequently assailing what he charges is the "state capture" of Haiti's resources by corrupt business elites and their political allies. He has also publicly qualified the CSC/CA reports as a political witch hunt. The Permanent Council Organization of American States (OAS) concluded their "goodwill" fact-finding mission; made various recommendations; and published a report on the PetroCaribe scandal in June of 2021. After exploiting PetroCaribe funds individuals who had held government positions and benefitted from pillaging of the funds like former Prime Minister Evans Paul joined a chorus of critics who look back on eight years of mismanaged PetroCaribe funds: "There was no vision. Plans changed from administration to administration. There were no specific trajectories or plans for development delineated, earmarked for funding. During 2010 there was the earthquake. Now we are ten years later and you can't see any change. Just growing slums." "It was an orgy of corruption!" declared Fritz Jean, the former Governor of Haiti's Central Bank. "We missed an enormous opportunity. We could have used this financing, about US$ 2 billion, to double or triple the value through investments."

The administration of President Jovenel Moise can be summed up in a story he told about trying to implement 5G in Haiti: "Remember when 1 first became president in 2017; remember, emissaries u sent to me that told me that 4g is for 10 million dollars, if u want to survive your first 100 days; when I heard 10 million dollar, I just became president and I didn't know what 4g is; do u know wat 4g is? People this is why u sent me to open your eyes and to speak to the bosses; Do u know what 4g is? Look at your smart phone, it's marked 3g meaning 3rd generation; 4g means 4th generation, that means this is a license but who sells the license? The government sells it; when I first became president; they sent a guy who told me within the first 100 days 10 million for 4g; I TOLD HIM TO PAUSE; after 2 years a boss approached me and said Mr. president you haven't done anything about the 4g; I asked him what's 4g? I lied and acted like I didn't know; he said 4g is 4th generation; for real OK; well the offer is 70 million for it; the 4g that was 10 million; **in 2017 it was 10 million in 2019 its 70 million;** I said good this 4g I gotta find its aunt and uncle; 10 to 70; while the country was on fire; there's a big boss who I gave a job to; he came and told me the 4g is 150 million dollars; I said to myself what a 4g that's coming for us; 10-70-150 million; I paused even harder; look I sat on the 4g there and didn't say

anything else; one of the big bosses stated "you know what, for this 4g situation to be solved lets invest some money in a transition"; when I'm talking to them, I know who I'm talking to; they pushed some money into Port au Prince, bow the **Peyi-block,** fire everywhere; then 1 of them called on the phone and said president  the way things are looking now are you gonna let all the country burn down or Mr. president you have to go Mr. president; I told him, let me tell you; you know when I'm leaving? February 7, 2021". President Moise has stated on record that after he was elected, he went to a meeting where he was told not to expect to accomplish any of the promises he made to the people while on the campaign trail. President Moise has also stated on record that he lost the first 31/2 years of his presidency due to the foreign oligarchy backed "opposition" attempts to remove him from office. The movement to slander President Moise with the PetroCaribe scandal was a colourable one because he was at odds with the foreign oligarchal class which have captured the Haitian state since the fall of the Duvalier regime.


On December 11, 2017, French President **Emmanuel Macron** officially welcomed Haitian President **Jovenel Moise** at **Élysée Palace** on his first official state visit to France, during an official presidential tour of Europe, while attending the One Planet Summit. His agenda also included meetings with: Rémy Rioux, the Director General of the French Development Agency (AFD), Michaelle Jean, the Secretary General of the International Organization of La Francophonie (OIF), and Audrey Azoulay, the Director General of UNESCO. President Moise and his staff also visited Belgium accompanied by Haitian businessmen, where they met with the representatives of the Chamber of Commerce of Brussels and Anvers. He had lunch with Rudy Demotte, the Minister-President of Wallonia / Brussels. Then President Moïse visited the headquarters of the European Union (EU) where he had an initial meeting with Ms. Frederica Mogherini, 2nd Vice-President of the European Commission and High Representative of the Union for Foreign Affairs and Security Policy.


During this diplomatic mission he addressed President Macron regarding Haiti-France relations. **On the sidelines of the One Planet Summit, President Moïse met with his French counterpart, Emmanuel Macron** to discuss bilateral cooperation between France and Haiti. There are treaties in existence between France and Haiti which have never been enforced to the benefit of Haiti. On this trip to France, President Moise brought a list of demands regarding climate change and the development of Haiti. President Moise also took note of how entities are always taking from Haiti but never giving-back and took note of a contract France signed in 2015 under Martelly for 50 million euros with nothing to show for it. President Moise asked him for radical changes to the policies being implemented in Haiti by France if they were serious about developing Haiti for the better. He also requested that France sign an accord for development and to raise the standard of living in Haiti if they wanted to remain in the island-nation. President Macron stated that in the coming days, President Moise, we guarantee that we're gonna arrange it so that we can work together to realize your list of demands for Haiti. He promised to help Haiti based on Moise demands with, education, climate change and promised to make Haiti a green zone in the Caribbean. He also promised that France would begin to invest in Haiti and would begin to work with President Moise on these projects the coming 1st of January. They held a press conference after their meeting, at

the insistence of President Moise, to let the people know what's going on.

During the summit, President Jovenel Moise also introduced members of the private sector of the Affairs of Haiti to the representatives of the French Patronage during a big meeting with the movement of the Enterprises of France (MEDEF). While attending this summit, after subsequent meetings with the European Investment Bank, President Moise also addressed the Haitian community in France when he made a public statement complaining of "political persecution" and claiming that the Haitian judiciary had recently forced him to renew the appointments of 50 corrupt judges. Upon his return to Haiti after this initial diplomatic mission though; the French media and the government of Haiti immediately began to slander him as some sort of tyrant (due to the fact he was advocating for the people). Haiti's Superior Judiciary Council (Cspj) responded with a statement accusing Moïse of "putting in peril the independence of the judiciary power," of "discrediting … the principle of the separation of powers" and of making a statement that was "incompetent and irresponsible."

The Government of Haiti placed the Republic of Haiti in a defacto proxy-war with Russia, once they went against the dictates of Washington DC and the CORE Group Trust, and covertly signed a tripartite accord with Venezuela and Cuba in order to join the ALBA and PetroCaribe alliance. The Republic of Haiti got caught up in a proxy-war when Washington DC and the CORE Group Trust utilized the island-nation to recognize Taiwan. Which is ironic because member-states of the CORE Group Trust refused to recognize Haiti's independence for decades but now their utilizing Haiti to recognize a defacto "rogue" state they created! Only 18 of the world's 195 states have chosen to recognize Taiwan, which refers to itself as the Republic of China (ROC). That number was 20 until May 1, 2018 when the Dominican Republic, cut its diplomatic ties with Taiwan and recognized the People's Republic of China, with Burkina Faso following suit on May 24th. After the Chinese Communist Party, led by Mao Zedong, seized power in China in October 1949, the Kuomintang of dictator Chiang Kai-shek fled to Taiwan (formerly Formosa) and established the "exiled" ROC, under the protection of the U.S. 7th Fleet stationed in the Taiwan Strait. Under the aegis of the U.S., the ROC became a member state of the United Nations and even occupied a permanent Security Council seat until 1971, when the United States, under U.S. President Richard Nixon, recognized Mainland China. The ROC does not recognize North Korea, nor the State of Palestine. The ROC does recognize another Washington creation, the State of Kosovo, which is neither a UN member or observer state.

From May 26 to Jun. 1, 2018, President Jovenel Moïse and First Lady Martine Moïse (accompanied by a 30-person delegation) went on a "state visit" to the renegade Chinese island province of Taiwan, which calls itself the Republic of China (ROC). During his campaign President-elect Moïse promised to build a new energy grid to provide electricity to Haiti 24 hours a day within 18 to 24 months. So, this diplomatic mission was made to Taiwan in order to negotiate a loan of $150 million to "electrify all of Haiti". President Moise exposed the underdevelopment of Haiti by Washington DC, previous Haitian statemen, and CORE Group Trust in his fight to fulfill his campaign promise to bring 24-7 electricity to the island-nation. You would think that 24/7 electricity is a given for most modern "civilized" states but most 3rd world countries and most of Africa don't have 24-7 electricity. This is why it is known as the "dark" continent. China countered the Taiwanese offer with $4.7 billion to completely overhaul

Port-au-Prince's crumbling and nonexistent infrastructure, from roads and bridges to electrical grids and water systems as part of its global "One Belt, One Road" initiative. With the ALBA and PetroCaribe Oil Alliance Program; President Chavez offered Haiti an opportunity to break away from these forces which have been impeding Haiti's advancement since its inception. Due to the dictates of the CORE Group Trust, President Moïse chose to throw his lot in with Taiwan instead of taking the deal with China. Ever since the Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under, Kosovo like, trusteeship of the joint-stock company CORE Group thru *UNSCR 1542*; the island-nation has been coerced into following the dictates of the CORE Group-OAS Trust.

President **Moïse** was touted as the Macoute bourgeoisie who was gonna bring hell down on the people of Haiti on behalf of the CORE Group-OAS Trust, foreign oligarchy, and Washington DC. But, fortunately, he turned out to be the opposite and his administration ended up benefitting the people and Republic of Haiti like never before. Due to this, his beleaguered administration of President **Moïse** was the focal point for all the problems of Haiti. The US and Haitian media slandered and turned the people against him from the beginning because he was the truth. He was actually trying to implement his campaign promise, Caravan of Change, of building roads and bringing 24/7 electricity to Haiti. After President Moise's diplomatic mission, Taiwan did end up granting 150 million dollars to Haiti in order to help it expand the grid networks on its territory; but the deal (and loan) got stuck in limbo because it was never ratified by parliament. Despite the sabotage of his efforts by the CORE Group Trust, foreign oligarchy, and political "opposition"; President Moise was able to build power plants to provide electricity to many small towns (during his administration) that never had any since Haitian independence, including towns like Jeremie and Port-de-Paix. Everybody in Haiti is aware of the battle President Moise waged against former vice-president of Société Générale d'Énergie, S.A. (Sogener) Dmitri Vorbe over corruption. Due to insufficient production, dilapidated, and unrepaired equipment the public company Electricité d'Haïti (EDH) only provides a few hours of power each day to the three million inhabitants of Port-au-Prince and its suburbs. His administration denounced overcharges operated by "blackout merchants", and seized the power station despite the contract signed in 2005 with the Sogener company.

**President Moïse initially wanted to launch the project in 2017, and the government attempted to borrow $150 million from Taiwan to finance some of the work. Certain the contract would get approved, Moïse promised in July 2017 that Haiti would have 24/7 electricity in two years; but the Parliament never approved the contract. After three years of waiting, Taiwan loaned Haiti $150 million without the Parliament's approval in July 2020. "I promised to give electricity 24/7 but I wasn't able to do so by the deadline I had hoped. I want to take the opportunity of this big day to apologize," said Moïse during his New Year speech in 2020. "I miscalculated the power of the forces that are standing against me." President Moïse's administration was blamed for the PetroCaribe scandal but an audit of the government's contracts with Sogener, a generator reseller, they charged the government more than 30% higher than what Dominican companies charge the Dominican Republic. The activity underscores the Jovenel Moïse administration's efforts to provide electricity 24/7 in the entire country; albeit slowly. EDH started the project titled "Operasyon Relimen," Creole for "Operation Relight," in July 2020. High**

**voltage lines are being installed in Port-au-Prince to transport energy to remote locations through that Taiwanese contract. Gangs and bandits also often threaten or physically assault EDH employees. For instance, on Jan. 1, a mob ransacked a sub-electrical station in Avenue N, Port-au-Prince and threatened to kill the employees. To date, five ~~communes have enough megawatts to provide electricity non-stop: Marchand Dessalines,~~ For-Liberté, Les Cayes, Cap-Haitien and Jeremie.**

President Moise is possibly the most premier statesman Haiti has had since Dessalines! I got the impression, by the way President Moise ran his administration, that if he would've gotten to participate in the PetroCaribe Oil Alliance Program, the money wouldn't have been squandered, and there would have been social projects constructed for the people. While the administration of President Donald Trump was destroying the ALBA and PetroCaribe alliance by destabilizing and delegitimizing the administration of Venezuelan President Nicholas Maduro; he utilized the administration of President Jovenel Moise for this purpose also. The administration of President Moise was coerced into supporting the false claims of Juan Guaido, when he declared himself acting President of Venezuela, on 23 January 2019 based on Article 223 of Venezuela's 1999 Constitution. Jovenel Moïse launched his first business in Port-de-Paix, Jomar Auto Parts, (with little investment capital) which is still in operation today. That same year, he began development of an agricultural project of organic banana production from a plantation extending to over 10 hectares (25 acres) of land in the Nord-Ouest department. In 2001, Moïse partnered with Culligan Water to start a drinking water plant for distribution to the Nord-Ouest and Nord-Est departments. In 2004, he became President of the Northwest Chamber of Commerce and Industry (CCINO) and later Secretary General of the Haiti Chamber of Commerce and Industry (CCIH). In 2008, he took part in the founding of Haitian Energy Company SA, which builds solar and wind power plants in 10 municipalities in the north-west department. I was even brainwashed into thinking President Moise was a Macoute bourgeoisie drug dealer who was an extension of the illegitimate regime of Martelly and joined the battle to dethrone him. President Moise was known as an honest businessman before being elected but once he began dealing with Martelly; he became known for Agritans S.A. and as a money launderer. President Jovenel Moïse had no political experience and even former President Martelly has stated that he was meant to be a placeholder for him and the PHTK party. After President Moise's term was done President Martelly was supposed to get his second term in office. Immediately upon being elected, the media in Haiti immediately began slandering President Moïse and made him seem like some type of big money launderer/drug dealer. Jovenel Moise was recruited for the presidential office by Michel Martelly who was impressed with his business acumen; as he had risen to be president of the Chamber of Commerce of his hometown in Haiti.

President Jovenel Moïse had a clean record until he started dealing with President Martelly. It was actually President Martelly, whom was a well-known drug trafficker, and embezzled PertroCaribe funds to purchase land for Agritrans S.A. (a business he loaned money to Jovenel Moise for expansion of his banana plantation). In 2012, in Trou-du-Nord, Moïse founded Agritrans SA and creates Haiti's first agricultural free trade zone: this allows the implementation of more than a dozen agricultural projects with 3000 direct and 10000 indirect jobs. Agritrans S.A. lead the Noumbio project, Haiti's first agricultural free zone, which was approved in a 2015

in agreement with the Ministry of Trade and Industry (MCI) and the Directorate of Free Zones. This agreement allows the company to benefit from tax advantages, reduced tariffs and special customs treatment. Moreover, under Haitian law, free trade zones must export at least 70% of their products, which, in a country where not enough food is produced for its citizens, seems bitterly ironic. Haitians themselves risk having to buy back from foreign importers their own exported food, obviously at enormously increased prices. According to the coordinating leader of the organization Action to Reforest and Defend the Environment, Milosten Castin; to clear land for Agritrans S.A., without warning, several bulldozers 'invaded the land, destroying crops and fodder used for grazing. The bulldozers then destroyed the houses of at least 17 families, many of whom are now homeless. Following protests organized by the Peasant Movement for the Development of Deveren (MPDD), Agritrans awarded the owners of the destroyed houses the ridiculous compensation of between 40 and 700 dollars each. At the same time, Moise, thanks to his friendship with Martelly, obtained million-dollar loans from the state to produce bananas and export them.

The administration of President Moïse paved more roads in Haiti than any previous administration before him. He also found a way to discount the cost of forming roads for the Haitian government and paved numerous roads in towns like Jeremie, Port-de-Paix, roads that include Carrefour Joffre/Hans-a-Foleur, Carrefour Trois Rivierres to name a few. He rebuilt and upgraded airport in Jeremie which was indispensable after a 7.2 magnitude earthquake struck the Republic of Haiti on 14 August, 2021. President Moïse built several asphalt plants in several provinces in Haiti, including in Gros Mornes, Les Cayes, Trou-du-Nord. He repaved roads in Les Cayes and rebuilt the town after it had suffered significant damage from Hurricane Matthew. President Moïse built the second-largest hydropower plant and agricultural water reservoir in Haiti after Peligue. He built the "Barrage Marion" in Marion, Haiti, which has the ability to produce electricity and water the farmers land in the North of Haiti. Hundreds of Haitian people from Marion showed up at the inauguration to see this new dam because it meant they no longer lived in fear of flooding every time it rained! He rebuilt another water reservoir "barrage la Tannerie" to make more water available for farmers to increase agricultural production in that area. He built several water pumping stations using solar power for the same purpose. President Moise was in the process of building a deviation of water from the Massacre river when he was assassinated. President Moïse also did a lot of work in the Artibonite department, where he leveraged the ministry of public work to curate the water channel system to make it easier for the farmers to grow rice. President Moise was in a difficult position because in advocating and working for the Haitian people he went against the CORE Group Trust; foreign oligarchy; PHTK party; and US embassy. Due to this, President Moïse his administration was dogged with allegations of corruption related to his business dealings, connected with Michel Martelly, before becoming president. Despite having several speeches and events and results to show for it, he could never convince or get the people to his side due to the slander of the Haitian state media.

President Moïse was blamed for the gang situation in Haiti but the discovery of 24 mobile calls between Arnel and Senator Garcia Delva, during his administration roiled the nation. Senator Delva, who represents the Artibonite agricultural department of the country where the alleged

gang leader had been hiding out, denied any wrongdoing. The gangs in Haiti began emerging once the government of Haiti became involved in Drug trafficking during the Duvalier regime and have also been connected to the foreign oligarchy in Haiti. Many Haitian Senators, like Delva, are pawns of Washington DC who retain their DEA dossiers but allow them to remain free as birds! Senator Delva confirmed to the press his ties to gang leader Arnel Joseph stating: "I only have one position on this," he told reporters. "If the commission finds that I, in my conversations with Arnel, ever agreed to associate myself with his (illegal) activities then I agree and accept to pay the consequences. For once, this country needs justice."...When journalists pressed him about why he was in contact with the gang leader in the first place, Delva responded that he "talks to everyone."..."Everyone knows my number, I've never changed it - so everyone calls me - anyone can call me. Anyway, I don't think I'm the only one who converses with him," Delva said. The senator refused to divulge what they discussed and alleged that prominent Haitian businessman and opposition leader Reginald Boulos recognizes Arnel as a community leader. He said Boulos confirmed that in a conversation with a local radio station. Gang members like Arnel Joseph is a pragmatist who people recognized as a key to control of various areas. Over the period, he generated alliances with gang-leaders, in other districts, a move that really created a secondary government of sorts. He served a number of masters, facilitating their own anti-social agendas, while trying to initiate some social projects into his community like a clinic and a school.

On January 13, 2020, via a publication on his *Twitter account,* the administration of President Jovenel Moïse, noted "the lapse of parliament". He went on to hold a press conference where he stated that the mandates of the lower house deputies and most senators had formally expired because no successors were elected in October of 2019 after the troubled country failed to hold elections. President Moïse blamed parliament for failing to approve the electoral law required to hold last year's elections while his opponents accused him of trying to take advantage of the law. Voting to elect deputies, senators, mayors and local officials should have been held in 2018 but the polls were delayed, triggering the vacuum in which President Moise was left to rule alone. President Moïse argued that the situation could break Haiti's political deadlock after weeks of turmoil. In an interview with Reuters News Agency he stated: "The current situation is an opportunity to stop the permanent crisis"; "the biggest problem Haiti has, is the weakness of its public institutions". Under his predecessor, Michel Martelly, the Haitian Parliament was dissolved in January 2015 when last-ditch negotiations for a deal that would have extended legislators' mandates failed. President Michel Martelly wasn't actually elected, he was installed by the CORE Group-OAS Trust and President Moise was approved by them also. It was the CORE Group Trust whom actually ran the country during the Martelly administration and utilized it to placate/destroy the ALBA and PetroCaribe alliance. On August 28 of 2020 the head of the Port-au-Prince Bar Association, Monferrier Dorval, was shot dead by unknown gunmen who stormed his home in the same upscale neighborhood where President Moise was assassinated. In an interview at a radio station; President Moise was portrayed as authorizing the assassination when he mentioned that he received a tweet about it, immediately after it happened. On October 23, 2020, President Jovenel Moïse, announced in an address to the nation that he would not organize overdue legislative elections

until a new constitution had been adopted by referendum.

On November 26, 2020, the administration of President Jovenel Moïse published two decrees on National Security. The first decree established a new National Intelligence Agency (ANI), while the second greatly expanded upon the definition of terrorism. Under his decree ANI members had the right to exercise extrajudicial power "Alongside the ANI, there is also the Protected Areas Surveillance Brigade (BSAP)". His government framed the Presidential decrees as a response to recently increasing insecurity, however the Port-au-Prince Bar Association and various human rights organizations have denounced the new decrees and warned that they could be used to increase repression. In fact, these decrees were so controversial that the CORE Group Trust had to issue a press release. **Port-au-Prince, December 12, 2020** – The Core Group (composed of the Ambassadors of Germany, Brazil, Canada, Spain, the United States of America, France, the European Union, the Special Representative of the Organization of American States and the Special Representative of the Secretary General of the United Nations) expresses its concern following the publication on November 26, 2020 of the Decree on the Creation, Organization and Operation of the National Intelligence Agency (ANI ) and the Decree for the strengthening of public security. The Decree on the strengthening of public security extends the qualification of "terrorist act" to certain acts which do not come under it and provides for particularly heavy penalties (from 30 to 50 years in prison). The Decree creating the ANI gives the agents of this institution quasi-juridical immunity, thus opening up the possibility of abuse. These two presidential decrees, issued in areas that fall within the competence of a Parliament, do not seem to comply with certain fundamental principles of democracy, the rule of law, and the civil and political rights of citizens. The Core Group therefore also underlines the importance of restoring an elected Parliament by organizing legislative elections as soon as possible, as soon as the conditions for a democratic vote are met.

Andre Michel, a politician with the opposition Democratic and Popular Sector, said the country was entering a crisis that would be worse than in 2019, when the impoverished country was racked by violent protests against the government. The Civil-Society led "opposition" had been holding rallies and protests day after day, ever since the PetroCarbe scandal marred the Moïse administration, calling for him to resign. "Today we see that Jovenel Moïse is devoid of any popular legitimacy," Andre Michel told a news conference. Andre Michel is infamous for telling his militant protestors and organizers that "barricades are their avenues" (to empowerment) only to betray them and join the government of Ariel Henry once President Moïse was assassinated. His organization had protesters set up barricades along the streets during nationwide strikes demanding the resignation of Haitian President Jovenel Moise in Port-au-Prince, Haiti, on February 2, 2021 and prior.

According to Haiti's 1987 constitution, a presidential term lasts five years. Haiti's Superior Court of Justice and the country's "opposition" movement say that President Moïse, who won a runoff vote in 2016, was due to step down on Feb. 7, 2021. The civil-society led "opposition" in Haiti demanded his resignation; arguing that his term would legally end on February 7, 2021. Opposition leaders claimed on Feb. 7, 2021 that President Moïse's legal term had expired; since five years had passed from when he would have assumed the presidency if the first vote

(from 2016) had been allowed.  President Moïse maintained that his term ended on February 7, 2022 because he was not sworn in until 2017.

The CORE Group-OAS Trust came down on the side of President Jovenel Moïse once they issued an official statement about the matter:  "We've urged the government of Haiti to organize free and fair legislative elections so that Parliament may resume its rightful role," State Department spokesman Ned Price told reporters in Washington.  In line with the position of the Organization of American States, the US believes that "a new elected president should succeed President Moïse when his term ends on February 7, 2022," Price said.  President Moïse was assailed by the US media for "ruling by decree" for more than 15 months after Haiti failed to hold elections; but most heads of state rule by decree on significant matters but the civil-society led "opposition" was blaming him for a crisis which the legislative branch had created and the CORE Group Trust managed.

After utilizing the PetroCaribe scandal to undermine the administration of President Moïse and applying pressure to his government with months-long street protests; the civil society led "opposition" groups demanded his resignation on February 7, 2022 and a transitional government to hold new elections.    Justice Minister Rockefeller Vincent revealed an "attempted coup d'état/assassination" against President Jovenel Moise took place on February 7, 2021 which was foiled by the head of National Palace security, Dmitry Herard.  After the attempted coup President Moise thanked Dmitry Herard for thwarting the attack and made him head of the Presidential Guard.  There were 23 arrests in connection to plotting and executing the coup attempt including a Supreme Court Judge and senior police official; but most of the February 7, 2021 coup plotters weren't prosecuted.

On February 22, 2021, the U.N. Security Council held a meeting (via video conference) to discuss the political instability in Haiti.  Helen La Lime, Special Representative of the U.N. Secretary-General in Haiti and head of BINUH, painted a mostly bleak picture while briefing members.  "As the country prepares to enter a tense pre-electoral period, the polarization that has defined most of President [Jovenel] Moïse's term in office has become even more acute, as signs of a shrinking civic space abound and an already alarming humanitarian situation continues to deteriorate," La Lime said.
Describing the human rights situation as "dire," La Lime cited Moise's November 26 decree on public security as particularly problematic for civil liberties.  "The overly broad definition of terrorism articulated in a 26 November decree on public security — to include lesser offenses such as vandalism and obstructing roads, along with an increase in both the threats directed at, and attacks on journalists, lawyers, judges and human rights defenders — all risk chilling the public debate and curtailing such inalienable rights as those of freedom of speech, freedom of the press, and peaceful assembly," La Lime said.  The BINUH chief also criticized Moise's decree sidelining three Supreme Court justices, after announcing an alleged coup attempt (on Feb 7), a move that unified the previously divided opposition groups and angered Haiti's allies in the international community.

The Foreign Minister is normally the one who addresses such meetings but in an unusual move; President Moise addressed the UN Security Council personally to defend his policies.  The

president listed his achievements in the energy sector, infrastructure and modernizing Haiti's police force. He cited progress toward reforming the constitution and organizing a referendum and general elections later this year. He also expressed his commitment to addressing gang violence, kidnappings, human rights abuses and press freedom. "To reinforce the rule of law and consolidate the security agencies in the absence of a functioning parliament, I had to adopt certain decrees that were necessary to combat organized crime, rampant insecurity and kidnapping". President Moise said in French, pushing back on criticism about ruling by decree. "I am the fifth president since 1987 to use this tool to respond to the needs of the people. I will continue to do so in a limited fashion until a new parliament is elected and the 59th president of the Republic is sworn in on February 7, 2022,"

For the Record Operation Tabula-Rasa was a grassroots movement begun by Moise Jean Charles in Haiti during the Petrocaribe scandal. The people were tired of the corrupt government of Haiti stealing money from the people and were looking for a clean slate. Moise Jean Charles was able to encapsulate that energy into his colorable Tabula-Rasa movement with no intentions of actually empowering them. I got wind of Operation Tabula-Rasa in fall of 2019 from one of the Haitians participating in the militant movement. It interested and motivated me even more, so I decided to join the movement for a new system in Haiti. Ever since the misappropriation of the 2010 Haitian earthquake Relief and Petrocaribe funds, it has become evident that, billions of dollars are flowing thru the government while Haiti remains the "poorest nation in the hemisphere". Haitian citizens are upset after decades of unchecked government corruption and lack of development. I liked the idea and name so I decided to join the Tabula-Rasa movement from the diaspora in order to give Haiti a "clean-slate" by implementing a new system. What's interesting is that Moise Jean Charles is currently a part of the defacto government of Ariel Henry which was appointed by the CORE Group-OAS Trust.

I had already been working on helping to rebuild Haiti after the catastrophic earthquake with the Uni-lateral Declaration on Behalf of Haiti. This was an investigation into the misappropriated earthquake relief funds and UNSCR 940 with a request to go implement a new system in Haiti. The Haitian consulate in Manhattan refused to process this Uni-lateral Declaration on Behalf of Haiti to the International Court of Justice. It was during my investigation of the Tabula-Rasa movement that I discovered that the government of Haiti has been profiting off of the genocide of the Haitian people thru transitional and provisional governments. After consulting with Yaweh Law about the Uni-Lateral Declaration on behalf of Haiti; I was instructed to form a petition and collect signatures to show that the Haitian people support the document. I created a petition and began collecting signatures, within the Haitian community in Brooklyn, in support of the Uni-Lateral Declaration on behalf of Haiti. I also created a survey/contract/questionnaire form for a new system in the Republic of Haiti to fill out. It was during a protest in front of the Haitian consulate in midtown Manhattan for Haiti Lives Matter during the summer of 2020, that I got a contact for Ambassador Herve Denis who also refused to process the Uni-lateral Declaration on Behalf of Haiti (after I spoke and sent the document to him). After the blatant refusal of Ambassador Herve Denis to help me process said document to the International Court of Justice, I began consulting with Yahweh Law firm again. Because of the violation of due process committed by Ambassador Herve Denis once he refused to process the Uni-lateral

Declaration on Behalf of Haiti to the International Court of Justice; Yaweh Law law firm decided to process the document and suggested I pay for a Power-of-Attorney for Haiti, utilizing all of the signatures from the open petition I had collected. This Power-of-Attorney made me **Attorney-In-Fact, National Agent and Representative of the principal: Republic of Haiti, ~~Haitian Diaspora~~** ~~thru the non-profit HAITI REFORMATION PROJECT, thereby nullifying~~ the CORE Group Trust which the Republic of Haiti was placed under thru UNSCR 1542.

After being made **Attorney-In-Fact, National Agent and Representative of the principal: Republic of Haiti, Haitian Diaspora, I, Marc Pierre** began executing the mandate of said principal by paying the Yahweh Law firm to serve a dossier consisting of the Uni-lateral Declaration on Behalf of Haiti; HAITI REFORMATION PROJECT TABULA-RASA ACCORD of March 26, 2021 (Cease and Desist Order which outlined a new system for Haiti); Power-of-Attorney and Affirmation as to Power-of-Attorney Being in Full Force; Certificate of incorporation for HAITI REFORMATION PROJECT who's stated objective is to implement a new system in Haiti; the petitions with all of the signatures I had collected along with the contract forms; and Notary Acknowledgement. I had a dossier of all stated documents served by Yahweh Law firm to the US State Dept.; CORE Group Trust; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving said dossier containing HAITI REFORMATION PROJECT TABULA-RASA ACCORD to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but was shocked once the administration of President Jovenel Moise immediately implemented one of the mandates! The administration of President Jovenel Moise already had a constitutional referendum scheduled to take place on April 25, 2021, once his administration received the dossier containing the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021 he immediately scrapped the National Referendum for a new Constitution of April 25, 2021 and rescheduled it and introduced a National Referendum for a New Constitution on June 27, 2021 to the Haitian diaspora and the people of the Republic of Haiti.

I was never able to get the Uni-lateral Declaration on Behalf of Haiti processed to the International Court of Justice or to President Moise but once he received the package served to him by Yahweh Law firm the HAITI REFORMATION PROJECT/Tabula-Rasa Accord blatantly exposed to him the fact that **UNSCR 940 "Uphold Democracy" code name Dragon's Blood; under the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton. With the genesis being UNSCR 1892 which exposed the embezzlement of earthquake relief funds by the IHRC (Interim Haiti Recovery Commission) and legislative coup d'états of Michel Martelly** after their 18-month lease of the Haitian government was done. **The Haiti Reformation Project/Tabula-Rasa Accord also revealed** that all of Haiti's natural resources have been claimed strategically by Washington DC making Haiti a captured state of the Ens Legis UNITED STATES. This is why Haiti has been a target of US; CORE Group-OAS; and UN genocidal policies. The HAITI REFORMATION PROJECT Tabula-Rasa Accord, Cease-and-Desist Order, outlined a new system of governance and also exposed how Washington DC; the foreign

oligarchical class; and political class in Haiti have been profiting off the genocide of Haitian people thru transitional; provisional; and occupational governments.

The administration of President Jovenel Moïse was marred from the beginning. The first thing to catch my eye was an article I read which claimed that he was indicted for money laundering just days before he took the oath as president of Haiti, yet he was granted immunity for 5 years and allowed to take office by the US Justice Department. This slander made me think he was some type of big-time drug-dealer when in fact he was an honest man operating an honest business which is why he caught the eye of President Martelly in the first place. For the record, due to the fact that President Moise's administration was a supporter of Juan Guaido in President Trumps' effort to unseat President Maduro of Venezuela; the refusal of the Haitian consulate to process the Uni-lateral Declaration on Behalf of Haiti; connections to Michel Martely/PHTK party; and the fact that the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD condemned President Moise also; I didn't expect him to execute any of the mandates of said principal outlined in the HATI REFORMATION PROJECT/TABULA-RASA ACCORD. Due to the US media, I was under the impression that he was a tyrant also and when I initially sent him the dossier containing HAITI REFORMATION PROJECT TABULA-RASA ACCORD, I had no clue that President Moise already had a National Referendum for a New Constitution in the Republic of Haiti scheduled for April 25, 2021!

I never expected him to consider the Haitian diaspora's mandate of a National Referendum for a New Constitution outlined in the HAITI REFORMATION PROJECT TABULA-RASA ACCORD served to him on April 2, 2021 nor to schedule a National Referendum for a New Constitution which included the people of the Haitian diaspora and the Republic of Haiti on June 27, 2021. I was actually shocked and surprised when I found out that he already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora because it didn't fit the profile I had of him. If it was any other Haitian head of state, they would've probably dismissed or ignored the list of mandates outlined to them by the Haitian diaspora within the HAITI REFORMATION PROJECT TABULA-RASA ACCORD. In fact, any other presidential puppet wouldn't have gone up against the CORE Group Trust for a new constitution on behalf of the diaspora. It wasn't until, after receiving the HAITI REFORMATION PROJECT Tabula-Rasa Accord and introducing a National Referendum for a new Haitian Constitution which included the participation of the Haitian diaspora and people of the Republic of Haiti scheduled for June 27, 2021 that he began to expose to the Haitian diaspora how corrupt the system currently in place in Haiti really is!

*The Core Group Trust is the "legal-advisor" to President Moise and maintains control of all major political decisions in the Republic of Haiti so they were immediately against all mandates outlined by the Haitian diaspora in the* HAITI REFORMATION PROJECT/TABULA-RASA ACCORD; *not just President Moise holding a National Referendum for a New Constitution on behalf of the Haitian people.* When the dossier containing the HAITI REFORMATION PROJECT TABULA-RASA ACCORD was served to the administration of President Moise, on April 2, 2021, he already had a national referendum for a new Haitian Constitution in play for April 25, 2021. But after being served the dossier from Yahweh Law Firm, and reviewing the HAITI REFORMATION TABULA-RASA ACCORD, he immediately canceled it and scheduled a new national referendum for a new Haitian Constitution for June 27, 2021 which included participation of the Haitian diaspora. If President Moise was

a criminal like most participants of the government of Haiti under the CORE Group OAS Trust he would've never been pursuing a National Referendum for a new constitution. If he was a tyrant like the US/Haitian media portrayed him as, he would've never rescheduled it for June 27th, including the diaspora, after being presented with the HAITI REFORMATION PROJECT TABULA-RASA ACCORD. The CORE Group-OAS Trust is totally against the Haitian diaspora and people of the Republic of Haiti holding a National Referendum for a New Constitution because they don't want any changes to their constitution!

Haitian-American anthropologist Michel-Rolph Trouillot once stated; "contrary to the dominant discourses on Haiti that travel throughout the world, the Haitian state is neither a failed nor weak one. It does what it was designed to do since inception". The Republic of Haiti has been a captured state of Washington DC since their 1915 invasion and 19-year occupation of the island-nation. During their 19-year occupation of the Republic of Haiti; Washington DC illegally rewrote the Haitian Constitution and removed the law against foreigners owning land in order to fulfill the dictates of the **Haitian–American Convention for their Wall St class. Washington DC had to dissolve the legislature several times in their attempts to get their Haitian Constitution ratified and ending up utilizing a questionable national referendum to get it approved. After the dismissal of the tyrannical Duvalier regime in 1987; Washington DC rewrote the Haitian Constitution again, along with their foreign oligarchal class, in order to benefit themselves. This is why it was controversial for President Moise to introduce a National Referendum for a new Constitution to the people of the Republic of Haiti and revolutionary once he rescheduled it for June 27 and included participation of the Haitian diaspora!**

Even though the CORE Group-OAS Trust, is the "legal-advisor" to the President of Haiti, and actually against the people of Haiti holding a National Referendum for a new constitution; it seems like the National Referendum for a new Haitian Constitution scheduled for April 25, 2021 was a personal pet-project of President Moise. It was completely funded by the Haitian government and the CORE Group Trust was covertly funding the "opposition" against it. What's interesting is that the majority of the Haitian diaspora had no idea that President Moise was already tackling such a huge task as correcting the Haitian Constitution. Once the administration of President Jovenel Moise decided to reschedule the national Referendum on a New Constitution from April 25 to June 27, 2021, after receiving the dossier containing the HAITI REFORMATION PROJECT TABULA-RASA ACCORD, and expanded it to include the Haitian diaspora along with the Republic of Haiti, it became historic. It is a normal practice for most nations, but the Haitian diaspora has never participated in any type of elections in Haiti before. After receiving document made. President Moise even made, notorious Duvalierist Louis Gonzague Edner Day, the Minister of Haitians Living Abroad to deal with the Haitian diaspora after receiving the dossier containing the HAITI REFORMATION PROJECT TABULA-RASA ACCORD

President Moise even assigned Mathias Pierre as Haiti's minister of elections and interparty relations to conduct his Constitutional Referendum for the people of Haiti and the diaspora. For the first time the Republic of Haiti began to process and issue voter identification registration cards all eligible Haitian voters in Haiti and abroad (within the Haitian diaspora). The cards

were due to be produced by ONI, Office National D'Identification, the office for state archives in Haiti, and it will take anywhere between 10 and 18 months to complete the project of procuring the new Voter ID cards for all citizens. His administration also enlisted the UN entity, UNOPS to provide technical and logistical support for the constitutional referendum; the UN also agreed to assist the repressive Haitian National Police to develop an election security strategy.

To ensure the success of the National Referendum on a New Constitution and the upcoming elections, the Government of President Jovenel Moise established a Basket Fund by placing an initial 20-million-dollars for financing in a fund jointly controlled and managed by the United Nations (with the Government of Haiti intending to contribute more in the incoming weeks). Not only did President Moïse enlisted the assistance of the United Nations system for this process he also appointed an elections commission. On September 19, 2020 Haitian President Jovenel Moise appointed nine members to a provisional electoral council tasked with preparing a constitutional referendum and organizing local, municipal, legislative and presidential elections in the Republic of Haiti. On November 2, 2020, during a ceremony at the National Palace, President Jovenel Moïse appointed a five-member advisory committee to develop text for a new Haitian Constitution. The committee's members were Boniface Alexandre, Haiti's president from 2004 to 2006, Hérard Abraham, a retired general, Mona Jean, Jean Emmanuel Éloi and Louis-Naud Pierre. At this event, President Moïse stated that once the new constitution was drafted, people will have the chance to vote on it as a referendum before next year's elections.

According to the electoral calendar published by Haiti's Provisional Electoral Council (CEP), a Constitutional Referendum was scheduled to take place on April 25, 2021 and the first round of the presidential and legislative was scheduled to be held on September 19, 2021; with the second round scheduled for November 21, 2021 along with the local and municipal polls. His administration also established a Vote Tabulation Center in Haiti with a first shipment of computer equipment and sensitive/non-sensitive material; a second shipment of 12,000 kits of non-sensitive equipment such as ballot boxes, voting booths for polling stations; third shipment of 24,000 bottles of indelible ink, 2,950 training kits, and 2,000 smart phones for the rapid transmission. As of March 28, 2021, they had roughly 4.5 million Haitian citizens registered. Though it was groundbreaking, President Moise's referendum on the Haitian Constitution failed to address the law against foreigners owning land which was illegally changed during the 19-year US occupation of Haiti.

The administration of President Moïse scheduled public meetings, held all over Haiti ahead of the April 25 constitutional referendum, where constitutional changes were proposed and discussed. The proposed changes to the Haitian Constitution include: compulsory military service for those age 18; creating the position of a vice president to replace that of prime minister; establishing a unicameral legislature to be elected every five years to replace the current Senate and Chamber of Deputies; calls for legislators to be elected every five years to match the presidential term since some senators are currently elected every two to six years; drops the requirement that to be president of Haiti, one needs to have lived in the country for five consecutive years prior to the date of general elections (opening it up for the diaspora to run for the highest offices in Haiti which is currently banned) people also feared a power-grab by President Moise because the draft also states that a president cannot serve for more than two

terms and nothing about whether they can be served consecutively.

Nearly 90 percent of Haitians agreed with holding a national referendum in order to reform the constitution; they just didn't trust President Moise to do it.  Since the PetroCaribe scandal broke out in Haiti in July of 2018, Haitians had been tirelessly organizing and mobilizing in the streets against the administration of President Moïse.  His regime was blamed for the embezzlement of around 3.8 billion USD from PetroCaribe funds; then it was for "ruling by decree"; then for his national referendum on a new constitution.  The people of Haiti kept up their mobilization efforts throughout the majority of his administration though his policies ended up benefitting them!  On January 31, 2021 hundreds of Haitians took to the streets of several cities to demand President Moïse's resignation. In Port-au-Prince, as well as in the cities of Petit-Goave, Mirebalais, Verretes and Saint-Marc, the protesters blocked major roads and highways with burning tires and stones.  Lawyer André Michel, leader of the opposition Democratic and Popular Sector party (who is popular for telling his militants that barricade are their avenues to empowerment), on his twitter account rejected President Moïse's call for unity. "We reject the call for Unity and Dialogue launched by Jovenel Moïse. Unity and dialogue are not possible with the corrupt, the violators of the Constitution and the authors of the State Massacres perpetrated in the popular districts. Long live the Citizen Mobilization"! wrote Michel in a tweet.  Haitian trade unions, such as the National Union of Haitian Workers, the United Movement of Haitian Workers (MUTH), the Lawyers' Collective for the Defense of Human Rights and the Anti-Corruption Union Brigade (BSAC), called for a general strike on February 1 and 2 of 2021, to demand that the president respect the Constitution and leave the National Palace. They also called for a three-year transitional government to replace Moïse and later organize general elections.

**The "opposition parties" consider President Moise's National Referendum on a New Haitian Constitution invalid because the 1987 Constitution prohibits its modification through popular consultation.**  Many of Haiti's political problems stem from the flawed 1987 constitution which created an imbalance between the branches of government and dysfunctional decision-making processes.  Consequently, small groups of legislators can block elections, effectively allowing their own body's term to expire without new members elected, leaving presidents to govern without parliamentary oversight.  This has happened to five successive presidents since 1987 and to President   Moïse in 2020.  By law, presidents have no authority to stop the legislature from being disbanded when this occurs.  At a ceremonial speech held for May 18, 2021 (Flag Day in Haiti) President Jovenel Moise stated that the powers that be in Haiti warned him that he was on a dangerous path in how he was conducting the National Referendum on a New Haitian Constitution for June 27, 2021.  During his speech President Moise also stated that the Haitian people can't miss this historic opportunity to reform the Haitian Constitution. Never before in Haitian history has a vote included the Haitian people and diaspora at the same time!  This is an opportunity the Haitian people can't miss because "they may never get it again":   *"The youth of my country, the women of my country, the new Constitution must concern us all.  It offers opportunities for young people and women to access any political office more easily. It is an opportunity for the diaspora, for young people, for women to marvel [...] Peasants, brothers and sisters living far away if we let this opportunity pass, we should not be surprised to lose it completely. We will never again have the opportunity to vote for a new constitution that would allow the state access to communal sections".*  He also stated, concerning elections, that:

*"The country must organize elections by the end of 2021. To be President, I went to the polls and I have the duty to return power to his master who is the people, to decide who he wants for direct it. I can't empower people in short passes".*

During the celebration of the 218th anniversary of the Haitian Flag, May 18, 2021, civil society organizations within the country and in the US held joint protests in opposition to what they call the unconstitutional and illegal national referendum on the Haitian constitution and elections being organized and promoted by President Jovenel Moïse. One of the premier employees of the CORE Group Trust, South East Senator Joseph Lambert, President of the Senate, joined the political "opposition", in deep disagreement with the holding of the constitutional referendum scheduled for June 27. He published an official statement which affirmed loud and clear that the referendum would not be held in his department: "I call on the people to rebellion, to revolt [...] to show temerity [...]" justifying their appeal by explaining that when a Government takes a fundamentally illegal act and violates the Constitution, it 's necessary to enter into rebellion and fight against him and stop him in his project... specifying that the population must assume its responsibilities because the country does not belong to Jovenel Moïse "Jèn gason, jenn fanm... mete grenn sou nou, epi pou nou afronte referandòm jovenel vle ban nou an." He also threatened to destroy all the offices of the referendum on the new Constitution on June 27, 2021 that the Government would install in his department. During the protests, Haitian opposition leader André "barricades se avenue nou" Michel stated: "The Haitian people are not going to a referendum with (President) Jovenel Moïse. The people will not participate in elections with Moïse. Jovenel Moïse's constitutional mandate finished on February 7, 2021. We will not negotiate or cohabit with murderers and criminals."

For his part, another CORE Group Trust employee, the former Senator of the radical opposition Jean-Charles Moïse, leader of the "Pitit Dessalin" Party and Tabula-Rasa movement threatened to set fire to all the electoral material in the country, while sparing the buildings which house these offices, in particular schools. Not hesitating to threaten all individuals who would rent their house to set up a polling station for the referendum. Joining the "opposition" is former president Jocelerme Privert who stated that: "Moïse's desire to change the 1987 constitution in favor of a new one, sets a dangerous precedent to political stability, Privert wrote, and "is a threat to democracy". Even Haiti's Catholic bishops issued a statement voicing opposition to the constitutional referendum. The bishops warned that the vote could further polarize an already difficult situation and deepen the country's political crisis. "The decision to replace a constitution should not be taken in the middle of a political crisis in which a consensus is struggling to be reached," the Episcopal Conference of Haiti said. The Phantom 509 which is a fragmented branch from within the PNH (Haitian national Police) were also at odds with President Moise and his Constitutional Referendum.

What I took notice of is the fact that President Moise was isolated in his fight to conduct a Constitutional Referendum, which included the people of the Haitian diaspora and people of the Republic of Haiti, on June 27,2021. The Republic of Haiti has normally ostracized the Haitian diaspora after forcing or coercing them to leave the island-nation. The Haitian diaspora is

primarily utilized for remittances by the Haitian government which doesn't want them participating in the government nor voting in elections (like the diaspora of most nations). Once President Moise introduced a National Referendum for a New Constitution to the Republic of Haiti which included the Haitian diaspora for June 27· 2021; the corrupt system in Haiti became exposed even more. The people of the Haitian diaspora supported it overwhelmingly and tried to educate the people in Haiti on the benefits of holding a Constitutional Referendum and even got some to manifest in the streets in support of it while the civil-society led "opposition" kept issuing propaganda against it. The media; political opposition; and even gangs propagandized the Constitutional Referendum, in order to make the Haitian people mistrust it, because it was President Moise conducting it. For instance, the gangs in Haiti began to tell the people to be wary of the Voter ID registration cards being issued for it.

The international community also criticized President Moise's attempts to hold a national referendum for a new constitution as not "inclusive, participatory or transparent" enough in a country plagued by political insecurity and criminal gangs but the CORE Group Trust wouldn't have allowed for a change to the Haitian constitution (which is considered theirs anyways). Even Reginald Boulos (Key suspect) and the private sector (whom consist of a foreign oligarchical class) came out against President Moise holding a National Referendum for a new Constitution. They immediately came out against the National Referendum for a new Constitution because the 1987 Constitution benefits them and they don't want any changes to their corrupt system. The political "opposition" (PHTK party) and this Private sector (foreign oligarchy) began utilizing their private gangs to terrorize the populace and create insecurity until the Constitutional Referendum was eventually canceled. In his efforts to sabotage the Constitutional Referendum, Reginald Boulos, lobbied the Congressional Black Congress (CBC) to help his political career; get his party recognition in Haiti and the international community; and contest the National Referendum for a New Constitution. Instead of helping Haiti the CBC is working with Washington DC and the CORE Group-OAS Trust to disenfranchise the Haitian people like "African-Americans".

**The foreign oligarchy, PHTK Party, and opposition all managed to convince the people of Haiti that the National Referendum for a New Constitution scheduled for June 27, 2021 would be to their detriment. Due to the insecurity caused by the gangs and COVID-19 the National Referendum for a new Constitution scheduled for June 27, 2021 was canceled on May 24, 2021. On May 24, 2021 the Republic of Haiti declared a state of health emergency due to the increase in cases of COVID-19 cases and postponed the constitutional referendum scheduled for June 27 but did not give a new date for the vote in the latest twist of political crisis.** The Covid-19 pandemic has further exacerbated the ongoing socio-political crisis, causing nearly 15,000 infections and more than 300 deaths. **An official released statement stated: "the decision to postpone the Constitutional Referendum in Haiti is motivated by "difficulties" the electoral council faced as it tries "to assemble and train all the temporary staff for the realization of the poll" in the face of the pandemic".** The elections commission, known as the Provisional Electoral Council, has struggled to recruit workers and convince businesses to lend their buildings as polling sites amid

fears of violence.    Mathias Pierre, a government minister in charge of holding the Constitutional Referendum and elections, announced on Twitter that arrangements will be made for the publication of a revised timetable.

On June 10, 2021, the Biden administration officially began publicly voicing their opposition to President Moise holding a Constitutional Referendum, stating that "it should not take place". "That is the position of our government; we're making that position known," U.S. Secretary of State Antony Blinken told the House Foreign Affairs Committee during a virtual hearing.    "It is up to the Haitian people to decide the merits of constitutional reform," a State Department spokesperson told the Miami Herald/McClatchy before the postponement, which can now endanger the date of the election. "On our end, we have emphasized to the government of Haiti we will not provide financial support for a constitutional referendum.    The referendum should, however, be seen as inclusive, transparent, and credible to the Haitian people."

The Constitutional Referendum was overwhelmingly rejected by the Haitian "opposition" and their civil society organizations, which slammed the "illegitimacy" of President Moise's mandate and the impossibility of organizing a poll, given the general insecurity in the country.    The foreign Arab-Jew oligarchical class; PHTK; and the people in Haiti responded to the National Referendum for a new Constitution with Kraze-Brize and Peyi-block.    They also utilized their gangs to terrorize the population; pay the people to marifest in the streets in order to destroy property; block streets and blame the president for all problems of the nation.    Since the start of June, clashes between rival gangs in the west of the capital of Port-au-Prince (Martissant) paralyzed all traffic between the southern half of the country and the capital.    Thousands of residents of the very poor neighborhood of Martissant, where gangs are fighting a turf war, have been forced to flee their homes.    An estimate of 12,000-16,000 people were burnt out or forced to flee their houses during this period.

As Attorney-In-Fact, Agent and Representative of said principal I took notice of the National Referendum for a new Constitution, once introduced, and the traction it made even though President Moise never contacted the HAITI REFORMATION PROJECT.    After President Moise introduced the National Referendum for a new Constitution; the civic organizations funded by IRI, NED, USAID, who form the political "opposition" in Haiti all began mobilizing the Haitian people against the National Referendum for a new Constitution.    Even US Secretary of State Antony Blinken stated on record that President Joe Biden and his administration were against Haiti holding a National Referendum for a new Constitution.    Washington DC, the private sector which consists of a foreign oligarchy which dominates the government, and the PHTK party all came out against the National Referendum and a New Constitution.    Ironically, the people of Haiti were being paid to protest a National Referendum and New Constitution which would benefit them if done correctly.

*The CORE Group-OAS Trust sabotaged all efforts President Moise made to execute a National Referendum for a new Constitution on June 27, 2021 which included the Haitian diaspora and the people of the Republic of Haiti.    President Moise fought hard for the*

*National Referendum on a New Constitution, which is one of the mandates of the HAITI REFORMATION TABULA-RASA ACCORD, despite the administration of President Joe Biden; foreign Arab-Jew oligarchical class; PHTK party; and civil-society all sabotaging his efforts and still almost go it thru! This is when I realized that the movement to rid Haiti of President Moise was a colorable one like Arab Spring or Black Lives Matter which has been connected to the DNC and the Clintons. The people were paid 1000 gourds to go out and protest against him like a George Soros funded movement.*

*It seems that the CORE Group OAS Trust and their employees were in support of the administration of President Moise until he began executing the mandates of the HAITI REFORMATION PROJECT TABULA-RASA ACCORD and this when they turned on him. Once Washington DC stopped supporting Haiti's Constitutional Referendum and the Biden administration also came out against it, the tides began to turn on him. Once it was canceled due to Coronavirus, President Moise had to know that they were sabotaging his efforts and no longer supporting him. On February 22, 2021, the U.N. Security Council held a meeting (via video conference) to discuss the political instability in Haiti. At this meeting U.N. special envoy for Haiti, Helen La Lime, painted a mostly bleak picture while briefing members. "As the country prepares to enter a tense pre-electoral period, the polarization that has defined most of President [Jovenel] Moïse's term in office has become even more acute, as signs of a shrinking civic space abound and an already alarming humanitarian situation continues to deteriorate," La Lime said. told members that efforts by part of the opposition to unseat Moise on Feb. 7, as well as the president's actions reacting to the alleged coup attempt and a senior judge's announcement of his appointment as interim head of state, "have further hardened the positions of the principal actors in the political crisis that has for too long affected the lives of the Haitian population". Despite all of this U.N. special envoy Helen La Lime still threw her support behind the administration of President Moise until his attempts to hold a Constitutional Referendum on June 27, 2021 which included the Haitian diaspora.*

*After receiving the HAITI REFORMATION PROJECT TABULA-RASA ACCORD, President Moise did what any true competent leader of a sovereign nation would do and confronted Washington DC and CORE Group-OAS about the dossier, and the information contained within, that was served to him by Yahweh Law firm. They were against him opening up his Constitutional Referendum to the Haitian diaspora but he went against the CORE Group Trust, who is the legal advisor to the Haitian president, for the Haitian people. He utilized the information contained within the dossier, the HAITI REFORMATION PROJECT had served to him, to get the National Referendum for a new Constitution including the diaspora thru. He also took the CORE Group-OAS Trust to task about the condition in Haiti which they had a hand in creating and basically told them that if they weren't going to help him rebuild and develop the Republic of Haiti, he would find the people who would.*

The Haiti Reformation Project/Tabula-Rasa Accord revealed that all of Haiti's natural resources have been claimed strategically by Washington DC and CORE Group-OAS Trust making Haiti a captured state of the Ens Legis UNITED STATES. This is why Haiti has been a target of Washington DC and the CORE Group-OAS Trust; and UN genocidal policies. One of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was

to secure Haiti's natural resources for the people under a Cooperative Republic. The administration of President Jovenel Moïse had already been holding discussions with Qatar's Emir, His Highness Sheik Tamim Ben Hamad Al-Thani on ways to strengthen the relationship between their countries. The administration of President Moise sent Chancellor Bocchit Edmond at the head of a Haitian delegation composed among others of Jean Baden Dubois, the Governor of the Bank of the Republic of Haiti (BRH); of Cliffort Naud, Advisor to President Jovenel Moïse, of Charles Jean-Jacques, National Authorizing Officer and businessman, André Apaid (the guy who got Haiti placed under the CORE Group Trust) invited by his colleague, Mohammed bin Abdulrahman bin Jassim Al Thani, Deputy Prime Minister and Minister of Foreign Affairs, took an official visit to Doha, Qatar in order to assess bilateral cooperation, discuss investment, ways to support and develop them, and issues of common interest. On March 19, 2019, Chancellor Bocchit Edmond announced the decision of the Government of Haiti to open an Embassy in Doha explaining "[…] We have already established diplomatic relations with Qatar with the Qatari Ambassador of Santo Domingo also accredited in Haiti for several years. We decided to open an Embassy in Doha, Qatar". The Embassy of Haiti in Doha was established in August, 2019, and opened in November, 2019. But after receiving the HAITI REFORMATION PROJECT Tabula-Rasa Accord he began talks with Qatar on how to process Haiti's vast carbon black deposits the same way Qatar does and began acquiring the tools for Haiti to develop these resources. This is due to the fact that the HAITI REFORMATION PROJECT Tabula-Rasa Accord is a Cease and Desist Order which returns all of Haiti's Natural Resources (which are claimed by the UNITED STATES as strategic reserves) back to the people under a Cooperative-Union.


After the 2010 Haitian earthquake, the Republic of Turkey provided financial aid valued at 1 million US Dollars and established the Turkish Cooperation and Coordination Agency (TIKA) which provided financial aid and equipment worth US$124 million. In addition to the financial assistance, the Republic of Turkey allocated staff to MINUSTAH in Haiti at the beginning of the CORE Group Trust operation in 2004. Haiti–Turkey relations continued to develop until the Embassy of Turkey in Santo Domingo was accredited to Republic of Haiti. President Jovenel Moise built several geo-political relationships in his efforts to develop Haiti during his administration. In August of 2020 Haiti and Turkey strengthened their cooperation ties with the signing of seven cooperative agreements, as part of a 3-day tour (which began in the Dominican Republic), between Claude Joseph, the Minister of Foreign Affairs and his Turkish counterpart Mevlüt Çavuş oğlu. Mevlüt Çavuş oğlu held a meeting at the National Palace with members of the Moïse-Jouthe Administration where the strengths of cooperation with Turkey were reviewed and at the end of this meeting, the two foreign ministers initialed 7 memoranda of understanding between the two nations.

Then on Saturday November 14, 2020 the President of Turkey Recep Tayyip Erdoğ an spoke by telephone with President Jovenel Moïse to finalize the agreements. Opportunities for cooperation that would strengthen relations between Turkey and Haiti were widely discussed. The two Presidents discussed in particular the issue of energy, the progress of the electricity project and cooperation in the fields of security, construction, infrastructure and waste

management.  President Erdoğ an said Turkey and Haiti have great potential for cooperation in many areas, besides energy, he cited construction, steel, health and services.  The Turkish President expressed his conviction that with measures to be taken in these areas, the volume of bilateral trade will rise to higher levels.  Following this telephone interview, President Jovenel Moïse followed up on the 2 floating power plants from Turkey and clarified "As part of the electrification of Haiti, the Ministry of Public Works has transmitted for approval, to the National Commission of Markets Public, the KPS contract relating to 2 Turkish boats [floating power plants] for the production of 115 Mw of electricity in total aiming to serve the Cap-Haitien 24/24 [36 Mw] and improve distribution in the metropolitan area [79 Mw]. It is not just Cap-Haitien that will be electrified 24 hours a day by the Turkish boat. The municipalities of Grande Rivière du Nord, Acul du Nord, Plaine du Nord, Milot, Limbé, Bas Limbé and Port Magot will also be".

**Another one of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was to nationalize the Indigenous Army of Haiti under a Cooperative Republic of both civilian/soldier.**  The Governors Island Accord is pivotal because it was this accord which led to UNSCR 940 (United Nations Security Council Resolution).  It is also thru this accord that President Aristide betrayed the Republic of Haiti.  There were two covert pre-requisites for the return of President Jean Bertrand Aristide to power under UNSCR 940 which helped to place Haiti in such a dire position today.  The first one was the disbanding of the Forces Armées D'Haiti (FADH) and replacing it with DynCorp International (1 of the 3 preeminent private mercenary corporations in the world); which Washington DC wanted and President Aristide agreed to.  **For the first time since 1915, when U.S. Marines occupied Haiti and created the Haitian Gendarmerie, which eventually evolved into the Forces Armees d'Haiti, the police would operate independent of the military and the work began to give Haiti its first civilian law-enforcement force.**  The second pre-requisite was the placement of an arms embargo on Haiti by Washington DC; which Aristide wanted.  Even before President Moise had received the dossier containing the **Haiti Reformation Project/Tabula-Rasa Accord; he had been trying to** officially reintroduced the Haitian National Army, 22 years after it was disbanded by the administration of President Aristide.

**While speaking for the first time at the 72nd Ordinary Session of the General Assembly of the United Nations Organization, President Jovenel Moïse declared "If the international community has spent thirteen years supporting the national and public security of Haiti; if at each natural disaster the friendly countries come to the rescue of the Haitian people, this indicates that the country needs a defense force.  Therefore, Haiti, after the departure of the Minustah by stages, will set up a military force to accomplish three missions:  An engineering unit capable of contributing to major infrastructure works, and to intervene after natural disasters; An aviation unit capable of training young people in aeronautical mechanics and aircraft and helicopter piloting following natural disasters; A medical unit capable of treating the victims of natural disasters and caring for the residents of the most remote places".  On November 18, 2017, President Moise delivered on a major campaign promise, while celebrating the Battle of Vertieres by reinstating the Forces Armees d'Haiti, which was illegally placed in suspended animation by Aristide after his 1994 return. President Moise selected the popular ex-FADH G1, Colonel Jodel Lesage as the Interim Commander of the revived force.** "If Jean Jacques Dessalines, Petion, Christophe, and

Toussaint were waiting for a green light from the international community there would never be a Vertieres"; Mr. Lucien Jura made these comments after he was asked why president Jovenel wanted to go on with the re-mobilization of the Haitian army when it is clear that the International Community was flat-out against it.  The CORE Group-OAS Trust was completely against a return of a sovereign military staff to the Republic of Haiti which wasn't under their control.

**After receiving the dossier containing the HAITI REFORMATION PROJECT Tabula-Rasa Accord, the administration of President Moise began to doubled up their efforts in returning the disbanded military to Haiti, against the wishes of CORE Group-OAS Trust!  As Attorney-In-Fact of said principle the Republic of Haiti and Haitian diaspora; I had the dossier containing the HAITI REFORMATION PROJECT TABILA-RASA ACCORD served to the UNITED NATIONS, Washington DC, The Republic of Haiti, the Republic of Venezuela, and the CORE Group Trust.  Once President Moise opened up his Constitutional Referendum to the Haitian diaspora, he confronted the CORE Group Trust about the dossier and after they refused to assist him he began to seek help elsewhere.  Even though Washington DC utilized the administration of President Moise to destabilize the government of Venezuelan President Nicolas Maduro, after receiving the dossier containing the HAITI REFORMATION PROJECT TABILA-RASA ACCORD, the two administrations began to engage each other (to the chagrin of the CORE Group Trust).**

**In a Feb. 1, 2022 interview, ophthalmologist Dr. Frantz Large, a close friend of the slain president and long a leading figure in Haiti's Lavalas Family party, told the program Tele Spiral in Orlando that Jovenel Moïse was beginning to have a change of heart in his final days. "Jovenel saw that he wasn't going anywhere with the Americans," Large told his hosts Jean D. Siméon and Frantz Dorisca. "He was debased in this affair surrounding Venezuela," where in January 2019 he switched Haiti's allegiance from Venezuela's legitimate President Nicolas Maduro to Washington-championed fake president Juan Guaido after President Donald Trump reportedly threatened him with dire consequences if he didn't.  "It didn't bear any fruit for him," Large continued. "At the last minute, [Jovenel] tried to make a change of strategy via Ecuador to see if he could get back in touch with Maduro and, above all, via Turkey [which he visited in June 2021]. While he went there supposedly for a cement deal, in reality, he wanted to get in touch with [Russian President Vladimir] Putin to see if he could change the paradigm on the international level, and by doing that, he signed his own death certificate... In reality, [Jovenel] is a guy who was executed by the American secret services because he was making a change of direction."**

**In fact, President Moïse was able to establish a diplomatic relationship with the Russian Federation due to the administration of President Maduro.  On June 2, 2021, at the National Palace, President Jovenel Moïse received the credentials of Sergey Melik-Bagdasarov, the new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation.  In a message via social media, after the event, President Moïse wrote, "This Wednesday, June 2, I received the Letters of Credence accrediting Sergey Melik-Bagdasarov, as Ambassador of the Russian Federation in Haiti. During the discussions, we discussed the prospects for strengthening bilateral relations**

between the two countries". Ambassador Extraordinary and Plenipotentiary of the Russian Federation, Sergey Melik-Bagdasarov, is also the Russian Ambassador to Venezuela! It seems that President Moise was already in talks with President Maduro for the two nations to help start collaborating and because he was intent on facilitating assistance from Russia for help with the insecurity in Haiti and development of the Haitian military. It should be noted that the Federation of Russia was the first nation to officially recognize the Independence of Haiti and the people of Haiti have long requested for a Russian embassy to be installed in Haiti.

Following this act, On Thursday June 17, 2021, President Jovenel Moïse accompanied by his wife Martine and a large delegation left Haiti for Turkey as part of an official diplomatic mission to participate in the Antalya Diplomacy Forum. The Antalya Diplomacy Forum is a high-level meeting with political leaders, diplomats, opinion-makers and academics, with the aim of exchanging ideas in order to meet international challenges. Security, energy and investments were on the agenda for the Haitian Head of State and his delegation. While on this trip President Moise was executing a mandate of the principal outlined in the HAITI REFORMATION PROJECT Tabula-Rasa Accord which is to rid the Republic of Haiti of Wasbington DC, the CORE Group Trust, foreign oligarchy and all other foreign entities exploiting Haiti and violating its' well-earned sovereignty.

During this diplomatic mission, President Moise, accompanied by Laurent Lamothe, met with President Recep Tayyip Erdoğan which is what helped to seal his fate. Turkey and Russia are close allies and while attending the Antalya Diplomacy Forum President Moïse looked to further establish a diplomatic relationship with the Russian Federation in order to supply and develop the Haitian military. President Jovenel Moïse, whom had already gone against the dictates of the CORE Group Trust by receiving the credentials of Russian Ambassador Sergey Melik-Bagdasarov on June 2, 2021, was looking to build upon that relationship. While on this trip President Erdoğan facilitated a second meeting between President Jovenel Moïse and an official from the Russian Federation; where he signed a covert Accord and 12 documents with the Russian Federation for supplies and assistance with implementing a new system utilizing the Indigenous Army of Haiti; under a Cooperative Republic of both soldier and civilian in order to protect said principal; secure its' resources; and develop the Republic of Haiti. This act was a strong geo-political move by President Moïse, to counter the CORE Group Trust. It was also a smart counter to the secret compromise France made with the American colonies, to keep the newly independent Haiti a failed state, during the Louisiana Purchase.

Once the June 27, 2021 National Referendum for a new Constitution was canceled by the CEP due to CORONAVIRUS; the civil-society led "political opposition" was satisfied then the PetroCaribe protests and the illicit gang activity ceased. But all President Moïse did was rescheduled his Constitutional Referendum for the Fall election calendar, to be held on September 26, 2021 on the same day as the presidential and parliamentary elections. The

PHTK party was also against President Moïse holding a Constitutional Referendum. Upon his return from Turkey President Moïse also began to disassociate and break away, officially, from the PHTK party because he was trying to block a return to power of Michel Martelly.  Laurent Lamothe is a former PM of President Martelly who was dismissed by him and plans to run for president again.  Before accompanying him on his trip to Turkey, President Moïse had discharged all criminal charges against Laurent Lamothe which made him eligible to run for office again.  He did this because he was trying to move Haiti away from a return to power of Michel Martelly (CORE Group Trust employee) and towards a new system once his term was done.  All of these actions upset Michel Martelly and the PHTK party which is why they began to plot a second coup/assassination attempt against him which included Dmitry Herard who is head of President Moïse's security detail and a close ally of Michel Martelly.

President Jovenel Moïse signing an accord with the Russian Federation is a conflict of interest for the CORE Group Trust; just like when the administration Rene Preval signed a covert tripartite accord with Venezuela and Cuba in order to participate in the ALBA and PetroCaribe alliance.  The Republic of Haiti operates on a three-tier system with Washington DC and the CORE Group OAS trust at the top; their foreign oligarchal class on the next; and the gendarmerie operating as the Government of Haiti on the bottom. President Moïse had been at odds with all these entities since the beginning of his term because he was against their purposeful exploitation of Haiti.  The CORE Group Trust was his legal advisor and once they went against his Constitutional Referendum including the Haitian diaspora he went renegade on them.  They were fine to just let his term run out but once he began establishing diplomatic relations with Russia, the CORE Group Trust gave their puppets the green light to get rid of him.  Washington DC, France, and Canada in particular were fearful of the Republic of Haiti developing with the help of Venezuela and Russia.

Upon his return from his June 17, 2021 diplomatic mission to Turkey, the PHTK party began to coerce President Moise to replace his current Prime Minister Claude Joseph, who was appointed on 14 April 2021.  On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** as the next prime minister of Haiti.  Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021 under HAMAS Rules, an event which sent shockwaves thru-out the world! Approximately less than 30 days after he accepted the credentials of Sergey Melik-Bagdasarov, the new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation; and established diplomatic relations with the Russian Federation while attending the Antalya Diplomacy Forum in the Republic of Turkey; President Jovenel Moïse was assassinated!  According to the testimony of Martine Moïse, the president's widow who survived the attack, the hitmen carefully searched the president's house, looking for certain documents after carrying out the assassination.  This may have been related to the diplomatic relations established with the Federation of Russia, contracts connected to the Clintons or the foreign oligarchy which he terminated.  The CORE Group-OAS Trust sabotaged all efforts President Moise made to execute a National

Referendum for a new Constitution and other mandates outlined in the HAITI REFORMTION PROJECT/Tabula-Rasa Accord until he was isolated and assassinated by the **Haitian Gendarmerie** operating within the government of the Republic of Haiti on behalf of Washington D.C.. President **Moïse hardly** received any support from the Haitian people in his fight against ~~the corrupt system in place In Haiti because the Haitian media assassinated his character (by~~ portraying him as a tyrant) before they assassinated him physically. **It is important to highlight that the Moïse administration was very unpopular in Haiti due to the slander of the PetroCaribe scandal, viewed as unconstitutionally extended his term, and considered a puppet of the CORE Group Trust.** Which is why it was amazing when eleven Colombians, who are suspects in the assassination, were rounded up by the Haitian people after breaking into the embassy of Taiwan in Port-au-Prince. After 3 years of slandering their president, the assassination plotters expected the Haitian people to celebrate his death!

**Upon President Moïse establishing diplomatic relations with the Russian Federation; The CORE Group-OAS Trust gave their Haitian gendarmerie, whom failed in their attempted coup d'état/assassination against President Jovenel Moise on February 7, 2021, the green light to murder their employee/Haitian head of state (with the help of CTU SECURITY LLC). After the assassination of President Jovenel Moïse, Haitian judicial authorities revealed that key members of the hit squad behind the assassination had been in the Dominican Republic, for about three months prior, planning and preparing for their attack on July 7, 2021. A study of the timeline reveals that the CORE Group-OAS Trust, foreign oligarchy, Haitian gendarmerie, and their Columbian mercenaries began planning the assassination of President Moise in the Dominican Republic once his administration received the dossier containing the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD (which is also a Cease and Desist Order) on April 2, 2021 and he immediately scrapped his Constitutional Referendum of April 25, 2021, rescheduled it, and introduced a National Referendum for a New Constitution on June 27, 2021 which included the Haitian diaspora and the people of the Republic of Haiti. President Jovenel Moïse was assassinated for executing the mandates of the Haitian diaspora outlined in the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD.**

**There is nothing that happens in the Republic of Haiti without getting a stamp of approval from the US embassy first. Since the assassination of President Jovenel Moïse; It has become clear to the HAITI REFORMATION PROJECT and diaspora that the Ens Legis UNITED STATES authorized his assassination for executing the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. The assassination of President Jovenel Moise was an inside job in which Washington DC gave the green-light to their foreign oligarchical class and PHTK party. This is evident in the fact that the usual private Blackwater American contractors weren't guarding President Moise's residence that night and even though he made calls for help to the American embassy that night but never received any. The official narrative is that 8-9 Toyotas headed to his residence at 1 am and a group of 28 Colombian mercenaries "confronted the security detail at President Moise's private residence in Petion-Ville, a suburb of Haiti's capital, Port-au-Prince, at around 1 a.m. Wednesday and then proceeded to enter the residence of President Moïse**

blow up a reinforced door to his room and shoot him 16 times." His wife, Martine, was also injured in the attack and would've been killed if she hadn't 'played dead'; is recovering from surgery at a Miami, Florida, hospital. According to video captured by people in the area of the president's home; someone with an American accent is heard yelling in an English accent over a megaphone, "DEA operation; Everybody stand down; DEA operation; Everybody back up, stand down." Some of the Columbian mercenaries were rounded up by the Haitian people after trying to seek refuge at the Taiwan embassy the next morning.

*What's ironic is that the CORE Group Trust utilized the* **Moïse** *administration to delegitimize the Maduro administration and recognize the claims of Juan* **Guaidó** (in their efforts to destroy the ALBA and PetroCaribe alliance thru destabilizing PdVSA). But it was those same affiliations, of the CORE Group Trust, which were used to assassinate President **Moïse himself!** *For instance, after the assassination of President* **Moïse** the Venezuelan media reported that the same private jet that was used to **transport** some of the Colombian mercenaries into Haiti was also used to fly self-proclaimed Venezuelan 'interim president' Juan Guaido around for negotiations! **It has also been revealed that the head of Haiti's Presidential Palace Security Unit (USGPN), US-trained asset, Dimitri Herard,** traveled to Colombia 6 times in 2021, between January-May, and his security firm has also been linked to *Antonio Itriago's* CTU SECURITY LLC. (the Miami-based private security firm at the center of the assassination). Dmitry Herard was made the head of the Haitian Presidential Palace Security Unit, after President **Moïse** gained confidence in him for thwarting the coups and assassination attempt of February 7, 2021. According to the director of Colombia's National Police, Gen. Jorge Luis Vargas, at a July 12, 2021 press conference: "We became aware through Interpol's work team in Colombia that security chief Dimitri Herard, head of the general security unit of Haiti's National Palace, apparently made trips to Ecuador, Panama and the Dominican Republic using Colombia as a transit (country). All of Herard's trips took place this year, the first of them on Jan. 19 when he traveled from the Dominican Republic to Bogota and then on to Ecuador the following day... He made the return trip on Feb. 1 via the same route and then traveled once again between the Dominican Republic and Ecuador, with stopovers in Bogota, between May 22 and May 29..." **CIA director William Joseph Burns traveled to Columbia on the 29th of June 2021 to talk about a covert security operation taking place.** In late July, the Pentagon also confirmed that seven of the arrested Colombian mercenaries had received **training** at a US academy.

*Antonio* Emanuel *Intriago* Valera (Anti-Chavista) and his Miami-based private security company Counter Terrorist Unit Security (CTU SECURITY LLC established on 3/21/2008) are at the nexus of the plot which assassinated President Jovenel **Moïse and connect the ALBA-TCP, PetroCaribe Alliance, destabilization of Venezuela and Haiti thru contracts with companies related to Juan Guaidó.** *Intriago once promoted the idea that Venezuela could be part of the United States just as it happened when Crimea was annexed to Russia!* Antonio Itriago's

company was the co-organizer, together with Iván Duque's government, of the Cúcuta concert, *Venezuela Aid Live 2019*. This music event was a front for trying to smuggle weapons in trucks, under the guise of humanitarian aid, into Venezuela. News website La Nueva Prensa reported that Intriago met with President Duque at the February 2019 "Venezuela Live Aid" concert in support of the *Juan* **Guaidó** led opposition against Venezuelan President Nicolas Maduro organized by the Colombian government and businessmen from the two neighboring countries. In mid-July 2021, Venezuelan National Assembly speaker Jorge Rodriguez revealed that CTU SECURITY LLC was involved in an assassination plot against Venezuelan President Nicolas Maduro *on August 4, 2018.* **Codename Operation Gideon: Itriago's CTU SECURITY LLC was also involved in the bizarre botched May 2020 operation involving Venezuelan dissidents and US mercenaries operating out of Colombia which attempted to sneak into Caracas, kidnap Maduro and fly him back to the US for prosecution on falsified and fabricated drug charges.** This terrorist operation was executed by Silvercorp USA, another Florida-based private security company that worked with mercenaries trained in Colombia, and a former agent of Donald Trump's security corps.

It's no coincidence that the assassination of President Moise was planned from Florida. The exiled Cubans of the Cuban Revolution have been involved in electoral tricks and political scandals involving Latin American countries, the Caribbean and in the United States as well. They know the protagonists of Watergate and the electoral fraud in Florida that presided over George W. Bush in 2000. It is known that they were involved in the assassination of President John F. Kennedy. After the roaring failure of the Bay of Pigs invasion in the Bay of Pigs, the American extreme right intensified hundreds of other terrorist projects within Cuba that also went down to defeat. They then opted for a tactical change that gradually turned the cleverly-made Cuban terrorists into politicians who controlled US foreign policy toward Cuba for almost half a century and through the administration of twelve different US presidents. The process of legitimizing the representatives of Cuban-American mafia in the political establishment of the United States was fast and effective. They learned the game of politicking, opportunism, and fraud. Soon they had several members of congress, senior executive officials and ambassadors, as well as a number of members of the judicial power in Florida. They incorporated to this learning their methods acquired during the bloody dictatorship of Batista in Cuba.

Colombian President Ivan Duque (who met with Intriago while campaigning in Florida on February 10, 2018) has stated on record that many of the former Colombian soldiers accused of involvement in Moise's killing went to Haiti to work as bodyguards, but others knew a crime was being planned. In 1980, Cuban President Fidel Castro proclaimed in Havana that any Cuban who wished to immigrate to the United States could board a boat at the nearby port of Mariel. During the ensuing months, some 125,000 Cubans fled to Florida in about 1,700 packed boats, at times overwhelming the U.S. Coast Guard and immigration authorities. Ever since then Miami has been a nest of intrigue, from being a CIA recruitment center for the failed Bay of Pigs operation to overthrow Cuban dictator Fidel Castro to being a key shipment point for Colombian cocaine in the 1980s. The city of Miami has become a focus of the probe into the assassination

of President Moise **because** its' palm-fringed shores have also been a place of exile for people from Latin American and Caribbean countries when political winds blew against them at home, and where some plotted their returns. **Many disgruntled Venezuelans of the upper classes have moved to Florida since President Chavez began the Bolivarian Revolution 2.0 and they now organize with hardline Cuban-Americans. The investigation has also been extended to the Miami-based company CTU Security, since 19 plane tickets purchased using a credit card issued in the name of that firm were used by retired Colombian soldiers to travel to the Dominican Republic, which shares the island of Hispaniola with Haiti.**

**The Colombian mercenaries implicated in the assassination of President Jovenel Moïse, have also been implicated in an assassination attempt on President Luis Arce Catacora of Plurinational State of Bolivia.** At a press conference on October 17, 2021, Bolivia's Interior Minister **of Government** Eduardo Del Castillo **confirmed that on October 16, 2020, two days before the general elections in the Plurinational State of Bolivia, several of the Colombian mercenaries whom participated in the assassination of President Jovenel Moïse in Haiti, entered Bolivia for an assassination attempt against president-elect Luis Arce Catacora. "In Bolivia, there was an attempt to commit magnicide and to threaten the life of our president"; "it is clear that in Bolivia there was an attempt to destabilize the country; through a plan drawn up to not allow, our candidate and current President, Luis Arce Catacora to take office based on polls; in Bolivia there was an assassination attempt on the life of our president; and it is no coincidence that those who are now detained in Haiti; for having participated in the assassination of a president; had been in Bolivia days before and after the elections of Mr. Luis Arce Catacora" he said.** President-elect Arce, the candidate of the Movement Towards Socialism (MAS), won the presidential elections in the first round on October 18, 2020, just a year after the start of the coup d'état against Evo Morales. **The attempts of Washington DC to destroy the Bolivarian Revolution and support of transitional government of President Jeanine Anez is well documented. The Pentagon revealed that at least seven Colombian nationals who were arrested by Haitian authorities in connection with the assassination of President Jovenel Moïse received U.S. military or police training: "A review of our training databases indicates that a small number of the Colombian individuals detained as part of this investigation had participated in past US military training and education programs, while serving as active members of the Colombian military forces," Pentagon spokesman Lt. Col. Ken Hoffman said, adding that the review was "ongoing."**

At the press conference, Interior Minister Eduardo del Castillo, identified Germán Alejandro Rivera García (Colombian mercenary who entered Bolivia on October 16, 2020 and arrested in the aftermath of the assassination of Jovenel **Moïse**); who was followed by Colombian/US dual citizen Arcángel Pretel Ortiz and Venezuelan citizen Antonio Intriago. Castillo went on to state: "Days before the elections, the Colombian mercenaries who would go on to kill the President of Haiti, as well as mercenary contractors such as Mr. Arcángel Pretel Ortiz and Mr. Antonio Intriago were in the country. According to the information we obtained, their intention was to end the life of President Luis Arce". It has recently been revealed that Arcángel Pretel Ortiz and Antonio Intriago are business associates who run the Miami-based 'security firm' CTU

FEDERAL ACADEMY LLC. *According to Venezuelan officials, it was through **Arcangel Pretel** (who's also an **FBI informant**) that **Itriago** contacted agents of the FBI and government officials to ensure the legality of the plan that was developed from CTU SECURITY LLC In Haiti. **Arcangel** Pretel was extradited to the United States and has worked as a confidential informant for the FBI in a 2015 New York federal drug indictment involving two left wing Colombian guerilla groups, the FARC and the ELN, according to a Colombian law firm that advocated on behalf of one of the defendants. In October 2019, Intriago and Pretel went into business together, forming a new company,* Counter Terrorist Unit Security (*CTU FEDERAL ACADEMY LLC), which they jointly managed according to Florida state corporation records. It listed its principal address as the same as Intriago's company, CTU SECURITY LLC and Intriago also gave him a desk and office space.*

Minister Eduardo del Castillo went on to state: **"Fernando Lopez and Luis Fernando Camacho of the of the Áñez government; were in contact with these irregular paramilitary groups thru outsourcing companies, with combat experience such as Iraq, Afghanistan, and others; two days before the 2020 elections took place these people were already within the national territory, and they left the country two days later; This plan by Mr. Lopez and others, through which they contracted foreign security companies, which were a front to bring foreign mercenaries into the country". According to the Bolivarian investigation into the assassination attempt,** Germán Alejandro Rivera García, **Mr. Arcángel Pretel and Mr. Antonio Intriago of CTU FEDERAL ACADEMY LLC** stayed at the high-end Hotel Presidente in La Paz, just two blocks away from the presidential palace, and the purpose of their meetings were to pursue leads with Defense Minister Fernando Lopez for lucrative contracts for a hit on president-elect Luis Arce. **Fernando López is the former Minister of Defense of the de facto government of Jeanine Áñez and a close friend of the opposition leader Luis Fernando Camacho. The participation of one of the cabinet members in these meetings has already been disclosed by the portal The Intercept. During the conference, Minister Castillo released other recordings in which the former defense minister is heard negotiating the transfer of paramilitaries and hired assassins to Bolivia to prevent Arce's victory; and according to Bolivia's Government, the Colombian mercenaries would have received a payment of around $125,000 for their involvement. It was also revealed that the defacto transitional government of President Jeanine Anez and Defense Minister López (who is currently hiding in Brazil) were prepared to hire 300 people for their assassination plot against President-elect Luis Arce and expected foreign intervention as their support, leaked audios published by The Intercept revealed. The then Commander of the Armed Forces, General Sergio Orellana was also involved with the plan but disagreements between the ministers and divisions inside the Bolivian Armed Forces seem to have thwarted the plan. President Arce's popularity after elections also appears to have influenced the decision to abandon the plan.**

**Although the Minister of Interior** Castillo **did not offer any details of the rest of Áñez's officials who met with Mr. Arcángel Pretel Ortiz and Mr. Antonio Intriago of CTU FEDERAL** ACADEMY LLC, **since the investigation is still ongoing, he did offer up the identity of several people who are currently implicated in the assassination of Moïse. The list of**

mercenaries who traveled to La Paz, Bolivia on those dates also includes German Rivera García, Ronald Salamandra, Enrique Galindo Arias, Enrico Galindo Arias, Ronal Ramírez Salamanca, Sam Brown, Ernest H. DeLong, Davion Covell Hart, and Joe Pereira.  "As we were aware of the presence of armed groups, most of the president's public appearances were in closed places. For the day of his inauguration, we created security rings, even inside the Plurinational Legislative Assembly," said Del Castillo, who reiterated that "in Bolivia there was an assassination attempt".  President Luis Arce addressed the revelations at a Summit with Social Movement in La Paz, saying, "Our Interior Minister revealed this information at an opportune time, brothers; they wanted to make an attempt on my life. To those right-wing murderers, we are going to respond with a phrase from (historic Bolivian socialist leader) Marcelo Quiroga Santa Cruz: We know that sooner or later they will make us pay for what we are doing, we are willing to pay that price, we were always willing. We will never shy away from danger because there is something more fearsome than that enemy who is looking for a way to kill us. A guilty conscience is much worse, we would not bear ourselves if we did not fulfill our duty." It is clearly evident that the Columbian mercenaries whom Washington DC utilized in the assassination attempt of President Luis Arce Catacora were also involved in the assassination of President Jovenel Moïse, thus making the Ens Legis UNITED STATES complicit in both cases.

A major print and web presence in Colombia, *La Semana*, was among the first (and few) media news outlets to leak **audio confessions of the captured Colombian mercenaries being interrogated by Haitian 'authorities' which have become known as the Caracol Jail Tapes.** Subsequently, once the confessions were confirmed as having been recorded "before the authorities in Haiti" dozens of media hubs in Latin America began running stories about the tragic misadventures of the Colombian mercenaries in Haiti.  According to **the Caracol Jail Tapes, the Colombian mercenaries revealed that** Arcángel Pretel did organize a business trip for CTU Federal Academy in October last year to Bolivia.  The trip, which occurred shortly before hotly contested elections, also involved security contracts, using Pretel contacts with officials at the Ministry of Defense.  The jailhouse interrogation of the Colombian mercenaries also reveal that it came to nothing after the government was defeated in the elections on October 18 and several top officials of the outgoing government, including the Defense Minister, either fled Bolivia or were arrested on corruption charges and their alleged role in a coup plot.  **The 'Caracol Jail Tapes'** confirm the claim and evidence of Bolivia's Interior Minister **of Government** Eduardo Del Castillo that **the Colombian mercenaries whom participated in the assassination of President Jovenel Moïse in Haiti also attempted an assassination against Bolivian president-elect Luis Arce Catacora.**

**Though** Mr. Antonio Intriago and **Mr.** Arcángel Pretel Ortiz of the Miami-based 'security firm' CTU FEDERAL ACADEMY LLC failed in their assassination attempt **of Bolivarian President Luis Arce Catacora; they were successful in their attempt against President Moïse due to the connects they were able to make with the Haitian gendarmerie thru Washington DC and the CORE Group Trust.  The letter which gave the greenlight and mandate for the first assassination attempt on President Moise came from the US embassy and a former Supreme Court judge, Wendelle Coq-Thelot, who was ousted with two other judges for an**

303

attempted coup in February 7, 2021 and has also been implicated in his July 7 assassination. The 'Caracol Jail Tapes' reveal that there was a break down in the escape plan the Haitian gendarmerie and Colombian mercenaries put together though. Some of the Colombian mercenaries claim they were issued an arrest warrant and under the impression that they were on the way to President Moise's residence to arrest him until that was changed and they were ordered to kill him instead at the last minute! The order allegedly came from Arcángel Pretel Ortiz and well-connected former Haitian Justice Ministry official, Joseph Felix Badio. Badio and four more allegedly complicit Haitians were allegedly supposed to watch the Colombians' backs during the operation and assist with their escape plan, which was to race toward the Presidential Palace for the swearing-in of the Christian Emmanuel Sanon. The Caracol Jail Tapes reveal that in reality, the plan was to kill the president of Haiti the whole time and some of the mercenaries were utilized as useful idiots. Once they were cut off from their rendezvous point at the Presidential Palace, the surviving Colombians said they radioed their chief liaison in Haiti Arcángel Pretel Ortiz. "He told us later that the U.S. embassy was mobilizing, that they were going to bring, I don't know how many U.S. soldiers, to get us out," one of the former soldiers, Jheyner Carmona, told investigators.

*Since the assassination of President Jovenel Moise, Antorio* Emanuel **Intriago and his lawyers have reiterated that he believed that the infrastructure and change plan "had approval of the United States Government and that it was done with his full knowledge". His mission, he explains, was to accompany a judge who would enforce an arrest warrant against President Moïse while being accompanied by the Haitian. There is nothing in Intriago's public footprint to indicate that he had either the money or the scope to train dozens of private soldiers to raid the private residence of the Haitian president and kill him.** He has denied any involvement in the assassination, saying he had been tricked and that the president's own guards were to blame. His fellow Colombian and business partner Arcangel Pretel, an FBI informant who liked to boast of his U.S. government connections, has disappeared mysteriously since the assassination of President Moise on July 7, 2021. Arcangel Pretel Ortiz's name surfaced as a possible suspect soon after the assassination but no arrest warrant has been issued for him in the US, Haiti or Colombia! Antonio Intriago, his business partner at CTU Federal Academy, the Miami firm that hired the Colombian soldiers, feels "duped and mislead" has no idea where he is, according to his lawyers.

**The assassination of President Moise is on par with President Kennedy's assassination because he was fighting against the same deep-state apparatus which is controlled by a corporate Washington DC oligarchy. It is this same deep-state intelligence apparatus which assassinated President Kennedy when he was trying to reform Washington DC and sabotaged the administration of President Donald Trump. The same intelligencia apparatus, involved in the assassination of President Kennedy and utilized to cover-up their actions, is also being utilized in the assassination of President Moise to cover-up and sabotage the investigation. The American Blackwater mercenaries which normally protect President Moise's residence were missing on the night of his assassination also. The FBI requested and confiscated the CCTV footage of President Moise's residence from the night of the assassination without releasing it to the public. Their claim for with-holding the CCTV footage from the night of the assassination is that DCPG Chief**

Leon Charles has refused to release it; which has sabotaged the investigation because DCPG Charles is a key suspect also.    Washington DC has sent members of the Department of Homeland Security (DHS) and the Federal Bureau of Investigation (FBI) to "assist" Haitian authorities with investigating the assassination of President Moise.    CIA

But this is akin to having the fox guard the henhouse due to the fact that Washington DC and their intelligence apparatus, FBI, have also been implicated in the assassination of President Moise.    The shadowy Arcangel Pretel has a dual citizenship (US/Colombia); dual identity (from participating in the US witness protection program); and has close ties to U.S. government agents (FBI informant).    Communicating via WhatsApp, Pretel tried to reassure the security team that a rescue was being organized with the help of the U.S. government.    Those messages, now in the hands of Haitian investigators, appear to show Pretel coordinating their movements, according to persons familiar with the chat. "He's running the show. He's the maestro who's supposedly going to save these guys," according to one source who has reviewed the messages.    Pretel is also identified as "one of the heads" of the Colombian team and a prime suspect in the assassination, according to a detailed 122-page investigative report by the Haitian judicial police, obtained by Univision News.    Arcangel Pretel Ortiz (who has also been identified by Martine Moïse as one of the "alleged" masterminds) was the FBI's "point man", a key figure, and mastermind in the planning and orchestration of the assassination of President Moise on the July 7, 2021.    Is he a fugitive; being protected by the U.S. government; and why was he flown out of Haiti via private jet, mysteriously disappearing into the night, while the other Colombian mercenaries were left with no form of escape after their plan broke down.

U.S. Rep. Andy Levin, the Michigan Democrat who co-chairs the House Haiti Caucus and is member of the House Foreign Affairs Committee, offered his condolences to Moïse's family and said he was praying for the swift recovery of Martine Moïse following the "heinous act."  He called on the Biden administration to pursue a new policy toward Haiti "that puts the will and well-being of the Haitian people first."  "The murder of Jovenel Moïse is a devastating if not shocking example of the extent to which the security situation in Haiti has unraveled. For months, violent actors have terrorized the Haitian people with impunity while the international community, the United States included, I fear has failed to heed their cries to change course and support a Haitian-led democratic transition," Levin said.  As Haiti-borne USMC veteran it disappoints me that the US utilizes military contractors to destabilize Haiti but when a Haitian vet like myself really tries to help Haiti we are rebuffed.

Haiti's Foreign Oligarchical Class

The HAITI REFORMATION PROJECT/Tabula-Rasa Accord also revealed that Washington DC began placing a foreign Arab-Jew Levantine class in Haiti from the Middle East as intermediaries during the 19-year US military occupation between 1915 and 1934 which would develop into the foreign oligarchical class which has dominated and facilitated the capture of the Haitian state we see today!  The foreign (Arab-Jew) oligarchical class were placed at the top of the gendarmerie operating within the government of the Republic of Haiti on behalf of the

corporate Ens Legis UNITED STATES in order to exploit the government and people.  In an article by Kerlens Tilus, July 1 2017 titled "Les Nantis d'Haiti Sont Sur la Sellette; "The vast majority of Arabs in Haiti are Syrian and Lebanese; We find some Palestinian families and some Jews who are also Arabs like the Bigio family and the Kedar family. They entered Haiti as a result of a war in which Westerners invaded the Sellette, "region of the Near East", prompting the Levantines to set sail between 1880 and 1920 by France, under the name of Great Lebanon.

Between 1880 and 1920 the "Syrians-Lebanese" exodus to Haiti began as they disembarked on Haitian beaches like ants by the thousands and by 1895 they numbered around 2,000, via the USA.  From their beginnings, as itinerant peddlers of fabrics and other dry goods, the Arabs moved into the export-import sector, engendering the hostility of Haitians (because they were cut off from access to the international community) nevertheless, the Arabs remained. Many adopted French and Creole as their preferred languages, took Haitian citizenship, and integrated themselves into the upper and the middle classes.  The administration of Jean-Pierre Boyer was the last stable government of the Republic of Haiti.  During the wide gulf between his administration and occupation by the United States in 1915, Haiti's Presidency became the most valuable prize in an unprincipled competition among strongmen. The overthrow of a government usually degenerated into a business venture, with foreign merchants, frequently Germans, initially funding a rebellion in the expectation of a substantial return after its success.  The weakness of Haitian governments of the period and the potential profits to be gained from supporting a corrupt leader made such investments attractive.

Michel Cincinnatus Leconte (September 29, 1854 – August 8, 1912) was President of Haiti from August 15, 1911 until his death on August 8, 1912.  He was the great-grandson of Jean-Jacques Dessalines a leader of the Haitian Revolution and the first Emperor/President of the newly independent Republic of Haiti.   President Leconte instituted a number of reforms: paving streets, increasing teacher pay, installing telephone lines, and decreasing the size of the army.  Despite being elected to a seven-year term, Leconte's time in office was short lived.  In 1912 Leconte's foreign minister released a statement stating that it was "necessary to protect nationals against the disloyal competition of the Easterner whose nationality is uncertain".  In 1905 the Syrian population of Haiti was estimated to be 15,000; prior to ascending to the presidency, he had promised to rid Haiti of its local Syrian population (Christian migrants from Ottoman Syria).  Making good on his campaign promise, he re-instated a 1903 clause in the Constitution, decreasing the Syrian immigration quota and putting legal restraints on their commercial activities and businesses.   Historians have described Leconte's pursuit of this policy as constituting the "opening wedge of the American economic conquest of Haiti in the early 1900s"; this is probably due to the prohibition on foreigners owning land in Haiti.

Not long after his crack-down on Syrian commercial interests and opportunities, he was according to the official version of events accidentally killed in a bomb explosion at the National Palace.  On August 8, 1912, a violent explosion destroyed the National Palace, killing President Cincinnatus Leconte and several hundred soldiers.  So great was the force of the explosion, that a number of small cannon fragments of iron and shell were thrown long distances in all directions, and many of the palace attendants were killed!  Every house in the city was shaken violently and the entire population, greatly alarmed, rushed into the street.  When Leconte died

suddenly in 1912, a number of Syrians celebrated his passing and were imprisoned as a result, while others were deported.  But most Haitian nationals say it was an assassination in disguise. In her book Tell My Horse: Voodoo and Life in Haiti and Jamaica Zora Neale Hurston proclaims: "The history books all say Cincinnatus Leconte died in the explosion that destroyed the palace, but the people do not tell it that way. Not one person, high or low, ever told me that Leconte was killed by the explosion. It is generally accepted that the destruction of the palace was to cover up the fact that the President was already dead by violence." According to Hurston there were "many reasons given for the alleged assassination", but the main actors in the supposed plot were men who "were ambitious and stood to gain political power...by the death of President Leconte."


28 July 1914 – 11 November 1918 World War I, which took place when Lebanon was still part of the Germany-allied Ottoman Empire, triggered a Lebanese migration to the Americas, with Haiti receiving a large number of Lebanese immigrants.  ["From Lebanon to Haiti: A Story Going Back to the 19th Century".]  One of the reasons for the US invasion of Haiti in 1915 was to counter "German-influence" on the island-nation.    According to scholar Michel Rolph-Trouillot; Haiti's economy has long been dominated by foreigners (mostly French and German since Alexander Petion and the mulatto class overthrew the Haitian Revolution) but since their 1915 invasion and occupation; the Ens Legis UNITED STATES has become the clear hegemonic force; particularly through their Syrian/Lebanese/Jew intermediaries.  For example, according to Haitian historian Charles Dupuy: President Elie Lescot was a mulatto whose administration consisted of and favored mulattoes and whites. During his administration this foreign Arab/Jew class Levantine class of Haiti was placed at the head of the new organizations created for the distribution of strategic-products.  Especially, the Syrio-Lebanese, to whom, by his decree of Jan 11 1943, he opened the retail trade in Haiti.  The Levantine families Bouez, Silvera, Abitbol and Baboun made fortunes under his presidency.  This is the beginning of the Republic of Haiti becoming a captured state of this foreign Arab/Jew oligarchal class.


The HAITI REFORMATION PROJECT Tabula-Rasa Accord exposed that Washington DC and the CORE Group Trust fostered the current foreign oligarchical class, which comprises the private sector, exploiting the government of the Republic of Haiti.  After WWI, in 1918, the French imposed their mandate authority in Greater Syria and 2 years later decided to separate Lebanon from Syria in 1920 with Lebanon achieving "independence" from Syria in 1943. Many Syrians and Lebanese took refuge in the US where they were naturalized and a good amount were sent to Haiti because the US wanted to reduce "European influence in Haiti".  This Arab-Jew Levantine class in Haiti are all American citizens due to the agreement that was signed between their ancestors and the Ens Legis UNITED STATES.  This foreign oligarchical class of Arabs and Jews from the Levant (whom dominate the government and economy) were purposely placed there by France via the US (during their colonial foray into the Middle-East) to undermine the government and sovereignty of the Republic of Haiti.  After Haiti's Independence France made a secret deal with the USA to make sure Haiti remained a failed state; which is why the American colonies got such a sweet deal with the Louisiana Purchase.  There was an under the table deal like the Southern Compromise between the US and France to keep Haiti impoverished, disenfranchised, and a failed state.  With this covert compact France made with the American colonies during the Louisiana Purchase; they may have lost the battle to Haiti but

won the war.

The gendarmerie operating within the government of the Republic of Haiti, on behalf of Washington DC since 1915 US occupation, helped to facilitate the international dismantling of Haitian sovereignty by empowering this foreign (Arab-Jew) oligarchical class during the Duvalier regime. The Uni-Lateral Declaration on Bel.alf of Haiti dated October 17, 2018 exposed that Francois Duvalier (CIA) was trained by and emerged out of the Haitian gendarmerie to take power in Haiti and establish his regime once the occupation was over. President Francois Duvalier targeted the wealthy mulatto class of Haiti with the Ton-Ton Macoutes during his administration; destroying and forcing them to flee the country in large numbers; in order to replace them with this foreign (Arab-Jew) oligarchical class. It was under President Francois Duvalier that this already wealthy; foreign Arab-Jew Levantine class officially entered politics when he founded the Haitiano-Arabe Club in 1960 and signed an esoteric pact with them as straw men to do trade for his regime. This is when the wealthy Arab-Jew Levantine class began to have a certain hold in Haiti as they began to launder money to hide illicit activities for the Duvalier regime. My Uni-Lateral Declaration also exposed the fact that Haiti became involved in the drug-trade during the Duvalier regime thru the Medellin Cartel.

The foreign (Arab-Jew) oligarchical class has always had the unconditional support of the US in Haiti, especially during the administration of Ronald Reagan, and wield more power than the Haitian people themselves! For instance, the official narrative is that it was the Haitian people who ran Jean Claude "Baby Doc" Duvalier out of Haiti due to tyranny. But in actuality it was this foreign (Arab-Jew) oligarchical class from the Levant; whom conspired behind the scene with Washington DC to have Baby Doc Duvalier removed thru a coup d'état; in order to avoid paying the millions of dollars they owed the Duvalier regime and Haitiano-Arabe Club for taxes and other illicit activities. Ever since the exiling of the despotic Baby Doc Duvalier regime, this foreign (Arab-Jew) oligarchical class, whom comprise the private sector, have been in control of Haitian government as a captured state. They're involved in illicit activities from drug-trafficking, arms-trafficking, organ-trafficking, sex-trafficking, money laundering to smuggling; and consist of such names as: Gilbert Bigio, Fritz Mevs, Marc and Antoine Accra, Reginald Boulos, Brandt family, Braun family, Apaid family, Deeb brothers.

The US media loves to tout how poverty-stricken the Caribbean nation of Haiti is; but what they won't mention is the fact that Haiti also has one of the highest numbers of millionaires per capita in the During my mission to get the Uni-lateral Declaration on behalf of Haiti processed to the ICJ; I ended up holding a protest in front of the General consulate in 2020 (as part of Haiti Lives Matter). Members of the Syrio-Lebanese class showed up, while I was protesting, in a Rolls-Royce and walked into the Haitian consulate. After blocking my dossier, they then tried to get a PNH officer from Haiti to intimidate me (to no avail). It wasn't until after doing some research that I found out that the Syrio-Lebanese class own and operate all of the Haitian consulates! It is this small group of Arab-Jew from the Levant whom now own all sea ports, warehouse, big businesses, and control 80-90% of the economy of Haiti. They live in gated homes/communities and drive around in armored luxury vehicles while 80% of Haitian people remain in poverty. **They're reclusive billionaires who hold honorary diplomatic titles to**

**their country of origin. That means they pay no taxes because, after all, they are diplomats. In the rare cases when they have to pay their fair share, they bribe government officials to look the other way.**

They also align with Washington DC to overthrow any competent Haitian government which doesn't serve them. For instance, they participated in both coups against the duly elected government of President Jean Bertrand Aristide. This foreign (Arab-Jew) oligarchical class of Haiti only became fearful of the Ens Legis UNITED STATES once President Donald Trump was elected. They were afraid he would come after them due to **Hezbollah** affiliations and the "War on Terror". The Arab-Jew Levantine class in Haiti are all American citizens due to the agreement that was signed between their ancestors and the American establishment. They're no more than US citizens who operate as local subsidiaries of a foreign power which is why the IRS is going after them for tax evasion. They don't pay taxes to the Haitian government either for all the money they make in Haiti and instead send remittances of 3 billion which is owed to the Haiti's government to Middle East instead annually. They refuse to pay more than 4 billion in taxes to Haiti and US tax authorities. During the administration of President Trump this foreign (Arab-Jew) oligarchical class should have been arrested for tax evasion and narcotics trafficking like Rodolphe Jaar, Marc Antoine Acra, Clifford Brandt besides other illicit activities. According to Haiti Wiki-Leaks and a 2011 article published in the Nation Fritz Mevs states: "Haiti's real enemy and the true source of insecurity {was} a small nexus of drug-dealers and political insiders that control a network of dirty cops and gangs that not only are responsible for committing the kidnappings and murders, but were also frustrating the efforts of well-meaning government officials and the international community to confront them." He also stated that Reginald Boulos, President of the Haitian Chamber of Commerce, and former board member of IHRC distributed arms to the police and he called on others to do so in order to provide cover to his own actions.

**Right Below this foreign oligarchy of Syrio-Lebanese are the traditional light-skinned mulatto Haitians of French ancestry, whom betrayed Haiti's Independence and whose role is to carry on the racial caste system in Haiti. The "mulaterie" are on a lower rung that controls the arts, entertainment, small businesses and everything else. A dark-skinned Haitian can own a bodega, but not a supermarket (like Boulos), and shouldn't have any ideas of developing Haiti to their benefit. Take for instance the case of Franck Ciné, a former executive at the now defunct communication giant MCI. Franck Ciné returned to Haiti and then went on to launch Haitel, investing $85 million. When he launched the telecommunications company in 2000, it was the largest private investment in Haiti's history. Soon enough, Ciné was arrested on dubious accusations and jailed. The government seized his assets and he returned to New York, an angry and bitter person, as anyone would be. The foreign oligarchy and mulatto class wouldn't accept a dark-skinned successful Haitian because it could set a bad precedent. But they're perfectly willing to accept and turn Haiti's telecommunications market to foreigners like Denis O'Brien in order to exploit the Haitian people. Denis O'Brien got his lucrative Digicel contract in Haiti from the IHRC due to donations to the Clinton Foundation.** Digicel was able to earn a tidy $50 million from their disaster-recovery efforts in just six months!

By 2012, the company had managed to take over 80 percent of Haiti's cellphone market and made more money in the island-nation; than in any of the firm's other global divisions.

After receiving the HAITI REFORMATION PROJECT Tabula-Rasa Accord, though he was maligned while doing so, President Moise stepped up his efforts to execute the mandate of said principal when he began to prosecute this foreign (Arab-Jew) oligarchical class whom comprise a private sector which he referred to as capturing the Haitian state. The foreign oligarchical class of Haiti were making money from government contracts without providing any actual service to the people. A study of his work reveals that President Jovenel Moise lead a strong fight against Haiti's government of corruption, during his administration, by getting rid of over 20,000 bad contracts (ghost checks) which the private sector was using to exploit government. President Moise also got rid of all the bad contracts created during provisional governments. During his administration, reports from the Haitian Anti-Corruption Unit exposed the foreign (Arab-Jew) oligarchical class for stealing over $194 million from the Haitian government thru overcharging the state for oil, legacy contracts, overbilling, and straightforward theft over the past 13 years. Before President Moise was assassinated, he got rid of a lot of contracts which reduced the government of Haiti to a piggy-bank for the foreign Arab-Jew class placed there by Washington D.C.

A report from Haiti's anti-corruption unit highlights that Dmitri Vorbe (Syrio-Lebanese) was awarded a corrupt and illegal eight-year government contract by the previous administration. The former vice-president of Société Générale d'Énergie, S.A. (Sogener) Dmitri Vorbe's is unabashed about defrauding the Haitian government while promoting a luxury lifestyle online; as Haiti suffers through regular and rolling devastating blackouts. Over a decade later, Sogener was running on government funds while owing the state US$194 million in debt incurred between June 2012 and March 2019. Sogener amassed a large amount of government debt for the purchase of fuel and failed to supply the contracted power to the Haitian people. Vorbe also imported generators which are used by so many Haitians as a back-up source of power; benefiting doubly from the countrywide blackouts he caused. After 13 years of state corruption, under President Moïse's leadership in the face of personal threats and a lot of political risks, the corrupt Sogener contract was cancelled and the power plant taken back into public ownership! Haiti's anti-corruption unit also revealed that Reginald Boulos, a Haitian business magnate whose father served as health minister during the infamous dictatorship of Jean Claude "Baby-doc" Duvalier. Boulos is understood to have amassed a wealth of assets since his time as president of the National Chamber of Commerce through unsavory activities. He has benefited from his father's political ties and leaked US Embassy cables have revealed that Boulos distributed weapons to police and financed paramilitary leaders in return for the provision of a private security force. According to an article in the Miami Herald published on April 28, 2021, the Haitian government spends at least 804,000 US DOLLARS a year on lobbying fees. Haiti is a captured state of this foreign oligarchal class and actors a like Boulos utilize state money for private services like lobbying Washington DC for their needs in Haiti.

The administration of President Moise cut government contracts and issued an arrest warrant for Dmitry Vorbes (Key suspect) due to embezzling funds from the Blackout contract. He also cut

government contracts and issued an arrest warrant for Reginald Boulos (Key suspect) which forced them to flee Haiti after being charged for embezzling millions of government funds with nothing to show for it. He ended key contracts and zombie checks which were being used to exploit the Haitian government. The foreign oligarchy also utilized the PetroCaribe scandal to destabilize the administration of President Moise. The "opposition" used the media to slander him; brainwash the people against him; and shut down the country for 3 years in order to sabotage his work. Despite his efforts, Haitian wealth and resources remain concentrated among less than one per cent of the population (foreign (Arab-Jew) oligarchical class); in a country where 78 per cent of people live on less than $2 a day (US). The former vice-president of Société Générale d'Énergie, S.A. (Sogener) Dmitri Vorbe's is unabashed about defrauding the Haitian government while promoting a luxury lifestyle online; as Haiti suffers through regular and rolling devastating blackouts. It was this foreign Arab/Jew oligarchal class which betrayed the people of the Republic of Haiti in the aftermath of the 2004 coups of President Aristide by placing the island-nation under the trusteeship of the CORE Group. The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under, Kosovo like, trusteeship of the joint-stock company CORE Group thru *UNSCR 1542*. The CORE Group is the combination of a joint-stock company and a trust. The CORE Group is the corporate trust which **owns Haiti and consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU) but the Haitian people do not benefit from this "trust" at all.**

## AS AN EIGTH CAUSE OF ACTION

Injunctive Relief on the illegally installed, unelected, transitional government of de facto "Prime Minister" Dr. Ariel Henry who has been implicated in the assassination of President Jovenel Moise; covert **annexation of the Republic of Haiti by the Dominican Republic**

### Against:  CORE Group/CORE Group-OAS Trustees

### Ens legis UNITED STATES, France, CANADA

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN.

According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when t**he ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. The **Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of

Haiti by utilizing **UNSCR 1542, issued on 30 April 2004,** to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** E~~n~~s Legis UNITED STATES under the ~~Cestui Que Vie Trust of the Vatican via~~ **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the gnise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton utilizing the UNITED NATIONS to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self- determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of** President Boniface Alexandre and Prime Minister Gerard Latortue **with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place** the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord with **Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any

State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and non-governmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7.  This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe

scandal.   After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.   I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.   In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.   President Moise also began talks with Qatar for help with dev~loping Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!   After receiving the** Tabula-Rasa Accord, **President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.   Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.**   On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti.   **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!**   It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD.   Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people.   Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

Ariel Henri was illegally installed as Prime Minister by the US/CORE Group-OAS after the assassination of President Jovenel Moise.   An Injunction is needed because President Jovenel Moise was assassinated and replaced with the transitional government of PM Ariel Henri by the US/CORE Group-OAS in order to keep him from completing an Accord he began with the Federation of Russia on a June 17, 2021 trip to Turkey.   On this trip to Turkey, President Moise was executing the mandates of the HAITI REFORMATION PROJECT Tabula-Rasa Accord which he began implementing one he introduced a National Referendum for a new Constitution on June 27, 2020 to the people of the Republic of Haiti.   The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.   Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI

REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is also a Cease-and-Desist Order to the Ens Legis UNITED STATES and all other foreign entities violating the sovereignty of the Republic of Haiti; which returns Haiti's Natural Resources (which are claimed by the UNITED STATES as strategic reserves) back to the people under a Cooperative-Union. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti. President Moise also began talks with Qatar for help with developing Haiti's oil and signed an Accord with the Russian Federation to reorganize the military on June 17, 2021. Since the assassination of President Jovenel Moise; It has become clear to the HAITI REFORMATION PROJECT and diaspora that the Ens Legis UNITED STATES authorized his assassination for executing the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD.

At a press conference in Haiti after the assassination of President Moise DCPG Chief Leon Charles and Haitian officials produced a photo that they claimed showed a meeting in the Dominican Republic, where Christian Emmanuel Sanon, Walter Veintemilla and Antonio Intriago sat at a table with other men "allegedly" planning the assassination; without providing any detailed evidence. The Washington Post eventually debunked the claim of these Haitian authorities once their analysis of images found online, revealed that the photo that Haitian officials said depicted a meeting in the Dominican Republic appears instead to show a conference room in a building in Fort Lauderdale. It seems that my non-profit HAITI REFORMATION PROJECT wasn't the only one within the diaspora developing a vision for a new Haiti! It was at a spacious meeting room overlooking the courthouse in Fort Lauderdale, Fla., that a dream vision to "save Haiti" took shape which would end in a nightmare. Photos taken from the May 12, 2020 meeting, depicting Walter Veintemilla providing a PowerPoint presentation along with Sanon and Intriago was now being used by Haitian police to describe the 3 men as the main people of interest in the assassination of President Moise. The Washington

Post obtained a grand plan to rebuild Haiti, backed by Sanon and others, as well as the draft contract and list of costs.

Christian Emmanuel Sanon's stated mission during that gathering: Turn "Haiti into a free and open society," said Parnell Duverger, 70, a retired professor who attended the Fort Lauderdale presentation and had drafted the redevelopment plan pitched by Sanon. According to Duverger and another person familiar with the meeting. The gathering became a precursor to an ambitious written proposal shared among Sanon and the two business owners the following month and obtained by The Washington Post.    The $83 billion effort would reinvent the Western Hemisphere's poorest nation, lavishing it with roadways, electricity grids, seaports and airports. The person familiar with the meeting and contract, as well as Duverger, said that those at the meeting expected growing protests and public pressure would eventually force the Haitian president to resign.   "At the time of the meetings he was, we all believed, going to become a prime minister," SAID Parnell Duvager, an American retired adjunct economics professor, who appeared to prepare an economic development plan for Sanon's Haiti. "I keep asking myself, there must be something wrong with me for being so naïve".

Sanon envisioned himself as a transitional president of the Caribbean nation and had been circulating a petition with signatures of supporters to replace Moise.   A copy of Sanon's proclamation was obtained by the Miami Herald.   The signatories include a number of well-known Protestant pastors who deny supporting Sanon's bid.   The same signatories are listed on a May letter sent to an acting assistant secretary of state, Julie Chung.   The letter supported Sanon's desire to lead a transition in Haiti.   State Department officials say neither Chung nor anyone else provided any support for Sanon's aspirations.

It was Christian Emmanuel Sanon, a Haitian doctor, whom contracted Antonio Emanuel *Intriago* Valera and his Miami-based private security company COUNTER TERRORIST UNIT SECURITY (CTU SECURITY LLC established on 3/21/2008) implicated in the assassination. In 2020, the CTU SECURITY LLC was approached to provide security for a redevelopment project led by a Haitian-American pastor, Christian Sanon, with the backing of wealthy investors. The contract promised lucrative rewards down the road when a new, more business-friendly government took power after elections scheduled for later in 2021.

Antonio Intriago in turn jumped at the "opportunity" and brought his business partner **Mr.** Arcángel Pretel Ortiz and Counter Terrorist Unit FEDERAL ACADEMY (CTU FEDERAL ACADEMY LLC) in on the "job".   It was Intriago whom then referred Sanon to Worldwide Capital Lending Group because the Haitian physician was seeking a loan.   Walter Veintemilla, a Florida financier who invests in infrastructure projects, is the President of Worldwide Capital Lending Group.   The company's name sounds like it has global reach.   But it basically operates as a private party lender, the kind of company that deals with people who can't easily get a bank loan or who don't want the scrutiny that comes with one   Veintemilla is a loan broker; he gets private investors to lend their money on the promise of a high rate of return and he takes a cut or commission.

According to the Washington Post this introduction led to multiple meetings in South Florida, regarding funding strategies for two purposes: infrastructure projects in Haiti and Sanon's political aspirations in Haiti. A lawyer representing Veintemilla, Me Nocholson, said representatives of Worldwide Capital Lending Group never attended a meeting in Haiti or Dominican Republic. Walter Veintemilla also learned more about Sanon's political goal to replace Moise as an interim president and modernize the country. Veintemilla, Intriago and others met with Sanon on multiple occasions, including a gathering on May 12 at the Tower Club in Fort Lauderdale, which overlooks the city's skyline and the Atlantic Ocean, and another gathering at an office building in Doral.

Walter Veintemilla's role was to finance most of the expenses by putting together a group of investors. Veintemilla was able to raise $172,000 from those investors for CTU SECURITY LLC but it was actually the subsidiary CTU FEDERAL ACADEMY which ran the operation. Veintemilla was also able to raise $172,000 for Dr. Christian Emmanuel Sanon in the form of a loan, according to his lawyer. According to the Washington Post, the draft of Sanon's political plan called for:

A) A security team to protect him in his quest to replace the Haitian president and to hire Intriago's CTU firm to train the members.

B) The draft specified that the companies would deploy an undetermined number of private military officers to the Haitian capital of Port-au-Prince, within 72 hours of Sanon's appointment as president, at weekly rates of between $1,500 and $3,000 per officer, the document shows.

C) Other expenses included the Haitian physician's travel and related costs. The proposed budget was a whopping $860,000.

D) CTU Federal Academy secured a loan of $172,000 from Worldwide Capital and recruited 20 former Colombian soldiers for the operation (including transportation and lodging for the Colombians in Haiti).

E) **On May 19, an airplane was chartered for $15,477, the first of three flights listed on a spreadsheet of expenses. It includes a $15,000 expense on June 3 for "screws and nails," a term for ammunition, according to the person familiar with the security plan. There are expenses of $200,000 for "20 Personal Troops" the following day, as well as $26,485.00 for 20 flights....**

F) **According to Colombian authorities, a group of at least 11 of the Colombian nationals traveled to Santo Domingo from Bogotá on Avianca Flight 252 on the same date.**

G) **The men were hired to provide VIP security, one source in Haiti said, and were paid about $3,000 a month. The two Haitian Americans (previously reported to be James Solages, 35, and Vincent Joseph, 55) told a judge that they were hired as translators but did not reveal who their employer was, Investigative Judge**

Clément Noël told the Miami Herald.

**H) Veintemilla's firm accepted that Sanon will pay back both Worldwide Capital and the CTU after becoming the president of Haiti, using the country's public assets. "The Parties agree that the source of funding for amounts due to ~~Consultant pursuant to this Agreement shall be from the proceeds of monetary~~ assets seized by Haiti due to the efforts of Consultant and/or its Subcontractor," said a draft contract between Sanon and American firms circulated on June 22.**

**At the press conference held in the aftermath of the assassination of President Moise, Haitian Police Chief Leon Charles claimed that Worldwide** Capital Lending Group **"supposedly collected money so these guys could carry on with this criminal act, the assassination of the president".** Veintemilla and his lawyer, Me Nocholson, claim that he got tangled up in Haitian affairs after providing a loan for an unspecified amount in July 2020 to Intriago and CTU Security. They also affirmed that the discussions which took place with Sanon were linked to the search for an improvement of living conditions in Haiti through public works projects and the improvement of political, social and security conditions in Haiti. He explains that Walter Veintemilla negotiated the loans with Sanon, as well as with CTU Security, whose President is Antonio Intriago. They held several meetings, of which there are images of one provided by the Haitian authorities, more precisely of a meeting that took place on May 12 at the Tower Club in Fort Lauderdale.

Both Veintemilla and his company have turned over loan documents to U.S. federal agencies pertaining to people named in the Haitian investigation, said Nicholson. Veintemilla claims he did nothing more than broker two loans, both to a company called CTU Security and its president, Antonio Intriago. "My client has nothing to do with the murder. **At no time, there was discussion or suggestion of a plan involving a violent overthrow of the Haitian Government or the assassination of the President of Haiti**" stated Me Nocholson; explaining that the contract stipulated that the investors would be paid with Haitian assets after taking office of Christian Emmanuel Sanon, the Haitian-American "doctor" arrested and detained in Haiti, alleged to be one of the intellectual authors of the assassination of Head of State. There is nothing in the public record to suggest that Veintemilla had the financial wherewithal to fund a large military-style operation to topple and kill a sitting president.

**Though** Mr. Antonio Intriago and **Mr.** Arcángel Pretel Ortiz of the Miami-based 'security firm' CTU FEDERAL ACADEMY LLC failed in their assassination attempt **of Bolivarian President Luis Arce Catacora; they were successful in their attempt against President Moïse due to the connects they were able to make with the Haitian gendarmerie thru Washington DC and the CORE Group Trust. Members of the Haitian government implicated in the February 7, 2021 coup of President Moise are the same ones whom contracted** Antonio Intriago and **his security firm (CTU SECURITY LLC) implicated in the July 7 assassination of President Moise.** Justice Minister Rockefeller Vincent revealed an "attempted coup d'état" against President Jovenel Moise took place on February 7, 2021 which was foiled by the head of

National Palace security, Dmitry Herard.  After the attempted coup President Moise thanked Dmitry Herard for thwarting the attack and made him head of the Presidential Guard. According to the director of the Colombian Police, Jorge Luis Vargas, Dimitri Hérard was also coordinating his actions with key members of the Colombian mercenaries **Captain Germán Rivera García and Duberney Capador Giraldo:  "Everything indicates that part of the** disembarkation of ex-military was coordinated from Ecuador, through Dimitri Hérard, head of security at the Palace, today also imprisoned for the assassination.  Nor has he explained his regular trips to Ecuador, with six stops in Bogotá, where he would have met Capador and Rivera".   There were 23 arrests in connection with plotting and executing the coup attempt including a Supreme Court Judge and senior police official; but most of the February 7, 2021 coup plotters weren't prosecuted, and are the same ones whom invited the Columbian "mercenaries", implicated in the assassination, to come to Haiti to address "insecurity" issues and signed the contract with CTU SECURITY LLC.  There are still several arrest warrants out against the February 7, 2021 coup plotters for the July 7, 2021 assassination of President Moise but arrest attempts have been unsuccessful.   This is due to the implication of high-level government officials from ex-Supreme Court judge Wendelle Coq Thelot to a former senator.

**The February 7 coups plotters had the Haitian government sign a contract with CTU SECURITY LLC to oversee security in some areas of the capital, Port-au-Prince, where gangs are active.**  It was the same Dmitry Herard, whom thwarted the February 7, 2021 coup/assassination attempt, that advised President Moise to the hire the Colombians in order to address the gangs creating insecurity, committing kidnappings, select murders, looting, theft and rapes of women.  **After arriving in Haiti, the suspects and over a dozen other Colombian nationals were stationed in a compound in Port-au-Prince near the president's villa.**  The HNP accused Joseph-Felix Baddio of renting the house near the president's house, used in the operation, and of falsifying the vehicle license plates and DEA logos utilized by the Colombian mercenaries on the night of the assassination (Magalie Habitant).

Even though the government of Haiti tried to hide the fact that the plot for the July 7, 2021 assassination of President Moise began in Florida; according to Haitian judicial authorities, a significant portion of the assassination of President Jovenel Moïse was planned and prepared from the Dominican Republic.  At a press conference held on July 14, 2021, in the aftermath of the assassination of President Jovenel Moise, Haitian Police Chief Leon Charles presented another photo of the alleged conspirators planning the assassination from a luxurious hotel in the Dominican Republic.  **"All the elements that planned, executed the assassination met at the hotel in Santo Domingo,"  Charles said and** went on to present a photo of the meeting in question depicting six people in attendance, including:  **Christian Emmanuel Sanon** (main alleged perpetrator of the assassination); Antonio Intriago; former Senator John Joel Joseph (treasurer for renting vehicles, paying for materials and coordinator of meetings with the Colombian mercenaries); Joseph Felix Badio (designated as the coordinator of the operation on the ground and logistics); James Solages (self-described 'diplomatic agent', former security guard for Dimitri Vorbe connected to the Canadian Embassy in Haiti and a driver/bodyguard for a relief organization set up by Sean Penn after the 2010 earthquake in Haiti); Mayor Marky Kessa; and Senator John Joel Joseph formulating the $20 million dollar plot to assassinate

president Moise.  Businessman Gordon Phenil Desir was also accused of coordinating meetings between the mercenaries and taking care of vehicle rentals and payment of materials.

Shortly after the press conference, more photos were released by Colombian media outlets connected to the assassination plot. Colombian media outlet El Tiempo also released an image depicting Sanon, Veintemilla, Intriago and Pretelt landing at the La Isabela airport, in Santo Domingo, stepping off an aircraft, valued at 1.2 million dollars, and operated by Helidosa SA (an aviation firm linked to the former candidate for the presidency of the Dominican Republic, **Gonzalo Castillo).**  The most recent itineraries of the luxury private jet, registration HI-949, became one of the key clues and was confiscated by the FBI after the assassination of President Jovenel Moïse, on July 7.  Antonio Intriago was in Haiti two weeks before the assassination of President Moise to coordinate everything on the ground, for CTU SECURITY LLC, and even contacted the American Embassy in Haiti for a briefing.

**The Haitian judicial authorities have also revealed that key members of the hit squad behind the assassination of President Jovenel Moïse were operating in Haiti and the Dominican Republic three months prior to his assassination.  They were apparently preparing their attack in Haiti, with others joining them from the DR later on.  Most of the Colombian mercenaries were contracted by the Haitian government thru CTU SECURITY LLC but it was actually their subsidiary organization CTU FEDERAL ACADEMY LLC running the operation in Haiti.**  In the aftermath of the assassination of President Moise, the director of the Colombian Police, Jorge Luis Vargas, revealed at a press conference that one of the former Colombian soldiers involved in the assassination of the president of Haiti, Jovenel Moïse, received $50,000 from the US, prior to the assassination: "One of the receivers is **Captain (r.) Germán Rivera García,** who was in contact with CTU and who, on the day of the assault, coordinated the security ring for the men who ended up annihilating the President to enter".  The head of the Colombian Police explained that Rivera and Capador entered Haiti on May 10 through a border crossing from the Dominican Republic: "this is Germán Rivera García, currently detained in Haiti, a former captain of whom the Colombian authorities are aware that he participated "in the planning and organization" of the assault that culminated in the death of the Haitian president"; "Again, Captain Rivera and Sergeant and **Duberney Capador** they appear as the only ones aware of the supposed plan". According to the information provided by Vargas at a press conference, Rivera, along with Duberney Capador Giraldo (also a former military officer and one of the Colombians killed in Haiti) and another person who has not yet been identified, traveled to Haiti in May, where they would have met up with Sanon, Intriago, and Veintemilla.

The Uni-Lateral Declaration on Behalf of Haiti exposed that UNSCR (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood which under the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually a clandestine Incursion of the Republic of Haiti Washington DC to install DynCorps International which operates the gendarmerie operating in Haiti on behalf of US interest, and secure Haiti as a Trans-national shipment point for narcotics.  October 30, 1993 at a United Nations General Assembly President Aristide told the diplomats that the military government of Haiti had to yield the power that was

to end Haiti's role in the drug trade, a trade financed by Colombia's Cali cartel, that had exploded in the months following the coup against him. The Uni-lateral Declaration on Behalf Haiti exposed the utilization of Haiti as a drug trans-shipment point by Washington DC after they got rid of the Medellín Cartel since the Iran-Contra scandal. The assassination of President Moise has provided a glimpse into the murky world of soldiers of fortune from Colombia which became a key U.S. strategic ally after they turned it into a Narco-state. Since then, Colombia has weathered decades of internal warfare and boasts a robust military tradition, honed with extensive Pentagon training.

**President Jovenel Moise was assassinated for executing the mandates outlined within the HAITI REFORMATION PROJECT Tabula-Rasa Accord which he received from the Haitian diaspora on April 2, 2021. The administration of President Jovenel Moise already had a Constitutional Referendum scheduled to take place on April 25, 2021 and once his administration received the dossier containing the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD he immediately scrapped his Constitutional Referendum of April 25, 2021 and rescheduled it and introduced a Constitutional Referendum on June 27, 2021 which included the Haitian diaspora and the people of the Republic of Haiti. President Jovenel Moise was assassinated after the cancelation of his Constitutional Referendum; accepting the credentials of Russian Ambassador Sergey Melik-Bagdasarov on June 2, 2021; taking a trip to the Republic of Turkey on June 17, 2021 (during which he signed an Accord with the Russian Federation); and being coerced into appointing a new prime minister upon his return!**

**President Jovenel Moise was assassinated for executing the mandates outlined within the HAITI REFORMATION PROJECT Tabula-Rasa Accord which he received from the Haitian diaspora on April 2, 2021. The administration of President Jovenel Moise already had a constitutional referendum scheduled to take place on April 25, 2021 and once his administration received the dossier containing the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD he immediately scrapped his Constitutional Referendum of April 25, 2021 and rescheduled it and introduced a Constitutional Referendum on June 27, 2021 which included the Haitian diaspora and the people of the Republic of Haiti. After the cancelation of this Constitutional Referendum; accepting the credentials of Russian Ambassador Sergey Melik-Bagdasarov on June 2, 2021; taking a trip to the Republic of Turkey on June 17, 2021 (during which he signed an Accord with the Russian Federation); and being coerced into appointing a new prime minister upon his return.**

**Initially, President Jovenel Moise didn't trust his security detail and rarely slept at his residence due to death threats. But the reason he was at his residence that night, even though he was made aware that an attempt on his life was possible that week, is because he had gained confidence in the head of the Haitian Presidential Guard, Dmitry Herard, after he thwarted the coups and assassination attempt of February 7, 2021. It was the same Dmitry Herard (Michel Martelly ally) who set-up President Moise by recommending that he hire the Colombian mercenaries to combat insecurity in Haiti! What is ironic is that the same members of the Haitian government involved in the failed February 7 coups**

**attempt are the same ones involved in plotting the successful assassination of President Moise on July 7, 2021. The only difference is that Dmitry Herard thwarted the coups attempt of February 7, 2021 because he wasn't "in on it" and didn't come to the aid of President Moise on July 7, 2021 because he was "in on it".**

At a press conference the next day, DCPG chief Leon Charles who is leading the investigation stated: "It was a team of 28 assailants, 26 of whom were Colombian, who carried out the operation to assassinate the president." Haiti's national police chief, Leon Charles, told media, vowing to track the other eight down. "We have arrested 15 Colombians and the two Americans of Haitian origin. Three Colombians have been killed while eight others are on the loose." Haiti's Ambassador to the US Bocchit Edmond described the Colombian mercenaries as "well-trained professionals, killers, commandos." Which is ironic because they had no exit plan and were found in possession of firearms, sets of US dollar bills, the president's personal chequebook and the server that held surveillance camera footage from his home, Le Nouvelliste newspaper reported. Colombia's president told a local radio station that most of the detained Colombian mercenaries had been duped into thinking they were going to provide bodyguard services for the Haitian leader. **There are many holes in the official narrative given by Washington DC asset and DCPG chief Leon Charles and n**ot everyone was buying the government's description of the attack! When Haitian journalist Robenson Geffrard, who writes for a local newspaper and has a radio show, tweeted a report on comments by the police chief, he drew a flood of responses expressing skepticism. Many wondered how the sophisticated attackers described by police could penetrate Moïse's home, security detail and panic room and escape unharmed but then be caught without planning a successful getaway. After video captured on the night of President Moise's assassination revealed someone with an American accent, yelling in an English accent over a megaphone, "DEA operation; Everybody stand down; DEA operation; Everybody back up, stand down". The US media immediately began denying any DEA involvement in President Moise's assassination.

New information has begun surfacing from the Colombian media which has blown apart the official US narrative about the assassination of President Moise at 1 a.m. on Wednesday July 7, 2021:

A) **The way the security detail is normally set up at President Moise's residence is a Haitian presidential guard on the outside and private American Blackwater military contractors on the inside. For some reason the normal private American security detail on the inside wasn't there on the night of July 7, 2021! It also isn't clear exactly when President Moise was abducted; there are allegations that he may have been in custody of his assassins several days prior to July 7; who were trying to force him to sign several documents.**

B) According to an El Tiempo informant, on the night of the assassination, Haitian authorities and Colombian mercenaries in a convoy of **8-9 Toyotas, whom may have been accompanied by American, French, and Dominican soldiers, headed for the**

presidents' residence at 1 am on the night of July 2, 2021.  **According to the Caracol Tapes, the Colombian mercenaries stated that their original mission was to ensure the safety of Emmanuel Sanon in the coups, but later on the mission changed when they were presented with an arrest warrant for President Moise.  Magistrate Wendell Coq and DA Gerald Norgaisse issued an arrest warrant for President Moise on June 22, 2021.  An arrest warrant for "murder and armed robbery" against Moïse was also issued in mid-July by Joseph-Felix Badio, a former member of the Haitian government's anti-corruption unit.**  They were now going to go to the president's house armed with an arrest warrant. ' Gabriel tells me that we are going to support the Haitian authorities with the arrest," said Capt. German Rivera, one of the Colombians captured who met Pretel in Cali in the 1990s.

C) All that allegedly changed shortly before the attack, when Badio allegedly gave Captain Germán new orders upon reaching the private residence of President Moise: "He said that we had to kill everyone [...] the police, the president's security, everyone inside the house had to be killed." One-time lieutenant Carmona can be heard on the audio saying: "If there was even a pet, we were to kill the pet, there could be no witnesses." The plan was changed again, because in reality they were there to assassinate the president. The order was given to them right before raiding President Moise's residence and allegedly came from Arcangel Pretel and well-connected former Haitian justice ministry official, Joseph Felix Badio, according to the Caracol jail tapes. The two leaders of the two-dozen former Colombian soldiers that raided Moise's private residence in Port-au-Prince, were Germán Alejandro Rivera and Duberney Capador. Most of the Colombian mercenaries fell in line with the order to kill (believing the mission was sanctioned by the U.S. government). Pretel would send selfies to Intriago and Rivera via WhatsApp, showing him entering U.S. government buildings for high level meetings, according to Rivera.

D) According to the informant, on the night of the assassination, a key figure from the HNP called the presidential residence to let the Colombian mercenaries pass; **so that they were** met with virtually no resistance!  They **found the security door open**, there was no exchange of shots and it was easy to reduce and handcuff the Presidential Guard. Badio is accused by several witnesses of having bribed members of the Presidential Guard with $80,000 to facilitate the mission, according to the Haitian police report. "They came inside, went straight to the room and kept talking to someone on the phone to identify the president," the HNP officer who obtained the president's name instructed the information outlet. "They turned the house upside down," looking for President Moise he mentioned.

According to the Caracol Tapes:  "Before the operation [the Colombian mercenaries] had been informed that Moïse had between 18 and 45 million dollars in his house"; "There were three tasks: the first was to [kill] the president, the second was to take the entire camera system, and the third was to find the suitcases of money," said retired Colombian army Captain Germán Rivera, who is referred to as "Mike" during the audio sessions. After the assassination, and about a half-hour of searching, Mike and his crew of 26 Colombians and two Haitian American

commandos had dismantled the cameras and found "two suitcases and three boxes apparently loaded with bills," according to Caracol.  Joseph-Felix Badio and four more allegedly complicit Haitians were allegedly supposed to watch the Colombians' backs during the operation and assist with their escape plan, which was to race toward the Presidential Palace for the swearing-in of the new president.  Yet when Mike's team emerged from Moïse's house, they said they found Badio was gone and the cops were already waiting up the street with armored vehicles.  After allegedly killing the president, they allegedly fled in rented cars, carrying boxes of money they had found in the residence.  Supposedly, the plan was for the Colombian mercenaries to head to the presidential palace where a new president would be sworn in, according to the Caracol jail tapes.  According to Haitian authorities, Sanon claimed that he was called by suspects fleeing the president's home on the night of the July 7 assassination, and that Sanon in turn contacted two unnamed men whom Haitian police describe as "intellectual authors" of the assassination plot.

According to the Caracol Tapes, once they were cut off from their rendezvous point at the Presidential Palace, the surviving Colombians said they radioed their chief liaison in Haiti, Arcangel Pretel.  According to the Caracol jail tapes, their escape route was blocked by police reinforcements who had rushed to the scene in a belated effort to save the president.  The person they turned to was Arcangel Pretel, a fellow Colombian, based in Miami, who liked to boast of his U.S. government connections and is believed to have been an FBI informant, according to several sources.  "The troops are on the way," he told them, suggesting a U.S. government rescue was in motion, according to evidence in the possession of authorities investigating the crime.  "Gabriel (alias Arcangel) was telling me that they were already going to clear the road because the police had two pickups blocking the road and behind the vans were armored cars," said Rivera.  The Colombians were forced to take to foot, before hiding in a house, where they say they waited for instructions from Pretel.  Communicating via WhatsApp, Pretel tried to reassure the security team that a rescue was being organized with the help of the U.S. government.  "He told us later that the U.S. embassy was mobilizing, that they were going to bring, I don't know how many U.S. soldiers, to get us out," one of the former soldiers, Jheyner Carmona, told investigators.

Those messages, now in the hands of investigators, appear to show Pretel coordinating their movements, according to persons familiar with the chat. "He's running the show. He's the maestro who's supposedly going to save these guys," according to one source who has reviewed the messages.  For the next 36 hours the Colombian mercenaries hid, waiting to be rescued.  Later that day the Colombians came under heavy fire from Haitian police, using tear gas and grenades, hence Capador and two others were killed.  The rest of the group, led by Rivera, were guided by Pretel to the Taiwanese embassy nearby, which was empty.  They spent the night there in constant communication waiting for word from Pretel on their next move.  The Columbian mercenaries were rounded up by the Haitian people after seeking refuge at the Taiwan embassy the next morning.  Taiwan has confirmed that on July 8, 2021 eleven of the suspects were arrested after breaking into a courtyard at its compound; as the other Colombian mercenaries were rounded up by the Haitian people.

*Since the assassination of President Jovenel Moise, Antonio* Emanuel **Intriago and his lawyers have reiterated that he believed that the infrastructure and change plan "had approval of the United States Government and that it was done with his full knowledge". His mission, he explains, was to accompany a judge who would enforce an arrest warrant against President Moïse while being accompanied by the Haitian. There is nothing in Intriago's public footprint to indicate that he had either the money or the scope to train dozens of private soldiers to raid the private residence of the Haitian president and kill him.** He has denied any involvement in the assassination, saying he had been tricked and that the president's own guards were to blame. His fellow Colombian business partner Arcangel Pretel, an FBI informant who liked to boast of his U.S. government connections, has disappeared mysteriously since the assassination of President Moise on July 7, 2021. Arcangel Pretel Ortiz's name surfaced as a possible suspect soon after the assassination but no arrest warrant has been issued for him in the US, Haiti or Colombia! Pretel is also identified as "one of the heads" of the Colombian team and a prime suspect in the assassination, according to a detailed 122-page investigative report by the Haitian judicial police, obtained by Univision News. **The shadowy Arcangel Pretel has a dual citizenship (US/Colombia); dual identity (from participating in the US witness protection program); and has close ties to U.S. government agents (FBI informant).**

Antonio Intriago, his business partner at CTU Federal Academy, the Miami firm that hired the Colombian soldiers, feels "duped and mislead" has no idea where he is, according to his lawyers. Antonio Intriago immediately offered his full cooperation to FBI agents investigating the case, handing over his phone records and computer. The director of Colombia's National Police confirmed that three former Colombian soldiers suspected of involvement in the assassination were killed and 18 were arrested after President Moise was killed while five others remain at large. At least 44 people, including 18 Colombian former soldiers and several Haitian police were arrested after the murder. The motive for his killing is still unclear, and mystery also surrounds who the intellectual authors were. Agents from the FBI and the Department of Homeland Security (DHS) are "helping" in the investigation. **The FBI requested and confiscated the CCTV footage of President Moise's residence from the night of the assassination without releasing it to the public. Their claim for with-holding the CCTV footage from the night of the assassination is that DCPG Chief Leon Charles has refused to release it; which has sabotaged the investigation because DCPG Charles is a key suspect also. There is nothing that happens in the Republic of Haiti without getting a stamp of approval from the US embassy first. Since the assassination of President Jovenel Moïse; It has become clear to the HAITI REFORMATION PROJECT and diaspora that the Ens Legis UNITED STATES authorized his assassination for executing the mandates outlined within the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. The assassination of President Jovenel Moise was an inside job in which Washington DC gave the green-light to their foreign oligarchical class and PHTK party. This is evident in the fact that the usual private Blackwater American contractors weren't guarding President Moise's residence that night and even though he made calls for help to the American embassy that night but never received any.**

The masterminds behind the plan to assassinate President Moise didn't give all of their Colombian mercenaries the full details. The true killers who assassinated President Moise are an A-team consisting of Joseph-Felix Badio, James Solages, Mario Antonio Palacios, Germán Alejandro Rivera, and Duberney Capador and the missing Colombian mercenaries who were seen entering the President's room; not the B-team put on display for the media. According to Colombian newspaper El Tiempo the official narrative that the Colombian mercenaries in custody arrived at the president's residence at 1 a.m. on Wednesday is false. After receiving a report from the police, informing them of the shooting taking place between the guards of his house located on a hill overlooking the capital; the B-team consisting of Joseph Vincent and Colombian mercenaries went to the President's residence. Their source revealed that security footage from the presidential compound (CCTV) confirmed their arrival there at between 2.30 and 2.40am on Wednesday. By the time that this group reached the residence of President Moise the A-team of Colombian mercenaries were already inside with President Moise, ransacking the place! They actually arrived an hour and a half after the assassination of the president! This is the group that got captured on camera stating "DEA operation, Everybody, Stand-down, DEA operation, Everybody back up, stand down"; and "returned the president's daughter, after his assassination to the family home, to carry whatever personal items they could, such as her passport and some of her clothes." Then she moved with her two brothers, seeking safety in the Dominican Republic. It was later revealed that Joseph Vincent (Haitian American involved in the assassination) was actually a confidential source to the DEA! Following the assassination of President Moïse, he reached out to his contacts at the DEA for assistance, who advised him to turn himself in to Haitian authorities. According to Vincent who did an interview with Haitian media in the aftermath of the chaos: "We didn't kill the president; someone died but we didn't do it; people from inside the house started firing at us and we began firing back to defend ourselves; most of the group believed that they were there to arrest not kill the president."

One of the masterminds who was involved in plotting the assassination from the Dominican Republic and was part of the A-team of Colombian mercenaries; Haitian-American suspect James Solages has already confessed to Haitian authorities that before President Moise was assassinated; they were trying to get him to sign some sort of "documents" which sold the sovereignty of Haiti out to foreigners; possibly about contracts he had cut with CORE Group-OAS or some sort of "transfer of power". They spent 20 minutes torturing President Moise who wouldn't sign; broke his hand, still didn't sign; shot him in the leg, didn't sign; President Moise refused to sign any of their documents so they took out 1 of his eyes and then shot him. They also tortured him in order to get a hold of some sort of 12-page document having to do with the Accord he signed with the Federation of Russia on his June 17, 2021 trip to Turkey. Joseph Felix Badio was in contact with the A-team of mercenaries at all times while this was occurring and was the one who told them whom President Moise was after he "fit the description".

President Moise was tortured in his bedroom, while his daughter, Jomarlie Jovenel, hid in her brother's bedroom during the attack while his son and staff were tied up by the attackers Carl Henry Destin, one of the judges conducting the investigation, told Haitian newspaper, Le Nouvelliste. Judge Destin said President Moise had fractures on his arm and right foot, according to an autopsy report. The autopsy of President Moise revealed that he was alive and

tortured for hours before his death.  They tortured him in his bedroom before his murder not the Colombian "mercenaries".  The pictures released of President Moise upon his death are on par with Emit Till.  A source revealed that those who killed Moses were probably Haitian policemen because of the fact that they took his left eye out: "This is a voodoo ritual, so the deceased should not continue to see you from beyond," he explained.

Questions are also mounting as to why it took so long for authorities to respond after the president pleaded for help in multiple phone calls before his death.  President Jovenel Moïse made several desperate calls from his residence for help to the US; France; and Canadian embassy for assistance.  The whole Haitian National Police (HNP) is implicated in the assassination of President Jovenel Moise.  According to sources of the Miami Herald, President Moïse made desperate pleas for 10 minutes to DCPG chief Leon Charles and another HNP officer to get them to mobilize law enforcement and save his life before he was assassinated in his home, a new report says.  Three unnamed HNP members who received calls from inside President Moïse's home in the moments before the assassination say he begged for them to 'mobilize people'.  People in the neighborhood stated hearing shots the president's residence at 1:30. The first call he made at 1.35 am was to Dimitri Hérard, who was head of his Presidential Guard security detail. Dimitri Hérard told the President that he was deploying help but when the security detail failed to show up, President Moïse then called a Haitian National Police officer saying: 'My life is in danger. Come quick'.  The cop, who requested to stay nameless, stated that he then heard the sound of an assault rifle in the background and ordered his fellow officers to soar into their three autos and head to Pelerin 5, the neighborhood that President Moïse lived along with his spouse and two youngsters.  According to phone logs President Moise was still alive at 1.45 AM.  When the officer who received a call for help from President Moïse arrived with his convoy, he said Dimitri Hérard was standing in the middle of the road with several palace guards.  After encountering Hérard, the HNP officer and several others then drove up towards the president's home but were stopped by a vehicle with several armed Haitian national police officers allegedly inside.  The officer said he then saw a group of heavily armed men (since identified as the Colombians) wearing white t-shirts, carrying assault rifles, and they shouted:  'DEA operation, get back.'  His group started advancing on them and but Hérard told the officers to get back, according to the HNP officer who spoke to the president over the phone.  After the Colombian mercenaries retreated, the officer was finally able to go inside the president's home where he found his body slumped in his bedroom.


Former President Aristide (Key suspect) had an adversarial relationship with President Moise and has stated on record that President Moise would go from "hero to zero".  At the time of the assassination of President Moise, former president Aristide happened to be in Cuba getting treatment for COVID-19.  At the time, President Moise stated that Aristide had to look for treatment abroad which Haiti's consular office in Cuba would provide any type of support required.  The only reason President Aristide was allowed to leave Haiti with a diplomatic passport was due to the assistance of President Moise.    It has become apparent after his death that when President Moise spoke of change and development of Haiti it wasn't mere rhetoric.  He's the most premiere Haitian statesman since Jean-Jacques Dessalines and refused to sell out the people of the Republic of Haiti unlike Aristide!  President Aristide also had private US Blackwater security contractors during the 2004 coups against him who let him get captured.  According to his lawyer Ezilio Dante one of them told her that they were told to stand down by

Washington DC who threatened their pensions. The gangs in Haiti were first utilized by President Aristide who began weaponizing them after disbanding the Haitian military in his return to power under UNSR 940. To his credit the Haitian military (FADH) was used to keep the population in line by Washington DC and committed a lot of coups. But it was during the administration of President Martely that the gangs became worse and began multiplying until they became out-of-control during the Moise administration. Today the UN, foreign Arab-Jew oligarchy, and political class each fund their own personal gangs (who utilize weapons made in Israel) which they use to kidnap; terrorize/intimidate the population/diaspora; and create insecurity. The gangs and police force in Haiti are interchangeable with some people operating in both at same time. The PNH are paramilitary forces who have evolved from the ton-ton Macoute and trained by MOSSAD on how to oppress and manage a population like Palestine. The modern-day gangs in Haiti play the same role as the Ton-Ton Macoute; and the chief of their gangs run the communes.

## The covert annexation of the Republic of Haiti by the ens legis UNITED STATES thru the Dominican Republic

**The fact that the assassination of President Jovenel Moise was planned in the Dominican Republic under the watchful eye of President Luis Abinader is not by accident!** Ever since Christopher Columbus landed on the Island of Hispaniola on December 25, 1492; performed ceremonies to take possession of the land for the Holy Roman Empire under Papal Bull Dum Diversas; and made Santo-Domingo his base of operations; that side of the island had been susceptible to colonialism. In fact, most of the "exterminated" indigene aborigine inhabitants (Aawark/Taino) fled to the other side of the island (containing the mountainous regions) and began forming maroon communities which would later develop into the Indigenous Army of Haiti; as Spain used Santo-Domingo as a base of operations to colonize South America. The 1697 Treaty of Ryswick formalized French control over the western third of Hispaniola under the name of Saint-Domingue and in 1797, Spain ceded the entire island to France. For President Jean-Pierre Boyer, this was a constitutional ideal to unify the whole island of Hispaniola into one nation while under threats of foreign aggression; but he failed to realize his efforts were futile once the General of the Indigenous Army of Haiti (Dessalines) was assassinated and Petion implemented a "Democratic" French system in Haiti. Haiti's precarious independence was compounded by the US conspiracy to exclude only Haiti from the Monroe Doctrine of 1823, which explicitly protected all other new America republics from European invasion and re-colonization (this exclusion was an open invitation to France to tighten the squeeze on Haiti and, if necessary, invade to restore the old system).

The fact that the assassination of President Jovenel Moise was planned; orchestrated; and executed from the Dominican Republic (which was also used as an escape route (FBI informant Arcangel Pretel)); under the watchful eye of President Abinader is no coincidental matter. Professor Charles Bouchereau exposed the clandestine plot of the US to dissolve Haiti into the Dominican Republic after President Aristide agreed to disband the FADH. The dismembering of the Haitian army (FADH), utilizing UNSCR 940 in April of 1995, by President Aristide upon his return to Haiti; was illegal because it was done without a Constitutional amendment;

due to the fact that the army is still enshrined in Article 263 of the Haitian constitution. Professor Bouchereau has criticized former President Aristede for this decision which falls in line with the slow eroding of Haitian sovereignty by the US and France. He also points out a premise under International Law that if a nation doesn't have an army, the closest nation near it with a military is considered its' protectorate!    Ever since President Aristide disbanded the FADH under the Governor's Island Accord/UNSCR 940; the Dominican Republic has been a de facto protectorate of the Republic of Haiti. Which is one of the reasons why President Moise was trying to re-instate the Indigenous Army of Haiti and signed an accord with the Russian Federation to train and arm it. Professor Charles Bouchereau was also among the first Haitians to reveal that the Republic of Haiti was covertly placed under Tutelle by the CORE Group Trust!

The US has maintained a policy of marginalization and benign neglect towards the Republic of Haiti since its' independence and the only reason the American colonies didn't immediately invade the island-nation in 1804 was out of fear of Haitian destruction of their American settler-colonial slave project. The US waited until 1915 after they were done with Manifest Destiny and the westward expansion of the United States, which was due to Haitian victory causing the Louisiana Purchase, to invade and occupy the Republic of Haiti.

**The Ens Legis UNITED STATES want to exercise the Tuttelle placed on Haiti thru CORE Group-OAS by integrating it into the Dominican Republic; in order to fuse the two nations together. This is the reason why they support and allow the Dominican Republic to have a military while refusing Haiti one; since disbanding the FADH under UNSCR 940 as a "prerequisite" for the return of President Aristide to power. Ever since its' independence the US has been undermining the Republic of Haiti and actually orchestrated the splitting of the island-nation of** Hispaniola **in 1844.**

**The fact remains that it was Toussaint Louverture's invasion of the Santo Domingo in 1801 which liberated the island of Hispaniola from Spain and sparked the Spanish American Wars for Independence.** In 1809, Santo Domingo was returned to Spanish control until **Santo Domingo declared independence from Spain as the Republic of Spanish Haiti in 1821.** Almost two years after Boyer had consolidated power in the west (unifying the North and South of Haiti), in 1821, Santo Domingo declared independence from Spain and requested from Simón Bolívar inclusion in Gran Colombia. President Boyer, however, responding to a party in Santo Domingo that preferred Haiti over Colombia; **Haitian president Jean-Pierre Boyer** annexed **Santo Domingo in 1822, with the intent of unifying the island-nation of Hispaniola. The main reason for his annexation of Santo Domingo was out of fear of the French using the Dominican territory as a base to try to re-conquer Haiti, due to mounting pressure from France for indemnity in exchange for recognition of Haiti's independence.** Boyer's move was not opposed by the pro-Hispanic elites, who were no match for his army, nor by the masses, who perceived Boyer's rule as very egalitarian. As a matter of fact, Boyer abolished slavery and gave lands to the lower classes. The unification of the island of Hispaniola by Boyer, however, pitted the remnants of Spanish white elite against the iron-fisted Haitian administration and stimulated the emigration of many white wealthy families. Frightened by Haiti's establishment of a black republic resolutely opposed to the barbarism of European civilization, Dominican elites developed a national

identity that defined Dominicans as white, Catholic, and culturally Hispanic, in contradistinction to Haitians whom they characterized as black, animist, and culturally African.

Ever since the onslaught of Christopher Columbus (or Colon) under the Doctrine of Discovery, the Dominican side of the island has acquiesced to colonialism.  Once unified the Haitian government took steps to limit the Roman Catholic Church's heavy influence in Santo Domingo by confiscating church property, deporting foreign clergy and severing most remaining ties to Rome.  To the pious Roman Catholics who made up the majority of Dominicans, these practices were seen as a great insult and only deepened their hatred of Haitians.  From 1824 to 1826, while the island was under one government, Boyer promoted the largest single free-Black immigration from the United States in which more than 6000 immigrants settled in different parts of the island. Today remnants of these immigrants live throughout the island, but the larger number reside in Samaná, a peninsula on the Dominican side of the island.    From the government's perspective, the intention of immigration was to help establish commercial and diplomatic relationships with the US, and to increase the number of skilled and agricultural workers in Haiti.  On April 17, 1825, in one of history's tragic ironies, Haitian President Jean-Pierre Boyer signed the Royal Ordinance of Charles X.  Discontent on a large scale, in Santo Domingo, didn't actually start until the economic conditions in Haiti began deteriorating as a result of the burdensome indemnity (Independence Debt) owed to France and the consequent land tenure system that developed in order to pay it off.  *Anti-haitianismo* or anti-Haitian racism became stronger during Haiti's annexation of the Dominican Republic.  Even today, the various memories and interpretations of this occupation still fuel animosities between Haiti and the Dominican Republic.  **The fact that the formal union of Hispaniola was also technically agreed upon by both sides and that Haiti abolished slavery in Santo Domingo on February 9th, 1822 isn't celebrated nor discussed in the history of the Dominican Republic though.** The unification of the island-nation would only last 22 years as the Ens Legis UNITED STATES would covertly align with forces in order to engineer a split that would lead to the formation of the Dominican Republic in 1844.

The entire island remained under Haitian rule until 1844 when in the east a nationalist group called La Trinitaria led a revolt that helped convert the country into the Dominican Republic. While sporadic resistance had existed throughout the "occupation", it only began to crystallize in 1839 under the leadership of Juan Pablo Duarte.  He was influenced and funded by forces in Europe and US hedging against the unified island nation as Haiti was participating in the Spanish Wars for Independence.  In 1844, Duarte's secret society, La Trinitaria, received their opportunity when Boyer was overthrown in Haiti and his successor, Charles Rivière-Hérard, was forced to focus on consolidating his rule at home.  On 27 February 1844, a group of Dominican conspirators took advantage of the unstable internal situation in Haiti and declared the independence of the Dominican Republic.    The Dominican historians claim this was a "Revolution" but it was funded and fought by a racialized elite class who refused to be governed by a "black" government like Haiti; there was no redistribution of wealth; and the classes or social caste system remained the same.  After the Civil War, there was also a failed attempt by the United States under President **Ulysses S. Grant** to annex both nations in the 1870's during Reconstruction.  Dominican "independence" was actually the result of the efforts of the ens

legis US to separate the nations and divide the island-nation in half. The declaration of Dominican independence was a rather peaceful event; its consolidation was not. Haitian leaders considered the East not only as a part of Haiti, but also as vital for the security and economic welfare of the Haitian state. Between 1844-1856, different Haitian leaders tried unsuccessfully to reannex the East. In 1861, Haitian-Dominican relations entered into a new dimension when Pedro Santana reannexed the Dominican Republic to Spain. The Dominican Republic is the only Latin American nation that reverted to its former colonial status after independence! The restoration of Spanish power in Hispaniola could eventually have meant a return to slavery in the East. Furthermore, Spain had suggested that it would try to recover its former territories in Haiti's Plateau Central, lost during the Haitian Revolution. The Haitian authorities gave refuge and logistic support to Dominican revolutionaries fighting against the Spanish, until Dominican "independence" was finally restored in 1865.


The Ens Legis UNITED STATES waited until they were sure of their military supremacy over Haiti before invading and occupying the "black" island-nation for 19 years; from July 8, 1915 to August 1, 1934. Most historians know about this occupation of Haiti but few are aware that the US also occupied the DR during that time, for 8 years, from 1916 to 1924. Their eight-year long occupation of the Dominican Republic witnessed the creation of a comprador class; serving as a subsidiary to the foreign corporations who owned Dominican sugar plantations through their dominance in the National City Bank of New York, which managed the country's finances. During their occupation the US began placing a foreign oligarchical Syrio-Lebanese class in the DR also; whom President Abinader is a part of just like Reginald Boulos in Haiti. The US ended up with financial control of the 2 Caribbean island nations (whole island) once their occupation was done. It was the US Marines whom instructed/trained Rafael Leonidas Trujillo; made him head of the GND (Dominican National Guard) in 1918; and the Commander-in-Chief of the National Army in 1927. In 1930, with support from his military, Trujillo committed a coup against then President Horacio Vasquez. Rafael Trujillo was dictator of the Dominican Republic from 1930 to 1961. In 1937, during what is now called the Parsley Massacre, Trujillo aimed to whiten the Dominican Republic thru a process known as "**Blanqueamiento**" by expelling Haitians. Trujillo, who is of Haitian descent and known to lighten his own skin with makeup, ordered the deaths of those who refused his order to leave. These Haitians were recognized by their ability to pronounce the word *perejil*, Spanish for "parsley" (most Haitians could not pronounce the "*r*" sound as the French "r" was different). The Trujillo massacre killed nearly 30,000 Haitians but its' racial aspect of **Blanqueamiento has** never been addressed by Haiti. The Dominican government continued to import thousands of workers from Haiti as sugarcane cutters during this time. The dependence on cheap Haitian labor would continue after the Parsley Massacre, through the 20th and well into the 21st centuries.


The ens legis US may have been behind Rafael Trujillo committing the Trujillo Massacre and may have been trying to instigate a war between DR and Haiti. **Blanqueamiento is a social, political, and economic practice used in many post-colonial countries in South America to "improve the race" (*mejorar la raza*) towards a supposed ideal of whiteness. The term blanqueamiento is rooted in Latin America and is used more or less synonymously with racial whitening. Blanqueamiento is practiced heavily in Latin America with the**

**most extreme example being** the **Conquest of the Desert** in Argentina.  It was a military conquest by General Julio Argentino Roca, started in the 1870's, which was a genocide of the indigene aborigine of the Patagonian Desert.  Prior to *blanqueamiento* (1880-1914) Argentina had a very visible Black population.  On average, 60 percent of the population was of color and 30 percent of the population was Black.  In June of 1947, (while attending university in Cuba) Fidel Castro joined the Caribbean Legion, a group of political exiles from Caribbean countries who planned to rid the Caribbean of dictator-led governments.  There Castro learned of a planned expedition to overthrow the right-wing government of Rafael Trujillo, a U.S. ally, in the Dominican Republic.  Being President of the University Committee for Democracy in the Dominican Republic, Castro joined the expedition.  The military force consisted of around 1,200 troops, mostly Cubans and exiled Dominicans, and they intended to sail from Cuba in July 1947.    Under U.S. pressure, President Ramon Grau's government stopped the invasion; although Fidel Castro and many of his comrades evaded arrest.  As with the many dictatorial regimes propped up by Washington DC in South America and Caribbean; Trujillo exploited the country's resources in order to amass his own personal wealth.  During the 1950s the average annual growth rate was 8 percent, an impressive performance by any standard, but benefits failed to reach the general population.  Much of the nation's income was stashed in foreign bank accounts, while peasants and workers remained woefully poor.  Paradoxically, economic prosperity heightened contradictions between Trujillo and his coterie of sycophantic supporters: the more he took for himself, the more discontented his collaborators became.  The most egregious offense involved his personal takeover of the sugar industry: by 1957 Trujillo controlled more than 70 percent of the nation's production.  In 1961 his former friends and cronies, not his enemies, staged a coup and masterminded his assassination.


Free and fair elections in 1962 led to the triumph of Juan Bosch (Castro ally), a former journalist and social reformer who sought to confiscate and redistribute Trujillo's land ownings as part of a program of agrarian reform.  His efforts at improving the lot of the masses aroused discomfort among the traditional elites, who saw his innovations as dangerously "communistic."    A military coup would oust Bosch in 1963 but a countermovement then sought to reinstate him as president.  The resulting conflict led to a civil war between the armed forces and the pro-Bosch "constitutionalists," mainly workers and students.  Then Juan Bosch, the President who had been overthrown in a coup just 20 months prior, was poised to return from his Puerto Rican exile; until President Johnson intervened in their Civil War by pushing a resolution thru the OAS and sending in Marines to restore "Democracy".  In the aftermath of the Bosh incident; rather than publicly and rightfully recognizing the impact of anti-Haitianism during the Trujillo regime and dismantling the racist ideology through revisionist history post-1961, the Dominican Republic opted to elect one of the dictator's highest-ranking officials, Joaquí n Balaguer, as president (ex-Trujillo official and Washington asset).  Ever since the Trujillo regime *Anti-haitianismo has become a predominant part of the culture and is rampant in DR today!*  The foreign policy of the Dominican Republic towards Haiti is guided by two axioms. First, Haiti is perceived as a country unfit for democracy, given the human, political, and economic obstacles it would have to face.    Second, and as a consequence of the first, the Dominican government perceives democratic developments in Haiti as threatening to the national interest.  Therefore, it has sought to preserve an authoritarian status quo in Haiti.    This traditional view of Haitian-Dominican relations was established and promoted by the 31-year-long dictatorship of

Rafael L. Trujillo.   His administration stressed the differences between Haitians and Dominicans, rather than their points in common.  A whole generation of Dominican leaders, as well as common folk, was raised under this ideology.  As a result, even today most Dominicans share these distorted historical myths.  For instance; in 2010, the formerly center-left PLD called a constitutional convention, largely to exclude a new group (Haitians) from the birthright-citizenship clause: the children of anyone "residing illegally in Dominican territory".  The overtly racist hostility towards Haiti, and Haitians, continues to fester in the Dominican Republic; most recently taking the form of the mass expulsion of Haitians beginning in August 2015.

The cocaine coup d'états of President Aristide caused a crisis of the Haitian government which coincided with the May, 1994, elections in the Dominican Republic.  The return of President Aristide seemed imminent and a black man of Haitian ancestry, Jose Francisco Pesa Gomez, was the front-runner for the Dominican presidency!  Balaguer once again played the nationalist card and was portrayed as the defender of the Dominican nation against an international conspiracy to unite the two nations by the Dominican media.  Television commercials warned about the dangers of voting for Jose Francisco Pesa Gomez.  Not surprisingly, a survey conducted during the electoral campaign showed that 30% of Dominicans considered that the color and race of a candidate were important!  While this Haitian-bashing campaign was taking place, relations with the de facto regime in Haiti remained "normal".  Finally, through fraud and adroit manipulation, Balaguer won the 1994 elections, after a post-electoral crisis that lasted almost three months.  In the meantime, the US Embassy applied "extra pressure" on Balaguer to guarantee clean electoral results and to fully comply with the embargo. Balaguer finally agreed to allow an international force of observers help the Dominican military enforce the embargo.

Immediately thereafter, the Clinton administration recognized Balaguer's victory, and even the new US ambassador in Santo Domingo attended the inaugural ceremony.  The Dominicans refused to elect Jose Francisco Pesa Gomez due to the ant-haitianismo rhetoric but were perfectly fine electing someone from their Syrio-Lebanese foreign oligarchy class.  When Luis Abinader was elected as president of DR, everyone thought that he would improve relations between the two nations because he ran on a liberal/progressive anti-corruption agenda under the Modern Revolutionary Party.  But his administration has continued the xenophobic practices of his predecessors towards the historically underpaid Haitian workers in the Dominican sugar industry who've suffered due to the Dominican governments' policy of denying citizenship and identity documents to Dominicans of Haitian descent.  Immediately after the assassination President Abinader stationed 9,000 soldiers at the Dominican-Haitian border; to prevent mass migrations of Haitians into the DR.  President Abinader ran his campaign on an *Anti-haitianismo platform, hence his negative policies towards Haitians today.*

At the time of his assassination President Moise was at odds with President Abinader over the border connecting the two island-nations and the construction of a canal on the Massacre river. President Moïse built the second-largest hydropower plant and agricultural water reservoir in

Haiti after Peligue. He built the "Barrage Marion" in Marion, Haiti, which has the ability to produce electricity and water the farmers land (rice) in the North of Haiti. Hundreds of Haitian people from Marion showed up at the inauguration to see this new dam because it meant they no longer lived in fear of flooding every time it rained! President Abinader was at odds with President Moise over Barrage Marion because he claimed that it violated the border of DR. The administration was able to solve the controversy over Barrage Marion once PM Claude Joseph found a resolution but the DR was still against building of the Barrage Marion. PM Claude Joseph was able to resolve the border dispute with Abinader also due to a border settlement which was signed between the governments of Horacio Vasquez and Louis Borno on 21 January 1929 (Price-Mars 1953, 3:209-213). In 1935 and 1936, Presidents Rafael L. Trujillo and Stenio Vincent had also signed additional clauses and amendments to the 1929 treaty, finally establishing a permanent and clearly delimited border, the same that still stands today! On Jan 10 2021, the two heads of state had a meeting at the border of which Abinader tweeted out: "Today I held a meeting with the president of Haiti, @MoiseJovenel, to review the bilateral agenda: security, health, trade, migration, energy and the evolution of the political process in Haiti. We will publish a declaration of the agreements in the next few days".

At the 76th General Assembly of the UN President Abinader stated that "the exploding situation in Haiti is becoming a regional threat beyond the borders of that country. The situation is at an extreme that thousands of Haitians attempt to cross into the US through Texas, being repealed by men on horses." His claim is that the extreme situation in Haiti is impacting the Dominican Republic and will soon affect the region. President Abinader explained that the division in Haiti's business and political leadership has resulted in gangs taking over and controlling the territory. He warned that unless Haiti's security situation could be brought under control, it could not hold "free, fair and reliable elections". President Abinader also formed a partnership with Costa Rica and Panama and issued a joint declaration to address the crisis and political instability in Haiti. During this address President Abinader failed to mention the Dominican gangs and violence currently afflicting the Dominican Republic. The Haitian authorities and Colombian mercenaries kidnapped and tortured President Moise in order to force him to turn over a 12-page document he had signed with the Russian Federation while on a diplomatic trip to Turkey. It wasn't until after the assassination of President Moise that President Abinader and his true motives were exposed. After the illegal appointment of Ariel Henry as de facto Prime Minister by the CORE Group-OAS; Bill Clinton held meetings in the Dominican Republic with President Abinader in order to persuade him to occupy Haiti. In fact, President Abinader was seen partying in NYC with Bill Clinton after his Sept 24 address on Haiti at the UN. After meeting with Clinton and CORE Group-OAS he deployed 11,000 Dominican soldiers along the Haitian border as if to invade. In fact, after failing to invade and annex Haiti on behalf of CORE Group-OAS; President Abinader revealed a plan to build a wall between the two island-nations similar to the one erected between the Israel and Palestinian apartheid territories.

The actions of President Abinader are not as benevolent as they seem because he isn't working in the best interest of the Haitian people. On April 18, 2022 Haitian lawyer Newton Saint-Juste sent an open letter to U.S. Secretary of State Anthony Blinken, calling on him to "clear away all doubt about a possible active or passive involvement of the United States" in the assassination of

Haitian President Jovenel Moïse.   Saint-Juste's pointed request comes on the heels of allegations that the $20 million used to fund the grisly crime was laundered through Dominican banks.   The charge was made by renowned Dominican money-laundering expert Jose Manuel Patin Muniz on a popular Dominican television program on April 1.   In his letter, Saint-Juste takes note of "the law signed by President Joe R. Biden on Mar. 15, 2022 [which] requires American investigative agencies to carry out a detailed investigation of the events that led to the assassination of former President Jovenel Moïse, including the identification of foreign persons connected to this assassination who may have previously worked as contractors or informants for the United States Government".   The ($20 million) July 7, 2021 plot to assassinate President Moise was supposedly coordinated by Intriago, Sanon, and Veintemilla (primarily from the DR) but in actuality the true masterminds have yet to be revealed.   In addition to Veintemilla's bank accounts, others are checking to find out who irrigated the funds to execute the crime.   They're seeking connections between Haitian businessmen and the noted kingpin Rodolphe Jaar, alias Dodof, who is already under arrest in Turkey.


President Moise was at odds with Washington DC; DR; the Clintons and Michel Martelly (PHTK); and CORE Group-OAS Trust while trying to implement his campaign policies for the development of Haiti.   What makes it worse is that they utilized the PetroCaribe scandal to destabilize his administration but he never got to actually participate in the program.   **President Jovenel Moise was assassinated while executing the mandates outlined within the HAITI REFORMATION PROJECT Tabula-Rasa Accord which he received from the Haitian diaspora on April 2, 2021.   The administration of President Jovenel Moise already had a Constitutional Referendum scheduled to take place on April 25, 2021 and once his administration received the dossier containing the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD he immediately scrapped his Constitutional Referendum of April 25, 2021 and rescheduled it and introduced a Constitutional Referendum on June 27, 2021 which included the Haitian diaspora and the people of the Republic of Haiti.   President Jovenel Moise was assassinated after the cancelation of his Constitutional Referendum; accepting the credentials of Russian Ambassador Sergey Melik-Bagdasarov on June 2, 2021; taking a trip to the Republic of Turkey on June 17, 2021 (during which he signed an Accord with the Russian Federation); and being coerced into appointing a new prime minister upon his return!**   With the assassination of President Moise all hopes of the Republic of Haiti conducting a Constitutional Referendum which includes the people of the diaspora and Haiti are gone.   In fact, he was assassinated for executing the mandates outlined in the **HAITI REFORMATION PROJECT Tabula-Rasa Accord on behalf of the diaspora.**   Washington DC; CORE Group-OAS Trust; Arab/Jew foreign oligarchy class; the UNITED NATIONS; Ambassador Michele Sison; Ambassador Helen La Lime; and President Abinader were all against President Jovenel Moise holding a Constitutional Referendum or any other mandate outlined by the Haitian diaspora within the HAITI REFORMATION PROJECT TABULA/RASA ACCORD because the current Haitian Constitution benefits the CORE Group-OAS Trust and the DR whom want to continue their domination of Haiti.   This is the reason why they all coordinated the assassination of President Moise from the DR along with a significant part of the Haitian government.   President Luis Abinader is from the Syrio-Lebanese class in the Dominican Republic.   Washington DC also began placing this foreign class of people in the DR during their occupation of the Dominican

Republic between 1916-1924. This occupation was simultaneous with their 19-year occupation of Haiti from 1915-1934 (while DR's occupation lasted only 8 years). So, between 1916-1924 the ens legis UNITED STATES was in control of the whole island of Hispaniola (both DR and Haiti). During their occupation Washington DC rewrote Haiti's constitution, stole all of the gold like Freedman's bank (Haiti's gold became Citibank), took over the Haitian economy, opened up land to foreign interests, and instituted Jim Crow policies which left Haiti in a state of arrested development we see today. As in the Haitian gendarmerie, Washington DC's eight-year long occupation of the Dominican Republic witnessed the creation of a comprador class; serving as a subsidiary for the foreign corporations who owned Dominican sugar plantations through their dominance in the National City Bank of New York, which managed the country's finances. By the time Washington DC left the island of Hispaniola they were in complete control of the economy of the whole island (both DR and Haiti)!

During their occupation the US began placing a foreign oligarchical class in the DR also; whom President Abinader (Syrio-Lebanese) is a part of just like Reginald Boulos in Haiti. From 28 July 1914 – 11 November 1918, World War I, which took place when Lebanon was still part of the Germany-allied Ottoman Empire, triggered a Lebanese migration to the Americas, with Haiti receiving a large number of Lebanese immigrants. ["From Lebanon to Haiti: A Story Going Back to the 19th Century".] After WWI, in 1918, the French imposed their mandate authority in Greater Syria and 2 years later decided to separate Lebanon from Syria in 1920 with Lebanon achieving "independence" from Syria in 1943. Many Syrians and Lebanese took refuge in the US where they were naturalized and a good amount were sent to Haiti because the US wanted to reduce "European influence in Haiti". This Arab-Jew Levantine class in Haiti are all American citizens due to the agreement that was signed between their ancestors and the Ens Legis UNITED STATES. This foreign oligarchical class of Arabs and Jews from the Levant (whom dominate the government and economy) were purposely placed there by France via the US (during their colonial foray into the Middle-East) to undermine the government and sovereignty of the Republic of Haiti. Washington DC also began placing a foreign Arab-Jew Levantine class in the DR during their occupation of that side of the island. Once their occupation was done, the US ended up with financial control of the 2 Caribbean island nations (whole island); they left a gendarmerie/comprador class to manage their assets for them; Washington DC also left a foreign Arab/Jew class in place which developed into the most powerful class, due to US backing, and ended up capturing the state of both Haiti and DR. The foreign (Arab-Jew) oligarchical class has always had the unconditional support of the US in Haiti, especially since the fall of the Duvalier regime, and wield more power than the Haitian state and people themselves! It was this foreign Arab/Jew oligarchal class which betrayed the people of the Republic of Haiti in the aftermath of the 2004 coups of President Aristide by placing the island-nation under the trusteeship of the CORE Group. The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under, Kosovo like, trusteeship of the joint-stock company CORE Group thru *UNSCR 1542*. The CORE Group is the combination of a joint-stock company and a trust. The CORE Group is the corporate trust which **owns the Republic of Haiti and consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU) but the Haitian people do not benefit from this "trust" at all.**

**Ever since the Republic of Haiti was placed under the Tuttelle of the CORE Group-OAS; their efforts to destroy the Haitian economy and build up the Dominican one has been stepped up.** The HAITI REFORMATION PROJECT Tabula-Rasa Accord exposed that Washington DC and the CORE Group Trust fostered the current foreign oligarchical class, which comprises the private sector, exploiting the government of the Republic of Haiti. Due to UNSCR 940 (which disbanded the Haitian military) and UNSCR 1542 (which placed Haiti under the CORE Group Trust) the Republic of Haiti lost its sovereignty. What's interesting is that Haiti is a founding member of the UN yet it is this organization which facilitated its loss of sovereignty thru United Nations Security Council Resolutions. The trajectory of these actions exposes the plan of Washington DC and the CORE Group Trust and Syrio/Lebanese foreign oligarchal class; which is to make the DR the protectorate of Haiti while it is under the CORE Group Trust and disenfranchise the Haitian people. **This is being done in order to make it easier for CORE Group-OAS to annex Haiti into DR because the Republic of Haiti** has been utilized to develop the Dominican Republic.

**Ever since the Republic of Haiti was placed under tuttelle of the CORE Group-OAS Trust thru UNSCR 1542; they've been destroying the Haitian economy and building up the Dominican one! In fact, the government of Haiti utilized a significant portion of the PetroCaribe funds in the Dominican Republic. Those that make public decisions within the government of Haiti have chosen to not invest in national production (in the way outlined by the PetroCaribe Agreement). On several occasions, million-dollar contracts were handed over to Dominican companies while Haitian companies were not even prioritized. The infrastructure and other projects financed by the PetroCaribe funds have largely been inconclusive, while the Haitian state has for the most part already embezzled these funds. For instance, the Dominican corporation Ingeniería ESTRELLA was given a contract of nearly US$20 million by the Martelly/Lamothe government to build an airport on Ile-à-Vache, which it was trying to develop as a resort for rich tourists. *Le Nouvelliste* visited the island recently and found that, although the company had pocketed more than $5.2 million in revenue, work on the project ended more than two years ago and left behind an unpaved landing strip half the size contracted for. No planes have been able to land on it.** The Dominican Republic has long dominated the Haitian economy and a lot of Haitians have migrated there for work and opportunity due to the insecurity in Haiti. It is also where the political "opposition" like PHTK holds most of their conferences. **Haiti is also largely food dependent on the DR;** More than 60% of the food products consumed by the Haitian population are imported from the Dominican Republic and the USA.

The fact that the assassination plot against President Moise was planned in the Dominican Republic is no accident considering the fact that the Republic of Haiti is under Tuttelle of the CORE Group-OAS. Washington DC has already exhausted all of the natural resources of the Dominican Republic which is why the CORE Group Trust has disenfranchised the Haitian people. In SANTO DOMINGO, Dominican Republic, on November 17, 2009; the former president of the Dominican Petroleum Refinery (REFIDOMSA), Leopoldo Espaillat Nanita, considered one of the solutions of the Haitian State to pay its foreign debt and solve the

socio-economic issues that overwhelms Haiti may be found in the deposits of gold and other minerals located on the territory of the neighboring country.    Espaillat Nanita revealed that according to geological studies and research conducted on Haitian soil, indicate that the nation shares along with the Dominican Republic a vast gold deposit, and an untapped deposit of the world's largest and a little known and rare mineral that is vital for building of spacecraft and other appliances extraterrestrial iridium. These two resources are sufficient to alleviate the "poor" reality of those born in Haiti.    The architect also claimed that these resources are poorly understood because of a multinational conspiracy that aims to extract their natural wealth of Haitians, especially those derived from minerals that abound in the neighboring state. The former president of Dominican Petroleum Refinery also confirmed that Haiti has vast oil reserves and that the globalists want these reserves.    However, the globalists cannot get the reserves, because the oil belongs to the Haitian people. So, the globalists do not allow the Haitians to exploit the oil reserves, because it would allow the Haitian people to prosper. It would allow the Haitians to build proper infrastructure, so that 7.0 earthquakes do not have such a devastating effect.

## AS A NINTH CAUSE OF ACTION

The disenfranchisement of the people of the Republic of Haiti thru the 1825 Royal Ordinance of Charles X (Independence Debt); Injunctive Relief on the illegally installed, unelected, transitional government of de facto "Prime Minister" Dr. Ariel Henry who has been implicated in the assassination of President Jovenel Moise

Against:   CORE Group/CORE Group-OAS Trustees

**Ens legis UNITED STATES, France, CANADA**

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1.    This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018.  According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation.  Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN.  According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court.  Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

**2.**    This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when **the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative.  The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti.  The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired**

**by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing ***UNSCR 1542, issued on 30 April 2004,*** **t**o place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru** *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers.    The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru** a Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter.    These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government.  According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds.  UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me

thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.    The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.    The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.  I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!  After receiving the** Tabula-Rasa Accord**, President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti. **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people.  Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the

assassination of President Moise.

**The HAITI REFORMATION PROJECT Tabula-Rasa Accord was served to the CORE Group-OAS**, on April 2, 2021, **thru certified mail.** The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The mandates of said principal outlined within the Tabula-Rasa Accord are; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference for a National Referendum on a Haitian Constitution and new system; a Cooperative-Union owned by the people; and the election of the government of the Cooperative-Republic of Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is also a Cease-and-Desist Order to all foreign entities violating the sovereignty of the Republic of Haiti. The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; administration of President Nicolas Maduro; the United Nations; and CORE Group. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. The CORE Group was notified within the HAITI REFORMATION PROJECT Tabula-Rasa Accord that **failure to comply with this Cease-and-Desist Order within 30 days will result in Legal Action by Marc Pierre the Attorney-In-Fact, National Agent and Representative of said principle: The Republic of Haiti and Haitian Diaspora due to irreparable harm and inadequate legal remedy. The CORE Group Trust consists of WASHINGTON DC; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU) who are also member-states of the UN. After receiving this accord The CORE GROUP-OAS failed to comply by conspiring to keep the President and people of the Republic of Haiti from: holding a National Referendum for a new Constitution; a National Conference on Cooperative-Union owned by the people; election of a new government of the Cooperative-Republic of Haiti; development of Haiti's carbon black deposits; reorganization of the Haitian military which was disbanded under UNSCR 940.**

Most people are aware of the success of the Haitian Revolution and establishment of the Republic of Haiti in 1804 but few are of the repercussions of such a victory; as western powers have colluded since to never allow Haiti to flourish, burdening it with    reparations and a perpetual cold-war ever since. From the outset, the success of the Haitian Revolution has served as a conundrum for Western Powers; who responded in a myriad of ways. France for its' part did not take the defeat well and has been working to undermine the island-nation behind the scenes ever since their loss. As a prominent member of the CORE Group trust, France has worked hard to regain a controlling stake in the Republic of Haiti again. What's ironic is they've been invited back to the neo-colonization of Haiti by the ens legis UNITED STATES; who's American colonies were kept from being taken over by France thru the defeat of Napoleon and establishment of the Republic of Haiti. No one has truly studied the consequences of the Haitian victory but the cold war France has waged on Haiti since 1804 is legendary. From keeping the newly independent island-nation ostracized within the international community, to saddling it with an overwhelming Independence Debt. The

344

counter-revolution to Haitian independence by the west would also have drastic effects on afro-indigenous people in the United States and across the globe. Because white supremacy is a creature of habit, France's response to Haiti (Independence Debt) pretty accurately foreshadowed the legacy of slavery in the United States that has also created a gross economic disparity between Black and white Americans.

The Haitian; French; and American Revolution fed off each other and have a symbiotic relationship because one couldn't have existed without the other. At that time, the French and English armies were embroiled in the so-called 100 years wars and fought many a proxy battles including Haiti. This is why the French aided the United States revolution during its war of independence against England. In the early stages of the Haitian Revolution; Secretary of State Thomas Jefferson gave the slave owners in Haiti $700,000 in an abortive attempt to put down the slave revolution that ultimately crushed them, the U.S.'s first foreign aid and a major amount of money at the time, and ever since the U.S. government has been engaged in destabilizing Haiti. By May of 1794, the French National Convention had freed all slaves in their colonies, while Spain and Britain refused. This is when Toussaint L'Ouverture chose to go over to the French, giving as his reasons the abolition of slavery and that he had become a Republican. Toussaint then emancipated the slaves and negotiated for the French colony on Hispaniola, Saint-Domingue to be governed by the former black "slaves" as a French protectorate. Toussaint professed himself a Frenchman and strove to convince Bonaparte of his loyalty. After gaining control of Saint-Domingue, Toussaint then turned to the Spanish side of Santo Domingo, where slavery persisted. Ignoring the commands of the first consul of France, Napoleon Bonaparte, **Toussaint Louverture's over-ran Santo Domingo in January of 1801 (as part of the French commonwealth) freeing slaves and abolishing slavery.** After uniting the island; on July 7, 1801, the first Constitution in all of Latin America was published in St. Domingue by Toussaint L'Ouverture. Article three of this constitution says, "there will be no slave [in St. Domingue], slaves are abolished forever. Every person is born, lives, and dies free as a French citizen". **Toussaint's liberation of the island of Hispaniola from Spain is what sparked the Spanish American Wars for Independence within Latin America and Bolivarian Revolution.**

It is a well-known fact that Haiti's Independence was the major cause for territorial expansion of the American colonies due to the Louisiana Purchase. But it's a lesser-known fact that Napoleon's attempt to reconquer Haiti was part of a secret invasion of the American colonies by France; who were the second targets if he was successful in Haiti. L'Ouverture was the first person to establish an all-black Republic. Haiti became the first country to stoke the ire of the international community by abolishing slavery. A country roughly the size of Maryland, it was a prosperous French colony whose slaves had the temerity to fight and defeat the mighty colonial institutions being established under the Doctrine of Discovery in the Americas at the time. Concerning the revolution occurring in Haiti; "If something is not done, and soon done," Jefferson wrote in 1797, "we shall be the murderers of our own children". Through secret diplomatic channels, Napoleon asked Jefferson if the United States would help a French army traveling by sea to St. Domingue. Jefferson replied that "nothing will be easier than to furnish your army and fleet with everything and reduce Toussaint [L'Ouverture] to starvation". At the

time, one of the most powerful diplomats in the world was Charles Maurice de Talleyrand; the foreign minister to French Emperor Napoleon Bonaparte. It was Talleyrand whom convinced 1st consul Napoleon that he could create a new French Empire in North America. The French had long had a tenuous claim to the vast area west of the Mississippi River known as the Louisiana Territory. **French Louisiana, first settled at Mobile in 1702, started its growth when 7,000 French immigrants arrived in New Orleans in 1718.** At the conclusion of the French-Indian War, the French ceded New Orleans and the rest of the Louisiana territory, to the Spanish with the Treaty of Fontainebleau in 1763. In the ensuing decades, the United States, newly independent from Britain, attempted numerous times to acquire the city as a key port for exporting materials to foreign markets; but Spain never relented.

In 1800, Napoleon secretly signed a treaty with Spain, Treaty of San Ildefonso, that officially gave France back full control of the territory. Then he began to prepare France's mighty army to occupy New Orleans and bolster French dominion. In 1801, American president Tomas Jefferson sent Robert R. Livingston to Paris to buy New Orleans for $10 million. Napoleon initially rejected this initial American offer, since he was covertly planning to create a French colonial empire in North America. **Before embarking his expedition on a mission to re-conquer Haiti, after negotiating the** Treaty of Amiens, **General/Emperor Napoleon Bonaparte stated: "My decision to destroy the authority of the blacks in Saint Domingue (Haiti) is not so much based on considerations of commerce and money, as on the need to block forever the march of the blacks in the world."** The fleet sent to the island of St Domingue is the biggest military expedition Napoléon has ever sent to fight overseas. It included **Rochambeau;** André Rigaud and his colored exiles; Alexandre Sabès Pétion and his protégé Jean Pierre Boyer; Jean-Baptiste Belley; and Toussaint L'Ouverture's two sons among creoles held as hostages. In December of 1801 news came to Haiti of Bonaparte massing an immense expeditionary force with 25,000 of his best troops, some sent to New Orleans, whom had volunteered for the expedition.

General Napoleon Bonaparte also gave the French General, Charles Leclerc, whom he chose to lead the expedition "secret orders" which he was supposed to follow to the "T" or the mission to recolonize St Domingue would be unsuccessful. The highly confidential orders which Napoleon gave to Leclerc was a 3-step program to avoid war:

1. Upon arrival offer assurances to General Toussaint and the general populace that your intentions are peaceful and just. Promise anything to Toussaint in order to get him to get him to hand over keys to principal ports and military fortresses; promise him anything because it doesn't matter because you're not going to keeping any.

2. Once you have gained control of all the strategic bases move on to step two; demand Gen Toussaint to cede both his civilian and military authority. Promise him anything and make it 100% clear that all other blk officers would keep their ranks, privileges and positions. The point

was to isolate Gen Toussaint by letting the other black senior officers know that their position wouldn't be threatened by the overthrow of Gen Toussaint; once again make any promises necessary. Once the goodwill of these officers have been secured use them to pacify any native uprisings that have sprung up during your arrival.

3.  Arrest every creole officer over the rank of captain and deport them from the island in one fell swoop. Anyone who resists with armed force should be summarily shot. This was the secret 3-month plan by Napoleon which precluded the use of the immense French Armada sent by Napoleon as a menacing figure to the former colony.

There was a secret second phase to General Napoleon's plan also: once the French army had subdued L'Ouverture and his rebel force, Napoleon intended to advance to the North American mainland, basing a new French empire in New Orleans and settling the vast territory west of the Mississippi River! Napoleon's immense expedition force was delayed due to the logistical nightmare of sailing 50 ships across the Atlantic Ocean. Toussaint prepared for invasion as militarization of the plantation economy made it easy to raise up people to fight. He hid weapon caches all over the island and gave orders to resist the French as long as you can; when you can't burn down anymore cities and towns retreat to the mountains and wait until disease kills them all off. Toussaint went to Le Cap and planned for the invasion, which arrived on February 4 to le Caps, with Henri Christophe, the highest ranking General in the northern province. In Jan 29, 1802 the ships were sighted and immediately intimidated St Domingue as the biggest expedition ever sent to Haiti. Once he saw the size of the armada Toussaint proclaimed: "we're going to die, the whole of France has come to St Domingue".

The American ambassador in London contacted President Jefferson to let him know that France and Spain had signed a secret treaty to retrocede the Louisiana territory; and whatever the French expedition in St Domingue is up to, it's part of much bigger plan than reclaiming their former sugar colonies! It is a well-known fact that Haiti's Independence was the major cause for territorial expansion of the American colonies due to the Louisiana Purchase. But it's a lesser-known fact that Napoleon's attempt to reconquer Haiti was part of a secret invasion of the American colonies; who were the second targets once he was successful in Haiti. Once President Thomas Jefferson learned of Napoleon's secret plans in 1802, he was understandably alarmed. Jefferson had long hoped the U.S. would expand westward beyond the Mississippi (Manifest Destiny), but the young American republic was in no position militarily to challenge France for the territory. Jefferson's refusal to abolish slavery nor establish diplomatic ties with Haiti had jeopardized the newly independent American colonies. The American colonies feared losing access to the Mississippi river, which was under Spanish control, so President Jefferson and VP Madison, ready to see it fail, claimed neutrality and stopped supporting the French expedition.

The Republic of Haiti is the first country on earth to completely abolish all forms of slavery! The abolition of slavery in Britain took place in 1807, three years after the Haitian revolution, and it was so unconvincing that in 1832 Britain had to ban slavery again. France is the only country to ever have brought back chattel-slavery after abolishing it! General Leclerc had

347

barely executed Napoleon's secret orders properly; when on June 15, 1802 Toussaint L'Ouverture was "arrested" and exiled to "Fort de Joux" where he died one year later of tuberculosis. Napoleon's secret plan to recolonize St. Domingue was working until the people found out France was returning slavery back to the island; then they had to deal with Jean-Jacques Dessalines and the worst Yellow fever epidemic on record to ever hit St Domingue!

*The French revolution had abolished slavery, but* 1st consul *Napoleon* Bonaparte *revived it* on May 20 1802. This is when he induced his administration to repeal one of the most revolutionary decrees of the French Revolution which outlawed slavery everywhere in the French empire on February 4, 1794. With the revolutionary decree now null and void; Napoleon then made the declaration that slavery could continue in any French colony where it had not yet been abolished. In the Caribbean this meant Martinique, which had been captured by the British in 1794; so, emancipation never came to Martinique. The "slaves" of Martinique were never freed and due to the Treaty of Amiens the island was returned to France. Napoleon also issued an order which allowed France and allied merchants to once again partake of the slave trade; and also banned mulattos and "blacks" from returning to the metropole (France). Emancipation from slavery had happened in Guadeloupe though and Napoleon sent a side expedition, which included **Rochambeau,** to reimpose slavery there. This act sparked a violent rebellion on the island so the French had to arrest and deport 1200 black foremen from Guadeloupe. In July of 1802; French naval ships holding these prisoners payed a call to Le Cap and while in the harbor a number of the Guadeloupe foremen managed to escape. Once they told their story to the locals of St Domingue, word spread thru the colony fast; Guadeloupe was being re-enslaved and we are next. From that moment on all black folks on island began to resist anything Gen Leclerc and his officers were trying to do. General Jean-Jacques Dessalines would then go on to emancipate St Domingue from the tyranny of France. After **Rochambeau** was sure that he faced certain defeat; he resorted to a strategy as simple as it was cold-blooded: the extermination of the entire adult male population of Haiti. Reasoning that a rebel slave could never be effectively returned to bondage, the plan called for repopulating the island with new African slaves and resuming agricultural production and export. The result was a genocidal campaign that saw both sides seeking the total annihilation of the other through massacres, scorched earth tactics and escalating acts of terror.

The Battle of Vertieres was the final conflict of the Haitian Revolution and was fought by the Indigenous Army of Haiti. It was the indigenous maroon communities from the mountains of Haiti who had been forming and fighting since the arrival of Columbus who united with the rebelling African slaves from the colonies which formed the indigenous army (whom insisted that Gen Dessalines utilize that name). In fact, the Spaniards never conquered the interior of Haiti so the indigenous people of the island (Taino/Arawak) were able to escape into the mountainous regions of Haiti whenever they wanted. These are the people who formed the maroon communities along with indigene aborigine from North America (Inter-Continental slave trade) whom would later unite with the rebelling Africans of the French colonies to form the Indigenous Army of Haiti. At the time, *all over St Domingue, there were independent unaligned communities of indigene-aborigines whom rejected slavery, labor codes, plantation work, military, everything; and waged guerilla campaigns from their mountain bases of the interior. Once united with the rebelling slaves from the colonies, they became the fighting wing of a much larger yet decentralized Revolutionary Force.* In fact, the Indigenous Army of Haiti

contained indigene-aborigine who had been transported to the West Indies during American colonization; indigene-aborigine transported to the colony of St Domingue from Africa (Haiti's enslaved population was the largest in the Caribbean, about 500,000 people); and the mulatto class of Haiti.  Since the Battle de Vertières; the victory of the Indigenous Army of Haiti has been the first and only act of organic Pan-Afro-Indiginist Movement to strike a critical blow to the colonial white-powered infrastructure Europe was establishing in the Americas.  The victorious Indigenous Army of Haiti named their island-nation Haiti, the name the Taino inhabitants had for the territory before the arrival of the Spanish.  Under Gen Jean Jacques Dessalines, the country's 1805 Constitution reaffirmed the abolition of slavery and erased color distinctions; all citizens of the nation were identified as black in the eyes of the law.


President Donald Trump coined and popularized the term "Fake News" but there exists a lot of "Fake History" out there also.  As the maxim goes "history is written by the winner" but it can also be re-written to benefit the loser also.  The Song of Roland (French: La Chanson de Roland) and Haiti's Battle of Vertières are examples of history being rewritten to the benefit of the loser. La Chanson de Roland is an 11th-century chanson de geste based on the Frankish military leader "Roland" at the Battle of Roncevaux Pass in 778, during the reign of King Charlemagne.  The poem depicts Charlemagne's army in combat with the Moslems (Moors) in Spain during the Crusades.  It also depicts the rear guard of his army, led by the protagonist Roland (Charlemagne's nephew), being ambushed by the Saracens; as the Franks re-enter Francia through the mountain passes.  The poem's historical context involves the development of two expanding empires: the Frankish Kingdom and the Umayyad dynasty.  The poem is the oldest surviving major work of French literature; one of the most outstanding examples of the chanson de geste, a literary form that flourished between the 11th and 16th centuries; and celebrated legendary deeds.  The Song of Roland became an iconic medieval epic, translated into numerous languages, including Castilian, Dutch, Norse and German, and it was supposedly recited by crusaders on their way to the Holy Land.


**The Song of Roland actually represents the medieval re-imagining of a historical incident in order to transmute a loss into an inspiring ethos!**  The poem is based on King Charlemagne's expedition to Spain in 778; which was actually undertaken at the request of several Muslim governors of Spain, in rebellion against the Emir of Cordova.  In fact, **Charlemagne's army was returning from the largely inconclusive campaign and he took the opportunity to shore up his southern borders by attacking Basque settlements in Wasconia (a region that had historically resisted Caroligian overlordship).  In retaliation for this brutal slash-and-burn treatment, Basque warriors pursued the Frankish army in secret** (through the Pyrenees), **executing a successful ambush at the Pass at Roncevaux.**  The actual Battle of Roncevaux Pass occurred in 778 CE as the Basques ambushed the rear guard of **Charlemagne's army, led by his nephew** Roland.  The Franks were caught off guard as the Basque's guerilla force utilized their superior knowledge of the terrain, and mountain-fighting tactics, to slaughter the rearguard to the last man (including Roland and his household).  The stiffness of the Frankish resistance permitted the escape of the main Frankish force, but King Charlemagne's baggage train was seized, probably including the plunder and gold taken from the

Spanish campaign.

With the Song of Roland; the Holy Roman Empire was able to transmute Holy Roman Emperor ~~Charlemagne's loss at the Battle of Roncevaux Pass in 778 CE into a win versus the Saracens~~ during the Crusades!  Pope Urban II's sermon at the Council of Cleremont on 27 November 1095, inspire and shape the Song of Roland.  It was utilized as a call to arms that would result in the First Crusade and eventually the capture of Jerusalem and the establishment of the Kingdom of Jerusalem.  The Song of Roland purposefully substituted the Saracens for the Basques, making the epic about the religious war between the Christians and the Moslems/Jews.  In fact, the song was composed and introduced around the same time as the Council of Clermont (1095), at which Pope Urban II exhorted all Christians to fight in the Crusades in order to recapture the Holy Land.  Over time, The Song of Roland developed into an intensely nationalistic work which inspired Western European armies and glorified the reign of the first Holy Emperor Charlemagne (First Crown of the Ecclesiastical See).  In the De gestis Anglorum (1125), William of Malmesbury writes that Roland's tale is sung before the Battle of Hastings to give strength to the French soldiers who are about to fight.

Like the Holy Roman Empire with the Song of Roland; the Republic of France was able to rehab their **loss to Haiti, at the Battle de Vertieres,** into a win by completely erasing the event from their history books.  Since the success of the Haitian Revolution, the French have either ignored, or purposely obfuscated aspects of this history which doesn't suit them; like the USA does with "African-American" history.  **Forgotten by most French histories is the fact that Gen Dessaline's army defeated the major armies of Spain, England and France.  Many histories claim the French defeat at the** Battle de Vertières, **which cost some 40,000 of Napoleon's best troops, was due to Yellow Fever; but in actual fact, the battle was over before the Yellow Fever epidemic struck.  Herculean efforts were utilized to hide the successful "black" anti-colonial revolution in Haiti from melanated peoples globally.  For instance, the most popular book about the Haitian Revolution Black Jacobins was written by Trinidadian CLR James.** France completely erased the Battle de Vertieres from their history books; refuse to admit the loss and make it seem as if they "granted' Haiti's independence.  But contrary to the hegemonic trend of French historiography, the Battle of Vertières was not a myth nor is it fiction.  **In fact, France refused to recognize Haiti's independence until the island-nation payed off the Independence Debt.**  Once Haiti had completed payment of the Independence Debt to France; they sold the reception of interest payments related to the indemnity to Washington DC.  **November 18, 1803 saw Haiti victorious over France's best, even though French history books have erased this event from their history books.**  This is because the education system of the French Republic encourages the belief that France is a "colorblind" country with an "emancipatory history" that "gave" Haiti independence.  **In fact, France treats the Republic of Haiti like a "bastard son" and still considers the island-nation to be part of their French commonwealth like FranceAfrique.  France's erasure of Haiti's victory at the** Battle de Vertières **was successfully able to transmute a historical loss in order to re-inspire their national French ethos.**  During the Louisiana Purchase; France made a covert compromise with the newly-independent north American colonies (a la Southern Compromise which overthrew Reconstruction after

the Civil War) to "forever" keep the Republic of Haiti a failed state and marginalized within the international community.

**The Battle de Vertieres, which is the culmination of the Haitian Revolution, is a cornerstone upon which the Republic of Haiti was built.**  Paul Farmer explains that "virtually all the world's powers sided with France against the self-proclaimed Black Republic, which declared itself a haven not only for runaway slaves but also for indigenous people from the rest of the Americas".  The claim of modern European historians that the Indigenous Army of Haiti didn't contain any indigenous people (Tainos) is patently false.  But that did not occur because indigenous people survive on Haiti to this day!  In fact, it contained most of the "exterminated" indigene aborigine ((black) Aawark/ Taino) inhabitants who had fled to the other side of the island (containing the mountainous regions) and began forming maroon communities which would later develop into the Indigenous Army of Haiti.  The modern-day narrative (fake history) is that the Spaniards wiped out most of the Taino and Aarawark people (indigene aborigine of the Caribbean (present-day Cuba, Jamaica, Haiti, Dominican Republic, Puerto Rico, Bahamas, etc) and replaced them all with slaves from Africa!  Christopher Columbus only somewhat colonized the Santo Domingo side of the island (Dominican Republic); which was primarily used by Spain as a staging area for colonizing South America, once the gold ran out in Haiti.  For instance, the diary of Christopher Colon kept of these voyages reveal that he found Taino and Aawark Indians inhabiting the island of Ayiti but modernized history fails to mention that they were "black".  Columbus described them in his journals as highly civilized "black" people who loved their neighbors as they loved themselves.  He commented that the great error they made was that they welcomed him in the first place.  He also stated that they had created a completely nonviolent society, with great harmony between the people, that didn't need weapons to slaughter each other.  As soon as he observed this he noted that we can easily enslave them; 50 of us can take the whole nation and compel them to do wat we want them to do.  In fact, all of the early expeditions by European explorers reported finding indigenous aboriginal black people inhabiting the Americas.

They do the same thing to "African-American" history; and make it seem as if they're all from Africa in order to detach them from their ancestral land.  The narrative that the Americas were barren of "black" people and the first Mongolian settlers migrated across the Bering Strait during the ice age is false.  The fake history of the Americas states that before the arrival of Europeans, it was barren of a "black" population and every "black" person was brought over during the trans-Atlantic slave trade.  Every European explorer documented encountering melanated (black) indigenous people in the Americas.  It was a melanated indigenous aboriginal autochnuous population Christopher Colon encountered and tried to subjugate on the island of Hispaniola under the Doctrine of Discovery.  In his book "We Were Here First" Ivan B. Sertima revealed the fact that the Americas was populated with dark skinned indigenous peoples before the arrival of Europeans.  Not only did European "explorers" find "black" people inhabiting the Caribbean prior to their arrival they also found them throughout the Americas!  For instance, according to excerpts from The Written Record of the Voyage of 1524 of Giovanni da Verrazano as recorded

in a letter to Francis I, King of France, July 8th, 1524; he left detailed at least l9' accounts of his voyages to North America some of which contained accounts of encounters with indigenes aborigines in North America.

The 3 most significant actions France took to destabilize the Republic of Haiti after the loss were: the secret-compact of the Louisiania Purchase; assassination of Gen/Emp Jean-Jacques Dessalines; and Independence Debt. If the Indigenous Army of Haiti would've lost to Gen Napoleon then he would've continued his conquest into North America. But after the failure of his immense expeditionary force in Haiti, the next time Livingston offered to buy New Orleans, the cagey French minister coolly asked, "What will you give for the whole?" He meant not the whole of New Orleans, but the whole of Louisiana Territory. In defeating France, the Haitians exhausted the French treasury to the point where Napoleon had to sell Louisiana to the newly independent American colonies or risk losing it to the British. With war on the horizon with Great Britain again; Napoleon was willing to agree to the sale of the Louisiana Territory in 1803. Quickly recognizing that this was an offer of potentially immense significance for the U.S., Livingston and Monroe began to discuss France's proposed cost for the territory. Several weeks later, on April 30, 1803, the American emissaries signed a treaty with France for a purchase of the vast territory for $11,250,000 (less than .08 cents an acres). During the Louisiania Purchase France offered to sell not only New Orleans but also the entire Lower Louisiana for $15 million ($363 million in today's value) to the newly independent American colonies. Today, the prospective worth of the land from the Louisiana Purchase is $1.28 trillion!

In fact, Haiti's independence was the catalyst for the Louisiana Purchase which doubled the amount of territory available for the US to colonize. President Jefferson sent the Lewis and Clarke Expedition accompanied by Cherokees to survey the purchased land. The policy of Manifest Destiny which is an extension of Doctrine of Discovery was invoked to rationalize the colonization of this newly acquired territory by the American colonies. In 1823 the Doctrine of Discovery was infused into American law with U.S. Supreme Court decision, Johnson v. McIntosh (8 Wheat., 543). Chief Justice John Marshall writing for the unanimous Court decision stated that Christian European nations had assumed "ultimate dominion" over the lands of America during the Age of Discovery, and that such "discovery" meant the North American Indians had lost "their rights to complete sovereignty, as independent nations," and only retained a right of "occupancy" in their lands. According to Marshall, when the United States became independent in 1776 it retained the British right of "discovery" and also acquired Britain's power of "dominion". The court denied individuals permission to buy land from American Indian tribes and instead claimed that only the sovereign United States could acquire the land, should the Indians choose to sell. Indians were given a limited right of "occupancy" without full title to their own land and could lose their land if they could not prove continuous occupancy. The doctrine explained in secular terms rather than religious terms, stating that the criterion for sovereignty meant those who were "cultivators of land" instead of "Christians". The U.S. Supreme Court's decision for Johnson in 1823 has been used by the United States to justify the breaking of hundreds of treaties the U.S. entered into with Indian nations, despite the fact that the

United States Constitution says all such treaties are "the supreme Law of the Land." This ruling has been used to justify the stealing of the homelands of Indian peoples living east of the Mississippi through the Indian Removal Act of 1835. It was used to justify the General Allotment Act of 1887, robbing Indian people of an additional 90 million acres of their lands. It was used to steal the Black Hills from the Sioux in violation of the 1868 Treaty of Fort Laramie. It was used to justify the U.S. Government paying itself for 24 million acres of Western Shoshone land, extinguishing the title granted in the 1863 Ruby Valley Treaty.

The Louisiana Purchase of 1804, the Mexican American War 1845, the Spaniard cessation of Florida in 1819, and the Oregon treaty of 1846 opened up more than 2.3 billion acres of land for the American colonies. Europeans began migrating to the USA by the millions due to a series of Homestead Acts referred to as "Laws of the Lands" beginning in the early 1800's. In the process of colonizing North America, the US Federal government used black labor to develop two billion acres of free land form New York to California for these European Migrants. Under the Homestead Acts the government gave land to railroad companies and migrating Europeans. They also allowed Ulysses S Grant to use 7 million Aztecs to build the railroad system. Europeans who came to the USA received a plot of land for ten bucks, a great opportunity because at the time in Europe only the very rich owned land. The Homestead Acts granted all the lands held by Indians thru peace treaties made with the American colonies to European migrants thereby violating all of them. In these peace treaties the Black Indian Confederations were promised land for allying with the American colonies and providing 90% of the manpower needed for the US to win all 61 documented wars in the process of colonizing the Americas in the 1800's. The American mythology is full of hypocrisy and rhetoric because despite the treaties made with their Indian allies against other tribes, they betrayed all of them. Not one single treaty made with the Indians was honored under the Doctrine of Discovery.

The fact of the matter is that, the reason why the American colonies got such a sweet offer during the negotiations for the Louisiana Territory is due to Haiti's victory which caused Napoleon to abandon his dreams of building an empire within the Americas. After the Louisiana Purchase Gen/Emp Napoleon Bonaparte stated: "The sale [of Louisiana] assures forever the power of the United States," Napoleon later wrote, "and I have given England a rival who, sooner or later, will humble her pride". Due to his incredulous loss to Haiti, the sale of the Louisiana Territory to the American colonies by Napoleon was also strategic. He considered the deal more important than the land itself because it was a vengeful pact meant to impact two rival nations; Haiti and Britain. For such a great deal for the French controlled Louisiana Territory; the newly-independent north American colonies had to agree to a secret compromise (A La The Southern Compromise which overthrew Reconstruction after the Civil War) to "forever" keep the Republic of Haiti a failed state and marginalized within the international community. This act fulfilled his aforementioned stated agenda at the Treaty of Amiens **"My decision to destroy the authority of the blacks in Saint Domingue (Haiti) is not so much based on considerations of commerce and money, as on the need to block forever the march of the blacks in the world".**

The Louisiania Purchase also affected melanated people in North America also because Washington DC looked to keep them in an oppressed condition along with Haiti also. This is the reason why President Thomas Jefferson immediately stopped trade with Haiti; implemented sanctions/embargo; and **refused to recognize the independence of the Republic of Haiti until 1862.** The Louisiania Purchase was an incentive but the US was wary of the "black" anti-slavery state from the beginning. According to the article "Thomas Jefferson: America's Founding Sociopath": "Thomas Jefferson also saw the new territory as an opportunity to expand slavery in the United States, creating a lucrative new industry of slave-breeding that would financially benefit Jefferson and his plantation-owning neighbors. But nothing would be done to help Haiti". Haiti's victory was the cause for the expansion of chattel-slavery in North America. The Louisiania Purchase also doubled the amount of territory available for the US to colonize. Jefferson raised no objections to the continued existence of chattel-slavery in the Louisiania Purchase which would lead to the Civil-War. Breeding slaves became a big business for the Commonwealth and enhanced Jefferson's personal net worth, underscoring his notations about valuing female "breeder" slaves even above the strongest males. On Independence Day in 1821, Secretary of State John Quincy Adams proudly stated America's commitment to national sovereignty: "She has, in the lapse of nearly half a century, without a single exception, respected the independence of other nations, while asserting and maintaining her own. She has abstained from interference in the concerns of others. She goes not abroad in search of monsters to destroy". But the Louisiania Purchase would change all of that, as the catalyst for Manifest Destiny; after which the central government (Washington DC) continued to claim territories within the Americas.


President Jefferson sent the Lewis and Clarke Expedition accompanied by Cherokees to survey the purchased land. The policy of Manifest Destiny which is an extension of Doctrine of Discovery was invoked to rationalize the colonization of this newly acquired territory by the American colonies. Napoleon's plan failed with Britain but was a success with Haiti as the Ens Legis United States has made sure the island-nation remains a failed state to this day. In fact, Napoleon's covert-compact with the US to keep Haiti marginalized in the international community is maintained today thru the CORE Group-OAS trust which includes France! **Even though he lost the war; Napoleon won the battle with the covert deal he made with the newly independent American colonies during the Louisiana Purchase which has accomplished his goal "to block forever the march of the blacks in the world".** It was the disastrous failure of his French troops at the reconquest of Haiti in 1803 which crushed Napoleon's dream of establishing New France in North America; a French dominated Gulf of Mexico; and permanently ended French colonial pursuit on the American mainland. Gen Napoleon's secret plan to re-establish New France in the Americas was predicated on Toussaint L'Overture and the reconquest of Haiti. If Napoleon would've been able to conquer the former British American Colonies, or made it to the Americas, nobody would've been able to stop him! Once Napoleon was finally exiled for good to St Helena; he told a companion that the Leclerc expedition was one of his greatest mistakes; right up there with the invasion of Russia and the Spanish Ulcer: "with an army of 25 to 30,000 blacks what might I not have undertaken against Jamaica, the Antilles, Canada, the US itself, or the Spanish colonies". This was clearly a missed opportunity because Toussaint and his creole army were permanently immune to the diseases which ravaged European soldiers in the Caribbean like

yellow fever and malaria.  Gen Napoleon had an opportunity to make Gen Toussaint, his senior officers and their well-trained army partners in his plans for global domination; but instead Bonaparte chose to undermine and attempt to re-enslave them.

Haiti would've remained an outpost of France (within French commonwealth) had Napoleon Bonaparte had the foresight to accept Gen Toussaint Louverture's request to govern Hispaniola as a slave-free dominion operating within the French empire as a French protectorate.  Ever since Gen Toussaint made this request of France in 1794; he had united all of his fighting forces, as free soldiers fighting under the French flag, backed by the revolutionary French government's declaration of emancipation.  With this autonomous military force led by Gen Toussaint under his command; I dare say that none of the European military powers operating within the Americas, at the time, would've been able to deal with Gen Napoleon.  This is also where the dynamics of the internal politics between Gen Toussaint L'Ouverture and Gen Jean-Jacques Dessalines come into play.  Gen Toussaint was apropos to Martin Luther King while Gen Dessalines was apropos to Malcolm X.  Gen Toussaint mentions in his memoir that he was fighting to keep Hispaniola part of the French commonwealth because he didn't believe the island nation could survive independently.  Gen Dessalines was at odds with him over this because he wanted the island-nation to pursue full blown independence from France.  Part of Napoleon's fear of using the Haitian military to conquer North America was because they were anti-slavery and anti-colonial.  Gen Napoleon had a fear of Gen Toussaint becoming too powerful under this plan which is why he chose not to utilize Toussaint and his military force as part of his invasion of the Americas.  In fact, Gen Dessalines was intent on destroying the whole capitalistic colonial-slave-infrastructure which is why they had to get rid of him.

In 1804 Haiti became the first black Republic and second nation within the hemisphere of the Americas to declare independence from their colonial masters but what makes Haiti's revolution so significant is that it was the only successful rebellion fought by an enslaved class.  Collective British, Spanish and French efforts to crush the rebellion set off a war that lasted 13 years and concluded with the humiliating defeat of imperial powers.  Both William Pitt the Younger and Napoleon Bonaparte lost some 50,000 troops in the campaign to re-establish a colony on St Domingue.  The defeat of the latter's expedition in 1803 resulted in the establishment of the Republic of Haiti.  On January 1, 1804, General Jean-Jacques Dessalines declared Haiti an independent country, returned it to its original Indian name Haiti. and issued the statement:

**"Citizens:    It is not enough to have expelled the barbarians who have bloodied our land for two centuries; it is not enough to have restrained those ever-evolving factions that one after another mocked the specter of liberty that France dangled before you. We must, with one last act of national authority, forever assure the empire of liberty in the country of our birth; we must take any hope of re-enslaving us away from the inhuman government that for so long kept us in the most humiliating torpor. In the end we must live independent or die."**

The reason Dessalines stated that Haiti had "expelled the barbarians" is because of

Völkerwanderung.  After his victory over France, General Dessalines wrote a letter to Thomas Jefferson, informing the U.S. president of "the events that have occurred on our unfortunate island since the arrival of the French and the revolution caused in France by the tyranny of their oppressive government."  Dessalines explained in the letter dated June 23, 1803, that the people of his country whom he led in the revolution were "tired of paying with our blood the price of our blind allegiance to a mother country that cuts her children's throats".  He declared that Saint-Domingue was following the example of the American colonies, which fought a revolution to free themselves from England.  Saint-Domingue, Dessalines wrote, had "thrown off the yoke of tyranny and sworn to expel the torturers. Our countryside is already purged of their sight. A few cities are still under their domination but have nothing further to offer to their avid rapacity."  Jefferson did not respond.  Emp/Gen Dessalines was intent on ending slavery everywhere; Haiti would've began interacting with Africa and probably never payed reparations to France if he wasn't assassinated.  *Thomas Jefferson, a slave owner and "champion of liberty" at the same time, warned that Haiti had created a bad example and argued it was necessary to "confine the plague to the island".*  In fact, Haiti defeated Spain, France, and Britain who were all supported monetarily by the American colonies but the US never openly declared war against Haiti out of fear of Haiti liberating their enslaved population and territorial expansion into North America. The United States spent the modern-day equivalent of a tillion dollars at that time to make sure their slaves didn't find out about the Haitian Revolution in 1804.  Official U.S. documents stated at the time that no "black" person in the world must ever look up to Haiti today or future generations and see it as a symbol of pride for black people across the world because everyone is going to start to do wat they did; kicking us out all across the Caribbean and Africa.  They began a campaign to demonize Haiti to the world, a policy which continues to this day, with a negative portrayal of its' religion, culture, and government.

**After gaining independence, most nations including the United States shunned Haiti for almost forty years, fearful that its example could stir unrest there and in other slaveholding countries.**  England, for its part did assist Haiti during its fight to rid itself of French rule and slavery; as part of their 100-years war.  The British were willing to establish diplomatic relations with Haiti as a trading partner and help with its standing in the world.  The pro-slavery U.S., however, convinced England that aiding Haiti would be detrimental to its national security and economic well-being.  After all, how long would it take for the slaves in the South to copy the Haitian revolution and upend the status quo in the United States? England, despite its loss to the American colonies and friction with France, abandoned Haiti and left the young island-nation to fend for itself against a hostile international community.  During that century of unrest, many foreign businesses established in Haiti pretended to have suffered some losses and demanded reparations from the government.  According to historian Desquiron, who died in 1999, there were about a thousand such claims.  From time to time a war flotilla would appear in Port-au-Prince Bay, threatening to obliterate the city if such debt, such claim or such promise was not honored by the Haitian government. In March 1849, it was the French admiral Duquesne; in July 1861, the Spanish admiral Rubalcava; in 1872 the German captain Batsch; in April 1891, the American admiral Gherardi; in December 1902, the German captain Thiele.  In fact, Haiti has had no significant world trading partners since gaining independence.

The sovereignty which the Republic of Haiti gained since it published a Constitution and proclaimed independence has always been in a precarious position. In the late nineteenth century each of the great powers saw the chance of preying upon Haiti's weakness. French, British, German and American warships would threaten the ports the moment Haitian courts resisted the claims of businessmen from those countries. The U.S. Navy invaded Haitian shores and utilized force 26 times to extract "debt payments" from Haitian banks: the US alone sent warships into Haitian harbors twenty times between 1860 and 1915. As historian Hans Schmidt noted "U.S. Navy ships visited Haitian ports to 'protect American lives and property' in 1857, 1859, 1868, 1869, 1876, 1888, 1889, 1892, 1902, 1903, 1904, 1905, 1906, 1907, 1908, 1909, 1911, 1912 and 1913". Finally, tired of all those round trips, the United States decided to occupy Haiti from 1915 to 1934. The U.S. Navy already had used force 26 times to extract debt payments from Haitian banks. For instance, in 1862, industrialists from Texas organized the American West India Company to promote mining, land speculation, and the annexation of both Haiti and the Dominican Republic. In December of 1902, the U.S. Navy intervened to support an attempt by Haitian army general Pierre Nord Alexis to take over the government in a coup. Alexis proceeded to rule as a corrupt dictator until he was overthrown in 1908. The U.S. instituted the Doctrine of Discovery with the Guano Islands Act of 1856 (in search of fertilizer) which authorized American entrepreneurs to search the world and seize unclaimed islands anywhere that guano could be mined. The key implication was that the might of the U.S. Navy would back up Americans' claims (this is how Hawaii was colonized). In 1857, it was estimated that there were a million tons of guano on Navassa, piled between one and six feet deep. Using conservative estimates (and assuming no further deposits by seabirds), the million tons would have been worth about $2 billion in today's dollars. If that money earned a return rate of between 1 and 3 percent per year for 170 years, we'd be looking at between $10 billion and $26 billion.

A major flaw of the Haitian revolution is that it was immediately betrayed by Alexander Petion and the privileged mulatto class of the Code Noir on behalf of France. Coming out of Haiti's independence the military and mulatto class owned the most land; and were the most-wealthy classes. According to world renown historian Dr John Henrik Clarke: "I have studied it down thru ages... threatened to write a massive book about it but never wrote a line...the book is called The Role of the Bastard as a Factor in History; how people have bastardized other people, thru their women, and used the bastard to control them; and having used the bastard refused to accept the bastard in the home of the father that created him; and send him back to his mother's people to start confusion...and if I dare...I would have to write about how they literally destroyed the Haitian Revolution. How the mulatto Generals sons and daughters of the French black mothers and French fathers betrayed the Haitian Revolution and went over to the French against Toussaint L'Ouverture; and a French general who hated both blacks and mulattos called Rochambeau; he was gonna teach the mulattos and mulatto generals a lesson that I hate you just as much as I hate the blackest of the blacks; so he gave a gala party for the wives of the mulatto generals; at the end of the party he said I have some presents for you ladies in some boxes go ahead  in the room and open the boxes; it was the heads of their husbands; he had cut their heads off to show you; I have just as much contempt for you yellow-niggers as I've for the blackest of the blacks; the Rochambeau incident in Haitian history was so embarrassing and so painful most Haitian historians have written it and left it out; couldn't face it, to embarrassing" ...    What's

interesting is that this event has been practically erased from the history books but it was actually this event which caused Alexander Petion, the leader of the French led mulatto army, to switch sides and join the Indigenous Army of Haiti. **The North American colonies practiced chattel slavery which means they bred the majority of their slaves. It was also common practice for white slave-masters to breed their black female slaves (especially in the North). President Thomas Jefferson was known to breed his slaves and many of his servants at Monticello bore a strong resemblance to him. The north was very sympathetic to their numerous mulatto offspring and this may have been one of the causes for the Civil-War. In fact, many whites who were journalists, religious ministers, travelers, business owners, etc. went to the South and, they were horrified when they saw mulatto Octoroons and Quadroons who looked white and not fully black locked in slavery right along with blacks. Journalists, writers, travelers, and business owners started reporting what they saw, and when the Northern whites heard and read about mulattoes (Quadroons and Octoroons) who looked white being held in slavery they started to dislike the Southern Slave owners and the South in general. The fear that people who could pass for white were held in slavery also motivated the North to go to war with the South.**

Upon claiming independence, on October 6, 1804, Jean-Jacques Dessalines declared himself Emperor for life, but would be assassinated by October 17, 1806. After independence, the Haitian society was completely militarized. In each district, a general served as the judge, the agricultural inspector, the head of police, etc... General Emperor Dessalines was supposed to rule for life with Henri Christophe serving as second in line to assuming the Head of State (if anything happened to Dessalines); and Petion was third in line to rule if anything happened to Dessalines. A year later, apparently fearing a return of the French and a counterrevolution, Dessalines ordered the massacre of the remaining French whites on the island. Haiti's Great Emancipator Dessalines was intent on redistributing wealth and implementing a new system in Haiti which is why the mulatto bourgeoisie class turned on him. According to historian John Henri Clarke Alexander Sabès Petion betrayed Haitian independence for Pascal Sabès; his wealthy white French father. After Haiti's independence of 1804; Haiti's Great Emancipator Gen/Emp Jean Jacques Dessalines was able to remain in power for only 2 years due to the treacherous actions of the mulatto class and France. In fact, France utilized the leader of the Gens D'Arms (mulatto part of the Indigenous Army of Haiti) Gen Alexander Petion to overthrow the Revolution and betray Haiti's independence! In order to appease his father and France Alexander Sabès Petion began to conspire to assassinate Dessalines (which makes sense because the Gens D'Arms were mostly compliant to France's wealthy white class). Petion went back to France claiming that he had infiltrated the Indigenous Army of Haiti and began working with France to bring Haiti back under the French "commonwealth". The wealthy mulatto class was upset with General Dessalines plan to redistribute land and wealth but it was Alexander Petion and his infatuation and connection with France which influenced the betrayal the most. Alexander Sabès Petion was able to utilize this discontent with Gen/Emp Dessalines to coerce Henri Christophe (second-in-line) and his protégé Jean-Pierre Boyer into betraying Dessalines and Haiti; with the promise of replacing Gen/Emp Dessalines with Henri Christophe as the next ruler of Haiti.

**On October 17, 1806, the autocratic Dessalines was ambushed at Petion's house, shot dead, cut into pieces and dumped in Pont-Rouge after which Henri Christophe was named acting chief of the government.** After Dessalines was assassinated in October of 1806, there were two strong contenders for power in Haiti; Henri Christophe and Alexandre Petion. The bourgeoisie mulatto elite class created a constituent assembly to form a government; and **Alexandre Pétion reneged on his deal with Christophe and tried to commit a diplomatic-coups thru some sort of power-sharing agreement.** They selected Christophe, a black general, to be President and Petion to head the legislature. The selection of Christophe (as President) was an attempt to rule through titular black leaders, a framework known as politique de doublure (policy of lining). However, Christophe had no intention of being a puppet president. He raised an army and marched to Port-au-Prince but could not take the city, which was now commanded by Petion, who had powerful artillery. **Christophe's government then declared war on Petion; and their conflict marked the beginning of 14 years of civil war. During this discord, the South of Haiti was separated from the north and was governed as a Republic, with Pétion as its head of state. Henri Christophe established a monarchy and the North of Haiti became his kingdom.** According to Dr. John Henrik Clarke: "Christophe, one of the last of the powerful of the 3 generals; mentioned that, in passing, one of the last of the mulatto Governor's Petion; when they were arguing about democracy or dictatorship; Christophe had a dictatorship but everybody was fed and going to school and doing well...and Petion had another part of the island that was called a Democracy; modeled after Europe but everybody was starving over there; and when he faced Christophe he said that; Christophe had been a stable boy and head waiter at a French inn, also fought in the American Revolution but that's a whole other story; but when he faced Christophe he said if the French had killed you, I wouldn't have you to contend with; Christophe's answer was classic; if your mother had the common decency to keep French men out of her bed I wouldn't have you to contend with".

The mulatto class viewed themselves as separate from the black masses and they immediately conspired to murder Jean Jacques Dessalines in order to placate and reestablish relations with France. When the time came to redistribute the land that used to belong to the French (after the assassination of Duvalier), a general would receive so many acres, a colonel so many less and so on. But the farmers and soldiers received nothing and ever since that time the landless peasant class have been and are still the largest oppressed/ostracized social group in Haiti. They have no rights, no protection under the law, no political weight, no schools, no hospitals, nothing; and were coerced into paying the Independence Debt. The development of the Republic of Haiti became futile once the General of the Indigenous Army of Haiti (Dessalines) was assassinated and Petion implemented a defacto "Democratic" system from France in Haiti because this act opened the door for neo-colonialism and set off a negative chain reaction which the Republic of Haiti hasn't recovered from since. After the orchestration of the assassination of Emperor Jean-Jacques Dessalines by Alexander Petion, at the behest of France, the Indigenous Army of Haiti was split in half between Henri Christophe and Alexander Petion and eventually went dormant. Gen Alexander Sabès Petion and the mulatto class then used this opportunity to invite France back to their side of Haiti in order to implement a "Democratic" system which included changing the Constitution, Haitian flag, and the official language from Creole to France! This

act was a critical blow to the development of Haiti because this act introduced neo-colonialism back into the Republic of Haiti and it hasn't been able to recover since! According to Dr. Clarke: "Now after the death of Christophe; supposedly engineered by the mulattos; they came to power, begging for French acceptance and got it; they adopted a French Constitution; that crippled Haiti and killed the revolutionary spirit of Haiti to this very day! French White Nationalism and French Bastardization killed that nation before it could get born"... Another major flaw of the independence of the Republic of Haiti, as early as 1804, is that it didn't immediately liberate all of the enslaved black population (Chattel property) within the Americas (at once) and there was no follow thru to the precedent it set. No other group of "black" people within the Americas were able to unite collectively and take up arms against their oppressors in order to fully liberate themselves from colonizers imposing institutionalized slavery (at the time). Thereby leaving Haiti alone on an island among a hostile international community consisting of colonial European powers. The failure of Haiti to implement Dessalines system would also have drastic effects on Africa; decades later when other "black nations" were liberated and granted a false independence by the international community.


After the ritualistic assassination of General/Emperor Jean-Jacques Dessalines; there was a power struggle between Alexandre Pétion and Henry Christophe as they clashed until the nation was divided in half. Alexandre Pétion was elected President in 1807 of the southern Republic of Haiti as the inconclusive struggle dragged on until 1810, when a peace treaty was agreed to, the country split in half; and in 1811 Henri Christophe made himself King of the northern Kingdom of Haiti. The loss of Haiti's Great Emancipator Dessalines was a great blow to the development of Haiti as a newly independent nation because his government only lasted 2-years and he never got to fully implement his system. But nowhere is the betrayal of Haitian Independence by Petion and the mulatto class felt more than the Independence Debt. Ever since the independence of the island-nation Washington DC and Western European powers have always backed France in their retaliatory efforts against the Republic of Haiti. The first attempt by France to request an indemnity claim for Haiti's independence was rebuked vehemently by the Northern Kingdom of Henry Christophe. Louis XVIII in 1814 sent two commissioners to King Christophe to negotiate; through his financial adviser, Baron de Vastey, and the emissaries were notified that "our independence will be guaranteed by the tips of our bayonets"! A little-known fact is that France negotiated a secret article during the 1815 Congress of Vienna which allowed "whatever means possible, including that of arms, to regain Saint-Domingue [Haiti] or to bring the population of that colony to order". France, Britain, and America cut Haiti off from overseas trade until it agreed to pay the Independence Debt to France. In order to pacify a vengeful France who was contemplating another invasion of Haiti; it was Emperor/Governor Alexander Sabès Pétion of the democratic South of Haiti whom proposed a compromise. He hoped the "French government would do better for itself and for the former owners, by selling us Saint-Domingue, just as it sold Louisiana to the United States". French officials initially rejected this compromise by Alexander Sabès Petion because Haitian officials wouldn't concede to their people as human stock or French chattel-property. King Henri Christophe noted: "Is it possible that they wish to be recompensed for the loss of our persons? Is it conceivable that Haitians who have escaped torture and massacre at the hands of these men, Haitians who have conquered their own country by the force of their arms and at the cost of their blood, these same free Haitians should now purchase their property and persons once again with money paid to

their former oppressors?"

The government of King Charles X eventually considered the proposal of Alexander Sabès Petion and began pressing the government of Haiti with a demand for an indemnity for lost property due to the end of chattel-slavery. On July 3, 1825, French diplomat Baron de Mackau arrived in Haiti with a royal decree in hand demanding the Republic of Haiti pay reparations or face the consequences of an invasion. The expiation of the sin of freedom would cost the Republic of Haiti 150 million gold francs, *21.7 billion in today's dollars, or forty-four times Haiti's current yearly budget!* For the loss, **France was demanding a** gigantic indemnification from Haiti for chattel property and other damages it had caused, to their colonial empire, in gaining independence. In case Haiti declined to pay, the French were ready to deploy an armada of fourteen war ships, armed with 528 canons, it had sent to surround the island. The act was actually a bluff because France was broke, from the Napoleonic Wars, at the time and couldn't afford another war! Jean Pierre Boyer should've called it but Haiti was ready to rid themselves of the possibility of another invasion by France. Their claim to indemnity was for all of the chattel-slaves they lost due to Haitian independence which they considered property. Haiti's fragile new government eventually took the only available route out of isolation and succumbed to a Hobson's Choice. On April 17, 1825, in one of history's tragic ironies, Haitian President Jean-Pierre Boyer signed the Royal Ordinance of Charles X. Jean-Pierre Boyer, Alexander Sabès Pétion's successor, wanted desperately to nullify France's military threat and agreed to the indemnity along with reducing taxes on French imports by 50 percent. The Royal Ordinance of Charles X required the former colony pay an indemnity of 150 million gold francs, payable in five annual installments, and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the Republic of Haiti's independence and sovereignty. Ostensibly, the indemnity would compensate the French planters in cash for their lost "property" (land and slaves), although the amount demanded exceeded estimates of their actual losses by 50,000,000F. Haitian President Boyer signed the agreement under more than simply the pressure of diplomatic isolation. A flotilla of French warships cruised just out of sight of the Haitian coast, with orders to blockade Haiti if negotiations failed.

Haiti could not meet the schedule of payments because 150,000,000F represented over ten times the annual revenue of the Haitian government at the time. The first payment of 30,000,000F fell due on December 31, 1825 and Haiti had to borrow the money. In fact, the Royal Ordinance of Charles X included a provision compelling Haiti to borrow only from a French bank. Representatives of the French banking establishment attended the Royal Ordinance of Charles X negotiations and began devising the loan scheme simultaneously with Haiti's acquiescence to the indemnity. The Independence Debt formally began with Haiti's loan from the French bank, Ternaux Grandolpe et Cie. The terms included a principal of 30,000,000F, from which the bank automatically deducted 6,000,000F in fees. The remaining 24,000,000F made its way from the bank's vaults to the French treasury; a short trip across Paris that began Haiti's long spiral into impoverishment. The impact of the Independence Debt burden immediately impacted ordinary Haitians. President Boyer imposed a series of tax policies to generate revenue to pay the indemnity; all failed. They included a wholesale restructuring of the rural tax base, a direct

Independence Debt tax and, the nationalization of the Independence Debt; an announcement by Boyer that the debt belonged to all Haitians, not just their government. Boyer's efforts met with several assassination attempts and his eventual ouster. Nonetheless, a second loan was needed to finance a second installment of the Independence Debt. This time, French bankers Lafitte Rothschild Lapanonze, who had also acquired the first indemnity, provided the capital. Haiti again borrowed 30,000,000F, but agreed to repayment in thirty-five yearly installments of 6,500,000F - a total repayment of 227,000,000F over the life of the loan. Haiti could not complete the scheduled indemnity payments and defaulted after the first two 30,000,000F installments. The Independence Debt had drained the Haitian treasury of its capital. The Haitian economy, ravaged by war and long cut off from export markets, couldn't generate enough revenue to support the Independence Debt. Attempts to do so by over-producing and taxing cash crops created a vicious spiral. Haitian agriculture remained undiversified and the population's basic needs remained unfunded.

After Haiti's default, efforts to renegotiate payment of the Independence Debt began between the two governments. In 1834, and in preparation for the renegotiations of the Independence Debt; the French government commissioned the law firm of Dalloz, Delagrange, Hennequin, Dupin, Jeune, et al to review the original Ordinance. The Dalloz Report declared the original Ordinance unlawful and placed liability for the colonists' losses with the French government itself. The government bore responsibility for the colonists' lost land and slaves because it had relinquished sovereignty of Saint Domingue. Furthermore, the report found the French government culpable in entering into an agreement it knew Haiti could not fulfill. Nonetheless, in 1838, negotiations concluded with the (ironically named) "Traité d'Amitié". The new treaty revised the remaining balance down to 60,000,000F, payable in thirty annual installments. Again, loans from designated French banks would finance the payments with exorbitant fees. Again, the French navy ensured Haiti's acquiescence by deploying warships off her coast throughout the negotiation of the treaty. In order to pay the debt incurred, the Republic of Haiti had to borrow from French banks in order to pay their former masters, interests included. **The payment (known as the Independence Debt) was later reduced to 90 million francs in 1838 with Haiti paying about 112 million francs in total which is comparable to US$21 billion as of 2004.** Reparations are defined as payments made by a defeated nation after a war to pay for damages or expenses it caused to another nation. According to the definition it was France who should have paid reparations to Haiti. An act like the Haitian Revolution was a bad thing for Western civilization which is why Haiti is still being punished to this day.

The bourgeoisie mulattoe class began to monopolize all the wealth and dominate Haiti following the passing of Christophe and Petion; once Boyer achieved unification of the island. Right from the beginning; a majority of Haitians were opposed to paying the Independence Debt and only the small elite bourgeoisie mulatto class, desperate for international recognition and trade, agreed to it. The Independence Debt caused a rift because it was Petion (the South) not Christophe (the North) who agreed to pay it. The elite bourgeoisie mulatto class then conspired with France in order to coerce the people of Haiti into paying the Independence Debt thru Haiti's

national bank.  In 1875 a loan was floated in Paris, concerning the Independence Debt, by which the Haitian people were grossly deceived.  Foreign bankers and unscrupulous agents conspired in defrauding the Republic of Haiti, which was made the debtor for money from which others had profited.  The National Bank of Haiti (BNRH) is connected to the Independence Debt because it was ostensibly established by the bourgeoisie mulatto class and France, as an instrument, to coerce the Haitian people into paying off the Independence Debt.    This scandalous financial transaction did not tend to allay the dissatisfaction already existing in Haiti.  So, to prevent any popular manifestations orders were issued on the 15th of May, 1875, for the arrest of Generals Brice, Monplaisir Pierre, and Boisrond Canal, who were charged with being the leaders of a conspiracy against Domingue.  Due to the unrealistic debt demands of the Independence Debt pushed by France; Haiti was forced to take large loans from the French bank Crédit Industriel et Commercial in 1875, which went on to enrich the bank's shareholders fabulously.

The French bank Crédit Industriel et Commercial (CIC) then made a large loan, concerning the Independence Debt, of 36 million French Francs to Haiti in 1875.  The National Bank of Haiti was conceived during the final stages of payment of the Independence Debt to France.  It was the brainchild of President Lysius Salomon, who in 1880 promoted the legislation (law of 10 September 1880) which created a 50-year concession for currency issuance and management of the country's finances.  CIC then went on to form the National Bank in Paris in May 1881, and appointed Ernest Lehideux as its first president.  The establishment of the National Bank of Haiti (in 1881); ostensibly facilitated full repayment of the Independence Debt to France for which the last payment was made in 1883.  The final payment of the Independence Debt, to the French government, took place in 1888.  Haiti had remitted over 90,000,000F in reparations to its former colonial masters.  Meanwhile the French government disbursed much less than that amount to the colonists themselves.  To finance the indemnity payments and the early loans, Haiti borrowed over 166,000,000F from CIC between 1875 and 1910. More than half of the Independence Debt was returned to the CIC under the rubric of commissions, fees and interest payment.  Established ostensibly to pay off the Independence Debt; the machinations of the National Bank were controversial in Haiti, because of aggressive charging fees and repatriation of profits and dividends to France.  Thus, the initial claim that it would be an "instrument" of Haitian financial independence were quickly dashed.  Haitian statesman Frédéric Marcelin was a prominent critic and in 1890 wrote an essay to denounce the bank's extraction of Haiti's riches and lack of positive contribution to the country's economic development.  In October of 1910, the issuance concession was transferred to a new bank, the National Bank of the Republic of Haiti (BNRH) formed by a consortium of French, German and American interests.  France received its last indemnity payment, concerning the Independence Debt, from the Republic of Haiti in 1888.  Even though the people of the Republic of Haiti were manumitted through payment of the Independence Debt the young island-nation was actually re-enslaved as a defacto commercial colony for France due to the Independence Debt.

**A New York Times article of May 20, 2022 entitled the Ransom Haiti lost Billions, which is a study of the effects the Independence Debt has had on the Republic of Haiti, has also revealed that:**

1)    The Republic of Haiti is the only country in the world where descendants of enslaved people were forced to pay reparations to descendants of their masters for generations after gaining independence!

2)    France forced the Republic of Haiti to pay to the tune of 150 million francs, or roughly 21 billion dollars today, for indemnification of chattel slaves lost because of the Haitian Revolution, and Washington DC supported them in their efforts.  Their victory horrified Haiti's slave-holding neighbors, who backed France's claims for huge reparations, finally accepted in 1825.

3)    Paying the former French slave owners' indemnification for their loss of chattel slaves had another damaging effect.  A central motivation in agreeing to the debt was to solidify Haiti's standing as an internationally recognized independent nation. Instead, it began a vicious cycle of debt peonage that undercut Haitian sovereignty.  It also helped the colonial powers develop a neo-colonial model on ways to keep exploiting their newly-independent former colonies.

4)    To pay the first instalment of the indemnity (Independence Debt); Haiti took out an onerous loan from French banks.  In 1825 the debt of independence represented about 300% of the country's GDP. While the principal was later reduced, the interest Haiti paid was exorbitant.  It took Haiti 122 years to pay the debt.

5)    In exchange for the financial indemnity of 150 million francs; France then recognized Haiti, as did Britain, in 1833.  The payment was later reduced to 90 million francs in 1838, comparable to US$21 billion as of 2004, with Haiti paying about 112 million francs in total.

6)    Over the next few decades Haiti is forced to take out loans of 70 million francs to repay the indemnity and gain international recognition.  This resulted in decades of French domination of Haitian finance and economy which had a catastrophic effect on the young island-nation (independence debt).

7)    That's right folks, Haiti had to pay France $21 BILLION dollars in reparations simply for gaining their freedom. I tried to work out how much that would be in 2021 after inflation but sincerely couldn't find an online calculator that could go that high.

8)    Over the 122 years between 1825 and 1947 the debt severely hampered Haitian economic development as payments of interest and down payments totaled a significant share of Haitian GDP yearly, constraining the use of domestic financial funds for infrastructure, public services and ultimately making the nation ungovernable.

9)    Within the space of 64 years, the country had to pay the equivalent of 560 million current dollars.  The resulting loss in economic development would vary between 21 and 115 billion dollars over two centuries (due to the double effect of paying off the independence debt and funds not going towards developing the nation).

10)    And that's the conservative estimate. Modeling based on the growth rate of Haiti's Latin American neighbors suggests the payments diverted to France cost Haiti as much as $115 billion. If Haiti had not been forced to pay the people who had enslaved its citizens, The Times reported, its per capita income in 2018 could have been almost six times as large.

The NY Times article exposed that the bank which made the most money off the loan Haiti was forced/coerced to take in 1875 was Crédit Industriel et Commercial. As part of securing debt payments, French bankers set up the Banque Nationale de la Republique d'Haiti in 1880 which began printing Haiti's money and effectively gained control of all of Haiti's Treasury and the tax revenue which was deposited there. By 1898 half of government expenditures went to paying France and French banks while that sum reached 80% in 1914 (the Independence Debt was bought by US banks during their 1915-34 occupation and final payments made to them). The NY Times also exposed the French bank CIC of having siphoned off tens of millions of dollars by the end of the 19th century through the Haitian National Bank (which it controlled). The NY Times reported that C.I.C.'s "executives and investors made so much money off Haiti that their profits sometimes exceeded Haiti's entire public works budget"! The investigative journalism also revealed that these are the funds which notably enabled it to finance the construction of the Eiffel Tower. Ironically the Independence Debt took millions of dollars in fees and interest from Haiti's treasury; at a time when it was helping finance Paris's iconic monument to liberty!

In 2016, the Parliament of France repealed the 1825 ordinance of Charles X, though no reparations have been offered by France. According to the NY Times article the history of the Independence Debt and Haiti's ransom payments to France is not included in the French school curriculum. In France, as in too many places in the U.S., the nation's history of racial injustice, of enslavement and its legacy, is "distorted, downplayed or forgotten," researchers told The Times. The Independence Debt Haiti incurred, which should've been repudiated, once it was forced to pay reparations to France; was presented as a precondition for entrance into the global market. But Haiti was crippled by this debt, which took until 1947 to pay off, as the young island-nation became stuck in a cycle of arrested development. Despite paying reparations to France for chattel slavery, Haiti has continued to be ostracized by the international community to this day. In 2015 Francois Hollande, the first President of France to officially visit the Republic of Haiti offered to settle the Independence Debt issue but his advisers corrected his faux-pas by offering 50 million of francs as a moral obligation for education. A group of Canadian activists published a fake announcement indicating that France would repay the Independence Debt; which was tied to France's Bastille Day and the devastating 2010 earthquake (the stunt forced Paris to deny the claim). Calling themselves the Committee for the Reimbursement of the Indemnity Money Extorted from Haiti (CRIME), they subsequently launched a public letter signed by many prominent individuals.

What's shocking is that America invaded Haiti in 1915 to enforce the Independence Debt but has yet to compensate "African-Americans" for chattel slavery. Washington DC followed the precedent set by France and refused to pay their former chattel-slaves reparations upon liberating them. In fact, after abolishing slavery the ens legis US compensated the former slave owners for their loss of slaves (chattel property) and not the former enslaved peoples. Reparations is also defined as something that is done or given as a way of correcting or making up for a wrongdoing. After the Civil War reparations was made to Confederate slave owners but the black soldiers who fought on the side of the Union never received their 40 acres and a mule which was promised. Washington DC paid reparations to the Jews and helped them establish a

settler colonial state in the Middle East which they continue to subsidize to this day while denying "African-Americans" reparations and continually oppressing Haiti.   There are 3 significant events which established false "African-American" history and perpetuate the racial hierarchy within the ens legis US and Republic of Haiti we see today.  Bacon's Rebellion, overthrow of Reconstruction after the Civil War, and the administration of President Woodrow Wilson.  The 1915 US invasion of Haiti is presented as an isolated incident but besides Black Wall St., Rosewood, Hayti NC, Richmond NC, etc., there were over 200 self-reliant black communities destroyed before, during and since the 19-year US occupation of Haiti.  To view the 1915 invasion and consequent occupation of the Republic of Haiti by the ens legis US in the proper context, one must study who led the invasion.  President Woodrow Wilson was a Democrat and major proponent of the segregationist era of America, which lasted from 1900-1939, and actually helped lead it in.  He also served as the president of Princeton University, and Governor of New Jersey before being winning the 1912 presidential election.  During the administration of President Woodrow Wilson all aspects of the US Federal Government were segregated!  Under his watch the US Treasury; the Post office, the Bureau of engraving and printing, the Navy, the Interior, the Marine hospital, the War department, and the government printing office were all segregated.

This meant creating separate offices, lunchrooms, bathrooms, and other facilities, for white and black workers.  It also meant dismissing black supervisors, cutting off Black employees' access to promotions and better-paying jobs for white people.  He fired all high ranking "black" people from federal positions and ensured that "black" people would only be hired for menial jobs, by hiring dept. directors who agreed with his southern segregationist priorities.  His administration also payed "black" people less than white people in those low-level positions.  *This act helped to establish and facilitated De jure segregation in America which mandated the separation of races by law, and was the form imposed by slave codes before the Civil War and by the Black Codes and Jim Crow laws following the war.*  It was also during the administration of President Woodrow Wilson when much of the common historical knowledge was omitted, destroyed, or rewritten (Library of Congress) to be replaced with his historical point of view, which was based on the Lost Cause Narratives.  The Lost Cause Narratives typically portrayed the Confederacy as a noble, just, and heroic group.  During the Reconstruction Era, American history from mid-1800's and prior was reconstructed to hide what actually happened to the indigene aborigines while in the process of colonizing North America.  In the reconstructed history of the ens legis US all of the pictures of the "black" indigene aborigines Americans from the colonization era have been altered to portray them as nonblack or "Native American".   A little-known fact is that the Daughters of the Confederacy also helped to rewrite ens legis US Civil War history.  William Plecker became the first registrar of Virginia's Bureau of Vital statistics in 1912.  He is primarily responsible for the paper genocide of the indigenous aboriginal Americans which spread across 50 states because he forced black Indians to classify themselves as negro or black on birth certificates and other vital records.  His actions particularly affected descendants of the Powhattan tribe.  He was a eugenicist who refused to designate the Indians as black but allowed whites and Mongolians to list their status as Native Americans.  This paper genocide began with the first US census when slave owners reclassified their enslaved Indians as negro, mustee, black, mulatto or colored in order to destroy their

lineage.  The truth is the indigenous aboriginal population has always been a problem for Washington DC.

~~After the Civil War, there was a political interest to reconstruct American history falsely for the~~ benefit of a jurisdiction that wants to keep the true Indigene Aborigine Americans ignorant of their real identity or status.  It took only one generation to create a fictitious African history and brainwash the African American population.  The administration of President Woodrow Wilson, utilized his presidential power and academic influence to get the majority of the nation to stop using the common history books of that era and begin to use historical books literally written by Woodrow Wilson!  He wrote and published a 10-volume set of history books which changed the historical narrative of the nation.  The Board of Trustees of Princeton University released a statement on June 22, 2020 that read: Board of Trustees concludes that Wilsons racist views and policies make him an inappropriate namesake for the School of Public and International Affairs and Residential college.  On June 27, 2020 **(CNN) reported that Princeton University will remove the name of President Woodrow Wilson from its School of Public Policy and Residential College, the school said in a released statement.**  "Wilson's racism was significant and consequential even by the standards of his own time," Princeton President Christopher Eisgruber said in a statement. "He segregated the federal civil service after it had been racially integrated for decades, thereby taking America backward in its pursuit of justice. He not only acquiesced in but added to the persistent practice of racism in this country, a practice that continues to do harm today."  He also stated:  "Princeton is part of an America that has too often disregarded, ignored, or excused racism, allowing the persistence of systems that discriminate against black people".  I agree with his statement except for the Pursuit of justice" part; Washington DC has never wholeheartedly done that for their "black" citizens as they have for others.  In fact, racist policies have been perpetrated from the top down and most elite institutions like the Ivy League colleges were built off of slavery and exploitation of an enslaved "black" class.

**Ever since the Louisiania Purchase; France and Washington DC have been covertly cooperating in their application of neo-colonial policies in the Republic of Haiti (as per the CORE Group-OAS Trust).**  From 1804 to 1862 the U.S. enforced a diplomatic and trade embargo against Haiti.  In the 1824 Franco-Haitian Agreement, France agreed to recognize Haitian independence if Haiti paid a large indemnity claim.  U.S. banks likewise extracted great wealth from Haiti's Independence Debt!  France received its last indemnity payment, concerning the Independence Debt, from the Republic of Haiti in 1888; but Washington DC went on to fund the acquisition of Haiti's Treasury in 1911 by covertly acquiring the reception of interest payments related to the Independence Debt.  Once acquiring the Independence Debt, Washington DC went on to pillage the Haitian Treasury of gold reserves ($500,000 taken by the American Marines for "safekeeping" in 1914).  After which the National City Bank (Citigroup's predecessor) and other Wall Street banks pushed hard for the U.S. to invade in 1915 and take over Haiti's National Bank plus economy.  The National City Bank of New York (known today as Citibank) acquired a controlling interest in the Haitian National Bank in 1919.  All of Haiti's

outstanding debts to French banks were acquired by the National City Bank in 1922; payments in service of the Independence Debt, begun in 1825, continued until 1947. Financial conventions and protocols imposed by Washington DC during their occupation in 1915, 1917 and 1922 (concerning the Independence Debt); were contracted in 1922, for the purposes, inter alia, of settling the balance of loans contracted with French financiers since 1830 and 1875, 1896, and 1910; as per Haiti's Independence Debt was "consolidated" to be paid off to American investors. The Republic of Haiti was coerced (forced) to accept a second loan of forty million dollars concerning the Independence Debt from Washington DC. The National City Bank of New York also took over the BNRH during the 19-year US occupation of Haiti, and gained full ownership in 1919. **During their 19-year occupation, the US controlled customs in Haiti, collected taxes, and ran many governmental institutions. There is no-telling how many millions were siphoned off the Haitian government by US interests during these 19 years!**

The National Bank of Haiti (BNRH) is connected to the Independence Debt because it was ostensibly established by the bourgeoisie mulatto class and France, as an instrument, to coerce the Haitian people into paying off the Independence Debt. The greatest accomplishment of the Noiriste government of President Estimé was the economic liberation of the Republic of Haiti, as a commercial colony, from the Independence Debt! Thanks to popular mobilization and a 5% domestic loan over 10 years; the Independence Debt (and all the associated interest) was finally discharged on July 10, 1947 to the National City Bank of New York (now Citibank). President Estimé made the final payment of $7.6 million to Washington DC; liquidating the 1922 consolidated loan of 40 million dollars and thereby liberating the Republic of Haiti (as a commercial colony) from the US. In 1935, the Haitian government "acquired" the BNRH back from National City Bank and by 1979, the BNRH was split into two financial institutions: the Banque Nationale de Crédit (BNC), a commercial bank, and the Bank of the Republic of Haiti. It took Haiti 122 years to repay its Independence Debt **and the young island-nation ended up paying it off twice (France 63 years 20 million USD; US 36 years 40 million USD). The fact that France sold Haiti's Independence Debt to Washington DC and their collaborative efforts in keeping Haiti a failed state; is evidence of their covert deal during the Louisiania Purchase.** During the government of President Estimé, on October 1, 1947, is when the National Bank of the Republic of Haiti actually became a national Haitian entity thereby achieving economic sovereignty. It did so 140 years after the abolition of the slave trade and 85 years after the Emancipation Proclamation. In the same year the Nazis paid for their crimes, including slavery, at Nuremberg, Haiti still labored to repay in cash the freedom its founding fathers had won with their lives. His administration may have achieved total control of Haiti's central bank, which was still under U.S. control more than 13 years after the end of the 19-year US occupation.

Haiti defeated institutionalized slavery in 1804 but a neo-colonial version of it returned in 1915 with an invasion led by Major General Smedley Butler and authorized by President Woodrow Wilson. On July 28, 1915, President Jean Vilbrun Guillaume Sam is overthrown and assassinated during a mulatto uprising led by Dr. Rosalvo Bobo, who opposed the government's

expanded commercial and strategic ties with the ens legis UNITED STATES.  The Roosevelt Corollary of the Monroe Doctrine, which allowed the use of force when Latin Nations failed to pay their debts to European/US banks and interests, was then invoked for the 1915 invasion due to Haiti's default on the Independence Debt.  **When President Woodrow Wilson sent US Marines into Haiti in 1915; it was so that the ens legis UNITED STATES financial oligarchy class and trans-national corporations could profit off of the Independence Debt. The Republic of Haiti went from being a commercial colony of France to a commercial colony of the ens legis US.**  From 1915 to 1934 Wilson's U.S. military occupation tried to mold Haiti back into a profitable neo-colony.  During this period, Washington DC put an end to the Franco-German control of the Haitian economy and permanently oriented Haiti towards the ens legis UNITED STATES.  The NY Times article exposed that during the occupation Washington DC: "installed a puppet government, dissolved parliament at gunpoint, entrenched segregation, forced Haitians to build roads for no pay, killed protesters and rewrote the nation's Constitution, enabling foreigners to own property for the first time since independence".


The HAITI REFORMATION PROJECT Tabula-Rasa accord exposed the fact that the main objective of the US invasion of the Republic of Haiti in 1915 led by MajGen Smedley Butler (War Is A Racket) was actually done so that the elite white oligarchal class and their International Bankers, whom had already taken over the ens legis US with the overthrow of Reconstruction after the Civil War, could takeover Haiti's Bank and economy.  On December 17, 1914, the Wilson administration sent U.S. Marines into Haiti to prevent "anarchy" as they descended upon the island-nation to transport a half million dollars in gold to the Wall Street vaults of the National City Bank of New York.  They told Haiti they were taking the gold reserve to Fort Knox for "safekeeping"; after the assassination of Haitian President Jean Vilbrun Guillaume Sam in 1915.  The President of the Haitian Senate at time of the 1915 US invasion was Phillipe S. Dartiguenave.  He decided to negotiate with the Americans for the presidency.  His opponent Rosalvo Bobo (who was anti-US-occupation) was deemed mentally unstable and unfit for any office by the US Navy.  On 12 October of 1915, the parliament united to nominate Dartiguenave president for 7 years and 5 days later he was made or "elected" president of Haiti. Washington DC then gave the government of President P. S. Dartiguenave a **Haitian–American Convention** to sign.  Once his government had signed the convention, Washington DC had him send it to the parliament for ratification.   The Haitian parliament refused to ratify this **Haitian–American Convention** after which Washington DC stopped the government from getting paid because they controlled the Haitian treasury.  Once the parliament realized the government didn't have the money to make payroll and they weren't going to get paid, they ratified it.   Following its' ratification in the Haitian Senate, the **Haitian–American Convention** was ratified by the United States Senate on 16 September 1915, which granted the United States the right to provide security in and administer the finances of Haiti for a period of 10 years.  Once a Haitian deputy by the name of Raymond Cabech realized that the parliament had ratified the **Haitian–American Convention**; he chastised them and tore off his rose lapel pin.

The **Haitian–American Convention allowed Washington DC to put an American** (Receiver General) **in charge of all the finances in Haiti (**no transaction could go thru without American approval).  The US Marines also began training and modernizing the Haitian Army into a Haitian Gendarmerie.  **The ownership of land by foreigners in the Republic of Haiti was**

outlawed by the Haitian Constitution since the Haitian Independence of 1804.  **Emperor Jean-Jacques Dessalines included and specified that in the Haitian Constitution in order to prevent foreign control of the country.**  Once the Haitian–American Convention was legalized administratively; **the Wilson administration attempted to strong-arm the Haitian legislature into adopting a new constitution in 1917 (in order to further legitimize their occupation).**  The Wilson administration then had the Assistant Secretary of the Navy, **FDR, draft a new constitution for Haiti which explicitly allowed foreigners to purchase and own land.**

**Washington Dc then presented this new constitution to President** Dartiguenave and had him sign it and forward it to the parliament for ratification; whom refused to ratify it so Washington DC had him dissolve the parliament.  After President Dartiguenave dissolved the parliament; Washington Dc had him hold elections for a new one.  He held elections and got a new parliament elected but this second parliament was also **extremely reluctant to change the long-standing law against foreigners owning land.  The new Haitian legislature also rejected the new American constitution and the Law-makers began drafting a new anti-American constitution, but the United States forced President Dartiguenave to dissolve the legislature again, which did not meet again until 1929.**  After which, Washington DC stopped dealing with the Haitian legislative system and decided to have the Haitian people ratify the Constitution instead.  The ens legis US then organized a popular referendum, plebiscite, for their new Haitian Constitution and gave the results which turned out to be what they wanted! The Haitian people voted and subsequently "approved" their new American constitution thru a "Constitutional Referendum" in 1918 (by a vote of 98,225 to 768).  The new "Roosevelt Constitution" instituted martial law, required U.S. approval of all Haitian legislation, and erased longtime prohibitions against foreign investors buying land in Haiti.  By 1922, the rest of Haiti's Independence Debt to France was moved to be paid to American investors.  It took until 1947, approx. 122 years, for Haiti to finally pay off all the associated interest of the Independence Debt to the National City Bank of New York (now Citibank).

The **Haitian–American Convention is a treaty which lasted 10 years and expired in 1925 (it was extended once until 1934).  Even though the Haitian–American Convention has expired is still in effect, defacto, and enforced thru the Haitian-**gendarmerie **left in place by Washington DC, once their occupation was done.**  During this 19-year occupation of Haiti, Washington DC destroyed the sovereignty of the Republic of Haiti and nullified any gains the same way the Lincoln Republicans and the descendants of chattel slavery were disenfranchised with the overthrow of Reconstruction.  Washington DC rewrote Haiti's constitution, stole all of the gold like Freedman's bank (Haiti's gold became Citibank), took over the Haitian economy, opened up land to foreign interests, and instituted Jim Crow policies which left Haiti in a state of arrested development we see today.  Washington DC has dominated Haiti since this 19-year US military occupation between 1915 and 1934 thru a gendarmerie left in place after their occupation.  This Ens Legis UNITED STATES led Haitian gendarmerie, answers directly to the US Secretary of State; is described as 'an army to fight the people'; and was set-up to replace the highly regarded Indigenous Army of Haiti.

Under the watch of Washington DC, the Haitian gendarmerie has degenerated into a kakistocracy.  This is due to the fact that the government of Haiti has repeated the disastrous

polices inculcated during US occupation like dissolving of the parliament. Both Michel Martelly and President Moise dissolved the legislature while they were in office like the ens legis US did during their 19-year occupation. They were both categorized as dictators for it but it was done under the direction of CORE Group-OAS trust. What's interesting is the fact that Washington DC rewrote the Haitian Constitution during their occupation and also "helped" to rewrite the Haitian constitution in 1987 (after the overthrow of Duvalier). Both times the ens legis rewrote the Haitian Constitution to benefit them and their cohorts. This is why when President Jovenel Moise went to fulfill one of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD, which was to conduct a national referendum for a new constitution, he was sabotaged in his efforts by the CORE Group-OAS Trust. Eventually he was forced to cancel but found a way to reschedule it but was eventually assassinated before he could conduct a National Referendum for a new Haitian Constitution.

The Republic of Haiti should've never been coerced into paying reparations to France upon gaining the sovereignty (Independence Debt). Not only has Haiti been ostracized by the international community despite paying their ransom for independence. This act set a negative precedent whereby colonial nations found ways to keep profiting off of their former colonies and "property" upon liberation. For instance, once slavery was abolished by most Western powers; they compensated the slave owners for lost property but not their former "slaves" or chattel property. Despite defeat, the former colonial power (France) found a way to keep profiting off of their former colony (Haiti) thru indemnification of lost "property"; an action which would be repeated once independence movements swept across Africa in the 1900's. Out of greed, France would replicate this model on its' former African colonies whom claimed independence from them. Ever since their 1915 occupation of Haiti, Washington DC has replaced Napoleon Bonaparte's role in preventing the exercise of any measure of the right of self-government by the Haitian People. The international community has purposely kept Haiti a "failed state" as a form of punishment for independence. Ever since I was a kid, I used to watch news reports of Haiti on TV and they would always be sure to state that Haiti is the poorest nation in the hemisphere. But I had no clue that this was purposefully done so that they can't let Haiti be a success after what it accomplished.

The Doctrine of Discovery is the policy which the Roman Catholic Church utilized to colonize Haiti and the Americas. What's interesting is that during the scramble for Africa; the Berlin Conference utilized a conceptual *terra nullius* like the Doctrine of Discovery in their colonial efforts! The "Ottawa Initiative on Haiti" is similar to the Berlin Conference and the Doctrine of Discovery due to the fact that it was actually a neo-colonial conference which planned the placement of the Republic of Haiti under a trust. What's ironic is that France, Canada, and Haiti are supposed to be part of the same commonwealth. **The Commonwealth**, is a political association of 54 member-states, almost all of which are former territories of the British Empire. Canada was one of the principal creators of the Commonwealth in the early 1930s. Canada is officially part of the British commonwealth and unofficially a part of the French commonwealth. Denis Paradis was appointed as Secretary of State for La Francophonie and Secretary of State for Latin America and Africa in Jean Chrétien's government on January 15, 2002. The Minister responsible for La Francophonie is a member of the Canadien Cabinet who handles relations with, the Organisation international de la Francophonie, an international community of

francophone nations considered the French equivalent of the Commonwealth of Nations. Haiti isn't part of the British nor French Commonwealth though the "Ottawa Initiative on Haiti" and CORE Group Trust would have you think otherwise. The term Francophone **means** having or belonging to a population using French as its first or sometimes second language which makes Haiti a defacto Francophone nations. Even though most Haitian people speak creole; after the assassination of Dessalines, Alexander Petion re-established diplomatic relations with France and made French the official language of Haiti. The Republic of Haiti isn't a Francophone nation and hasn't been part of the French Commonwealth since its' independence of 1804. But because it's a French speaking nation; France still considers Haiti (defacto) as part of their neo-colonial commonwealth like *Françafrique.*

After the "nations" of Africa which were once colonized by France gained independence in the 1900's; their former colonial master still found a way to continue profiting off of them as a "Commonwealth". The African nations which are part of the French commonwealth were originally called *France-Afrique, though the term* was later renamed *Françafrique* by François-Xavier Verschave in 1998; whom coined the term to criticize the alleged corrupt and clandestine activities of various Franco-African political, economic and military networks. *Françafrique is a term used to describe* **France's sphere of influence over their former French and Belgian colonies in sub-Sahara Africa.** The condition of the Republic of Haiti today; is no different than a nation of *Françafrique today.* France acts like it's still on good terms with their former colonies thru *Françafrique,* but it's only those that they're still able to exploit due to under-development. A Janus-faced entity (half African, half French) Françafrique is the ultimate symbol of a confiscated, perverted sovereignty; like CORE Group Trust in Haiti. This singular coinage perfectly illustrates France's dogged refusal to stop exploiting their former African colonies. They wanted to "civilize" African people but by 1960 most of France's African colonies had gained independence. *Françafrique was started by former General/President Charles de Gaulle and Jacques Foccart. It's basically a pool of African politicians, leaders, and businessmen utilized to maintain control of their former colonies by France for* energy, money, and resources.

At the time, France was preoccupied with its image as a world power, and saw sub-Saharan Africa as its *pré carré* ("own backyard"), from which to protect against both Soviet and American influence by maintaining military bases. The same way the ens legis US views South America and the Caribbean as their proverbial "backyard" under the Monroe Doctrine. *Since 2014 France has stationed over 3,500 troops in Françafrique and AFRICOM has a strong presence in Africa also.* Former president François Mitterrand once said: "without Africa, France will have no history in the 21st century. President Emmanuel Macron has admitted France's 132-year colonization of Algeria involved 'crimes and acts of barbarism'. A basic rule of the Commonwealth is that of nonintervention in the domestic affairs of member-states but that doesn't apply to **FranceAfrique! President Jacques René Chirac once stated**: *we have to be honest and acknowledge that a big part of the money in our banks comes precisely from the exploitation of the African continent! The West African Franc, and Central African Franc are managed and controlled by the French treasury. In fact, France provides the currency of 14 African countries (12 of which are ex colonies).* As members of the

commonwealth, *Françafrique,* African leaders are expected to put the resources of his country at France's disposal and routinely vote alongside the latter at the UN.

*In January of 2019 France summoned Italy's ambassador to protest a series of comments made by Luigi di Maio Deputy Prime Minister of Italy which exposed how they're exploitation of Africa was affecting Europe:*

A) "The EU should sanction France and all countries like France that impoverish Africa and make these people leave, because Africans should be in Africa, not at the bottom of the Mediterranean"*;* for all the rhetoric spewed by French authorities in the wake of the colorable "Arab Spring" movement it was *France which called in an Air strike thru NATO which killed Gaddafi and eventually returned slavery to Libya.*

B) "If people are leaving today it's because European countries, France above all, have never stopped colonizing dozens of African countries," added the leader of the Five Star Movement." *This is the same thing the ens legis US does to Haiti, after keeping the island-nation impoverished, they persecute Haitians fleeing their despotic puppets !*

C) "France is one of these countries which, because it prints the currency of 14 African countries, hampers development and contributes to the departure of refugees"; *E*ver since the Bretton Woods agreement of 1944, France has been in control of the economies of *Françafrique, plus a major factor why Gaddafi was assassinated by NATO was to keep him from establishing an African currency called the Dinar.*

D) "If Europe wants to be brave, it must have the courage to confront the issue of decolonization in Africa"; *What's interesting is neocolonialism in Africa would've been mitigated had they observed the dictates of ¡VEB Dubois (Haitian) and Kwame Nkrumah in their design, original intentions, and formation of a united African organization.     Africa would've been able to withstand neocolonial efforts like Françafrique if not for* the **Monrovia Group** winning out over the Casablanca Group.

Despite Haiti being a "defacto" member of *Françafrique; France still has neocolonial ambitions towards their former "colony"!* After their illegal removal of President Aristide from office in **2004; Washington DC decided to invite France to accompany it in the exploitation of the Republic of Haiti along with a cartel of nations.  This is when they decided to establish the joint-stock company CORE Group and place the Republic of Haiti under a trusteeship like Kosovo.**  The Civil Society Group of 184, led by Andre Apaid, utilized a tripartite accord with the ens legis UNITED STATES, France, and Canada to place the Republic of Haiti under the umbrella of the joint-stock trust company CORE Group thru *UNSCR 1542.*  The CORE Group is the combination of a joint-stock company and a trust.  The CORE Group is the corporate trust which **owns Haiti and consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU).    Unlike President Hugo Chavez thru the ALBA and Petrocaribe Oil Alliance Program; the ens legis US has repaid its historic debts (Louisiana Purchase) to**

na

**Haiti with a Doctrine of Misery; But if it wasn't for a Haitian victory, North America would be called New France today!**

It was actually the CORE Group trust which tried to prevent the Republic of Haiti from joining the **ALBA and Petrocaribe Oil Alliance because it was a conflict of interest for Haiti to sign a** tripartite accord with Venezuela and Cuba while being under control of their trust. **The CORE Group Trust wanted to keep the Republic of Haiti from participating in Bolivarian Revolution 2.0 and the permanent seat at the ALBA-TCP created for them by President Chavez. Then Haiti Wiki-leaks revealed that they illegally placed Michell Martelly into the second round of run-offs of the 2010 Presidential elections and went on to utilize the government of President Martelly to covertly destabilize the PetroCaribe oil alliance by embezzling the Petrocaribe funds. Once President Chavez passed away, the members of the CORE Group Trust, in a concerted effort, began an indirect assault on** the **ALBA and Petrocaribe Oil Alliance by sanctioning the PdVSA and delegitimizing the government of President Maduro.**

**The secret compact which Jefferson made with Napoleon to keep Haiti a failed state, during the Louisiania Purchase, and marginalized within the international community, is still in effect to this day hence the reason for the neo-colonial presence of the CORE Group-OAS Trust and France in Haiti today!** After Haiti's assistance in the Bolivarian Revolution Simon Bolivar turned its' back on Haiti claiming they were fomenting racial conflict due to their anti-slavery stance. That's why the inclusion of the Republic of Haiti within the Petrocaribe Alliance was so significant. Hugo Chavez and Venezuela, with Petrocaribe, are the first diplomatic nation to offer an authentic helping hand since its independence! **The CORE Group Trust helped Jovenel Moise found Agritans SA in 2012 thru the government of Haiti with PetroCaribe funds; and then utilized the PetroCaribe scandal to destabilize his administration. In 2014 Agritans SA entered a public-private partnership with the Government of Haiti as part of program championed by UN Special Envoy Bill Clinton in the aftermath of the 2010 earthquake. The program was designed by British economist Paul Collier outlining export-oriented agriculture utilizing public-private partnerships as a blueprint for Haiti's development. According to the Center for Facilitation of Investments Agritans SA was Haiti's first agricultural export trading zone.**

An audit of the misappropriation of PetroCaribe funds by the **Superior Court of Auditors and Administrative Disputes, (CSCCA),** implicated President Moise when his administration never got to participate in the PetroCaribe Alliance! The 600-page audit of the PetroCaribe funds claimed that firms linked to President Moïse took part in an embezzlement scheme. They revealed that 1,000 acres of land and $27 million of Petrocaribe funds were granted as a loan to Jovenel Moise by President Martelly to fund an export business called Agritrans S.A.. Not only was Agritrans S.A., which has an airstrip, linked to the transshipment of narcotics; the media also claimed that President-elect Jovenel Moïse was indicted for money laundering just days before he took the oath as president of Haiti, yet he was granted immunity for 5 years and allowed to take office by the US justice department. **President Moise's record was clean until dealing with Agritans SA. The CORE Group Trust and government of Haiti may have**

utilized him to launder PetroCaribe funds thru Agritans SA. The joint stock corporation Core Group Trust controls the Republic of Haiti thru their various embassies, ambassadors, and representatives. *Haiti Wiki-leaks revealed that the ens legis US embassy and their ambassadors actually run Haiti behind the scenes! In fact, the US embassy ordered the government of Haiti not to participate in the ALBA nor PetroCaribe alliance; which is the reason why they covertly signed a tripartite accord with Venezuela and Cuba.* It was the CORE Group Trust which coerced President Moïse into implementing the austerity measures, imposed in accordance with the International Monetary Fund policies, which pushed the majority of the country's population into further poverty and sparked the PetroCaribe protests. The PetroCaribe protests went on to destabilize his whole administration as Haitian citizens began denouncing the extreme scarcity of food, fuel, and widespread corruption within the government.

After being made **Attorney-In-Fact, National Agent and Representative of the principal: Republic of Haiti, Haitian Diaspora, I, Marc Pierre** began executing the mandate of said principal by paying the Yahweh Law firm to serve a package consisting of the Uni-lateral Declaration on Behalf of Haiti; HAITI REFORMATION PROJECT Tabula-Rasa Accord of March 26, 2021 (Cease and Desist Order which outlined a new system for Haiti); Power-of-Attorney and Affirmation as to Power-of-Attorney Being in Full Force; Certificate of incorporation for HAITI REFORMATION PROJECT who's stated objective is to implement a new system in Haiti; the petitions with all of the signatures I had collected along with the contract forms; Notary Acknowledgement; to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.

When the dossier containing the HAITI REFORMATION PROJECT TABULA-RASA ACCORD was served to the administration of President Moise, on April 2, 2021, he already had a national referendum for a new Haitian Constitution in play for April 25, 2021. But after being served the dossier from Yahweh Law Firm, and reviewing the HAITI REFORMATION TABULA-RASA ACCORD, he immediately canceled it and rescheduled a new national referendum for a new Haitian Constitution for June 27, 2021 which included participation of the Haitian diaspora. If President Moise was a puppet or criminal like most participants of the government of Haiti under the CORE Group OAS Trust he would've never been pursuing a National Referendum for a new constitution. If he was a tyrant like the US/Haitian media portrayed him as, he would've never rescheduled it for June 27th, including the diaspora, after being presented with the HAITI REFORMATION PROJECT TABULA-RASA ACCORD. Because of the media in Haiti, even though the diaspora wanted it the people in Haiti were coerced into protesting against the Constitutional Referendum.

*The Core Group Trust is the "legal-advisor" to the President of Haiti and maintains control of all major political decisions in the Republic of Haiti. They were immediately against all mandates outlined by the Haitian diaspora for President Moise in the* HAITI REFORMATION

PROJECT/TABULA-RASA ACCORD and sabotaged all of his efforts to conduct a Constitutional *Referendum including the Haitian diaspora and people of the Republic of Haiti.* **President Biden has stated on record that he was against President Moise conducting a Constitutional Referendum; and his Secretary of State Antony Blinken told Congress that the administration does not think a controversial Haitian plebiscite on constitutional reform should happen. More than 60 members of the US Congress wanted President Moise to reconsider his Constitutional Referendum of June 27th (which included the Haitian diaspora) because they didn't want voters making changes to the nation's 1987 constitution.** It was in his fight to get a National Referendum on a new Constitution thru that President Moise was exposed to the depravity of the situation in Haiti.

The reason why the CORE Group-OAS Trust is totally against the Haitian diaspora and people of the Republic of Haiti holding a Constitutional Referendum is because they wrote and own the Haitian Constitution! The Republic of Haiti was able to operate with their original Constitution upon claiming independence in 1804 for only 2 years! Once Emperor Jean-Jacques Dessalines was assassinated in 1806; Alexander Petion designed and implemented a Constitution based on the one utilized by France. The **Haitian–American Convention is a treaty which Washington DC coerced/forced the Haitian parliament to** legalize administratively during their 19-year occupation of the island-nation from 1915-1934. **The Wilson administration also attempted to strong-arm the Haitian legislature into adopting a new Haitian Constitution in 1917 which was drafted by FDR (who was the** Assistant Secretary of the Navy at the time); **in order to further legitimize their occupation. During this occupation of Haiti, Washington DC took over the Haitian Treasury, economy and now looked to change the long-standing law against foreigners owning land(which had been implemented by Emp/Gen Dessalines). Washington DC then presented their new Haitian Constitution (which explicitly allowed foreigners to purchase and own land) to their puppet, President** Dartiguenave, and had him sign it and forward it to the parliament for ratification. After dissolving and electing a new Haitian Parliament twice for refusing to ratify their new American Constitution for Haiti; Washington DC stopped dealing with the Haitian legislative system and decided to have the Haitian people ratify their Constitution instead. Washington DC then organized a popular referendum, plebiscite, for their new Haitian Constitution and the results turned out to be what they wanted! The Haitian people voted and subsequently "approved" of their new American Constitution thru a "Constitutional Referendum" in 1918 (by a vote of 98,225 to 768)!

What's interesting is the fact that Washington DC rewrote the Haitian Constitution during their occupation and also "helped" to rewrite the Haitian Constitution in 1987 (after the overthrow of Duvalier). Both times the ens legis US rewrote the Haitian Constitution to benefit them and their cohorts. The presidency was weakened in Haiti's 1987 Constitution and it was rewritten to not only benefit Washington DC but also the foreign Arab/Jew oligarchy (which Washington DC has been cultivating in Haiti since their occupation). Haiti's Constitutional Referendum, was actually a pet-project of President Moise whom initially had one slated for April 25, 2021 until he received the HAITI REFORMATION PROJECT Tabula-Rasa Accord from the diaspora which outlined a new system of governance for Haiti and requested he conduct a Constitutional

Referendum also. This is when he decided to canceled it and reschedule his Constitutional Referendum for June 27, 2021 which included participation of the Haitian diaspora and people of the Republic of Haiti. President Moise's Constitutional Referendum was proposed unilaterally by him and the first of its' kind conducted in the Republic of Haiti since 1987. Regarding it, President Moise stated: "I have no personal interest to make changes to the Constitution. I will not enjoy changing the Constitution, the only interest that I have is to see my country move towards change, to see my country become governable moving forward".

The HAITI REFORMATION PROJECT Tabula-Rasa Accord, Cease-and-Desist Order, outlined a new system of governance and also exposed how Washington DC; the foreign oligarchical class; and political class in Haiti have been profiting off the genocide of Haitian people thru transitional; provisional; and occupational governments. The Constitutional Referendum scheduled for June 27, 2021 was also the first time that the people of the Haitian diaspora and Republic of Haiti were both participating and voting on legislation concerning their country (which is common practice among most modern nations). One major change which President Moise made was allowing members of the Haitian Diaspora to vote and run for office in Haiti; but he didn't include the original law against foreigners owning land in Haiti. The CORE Group Trust eventually forced President Moise to cancel his Constitutional Referendum scheduled for 27 June 2021, due to the Coronavirus, but he was able to reschedule it for September 24, 2021. Unfortunately, President Moise was assassinated before he could conduct his Constitutional Referendum consisting of the Haitian diaspora and people of the Republic of Haiti! The CORE Group-OAS Trust doesn't want any changes to their Haitian Constitution!

**The Haiti Reformation Project/Tabula-Rasa Accord also revealed that all of Haiti's natural resources have been claimed strategically by Washington DC and CORE Group-OAS Trust making Haiti a captured state of the Ens Legis UNITED STATES. This is why Haiti has been a target of Washington DC and the CORE Group-OAS Trust; and UN genocidal policies. One of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was to secure Haiti's natural resources for the people under a Cooperative Republic. The administration of President Jovenel Moïse had already been holding discussions with Qatar's Emir, His Highness Sheik Tamim Ben Hamad Al-Thani on ways to strengthen the relationship between their countries. The administration of President Moise sent Chancellor Bocchit Edmond at the head of a Haitian delegation composed among others of Jean Baden Dubois, the Governor of the Bank of the Republic of Haiti (BRH); of Cliffort Naud, Advisor to President Jovenel Moïse, of Charles Jean-Jacques, National Authorizing Officer and businessman, André Apaid (the guy who got Haiti placed under the CORE Group Trust) invited by his colleague, Mohammed bin Abdulrahman bin Jassim Al Thani, Deputy Prime Minister and Minister of Foreign Affairs, took an official visit to Doha, Qatar in order to assess bilateral cooperation, discuss investment, ways to support and develop them, and issues of common interest. On March 19, 2019, Chancellor Bocchit Edmond announced the decision of the Government of Haiti to open an Embassy in Doha explaining "[…] We have already established diplomatic relations with Qatar with the Qatari Ambassador of Santo Domingo also accredited in Haiti for several years. We decided to open an Embassy in Doha, Qatar". The Embassy of Haiti in Doha was**

established in August, 2019, and opened in November, 2019. **But after receiving the HAITI REFORMATION PROJECT Tabula-Rasa Accord he began talks with Qatar on how to process Haiti's vast carbon black deposits the same way Qatar does and began acquiring the tools for Haiti to develop these resources. This is due to the fact that the HAITI REFORMATION PROJECT Tabula-Rasa Accord is a Cease and Desist Order which returns all of Haiti's Natural Resources (which are claimed by the UNITED STATES as strategic reserves) back to the people under a Cooperative-Union.**

Another one of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was to nationalize the Indigeneous Army of Haiti and secure Haiti's natural resources for the people under a Cooperative Republic of both civilian/soldier. Even before President Moise had received the dossier containing the **Haiti Reformation Project/Tabula-Rasa Accord; he had been trying to** officially reintroduced the Haitian National Army, 22 years after it was disbanded by the administration of President Aristide thru UNSCR 1542. In his efforts to revive the Indigenous Army of Haiti President Moise reiterated: "The new Haitian Army will not be involved in politics... The new Haitian Army will not be involved in politics". President Moise was having problems equipping this military force he was trying to raise because the CORE Group-OAS Trust was against it. On Tuesday, January 25, Béatrice Nibogora, Spokesperson of Binuh, confirmed "There is no UN embargo on the acquisition of arms and ammunition for Haiti" there are only restrictions in the USA and in Canada. However, nothing prevents Haiti from equipping itself with other countries, advised Kenneth H. Merten, Chargé d'Affaires at the American Embassy in Haiti. **In fact, President Moïse was able to establish a diplomatic relationship with the Russian Federation, for this purpose, due to the administration of President Maduro. On June 2, 2021, at the National Palace, President Jovenel Moïse received the credentials of Sergey Melik-Bagdasarov, the new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation. In a message via social media, after the event, President Moïse wrote, "This Wednesday, June 2, I received the Letters of Credence accrediting Sergey Melik-Bagdasarov, as Ambassador of the Russian Federation in Haiti. During the discussions, we discussed the prospects for strengthening bilateral relations between the two countries". Ambassador Extraordinary and Plenipotentiary of the Russian Federation, Sergey Melik-Bagdasarov, is also the Russian Ambassador to Venezuela! It seems that President Moise was already in talks with President Maduro for the two nations to help start collaborating and because he was intent on facilitating assistance from Russia for help with the insecurity in Haiti and development of the Haitian military. It should be noted that the Federation of Russia was the first nation to officially recognize the Independence of Haiti and the people of Haiti have long requested for a Russian embassy to be installed in Haiti.**

The Federation of Russia was the first nation to recognize the Independence of Haiti and the people of Haiti have long requested for a Russian embassy to be installed in Haiti; President Moise made a smart geopolitical move to counter the exploitation of Haiti by Washington D.C. and CORE Group-OAS trust. On June 17, 2021, President Jovenel Moïse accompanied by his wife Martine and a large delegation left Haiti for the Republic of Turkey to participate in the Antalya Diplomacy Forum. On this trip President Moise accompanied by Laurent Lamothe met

with President Recep Tayyip Erdoğ an which is what sealed his fate. Turkey and Russia are close allies and because he couldn't make a direct accord with President Vladimir Putin (due to CORE-Group OAS and Washington DC); he established diplomatic relations thru President Erdo ğ an. In order to fulfill the mandate of the people, during these talks with Russia in Turkey, President Jovenel Moise signed an Accord and 12 documents with the Russian Federation to open an embassy in Haiti and assistance in development and reorganization of the military. This was a strong geo-political move and also a smart counter to the secret compromise France made with the American colonies; to keep the newly independent Haiti a marginalized nation, during the Louisiana Purchase. During this time President Moise also broke away, officially, from the PHTK party because he was trying to block a return to power of Michel Martelly as president because he knew it was dangerous for Haiti to remain a captured state of Washington DC, Clintons, and CORE-Group trust. Once the June 27, 2021 National Referendum for a new Constitution was canceled by the CEP; the "political opposition" was satisfied then the PetroCaribe protests and the illicit gang activity ceased. But then President Moise scheduled new elections in September which also included a National Referendum for a new Constitution on the same day which upset his "opposition" again.

President Moise was assassinated for signing an Accord with Russia (like Patrice Lumumbe) to help develop Haiti after his trip to Turkey with Laurent Lamothe. Haiti owes US nothing while the US owes Haiti everything. If Haiti wants to sign an accord with Russia to protect and develop Haiti then the CORE-Group-OAS-Trust must respect the Republic of Haiti's sovereignty because they're bringing back neo-colonial interests into Haiti, such as France, who were defeated during colonialism under Doctrine of Discovery. The US continued violating Haiti's sovereignty when they began placing a foreign Arab-Jew Levantine class in Haiti once their foray into the middle-east after WWII began with the establishment of Israel, a settler colonial state, to counter Russia began. It is this foreign oligarchal class of Arab-Jews from the Levant which has developed into a foreign oligarchy that dominates Haiti's government and economy to the detriment of the Haitian people. **President Jovenel Moïse signing an accord with the Russian Federation is a conflict of interest for the CORE Group Trust; just like when the administration Rene Preval signed a covert tripartite accord with Venezuela and Cuba in order to participate in the ALBA and PetroCaribe alliance. The Republic of Haiti operates on a three-tier system with Washington DC and the CORE Group OAS trust at the top; their foreign oligarchal class on the next; and the gendarmerie operating as the Government of Haiti on the bottom.**

There is nothing that happens in the Republic of Haiti without getting a stamp of approval from the US embassy first. Wall Street which plays a behind the scenes role in the formulation of US foreign policy and has a vested interest in retaining Haiti as a transshipment point for narcotics. The "narco-democracy" in Port-au-Prince is geared towards the protection of this multibillion-dollar narcotics transshipment trade through Haiti, from production sites in Colombia, Peru and Bolivia. Since the assassination of President Jovenel Moise; It has become clear to the HAITI REFORMATION PROJECT and Haitian diaspora that the various member states of CORE Group Trust **authorized** his assassination for executing the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. They were against him

conducting a National Referendum for a new Constitution nor engaging in a treaty with Russia. The assassination of President Jovenel Moise was an inside job in which Washington DC gave the green-light to their foreign oligarchical class and PHTK party. This is evident in the fact that the usual private Blackwater American contractors weren't guarding President Moise's residence that night and even though he made calls for help to the American embassy that night but never received any. **What makes President Moise's turn so significant is the fact that he was put in power by this three-tier system but turned on them for the Haitian people. President Moise was at odds with all these entities since the beginning of his term because he was against their purposeful exploitation of Haiti. The CORE Group Trust was his legal advisor and once they went against his Constitutional Referendum including the Haitian diaspora he went renegade on them.** The letter authorizing the first assassination attempt on President Moise came from the US embassy. **They were fine to just let his term run out but once he began establishing diplomatic relations with Russia, the CORE Group Trust gave their puppets the green light to get rid of him. The Core Group Trust (Washington DC, France, and Canada in particular) were fearful of the Republic of Haiti developing with the help of Venezuela and Russia.**

*The Core Group Trust is the legal advisor to President Moise and maintains control of all major political decisions in the Republic of Haiti so they were immediately against all mandates outlined by the Haitian diaspora in the* HAITI REFORMATION PROJECT/TABULA-RASA ACCORD; not just *President Moise holding a Constitutional Referendum on behalf of the Haitian diaspora and people of the Republic of Haiti. The CORE Group-OAS Trust sabotaged all efforts President Moise made to execute a National Referendum for a new Constitution and other mandates outlined in the HAITI REFORMTION PROJECT/Tabula-Rasa Accord until he was isolated and assassinated by the gendarmerie operating within the government of the Republic of Haiti on behalf of foreign interests. He had no support from the Haitin people because the media in Haiti portrayed him as a tyrant also. Even though the diaspora wanted it the Haitian people were coerced into protesting the National referendum.* **President** Moise was also at odds with the CORE Group Trust, at the time of his assassination, because he blocked all of the contracts they were utilizing to exploit Haiti. The letter which gave the greenlight and mandate for the first, February 7, assassination attempt on President Moise came from the US embassy! **The FBI have been in Haiti since July when they began investigating the assassination of President Jovenel Moise and still have nothing to show for it. This is a conflict of interest since Washington DC and the US embassy have been implicated in his assassination. It is clear thru their actions that they want Haiti to remain in the condition it's in today because they've blocked all efforts of the Haitian diaspora to rebuild Haiti since the 2010 earthquake and assassinated President Moise when he tried to implement the vision for a new Haiti outlined by the diaspora in the Haiti Reformation Project Tabula-Rasa Accord.**

The CORE Group Trust utilizes a conglomerate of international ambassadors, representatives, and organizations to manage Haiti on behalf of their interests. The People of **Haiti know that**

**there are two white women running Haiti for the global profit-over-people oligarchs. Their names are Michele Sison, the U.S. Ambassador, and Helen La Lime, the UN mission head in Haiti.** The top two diplomats operating in Haiti on behalf of the CORE Group Trust at the time of the assassination of President Moise happen to be former US diplomat and head of Africom; Special Representative of the Secretary-General for Haiti and Head of the United Nations Integrated Office in Haiti United Nations Integrated Office in Haiti (BINUH) Helen Ruth Meagher La Lime since 2018 and Michele J Sison who served as U.S. Ambassador and as U.S. Deputy Representative to the United Nations from 2014-2018; United States Deputy Representative to the United Nations; Ambassador Extraordinary and Plenipotentiary to Haiti from February 2018 to October 2020. These are the two most powerful ambassadors in Haiti whom run the show from behind the scenes.

*The fact is, the US Ambassador to Haiti Michele J. Sison (Key suspect) was decommissioned by President Moise on October 9, 2020 for meddling in Haiti's internal affairs. Ambassador Michelle J. Sison was also working behind the scene with the foreign oligarchical class to sabotage President Moise's efforts to hold a Constitut'onal Referendum on June 27, 2021 which included the Haitian diaspora. This wasn't the first time that Ambassador Sison was caught manipulating the internal affairs of a nation she was stationed at. Michele J. Sison was confirmed by the U.S. Senate on June 29, 2012 as US ambassador to Sri Lanka and Maldives; where she was implicated in a scheme to topple President Rajapaksa's Government. According to Minister Weerakoon "She told me she would give me and my family a green card and 'we will give you a house in the US, your children will get scholarships'. I replied that I was a man from the south and I didn't want what she was offering". According to JHU Minister Champika Ranawaka: "US Ambassador Michele J. Sison is Nurturing Muslim Jihadist Groups in Sri Lanka"!*

But even after *Michelle J. Sison* was recalled from her post as Ambassador by President Moise; she returned to Haiti and has been operating behind the scene since. Ambassador Michele J. Sison was sworn in as Assistant Secretary of State for International Organization Affairs on December 21, 2021 despite being recalled from Haiti by President Moise. Ambassador Sison has even been implicated in the planning of the assassination of President Moise with conspirators in the Dominican Republic. What's interesting is that Ambassador Michele J. Sison earned most of her net worth at the age of 61 years old and it didn't began growing significantly until 2020-2021 (after the assassination of President Moise)! Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself into the CORE Group-OAS Trust. The CORE Group-OAS Trust holds multiple meetings per month to discuss how to continuously manage their stranglehold on the Republic of Haiti and their 12 million Black inhabitants.

**The Haiti Reformation Project/Tabula-Rasa Accord also revealed that all of Haiti's natural resources have been claimed strategically by Washington DC and CORE Group-OAS Trust making Haiti a captured state of the Ens Legis UNITED STATES. This is why Haiti has been a target of Washington DC and the CORE Group-OAS Trust; and UN genocidal policies. One of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was to secure Haiti's natural resources for the people under a Cooperative Republic.**

**Haiti Wiki-leaks exposed the fact that the CORE Group-OAS Trust installed Martelly as President, whom wasn't elected, and chose Moise for the presidency also.** ***One of the most interesting things that President Moise did was he utilized the survey from the diaspora, which the HAITI REFORMATION PROJECT had served to him along with the Tabula Rasa Accord, to confront the Biden administration and CORE-Group OAS about the insecurity and kidnappings in Haiti. He asked for funding and materials to assist with it; once they refused he turned his back on them and actually stopped dealing with them and began looking for assistance elsewhere.*** President Moise stated that the kidnappings in Haiti are political. He also accused the media of working with the systematic gangsterism to undermine his administration. It was under the guidance of BINUᴴ that the increase in violence and kidnappings by criminal gangs to extort money from the Haitian population began. The United Nations and their Ambassador Helen La Lime have also endorsed the gangs of Haiti with their own confederation of the most powerful gangs in Haiti called G-9. This grouping of gangs was created under the auspices of the *National Commission for Disarmament, Dismantling and Reintegration*, confessed Jean Rebel Dorcenat, one of the leaders of the CNDDR. From their first UN Mission in Haiti to BINUH; the progressive occupations of Haiti by the UN have only made the situation worse. The gangs in Haiti play same role as the Ton Ton Macoutes during the Duvalier regime; President Aristide and the Fanmi Lavalas regime established them; President Martelly's regime armed and proliferated them. Most of the gangs causing insecurity in Haiti are led by chiefs whom run their communes and answer to the Haitian gendarmerie or foreign oligarchic class. Haiti is under control of the CORE Group-OAS Trust whom push insecurity while they rob people of the Republic of Haiti of their natural resources like Canadian mining company CVS or mining contracts to the Clintons for nickel, marble, gold, iridium, and oil. Which is why the CORE Group-OAS Trust doesn't want any changes to their Haitian Constitution! For instance, the UN has a program for Haiti's natural resources and keep the people impoverished while the island-nation is wealthy.

**The CORE Group trust, foreign oligarchal class, and government of Haiti are all implicated and conspired to assassinate President Moise. After the assassination of President Moise; President Macron of France stated he was sending troops to police Haiti's oil. After receiving reparations (Independence Debt) from Haiti; France went on to colonize a large swarth of Africa (assassinating 26 African Heads of state in the process) and continues to profit off of these nations while the US makes sure Haiti remained a failed state and underdeveloped. Due to the fact that African nations have allowed France to claim their natural resources for itself, France is now trying to claim Haiti's natural resources thru CORE Group Trust. If the US is willing to allow European nations into Haiti under a neo-colonial guise, then I don't see the reason why President Moise was assassinated for signing an Accord with Russia to introduce a Russian embassy into Haiti. Haiti's only value to America is as a resource colony and therefore treated as a redlined nation; who is kept under-valued and 1987 Constitution utilized by the CORE Group trust to exploit the island-nation. Since Haiti's independence its' been treated hostile by the international community because it's not a European nation; hence the presence of the joint stock company CORE Group-OAS Trust.**

In the aftermath of the assassination of President Moise there was a scramble for power among the political class in Haiti; as Prime Minister Claude Joseph immediately issued a "state of siege"; called for calm; and shut Haiti down under state of emergency. It seems that the confusion stems from the fact that Claude Joseph was the sitting PM and President Moise never got to inaugurate his new appointment of Ariel Henry before his assassination. On July 8, UN Special Envoy to Haiti, Helen La Lime initially stated that the world body would recognized Claude Joseph as PM. Despite the UN Special Envoy to Haiti La Lime's endorsement, neither the ens legis US nor any other member-states of the CORE Group-OAS Trust (Brazil, Canada, France, Germany, Spain, the European Union) nor the Organization of American States (OAS) explicitly recognized Claude Joseph as Prime Minister! Interim PM Claud Joseph who is connected to NED(CIA) immediately requested military assistance from Washington DC. after the assassination which the US rejected. He made another request a couple days later which the US military is pondered. It's seemed that PM Joseph, who lifted the state of emergency quickly, was trying to get another US military occupation in Haiti so transitional governments can keep profiting off of the genocide of the Haitian people. After the assassination Reginald Boulos hired lobbyists in America to push for Joseph Lambert as head of a new provisional government. Joseph Lambert (convicted of illicit drug activities and implicated in PetroCaribe scandal) also claimed he was the next successor, as Head of Senate, in line after the assassination of President Moise. He was rebuffed after requesting to be made president of a provisional government for "serving the US for 25 years".

What's ironic is that Ariel Henry, whom Michel Martelly and the PHTK party had forced/coerced President Moise to appoint as Prime Minister just 2 days prior to his assassination, went AWOL and was nowhere to be found. It seems that he went into hiding at Hotel Montana, after the assassination, until the police could locate him and then he emerged to claim that he was the rightful Prime Minister not Claude Joseph. The assertion of Claude Joseph as PM by UN special envoy to Haiti Helen La Lime stood until Ariel Henry emerged to claim the post. Then Claude Joseph held on to the reigns as PM until the CORE Group-OAS Trust came out in support of Ariel Henry as PM. This was a disconcerting turnaround after the Head of the United Nations Integrated Office in Haiti (BINUH) told the United Nations Security Council on July 8 that the Prime Minister **Claude Joseph was the responsible leader.** The CORE Group-OAS Trust then issued a statement in Port-au-Prince stressing the need for "a consensual and inclusive go "To this end, it (the Core Group) strongly encourages the designated Prime Minister Ariel Henry to continue the mission entrusted to him to form such a government," the statement added. Ariel Henry is a longtime agent of Washington DC and served them well during the provisional government of Gerard Latortue in 2004 which facilitated the takeover of Haiti by the joint-stock corporate trust CORE Group thru *UNSCR 1542*. He also served under the administrations of President Preval and President Martelly. Ariel Henry was never officially sworn in as the Prime Minister of Haiti, resulting in the conflict between him and PM Claude Joseph.

The joint-stock corporate trust CORE Group-OAS are the true tyrants in Haiti but are good at writing boilerplate rhetoric outlining their self-proclaimed neutrality, professionalism or impartial position in order to cover their tracks. They determined Haiti's replacement after

the assassination of President Moïse not the people which is a violation of Haitian sovereignty, Geneva Convention, and International Law.   The CORE Group-OAS Trust basically recognized Ariel Henry as the PM (citing the amended 1987 Constitution of Haiti) through a press release and tweet!   They then issued another statement on July 18, 2021 in order to pacify Haitians after they assassinated Haiti's president; *"the members of the Group express the wish that all political, economic and civil society actors in the country fully support the authorities in their efforts to restore security on the throughout the country, including in areas currently plagued by gang violence, to organize free, fair, transparent and credible legislative and presidential elections as soon as possible, and to ensure that every citizen benefits from adequate state services"*.   On July 20, 2021; Haiti's government "formally" appointed Ariel Henry as Prime Minister. Ariel Henry is a 71-year-old neurosurgeon who was tapped by President Moise to be the new Prime Minister, just days before his assassination, but was never formally sworn into the position. Then on July 22, 2021, Washington DC appointed Ambassador Daniel Foote as special envoy to help coordinate U.S. assistance in Haiti, including efforts promoting long-term peace and elections in the aftermath of the assassination of President Jovenel Moise.

U.S. Secretary of State Antony Blinken called on the new Haitian Prime Minister Henry to seek broad political consensus as he establishes the government's priorities and to work quickly to establish conditions for free and fair elections.   The CORE Group-OAS Trust of international ambassadors and representatives then urged "the formation of a consensual and inclusive government."   Ariel Henry was appointed as Prime Minister by President Moise with a mandate of conducting elections for a new government; which was supposed to happen along with the Constitutional Referendum consisting of the people of the Haitian diaspora and Republic of Haiti which was canceled due to the CORONAVIRUS pandemic and postponed to September.   The Constitutional Referendum was eventually postponed again by acting Prime Minister Ariel Henry to February 2022 and canceled later on.   Washington DC and all other embassies in Haiti issued public statements in support of the unelected, de facto, government of Prime Minister Dr. Ariel Henry; thus, disenfranchising the Haitian people once again.   Ever since the assassination of President Moise the illegitimate de facto government of Haiti, appointed by the UN and CORE group, has been trying to get another foreign occupation of Haiti which the UN, Washington DC, DR, and Clintons are all after.   PM Henry was supposed to hold elections for a new consensus government in December but Canada canceled them because if Haiti develops itself; the CORE Group-OAS Trust wouldn't be able to operate in Haiti illegally and exploit the island-nation for their benefit.   It wasn't until a couple months later that pro-government militant Rosemond Jean would reveal that the document which Ariel Henry gave to the CORE Group Trust which authorized a transfer of power to him was suspect.   Rosemond Jean Revealed that Henry actually recovered the document from President Moise's residence after the assassination!

The CORE Group Trust was against President Moise holding a National Referendum for a new Constitution and by appointing Ariel Henry as PM (who has been implicated in the assassination of President Moise); the CORE Group-OAS Trust has managed to place another transitional,

unelected, de facto government in Haiti; thus, disenfranchising the Haitian people thru their neo-colonial policies once again. Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself into the CORE Group-OAS Trust. This was done, to cover their tracks, and commence the transitional government of PM Ariel Henri which will continue to exclude the majority of the Haitian people. The CORE Group-OAS Trust also made former DCPG chief Leon Charles, who has also been implicated in the assassination plot of President Moise, an Ambassador and Permanent Representative of Haiti at the OAS. With the successful assassination of President Moise and appointment of Ariel Henry as PM; Washington DC has managed to destabilize and place another transitional government in Haiti.

Ironically, President Moise was assassinated immediately after he was coerced/forced into nominating Ariel Henry as Prime Minister by Michel Martelly and the PHTK Party. On September 14, 2021 in a letter to the judge overseeing the investigation into the assassination of President Moise, Haiti's Chief Prosecutor, Bedford Claude, asked a judge to charge Prime Minister Ariel Henry in the assassination of President Moise. Phone records have revealed that PM Ariel Henry communicated with Joseph Felix Badio, former Justice Ministry official and key suspect in the assassination, the night of the assassination at 4:03 am and 4:20 am on July 7; in-which they had a 7-minute conversation. This is incriminating due to the fact that phone records revealed that the Columbian "mercenaries", whom invaded the president's residence, were on the phone that same night with someone who told them to pull the trigger after they described President Moise over the phone. Authorities in Colombia said that the Colombian nationals being held for the assassination of President Moise told investigators the order for the murder came from a former official of Haiti's justice ministry. "Joseph Felix Badio, who was a former Ministry of Justice official who worked on the anti-corruption commission with the General Intelligence Service, told Capador and Rivera that what they need to do is assassinate the president of Haiti," according to Colombian police director Gen. Jorge Luis Vargas.

PM Henry in turn fired the Chief Prosecutor and Justice Minister Rockefeller Vincent for exposing this incriminating evidence, from his investigation, which implicates him in the president's assassination. Following this incident, PM Henry went on an interview with CNN and claimed to "have no recollection of the telephone call or if it took place" and "I have no

interest in being associated with these people and I have never been or never will be". It is a well-known fact in Haiti that Henry and Badio are childhood friends. During that same interview PM Henry stated that the Colombian mercenaries were innocent and his intentions on releasing them from prison thus incriminating himself even more. During the interview with CNN PM Ariel Henry also stated that "Haitian cooperation with the US is good and that he means it to remain so". The people of Haiti then began blocking the distribution of gas and demanding the decommission of the illegitimate defacto government of PM Henry who has been implicated in the assassination of President Moise. PM Henry requested aid from Washington DC to unblock the gas in order to enforce his illegitimate power over the Haitian people.

This isn't the first time that someone President Moise appointed as Prime Minister has been implicated in an assassination plot against him. In February of 2019, nationwide Petrocaribe protests broke out again when president Moise's government attempted to end fuel subsidies. Amid these Petrocaribe protests five heavily armed American mercenaries accompanied by a Haitian emissary were arrested and detained by the Haitian police on February 18. The five Americans were detained by the Haitian National Police after being caught with weapons and military equipment during a traffic stop. They were identified as Christopher Michael Osman, Kent Leland Kroeker, Christopher Mark McKinley, Dustin Porte and Talon Ray Burton. At least two of them are former Navy SEALs; another two also served in the U.S. military, and the fifth man has worked as a contractor with the Department of Homeland Security. In comments to CNN, PM Jean-Henry Ceant described the men as "mercenaries" who wanted to "target the executive branch of the government". The only reason PM Ceant wasn't successful in his assassination attempt on President Moise in a grab for power is because the Haitian National Police weren't 'in on it' this time around. According to a March 20 2019 article by Haiti Liberte these professional military men were on a "secret mission" on behalf of President Moise. Their mission was to electronically transfer the remaining 80 million of Petrocaribe funds to a private account controlled solely by the president (Haitian media implicating him in the PetroCaribe scandal again).

During this process I had also been consulting with Ezilio Dante of Haitian Lawyers Network (HLN) who was of the notion that President Moise was working with CORE Group-OAS and the foreign oligarchical class to destroy Haiti for the Ens Legis UNITED STATES; but we were further from the truth. After the assassination of President Moise it has become even clearer

that he was actually working to change Haiti for the better.  Before President Moise was assassinated, he got rid of a lot of contracts which had reduced the government of Haiti to a piggy-bank for the foreign oligarchical class, CORE Group-OAS, and Washington D.C.  His effort to conduct a Constitutional Referendum has exposed that the system in Haiti isn't working in the best interest of the people.  I went on a Haitian show called "Moun Afe Bon" to speak about this and also a class action lawsuit I had file at Bronx Supreme Court to the Haitian people. What's ironic is that I mentioned on that show how the Haitian government had blocked my Uni-lateral Declaration of October 18 which was an investigation into the 2010 earthquake and how the US was running emergency relief drills before the incident that just happened to go "live".    Then just two days later Haiti was hit with an earthquake on August 14, 2021 which destabilized the Southern region and exacerbated the situation because the island nation hasn't truly recovered from the 2010 earthquake.

Ever since the assassination of President Moise the illegitimate de facto government of Haiti, appointed by the UN and CORE group, has been trying to get another foreign occupation of Haiti which the UN, Washington DC, DR, and Clintons are all after.  The people of Haiti are currently blocking the distribution of gas and demanding the decommission of the illegitimate defacto government of PM Henry who has been implicate in the assassination of President Moise. PM Henry has requested aid from Washington DC to unblock the gas in order to enforce his illegitimate power over the Haitian people.  With the assassination of President Moise and appointment of Ariel Henry as PM; Washington DC has managed to destabilize and place another transitional government in Haiti.  Washington DC and all other embassies in Haiti have issued public statements in support of the unelected, de facto government, of Prime Minister Dr. Ariel Henry; thus, disenfranchising the Haitian people once again.  Andre Michelle, who rallied the Haitian people against the Constitutional Referendum thru peyi-block is also part of this transitional government.  The people of Haiti have taken notice that all of the leaders of the colorable PetroCaribe movement, who were in the streets protesting with them, have taken positions in the defacto government pf Ariel Henry but have yet to fulfill any of their promises and conditions are actually worse.


President-elect Biden welcomed migrants to the Mexican border on the campaign trail as a strategy to counter President Trump but once elected he changed his stance on the policy due to Haitian migrants.  Late September of 2021, images of U.S. Border Patrol agents on horseback chasing Haitian migrants along the Rio Grande went viral.   The Haitian migrants had just bought food in Mexico and were attempting to return to an encampment, near the International Bridge in Del Rio, Texas, on the U.S. side of the border.  About 14,000 Haitian migrants had been gathering at the impromptu encampment underneath the International Bridge in Del Rio, Texas and were being ignored until the images went viral.  The "horrifying" images of Haitian migrants being rounded up by border agents on horseback (with whips) and others of pregnant women and children without food or water in blazing desert heat brought even more attention to the "crisis on the border".  What's ironic is that in 1816 about 200 French-speaking Haitian soldiers were sent by ship to Texas to join the struggle to free Texas and end Spanish rule and slavery there.  The fact that the first anti-slavery fighting men in the annals of Texas history were black Haitians has long been erased from the pages of traditional Texas history books!

The Biden administration responded by denouncing the images and then began to carry out deportations of the Haitian migrants under a previously obscure public health law, Title 42 which allows for immediate deportation of asylum seekers, was also utilized for summary expulsions by the Trump administration!  The Immigration and Customs Enforcement (Ice) bureau started flying hundreds of Haitian migrants out on multiple flights every day, without the opportunity for asylum appeals or hearings.    Democratic lawmakers began slamming the Biden administration for its' treatment of Haitian migrants and urge him to stop deporting them back to Haiti from the US.  Immediately repatriation flights from Del Rio to Port-au-Prince, Haiti began and the Department of Homeland Security eventually repatriated them back to Haiti.  According to DHS Secretary Mayorkas an estimated 8,000 Haitians were voluntarily expelled back into Mexico.  The head of the UN refugee agency, Filippo Grandi, has stated on record that the use of Title 42, without any due process or screening for potential peril faced by deportees is a violation of international law.

The Biden Administration has used Title 42 as the pretext to detain and deport thousands of Haitians that have amassed at the US-Mexico border seeking asylum and humanitarian relief.  Last year, the Center for Disease Control under the Trump administration issued a public health order under Title 42 which sanctioned the immediate deportation of unauthorized border crossers and asylum seekers because of fear of COVID-19 infections.  As the removal of migrants is labeled an "expulsion" and not a "deportation", they have no due process claims and do not have the right to a hearing before an immigration judge.

After the incident with Haitian migrants at the Mexican border; the Special Envoy for Haiti, Ambassador Daniel Foote, published a scathing resignation **letter to the ens legis US State Dept. and Secretary of State Antony Blinken** in protest over Washington DC's policy towards Haiti, **stating:    "I will not be associated with the United States' inhumane, counterproductive decision to deport thousands of Haitian refugees and illegal immigrants to Haiti,** a country where American officials are confined to secure compounds because of the danger posed by armed gangs in control of daily life".  **Daniel Lewis Foote** is an American diplomat and career member of the Senior Foreign Service (SFS) who was a member of the Biden administration's delegation to President Moïse's funeral and made the United States Special Envoy for Haiti after the assassination of Jovenel Moïse on July 22, 2021.  Daniel Foote chose to resign from his post as Special Envoy, effective immediately on September 23, 2021, rather than carry out the Biden administration's inhumane plans to deport refugees from Haiti currently at the U.S.-Mexico border.  He also stated that the United States had ignored and dismissed his recommendations regarding U.S. policy in Haiti.    Adding that the Biden administration's plan for the refugees is "deeply flawed", Foote went on to comment that sending the refugees back "will fuel further desperation and crime"; he also described Haiti as a "collapsed state is unable to provide security or basic services"; and predicted "calamitous consequences not only in Haiti, but in the U.S. and our neighbors in the hemisphere".

What's interesting is that in this resignation letter of September 22, 2021 Ambassador Foote

alluded to the Core Group Trust and their anti-democratic intervention in Haiti by appointing Ariel Henry as Prime Minister after the assassination of President Moise citing: "Last week, the U.S. and other embassies in Port-au-Prince issued another public statement of support for the unelected, de facto Prime Minister Dr. Ariel Henry as interim leader of Haiti, and have continued to tout his 'political agreement' over another broader, earlier accord shepherded by civil society". The former Special Envoy for Haiti also mentioned the fact that PM Ariel Henry is implicated in the assassination of President Moise: "There are allegations, there are phone records, that indicate that he had several conversations before and after the assassination with one of the prime suspects," said the ambassador, adding: "Ariel Henry has some questions to answer for his citizenry". In his resignation letter, Daniel Foote was calling Washington DC and the CORE Group trust out because they've been implicated in the assassination of President Moise, illegal appointment of PM Ariel Henry, and are responsible overall for the current political climate in Haiti. In late September of 2022 Daniel Foote revealed that the Biden administration appointed and continues to support Dr. Ariel Henry (who took power as both acting prime minister and acting president after the assassination of President Jovenel Moise) because he was willing to accept Haitian migrants who have rushed the U.S. border. According to Foote; Henry agreed to take in the Haitians from Texas and the Biden administration stopped pushing for democracy on the Caribbean nation.

Since the revolution and independence of both nations; French and American racism/colonialism have existed alongside proclamations of; "All men are created equal"; and Universal Human Rights causing cognitive dissonance of both nations. A good comparison is how "black" migrants were treated in comparison to "white" migrants fleeing Ukraine at the border Polish and how receptive the Biden administration has been to "blonde haired, blue eyed" migrants fleeing the war in Ukraine but not to Haitians (whom are right next door). But the ens legis US is still dismissive; even when the double standards in their policies and racial hypocrisy are exposed like the "Ottawa Initiative on Haiti". Ever since the incident with Haitian migrants at the border in September of 2021; the Biden administration has deported nearly as many Haitians in his first 12 months in office (20,200+) as were deported during the previous 20 years (22,000-23,000) under three different previous presidential administrations!... The US not only criminalizes Haiti to the world they also do the same with "African-Americans". Since then they've been implementing policies which keep Haiti mired in poverty to this day. This is the reason why Haitians are continually persecuted to remove and destroy any idea of success in their minds so they don't look at their history with pride or any sense of cultural superiority. The negative portrayal of African-Americans by the US media makes both Africa and the world view them in a negative light. Daniel Foote was eventually replaced by ***Kenneth Merten who was appointed as the new Chargé d'Affaires of Haiti by the Biden administration in October of 2021. Kenneth Merten is the former United States Ambassador to Haiti from 2009 to 2012. Kenneth Merten was made infamous by Haiti Wiki-leaks in the aftermath of the 2010 Haiti earthquake; when they revealed that he*** cheerfully titled a section of his situation report ***"THE GOLD RUSH IS ON!"***.

In September, PM Henry dismissed the members of the Provisional Electoral Council (CEP) through a presidential decree. After the migrant crisis at the Texas border, Haiti went viral in the US media once again when the 400 Mawozo gang kidnapped a group U.S. and Canadian missionaries! The Core Group Trust has overseen the deuteriation of all aspects of life in Haiti as highlighted by the kidnapping of 100 Haitians in one morning in the Port au Prince neighborhood of Martissant and then a group of Christian missionaries a few days later. The group of missionaries affiliated with the Ohio-based Christian Aid Ministries, including 16 Americans and one Canadian, are being held by a gang called "400 Mawozo". The group has demanded a ransom of $1 million per hostage ($17 million in total) for the release of the 16 Americans and one Canadian who were in Haiti as part of a "missionary-visit".

The White House stated that President Biden was briefed on their situation daily. Washington DC eventually came out with a statement of; "sending US special forces to "rescue" the missionaries in Haiti if the Haitian government doesn't pay the 17 million ransom". Haiti's new Justice Minister Quitel, said the FBI and Haitian police have been in contact with the kidnappers but the negotiations could take weeks, the Wall Street Journal reported. The mockingbird US media tried to use this event to get another foreign military occupation in Haiti by spotlighting how prevalent kidnapping is in Haiti. But the gangs of Haiti never kidnap anybody from the oligarchal class, of significance, or any other sector which are oppressing Haitians. On November 21, two of the hostages were released, followed by three more on December 3. The final 12 missionaries who remained captives of 400 Mawozo executed a daring escape plan to free themselves from their captors after they were "nudged" by God, officials from Christian Aid Ministries said at a press conference on December 15, 2021.

The claim is this group of 12 Christian missionaries kidnapped by the 400 Mawozo gang in Haiti managed to sneak past guards and use the light of the stars and moon to escape over rugged terrain (with children in tow). Nothing occurs in Haiti without permission of the CORE Group-OAS trust or the ens legis US embassy. Ever since the assassination of President Moise the government of Haiti and Washington DC have been trying to get another military occupation in Haiti. The alleged kidnapping of 17 Christian missionaries is a possible false flag event orchestrated to get a USA military occupation in Haiti. There were several different reports of how they escaped and it's not clear if any ransom was payed. The 400 Mawozo gang implicated in the kidnapping has been connected to CORE Group-OAS trust, Ambassador Helene La Lime, Michelle Martelly, PM Ariel Henry, and even Justice Minister Quitel. In Haiti there is a term known as "legal bandits" which was popularized by Michel Martelly and PHTK party. The fact that the 400 Mawozo gang is connect to the captured Haitian state was revealed when the "leader" of 400 Mawozo Joseph Wilson, alias "Lanmò San Jou" threatened to kill 4,000 Haitians if the government of PM Ariel 400 Mawozo member "Yonyon" was killed while in jail. 400 Mawozo was created in 2016 and has been expanding significantly since 2018, a security analyst told InSight Crime. The lucrative Haitian criminal economy gave the group the financial muscle to recruit more members and arm them. For several months the gang has been engaged in gun fights in Martissant and controlled the only route connecting Port-au-Prince to the northern part of Haiti.

A senior State Department official told CBS News that there are probably between 3,000 and

4,000 gang members in Port-au-Prince, and that the gangs are in "loose coalition with each other and have ties of some type to political figures". Gang members in Haiti walk around with clothes that don't look that fancy, but each of them carry AK-47s and Uzis and weapons that cost seven thousand dollars apiece. How do these guns get past the embargo placed on Haiti by ~~Washington DC? The ports in Haiti have been privatized; but who owns these ports? A~~ foreign oligarchy which consists of a Syrio-Lebanese class. They fund illicit activities such as a wave of kidnappings that have taken hold of the country, a project of these 11 families, to displace that population from these areas and some other areas within the country so that they can take it and do their own idea of development. In fact, the gangs are being utilized to block Martissant in order to hide illegal mining activities going on in Leogane.

The story has died down ever since the "escape" of the 12 missionaries but what's ironic is that there was not as much uproar within US media when Haiti Wiki-leaks exposed Laura Silsby and 10 other Christian U.S. missionaries whom were caught trying to leave the county with 33 children in the aftermath of the 2010 earthquake. None of the children whom the missionaries were attempting to smuggle them out of country were orphans and despite evidence that the US missionaries were associated with child sex traffickers; the Haitian Justice system "prodded by the Clinton's diplomatic efforts" released them. A Haitian judge ended up ruling in favor of the release of these 10 U.S. missionaries accused of kidnapping 33 children and trying to take them out of the earthquake-stricken country. I remember tracking these events and these were the first revelations which would go on to expose Clinton involvement in a global child sex-trafficking network ran by Jeffrey Epstein connected to elite social circles. But once this news made it stateside the Orwellian US Mockingbird media turned it into a "Pizza-gate" "conspiracy theory". In fact, President Moise not only worked with President Trump on the Clinton Foundation/CIA theft of gold in Haiti but he also provided direct evidence to the NSA and US military Intelligence on the submarine the Clintons and Epstein used to traffick hundreds of thousands of children across the world.

The CORE Group-OAS Trust is a neo-colonial organization working to keep Haiti a dilapidated nation in order to exploit it. **President Moise requested assistance, with the kidnapping problem, from the international community during his tenure but never received any. The gangs in Haiti are all financed by the political and foreign oligarchical class, who are all affiliated with one gang or another. In fact, the new Haitian Justice Minister Liszt Quitel, whom PM Henry placed in power after revoking Justice Minister Rockfeller Vincent for exposing his complicity in the assassination of President Moise, has just been revoked for his connection to the kidnapping gangs. A lot of these Haitian gang members are also police and gain refuge in the Dominican Republic whenever they want to escape justice. In fact, it has recently been revealed that a lot of the "gang members" in Haiti are actually Dominicans whom have been sent there from DR to terrorize the Haitian population.** According to Brian Concannon founder of the Institute for Justice and Democracy in Haiti, a US-based rights group: "gangs' control about half the country, as well as half of Port-au-Prince". On May 3, of 2022 the true leader of 400 Mawozo Germine Joly, who also goes by "Yonyon," was extradited from Haiti by U.S. authorities and charged with a conspiracy to commit hostage-taking for his alleged role in the kidnapping of 16 American missionaries

from an Ohio-based charity in the Haitian capital last year. He was indicted by a federal grand jury in Washington, a week after he was transferred to the ens legis UNITED STATES from a Port-au-Prince prison to face additional charges over his alleged participation in a separate criminal conspiracy to violate U.S. export laws by smuggling firearms to Haiti. The administration of President of Jovenel Moise repeatedly requested aid, from members of the CORE Group-OAS Trust, with the gangs which terrorized the Haitian population during his administration. But never received any, in fact they blocked all his attempts to purchase weapons or bring back the Haitian military for help with them.

The CORE Group-OAS Trust were also aware of the plot to assassinate President Jovenel Moise and helped to facilitate the events at his residence the night of July 7, 2021. A major factor for the member states, embassies and officials of the CORE Group-OAS Trust turning their back on, President Jovenel Moise; not protecting him and in fact conspiring with the government of Haiti was due to a June 17, 2021 trip he took to Turkey. On this diplomatic mission he signed some type of accord for aid and development of Haiti with Russia which is a conflict of interest for the CORE Group-OAS Trust. Upon his return from this trip Michel Martelly coerced him into appointing Ariel Henry as PM. President Moise then appointed Ariel Henry as PM with a 3-month mandate to hold elections for a new government. Immediately after appointing Ariel Henry as PM; President Moise was assassinated. Once the PHTK party had Ariel Henry nominated as PM (his replacement); President Moise was assassinated! Not only was Ariel Henry illegally appointed PM by the CORE Group-OAS Trust his mandate is also up already.

The confusement in the aftermath of the assassination of President Moise and appointment of Ariel Henry as PM gave rise to the Montana Accord in August of 2021. The emergence of a broad civil society platform, the Commission for the Search for a Haitian Solution to the Crisis, holds promise with a credible path forward. Its virtue lies in the national and sectoral scope of its representation and its sustained political engagement, which in August 2021, gave rise to what has become known as the Montana Accord. The two-year transition governance timeline outlined by the Montana Accord probably places national elections in 2023. Ironically, the Montana Accord is named after the hotel in Haiti where the accord was signed (which also happens to be the same hotel which Henry utilized as a hideout after the assassination of President Moise). As of August 30, 2021, the Montana Accord is said to have included 418 civil society organizations, 105 popular organizations, and 85 political parties from across Haiti's political spectrum (which form the Montana Group). In the interim, the 1987 Constitution, which does not envision anything like the Montana Accord, casts a shadow over the entire proposal. The Protocole d'Entente Nationale (PEN) is a political party coalition and another accord which is connected to Joseph Lambert and consists of a coalition of some 70 political organizations and social groups. The Montana Accord has generated a plausible transition formula out of the crisis and become more relevant by establishing ties with the, the Protocole d'Entente Nationale (PEN), a coalition of some 70 political organizations, and social groups.

Washington DC is using civil society organizations to further destabilize Haiti, like they did with Venezuela and PdVSA, by utilizing them to form accords in order to legitimize the "government" of PM Ariel Henry. A plethora of organizations claiming to represent the diaspora came together for the "Haiti Unity Summit" held from January 13-19, 2022 at the

Southern University Law Center, Nelson Mandela Center for Public Policy, in Baton Rouge, Louisiana. The Haitian Diaspora Federation (HDF), The Haitian Medical Association (AMHE), the Haitian Diaspora Political Action Committee (HDPAC), the Coalition of Haitian Diaspora Organizations (COODAH); Movement Patriotique Des Haitiens Conscients (MPHC); Haitian Diaspora United for Haiti (HDUH), Tribune Politique Des Femmes (TPF), Ayiti Dapres Fanm Peyizan Ak Fanmi'l (ADFPF), and its Haiti affiliated organization GIPHADREC, partnered to form a Haitian Diaspora Interest Group to convene the "Haiti Unity Summit". Despite the presence of all these non-profits, "Haiti Unity Summit" had minimal actual engagement and participation of the Haitian diaspora in molding their "Accord". The summit gathered seven protagonists of the different "Accords": Accord Montana, Accord Cesco, Accord Pen, Akor Lari'a, Accord Du Millieu, Accord Kontra Ped La, Accord Tribune, and Politiques Des Femmes in order to combine them into one single entity. The "Haiti Unity Summit" ended up with the "Louisiania Accord" and selecting Fritz Alphonse Jean, economist and former governor of Haiti's Central Bank, as its transitional president and Steven Benoît, a former Haitian parliamentarian who ran for president in the 2015, as Prime Minister. These announcements put in motion the first phase of the proposed transition. Now comes the hard part. Fritz Jean has also been implicated in drug activities, stealing from Haiti's Central Bank, and implicated in Aristide's gang activity.

The mandate of PM Ariel Henry concluded on the same day as the end of the late President Moise's term on February 7, 2022. But PM Henry has refused to leave office and is being supported in his actions by the CORE Group-OAS Trust which has rendered the government of Haiti unconstitutional. In response to these various accords Pm Ariel Henry has come up with his own, September 11 Accord, which allows him to remain in office past the disputed end of his mandate; reconstitute the provisional electoral council (CEP); generate a constitutional reform process; and hold elections later in 2022. The September 11 Accord is a combination of disparate political factions that favor the core of Henry's transition plan. *After CORE Group-OAS Trust employee US Ambassador Kenneth Merten failed to get the government of Haiti to rally around one specific accord he announced the end of his mission in Haiti. On April 15, 2022, the United States designated another Chargé d'Affaires for Haiti, Nicole D. Theriot, who has been on a diplomatic mission in Haiti since July 2020.* A country that was governed at the time of the 2004 coup by approximately 7000 duly-elected officials (local Kazèk, mayors, legislators, president), 19 years later, on this February 1, 2022, Haiti counts not a single legitimate leader in office to direct the destiny of 12 million people. After 15 years of foreign tutelage, in 2020, Haiti ranked 169th in terms of HDI. Indeed, during the period of foreign occupation (2004 to present), the socio-economic situation of Haitian families has deteriorated dramatically. Over the same period, Rwanda, a country recovering from horrendous socio-political trauma, significantly improved its human development performance, moving its HDI from several points below that of Haiti in 2004 and surpassing it since 2011.

All of the aforementioned accords benefit the CORE Group-OAS Trust not the people of the Republic of Haiti. The HAITI REFORMATION PROJECT TABULA-RASA ACCORD is a Cease and Desist Order to all parties violating the sovereignty of the Republic of Haiti which also outlines the new system of governance the Haitian diaspora wants to see implemented in Haiti. Despite what the machinations of the CORE Group-OAS Trust would have the public believe, The HAITI REFORMATION PROJECT TABULA-RASA ACCORD of March 26,

2021 which was served to the US State Dept.; administration of President Jovenel Moise; the United Nations; the CORE Group Trust and the Republic of Venezuela is the only valid accord on record which represents the Haitian diaspora. I didn't receive a response from any other parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2020 to the people of the Republic of Haiti. *Even though the diaspora wanted it the Haitian people were coerced into protesting the National Referendum for a new Constitution. He had no support from the Haitin people because the media in Haiti portrayed him as a tyrant also.*

Although President Jovenel Moise was sabotaged and maligned in his efforts to work on the mandates outlined in the HAITI REFORMATION PROJECT TABULA-RASA ACCORD by the CORE Group-OAS Trust; he was still able to act on several of them. Not only did he implement a National Referendum for a New Constitution he was also working on returning the Haitian military; securing Haiti's natural resources for the people; and began addressing the corruption and capture of state government by a foreign oligarchal class placed in the Republic of Haiti by the ens legis US. *The CORE Group-OAS Trust and their minions sabotaged all efforts President Moise made to execute a National Referendum for a new Constitution and other mandates outlined in the HAITI REFORMTION PROJECT/Tabula-Rasa Accord until he was isolated and assassinated by the gendarmerie operating within the government of the Republic of Haiti on behalf of the CORE Group-OAS Trust.* Even on the June 17, 2021 trip which President Moise took to Turkey, on which he signed a secret accord with Russia to develop Haiti; he was working on one of the mandates outlined *in the HAITI REFORMTION PROJECT Tabula-Rasa Accord.* Within one month of signing this accord with Russia, President Jovenel Moise was assassinated and replaced by the CORE Group-OAS Trust in order to keep him from completing the Accord he began with the Federation of Russia on his June 17, 2021 trip to Turkey. On this trip to Turkey, President Moise was executing the mandates of the HAITI REFORMATION PROJECT Tabula-Rasa Accord which he began implementing once he introduced a National Referendum for a new Constitution on June 27, 2020 to the people of the Republic of Haiti.

**In October of 2021 Mario Palacios Palacios, a former Colombian military officer, was arrested in Kingston, Jamaica after surrendering to authorities. The arrest had remained secret until recently when Palacios' arrest was confirmed by multiple Haitian and Jamaica sources speaking to the Miami Herald on the condition of anonymity. "The Jamaica Constabulary Force can confirm that an individual alleging to be a Colombian national has been arrested in Jamaica on immigration breaches" the JCF said in a statement. "He has subsequently become the subject of an INTERPOL Red Notice as of today, October 21, 2021. We are working with our international partners in line with our established treaties and protocols."** Jamaica was supposed to extradite the former Colombian military officer implicated in the assassination of President Jovenel Moise to Port-au-Prince, but as of this date he's still in Jamaica. The authorities said that he was on the same Avianca flight that escaped thru the DR with other members of the Colombian commando unit that allegedly assassinated President Moise. The arrest of **Palacios** became public on the same night that DCPG Chief Leon Charles submitted his resignation and was promoted to an ambassador of CORE Group-OAS.

President Jovenel Moise was assassinated and replaced with one of the key suspects of the assassination plot by the CORE Group-OAS Trust. The CORE Group-OAS Trust is manipulating things behind the scenes in Haiti by attempting to legitimize their illegally appointed Prime Minister, Ariel Henry, and utilizing their civil-society organizations to produce an accord as the "Haitian diaspora" without any semblance of respect of the sovereignty of the Haitian people. Take in mind that it is the Haitian civil-society organizations which the ens legis US, Canada and France utilized to place the Republic of Haiti under the trusteeship of the joint-stock company CORE Group like Kosovo; and they're trying to rob the Haitian people of their sovereignty again! For instance, the Minister of Foreign Affairs, Mélanie Joly, hosted a foreign ministers' meeting on Haiti on January 21, 2022 which was opened by Prime Minister Justin Trudeau and the CORE Group-OAS Trust's, illegally appointed puppet, Prime Minister Ariel Henry. The meeting between the two "Heads of State" provided an opportunity for discussion between Haitian officials, foreign ministers of like-minded democracies and representatives of multilateral organizations, including the United Nations, the Caribbean Community (CARICOM), the International Organisation of La Francophonie (OIF), and the Organization of American States (OAS), to find "sustainable, inclusive solutions to the challenges faced by Haiti and Haitians".

Canada hosted their "Foreign Ministers Conference" a la "Ottawa Initiative" with 18 other countries claiming to be "preoccupied" by the ongoing socio-political crisis that engulfs Haiti. The conference organizers announced "reaffirming solidarity with Haiti and highlighted the importance of promoting solutions developed by and for Haitians". Several members of the Haitian community living in Canada rejected an invitation to attend the online gathering. They claim the meeting endorses an illegitimate leader named Ariel Henry. The Canadian Foreign Policy Institute (CFPI) and Solidarité Québec-Haiti (SQH) issued a joint statement condemning the Canadian-sponsored conference which they deem to be a dangerous neo-colonial effort to undercut a broad civil society forum known as the "Commission for a Haitian Solution to the Crisis". Quoting a member of the 13-person Commission, the joint CFPI-SQH statement underscores, among other disturbing facts, that "a tweet put Ariel Henry in power". See also CBC's article: "Haitian commission sends message to Canada, U.S.: stop meddling in our government". Frédéric Boisrond published a responsive note to the Foreign Ministers Conference: "I find it disconcerting, difficult and extremely worrying to find Prime Minister Justin Trudeau on the same panel as Ariel Henry, whose name constantly comes up on the list of people who are allegedly involved in the assassination of President Jovenel Moïse. Mr. Trudeau should know that Ariel Henry had fired a judge who wanted to question him about the assassination of the ex-president of Haiti. For his own reputation and that of Canada, Mr. Trudeau should ask himself if this is how someone who has nothing to be ashamed of should act". Following the January 2022 meeting, Canadian Foreign Minister, Melanie Joly announced $50 million "aid" to Haiti. This package is said to be deployed "for 9 initiatives that will support health services for Haitians, strengthen Haiti's security capacity and infrastructure, support sexual and reproductive health and rights and help address food insecurity and other humanitarian challenges". But why would any nation continue to provide money to an illegitimate unelected corrupt figure like Ariel Henry unless he was just a puppet of the Core Group Trust.

The assassination of President Moise popped off Operation Condor as protests sprang up in Cuba a couple days later. At one of the protests in Cuba; I noticed when a lady stated that they had a right to protest for Democracy in their country. Well, Haiti also has a right to protest for freedom and seek assistance from Russia who is also allied with Venezuela and Cuba; two key allies of Haiti. Especially since the ens legis UNITED STATES has allied themselves with France and placed Haiti under the CORE Group Trust. President Hugo Chavez wanted to make Haiti a permanent member of the ALBA and PetroCaribe alliance. Ironically, Haiti was hit with an earthquake barely after signing a tripartite accord with Venezuela and Cuba. Then the CORE Group-OAS Trust utilized their illegally appointed employee Michel Martelly to sabotage the ALBA and PetroCaribe Alliance! Unawares to most, it was actually a conflict of interest for the Republic of Haiti to participate in the ALBA or PetroCaribe alliance while under the CORE Group-OAS Trust! The fact that all three countries are under sanctions and embargo from US (Haiti since its' inception) is why it makes sense. The people of Cuba should be protesting the US embargos against their country instead. The CORE GROUP TRUST just wants to exploit Haiti's resources and genocide the people while Russia wants to help Haiti develop itself. If Haiti was allowed to operate with autonomy by the CORE Group Trust its' value would automatically rise higher; poverty would decrease; and standard of living would be much higher.

Immediate injunctive relief is needed on the illegal and illegitimately appointed transitional government of PM Ariel Henry for his implication in the assassination of President Jovenel Moise. The transitional government of Ariel Henri was illegally installed as Prime Minister by the CORE Group-OAS Trust after the assassination of President Jovenel Moise. An Injunction is needed because the transitional government of PM Ariel Henri was appointed by the CORE Group-OAS Trust not the people of the Republic of Haiti!

## AS A TENTH CAUSE OF ACTION

Disenfranchisement of the People of the Republic of Haiti under Color of Law like their "African- American" population; Disenfranchisement of the people of the Republic of the United States and Republic of Haiti thru the Cestui Que Vie Trust

**Against: ens legis UNITED STATES**

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the

International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabili~ation Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly** when **the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World**

**Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* **to** place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH)* with a mandate to support the Transitional Government of** President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise**

**of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT
    and Marc Pierre began executing the mandate of said principal by having the HAITI
    REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.;
    administration of President Jovenel Moise; the United Nations and the Republic of
    Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal.  After
    publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to
    these parties I waited for an answer or call but never received any.  I didn't receive a
    response from any parties but President Jovenel Moise, who received the HAITI
    REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately
    complied by implementing one of the mandates; when his administration introduced a
    National Referendum for a New Constitution on June 27, 2021 to the people of the
    Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a
    National Referendum for a new Constitution scheduled for April 25, 2021 and
    rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT
    Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks
    with Qatar for help with developing Haiti's oil and **received the credentials of Sergey
    Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary
    accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the
    National Palace!  After receiving the** Tabula-Rasa Accord**, President Moise also cut
    all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all
    other entities exploiting the Republic of Haiti and its' resources.  Upon his return
    from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the
    PHTK party coerced President Moise into replacing his Prime Minister, Claude
    Joseph, who was appointed on 14 April 2021.** On 5 July 2021, President Jovenel
    Moïse selected **Ariel Henry** (PHTK nominee) as the next Prime Minister of Haiti.
    **Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse
    was assassinated, just two days later, on July 7 2021!** It has become clear to the
    HAITI REFORMATION PROJECT and diaspora that the assassination of President
    Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of
    the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD.
    Even US Secretary of State Antony Blicken has stated on record that the administration
    of President Joe Biden is against the National Referendum for a new Constitution which
    President Moise had introduced to the people.  Washington DC has also installed and
    fully supported the appointment of PM Ariel Henry, who has been implicated in the
    assassination of President Moise.


Unbeknownst to both groups; the fate of the indigenes aborigine people of North America and
the indigenes aborigines of Ayiti became tied with the independence of Haiti from France and
the North American colonies from England due to the failure to abolish nor overthrow the
slave-system inherent therein.    The fall of Granada in 1492 is a moment of import for the
indigene aborigine of the Americas because it was on the heels of this event that the 'Crown of
Aragon' sent Christopher Columbus (Colon) to explore the "New World".  Haiti became the
first official point of contact for the Doctrine of Discovery when he landed on the Island of
Hispaniola on December 25, 1492.  The first thing he did was perform ceremonies to take
possession of the land for the Holy Roman Empire under Papal Bull Dum Diversas.  Columbus

had formally taken possession of every island he found before he reached Española thru this ritual.    Modern historians utilize their "fake-history" to claim that "black" people are not indigenous to Haiti or the Americas and any "black" person you see inhabiting the Americas is due to the Trans-Atlantic slave trade.    But Columbus described the inhabitants he met on Hispaniola in his journals as highly civilized "Black" people who loved their neighbors as they loved themselves.  He commented that the great error they made was that they welcomed him in the first place.  He also stated that they had created a completely non-violent society, with great harmony between the people, that didn't need weapons to slaughter each another.  As soon as he observed this he noted that we can easily enslave them; 50 of us can take the whole nation and compel them to do what we want them to do.

Christopher Columbus wasn't the first person to "discover" the Americas or cross Atlantic Ocean. The Kingdom of Mali was the richest or largest empire on Earth at the time and comprised of all of West Africa.    Mali had "New World" crops much earlier than their European counterparts. Mansa Musa revealed on Haj to Mecca that in 1304 his predecessor Abu Bakari II assembled a fleet of ships, 200 filled with men and supplies, and sent tnem West looking for land.    One ship returned claiming success in reaching land and in 1310 he fulfilled a lifelong dream of sailing across the Atlantic.  He gathered a fleet of 2000 ships and led a series of nautical voyages to the "New World".  The reason why Malians were able to cross the Atlantic is due to the fact that they were the first to discover the Guinea Current "a river in the middle of the sea".  In fact, the Kingdom of Mali discovered the Guinea current and began trans-versing the Atlantic Ocean for trade and was settling in the Americas before Europeans.  A journey across the Atlantic to the Americas on a good current during clement weather was easier for West Africans of the coast than crossing the Sahara trade route.  The Malians are on record stating that on arrival they found "black" civilizations already established within the Americas who they referred to as the "ancient people".  The fact of matter is American colonial history has been fabricated to erase any evidence of the existence of the "black" autochnuous paleo-Americans who were here before the invasion of Europe

Upon the return of Christopher Columbus to Spain in 1493 Pope Alexander VI issued Papal Bull Inter Caetera granting Spain "the right to conquer the lands which Columbus had already discovered and all lands he might come upon in the future".  This Inter Caetera Papal Bull edict concerning the Americas, basically claimed that all those who were not Christian, Jewish (really Hebrew) or Moslem (Saracens) were considered heathens, barbarians, pagans and must be subdued or cleansed.  Because they were considered to be heathens and pagans; Papal Bull Inter Caetera authorized Spain and Portugal to colonize, convert and enslave the indigenes aborigine population of the Americas.  The Holy Roman Empire began its' corporate aggregation during the decline of the Republic of Rome circa 3rd and 4th century AD.  Corporations were invented in Rome, but once the political landscape shifted for the Roman emperors the Publicani (public contractors) were suppressed and new forms of corporations began to emerge.    Charitable corporations were established to serve Rome's growing decadent population which in turn set the stage for the Rise of the Roman Catholic Church's corporations after the **Council of Nicaea (323-325 A.D.).    Circa 307 A.D. Emperor Constantine converted to Christianity and built a new capital called Constantinople, which became the center of the Eastern half of the**

**Roman Empire.** It was **the Council of Nicaea (323-325 A.D.) which formalized Christianity as the official state religion of the Roman Empire, as the Republic of Rome became the center of Christianity. The Council removed all forms of Gnosticism from Christianity and also created the fictional character of "Jesus Christ".** The Council of Nicea also **began the corporatization of the Catholic Church thru Canon Law; by carrying on with the fascist** Roman corporate form, customs and practices as a vehicle for joint ownership of real estate and for Dioceses administration of provinces. Among the first to do so were monks who held title to their monasteries through corporations.

Though rarely linked in modern history, the Holy Roman Empire directly corelates to the fall of the Republic of Rome and their Empire. The fall of the Republic of Rome has been attributed to Christianity but in actuality it was due to Völkerwanderung and the upheaval it caused thru-out Europe. **Völkerwanderung (also known as the "Great Migration Period") is a period of barbarian migrations into Europe which began from roughly 300–700 A.D.. It consisted of the Indo-Germanic tribes of Goths, Vandals, Avars, Bnlgars, Alans, Suebi, Frisians, among other Germanic and Slavic tribes. It was actually the advancement of Attila the Hun and his forces into their territory which pushed the barbarian tribes into Europe.** Eugenicists created the Out of Africa theory in order to hide Völkerwanderung. **Eurocentric history connects the lineage of modern-day Caucasians with the classical civilizations of Greece and Rome whom they have nothing in common with because they were black. Today's modern Caucasian of Europe and the Americas are direct descendants of the barbarian tribes whom invaded Europe during this "Great Migration Period".**

**Völkerwanderung was the reason why Dessalines described the people he was fighting in Haiti as barbarians. Völkerwanderung not only caused a great amount of death and displacement for the indigene aborigine inhabiting Europe (as evidenced by Cheddar Man) but was also the contributing factor to the collapse of the Roman Empire** when Odoacer deposed of the last Roman emperor Romulus Augustus on 476 A.D. In April of 2013, National Geographic published a study which revealed that African people were the original settlers of Europe and that modern Europeans are newcomers to the area. In fact, Europe is connected to Africa and not a separate land mass as most would have you believe. The modern humans who came out of Africa to originally settle Europe about 40,000 years are known to have had dark skin, And the new data confirm that about 8500 years ago, early hunter-gatherers in Spain, Luxembourg, and Hungary also had dark skin. The area is originally named after a melanated woman known as Queen Europa. In place of the fallen Roman empire various barbarian kingdoms arose between the 5th and 6th century, which is the delineation between when a black European continent and a multi-racial one begins. For **a period of 300 years** the indigenes aborigine towns were pillaged as the Indo-Germanic tribes went **marauding** throughout Europe and **conquered Roman territories all the way into North Africa.**

During this period the Roman Catholic Church utilized Christianity to "civilize" these Indo-Germanic barbaric tribes and began enslaving them. After the fall of the Roman Empire in

C.E 476, it split into two halves; the Eastern Roman Empire and Western Roman Empire. The Eastern half of the Roman empire became more predominant as it retained the military and capital of **Constantinople; it** is identified in history as the Byzantine Empire and would last another thousand years until falling to the Ottoman Turks in C.E. 1453. The Western half of the Roman empire retained the papacy and would dissolve and transform itself into the head of the Roman Catholic Church. Around 711 A.D. a migration of North and West African Moslem Moors crossed the Iberian peninsula in order to convert and colonize the barbarians who were ransacking Europe at the time. In 712 AD the Umayyad Caliphate led by the Berber general Tariq Ibn Ziyad invaded Spain. This force from North Africa named their landing location on the European side of the Iberian Peninsula Jabal Tariq (Rock of Gibraltar). Roderic King of the Visigoths abandoned a battle he was engaged in and marched south to meet the invading caliphate in battle; all of the northwest African caliphates were black. The Umayyad caliphate conquered the remnants of the Visigoth kingdom all the way to the Pyrenees mountains. Hispania was created as an Umayyad province of Al Andalus in 716 and Cordoba become the capital of the Umayyad Iberian caliphate province. Count Pelagius succeeds in ambushing and defeated the Umayyed forces in 722 and the Reconquista begins; which lasts until the Grenada War and expulsion of the Saracens in 1492.

Upon the death of his father in 768, Charlemagne (whose name is a version of the Latin *Carolus Magnus* Charles the Great) inherits the western part of the Frankish empire, a coastal strip from southwest France up through the Netherlands into northern Germany. After asserting his rule over the traditional territories of the Frankish realm, King Charlemagne wages long campaigns against the pagan Indo-Germanic barbaric tribes who constantly raid his northern and eastern borders. In 799, for the third time in half a century, a Pope is in need of help from the Frankish king. After being physically attacked by his enemies in the streets of Rome and exiled (their stated intention is to blind him and cut out his tongue, to make him incapable of office), Pope Leo III makes his way through the Alps to visit Charlemagne at Paderborn for protection. It is not known what is agreed, but King Charlemagne travels to Rome to support the Pope.

In **800 A.D. at** a ceremony in St Peter's, on Christmas Day, Pope Leo III is due to anoint King Charlemagne's son as his heir. But unexpectedly (it is maintained), as Charlemagne rises from prayer, Pope Leo III places the crown on his head and acclaims him the Roman Emperor.
    Charlemagne expresses displeasure but accepts the honour. The displeasure is probably diplomatic, for the legal Roman Emperor is undoubtedly the one in the eastern half (Byzantine) and is the beginning of the schism between the two halves. This public alliance between Charlemagne and Pope Leo III shifts the reality of political power in the west. **Under the protection of the Frankish Emperor** Charlemagne; **Pope Leo III is once again able to exert papal authority.** This event launches the concept of the Holy Roman Emperor in the west which will play an important role throughout the Middle Ages. The Holy Roman Empire only becomes formally established in the next century but this is considered the First Crown of the Ecclesiastical See. It is implicit in the title adopted by King Charlemagne in 800 AD: 'Charles, most serene Augustus, crowned by God, great and pacific Emperor, governing the Roman empire.'

As the Holy Roman Emperor, King Charlemagne proves to be a talented diplomat and able administrator of the vast area he controlled. He promoted education and encouraged the

Carolingian Renaissance, a period of renewed emphasis on scholarship and culture. He instituted economic and religious reforms, and was a driving force behind the Carolingian miniscule, a standardized form of writing that later became a basis for modern European printed alphabets. Charlemagne played a vital role in the spread of Christianity across Europe. It was Charlemagne who is most responsible for "civilizing" and converting the Indo-Germanic barbaric pagan tribes to Christianity and establishing fiefdoms as Holy Roman Emperor. By the time of his death, in 814, he ruled much of the rest of Germany together with northern Italy. It took Charlemagne thirty years to subdue the Saxons; not until 804 are they finally transformed into settled Christians within his empire. It has been a brutal process. Charlemagne's method is military conquest followed by forced conversion and the planting of missionary outposts, usually in the form of bishoprics. In his book of rules, the official punishment for refusing to be baptized is death. The chronicles record that on one day some 4500 reluctant Saxons were executed for not worshipping the right god! This is how the social system of feudalism began to dominate medieval Europe. The nobility held lands from the Crown in exchange for military service, and vassals were in turn tenants of the nobles, while the peasants (villeins or serfs) were obliged to live on their lord's land and give him homage, labor, and a share of the produce, notionally in exchange for military protection.

**The establishment of the concept of the Holy Roman Empire in the west thru** Holy Roman Emperor Charlemagne **is** the first testamentary deed and will of a testamentary trust; set-up for the claiming of souls lost to the Holy See thru baptism. So significant did the power of the monarchy as Holy Roman Emperor become that throughout Europe, for many centuries, no king could ascend to his throne unless the Pope was present at the coronation. Immense fortunes, were often paid to the Roman Catholic Church to induce the Pope's coronation blessing, by laying the crown on new king's head. The king upon whose head the diadem had been laid by the pope himself couldn't be challenged; having been crowned by the 'Vicar of Christ'. Such was once the influence wielded by the all-powerful Holy Roman Empire, when it was said, "Kings ruled nations, but the Pope ruled kings."

The Roman Curia, also known as the Curia Romanum was first established as the highest judicial and administrative body of the Catholicus Ecclesia (Catholic Church) in 742 CE by the eldest son of Charles Martel under Pope Urban II. Curia in medieval and later Latin usage means "court" in the sense of "royal court" rather than "court of law". The Roman Curia is sometimes anglicized as the Court of Rome, as in the 1534 Act of Parliament which forbade appeals to it from England. It is the papal court and assists the Pope in carrying out his functions. The Roman Curia can be loosely compared to cabinets in governments of countries with a Western form of governance, but the only sections that can be directly compared with specific ministries of a civil government are the Second Section of the Secretariat of State, known also as the Section for Relations with States, the Pontifical Commission for Vatican City State (established in 1939 by Pius XII), and the Congregation for Catholic Education.

As the Roman Catholic Church expanded and refined its administration while seizing more and more wealth, a **power struggle developed between the Ecclesiastical and Lay leadership;**

**with Canon law dictating the Ecclesiastical leadership as the choice.** Some years later, Archbishops were authorized by the pope to organize corporations and appoint a bishop as head of the corporation for the purpose of holding church property. The Bishop, as the "sole (soul) officer" of the corporation, was referred to as a "corporation sole (soul)". He was authorized to act on his own authority, absent the control or addition of a board of directors. The Bishop served as an overseer usually of multiple parishes or administrative divisions which were called dioceses which would be included in his corporation sole. In the Roman Catholic Church and Anglican Churches today, the word "episcopal" simply means "bishop rule" through the corporation sole. Just like a Trust; when the Bishop died, was incapacitated, or removed from office by the Pope or Archbishop; title to the property passed not to the bishop's heirs but to a successor (usually a bishop) who would become the corporate sole officer. The Holy Roman Empire considered baptismal rites as a contract with the soul (sole contracts). While the office of corporate sole held title to property, that property did not belong to him personally. Rather, he held the property in Trust for the Church. In this sense the bishop is very much like a trustee.

These ancient corporate soles were often formed under canon law (church law) and, therefore, absent the permission and jurisdiction of the State. Rather than seeking a charter of articles of incorporation from the State to organize a new corporation sole, the Catholic Archbishop had the authority of the Pope, under canon law, to charter new corporate soles and appoint an office-holder(bishop) to a new corporation sole. The use of the Roman Catholic corporation sole by Catholic bishops and the Papacy continued largely unabated for a number of centuries expanding across the world gobbling up wealth and assets. As such, those old corporations sole were not "creatures of the State," as were all other types of corporation aggregate. Moreover, the State recognized and respected the church's authority to charter its own corporations, and not interfere in the church's jurisdiction.

Papal bulls have been in use by the Holy Roman Empire since at least the 6th century. Original papal bulls exist in quantity only after the 11th century onward, when the transition from fragile papyrus to the more durable parchment was made. Under Roman Catholicism, the name is derived from an official **papal** letter or document with the lead seal (*bulla*) traditionally affixed to such documents. All legitimate Papal Bulls were issued on human skin, usually the skin of a sacrificed child, or some famous heretic. **Once the Holy Roman Empire was established in the west for** the claiming of souls "lost" to the Holy See; they eventually began to issue Papal Bulls as deeds of testamentary trusts. Initially, Papal Bulls sought in their notion of libertas ecclesiae (i.e., church immunity from secular control and jurisdiction) and the insistence on the libertas (liberty) of the church, the freedom to accomplish its divinely ordained mission without interference (from any secular authority). Papal Bulls also became the basis of reform movements like the **Crusades or Inquisition** which forced people to convert to Christianity. The first significant Papal Bull edict was Terra Nullius which initiated the First Crusade from 1096-1099 and was issued by Pope Urban II (who also set up the Roman Curia).

**It is a series of Papal Bull edicts issued by the Holy Roman Empire which** authorized the Christian nations of Europe to colonize land inhabited by non-Christians in the pursuit of "Saracens" and "Pagans" which **serve as the foundation and justification for the Doctrine of Discovery; and set in place a catastrophic chain of events which led to the**

405

**colonization/subjugation of the indigene aborigines' peoples of the "New World":**

**Papal Bull Terra Nullius was issued by Pope Urban II in 1095:**   Meaning empty land, it gave the Holy Roman Empire the right to discover and claim land in non-Christian areas.  Which meant any land not inhabited by Christians was fair game.

**Papal Bull Pro Rege Johanne was issued by Pope Innocentii on 24 August 1215:**   This is the most significant Papal Bull to be published since Terra Nullius and was issued at the request of King John of England.   It is the instrument which declared the Magna Carta null and void of all validity forever!   **The Magna Carta,** English **Great Charter,** charter of English liberties granted by King John on June 15, 1215, under threat of civil war and reissued, with alterations, in 1216, 1217, and 1225.   It declared the sovereign to be subject to the rule of law and documented the liberties held by "free men".   The Magna Carta provided the foundation for individual rights in Anglo-American jurisprudence.

Before 1213 AD under the Magna Carta organic Common Law existed; which meant no harm, no injury, no loss.   All of the people of England had Allodial titles to their land; no Usury thru Roman Catholic Church debt and no government ownership of their land.   After Papal Bull Pro Rege Johanne voided the Magna Carta the people of England lost everything they owned thru the corporate Canon Law of the Holy Roman Empire and a corporatized version of Common Law has existed ever since.   The annulment of the Magna Carta thru Papal Bull Pro Rege Johanne sparked the Protestant Reformation movement in England.

The black nobility of Europe began exiling people off of their land and shipping people out of England.

**Papal Bull Unam Sanctum (One Holy) was issued by Pope Boniface VIII on 18 November 1302:**   This is the most famous Papal Bull of the Middle Ages, affirming the authority of the Pope of the Holy Roman Empire; as the heir of Peter and Vicar of Christ over all human authorities, spiritual and temporal!   It laid down dogmatic propositions on the unity of the Catholic Church, the necessity of belonging to it for eternal salvation, the position of the Pope as supreme head of the Church and the duty thence arising of submission to the Pope to belong to the Church and thus to attain salvation.   Historian Brian Tierney calls it "probably the most famous of all the documents on church and state that has [come] down to us from the Middle Ages".

**Papal Bull Dum Diversas was issued by Pope Nicholas V on 18 June, 1452:**   It authorized Alfonso V of Portugal to reduce any "Saracens (Moor/Moslem) and pagans and any other unbelievers" in a disputed territory in West Africa and consign them to "perpetual servitude."   This is the papal bull which facilitated the Portuguese slave trade from West Africa.   The Portuguese, were the first, to kidnap and enslave "African" people; and they began perfecting the art of colonization under the guise of this edict; as they were "exploring" the coast of Africa and Guinea.

**Papal Bull Romanus Pontifex was also issued by Pope Nicholas V on January 5, 1455:**   it

declared war on all non-Christians thru out the world and authorized the conquest of their nations and territories. This edict considered non-Christians as uncivilized and subhuman therefore without any rights to land or nation. It also claimed Christians had a "God given right to capture, vanquish, and subdue Saracens, pagans, and other enemies of Christ"; "put them into perpetual slavery" and "take all their possessions and property". This papal bull extended to the Catholic nations of Europe dominion over discovered lands during the Age of Discovery; sanctified the seizure of non-Christian lands; and

encouraged the enslavement of native, non-Christian peoples in Africa and the New World. Papal Bulls Dum Diversas and Roman Pontifex gave the Portuguese the rights to acquire slaves along the African coast by force or trade. These edicts are thus seen as having facilitated the Portuguese slave trade from West Africa and as having legitimized the European colonization of the African continent and condemned non-believers into perpetual slavery. They were soon followed by the Dutch, the Danes, the French, the English, the Brandburgers (Germans), the Spaniards and other European nations.

**Papal Bull Inter Caetera was issued by Pope Alexander VI on May 4 1493:** issued in response to the return of Christopher Columbus to Spain and the 'Crown of Aragon' claims to the "New World" and is also a precursor to the Treaty of Tordesillas. This Papal Bull established the "Doctrine of Discovery" which becomes the basis of colonization and all European claims to the Americas. It decrees that all lands "discovered" in the New World and not already claimed by Christians now belonged to the 'Crown of Aragon' and calls for the indigene aborigines of the "New World" to be subjugated so the Holy Roman Empire and its doctrines could be propagated. These rights which were already granted to Portugal and its own discoveries was disputed and it basically divided the "New World" between Spain and Portugal. The official Trans-Atlantic trade records of the Americas exposes the fact that the largest number of "slaves" shipped to the Americas come from this period. Approximately 1.5 million people were shipped to Brazil from this particular Portuguese trade. It consisted of not only Africans but also black Europeans.

**Papal Bull Apostolici Regiminis issued by Pope Leo X on 19 December, 1513:** Published in defense of the Roman Catholic Church doctrine concerning the "Immortality of the Soul". The Holy Roman Empire went from considering the soul of man is of its nature mortal to declaring that it is of its own nature immortal. This papal bull was issued, in order to avoid karmic debt for all of the souls which were lost to the 'Holy See' and reclaimed thru 'Baptismal Rites'.

**Papal Bull Inter Multiplices issued by Pope Leo X in 1515:** Confirmed that charitable pawnshops were exempt from the prohibition on lending at interest, and helped to shape the civil market economy as the innovation spread rapidly throughout Europe. It also cleared away all doubt as to the legitimacy of charging interest on the loans of the Monte de Pieta pledge banks.

**Papal Bull Inter Gravissimas ("Among the most serious") issued by Pope Gregory XIII on 24 February 1582:** Reformed the Julian calendar and established the Gregorian calendar.

The Holy Roman Empire; "Black" nobility; and the nations of Europe would go on to use these

Papal Bull edicts to justify their actions while colonizing the planet or "New World".  Basically, the Papal Bull edicts issued by the Holy Roman Empire gave European monarchs a license to denationalize and disenfranchise this "New World".  Privateers and mercenaries also known as "explorers", financed by the "Black" Nobility, were sent out to conquer and colonize the "New World" utilizing religion as a weapon.  This also marks the beginning of the codification of the planet utilizing a series of Papal Bull edicts which would become known as the "Doctrine of Discovery"; of which the Black Nobility and Holy Roman Empire utilizing  religion as a pretext for colonization and commerce.  The "Black" Nobility of Europe (unrecognizable today) were actually "black" but were eventually bleached out due to inter-mingling of the monarchy were their white harems and intermarrying their progeny with Caucasian princesses.


On June 21, 1481 Pope Sixtus IV published Papal Bull Aeterni Regis (Eternal Crown) which established the 'Crown of Aragon' as the Second Crown of the Ecclesiastical See and approved the Treaty of Alcáçovas.  Papal Bull Aeterni Regis was the 2nd of three papal bulls issued as deeds of testamentary trusts.  The "Crown of Aragon" (later known as the Crown of Spain) is the highest sovereign and highest steward of all Roman "**slaves**"; subject to the rule of the Roman Pontiff.  The "Crown of Aragon" consisted of Catholic Monarchs Queen Isabella I of Castille and King Ferdinand II of Aragon.  After unifying under the "Crown of Aragon" they fought the Granada War from February 1482 to Jan 2, 1492 as part of the Reconquista.  The Granada War was essentially a ten-year war fought by the, as part of the Reconquista, against the Nasrid dynasty's Emirate of Granada.  The Reconquista was a concerted effort by the 'Crown of Aragon' and Holy Roman Empire to drive out the Moslems (Moors, Saracens) and Jews whom occupied Spain since 700AD.  It was completed when King Ferdinand II issued the Alhambra Decree in 1492; also known as the Edict of Expulsion, ordering the expulsion of all practicing Moroccan Moslem Moors and Jews from Spain.


The Treaty of Alcáçovas is the precursor to the 1494 Treaty of Tordesillas and is the first document to define "the field reserved for the future discoveries" of Spain and Portugal, specifically delineating "the respective rights of the two crowns over the territories of the African Continent and the Atlantic islands."  It's a landmark in the history of colonialism because it is one of the first international documents to formally outline the principle that European powers are empowered to divide the rest of the world into "spheres of influence" and colonize the territories located within such spheres, and that any indigenes aborigines living there need not be asked for consent.  It's "spheres of influence" include the international resolutions of the 1884 Conference of Berlin, four centuries later, divided Africa up into colonial spheres of influence much the same way.  The Treaty of Alcáçovas is the instrument by which the Holy Roman Empire codified the positions of Spain and Portugal in the colonization of the "New World".  Modern history portrays Spain and Portugal as imperialist colonizers operating for commerce of their own initiative but it was actually the Papal Bulls issued by the Holy Roman Empire which authorized their actions under the Doctrine of Discovery.   Papal Bull Aeterni Regis published by the Holy Roman Empire basically gave them a "license" to colonize for religion, trade, and commerce.  After Papal Bull Aeterni Regis Portugal would go on to colonize islands of the coast of Guinea and Brazil.

The Granada War was completed when King Ferdinand II issued; The Alhambra Decree in 1492, also known as the Edict of Expulsion, ordering the expulsion of all practicing Moroccan Moslem Moors(Saracens) and Jews from Spain. **The end of their 800-year reign in Iberia came on January 2, 1492 when the leader of the last Moorish City "Granada" surrendered to armies of a recently united Christian Spain.** It was after the Fall of Granada that Christopher Columbus, utilizing Papal Bulls Dum Diversas and Romanus Pontifax, was sent out to "explore" the "New World" under the "Doctrine of Discovery". Why were King Ferdinand and Queen Isabella so eager to go exploring an unknown world right after fighting a ten-year war to expel the Moors out of Spain? It was because the Port of Cordoba was an international trading post which held valuable trade routes to the Americas which the Holy Roman Empire and "Crown of Aragon" wanted access to. **King Ferdinand and Queen Isabella used** their power to bribe the leader of the Moslem Moors in order to get access to these trading routes and **begin exploring the Americas after the fall of Granada.** After the fall of Granada, the Barbary Wars began which was a 450-year war of Piratism, waged by the Moors (Saracens) whom had lost control of Spain from the Barbary states.

Papal Bull Aeterni Regis gave Spain and Portugal a monopoly over the colonization of the "New World" under the "Doctrine of Discovery". The 'Crown of Aragon' is what allowed Spain to become the world's first superpower! In fact, Spain actually stole enough gold and silver from the Incas and Aztecs to set up a global empire from the Philippines to the Caribbean and South America!!! The Kingdom of New Spain (*Virreinato de Nueva España*) officially the Viceroyalty of New Spain was an integral territorial entity of the Spanish Empire, established by the 'Crown of Aragon' of Habsburg Spain during the Spanish colonization of the Americas. Its jurisdiction comprised of a huge area that included what are now Mexico, much of the Southwestern U.S. and California in North America, Central America, northern parts of South America, and several Pacific Ocean archipelagos.

As in the lion kingdom it is one thing to claim another's territory as yours but it is a totally different thing to assert that claim on the pride inhabiting the area. The Spaniards only colonial competition in the Americas at that time were the 'Moors'(Saracens) whom had fled to the Americas after the fall of Granada. The Moors were also trying to colonize the Americas and converting the indigenes aborigine's population to Moslems. The Spaniards fought plenty of battles with the Moors in the Americas while establishing the Kingdom of New Spain. Besides seeking new trading routes to Asia, it was the wealth generated by Spain during their colonial pursuit of the "New World" under the "Doctrine of Discovery" which made them the envy of all other nations in Europe. This also spurred on other European nations to seek fortunes in the "New World" also. A few sent out covert expeditions to explore the New World though not authorized by the Holy Roman Empire; and began to compete with Spain for the Crown of the Ecclesiastical See. Alas the gold and silver that the Europeans extracted from the "New World" fueled a 400% inflation that eroded the economies of non-European nations and helped Europe to develop a global market system. In fact, Spain actually found a mountain of silver in Bolivia, and coined it, which changed the whole financial system of Europe! The 'Crown of Aragon' under the Holy Roman Empire established New Spain as a viceroyalty in 1535, appointing as

viceroy Antonio de Mendoza, an aristocrat loyal to the monarch rather than the conqueror Cortés. New Spain was the first of the viceroyalties that Spain created, the second being Peru in 1542, following the Spanish conquest of the Inca Empire. Both New Spain and Peru had dense indigenous populations at conquest as a source of labor and material wealth in the form of vast silver deposits, discovered and exploited beginning in the mid-1500's.

## JOINT-STOCK TRADING COMPANIES

The system of capitalism we have in place today is a direct result of colonialism due to the fact that the joint-stock company is the forerunner of the modern corporation. Most of the early European expeditions to explore the New World were financed and supported by Spain and Portugal whom monopolized the market due to the Papal Bulls issued by the Holy Roman Empire. Due to the fabulous amounts of wealth made by the 'Crown of Aragon' thru colonial exploitation of the New World under the Doctrine of Discovery not only were the other nations of Europe eager to get involved in the trade but the merchant class also. Without papal authority most nations were unwilling to take the risk but that didn't stop merchant guilds. **Joint-stock companies** were formed in Europe as a means to fund expeditions by the wealthy private class into the "New World" for trade. The Holy Roman Empire had already established corporations under Canon Law but joint-stock companies were created so that people could pool their resources together for a business venture in order to negate costs and personal risk. In a joint-stock company, individuals were able to purchase portions of the company in the form of **shares**, thus making the new shareholders partial owners and investors in the company. In this way both the risk and cost of doing business were distributed over a large number of people.

The Company of Merchant Adventurers of London (founded in 1407) was the first major chartered joint-stock company in history. The model was later followed by the Muscovy Company and East India Company. As some of these early trading expeditions proved profitable; the model of the joint stock trading company began to proliferate throughout Europe. The Portuguese are considered the OG's of colonialism; the Spaniards are considered the first colonial superpower; but the Dutch are known as the innovators of the joint-stock trading company. The Dutch Republic pioneered key aspects of the chartered company form with the formation of the Dutch East India Company (Verenigde Oost-Indische Compagnie or VOC) in 1602. **The Dutch government granted the VOC a 21-year monopoly on the Dutch spice trade.** The Dutch colonial empire actually coincided with a break with the dictates of the Holy Roman Empire; the Crown of the Ecclesiastical See; and Dutch attacks on Portugal's overseas territories. It was the **VOC which broke the monopoly of trade of** pepper and spices by sea **that** Portuguese had **over the rest of Europe.** The Dutch War of Independence (1568–1648) was a prolonged struggle against The Holy Roman Empire, Spain and Portugal for by the seventeen Provinces (Netherlands, Belgium, and Luxembourg) which was supported by England.

The VOC, which flourished and survived for two centuries, is considered to be the first multi-national company in the world to implement corporate governance. It was the first public

company to issue negotiable shares and it developed into one of the biggest and most powerful of trading and shipping concerns.  The VOC also developed maritime insurance, futures trading, and **their Amsterdam Stock Exchange** is considered the oldest, still-functioning stock exchange in the world; pioneering use of corporations and finance.  The VOC merged individual assets into a single permanent ongoing enterprise and was invested with sovereign rights over foreign territory and vassals.  The company, a combination of commercial organizations in various cities of Holland and Zeeland, traded both in Asia and between Asia and Europe.  **They ran their own shipyards, the largest being in Amsterdam.** This spectacular trade with Asia made the Dutch Republic the world's key commercial hub.  The Dutch East India Company developed beyond a purely commercial enterprise when war between Britain and France spread to India in the mid-1740s. The Company established military supremacy over rival European trading companies and local rulers, culminating in 1757 in the seizure of control of the province of Bengal.

The VOC was initially formed to trade in the Indian Ocean region, initially with the East Indies (the Indian subcontinent and Southeast Asia), and later with China. It was the first trans-national corporation which seized control of large parts of the Indian subcontinent.  The VOC was key to beginning the formation of a colonial global system in the 17 century which gave way to the various differentiated profit-making enterprise operating as a power wielding state we see today.  These companies set up a patrimonial structure to control and manage the resources of the indigenous aborigines, seized thru colonialism with all profits going back to the Holy Roman Empire and ruling families of Europe in perpetuity.  For vast majority of Indians, the Dutch East India Company represented the totality of their experience of colonial presence.  The VOC was the state and it's civil and military officials were subjects of the Indian empire.  In this context company rule could be made acceptable on a long-term basis if the Company was perceived as a lawful ruler rather than as a commercial enterprise.  As a legal fiction, the VOC was supposed to be delegated authority by the de jure authority; though it always maintained an ambiguous position on the question of sovereignty.  This problem was solved by making use of the traditional structure of feudal governance.  The fundamental difference was that governments were to some degree beholden to those they governed, whereas the VOC was interested solely in returning dividends to its shareholders.  **Under their rule, the Mughal emperor eventually ceased to have any real power.  The VOC stripped the emperor of any rulership(front) over the kingdom because it encompassed the VOC corporation.** The VOC eventually came to rule large areas of India, exercising military power and assuming administrative functions. Company rule in India effectively began in 1757 after the Battle of Plassey and lasted until 1858 when, following the Indian Rebellion of 1857, the Government of India Act 1858 led to the British Crown assuming direct control of India in the form of the new British Raj.

Once launched, the VOC became a template inspiring the East India (British) company.  These chartered companies had patrimonial structures; conjoining economic and sovereign political goals at the behest of the ruler's personal discretion.  Chartered Companies (not so common today) were usually formed by a group of investors or shareholders in colonial times to gain a monopoly over trade under a Royal Charter granted by the Sovereign, and less commonly, by a republican government.  These were usually Joint stock companies with transferable shares that could be bought and sold, with or without limited liability.    Basic structure of early modern European colonialism was created when merchant capitalists and their home states joined together to charter large scale monopoly companies aimed to global commercial and imperial dominance.  The East India Company (EIC), English and later British was one of the world's first joint stock companies.  Much of the wealth and global financial power gained by England thru the 1400's-1800's; began with the Royally Chartered joint stock **East India Company.** Due to a proxy war with Spain and Portugal; the Britain royal family lines such as Stuart and Cohen were heavily involved in the establishment and operation of the VOC.  The **East India Company was actually a subsidiary of the Dutch East India Company. The East India Company evolved from a small enterprise run by a group of City of London merchants, in 1600, were granted a royal charter conferring the monopoly of English trade in the whole of Asia and the Pacific.**

**The Dutch West India Company was a trading and colonial company, chartered by the States-General of the Dutch republic in 1621 and organized in 1623.** The phenomenal success of the Dutch East India Company was an influential factor in its establishment.  It capitalized off of the United New Netherland Company, which had already been trading fur around the mouth of the Hudson River for several years.  **It was through the agency of the Dutch West India Company that** New Netherland **was founded.  It was the** VOC which contracted sea captain, explorer, Henry Hudson to find a northwest passage to Asia but was turned back by the arctic.  He sailed west and ended up on the east coast of North America.  **New Netherland, chartered in 1614, was a colonial province of the Republic of the Seven United Netherlands in what became New York State and parts of Connecticut, New Jersey, Pennsylvania and Delaware.**

**The Dutch West India Company** was initially interested in taking Brazil from the Portuguese.  Colonial slavery began in Brazil in 1630 when the Dutch West India company was chartered in the slave trade and established New Holland in Recife, Brazil.  The Dutch use of guns against knives, arrows, spears was the most deciding factor in their conquering of Recife, Brazil.  The Dutch East India Company had a breeding post for slave in Africa called Negroland.  After 30 years of warfare, however, Brazil was lost and the company transitioned to chattel slavery thru Negroland; though it still possessed colonies in **Guiana**. By that time the company had built Fort Orange (1624) on the site of Albany, N.Y., Fort Nassau (1624) on the Delaware River, Fort

Good Hope on the site of Hartford on the Connecticut River, and finally Fort Amsterdam (1626), on the southern tip of Manhattan Island, which was the nucleus of the settlement called New Amsterdam, now New York City. England could not then afford to antagonize the Dutch because of wars with France and Spain and so permitted the Dutch settlement to be made on lands that England had already claimed thru Holy Roman Empire under Doctrine of Discovery. **The city was captured by the English in 1664; they took complete control of the colony in 1674 and renamed it New York.** The Dutch reign didn't last very long, as New Netherland was ceded to the British after only 40 years. Along with the rest of the city, the land was declared New York and put under total control of the English crown.

**The company's unsound financial condition led to its reorganization under a new charter in 1674. Thereafter it engaged primarily in the Trans-Atlantic slave trade through it still possessed colonies in Guiana also known as Negroland in West Africa. However, the Dutch landholdings remained, and the Hudson River Valley maintained a traditional Dutch character until the 1820s.** The mercantile system developed by the Dutch West India Company; is referred to today as the Triangular and Quadrilateral trade. This system linked Europe, West Africa, the West Indies, and the eastern seaboard of North America in a quasi-reciprocal form of commerce. This Mercantile system peaked in the 18th century and developed into the global trade of industrial capitalism we see today.

In a **JOINT-STOCK VENTURE**, stock is sold to high net-worth investors who provide the **CAPITAL** and have limited **RISK**. Towards the close of the 17th century, the joint stock organism was adapting itself to its environment and of all the different types of adaptations; that of the Royal African Company (formerly British east India) presents the most marked characteristics. The early history of the Royal African Company of England is an interest of its own; in view of the peculiarities of its financial methods. Prior to the incorporation of the RAC; English traders had sent intermittent voyages to the coast of Guinea for over a century. In 1563 Queen Elizabeth was a partner in an expedition led by Captain John Hawkins to the coast of Guinea to establish trade. In 1588 the first African Company was incorporated by letters patent; another similar company in 1618 and again in1631. The joint stock company was unable to hold ground and in 1651 a temporary charter was granted to the British Est India company.

The Royal African Company (RAC) was established in 1660 by the Royal Stuart family and City of London merchants to trade along the west coast of Africa. It was led by the Duke of York who was the brother of Charles II and later took the throne as James II. On Jan 10 1662 Charles II incorporated the charter for RAC which granted the usual rights of a corporation and in addition conveyed privilege of exclusive trade from Sallee to Cape of Good Hope. The RAC was successful in this endeavor until they attacked Dutch forts in Africa. The Dutch responded with reprisals on English forts, ships, and goods on the coast of Guinea. Their assets were seized in 1665 and the remainder of history, for the joint-stock company, is one of financial distress; as from 1667-1671 the company was insolvent.

The shareholders were compensated and in 1672 the Royal African Company was

reformed/re-structured because the business model wasn': profitable.  The joint-stock company was originally chartered exclusively for use by the aristocratic class as an import/export company.   After the 1672 restructuring, the joint-stock company opened up shares to the average citizen and began to license out colonial rights to independent contractors for trade of goods in Guinea.   Much like the Holy Roman Empire licensed out colonialism to nations under the Doctrine of Discovery thru Papal Bulls.  The new charter stated the usual privileges of incorporation are granted as well as "the whole entire and only trade"; "from Sallee to the Cape of Good Hope and the adjacent islands".  To maintain the company; its infrastructure; and end its monopoly, parliament passed the Trade with Africa Act 1697 (9 Will. 3 c. 26).  Among other provisions, this act opened the African trade to all English merchants who paid a ten per cent levy to the Company on all goods exported from Africa.

The claim is that the RAC shipped more African slaves to America than any other company in the history of the Trans-Atlantic slave trade but their financial history reveals that it wasn't profitable due to the Atlantic slave trade.  The RAC wasn't set up exclusively for the slave trade and operated as an import/export business for trade in goods.   The Company continued purchasing and transporting slaves until 1731, when it abandoned slaving in favor of ivory and gold dust.  From 1668 to 1722, the Royal African Company provided gold to the English Mint.  Coins made with such gold were designed with an elephant below the bust of the king and/or queen.  This gold also gave the coinage its name, the guinea.  This development was advantageous for merchants in Bristol even if, like the Bristolian Edward Colston, they had already been involved in the trade.  The number of slaves transported on English ships increased dramatically.

Joint-stock companies first emerged in Europe during the medieval period and became more common during the sixteenth century as the first wave of European exploration and colonialism.  In this era of imperialism; due to the evolution of corporations and the fact that they had no access to the Crown of the Ecclesiastical See; various nations of Europe began forming joint-stock companies for trade in the "New World".  The object of each of these imperial systems was to extract profits from the "New World" thru the trade of goods and services.  In the early-mid 1600's the "Black" nobility of Europe began to set up trading companies all over Europe in order to trade and exploit the "New World" due to the success of the Dutch East India Company.  The establishment of International Trading companies by various nations of Europe was a crucial step in the developing capitalist colonial system.  It was thru these joint-stock trading companies that colonialism was linked to mercantilism (establishing gold and silver reserves and a favorable trade balance).  These companies set up a patrimonial structure to control and manage the resources of the indigenous aborigines, seized thru colonialism with all profits going back to the ruling families of Europe in perpetuity.  Due to colonialism and the

414

joint-stock trade companies operating under the Doctrine of Discovery; most governments in existence today were originally joint-stock companies started by the crown like the VA Co.

The international codification of commercial colonialism is due to joint stock companies which played an instrumental role in the expansion of capitalism and in the eventual establishment of colonies across the world by the nations of Europe. The term joint-stock company is virtually synonymous with a corporation, public company, or just plain company, except for a historical association with unlimited liability. That is, a modern corporation is a joint-stock company that has been incorporated in order to limit shareholder liability. Today most registered companies throughout the world are joint-stock companies that are either "publicly held" or "closely/privately held". A publicly held joint-stock corporation is a "publicly traded" corporation, with shares that are traded on the public stock exchange (such as the London Stock Exchange or New York Stock Exchange) by members of the general public or other corporations. Most of the largest businesses in the world now are publicly traded joint-stock companies. In many countries and jurisdictions joint-stock corporations that wish to give their shareholders the benefit of "Limited Liability" must be publicly held and are required to publish annual financial statements and reports to creditors that do business with them so that they are able to assess the creditworthiness of the corporation, and cannot enforce claims against shareholders. Shareholders experience some loss of privacy in exchange for limited liability. These companies are the most transparent and are easiest to track ownership, shareholders, financial reports and statistics.

A statutory corporation is simply a public enterprise or corporation brought into existence by a special Act of Parliament or government, usually to ensure profitability. For example, Australia Post, New Zealand Accident Compensation Corporation. Many city councils are now also statutory corporations. As statutory corporations, while they may be public or private, their regulatory requirements usually are significantly different from private-sector companies. Most of the former statutory corporations involved in commercial activities have been privatized today.

**The English government wasn't able to make an official foray into colonizing the "New World" until their monarchy received** the Crown of the Ecclesiastical See from the Holy Roman Empire. **English proto-nationalism and national assertiveness developed during their geo-political struggle with Spain for the crown.** In 1529 King Henry VIII needed a male heir to the throne and went to Pope Clement VII for a marriage annulment. The Pope disapproves of an annulment which led King Henry to initiate the English Reformation, separating the Church of England from papal authority. He appoints himself Supreme Head of the Church of England_(Anglican) and order Though not officially sanctioned by the Holy Roman Empire; this is the third synthesis of church and throne since the 'Crown of Aragon'; combining the authority of a Pope and King into the supreme head of the Church of England thru King Henry VIII.

**Pope Paul III, 1534-1549, concerned with the role of the church in America, is best known for Papal Bull Convocation and calling for the Council of Trent in 1545.** In fact, the Third Crown of the Ecclesiastical See is established in 1537 by Pope Paul III, through the Papal Bull

Convocation. It is the third and final testamentary deed and will of a testamentary trust, set up for the claiming of all lost "souls", lost to the Holy See under the Doctrine of Discovery. The Venetians assisted in the creation of the first **Cestui Que Vie Act** of 1540, by using Papal Bull Convocation as the basis for the Ecclesiastical authority of King Henry VIII. This is when the Crown of the Ecclesiastical See was secretly granted to England for the collection and "reaping" of lost souls. Spain officially lost the Second Crown of the Ecclesiastical See in 1604 when it was granted to King James I of England by Pope Paul V after the successful passage of the Union of Crowns or Commonwealth, in 1605 after the false flag operation of the Gunpowder Plot. The Crown was finally lost by England in 1975, when it was returned to Spain and King Carlos I, where it remains to this day.

**Papal Bull In the Name of the Holy was also issued by Pope Paul III and published in 1537. This Papal Bull discusses evangelization and conversion, including the proper way to apply the sacraments, in particular baptism. This was especially important in the early days of colonial rule, due to the utilization of baptismal rites as a contract for collecting souls. Hundreds if not thousands of indigenes aborigines' people were baptized every day. One interesting aspect of this bull is its discussion of how to deal with local practices, for example, polygamy. After their conversion, polygamous men had to marry their first wife, but if they could not remember which wife was the first, they "could choose among the wives the one they wanted". Christianity was not established in the Americas until colonial rule when marriage became about contracts and business. Even the** Black nobility forced their family members to marry Catholic. Jus soli is Latin for "right of the soil", commonly referred to as birthright citizenship, is the right of anyone born in the territory of a state to nationality or citizenship. When an indigene aborigine got baptized by the Roman Catholic Church; their immortal soul is contracting with Holy Roman Empire under Cannon Law. This made them citizens of the Holy Roman Empire, on their own land, granting them privileges not inherited blood rights. Once their nation or title was removed they're considered chattel property and induced into servitude. Utilizing Jus soli, anyone in any one of their colonies, had the right to become a citizen under the Republic of Rome.

Jus soli was part of the English common law, in contrast to jus sanguinis (right of blood), which derives from the Roman law that influenced the civil-law systems of continental Europe. An early form of jus soli dates from Cleisthenes' reforms of ancient Athenian law in the 6th century BC. It developed further in the Roman world, where citizenship was extended to all free in habitants of the Roman Empire by the Edict of Caracalla in AD 212. During the English Civil War, Oliver Cromwell was responsible for the defeat of Scotts at Worcester. He invaded Scotland in 1650 and 1651 and committed genocide of the indigene aborigine "black" population of Ireland and Scotland. After their defeat some were forced to serve as soldiers in the European Continental Armies but hundreds of these indigene aborigines Irish and Scotts were transported to the English colonies in the West Indies and the Americas. These Irish and Scottish POW's were among the earliest indentured servants to be shipped to these colonies. The POW' shipped to New England thrived while those shipped to the West Indies did not fair quite as well. The indenture itself was legal property not the person so they were liberated once their indentured servitude was done. Both "black" and "white" indentured servants, shipped to the English colonies, fall under jus soli also because they were given birthright citizenship once their indentured servitude.

After obtaining the Third Crown of the Ecclesiastical See from Pope Paul V in 1604; King James I of England began planning the colonization of the "New World" under the Doctrine of Discovery. In order to take advantage of the possibilities for trade and commerce which would then be afforded, in 1604, a group of prominent statesmen, businessmen, merchants, financiers and manufacturers assembled in Greenwich, in the County of Kent, England, to create and form a Corporation, Joint Stock Company and Body Politic which was to be known as and called "The Virginia Company". Given that its primary stockholder and Chief Executive Officer (CEO) was none other than King James I, Emperor of the Holy Roman Empire, King of England, Scotland, France, and Ireland; on the date of April 10, 1606, the joint-stock Virginia Company had at its disposal all kinds and types of legal, commercial and other experts and consultants who were ready and willing to offer their services in the service of the company (and therefore the Crown).

Most of the European "Black Nobility" and aristocracy were black at the time but in the process of being bleached out. The King James bible was a primary weapon of all colonizers who were sent out as privateers. Under Doctrine of Discovery the indigene aborigines were given the options of converting to Christianity or death. The Christian religion was then used to teach them that God (Jesus) looked like their slave masters, and therefore their enslavement was the will of god. The Bible, which is full of scripture concerning slaves, was then used to assert this at mass on Sunday. The joint-stock VA Co was set up to manage the resources of the colony. There were to be formed three (3) Councils, one each in the relative Colonies, and One overseeing Council formed in England. The councils represented and worked for the king but ultimately all power came from the Holy Roman Empire. THE ROYAL ORDINANCE AND CONSTITUTION was issued on March 9, 1607. The first section of this ordinance enlarged the Kings Councils for the two colonies, and that, because of the distance between the members of each of the councils, that twelve men met together where six at least were to be members of one colony and six at least were to be members of the other colony, were to be considered enough persons (a quorum) to vote on any particular issue, and they were given power to vote upon broader and more far reaching issues than ever before.

In American history, the Virginia Company of London is one of the earliest and most famous joint-stock companies. **In May of 1606, King James I granted a royal charter for colonial pursuit to a group of London entrepreneurs,** permitting **the Virginia Company** exclusive rights, **to establish a satellite English settlement in the Chesapeake region of North America.** The joint-stock Va. Co was sanctioned in order to challenge Spain and its' claims in the Americas under the Doctrine of Discovery. **By December, 104 settlers sailed from London instructed to settle Virginia, find gold, and seek a water route to the Orient. Some traditional scholars of early Jamestown history believe that those pioneers could not have been more ill-suited for the task. Because Captain John Smith identified about half of the group as "gentlemen".**

The Virginia Company's business plan was ambitious, ranging from exploiting the region's gold resources (there weren't any) to finding a navigable route to China (they didn't). The First charter gave the King's permission and license to the several petitioners for them to create several plantations in two colonies which were to be formed on the main land of the east coast of the American continent from the latitude of thirty-four (34) degrees north of the equator (at approximately, Carolina Beach, south of Wilmington. North Carolina) to forty-five (45) degrees

north of the equator (about where the present Canadian / U.S. Border is in the State of Vermont); "In that part of America commonly called Virginia, and into other parts or territories in America either appertaining to us or which are not now actually possessed by any Christian Prince or People" and the same colony was to include any islands offshore of the mainland within one hundred (100) miles of the shoreline, and between the same above mentioned latitudes.

There were initially to be formed two colonies. Colony number one (1) was to be composed of several and diverse "knights, gentlemen, merchants and other adventurers of our city of London, and elsewhere, and was to be situated in that same area between thirty four (34) degrees north of the equator to forty one (41) degrees north of the equator, and for a distance north and south along the coast of the original point of settlement of fifty (50) miles, and a distance inland from the coast of one hundred (100) miles, the second colony was to be made up of "sundry knights, gentlemen, merchants and other adventurers of our cities of Bristol and Exeter, and of our town of Plymouth, and of other places which do join themselves unto that colony" and was to be situated in that same area between thirty eight (38) degrees north of the equator to forty five (45) degrees north of the equator, and for a distance north and south along the coast of the original point of settlement of fifty (50) miles, and a distance inland from the coast of one hundred (100) miles.

Each of the two original colonies thereby settled could be placed anywhere on the American coastline within the given parameters, and would, when mapped and laid out, form two squares each of 10,000 square miles, and each with four sides, each side being 100 miles long, and there was to be at least one hundred (100) miles between the two colonies.

The Colonists were to "have all the lands, soils, grounds, havens, ports, rivers, mines, minerals, woods, marshes, waters, fishings, commodities and hereditaments whatsoever", but, such riches were to be "had" at an expense. This expense was to form part of a contract which was to be binding upon anyone who was one of the original formers of the Virginia Company, or any of their heirs or successors or assignees, or anyone, their successors and assignees who later "joined" the Virginia Company or any or either of the two or any future colonies and was explained in two paragraphs;

please note that fifty per cent (50%) of all gold and silver and fifteen per cent (15%) of all copper which was to thereafter be extracted from the ground belonged, under the terms of this Virginia Company covenant, to the English Crown and was to be transported back to England on an Annual basis. This covenant is still in force today for all honorable men and descendants of the original colonial founders and the descendants of all those who later were to "join" the Virginia Company.

Of course, the colonists would need to cultivate the land and grow the food necessary for their survival, so to that end the statement of; "And finally we do. for us, our heirs and successors, grant and agree…that we, our heirs and successors..shall by letters patents bearing the great seal of England grant unto such persons (the Council), their heirs and assignees..all the lands, tenements and hereditaments which shall be within the precincts limited for that colony 10,000 square miles in a square with each side being 100 miles long, as is aforesaid, to be holden of us, our heirs and successors, as of our manor of East Greenwich in the County of Kent, in "free

soccage" only and not in "capite" was entered into the first charter.   The statement "to be holden of us…in free soccage only and not in "capite" meant that the **colonists were granted the land under a Deed of Trust and they could not claim ownership of the land, ownership was retained by the Crown. They could only use the land for themselves, and pass the perpetual use of their particular piece of land on to their heirs and successors (by blood, marriage or adoption) and assignees.**

**In June of 1607, the Virginia Company "explorers" landed on Jamestown Island to establish the Virginia English colony on the** northeast **bank of the James** (Powhatan) **River, 60 miles from the mouth of the Chesapeake Bay.**   It was located in the country of Tsenacommacah which belongs to the Powahattan confederacy.   "James Fort" was the first permanent English settlement established in North America and the colonial capital from 1616-1699.   **While disease, famine, and continuing attacks of neighboring Algonquians took a tremendous toll on the population, there were times when the Powhatan Indian trade revived the colony with food in exchange for glass beads, copper, and iron implements. It appears that eventual structured leadership of Captain John Smith kept the colony from dissolving.  The "Starving Time" winter followed Smith's departure in 1609 during which only 60 of the original 214 settlers at Jamestown survived. That June, the survivors decided to bury cannon and armor and abandon the town.  Modern historians claim that it was only the arrival of the new governor, Lord De La Ware, and his supply ships that brought the colonists back to the fort and the colony back on its feet.**   But truth is the Jamestown colony was failing because the colonists were not agriculture inclined so 80% of them died between 1609-10 from starvation and disease.  It wasn't until the indigene aborigine of the Powahattan confederacy taught the Jamestown colony how to grow tobacco that it began to prosper.  This saved the colony as tobacco became their cash crop.  Massive level cash crops such as tobacco require a lot of land and people, so the Jamestown colony recreated the feudal system in the colony.  The colony began shipping people from England under 7-year indentured servant contracts or kidnapping indigenes aborigine for the colony as chattel slaves.

According to indigenes aborigines "They had spent their days digging random holes in the ground in search of gold instead of planting crops; soon they were starving and digging up putrid Indian crops to eat".  After teaching the settlers farming and saving them from starvation on the first Thanksgiving the colonist offered them a toast to eternal friendship.  Soon after the chief, his family, advisers, and two hundred followers dropped dead of poison.  The Powhatan Wars were a series of 3 wars fought between the English settlers of the Va. Company colony and the indigenes aborigines of the Powhatan confederacy from 1609-1614; 2nd 1622-1632; and 3d 1644-1645.  The Pamunkey nation are one of eleven Virginia "black Indian" tribes recognized by the commonwealth of VA as part of the Powhatan Pearamountcy, Philly Camden area.   The joint-stock VA Co successfully established the Jamestown colony in Virginia and began to grow and export tobacco; however, in 1624, an English court ordered the company to dissolve and converted Virginia into a royal colony. The investors in the Virginia Company never saw a profit.

All 13 American colonies started as ports along the north coast as Vatican owned assets.  The "Founding Fathers" were actually land speculators working for the crown.  The Indian natives practiced sharecropping and had farms and plantations which were called estates.  Most of the

indigenes aborigine (black Indian) Confederate nations had agricultural civilizations. It was the Powhattan Confederation which taught Europeans how to cultivate tobacco. Utilizing the Doctrine of Discovery, the European colonizers took over all trade within the Americas. It was these enslaved black Indians who were utilized by the north American colonies as farmers to cultivate their plantations. They were needed because they knew how to cultivate their native crops. After Jamestown colony, the whole indigenous aboriginal agricultural system was changed for commercial agriculture. Utilizing Doctrine of Discovery, the colonists overlaid and took over what indigenous aboriginal had already established in the Americas thru patents, trademarks, and the US Postal service. They used international law to disenfranchise indigenous aboriginal American population. The indigenous black Confederations didn't understand the concept of owning property so they owned no titles to the land. They lived in communes which operated under a socialist structure in which everything was shared and considered to be God's property. Under the colonial capitalist system imposed on them under the Doctrine of Discovery, everything in the Americas was commodified, even the indigenes aborigine "black Indians" themselves.

**Kent: Also, in August of 1619, the first Supposedly "documented Africans Slaves" were brought to Jamestown.** The claim is the first recorded slaves from Africa (20 Africans from Angola) arrived at Old Point Comfort near Jamestown colony. **There are many differing stories about this "supposed" event: From PBS: "It is late summer: Out of a violent storm appears a Dutch ship. The ship's cargo hold is empty except for twenty or so Africans whom the captain and his crew have recently robbed from a Spanish ship. The captain exchanges the Africans for food, then sets sail."** But according to Boston Digital Humanities **Consortium, recently uncovered census shows that "black" people were present in Virginia before 1619.**

**All serious scientists agree that the TOTAL number of African slaves imported into the United States was approximately 500,000. Some estimate that an additional 38,000 to 50,000 Slaves were smuggled into the United States from the Caribbean after the Slave trade was outlawed in 1808. So, assuming that all blacks in the United States were from Africa, by 1865 (when slavery was outlawed) the maximum number of African slaves imported to the United States was 550,000. In statistical analysis there is a mathematical formula for calculating the time needed for a population to DOUBLE – it is called Doubling time! In 1808 the importation of Slaves from Africa was outlawed. At that time there were about 1,377,808 Blacks (1810 numbers, actual number was a little less) in the United States. Using the Canadian doubling time of 78 years, by 1886 the BEST the Black population of the United States COULD have been was: 2,755,616. So that by the time of the 1900 census, the MOST the Black population of the United States could have been would be about 2,810,000!**

The Ens Legis UNITED STATES is responsible for conspiring to disenfranchise the People of the Republic of Haiti like the American colonies disenfranchised the descendants of the indigenous aboriginal autochnuous American population whom went thru chattel slavery and

were denationalized and reclassified as Indian, 1492; negro,1832; black,1965; negro,1900; colored,1950; Afro-American, 1970; African American, 1986; FBA, 2015.    The human trafficking which occurred during the Trans-Atlantic Slave trade (1519-1867) reveals that up to 80% of those labeled African Americans are descendants of the autochnuous Americans.  The distribution of "slaves" throughout the Americas reveals that 38.5% were shipped to Portuguese colonies; 18.4% to British West Indies; 17.5% to Spanish colonies; 13.6 to French colonies; 6.4% to British North American colonies (Canada); 2.3% to Dutch colonies; only 3.35% were shipped to the British American colonies out of the 10,000,000 "Africans" slaves imported into the Americas.  Only 400,000 Africans were actually shipped to North America, the American colonies actually practiced chattel slavery and enslaved the indigenous people they found inhabiting North America.  Of the approximately 12 million slaves shipped from Africa to the Americas only 5% ended in the U.S. while most ended up in South America.


At first the colonization of the Americas was about business not race due to the fact that the Black Nobility; merchant class; knights; gentlemen of Europe were all black; and also, the indigenes aboriginal population of North America they were colonizing were black.  White indentured servants were actually owned by blacks and Indians in the South to such an extent that the Virginia Assembly passed the following law in 1670: It is enacted that no black or Indian though baptized and enjoined to their own freedom shall be capable of any such purchase of Christians (*Statutes of the Virginia Assembly,* Vol. 2, pp. 280-81).  The American colonies were divided by class with the lowest being indentured servants.  In 1662 the General Assembly of Virginia decides that any child born to an enslaved woman will also be a slave. The status black was changed to "servant for life" and as having "no standing in law".  An armed insurgency developed in 1676 of about a thousand Virginians of all races from the indentured class led by Nathaniel Bacon. Jamestown was burned down during Bacon's Rebellion and though it was unsuccessful, it struck fear into the white elite class; who saw that the indentured classes, regardless of race, were willing to unify against them. This event caused the Black nobility and their employees to begin the codification of race as way to entrench their power especially since the colonies were surrounded by copper-colored confederacies of indigenous aboriginal Americans.  This is what led to the beginning of codification of "white" as a class within the American colonies and creation of a white powered infrastructure which disenfranchised black people. The American colonies developed a white powered infrastructure, in which all men are created equal but not everyone considered to be a full man. Under this system, no matter how oppressive, white skin gave an advantage and the possibility of rising thru race. Over time the white people born into this system of white privilege begin to believe these laws must reflect a Natural Law and whites must be naturally superior to blacks developing a mentality of white supremacy. Within this egalitarian de jure but de facto apartheid system, white Americans developed a ruling class mentality over the "black" class.


The British colonies established a system of representative government in North America. **Given that the New World was an extension of the British Empire, across the sea and the colonies formed therein were operating under the auspices of the joint-stock Virginia Company, the criminal courts in the new colonies were therefore and thereby to operate under Admiralty Law (the law of the sea).  The Civil Courts (those of Chancery and**

**Equity) were to operate under Common Law (law of the land).**  The Criminal Courts of the United States still operate under Admiralty Law which is why todays lawyers have to get accredited with the BAR of England in order to practice law in the US!  An interesting fact is that there were no jails in the Americas until the arrival of these colonies.  During the English Civil War, Oliver Cromwell was responsible for the defeat of Scotts at Worcester.  He invaded Scotland in 1650 and 1651 and committed genocide of the indigenous blacks population of Ireland and Scotland.  After their defeat some were forced to serve as soldiers in the European Continental Armies but hundreds of these indigenous Irish and Scotts were transported to English colonies in the West Indies (Jamaica) and the American colonies.  These Irish and Scottish POW's were among the first indentured servants to be shipped to these colonies.  The POW' shipped to New England thrived while those shipped to the west indies did not fair quite as well.  The indenture itself was legal property not the person so once their indentured servitude was done.

**The Thirteen American Colonies were English, Dutch, Swedish, and later British colonies established on the Atlantic coast of North America between 1607 and 1733. The colonies were: Delaware, Pennsylvania, New Jersey, Georgia, Connecticut, Massachusetts Bay, Maryland, South Carolina, New Hampshire, Virginia, New York, North Carolina, and Rhode Island and Providence Plantations. Each colony developed its own system of self-government and consisted of white and black indentured servants who were mostly independent contractors from Europe. They were granted their own land and voted for their local and provincial government. French Louisiana, first settled at Mobile in 1702, started its growth when 7,000 French immigrants arrived in New Orleans in 1718. The areas around New Orleans and west of the Mississippi were given to Spain in 1760. Louisiana was taken back by France in 1800, and sold to the United States in 1803 in the Louisiana Purchase.**

In 1774 a union of 6 "black" nations already existed in the Americas way before the VA Co began establishing colonies.  For instance, the Algonquin and Iroquois Nation (also known as the Lenape) already had "black" confederations but became so intermingled with "white" colonist that they were whited out.  The Moors (Saracens) had international trading posts established in the Americas before the nations of Europe began colonizing the Americas under the Doctrine of Discovery.  After their expulsion from Granada; **the Moors were heavily involved in the white Christian slave trade which brought white slaves to the Americas.** The Moors had already been trading goods and services with the indigene aborigine people and Confederate nations of the Americas, thru admiralty law, and were the bridge between the two continents.  In his book The History of English-Speaking Peoples Winston Churchill states that the French Indian War of 1754-1763 was the actual First World War.  After salutary neglect, it was this war fought by the British, which primed North America for exploitation by their American colonies.  The French Indian War also known as the 7 Years war is what actually stabilized the British American colonies and set the stage for the American Revolution.  The British evicted the French from Quebec and Spanish from Florida on behalf of their American colonies yet they ceded from England after this war.  France fought with the indigenous

aboriginal confederations they allied with against the British in this War.  After the war England chose to hinder the Founding Fathers, who were basically capitalists and land speculators, from moving west, seizing land and making the indigenous aboriginal Americans work it which infuriated the American colonies.  Due to the French Indian War, France and Spain were removed from the American theatre of operation.  The Anglo-Cherokee War, Spanish Indian war, Seminole war, Gullah wars, Yamasee wars and series of Indian wars of that era were actually one big war.  The indigenous black population were fighting off the colonizing forces of the French, English, and Spanish on all sides.  It was when the English built a federation of Europeans and Cherokees that the tides start turning.  Governor Henry Ellis of Georgia 1760 stated "I have been able to set the Chickasaws upon the Cherokee

The First Continental Congress met from September 5 to October 26, 1774, The Second Continental Congress ran from May 10, 1775 to March 2, 1789.  It was held at Carpenter's Hall in Philadelphia which served as their capitol and was also head of Freemasonry.  There were eight presidents under the Articles of Confederation.  Some were Moors, simply colonists, and others were delegates of the Continental Congress.  Moorish science is what Freemasonry is based upon and during their occupation of Spain for 800 years; Moors (the original Masons) created Freemasonry in order to indoctrinate and civilize their "white" population.  It was also during the First Continental Congress that Benjamin Franklin and the Odd-fellows Convention began to strategically plan on how to usurp power from the Moors and British (their "black" benefactors) who were in the process of colonizing North America for the benefit of their progeny.  **In 1751 American Statesman Benjamin Franklin wrote an essay Titled: "America as a Land of Opportunity". As part of that essay, Benjamin Franklin noted the demographics of Europe, the Americas, and Asia, as of his time 1751.**  Benjamin Franklin stated on record: "the number of purely white People in the World is proportionally very small...All of Africa is black or tawny. Asia chiefly tawny. America (exclusive of the new comers) wholly so. And in Europe, the Spaniards, Italians, French, Russians and Swedes, are generally of what we call a swarthy complexion; as are the Germans also, the Saxons only excepted, who with the English, make the principal Body of white people on the Face of the Earth. I could wish their numbers were increased. and while we are, as I may call it, scouring our planet, by clearing America of woods, and so making this side of our Globe reflect a brighter Light for the of Inhabitants in Mars or Venus, why should we in the sight of superior beings, darken its People? why increase the Sons of Africa, by planting them in America, where we have so fair an Opportunity, by excluding all Blacks and Tawneys, of increasing the lovely White and red? But perhaps I am partial to the Complexion of my Country, for such Kind of Partiality is natural to Mankind".   It was reported that Oddfellows "Founding Fathers" such as George Washington were part of the secret raging debate on how to switch tables and perpetuate slavery on the Moors blacks!  During the convention they also created laws to end white Christian slavery and agreed to adopt the Articles of Confederation as the beginning of the Constitution. The Articles of Confederation and Perpetual Union was the first written constitution of the United States.  Stemming from wartime urgency, it was written in 1777 and due to fears of a central form of government and extensive land claims by states; it wasn't ratified until March 1, 1781.

On July 4th 1776 the American colonies declared independence from King George II and the American Revolution began.  Immediately after their American colonies declared independence;

British authorities made it a point to notify authorities of the Barbary States that her former possessions in the Americas were no longer protected under British treaties with them. The Brutish Governors of the colonies delighted as American merchants became distraught. They could no longer sell their grain, tobacco, and other wares at Mediterranean Ports and faced ruin. Once the colonies declared Independence from Britain, they became foreigners of a rogue state without any true authorization to operate on American soil. To transform themselves from outlaws into a legitimate nation, the colonists needed international recognition for their cause and foreign allies to support it. **In 1777** Morocco became the first country to formally recognize the independence of the United States of America and they began paying tributary to the Barbary States for said recognition. Why were the Barbary States (Moors) first to recognize the independence of the colonies? The Moors agreed to co-sign the Independence of the American colonies from Britain; for a tributary fee and a special status for Moors under the newly formed union. It seems the Moroccan Empire(Amexam) had extended a land grant of the entire western hemisphere of North America to the British. They leased it to Britain for a certain number of years like when China leased Hong Kong to great Britain. The USA is the administrative authority of these territories which are held as trust territories under mandate of the UN.. The U.N. will terminate this mandate once the indigenes aborigine's American population regains some measure of self-governance. The Moors still hold a special status under the U.S. government to this day!


The bedrock ideology and mythos of the US is the American Revolution (1775 to 1783) and that it was a just cause; fought for freedom, liberty, and justice for all. The claim is that the cause was due to "Taxation without Representation"; and the refusal of King George II to allow colonists to print their own colonial script; and tyrannical British rule. In his book The Counter-Revolution of 1776: Slave Resistance and the Origins of the United States of America; Dr. Gerald Horne detonates the bedrock of this false premise with the revelation that the main cause for the American Revolution was actually the June 1772 Scotland **Somerset v Stewart** case by Lord Mansfield, a Scottish Judge, which held that chattel slavery was unsupported by the common law in England and Wales, although the position elsewhere in the British Empire was left ambiguous. The abolishment of chattel slavery in the American colonies with Lord Mansfield Somerset's Case infuriated the American colonists who'd rather revolt against the crown than see "slaves" they considered to be property freed causing great losses in income. The amount of wealth made by Europeans in their colonial pursuit of the Americas is inconceivable. The value of human chattel to American colonists was not just in the labor they provided but resided primarily in their use as instruments of profit and residual income.


Both black and white American colonists participated in the American Revolution, and fought against British rule together. **There were "Black" European or "Afro"-European men and women whom fought with integrity along with the white indentured servants, in The American Revolution. It was Benjamin Banneker (1731–1806), "black European", who did the astronomical calculations for the survey, of Washington D.C.; and had the skills to build the White House for a free nation! In a letter to Va. Co. employee George**

Washington; Benjamin Banneker stated:  'suffer me to recall to your mind that time, in which the arms and tyranny of the British crown were exerted, with every powerful effort, in order to reduce you to a state of servitude:  This, Sir, was a time when you clearly saw into the injustice of a state of slavery and remembered in all succeeding ages: you were then impressed with proper ideas of the great violation of liberty, but, Sir, how pitiable is it to reflect, in detaining by fraud and violence so numerous a part of my brethren, under groaning captivity and cruel oppression".  From the accounts of their correspondence it seems Benjamin Banneker was confronting George Washington about the double cross of America towards its "black" citizens.  It seems that after the American Revolution the white colonists began to betray and enslave the black colonists.

**After gaining Independence in 1783** The United States began negotiating its first formal treaty with the Barbary States which resulted in the signing of the 1786 Moroccan-American Treaty of Amity and Commerce.  John Adams, Thomas Jefferson (both future US Presidents), and Benjamin Franklin were the American signatories.  The question arises why did the newly independent USA make its' first formal treaty with Morocco, a country in Africa, and not any nations in Europe or the indigenes aborigines Confederate nations found in North America? The evidence reveals that the Moors of the Kingdom of Morocco had been heavily involved in the process of colonizing the Americas and fought many battles against Spaniard Conquistadors during the era of New Spain.  The British had also signed treaties with them in order to establish their colonies in North America.  The Moors of the Barbary States were actually working to set up some type of "New World Order" and considered the Americas as part of this empire called Amexam.  They had simply projected their jurisdiction over the Americas from Africa thru the Moors inhabiting there.  The 1786 Moroccan-American Treaty of Amity and Commerce simply transferred the projected Moroccan jurisdiction of Amexam over to the newly formed U.S.A. The indigenes aboriginal population of North America was not aware of this Moroccan jurisdiction nor of the treaty the made with Britain.  This treaty is the equivalent and would evolve into the Buck Act which most modern-day Americans are not aware of.  Using the Buck Act of 1940, the District of Columbia projects the jurisdiction of Washington DC over the whole continental United States.  In **1836** this Treaty of Friendship and Peace was renewed for an indefinite term and the Ens Legis UNITED STATES still upholds it as significant to this day. The fact of the matter is the whole European block worked together to disenfranchise the indigenes aborigine's population they found in the Americas.  Behind the scenes they were all working together to colonize the Americas under the Doctrine of Discovery for land and resources.

**Modern historians claim that the American Revolution** ended on September 3, 1783 when Britain accepted the terms of American Independence at the Treaty of Paris; and a sovereign Republic of the United States of America was established under the Constitution.  But it hasn't always clear whether or not the US had actually severed ties with England after gaining independence because it wasn't known if the charter of the VA Co was revoked or not.  **In fact,**

there was three weeks of negotiations in October of 1781 between Earl of Cornwallis (Freemason) and VA Co employee George Washington (Freemason); of which secret stipulations are now coming to light. The condition of *"surrender"* of Cornwallis included the covert stipulations that:

A) The Bank of England would retain control the central bank of the new government

B) The joint-stock Virginia Company of May 23, 1609 issued a covert second charter for the new UNITED STATES OF AMERICA corporation and BODY POLITIC. The Terms of the Capitulation also included that this secret corporation would continue in existence; and that the King or Queen of England would continue to receive 20 percent of the revenues from the Virginia Company, as per the old Charter of 1607 forever! Utilizing Duns and Bradstreet all of these entities are corporations which are able to be dissolved and stood up in another name.

The French version of capitalist system is French "Laissez-Fair" which means free market. A brief history of French Capitalism; reveals that capitalism is basically a large pyramid-scheme the people at the top make all the money on the backs of the people at the bottom. This was the cause for the French Revolution which resulted in the execution of the man at the top of the pyramid scheme King Louis XVI; once the French people figured out that they had been swindled by the people at the top, Due to investments, the monarchy of France became heavily involved with the corporate US government after the French Revolution. Daniel Payseur (Crown Prince Louis aka Louis XVII of France) was smuggled out of France to North Carolina in the United States after his mother was executed. The Payseur family signed a contract with Benjamin Franklin in 1785 to handle all of the communication and transportation in the secret corporation forever. The Crown Prince of France, Louis Charles Bourbon-Capet, was made manager of the United States Corporation in 1805. At that time the Crown Prince was 20 years old. He had been in hiding in the City of London since both his parents were beheaded during the French Revolution in 1793.

The Payseurs have gone to extreme lengths to corrupt government documents, such as courthouse records. They have hidden the births of many of their descendants, and have covered over with extreme secrecy most of their monetary holdings. They have been so powerful that they could hide their wealth and power, and use other families as proxies. The Federal Reserve Bank of Charlotte evolved out of the North Carolina GOLD COMPANY chartered in 1899 in Charlotte North Carolina! The First National Bank of Charlotte was the bank that made the secret gold bullion payments to the Queen of England for 190 years. The Federal Reserve Bank of Charlotte North Carolina made the secret electronic funds transfers to the City of London. This is the 20% of the tax revenues that will forever go back to the Crown of England, via the original contracts with the Virginia Company. There were some Secret Trusts executed with the Pope of the Holy Roman Empire also. The Payseur family lost control of the Virginia Company in 1933 when the Ens Legis UNITED STATES had to file for bankruptcy. All of the Executive Orders issued by President FDR, disenfranchised Louis Cass Payseur's family from the Corporate UNITED STATES in 1933. A Beneficial Owner is **an individual who ultimately owns or controls an entity such as a company**, trust or partnership. 'Owns' in this

case means owning 25% or more of the entity. This can be directly (such as through shareholdings) or indirectly (such as through another company's ownership or through a bank or broker). The Payseur family was put in place to manage the affairs of the VA Co in order to hide the true BO's of the VA Co.

The VA Co owns most of what we now call USA and any lands up to 100 miles offshore including Bermuda and most of the Caribbean except Haiti. The VA Co owns most of what we now call the USA and any lands up to 100 miles offshore including Bermuda and most of the Caribbean; except Haiti. **The VA Co has rights to 50% of all gold and silver mined on its land plus a percentage of minerals and other materials found. The land is still under control of the VA Co which was granted to their colonies under a deed of trust; therefore, they cannot claim ownership of the land; they can only pass on perpetual use of land to their heirs; or sell perpetual use of it but the VA Co can never own it.** The **indigenes aborigine Confederations of North America are the original principal land owners; even if the city or state confiscated their land, as beneficiaries, they're still owed and can receive royalty checks.** All Land patents are retained by the crown and the system is set up for the benefit of the Black Nobility of Europe. A lot of indigenes aborigines' people (freemen) partnered up with crown to do business not understanding what they were up to and struck deals with the colonists. By 1787 the US Constitution and the Northwest Ordinance were completed. This ordinance created the first organized territory out of the region which is today Ohio, Illinois, Indiana, Michigan, Wisconsin. It also set forth guiding principles for treatment of the Indians and that their property shall never be taken without their consent and their property rights and liberty shall never be invaded or disrupted. Under the Northwest Ordinance race played a factor between incorporated vs unincorporated territories because a territory had to have a significant white settler population before it was considered a state and received a Governor.

Colonial North America consisted of over 500 "black Indian" Confederations with the Algonquin Alliance being the largest of the north east coast. The Seminole Wars are considered as an extension of the American Revolutionary War, after losing their American colonies, the British armed the insurgency of indigenous inhabitants of Florida and fought with them against their former American colonies in the War of 1812, just a decade after the American Revolution. In fact, South Carolina was started as an all-white colony in order to buffer all of the indigenous Americans fleeing to Florida which was considered a sanctuary state. When Spain regained control of Florida a lot of these black Indians went into hiding in England and Cuba thru the international Underground Railroad. From 1816 -1819 Andrew Jackson led a series of excursions into Florida and lost badly due to the guerrilla warfare tactics of the Seminole confederation. In 1819 the American colonies purchased Florida from Spain and it was organized as a US territory in 1822. While Spain owned Florida the Seminoles of Florida knew they could stay free but once Washington DC purchased the territory, they knew it would bring their full might upon them. By the late 1840's 2/3 of US forces were fighting against the Seminole insurgents of Florida. Over 50,000 troops were utilized in this secret war and it was a felony for a journalist to mention the black insurgency of Florida in newspapers. These actions culminated in the Indian Removal Act imposed by Andrew Jackson and the Trial of Tears. The Seminole Indians of Florida were forced to accept the jurisdiction of the American colonies and reclassification as colored/freedmen or relocate to Oklahoma and keep their "Indian" nationality.

The tragedy is that the American colonial government broke every treaty they made with these black Indians and even when they relocated to Oklahoma generations later the US government bombed their descendants of "Black Wall Street". Oklahoma's Black Indians and their hundreds of thousands of descendants are among those who have left a legacy of records, from the Dawes Rolls, Guion Miller Rolls, Kern Clifton Rolls, to Wallace Rolls. The problem with these documents is that they purposely failed to recognize the majority of black Indian confederations which existed in North America.

In 1823 the Doctrine of Discovery was infused into American law with U.S. Supreme Court decision  Wheat., 543).  Chief Justice John Marshall writing for the unanimous Supreme Court decision stated that Christian European nations had assumed "ultimate dominion" over the lands of America during the Age of Discovery, and that such "discovery" meant the North American Indians had lost "their rights to complete sovereignty, as independent nations," and only retained a right of "occupancy" in their lands. According to Marshall, when the United States became independent in 1776 it retained the British right of "discovery" and also acquired Britain's power of "dominion".  The court denied individuals permission to buy land from American Indian tribes and instead claimed that only the sovereign United States could acquire the land, should the Indians choose to sell. Indians were given a limited right of "occupancy" without full title to their own land and could lose their land if they could not prove continuous occupancy. The doctrine explained in secular terms rather than religious terms, stating that the criterion for sovereignty meant those who were "cultivators of land" instead of "Christians".  The U.S. Supreme Court's decision for Johnson in 1823 has been used by the United States to justify the breaking of hundreds of treaties the U.S. entered into with Indian nations, despite the fact that the United States Constitution says all such treaties are "the supreme Law of the Land." This ruling has been used to justify the stealing of the homelands of Indian peoples living east of the Mississippi through the Indian Removal Act of 1835. It was used to justify the General Allotment Act of 1887, robbing Indian people of an additional 90 million acres of their lands. It was used to steal the Black Hills from the Sioux in violation of the 1868 Treaty of Fort Laramie. It was used to justify the U.S. Government paying itself for 24 million acres of Western Shoshone land, extinguishing the title granted in the 1863 Ruby Valley Treaty

The independence of the English colonies in America and the French Revolution in the late 18th century laid the foundation for Jus Soli.  The reason why independence of the American colonies laid the foundation for Jus Soli (commonly referred to as **birthright citizenship)** is due to the Homestead Acts which granted land to only white colonial settlers during Manifest Destiny.  Martin Luther King made it clear how these Homestead Acts empowered these European migrants and disenfranchised "African-Americans".  He is on record stating: "At the very same time that America refused to give the negro any land thru an act of congress our gov't was giving away millions of acres of land in the west n Midwest which meant that it was willing to undergird it's white peasants from Europe with an economic floor but not only did they give the land they built land grant colleges with gov't money to teach them how to farm; not only that they provided county agents to further their expertise in farming; not only that they provided low interest rates in order that they could mechanize their farms; not only that today many of these people are receiving millions of dollars in federal subsidies not to farm n they are the very people

telling the black man that he ought to lift himself by his own bootstraps; this is what we are faced with, and this is the reality now when we come to Washington in this campaign; we're coming to get our check". MLK was upset because "African-Americans" weren't descendants of slaves but indigene aborigines Americans; who were prisoners-of-war or coerced into indentured contracts by the American colonial government. The early American colonies consisted of black and white European colonists. The indigenous aboriginal autochnuous American population who fell under the jurisdiction of the colonies were reclassified with common vernacular of the day such as Indian, negroe, black, and coloured. They were coerced into joining or kidnapped, shipped, and utilized to build up the former American colonies and territories within the US until the Civil War without compensation.

With the social and economic development of the 19th and 20th centuries and the massive migrations to the Americas, Jus Soli was established in a greater and greater number of countries. As an unconditional basis for citizenship, Jus Soli is the predominant rule in the Americas, but it is rare elsewhere. Since the 27th Amendment of the Constitution of Ireland was enacted in 2004, no European country grants citizenship based on unconditional jus soli. Almost all states in Europe, Asia, Africa and Oceania grant citizenship at birth based upon the principle of jus sanguinis (right of blood), in which citizenship is inherited through the parents not by birthplace or a restricted version of jus soli in which citizenship by birthplace is automatic only for the children of certain immigrants. Countries that have acceded to the 1961 Convention on the Reduction of Statelessness will grant nationality to otherwise stateless persons who were born on their territory, or on a ship or plane flagged by that country. Jus soli is associated with permissive citizenship rights. Most countries with unconditional jus soli laws tend to give birthright citizenship and nationality based on jus sanguinis rules as well although these stipulations tend to be more restrictive than in countries that use jus sanguinis as the primary basis for nationality

Despite the rhetoric of the Constitution the USA was established as a nation based on chattel-slavery until the Civil War and the abolishment of chattel slavery. In fact, the "UNITED STATES" refused to recognize Haiti's independence until 1862 during the Civil War when they "abolished" slavery. They utilized Haiti to project the perception that institutionalized slavery was over in America when they looked to legitimize themselves to the "free world". The American Civil War (April 12, 1861 – May 9, 1865) was a civil-war in the United States between the Union "North" and the Confederacy "South". Modern historians claim that the cause of the Civil War was the clash between pro-slavery and anti-slavery states. But a true analysis reveals that it was actually caused by the Industrial Revolution and the invention of the Cotton Gin. After this invention the North looked to streamline the workforce thru a wage-based system; which is cheaper rather than maintaining a free labor workforce thru chattel slavery. Like one of my favorite animated TV shows once said (Rick&Morty): "capitalism is just slavery with more steps". The South may have been known as the capital of chattel slavery but North was the financial capital! Dutch Amsterdam established by the VOC was actually the financial capital of North America before the American colonies. Wall Street is actually a securities trading site which began as a slave trading marketplace and the system of utilizing

human beings as financial instruments thru chattel slavery began there.   In fact, it is the northern elite white class who would go on to promote and practice eugenics as a class.

The process of all Americans becoming private corporate chattel property of the End Legis "UNITED STATES" began with the assassination of President Abraham Lincoln on April 14, 1865; the Democrat party destruction of Reconstruction; lynching of Lincoln Republicans; the systematic denial of the indigenous aboriginal population to declare their nationality under their organic Republic or claim their true identity; and disenfranchisement of their rights as a sovereign people.  The international secret societies utilized white supremacists to destroy the original "black" Republican (Lincoln Republicans) party in order to keep them from their original sovereign Republican status, and keep "Whites Only" in power.  Coming out of chattel slavery the white "Americans" would rather keep their former '"slaves" subjugated to themselves and claim the false status of a corporate nation state; then work with the descendants of the indigenous sovereign Americans during Reconstruction to build a new republic.

Coming out of the Civil War, The Republican Party was established in 1854 by the "black" indigene aborigine Americans (who formed a large faction known as the Lincoln Republicans), white abolitionists with an anti-slavery platform, and the Reconstruction Era began!  President Lincoln established the Freedman's Bureau (also known as the Bureau of Refugees, Freedmen and Abandoned Lands) as a way to enfranchise and undergird the indigenous population as the Homestead Acts had subsidized the European immigrant class.   The Homestead Act of 1866 and the Civil Rights Act of 1866 (14th, 15th amendment) were also supposed to rectify the situation. Under these bills the Freedman's bank was also established, which immediately amassed 72,000 accounts and raised 52 million.   The indigenous aboriginal American population were also supposed to declare their nationality during Reconstruction when President Lincoln opened up the 13th amendment with 21 sections and nullified the 14th.    Modern historians claim Reconstruction ended in 1877 but it actually ended when Abraham Lincoln was assassinated on April 14, 1865 by John Wilkes Booth, a member of Knights of the Golden Circle.

The Democratic Party was founded by Andrew Jackson in 1825 on a pro-slavery platform and was known as the racist party.  What's interesting is that President Jackson was intent on keeping international bankers and foreign interests from operating in the United States government because he feared the tyranny, they would cause the American people if they got control of the American banking system.  It was the same Andrew Jackson that fought and lost in the Seminole Wars; and even though the Seminoles had secured Florida and won a court ruling to stay; he still forced them to denationalize or migrate during the Trail of Tears.   South Carolina was established as an all-white state to buffer the American colonies from Florida until the War of 1812 so they should have given the Seminoles Florida as an all-black state.   No nation can build a solid foundation by keeping a segment of its population marginalized and disenfranchised.  What's interesting is that after the Civil War, foreign interests i.e. international bankers/British crown/Holy Roman Empire who were intent on getting strangle hold on America swept in utilizing racist secret societies like KKK and the Democratic Party to accomplish what Andrew Jackson feared with the overthrow of Reconstruction.   The Ku Klux Klan (KKK) was founded in 1865 by Albert Pyke also a member of the Knights of the Golden Circle and southerners opposed to Reconstruction era policies which established economic and political

equality for black Americans.

Once President Lincoln was assassinated, the KKK/KOG utilized the Democratic Party to destroy Reconstruction and infiltrate the original Black Republican Party which nullified the American Subcontractor because they're the true sovereigns.   After this catastrophic event Vice President Andrew Johnson, Democrat, took office and sabotaged all efforts to empower the "black" American indigenes aborigine population.  The indigenous aboriginal population was betrayed by Washington DC and President Andrew Johnson with the Southern Compromise after Lincoln's assassination.    In 1868, President Andrew Johnson also suggested the annexation of the island of Hispaniola, consisting of Haiti and the Dominican Republic, to secure a U.S. defensive and economic stake in the West Indies.   The Louisiania Purchase (covert deal between France and American colonies to keep Haiti disenfranchised) is the precursor to the Southern Compromise.    After the Southern Compromise of 1877 (unwritten informal deal, arranged among US Congressman which pulled federal troops out of Southern US and ended Reconstruction era), the Freedmen's Bureau Bill was vetoed, "blacks" were disenfranchised and the Republican Party infiltrated by racists; members of the Lincoln Republicans were lynched all over the country; and the "Jim Crow" Era began.  The Freedman's Bureau, which had created the Freedman's Bank, got all of their gold stolen even though Frederick Douglas tried to save it. The confiscation of the gold from Freedman's bank is also similar to the theft of all the gold from Haiti's bank during the 19-year occupation of Haiti when they implemented Jim Crow policies. The Freedman's Bureau, which had created the Freedman's Bank, got all of their gold stolen even though Frederick Douglas tried to save it.    It's difficult to create a political powerbase without an economic one that's why the KKK stole all the money from Freedmans bank.    The Homestead Act of 1866 and the Civil Rights Act of 1866 (14th, 15th amendment) which were supposed to rectify the situation of indigenous "black" Americans during Reconstruction were watered down by the administration of President Johnson and not enforced in the Confederate South so they never received their 40 acres and a mule which was promised. The indigenous aboriginal autochnuous population reclassified as negro also lost their birthright as the 13th amendment was amended to transfer them from instruments of private property (chattel slaves) to property of the U.S. government.    The former white slave owning Southerners were compensated for loss of their "property" and the newly "freed" slaves were never compensated for their labor or chattel slavery.

US capitalism is a cold, well-oiled machine which developed out of chattel slavery and utilizing human beings as property.  It's a system which went from involuntary to voluntary servitude. They were (3) business enterprises originally engaged as Federal Subcontractors with the indigenous aboriginal Confederations and US Republic after the Civil War; one American, One British, and one **Holy Roman Empire** interest.  Two of these Federal Subcontractors (the British, and **Holy Roman Empire**) reorganized following the Civil War and began operating as commercial corporations in the business of providing governmental services (a status they've been in ever since).  The Republican-American Subcontractor has been paralyzed and rendered inoperable since the Civil War with the overthrow of Reconstruction and assassination of President Abraham Lincoln on April 14, 1865.  The other two Subcontractors have usurped upon the roles and duties of the American Subcontractor for their own benefit, and instead of alerting the indigenous aboriginal people of this country and descendants of chattel slavery to the situation and assisting us (as they are contractually and morally obligated to do) to finish the

so-called "Reconstruction." The American colonies originally only profited from the denationalization and enslavement, of the indigenous aboriginal autochnuous individual, who were considered private property during chattel slavery. After ditching Reconstruction, the other two Federal Subcontractors Brits and Papists hijacked the US government which was still upset that they could no longer profit off their former "property", thru chattel slavery, that they developed a system which turned every US citizen into government "property". What's interesting is that the three Federal Subcontractors; American, British, Holy Roman Empire form the 3 city-states of; Washington District of Columbia; London, England; and the Vatican which control a large portion of the world today thru the Cestui Que Vie Trust. During the Reconstruction Era, American history from mid-1800's and prior was reconstructed to hide what actually happened to the indigenous aboriginals in the process of colonizing North America. In the reconstructed history of the Americas all of the pictures of the "black" indigenous aboriginals Americans from the colonization era have been altered to portray them as nonblack. The truth is the indigenous aboriginal population has always been a problem for "white" America since the abolition of chattel-slavery.


Martin Luther King's March on Washington was actually for the rights of indigenous aboriginal Americans mislabeled Indians by their colonizers. MLK stated in his I Have A Dream speech that "black people were exiled on their own land" and that wealth in America is primarily determined by family lineage. After the death of MLK President Johnson called in a special favor to congress and pushed thru the secret legislation Rights of Indians, Public Law 90-284 April 11, 1968 which later on became the Civil Rights Bill. This law was about discriminatory acts committed against the indigenous American aboriginals; Chap 102 refers to them as aboriginals; Title II Rights of Indians. The Civil Rights Act of 1968 also known as Public Law 90-284 of April 11, 1968 refers to the Rights of Indians. This legislation was about discriminatory acts committed against Indians held as African Americans in public capacity by Washington D.C. After being denationalized by the American colonies "African Americans" became private property but were still considered to be "Indians" in public capacity. *De jure segregation was outlawed by the Civil Rights Act of 1964, the Voting Rights Act of 1965, and the Fair Housing Act of 1968. But de facto* segregation continues today in areas such as residential segregation and school segregation because of both contemporary behavior and the historical legacy of *de jure* segregation. By the end of Civil Rights Era both parties were considered to be racist as noted by Sen Goldwater and the southern strategy. It wasn't until President Johnson signed the Civil Rights Act of 1964 that "black" people became known as Democrats. After the passage of this Act, the KKK created organizations like the White Citizens Council and to oppose it thru bias policies such as Jim Crow redlining, Gerry meandering etc. Jesse Jackson would go on to help popularize the term "African-American" and with this action help to "Africanize" the aboriginal indigenous population right off their land. The Boule members know that this is a false term meant to confuse the true indigenous aboriginals of America. He knew they were originally referred to as Indians because he worked with Martin Luther King. The term "African-American" has only existed for the last 25 years prior to that the "American-Negro" was labeled; 1492 Indian; 1832 negro; 1965 black; 1900 negro; 1950 colored; 1970 Afro-American; 1988 African American; 2020 foreigner? William Plecker became the first registrar of Virginia's Bureau of Vital statistics in 1912. He is primarily responsible for the paper genocide of the indigenous aboriginal Americans, which spread across

50 states because he forced remaining black Indians to classify themselves as Negro or black on birth certificates and other vital records. His actions particularly affected descendants of the Powhattan tribe. He was a eugenicist who refused to designate the Indians as black but allowed whites and Mongolians to list their status as Native Americans. This paper genocide began with the first US census when slave owners reclassified their enslaved Indians as negro, mustee, black, mulatto or colored in order to destroy their lineage.

Coming out of the Civil War Era not only did the elite white American class garner enough wealth to build a white powered infrastructure, they also built an elite black infrastructure thru their secret societies which they control called the Boule. After destroying Reconstruction instead of Silver Rights, the Democrat Party purposed the Civil Rights Act of 1875 for the indigene aborigine's population which was about Indians. This was the beginning of the Boule, a "black" secret society discovered by Steve Cokely by accident. The Boule was started by the elite white wealthy class and consisted of descendants of black Europeans or black exploitative class who had helped them colonize North America and disenfranchise indigene aborigines Americans. The Boule were also the first agents of what would develop into the Counter Intelligent Program (COINTELPRO) and established by the racist white secret societies whom hijacked the government after the Civil War became afraid of elite "negroes" uplifting others so they separated them as a class. Stokely Carmichael accidently discovered the Boule and went on to expose them. Steve Cokely, who discovered the Boule ("black" secret society) by accident stated a most interesting, insightful, and relevant quote when he was breaking down the Boule and secret societies. He stated that the reason why secret societies are dangerous is because members are more beholden to them then their family or nation. People swear oaths; serve; and put these secret organizations above their families and nations. His statement that secret societies should be banned because the people within them have more of an allegiance to these secret organizations than their families or government. Martin Luther King Jr could have been the first Boule president if he kept playing by the rules of Washington DC but President Barrack Obama received that honor. Jesse Jackson is a part of the Boule deception which helped African President Barrack Obama get elected. During his term President Obama passed the Rights of Indigenous People and the false Native American tribes were awarded a billion dollars in early sept 2015. Over 645 tribes won trials against the US Department of Justice awarding 940 million. The US feared that under his administration the population mislabeled "African-American" would discover their true history; bloodline; heritage and be forced to grant them reparations and land. Therefore, Washington DC silently declared a deadline of December 31, 2014 for them to make land and identity claims. The fear of millions of "African-Americans" waking up to their true identities and stating I'm not black I want my land and restitution. There are over 700 million acres of confiscated lands being held in held in trust for indigenous aboriginal Americans mislabeled "African-Americans".

W.E.B. Dubois once said "A people without history is, like a tree without roots". During the Reconstruction Era, American history from mid-1800's and prior was reconstructed to hide what actually happened to the indigenous aboriginals in the process of colonizing North America. In the reconstructed history of the Americas all of the pictures of the "black" indigenous aboriginals Americans from the colonization era have been altered to portray them as nonblack. The truth is the indigenous aboriginal population has always been a problem for Washington DC. After the Civil War, there was a political interest to reconstruct American history falsely for the benefit of a jurisdiction that wants to keep the true Indigenous Aboriginal Americans ignorant of their real identity or status.  It took only one generation to create a fictitious African history and brainwash the African American population.  For instance, the autobiography of Alex Haley Roots was actually plagiarized from the book the African written by Harold Courlander in 1967. The book Roots won a Pulitzer Prize, was adopted as an award-winning mini-series in 1977, and popularized as a work of non-fiction throughout the 80's.  Roots which worked to imprint the slave narrative into the minds of black people during the 1980's.   He also wroth the autobiography of Malcolm X.  Alex Haley presented the story of Kunta Kinte and roots as authentic yet it was later found out that he plagiarized the whole story from the African by Harold Colander, a white author!  It wasn't until Alex Haley was sued for plagiarism by Harold Courlander, lost, and settled that his seminal work was debunked as fictional.  A major job of the Boule class is to push the narrative that all "African-Americans" are from Africa.  This tactic is one of the first form of mind control performed on the indigenous aboriginal population by the intelligence agencies of Washington DC.  There isn't any legislation which exposes the systematic destruction of black communities by the US government than the Housing Act of 1968.  This "Housing Act" is the precursor to redlining and was utilized to further destroy "African-American" communities throughout the country before the crack epidemic of the 1980's.   The Housing Act of 1968 exposes the elite white eugenicist oligarchy and their colorable legislation against the black community.

With the overthrow of Reconstruction and the Ens Legis Act of February 21, 1871 the USA went from chattel slavery to corporate slavery.  The South may have been the capital of physical slavery but the North was the financial center of slavery in the "UNITED STATES" and their systems, such as Wall St., evolved from trade of financial instruments based on human chattel property.  The Ens Legis Act of 1871 opened the way for the creation of the "STRAWMAN" which was/is a fictional PERSON(s) who has no true identity and is a financial instrument which allows the birth certificates of UNITED STATES CITIZENS to be traded like stocks and bonds on Wall Street.   With this Act the UNITED STATES citizens have been coerced by the government into believing/assuming "JOHN DOE" AKA "John Doe" are one and the same person. The deception of "John Doe" within the artificial sphere began with registration of "JOHN DOE" (trade name) via birth certificate and omitting to notify him of the newly created Ens Legis corporate franchise citizen; deceived into contracting as surety for the trade name concealing new status from victim but enforcing new obligations without benefit of explanation. The Ens Legis Act of February 21, 1871 of the 41st Congress was the death nil to the organic Republic of America because that's when the chartered federal company entitled UNITED STATES i.e. US Inc. (a commercial agency originally designated as Washington D.C.) incorporated as a for profit commercial enterprise.  The Ens Legis Act of 1871 not only formed

a corporation called UNITED STATES which is owned by international bankers and foreign interests but it also established the District of Columbia and banished the organic Constitution of the Republic of America.  Anyone familiar with "legalese" knows that by switching just one word on any legal document makes a huge difference, and the Ens Legis Act of 1871 capitalized the title of the Constitution; "THE CONSTITUTION OF THE UNITED STATES OF AMERICA" and changed the phrase from "for the people" to "of the people".  The Ens Legis Act covertly turned the organic Republic of America into an incorporated version of UNITED STATES OF AMERICA for the government of the District of Columbia with a corporate CONSTITUTION and the people went from absolute inalienable rights guaranteed under the organic constitution to relative rights or privileges designated by a privately-owned corporate institution.


The Ens Legis Act of February 21, 1871 of the 41st Congress also created the "STRAWMAN" which is a legal fiction because their newly formed corporate nation of "UNITED STATES" needed corporate citizens!  When I enlisted in the USMC, I was told that I was now considered government property and the military also designates its personnel exclusively in all caps but had no clue that was the case for all UNITED STATES citizens.  I got a General Vendors license from NYC after my service and got flooded with tickets until I found out the license was actually a contract.  Around this time the Sovereign Citizens Movement got my attention because one of their members was arrested and the group criminalized by the FBI.  I wondered why are they criminalizing sovereignty, and as a USMC veteran, I began to study the movement.  I learned from the members that "black" people are the true sovereigns of America and about the "STRAWMAN" (which I utilized in court)).  After completing this document, I now understand the context of "Ens Legis" and why Washington DC, the FBI, and commercial courts criminalized the sovereignty movement.  The common definition of Strawman; an intentionally misrepresented proposition that is set up because it is easier to defeat than opponent's real argument; a person regarded as having no substance or integrity.  A common form of argument and an informal fallacy based on giving the impression of refuting an opponent's argument, while actually refuting an argument that was not presented by the opponent.  One who engages in this fallacy is said to be "attacking a straw man".  The "legalese" definition of; "Ens Legis L. Lat. A creature of the law; an artificial being, as contrasted with a natural person.  Applied to corporations, considered as deriving their existence entirely from the law", Black's Law Dictionary, Fourth Edition 1951.  Ens Legis is the precise legal description of the "STRAWMAN" AKA "ARTIFICIAL PERSON" i.e. "JOHN DOE" with ALL-CAPS denotes the TRADE NAME and actually represents intellectual property of the UNITED STATES Inc. which is de facto/bankrupt/subject/ink-on-paper/debtor/Privileges given from the state/ need for permits and licenses/property titles held or owned by the s.ate/Admiralty law.


The "STRAWMAN" is a legal term for a "front man," or nominal party to a transaction, transmitting utility, existing in name only, which allows the owner to accomplish some purpose not otherwise permitted.  The "STRAWMAN" is fake person created with all caps, which represents an "ARTIFICIAL PERSON" that's designated as a minority.  The ARTIFICIAL PERSON i.e. "JOHN DOE"; an entity, such as a corporation, created by law and given certain legal rights of a human being; real or imaginary, who for the purpose of legal reasoning is treated

a corporation called UNITED STATES which is owned by international bankers and foreign interests but it also established the District of Columbia and banished the organic Constitution of the Republic of America. Anyone familiar with "legalese" knows that by switching just one word on any legal document makes a huge difference, and the Ens Legis Act of 1871 capitalized the title of the Constitution; "THE CONSTITUTION OF THE UNITED STATES OF AMERICA" and changed the phrase from "for the people" to "of the people". The Ens Legis Act covertly turned the organic Republic of America into an incorporated version of UNITED STATES OF AMERICA for the government of the District of Columbia with a corporate CONSTITUTION and the people went from absolute inalienable rights guaranteed under the organic constitution to relative rights or privileges designated by a privately-owned corporate institution.

The Ens Legis Act of February 21, 1871 of the 41st Congress also created the "STRAWMAN" which is a legal fiction because their newly formed corporate nation of "UNITED STATES" needed corporate citizens! When I enlisted in the USMC, I was told that I was now considered government property and the military also designates its personnel exclusively in all caps but had no clue that was the case for all UNITED STATES citizens. I got a General Vendors license from NYC after my service and got flooded with tickets until I found out the license was actually a contract. Around this time the Sovereign Citizens Movement got my attention because one of their members was arrested and the group criminalized by the FBI. I wondered why are they criminalizing sovereignty, and as a USMC veteran, I began to study the movement. I learned from the members that "black" people are the true sovereigns of America and about the "STRAWMAN" (which I utilized in court)). After completing this document, I now understand the context of "Ens Legis" and why Washington DC, the FBI, and commercial courts criminalized the sovereignty movement. The common definition of Strawman; an intentionally misrepresented proposition that is set up because it is easier to defeat than opponent's real argument; a person regarded as having no substance or integrity. A common form of argument and an informal fallacy based on giving the impression of refuting an opponent's argument, while actually refuting an argument that was not presented by the opponent. One who engages in this fallacy is said to be "attacking a straw man". The "legalese" definition of; "Ens Legis L. Lat. A creature of the law; an artificial being, as contrasted with a natural person. Applied to corporations, considered as deriving their existence entirely from the law", Black's Law Dictionary, Fourth Edition 1951. Ens Legis is the precise legal description of the "STRAWMAN" AKA "ARTIFICIAL PERSON" i.e. "JOHN DOE" with ALL-CAPS denotes the TRADE NAME and actually represents intellectual property of the UNITED STATES Inc. which is de facto/bankrupt/subject/ink-on-paper/debtor/Privileges given from the state/ need for permits and licenses/property titles held or owned by the state/Admiralty law.

The "STRAWMAN" is a legal term for a "front man," or nominal party to a transaction, transmitting utility, existing in name only, which allows the owner to accomplish some purpose not otherwise permitted. The "STRAWMAN" is fake person created with all caps, which represents an "ARTIFICIAL PERSON" that's designated as a minority. The ARTIFICIAL PERSON i.e. "JOHN DOE"; an entity, such as a corporation, created by law and given certain legal rights of a human being; real or imaginary, who for the purpose of legal reasoning is treated

more or less as a human being; also termed fictitious person; juristic person; legal person Black's Law Dictionary 7th Edition. The True Name i.e. "John Doe", initial letters only capitalized i.e. "J.D."; the de jure/solvent/flesh-and-blood/Creditor/Constitutional rights/law of the land/owns the titles to property. The ARTIFICIAL PERSON i.e. "JOHN DOE" is not the True Name i.e. "John Doe" because the all caps version denotes "Legalese" because it's a mirror image; the corporately colored renditions of the true name and does not identify the being associated therewith. But with the Ens Legis Act of February 21, 1871 UNITED STATES citizens have been coerced by the government into believing/assuming "JOHN DOE" AKA "John Doe" are one and the same person. The deception of "John Doe" within the artificial sphere began with registration of "JOHN DOE" (trade name) via birth certificate and omitting to notify him of the newly created Ens Legis corporate franchise citizen; deceived into contracting as surety for the trade name concealing new status from victim but enforcing new obligations without benefit of explanation. The commercial courts use principle known as Idem sonans (Latin for "sounding the same") which states that similar sounding names are just as valid in referring to a person to perpetuate this fraud.    Certificate of Live Birth:   Bureaus of Vital Statistics from birth certificates of title known as chattel paper creating the first ever corporate person, Ens Legis, strawman, juristic person and other corporation government fictions, a third party front, a dummy; reflecting the certificate of title causing contracts; certificates of live births are evidence of both monetary obligations and security interests; coupled with government security agreements; thus transactions are evidence by these series of instruments, this group of writings taken together constitutes chattel paper not limited to UCC9-105(1)(b).. The "STRAWMAN" AKA "ARTIFICIAL PERSON" i.e. "JOHN DOE" is awarded to "John Doe" thru bond at birth and registered as chattels via real estate fixtures in UCC liens and packaged to sell and trade on Wall St as Mortgaged backed Securities. All of "John Doe's" property belongs to the "JOHN DOE's" estate which is held in trust since "JOHN DOE" is dead and anyone administrating the property is considered a trustee with "legal" title and liability. "JOHN DOE's" mother is grantor of "John Doe's" security. "John Doe" is the beneficiary and state i.e. the government, is the Trustee of the trust. "John Doe" should never act as trustee for estate property but due to deception and his own ignorance of the trust relationship, he always assumes that role.

The administration of President Woodrow Wilson is known for dooming two nations during his administration; the UNITED STATES with the Federal Reserve Act of 1913 which established the Federal Reserve System, a central banking system of the US, privately owned by international bankers (foreign interests); and the Republic of Haiti with the authorization of the 1915 invasion which destroyed its autonomy and sovereignty. Even though Haiti won its independence, its fate became linked with the fate of African Americans when Haiti became a captured state of the U.S. in 1915. The "UNITED STATES" was reluctant to invade Haiti after Haiti's independence of 1804, fearful of the destruction of their American colonial project, destruction of institutionalized slavery, liberation of their enslaved population, and territorial expansion of Haiti within the Americas. During this 19-year occupation of Haiti, led by USMC Major General Smedley Butler, Washington DC tried to destroy Haitian sovereignty and nullify any gains the same way they did to the Lincoln Republicans and their indigenous aboriginal population by destroying Reconstruction. Washington DC rewrote Haiti's constitution, stole all of the gold like Freedman's bank (Haiti's gold became Citibank), took over the Haitian economy, opened up land to foreign interests, and instituted Jim Crow policies which left Haiti in a state of arrested development we see today.

After two years of construction, in 1903, the New York Stock Exchange (NYSE) building opened at 18 Broad Street. Beneath the building were hundreds of underground vaults where stock certificates were kept. The Panic of 1907 was a financial crisis set off by a series of bad banking decisions and a frenzy of withdrawals caused by public distrust of the banking system. J.P. Morgan and other wealthy Wall Street bankers lent their own funds to save the country from a severe financial crisis. At the time banks had broken their promise to guard their depositor's assets. There were runs on banks occurring all over the country and banks couldn't give the people their money back. Due to the Panic of 1907, the nation's financial and political leaders took action to reform the nation's monetary system, passing the Aldrich-Vreeland Act of 1908. During the Panic of 1907, Governor of New Jersey and former president of Princeton University, Woodrow Wilson, was enlisted as a spokesman for the Aldrich Plan.

The National Monetary Commission was a U.S. congressional commission created by the Aldrich-Vreeland Act of 1908. After the Panic of 1907, the Commission studied the banking laws of the United States, and the leading countries of Europe. The chairman of the Commission, Senator Nelson "Aldrich" Rockefeller, a Republican leader in the Senate, personally led a team of experts to major European capitals. The Bank of England formed in 1694 was the first Central Bank and from that point forward all of the governments of Europe had one. The same way America failed to live up to the mandates of their Constitution, with the Federal Reserve Act, it also failed in its' original resolution not to have a central bank like those in Europe. In 1910 Senator Nelson "Aldrich" Rockefeller, Abraham Andrew, Frank Vanderlip, Henry P Davison, Charles Norton, Benjamin Strong junior, and Paul Warburg held a secret meeting to draft legislation for the establishment of the Federal Reserve. This secret meeting took place on Jekyll Island Club off the coast of Georgia, at an exclusive boys club for American financiers and politicians. The parties represented at this secret rendezvous (Morgans, Rockerfellers, Kuhn, Loeb&Company, Rothschilds, Warbugs) accounted for approximately 1/4 of the wealth of the entire world at that time.

Paul Warburg led this secret cabal on a covert mission to successfully draft legislation for the National Monetary Commission (led by Senator Nelson "Aldrich") for the creation of a banking system which would benefit their elite class instead of the American people. Their efforts are what led to the establishment of the international banking cartel in the US thru the privately-owned Federal Reserve. A cartel is simply a group of independently owned businesses which come together for the purpose of reducing or eliminating competition between themselves to enhance their profit margin or to secure their positions in the market. A concentration of wealth referred to as the "Money Trust" was the major concern of the National Monetary Commission. Besides helping to draft the Act which established the FED, Paul Warburg was its' first governor and also instrumental in the creation of the Council of Foreign Relations (CFLR) in 1921. The CFLR was actually founded to direct the foreign policy of Washington DC and WEB Dubois was also heavily involved in its' creation. The CFLR is headquartered in New York City, with an additional office in Massachusetts.

437

The Pujo Committee's 1912-1913 investigation of the "Money Trust" is essential to understanding the financial system currently at play in the Ens Legis UNITED STATES. The Committee identified a concentrated group of Wall Street bankers who operated a sophisticated financial network unified by 341 interlocking directorships held in 112 corporations valued at more than $22 billion in resources and capitalization exerting significant control and influence over the U.S. economy and monetary system. The companies and individuals comprising this network were primarily agents of the Morgan and Rockefeller banking empires which dominated U.S. finance following the "Industrial Revolution". The Committee names a number of prominent banking institutions as participating in this system including J.P. Morgan & Co., First National Bank of New York, Kuhn Loeb & Co. and individuals such as Paul Warburg, Jacob H. Schiff, Felix M. Warburg, Frank E. Peabody, William Rockefeller and Benjamin Strong, Jr. Understanding this system of overlapping financial networks and how those networks were used to dominate utilities, railroads, banking and the U.S. financial infrastructure throughout much of the twentieth century is key to the proper analysis of our current economic situation and the influence that the "Money Trust" thru "Wall St" wields over global politics today.

The establishment of the privately-owned Federal Reserve system on December 23, 1913 with the Federal Reserve Act is one of the greatest silent Coup d'états and crimes ever committed by a government against their own citizenry in history. With this single act the international banking cartel basically went into partnership with the ens legis US government. The government/congress benefits from the FED because it receives easy instant access to any amount of fiat currency it wants from them without the taxpayer being involved directly in the loop. They're able to raise funds by taxing the American people indirectly thru a complex form of inflation. The fact that the people don't realize that they're being taxed thru inflation makes it easier to maintain power. It is this ability of corporate governance to acquire money from the FED without direct taxation of the people which makes Washington DC so unaccountable and corrupt. After signing the Federal Reserve Act of 1913 into existence President Woodrow Wilson stated on record: "I am a most unhappy man. I have unwittingly ruined my country. A great industrial nation is controlled by its system of credit. Our system of credit is concentrated. The growth of the nation, therefore, and all our activities are in the hands of a few men. We have come to be one of the worst ruled, one of the most completely controlled and dominated Governments in the civilized world no longer a Government by free opinion, no longer a Government by conviction and the vote of the majority, but a Government by the opinion and duress of a small group of dominant men." This is rhetoric because all presidents are simply employees of the corporate US government whom they serve over the people. The board of directors and chairman of the, privately owned, Federal Reserve System are appointed by the President; yet President Donald J Trump couldn't get it audited during his administration.

In 1920 the US treasury was raided by the FED which caused the Great Depression and bankrupted the US corp. The Great Depression was a severe economic depression which began in the US and spread globally from 1929 to the mid 1930's. Runs on banks became widespread again and during the early days of the Great Depression and in 1929 alone, 659 banks closed their doors. By 1932, an additional 5102 banks went out of business. Families lost their life savings overnight. Thirty-eight states had adopted restrictions on withdrawals in an effort to forestall the panic. Since its creation in 1913 the Federal Reserve System has presided over the

crashes of 1921 and 1929, the Great Depression of 1929-1939, recessions in the years 1953, 1957, 1969, 1975, 1981, and the stock market Black Monday in 1987. One of the purposes of Warburg's Federal Reserve System was to keep new competitive banks from growing and becoming large like the one on Wall Street. The New York Federal Reserve Bank is the actual capital of the Federal Reserve Banking System. It was designed to keep control of the "Money Trust" in New York and reverse the trend of private capital formation. The Federal Reserve System functions outside of U.S. Law and as a private central bank. It's isn't an agency of the federal government in any shape or form but a corporation that is chartered by Congress. Like all corporations it has stocks and certificates which are held by the banks within the Federal Reserve System. The only thing of substance that the charter allows smaller banks to vote for are the interest rates within their regions. Real currency is based on gold or silver reserves resulting in a market that's hard to manipulate thru expansion or contraction of the fiat money supply from which the banks are covered by congress. William Grider author of Secrets of the Temple states in his book that since its' inception; the FED has always acted against the public interest and proves that it was designed to do that from the very beginning: "At the time the conventional wisdom in Congress was that the government institution would finally harness the "Money Trust", disarm its powers and establish broad democratic control over money and credit. The results were nearly the opposite. The money reforms enacted in 1913 in fact helped to preserve the status quo, to stabilize the old order. Money center bankers would not only gain dominance over the new central bank but would also enjoy new insulation against instability and their own decline. Once the Fed was in operation the steady diffusion of financial power halted. Wall Street maintained its dominant position and even enhanced it."

President Franklin D Roosevelt was elected in 1933 and served until 1945. The American capitalists hated President Roosevelt because he was elected on a socialist platform. The idea that the government would create jobs and social programs for all racial groups fractured "Americans" along racial and political lines. While on a visit to Haiti in 1934 President Franklin D. Roosevelt addressed a crowd with promises of development stating "From 1804 to 1915 Haiti was a sovereign state under a Republican form of government. She won her independence from France in 1804. She was deprived of it in 1915 by the United States. Since then we have been in virtual control of her territory, our Marines have been in military occupation of the country, and the former Republic has been stripped by us of every vestige of her sovereignty." The promise of US development while oppressing and exploiting Haiti for themselves is the same trick played on Africa. **Bank failures increased in 1933, and President Franklin Roosevelt deemed remedying these failing financial institutions his first priority after being inaugurated. Two days after taking the oath of office, Roosevelt declared a "BANK HOLIDAY."** From March 6 to March 10, banking transactions were suspended across the nation except for making change. During this period, Roosevelt presented the new Congress with the **EMERGENCY BANKING ACT**. The law empowered the President through the **TREASURY DEPARTMENT** to reopen banks that were solvent and assist those that were not. The House allowed only forty minutes of debate before passing the law unanimously, and the Senate soon followed with overwhelming support. In 1933 President FDR also issued an Executive Order commanding every American to deliver their gold coins to the federal government.

**The Emergency Banking Act of March 9, 1933 dissolved the US Federal government and in the same year the Internal Revenue Service (IRS) created the birth certificate. Joint Resolution HJR 192 suspended the gold standard and abrogated the gold clause dissolving the sovereign authority of the US Republic. With the constitutional Republican form of government dissolved, a new form of government known as "Democracy" was adopted. With this act the US hypothecated all of the present and future properties, assets and labor of their "subjects" (14th amendment US citizen) to the Board of Governors of the Federal Reserve, in which the trustees(stockholders) hold legal title:**

A) The Federal Reserve (creditor) agreed to extend the corporate US government all the credit fiat currency it needed. The UNITED STATES corporation(debtor) had to assign the private property of their US citizens as collateral against the unpayable Federal debt. Prior to this most Americans owned Allodial titles to their property, free and clean of any liens or mortgages. They also pledged the unincorporated federal territories, national parks forest, birth certificates and nonprofit organizations as collateral against the federal debt.

B) All has already been transferred as payment to the international bankers who own the Federal Reserve. The Federal Reserve Banking Cartel became the sovereign authority and all the US citizens went from private to public property; legally dead; the birth certificate utilized as a death certificate with all their assets and debts in probate. This is the system which evolved from the American colonies denationalizing the indigenous aboriginal population "discovered" in North America as chattel property.

C) The "UNITED STATES" "CITIZEN"s and their birth certificate (which is actually a death certificate) denote property and "Black" people were the first to be considered legally dead and their assets held in probate by Washington DC. The "UNITED STATES" "CITIZEN" (franchisee) is registered as a beneficiary of the trust via his/her birth certificate. The entire "STRAWMAN" concept and how "UNITED STATES" "CITIZENS" are traded as stocks and commodity is essentially based on them never declaring the legal and monetary value of their birth certificates and the fraud of the corporate "UNITED SATES" "CITIZENS" serving as the legal beneficiary.

D) The initial treachery of Washington DC was directed at the indigenes aborigine of North America but has resulted in all Americans becoming collateral for the former colonies via the "STRAWMAN" and their birth certificates being used as asset leverages; in which private international bankers working in conjunction with the UNITED STATES can redeem for over $650,000 dollars per citizen (which has ballooned to over 7 million dollars with inflation). This redeemable money is tied to your sovereignty; thus U.S. Currency now function as fiat currency (the money has no real value) in which the 'money' or monetary exchange has been reduced to a Federal Reserve note that cannot be redeemed for gold or silver. The "UNITED STATES" and international Banksters turned its citizens into instrument of commodity and basically created a "STRAWMAN" economy to go along with it.

The Emergency Banking Act of March 9, 1933 which dissolved the US Federal government also placed the 14th amendment US citizen into the Cestui Que Vie Trust thru the Federal Reserve:

A) A Cestui Que Vie is an archaic term of **PROPERTY LAW** that describes one who has a

beneficial interest in land held by someone else. Title and possession as well as the duty to defend the land is held by another, but the cestui que is granted privileges, rents, profits, use and other benefits from the land. The Cestui Que Vie Trust is a fictional concept. It is a Temporary Testamentary Trust, first created during the reign of King Henry VIII of England through the Cestui Que Vie Act of 1540 and updated by King Charles II, through the CQV Act of 1666, wherein an Estate may be affected for the Benefit of a Person presumed lost or abandoned at "sea" and therefore assumed "dead" after seven (7) years.

B) Cestui Que Vie is French for he who lives and the Cestui Que Vie Trust claims the child's soul, via the Baptismal Certificate, as Ecclesiastical Property(soul/sole). The Birth Certificate is the Title to the soul/US citizen and proof of ownership by the Holy See. The Claim of Right, thru the first Express Trust Deed, is the core of the Holy See's ownership of the soul.

C) Ever since the Emergency Banking Act of 1933 each Cestui Que Vie Trust created by the Ens Legis UNITED STATES; represents the 3 claims of property of the Holy Roman Empire (Vatican): Real Property (on Earth), Personal Property (body), and Ecclesiastical Property (soul). The 3 Cestui Que Vie Trusts are the specific denial of rights of Real Property, Personal Property, and Ecclesiastical Property for most men and women.

D) Each Cestui Que Vie Trust corresponds exactly to the three forms of law available to the Galla of the BAR Association Courts: corporate commercial law (Judge is the 'landlord'), Maritime, Canon, Trust law (Judge is the banker), and Talmudic law (Judge is the priest).

The First Cestui Que Vie Trust (1st Crown) was established thru Papal Bull Unam Sanctum (Real Property). It is actually the first express trust deed of which the last line reads: "Furthermore, we declare, we proclaim, we define that it is absolutely necessary for salvation that every human creature be subject to the Roman Pontiff." Not only is this the first trust deed in history but also the largest trust ever conceived, as it claims the whole planet and everything on it, conveyed in trust.

The Second Cestui Que Vie Trust (2nd Crown) was established thru Papal Bull **Romanus Pontifex** (Personal Property). It's the first Testamentary Trust, creating a Deceased Estate through a deed and will. This Papal Bull had the effect of conveying the right of use of the land as Real Property, from the Express Trust Unam Sanctam, to the control of the Pontiff and his successors in perpetuity. Hence, all land is claimed as "crown land" under the Holy Roman Emperor.

The Third Cestui Que Vie Trust (3rd Crown) was established thru Papal Bull Convocation (Ecclesiastical Property). It is the third and final testamentary deed and will of a testamentary trust, set up for the claiming of all "souls" lost to the Holy See. After obtaining the Third Crown of the Ecclesiastical See from Pope Paul V in 1604; King James I of England began

planning the colonization of the "New World" under the Doctrine of Discovery.  which is why the president of the ens legis US must meet with the Vatican and Queen of England.

The 3rd Crown of the Ecclesiastical See was lost in 1816, due to the deliberate bankruptcy of England and granted to the Temple Bar which became known as the Crown Bar, or simply the Crown.  The Bar Associations have since been responsible for administering the reaping of the souls of the lost and damned, including the registration and collection of Baptismal certificates representing the souls collected by the Vatican and stored in its vaults.

The 3rd Crown is represented by the 3rd Cestui Que Vie Trust, created when a child is baptized. It is the parents' grant of the Baptismal certificate- title to the soul- to church or Registrar.  Due to the Emergency Banking Act of March 9, 1933 **and the sale of the birth certificate as a bond to the private central Federal Reserve bank of the Ens Legis UNITED STATES bank at the nation, depriving the 14th Amendment corporate CITIZEN ownership of their own soul and condemning them to perpetual servitude, as subjects of the Holy Roman Empire (Vatican).**  Thus, without legal title over one's own soul, we are denied proper legal standing and treated as chattel property, without souls, upon which the BAR is now legally able to enforce Maritime law.

When a child is born in a hospital-WARD State (Estate), under inferior Roman law, three (3) Cestui Que (Vie) Trusts are created upon certain presumptions specifically designed to deny, forever, the child any rights of Real Property, any Rights to be free, and any Rights to be known as a living breathing man or woman, but rather as a DEAD LEGAL FICTION or a creature or animal/chattel.

Every Birth Certificate is a financial instrument lodged in the Vatican bank.  The Vatican and its franchises hold all titles to all of their "property"; including copyright to given names, baptismal records, souls, land deeds, mining claims, patents, trademarks, signatures, automobiles, and more.

The Birth Certificate issued under Roman Law represents the modern equivalent to the Settlement Certificates of the 17th century and signifies the holder as a pauper and effectively a Roman Slave.  The Birth Certificate has no direct relationship to the private secret trusts controlled by the private banking network, nor can it be used to force the administration of a state or nation to divulge the existence of these secret trusts.

USMC Major General Smedley Butler was a two-time Medal of Honor recipient and the highest decorated Marine Corps officer ever.  MajGen Smedley Butler supported Franklin D Roosevelt election campaign due to his socialist platform.  He wrote the book War Is A Racket when it became obvious to him that his military service was used to pave the way for corporate interests to get what they wanted.  "I spent 33 years and four months in active military service and during that period I spent most of my time as a high-class muscle man for Big Business, for Wall Street and the bankers. In short, I was a racketeer, a gangster for capitalism. I helped make Mexico and especially Tampico safe for American oil interests in 1914. I helped make Haiti and Cuba a decent place for the National City Bank boys to collect revenues in. I helped in the raping of half

a dozen Central American republics for the benefit of Wall Street. I helped purify Nicaragua for the International Banking House of Brown Brothers in 1902-1912. I brought light to the Dominican Republic for the American sugar interests in 1916. I helped make Honduras right for the American fruit companies in 1903. In China in 1927 I helped see to it that Standard Oil went on its way unmolested. Looking back on it, I might have given Al Capone a few hints. The best he could do was to operate his racket in three districts. I operated on three continents." Smedley Butler regretted what he did on behalf of US corporations, so that's why he wrote the book War is A Racket. The Uni-lateral Declaration on Behalf of Haiti also exposed the fact that the main objective of the US invasion of the Republic of Haiti in 1915, led by MajGen Smedley Butler (War Is A Racket), wasn't simply to establish a **gendarmerie. It was actually done so** that International Bankers, whom had already taken over the US after the Civil War with the overthrow of Reconstruction, could takeover Haiti's Bank and economy.

In 1932 US veterans held the Bonus March, in which they occupied Washington DC requesting the government pay them a bonus due to them for WWI. MajGen Butler supported the protesting veterans and the request for their bonus pay. In 1934 a special investigative committee came to Gen Butler linking his name to a veteran's organization associated with a plot to overthrow President Roosevelt. As it turns out the capitalist class (Money Trust) tried to use the discontent of his soldiers to get MajGen Butler to overthrow the government and when he refused they tied to frame him which resulted in the revelations of the "Business Plot". The McCormack-Dickstein Committee was a Special Committee on Un-American Activities on Nazi propaganda which was established to investigate acts of fascist sympathizers in the US during the early years of the presidency of FDR. That is when General Smedley D. Butler exposed The Business Plot: a well-financed Wall St plot to organize the American Legion to March on Washington DC, seize the White House, overthrow the president and install the famous military hero as dictator. They wanted to use this private army to seize power and install Major General Smedley Butler as leader of a fascist regime like Italy and Germany. Both Mussolini and Hitler were private individuals who seized power thru the overthrow of the government thru colorable movements.

MajGen Butler was first contacted by Gerald MacGuire who was utilized as the point man for the capitalists. The American Liberty League was created as front organization for the "Business Plot". They knew Gen Butler could raise and lead an army of 500,000 men because he was popular among veterans and they idolized him. They wanted him to rouse up WWI veterans who were upset due to the bonus they were promised. The journalist Paul French was hired by Gen Butler to document the events. They met with Macguire several times to discuss the plot and the fascists capitalistic system his financial backers wanted to institute. Major Wall St. corporations like Firestone, Birdseye, Colgate, General Motors, General Foods, Heinz, and US Steel were implicated in the "Business Plot". The media ridiculed the allegations and called it "Fake News" and the capitalists individually denied existence of "The Business Plot". The final report submitted by the McCormack-Dickstein Committee confirmed most of Gen Butler's testimony but never called the capitalists he named in the "Business Plot" to testify. Gen Butler accused the committee of deliberately editing out the names of capitalists out of his testimony. Some of the members of the class who were linked to the plot were Du Pont; JP Morgan; Paul Warburg. The capitalistic class and their corporations had committed treason against America but President Roosevelt didn't prosecute anyone named in the "Business Plot" and instead used

Gen Butler's revelation to negotiate the passage of the New Deal. The Hamburg American Line was a shipping company accused of providing free passage to Germany to American journalists willing to write favorable articles about Hitlers rise to power and bringing Nazi spies and pro fascists sympathizers into America. The company was managed by Prescott Bush at the executive level and was part of a web of Nazi business interests that were all seized in 1942 under the Trading With the Enemies Act by the US congress. Even though the capitalistic "Money Trust" class failed in their coups d'états efforts thru Maj Gen Smedley Butler and the US military; they were eventually successful utilizing the clandestine US intelligence agencies.

The sovereign united-States of America originally consisted of independent states; freely associated together thru a union; thru the contract of their Constitution. It didn't include the "District of Columbia," which was created by the Constitution of the Union as the legal home of the "federal" government. That government was intended to be a "servant" to the Union of States, not their "Master" until:

A) In 1935, the federal government instituted a "Social Security Trust Fund". The Social Security Board then, created 10 Social Security Districts creating a "Federal Area" which covered the several states like an overlay.

B) In 1939, the federal government instituted the "Public Salary Tax Act of 1939," which is a municipal law of the District of Columbia, taxing all Federal and State government employees and those who live and work in any "Federal area." Now, the government knows it cannot tax those Citizens who live and work outside the territorial jurisdiction of Article I, Section 8, Clause 17, or Article IV, Section 3, Clause 2

C) In 1940, Congress passed the "Buck Act" 4 U.S.C.S. 104-113. In Section 110(e). The 1940 Buck Act authorized any department of the federal government to create a "Federal Area" for imposition of the Public Salary Tax Act of 1939, the imposition of this tax is at 4 U.S.C.S. section 111, and the rest of the taxing law is in Title 26, The Internal Revenue Code. The Social Security Board had already created an overlay of a "Federal Area."

D) The 1940 Buck Act also took the Ens Legis UNITED STATES, which only has jurisdiction over Washington, District of Columbia area and projected their corporate jurisdiction across the continental UNITED STATES utilizing these "federal areas". A "federal area" is any area designated by any agency, department, or established of the federal government, this includes the Social Security Areas designated by the Social Security Administration, Social Security Number (Barcode), any public housing area that has federal funding, a home that has a federal bank loan, a road that has federal funding, and almost anything that the federal government touches thru any type of aid. (Springfield v Kenny).

In 1942 Clearfield Trust Co. v. United States 318 U.S. 363-371 resulted in the Clearfield Doctrine: "Governments descend to the Level of a mere private corporation, and take on the characteristics of a mere private citizen…where private corporate commercial paper [Federal

Reserve Notes] and securities [checks] is concerned. ... For purposes of suit, such corporations and individuals are regarded as entities entirely separate from government."   What the Clearfield Doctrine is saying is that when private commercial paper is used by corporate government, then Government loses its sovereignty status and becomes no different than a mere private corporation.   As such, government then becomes bound by the rules and laws that govern private corporations which means that if they intend to compel an individual to some specific performance based upon its corporate statutes or corporation rules, then the government, like any private corporation, must be the holder in-due-course of a contract or other commercial agreement between it and the one upon whom demands for specific performance are made.

The Bretton Woods agreement was established in 1944 by President Franklin D Roosevelt as a system of regulated fixed exchange rates for the international banking system.   It was developed in 1944 at the UN Monetary and Financial Conference held in Bretton Woods, which also created the International Monetary Fund (IMF).   The US Inc which is located in Washington DC is actually a de facto for-profit corporation masquerading as a government with 30,000 subsidiaries.

**In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy.   The receivers of the UNITED STATES Bankruptcy are the International bankers via the UN; World Bank; and IMF.   All US officers; Officials; and State Department are now operating within a De Facto status in name only under Emergency War Powers; Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House; United States Congressional Record, March 17, 1993 Vol. 33, page H-1303.   The Bankruptcy of The United States; United States Congressional Record, March 17, 1993 Vol. 33, page H-1303; Speaker-Rep. James Traficant, Jr. (Ohio) addressing the House:**

A) "Mr. Speaker, we are here now in chapter 11. Members of Congress are official trustees presiding over the greatest reorganization of any Bankrupt entity in world history, the U.S. Government. We are setting forth hopefully, a blueprint for our future. There are some who say it is a coroner's report that will lead to our demise."

B) **"It is an established fact that the United States Federal Government has been dissolved by the Emergency Banking Act, March 9, 1933, 48 Stat. 1, Public Law 89-719; declared by President Roosevelt, being bankrupt and insolvent. H.J.R. 192, 73rd Congress m session June 5, 1933 - Joint Resolution to Suspend The Gold Standard and Abrogate The Gold Clause dissolved the Sovereign Authority of the United States and the official capacities of all United States Governmental Offices, Officers, and Departments and is further evidence that the United States Federal Government exists today in name only."**

C) **"The receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All**

United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. This new form of government is known as a Democracy, being an established Socialist/Communist order under a new governor for America. This act was instituted and established by transferring and/or placing the Office of the Secretary of Treasury to that of the Governor of the International Monetary Fund. Public Law 94-564, page 8, Section H.R. 13955 reads in part: "The U.S. Secretary of Treasury receives no compensation for representing the United States."

D) "Gold and silver were such a powerful money during the founding of the united states of America, that the founding fathers declared that only gold or silver coins can be "money" in America. Since gold and silver coinage were heavy and inconvenient for a lot of transactions, they were stored in banks and a claim check was issued as a money substitute. People traded their coupons as money, or "currency." Currency is not money, but a money substitute. Redeemable currency must promise to pay a dollar equivalent in gold or silver money. Federal Reserve Notes (FRNs) make no such promises, and are not "money." A Federal Reserve Note is a debt obligation of the federal United States government, not "money." The federal United States government and the U.S. Congress were not and have never been authorized by the Constitution for the united states of America to issue currency of any kind, but only lawful money, gold and silver coin."

E) "There is a fundamental difference between "paying" and "discharging" a debt. To pay a debt, you must pay with value or substance (i.e. gold, silver, barter or a commodity). With FRNs, you can only discharge a debt. You cannot pay a debt with a debt currency system."

F) "The Federal Reserve System is based on the Canon law and the principles of sovereignty protected in the Constitution and the Bill of Rights. In fact, the international bankers used a "Canon Law Trust" as their model, adding stock and naming it a "Joint Stock Trust." The U.S. Congress had passed a law making it illegal for any legal "person" to duplicate a "Joint Stock Trust" in 1873. The Federal Reserve Act was legislated post-facto (to 1870), although post-facto laws are strictly forbidden by the Constitution. [1:9:3]"

G) "Prior to 1913, most Americans owned clear, allodial title to property, free and clear of any liens or mortgages until the Federal Reserve Act (1913) "Hypothecated" all property within the federal United States to the Board of Governors of the Federal Reserve, -in which the Trustees (stockholders) held legal title. The U.S. citizen (tenant, franchisee) was registered as a "beneficiary" of the trust via his/her birth

certificate. In 1933, the federal United States hypothecated all of the present and future properties, assets and labor of their "subjects," the 14th Amendment U.S. citizen, to the Federal Reserve System."

H) "In return, the Federal Reserve System agreed to extend the federal United States corporation all the credit "money substitute" it needed. Like any other debtor, the federal United States government had to assign collateral and security to their creditors as a condition of the loan. Since the federal United States didn't have any assets, they assigned the private property of their "economic slaves", the U.S. citizens as collateral against the unpayable federal debt. They also pledged the unincorporated federal territories, national parks forests, birth certificates, and nonprofit organizations, as collateral against the federal debt. All has already been transferred as payment to the international bankers.";

According to Rep Traficant: the receivers of the United States Bankruptcy are the International Bankers, via the United Nations, the World Bank and the International Monetary Fund. All United States Offices, Officials, and Departments are now operating within a de facto status in name only under Emergency War Powers. With the Constitutional Republican form of Government now dissolved, the receivers of the Bankruptcy have adopted a new form of government for the United States. Executive Intelligence Review has revealed the fact that the British Monarchy with the crown of the City of London is a state within a state like the Vatican City-State in Italy. The City of London is also known as a state within a state; like the District of Columbia D.C. in Washington is a state within a state. The Holy Roman Empire (Vatican) continues its' rule today thru these three inter-locking corporate city-states and the Cestui Que Vie Trust. The colonization of the planet, started by the Holy Roman Empire, under the Doctrine of Discovery; continues as the wealth of the many continues to be siphoned off by the 1% to be further utilized to enslave the soul of humanity thru corporate constructs. The accumulation of this wealth has surpassed material gain and is utilized to purchase power in building their "New World Order". They are spending it to acquire control over the power centers of society by buying control over politicians, political parties, television networks, cable networks, newspapers, magazines, publishing houses, wire services, motion picture studios, universities, labor unions, church organizations, trade associations, tax-exempt foundations, multi-national corporations, boy scouts, girl scouts etc. etc...

The utilization of money by the FED to exploit the American people their wealth, assets and labor is just a continuation of the exploitation of the indigene aborigine population and land by an exploitative upper class. After having siphoned off an enormous amount of wealth since the Civil War; the capitalists now siphon off wealth from the American people thru the Federal Reserve Banking Cartel. The International Washington DC Banking Cartel and the elite secret societies behind them have been covertly working to undermine US citizens and readying them for the day that they will wrench away their few remaining freedoms. The soulless corporate nation which began as American colonies has never changed but disguised itself from the populace after their failure to rid themselves of it thru revolution. The DC Banking Cartel is

accomplishing this consolidation of power into the hands of the few with fiat currency!   The Ens Legis UNITED STATES; Washington DC are the leaders of a "free world" being operated by corporate governance exploiting their corporate slaves!   It's a machine utilized to profit off of people as property in a myriad of ways as possible.   With a clandestine apparatus exploiting, watching, listening and spying on citizens; which answer to the will of bankers and elite class only; threatened by a potentially rebellious populace which they're unaccountable to as the sovereign volition of man is compromised.   Washington DC lacks the sovereign capacity to operate in Haiti with impunity the way it does.

Due to Bank Holiday of 1933 which bankrupted banks and FDR's War Powers Act; the offices of the US corporation were transferred to the IMF.   The IMF are the administers of US debt (during the bankruptcy) administering the estate, US/corporation, which is under the Cestui Que Vie Trust.   The Trustee allocates, finances, and manages the assets while a US citizen is a co-trustee of the Cestui Que Vie Trust and falls under the 14th amendment which holds up the US debt. The Cestui Que Vie Trust was established by the Holy Roman Empire and passed down. The Cestui Que Vie Act of 1666 is set up to harvest souls once a baby is born thru the birth certificate.   The state is owner of the Cestui Que Vie trust and the people are actually co-trustees but the state tricks people who are the true beneficiaries into authorizing changes of the Trust for their benefit and not the people.   The ens legis UNITED STATES is basically began engaging in slavery based on wealth once the Emergency Banking Act of March 9, 1933 utilized people as collateral.

With the passage of the Federal Reserve Act; citizens are utilized to work of interest off of the debt; an SSN grants privileges; federal reserve notes connected to SSN; US citizens are taxed for using their own money; the first SSN was given until 1936!   The **Bank for International Settlements (BIS) is an organization which** "fosters international monetary and financial **cooperation and serves as a bank for central banks"**.   The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican.   The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust.

We all have become collateral and our birth certificates were used as asset leverages in which private bankers working in conjunction with the United States Government has redeemed over $650.000 dollars per citizen (which has ballooned to over 7 million dollars) this redeemable money is tied to your sovereignty; thus U.S. Currency now function as Fiat currency (the money has no real value) in which the 'money' or monetary exchange has been reduced to a Federal Reserve note that cannot be redeemed for gold or silver. The 'Banksters' turned its citizens into instrument of commodity and created a Strawman economy

The strawman was/is a fictional person(s) who has no true identity (yet U.S. citizens birth certificates are traded like stocks and bonds and those Invisible Rulers on Wall Street have systematically withheld your right and our right as a people to declare our nationality as Muurs descendants).   The US court system is connected to the CUSIP system which is attached to the stock market and US citizens are traded like stocks once they're arrested.   It's a continualization of the utilization of "black" people as property for profit started by the "former" American

448

colonies and continued under the 13th amendment

Fact of the matter is the defunct "UNITED STATES" Inc. has just re-incorporated and registered as "UNITED STATES OF AMERICA" LLC (Limited Liability Corporation) in Great Britain, and those who voted in the 2020 Presidential "election" have unknowingly been coerced by the Democratic Party into signed themselves over (once again) as "voluntary" chattel property. By participating and voting in the election they have in essence "picked up the options" to the "UNITED STATES OF AMERICA" thru the adhesion contracts" of their "STRAWMAN". The American people have voluntarily submitted themselves to the dictates of the selected CEO of the Corporation for which their "STRAWMAN" "voted" for, and will assume all debts and liabilities applicable to their Ens Legis "ALL-CAPS" "JOHN DOE" when demanded by the Corporation, its' CEO, and employees. There were actually two offices up for grabs; the President of the "UNITED STATES" Inc which just officially dissolved via chapter 7 bankruptcy on the 3rd of November 2020; and the President of the "UNITED STATES OF AMERICA" LLC which is currently in Chapter 11, so the entire election was a contest for the "presidency" of a corporation that is in bankruptcy and reorganization. However, neither of these entities are actually the organic sovereign government of the Republic of the United States of North America, nor in the Family of Nations because no corporation is sovereign. All corporations have to be chartered, granted, or commissioned into existence by a sovereign entity, and by definition, thereby, they're not sovereign themselves therefore they have no Sovereign-Immunity. The American colonies originally made treaties with the sovereign indigenous confederations in order to operate in North America. The "UNITED STATES" Inc. is equivalent and no greater than a Wendy's or GM or Pepsi-Cola, Inc. who contracted to operate in the Republic of the United States of North America as subcontractors? That's what the organic Constitution of the Republic of the United States of North America is about; the phrase "We the People" refers to the Iroquois Nation Confederacy, also known as the Lenape, who wrote the Constitution; and is about the structuring, defining, and limiting the duties of foreign Subcontractors who came over for trade and were supposed to be providing the Autochthonous Republic USNA Nation-States and Autochthon People with certain enumerated services. So, technically, the "President of the United States" is the CEO of the Papist (Pope's) Municipal Corporation, and the "President of the United States of America" is the CEO of the British Territorial Corporation, whereas "We the Autochthonous Peoples of the USNA" are operating on a completely different level, as their employees! The Orwellian US Intelligencia Agencies and Democrat Party operation "Election Fraud 2020" was actually a coup against the American people to bring them under the umbrella of the "UNITED STATES OF AMERICA" LLC instead of the Republic of the United States; "President-elect" Biden and "VP-elect" Harris actually ran for a defunct office that went bankrupt on November 3 2020. Ever since the overthrow of Reconstruction "African Americans" have been disenfranchised political slaves of the Democrat party and were used as scapegoat or "STRAWMAN" for "President-elect" Biden utilization of the Artificial Intelligence Surveillance System the HAMMER for operation "Election Fraud 2020". This can be noted in Biden's campaign statement: "if u don't vote for me than you're not black". The "UNITED STATES" is the final conclusion of the evolution corporate nation states like the British East India Company which began as a colonial corporation and ended up a

449

nation state in India.

## AS AN ELEVENTH CAUSE OF ACTION

Injunctive Relief for the disenfranchisement of the people of the Republic of Haiti under Color of Law thru UNSCR 940, UNSCR 1542, and UNSCR 1892; Cestui Que Vie Trust

Against:   UNITED NATIONS

I hereby re-state all paragraphs of this complaint, as though fully set forth below.

1. This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN. According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

2. This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed ostensibly when the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825 Royal Ordinance of Charles X (Independence Debt) which required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The

covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

3.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and the disenfranchisement of the people of the Republic of USA and Haiti by Washington DC thru the Cestui Que Vie Trust and CORE Group/CORE Group-OAS Trust. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* to place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

4.  This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self-determination and sovereignty of the Republic of Haiti; **hence considered to be an**

**illegal action under the principles of International Law.**

5. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

6. This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

7. This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI

REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa.  Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti.  The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

8.  The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal.  After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any.  I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora.  In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora.  President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace!  After receiving the** Tabula-Rasa Accord**, President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.  Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021.  On 5 July 2021, President Jovenel Moïse selected Ariel Henry (PHTK nominee) as the next Prime Minister of Haiti.  Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!**  It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration

of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

There was widespread criticism of the UN in 2009, by Global South countries; that it served as a pretext for overriding national sovereignty and engaging in "humanitarian imperialism". The Uni-lateral Declaration on behalf of Haiti and the HAITI REFORMATION PROJECT Tabula-Rasa Accord has exposed the malfeasance/violation of the UN Charter in the systematic destruction of the Republic of Haiti by Washington DC and the United Nations thru UNSCR 940:

1) **United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy "code name Dragon's Blood which under the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency; UNSCR 940 "Uphold Democracy" was actually a clandestine Incursion of the Republic of Haiti by  Washington DC to install DynCorps International which operates the gendarmerie operating in Haiti on behalf of US interests and secure Haiti as a Trans-national shipment point for narcotics.** UNSCR 940 is a violation of the UN Charter, which in its Preamble, set an objective: "to establish conditions under which justice and respect for the obligations arising from treaties and other sources of International Law can be maintained".

2) **On 31 July 1994 the UN issues UNSCR 940 which authorizes the formation of a 6,000 multinational force and "to use all necessary means" to facilitate the departure of the military régime.** Under unified command and control, led by the US, to restore the first popularly elected president under free suffrage national elections in Haitian history, President Jean Bertrand Aristide, back to power and extend the mandate of the United Nations Mission in Haiti. Washington DC, OAS, and the UN illegally utilized UNSCR 940 to disband the Haitian military; Governor's Island Accord mentions nothing about disbanding the FAD'H, just restructuring it, so the UN or Washington DC had no authority to disband the FADH under UNSCR 940.

3) **UN military action against the Haitian military junta in 1994 violates Haiti's sovereignty pursuant to Art. 2 (1) UN Charter. (States, Sovereign Equality). Furthermore, this resolution was utilized under a false pretext by the US in order to destabilize, covertly invade, and occupy the government of Haiti.**

4) **UNSCR 940 is also considered to be illegal and a violation of UN charter because a break with democratic order as such cannot be considered a threat to international peace and security as provided in Art. 39 UN Charter. Furthermore, democracy is an internal matter of state. Thus, the UNITED NATIONS Security Council lacks authority to apply coercive measures in order**

to restore democracy in a State.

5) UNSCR 940 fails to address the fact that members of the Forces Armées d'Haiti who participated in the September 30, 1991 Coup de Tat by Lt. General Cedras which overthrew President Aristide were on the CIA's payroll, as part of an anti-drug intelligence unit set up by SIN in 1986. Many of them had their U.S. assets frozen, and are prevented from entering the US due to their role in human rights violations; torture; and murder of political opponents. The fact remains that Aristide was overthrown in a "cocaine-coups" and may have disbanded the FAD'H to take over the drug trade in Haiti.

The Uni-lateral Declaration on behalf of Haiti and the HAITI REFORMATION PROJECT Tabula-Rasa Accord has exposed the malfeasance/violation of the UN Charter in the systematic destruction of the Republic of Haiti by Washington DC and the United Nations thru UNSCR 1542:

1) The US, France, and Canada utilized a Tripartite Accord to place the Republic of Haiti under the umbrella of the CORE Group Trust thru UNSCR 1542; like Washington DC and President Aristide utilized the Governors Island Accord to disband the Haitian military (FADH) and covertly invade Haiti thru UNSCR 940.

2) After the removal of President Aristide from office Washington DC, France, and Canada, which helped sponsor the coup, along with Groupe des 184, lobbied for a United Nations (UN) intervention and the establishment of an international council, to oversee the Republic of Haiti. Washington DC, France, and Canada then utilized a Tripartite Accord with Civil Society 184 from February 29, 2004 to place Haiti under the CORE Group Trust as per 'Ottawa Initiative on Haiti' thru UNSCR 1542 (Chapter VII has also been utilized for the illegal invasions of Iraq and Libya).

3) UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of President Boniface Alexandre and Prime Minister Gerard Latortue with a military component of up to 6,700 U.N. soldiers. The utilization of UNSCR 1542 to place the Republic of Haiti under the CORE Group Trust by Washington DC, France, and Canada thru a Tripartite Accord with Civil-Society Groupe des 184 is a violation of the UN charter. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

4) *A* Chapter VII UN deployment means a country is at war and UN soldiers are allowed to use arms and deadly force, which Haiti wasn't. **UNSCR 1542 failed to examine the role of the Ens Legis UNITED STATES, France and Canada in the coups which overthrew President Aristide and destabilizing Haiti. During this illegal occupation, the gendarmerie operating within the government of the Republic of Haiti utilized MINUSTUH to literally turn the Fanmi-Lavalas political party into political prisoners in their own country. Between 2004 and 2006 during this foreign occupation by DynCorp Int. and MINUSTAH's multinational troops headed by Brazil; from 14,000 to 20,000 Haitians (mostly Fanmi- Lavalas supporters) who opposed the illegal occupation and regime change were slaughtered with total impunity. DynCorp Int. is also responsible for the training of the Haitian National Police (HNP) into a para-military force to kill Fanmi-Lavalas party members with total impunity.**

5) *UNSCR 1542* led to the placement of the Republic of Haiti within the joint-stock trust company CORE Group Trust which consists of the Ens Legis UNITED STATES; FRANCE; CANADA; BRAZIL; GERMANY; SPAIN; and THE EUROPEAN UNION (EU). These nations are also member-states of the UNITED NATIONS whom violate the charter of the UN by utilizing the institution to violate the sovereignty of a fellow member state, the Republic of Haiti, by placing it under the joint-stock trust company CORE Group thru UNSCR 1542. The pretexts utilized *by the ens legis UNITED STATES, France, Canada, under the guise of a Chapter VII* UN Stabilization Mission in Haiti (MINUSTAH) *UNSCR 1542 are a violation of International Law and UN charter.*

6) The covert placement of the Republic of Haiti under the CORE Group Trust, by Washington DC, is similar to their disenfranchisement the people of the Republic of America with the **Emergency Banking Act of March 9, 1933 which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

**The Uni-lateral Declaration on behalf of Haiti and the HAITI REFORMATION PROJECT Tabula-Rasa Accord has exposed the malfeasance/violation of the UN Charter in the systematic destruction of the Republic of Haiti by Washington DC and the United Nations thru UNSCR 1892:**

A) **United Nations Security Council Resolution 1892 issued on 13 October 2009 made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the IHRC Funds. How did the United**

Nations know that the Republic of Haiti would need a Special Envoy for a major catastrophe 3 months before it happened?

B) Why was U.S. Southern Command SOUTHCOM "coincidentally" in Haiti on January 11, 2010 running Complex Command and Control Emergency Relief Drills; one day prior to the 7.0 Earthquake?

C) Why was DynCorp Int., which is part of the clandestine operating division of the CIA, coordinating the efforts of SOUTHCOMM during these "Emergency Relief Drills"?

D) Haiti Wiki-Leaks exposed how UN Special Envoy Bill Clinton and US Secretary of State Hillary Clinton utilized UNSCR 1892 to illegally establish the IHRC which embezzled approximately 30 billion dollars collected thru Haiti's Earthquake Relief Funds.

E) Haiti Wiki-Leaks exposed how US Secretary of State Hillary Clinton chose candidate Michel Martelly for a legislative coup d'état after her 18-month lease of the Haitian government, thru UNSCR 1892, by the IHRC was done.

United Nations Secretary General Ban Ki-moon apologized on December 1, 2016 for the role the UN played in the October 2010 outbreak of cholera in Haiti following the 7.0 Earthquake. Cholera was "accidentally" introduced into Haiti during UNSCR 1892 the same way COVID was "accidentally" released from the Wuhan Institute of Virology. DynCorp Int. is actually responsible for the October 2010 outbreak of cholera in Haiti following the 7.0 Earthquake because they contracted the Nepalese soldiers accused of causing the cholera outbreak. The constant UN occupations also introduced sex-trafficking into Haiti; which continues to this day as evident with    Corrigan Klay.

The Uni-lateral Declaration on behalf of Haiti and the HAITI REFORMATION PROJECT Tabula-Rasa Accord has exposed the malfeasance/violation of the UN Charter in the systematic destruction of the Republic of Haiti by Washington DC, CORE Group Trust, and the United Nations thru UNSCR 2476:

A) Washington DC and the CORE Group Trust; under the guise of a Chapter VII mission UNSCR 2476 of 25 June 2019 established the UNITED NATIONS INTEGRATED OFFICE IN HAITI (BINUH) a political mission supporting the gendarmerie operating within the government of Haiti on behalf of foreign

interests.

**B)** Chapter VII mission UNSCR 2476 of 25 June 2019 established the UNITED NATIONS INTEGRATED OFFICE IN HAITI (BINUH) a political mission (which was recently extended by 9 months) supporting the "government" of Haiti. United Nations Secretary-General António Guterres announced on 14 October 2019 the appointment of, former head of AFRICOM, Helen Meagher La Lime of the United States as his Special Representative for Haiti and Head of the United Nations Integrated Office in Haiti (BINUH). Ms. La Lime has also served as the UN Secretary-General's Special Representative heading the United Nations Mission for Justice Support in Haiti (MINUJUSTH) since 2018; and basically, runs Haiti.

**The Uni-lateral Declaration on behalf of Haiti and the HAITI REFORMATION PROJECT Tabula-Rasa Accord has exposed the violation of the UN Charter, malfeasance, and systematic destruction of the Republic of Haiti by Washington DC and the United Nations thru the assassination of President Moise:**

**The CORE Group-OAS is a trust company; which is a legal entity formed to act as a trustee, fiduciary, or agent on behalf of a person or business.  After receiving the** Tabula-Rasa Accord, **President Moise cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources.**

**"Globalization is nothing new. In the sixteenth and seventeenth centuries, trading and settlement corporations such as the British East India Company, the Virginia Company, and the Royal African Company were the cutting edge of British imperial expansion around the world. The typical pattern was for corporations to lead the way, then eventually be supplanted by Crown colonies. In America, the conversion of corporate settlements into Crown colonies took place in the 1600s; in India, company rule lasted until 1858. As late as the 1890s, the British South Africa Company fought wars of conquest against the Matabele and Shona kingdoms of present-day Zimbabwe, and it was not until 1924 that the company became a British Crown colony. Other countries followed similar patterns. After conquering Indonesia in the 1600s', the Dutch East India Company ruled the archipelago until 1798, when it was dissolved and preplaced by a Dutch civil administration. In northern China, Mantetsu, the Southern Manchurian Railway Company, ruled an area the size of France and Germany combined from 1905 until it was replaced by a Japanese colonial administration in the 1930s.**

**COVID was introduced into the world the same way cholera was introduced into Haiti; and President Moise was one of the few Heads of State who refused the COVID vaccine.  The Coronavirus (COVID 19 codename Operation Dark Winter) was part of Washington DC and**

their Orwellian Intelligencia Agencies efforts to destabilize the Trump administration which began with "Russia-gate". The official narrative of the Coronavirus pandemic is that it originated from a from a "Wet Market" in Huanan, China where it was contracted and began spreading after people purchased and ate horseshoe bats contaminated with the Coronavirus. According to a June 2, 2020 article in Independent Science News by Jonathan Latham, PhD and Allison Wilson PhD, a Prima Facie case is building that the COVID-19 pandemic had its origin in a lab. The purpose of the "Wet Market" theory is to propagate thru the Mockingbird Media that this new pathogen came from nature and not from a lab in in China. Biological warfare has evolved since blankets contaminated with smallpox given to "Native Americans" by Pilgrims and most modern developed nations have bio weapons research programs. In 1977 a laboratory in China accidentally released the H1N1 Influenza virus, which went on to become a global pandemic virus but the deaths were few due to the fact that the population aged over 20 had historic immunity.

Ever since the quelling of the original SARS outbreak in 2003, there have been 6 documented SARS disease outbreaks originating from research laboratories where they were "accidentally" released, including 4 in China. In response to these outbreaks the US banned certain classes of experiments called Gain of Function (GOF) experiments in 2014 but the ban was lifted in 2017. Huanan Province is the global epicenter of bat coronavirus research, in fact Sars-Cov-2 virus was "accidentally" released from the Wuhan Institute of Virology (WIV) one of the 2 research labs located there. The Wuhan institute of Virology is only 8 miles from the Huanan live animal market that was initially thought to be the site of the origin of the COVID-19 pandemic. According to the article China has a population of 1.3 billion; if the wildlife trade is responsible for Coronavirus, then all things being equal the probability of a pandemic starting in Wuhan (pop) 11 million is less than 1%.

According to Virologist Nikolai Petrovsky of Flinders University: "no natural virus matching COVID -19 has been found in nature despite an intensive search to find it its origins". In fact, most of the ancestors of the Coronavirus cannot infect humans so it had to be synthesized in a lab to evolve into a human pathogen. The Obama administration funded the Wuhan Institute of Virology to the tune of 3 million dollars. The US continued to fund research of the Corona Virus at Wuhan lab from 2013 onward, in fact the National Institute of Allergies and Infectious Diseases, run by Dr Anthony Fauci (who's connected to another man-made virus HIV/AIDS and an AZT scandal), gave 7.4 million for research involving Gain of Function work and collecting and studying bat Corona Viruses, 600,000 of which went to the Wuhan Institute of virology. The NIAID knew the research had the potential to create "Pathogens of Pandemic Potential" yet Dr, Fauci continues to insist that "no scientific evidence the Coronavirus was made in a Chinese lab" and that there is "no evidence" that it was leaked from a lab. What's interesting is that Washington DC is incentivizing Dr.'s to classify all deaths of patients with Coronavirus as COVID 19 deaths regardless of the cause of death in order to boost the rate.

President Moise's refusal of the COVID vaccine may have had a factor in his assassination. Hi refusal to force the COVID vaccine on an unsuspecting Haitian public did not sit well with powers that be. The COVID pandemic was used by governments around the world to justify

vast restrictions on personal freedom, including limitations on freedom of assembly, the closing of religious centers, and censorship of information or viewpoints that opposed the official COVID narrative and dictates. Many of these public officials presented themselves as "experts" whose forceful policies were "necessary" for "public safety." Entities such as the World Economic Forum and many global leaders continue to discuss the need for a "Great Reset," in part as a response to the "threat" of COVID. This reset includes everything from redesigning health systems and education to the implementation of vaccine passports. This is presented to us as our "salvation" from COVID and other dangers, including racism.

The top two diplomats operating in Haiti on behalf of the UN and CORE Group Trust at the time of the assassination of President Moise happen to be former US diplomat and head of Africom; Special Representative of the Secretary-General for Haiti and Head of the United Nations Integrated Office in Haiti United Nations Integrated Office in Haiti (BINUH) Helen Ruth Meagher La Lime since 2018 and Michele J Sison who served as U.S. Ambassador and as U.S. Deputy Representative to the United Nations from 2014-2018; United States Deputy Representative to the United Nations; Ambassador Extraordinary and Plenipotentiary to Haiti from February 2018 to October 2020. These are the two most powerful ambassadors in Haiti whom run the show from behind the scenes.

BINUH UN Special Envoy La Lime is a key suspect in the assassination of President Jovenel Moise. In the past she has stated her support for gangs like G-9 which are endorsed by the UN and implicated in kidnappings in Haiti. She also came out against President Moise holding a National Referendum for a new Constitution. Once he cut ties with the UN and US for not helping him fight the insecurity in Haiti and contracts with CORE Group-OAS is when she gave his opposition the "green-light." *US Ambassador to Haiti Michele J. Sison (Key suspect) was decommissioned by President Moise on October 9, 2020 for meddling in Haiti's internal affairs. Ambassador Michelle J. Sison was also working behind the scene with the foreign oligarchical class to sabotage President Moise's efforts to hold a Constitutional Referendum on June 27, 2021 which included the Haitian diaspora. This wasn't the first time that Ambassador Sison was caught manipulating the internal affairs of a nation she was stationed at. Michele J. Sison was confirmed by the U.S. Senate on June 29, 2012 as US ambassador to Sri Lanka and Maldives; where she was implicated in a scheme to topple President Rajapaksa's Government. According to Minister Weerakoon "She told me she would give me and my family a green card and 'we will give you a house in the US, your children will get scholarships'. I replied that I was a man from the south and I didn't want what she was offering". According to JHU Minister Champika Ranawaka: "US Ambassador Michele J. Sison is Nurturing Muslim Jihadist Groups in Sri Lanka"!*

But even after **Michelle J. Sison** was recalled from her post as Ambassador by President Moise; she returned to Haiti and has been operating behind the scene since. Ambassador Michele J. Sison was sworn in as Assistant Secretary of State for International Organization Affairs on December 21, 2021 despite being recalled from Haiti by President Moise. Ambassador Sison has even been implicated in the planning of the assassination of President Moise with conspirators in

the Dominican Republic. What's interesting is that Ambassador Michele J. Sison earned most of her net worth at the age of 61 years old and it didn't began growing significantly until 2020-2021 (after the assassination of President Moise)! In the aftermath of the assassination of President Jovenel Moise; head of BINUH UN Special Envoy to Haiti Helen La Lime came out with recognition of Claude Joseph as PM who held on to the reigns until Washington DC and the CORE Group came out in support of Ariel Henry as PM. BINUH sabotaged President Moise's efforts to hold a National Referendum for a new Constitution and is supporting the transitional, unelected, de facto government of PM Ariel Henry (who has been implicated in the assassination of President Moise); thus, disenfranchising the Haitian people thru their neo-colonial policies once again. Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself into the CORE Group-OAS Trust.

This isn't the first time that Washington DC and the United Nations have conspired to assassinate the head of state of a black nation for dealing with Russia. Patrice Lumumba, the first legally elected prime minister of the Democratic Republic of the Congo (DRC), was assassinated on 17 January, 1961 for the very same reason. In April 1884, seven months before the Berlin Congress, the US became the first country in the world to recognize the claims of King Leopold II of the Belgians to the territories of the Congo Basin. When the atrocities related to brutal economic exploitation in Leopold's Congo Free State resulted in millions of fatalities, the US joined other world powers to force Belgium to take over the country as a regular colony and it was during this colonial period that the US acquired a strategic stake in the enormous natural wealth of the Congo, which resulted in its use of the uranium from Congolese mines to manufacture the first atomic weapons, the Hiroshima and Nagasaki bombs. Patrice Lumumba's progressive-populist proposals and his opposition to the Katanga secessionist movement (which was led by the white-ruled colonial states of southern Africa and proclaimed its independence from the Congo on July 11, 1960) angered an array of foreign and local interests: the Belgian colonial state, companies extracting the Congo's mineral resources, and, of course, the leaders of white-ruled southern African states. As tensions grew, the United Nations rejected Lumumba's request for support. He decided to call for Soviet military assistance to quell the burgeoning Congo Crisis brought about by the Belgian-supported secessionists. This proved to be the last straw.

This heinous crime was a culmination of two inter-related assassination plots by American and Belgian governments, which used Congolese accomplices and a Belgian execution squad to carry out the deed. With the outbreak of the cold war, it was inevitable that the US and its western allies would not be prepared to let Africans have effective control over strategic raw materials, lest these fall in the hands of their enemies in the Soviet camp. To fight him, the US and Belgium used all the tools and resources at their disposal, including the United Nations secretariat, under Dag Hammarskjöld and Ralph Bunche, to buy the support of Lumumba's Congolese rivals, and hired killers. **This is akin to US Rep. Gregory Meeks and the CBC which have been working behind the scene with the US puppets within Africa; the Haitian**

**government to keep the people disenfranchised.**   Utilizing their COINTELPRO tactics globally, Washington D.C. would go on to assassinate every black nationalist Head of State on the planet (under the guise of fighting "communism" or "socialism") and replaced them with kakistocracies led by their neo-colonialist puppets.

The CIA also ousted and killed the first democratically elected Prime Minister of Congo after the colonial rule ended there. He was killed by the CIA in December 1960 without informing the newly elected President Kennedy, who was shocked to find out about the assassination of the African leader whom he supported and also he supported spreading freedom and democracy in Africa.   After independence and after his victory he refused to sell Congo's vast uranium deposits to a foreign multinational in which the top officials of the US State Department had financial interests. He also had to go.   He was vilified by the CIA as "a Castro or worse" and "bought by the Communists." His nation was portrayed as 'too primitive for democracy,' the

Ironically, the same president who authorized the illegal 1915 invasion of Haiti was the catalyst for the formation of the League of Nations.   President Woodrow Wilson came up with the 14 Points as a solution to WWI.   The first five points addressed international relations, while the next eight addressed territorial claims.   One of the underlying themes of these first thirteen points was Wilson's notion of "national self-determination," or granting independence to ethnic minorities within established countries.   From this came many new nations, including Poland, Austria, Czechoslovakia, Albania and Croatia.   The final point called for a "League of Nations" which would serve as an international policeman to arbitrate future conflicts.   This was the centerpiece of Wilson's plan, calling for a world organization that would provide some system of collective security was incorporated into the Treaty of Versailles.   President Wilson's contentious debates over the points during the peace talks created hostility among the warring nations and indirectly led to World War II a generation later.   What's interesting is that in 1918, the man who taught Washington DC how to lie to the people, Edward Bernays worked directly with President Woodrow Wilson at the Paris Peace Conference.   Though Wilson launched a tireless missionary campaign to overcome opposition in the U.S. Senate to the adoption of the treaty and membership in the League, the treaty was never adopted by the Senate, and the United States never joined the League of Nations. Wilson would later suggest that without American participation in the League, there would be another world war within a generation!

Coming out of the devastating conflict of WWII, Wilson's League of Nations would morph into the United Nations we see today.   Preparing to rebuild the international economic system while World War II was still being fought, 730 delegates from all 44 Allied nations gathered at the Mount Washington Hotel in Bretton Woods, New Hampshire, United States, for the United Nations Monetary and Financial Conference, also known as the Bretton Woods Conference. The delegates deliberated from 1 to 22 July 1944, and signed the Bretton Woods agreement on its final day.   Setting up a system of rules, institutions, and procedures to regulate the international monetary system, these accords established the IMF and the International Bank for Reconstruction and Development (IBRD), which today is part of the World Bank Group.   The United States, which controlled two-thirds of the world's gold, insisted that the Bretton Woods

system rest on both gold and the US dollar. Soviet representatives attended the conference but later declined to ratify the final agreements, charging that the institutions they had created were "branches of Wall Street". These organizations became operational in 1945 after a sufficient number of countries had ratified the agreement. According to Barry Eichengreen, the Bretton Woods system operated successfully due to three factors: "low international capital mobility, tight financial regulation, and the dominant economic and financial position of the United States and the dollar". On 15 August 1971, the United States terminated convertibility of the US dollar to gold, effectively bringing the Bretton Woods system to an end and rendering the dollar a fiat currency.

The Bretton Woods Agreement also created two important organizations the International Monetary Fund (IMF) and the World Bank. The purpose of the IMF was to monitor exchange rates and identify nations that needed global monetary support. The World Bank, initially called the International Bank for Reconstruction and Development, was established to manage funds available for providing assistance to countries that had been physically and financially devastated by World War II. These two Bretton Woods Institutions, IMF and World Bank, played an important role in helping to rebuild Europe in the aftermath of World War II. **Between the years 1948 and 1951, when the Marshall Plan was formally in operation, Congress appropriated $13.3 billion in aid to sixteen western European states. This credit was used to buy up European industry and the European working class extremely cheaply. The fact of the matter is the same organizations which were created to build up Western Europe during the Marshall Plan after WWII; such as the IMF, World Bank, and UN; are the same organizations utilized to keep the Republic of Haiti and Africa under-developed and its' people disenfranchised.** These same institutions utilize neocolonial policies to the detriment of Africa thru structural reforms which include: a reduction in the public sector, devaluation of the national currency, deregulation of the foreign trade sector, and more reliance on foreign markets for the allocation of resources. **This is also evident with the utilization of UNSCR 152 to covertly place the Republic of Haiti under trusteeship of CORE Group by the ens legis US, France, and Canada.** Haiti was the first black nation to join the UN and demands a return to full sovereignty and control of its own Natural Resources under a Socialist Republic.

The Treaty of Alcáçovas could be regarded as the ancestor of many later international treaties and instruments based on the same basic principle (Doctrine of Discovery). These include the 1494 Treaty of Tordesillas, which further codified the positions of Spain and Portugal in world exploration, and the resolutions of the 1884 Conference of Berlin, four centuries later, which in much the same way divided Africa into colonial spheres of influence. The ens legis US was also founded on the Doctrine of Discovery. On July 4th 1776 the American colonies declared independence from King George II and the American Revolution began. Once the American colonies declared Independence from Britain, they became foreigners of a rogue state without any true authorization to operate on American soil. Immediately after their American colonies declared independence; British authorities made it a point to notify authorities of the Barbary

States that her former possessions in the Americas were no longer protected under British treaties with them. It seems the Moroccan Empire (Amexam) had extended a land grant of the entire western hemisphere of North America to the British. They leased it to Britain for a certain number of years like when China leased Hong Kong to Great Britain. To transform themselves from outlaws into a legitimate nation, the colonists needed international recognition for their cause and foreign allies to support it. **In 1777** Morocco became the first country to formally recognize the independence of the United States of America and they began paying tributary to the Barbary States for said recognition. The Moors agreed to co-sign the Independence of the American colonies from Britain; for a tributary fee and a special status for Moors under the newly formed union.

In 1781, after the American colonies gained "independence" from Britain; the joint-stock Virginia Company **of May 23, 1609** issued a covert second charter for the new UNITED STATES OF AMERICA corporation and BODY POLITIC. The Terms of the Capitulation also included that this secret corporation would continue in existence; and that the King or Queen of England would continue to receive 20 percent of the revenues from the Virginia Company, as per the old Charter of 1607 forever! The VA Co owns most of what we now call the USA and any lands up to 100 miles offshore including Bermuda and most of the Caribbean; except Haiti. All Land patents are retained by the crown and the system is set up for the benefit of the Black Nobility of Europe. **The land is still under control of the Va. Co. which was granted to their colonies under a deed of trust; therefore, they cannot claim ownership of the land; they can only pass on perpetual use of land to their heirs; or sell perpetual use of it but the Va. Co. can never own it.** The USA is the administrative authority of these territories which are held as trust territories under mandate of the UN. This is similar to the covert placement of the Republic of Haiti under the CORE Group Trust thru UNSCR 1542. In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust.

The U.N. will terminate the mandate of the ens legis US as administrative authority over these 'trust territories' once the indigene aborigine American population re-classified as "African-American" regain some measure of self-governance. The descendants of the indigenes aborigine Confederations of North America are the original principal land owners; even if the city or state confiscated their land, as beneficiaries, they're still owed and can receive royalty checks. During my investigation, I have noticed a concerted effort by the Ens Legis UNITED STATES; UN; modern historians and other parties to portray indigene aboriginal people of the Americas as strictly non-black. They've been kept from participating in the Inter-decade of the World's Indigene people and from accessing the Declaration on the Rights of Indigenous Peoples (UNDRIP or DOTROIP) which is a legally

**non-binding resolution passed by the United Nations in 2007.** "African-Americans" are a dilapidated people today due to the failure of their enslaved ancestors to defeat the system of institutionalized chattel slavery the American colonies placed over them. The term American is a noun that means native of Americas, which originally applied only to the aboriginals or copper-colored people found here by European colonizers, but is now applied only to the descendants of Europeans born in America. The descendants of these enslaved indigenous aboriginal people of North America who were reclassified as negro, colored, black, and "African-American" once the fell under the jurisdiction of the American colonies. During the process of colonization these POW's have been domesticated to become alien to their land of inheritance. Wealth in America is determined by historical family lineage and income. Because African Americans failed to receive reparations or subsidies like European immigrants and have been systematically disenfranchised by Washington DC resulted in the wealth disparities between the races we see today. The Obama administration signed the United Nations Rights of Indigenous People and the federally recognized Native American tribes were awarded 3.4 billion dollars in early sept 2015. 645 tribes won trials against the US Dept. of Justice awarded 940 million. The US feared that under his administration the population mislabeled "African-American" would discover their true history; bloodline; heritage and be forced to grant them reparations and land. Therefore, Washington DC silently declared a deadline of December 31, 2014 for them to make land and identity claims. The fear of millions of "African-Americans" waking up to their true identities; making land or identity claims and stating; "I'm not black I want my land and restitution". There are over 700 million acres of confiscated lands being held in trust for indigenous aboriginal Americans mislabeled "African-Americans". According to the United Nations Inter decade of the World's Indigenous people, the "UNITED STATES" Inc are the administrative authorities of territories which are held under trust territories under mandate of the United Nations. The United Nations has the authority to terminate the mandate once the indigenous aboriginal population regains some measure of self-governance according.

The Secret Treaty of Verona to suppress popular governments within the hemisphere of the Americas is the basis of Monroe Doctrine. The Holy Alliance looked to reestablish the sovereignty of Spain in the newly independent Republics of South and Central America and prevent the exercise of any measure of the right of self-government. The use of the Monroe Doctrine within the Americas has been hypocritical by Washington D.C. because it's been used by them to suppress popular movements and prevent the exercise of any measure of the right of self-government throughout the Americas. The Monroe Doctrine left Washington DC as the last remaining colonizing power within the Americas. In 1929, the very year it was founded, the Vatican State joined the Universal Postal Union, and later on, the International Telecommunications Union, as well. Membership in these international bodies then allowed the Holy See in 1957 to get "observer" privileges at the United Nations. What's interesting is the fact that the Ens Legis UNITED STATES established these organizations to usurp North America from the indigene aborigine population and legitimize themselves! *The post office and radio station gave the Vatican City-State membership in two international organizations. This, in turn, allowed the Holy See ("government" of the Holy Roman Empire and the Roman Catholic Church), to get upgraded to "permanent observer" status at the United Nations in 1964. This gave the Vatican an unbroken presence at the UN and let it speak and vote at most*

*UN conferences and forums (invaluable lobbying tools).*   In 2003 the Vatican City-State tried to take the final step to reach its goal of full membership and the Holy See let it be known that it would be open to becoming a full member of the UN.   The attempt proved premature and, threatened with an embarrassing challenge to its statehood, the Vatican backed off and in 2004 accepted a more modest upgrade of "enhanced observer status" which let it take part in General Assembly debates.

If the UN was in the Star Wars universe the Pope would be Palpatine; falsely benevolent anti-Christ like figure!   On Nov 9 the UN introduced the Guardian for International Peace and Security which is a fusion of jaguar and eagle donated by Oaxaca, Mexico which also resembles Daniel's Image of the Beast:   Thou, O king, sawest, and behold a great image. This great image, whose brightness was excellent, stood before thee; and the form thereof was terrible.   This image's head was of fine gold, his breast and his arms of silver, his belly and his thighs of brass, His legs of iron, his feet part of iron and part of clay.   Thou sawest till that a stone was cut out without hands, which smote the image upon his feet that were of iron and clay, and brake them to pieces.   Then was the iron, the clay, the brass, the silver, and the gold, broken to pieces together, and became like the chaff of the summer threshing floors; and the wind carried them away, that no place was found for them: and the stone that smote the image became a great mountain, and filled the whole earth.   Due to the Doctrine of Discovery; the Vatican is the largest land owner on the planet!   The Holy See (Holy Roman Empire) continues its' rule today thru the three inter-locking corporate city-states of London, England; Washington, DC; and the Vatican.   The Vatican also maintains its global empire covertly thru the Cestui Que Vie Trust.   The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. The IMF is also administering the funds and assets of the Ens Legis UNITED STATES which is also under the Cestui Que Vie Trust.   **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust.   In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy.   The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.**

---

This is an action at law to redress the violation of procedural due process of the International Court of Justice by the UNITED NATIONS regarding Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018. According to the Handbook of the International Court of Justice A Unilateral Declaration is designed to recognize as compulsory, ipso facto, and without special agreement, in relation to any other state accepting the same obligation, the jurisdiction of the ICJ in all legal disputes concerning: a. interpretation of a treaty; b any question of international law; c. the existence of which if established would constitute a breach of an international obligation; d. nature or extent of the reparation to be made for the breach of an international obligation. Under this rarely used procedure a declaration considered a unilateral act of the state concerned must be deposited with the Secretary General of the UN signed by the states foreign minister or it representative to the UN.   According to the handbook of the International Court of Justice statute Article 36, paragraph 1, treaties or conventions in force confer compulsory jurisdiction of

the Court. Haiti, which unilaterally accepted the jurisdiction of the Court of International Justice on 4 October 1921 and has been a member of the UN since 26 June 1945, and was eligible to bring the matter before the ICJ thru unilateral application due to UNSCR 940 "Operation Uphold Democracy" codename Dragonsblood; UNSCR 1542 which established the United Nations Stabilization Mission in Haiti (MINUSTAH); and UNSCR 1892.

--------------------------------------------------------------------------------

This is an action at law to redress the utilization of the UNITED NATIONS by the ens legis UNITED STATES for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and contest the CORE Group Trust which was formed **ostensibly when the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti. The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is also a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

This is an action at law to redress the 1825 Royal Ordinance of Charles X (the Independence Debt) which facilitated the payment of 20 million to France and 40 million to the ens legis US, respectively by the Republic of Haiti.

This is an action at law to redress the violation of the terms and charter of the 1825 Royal Ordinance of Charles X (the Independence Debt) **by the ens legis UNITED STATES, France, and Canada (trustees) whom utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to ostensibly place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542.

Not only is the covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France and trustee ens legis US, a violation of the terms of the Independence Debt; the people of the Republic of Haiti were forced to comply with the Independence Debt**; the people of the Republic of Haiti were forced to comply with the **1825** Royal Ordinance of Charles X under duress and coercion. The **1825** Royal Ordinance of Charles X (Independence Debt) represents a severe case of Unjust Enrichment and was illegal due to the fact:

A. There was no clear consensus; the people of Haiti never agreed to pay the Independence Debt. In 1814 Louis XVIII sent two commissioners to King Christophe to negotiate; through his financial adviser, Baron de Vastey, and the emissaries were notified that "our independence will be guaranteed by the tips of our bayonets"! It was Alexander Sabès Petion (South)whom initially offered a

compromise of the Independence Debt to French officials whom rejected it because Haitian officials wouldn't concede to their people as human stock or French chattel-property; not King Henri Christophe (North) who noted: "Is it possible that they wish to be recompensed for the loss of our persons? Is it conceivable that Haitians who have escaped torture and massacre at the hands of these men, Haitians who have conquered their own country by the force of their arms and at the cost of their blood, these same free Haitians should now purchase their property and persons once again with money paid to their former oppressors?"

B.  The Alien Tort Claims Act (ATCA) covers tortious acts which allege the inherent in use of force to conclude the treaty negotiations.  The 1825 Royal Ordinance of Charles X was executed in clear violation of international law and treaties of the United States, cognizable under the ATCA.  In fact, as of 1815, France had signed the Treaty of Paris condemning the slave trade and pledging to eradicate it!  By 1825, the international community had condemned the slave trade as inhuman and a crime. The United States, France and Great Britain were all parties to treaties committing their naval resources to the eradication of Trans-Atlantic slavery.  A contract pertaining to the slave trade, made relatively soon after the passage of the ATCA is "a norm of international character accepted by the civilized world and defined with a specificity comparable to the features of the eighteenth-century paradigms."  Haiti's young government eventually took the only available route out of isolation and succumbed to a Hobson's Choice.  On April 17, 1825, Haitian President Jean-Pierre Boyer signed the Royal Ordinance of Charles X.   France's claim to indemnity was for all of the chattel-slaves they lost due to Haitian independence which they considered property.  Haitian President Boyer signed the agreement under more than simply the pressure of diplomatic isolation.  A flotilla of French warships cruised just out of sight of the Haitian coast, with orders to blockade Haiti if negotiations failed.   Haitian President Boyer nationalized the Independence Debt, explicitly delegating the government's obligation to the Haitian people themselves.  Even though the island was unified at the time; the majority of Haitians were against the payment of an Independence Debt and didn't agree with the Ordinance.

C.  In 1834, and in preparation for the renegotiations of the Independence Debt; the French government commissioned the law firm of Dalloz, Delagrange, Hennequin, Dupin, Jeune, et al to review the original Ordinance.  The Dalloz Report declared the original Ordinance unlawful and placed liability for the colonists' losses with the French government itself.  The government bore responsibility for the colonists' lost land and slaves because it had relinquished sovereignty of Saint Domingue. Furthermore, the report found the French government culpable in entering into an agreement it knew Haiti could not fulfill.

D.  The National Bank of Haiti (BNRH) is connected to the Independence Debt because it was ostensibly established in 1881 by the bourgeoisie mulatto class and France, as an instrument, to coerce the Haitian people into paying off the Independence Debt! The National Bank of Haiti was conceived during the final stages of payment of the Independence Debt to France.  It was the brainchild of President Lysius Salomon,

who in 1880 promoted the legislation (law of 10 September 1880) which created a 50-year concession for currency issuance and management of the country's finances. The French bank Crédit Industriel et Commercial (CIC) then made a large loan, concerning the Independence Debt, of 36 million French Francs to Haiti in 1875. CIC then went on to form the National Bank in Paris in May 1881, and appointed Ernest Lehideux as its first president. The establishment of the National Bank of Haiti (in 1881); ostensibly facilitated full repayment of the Independence Debt to France for which the last payment was made in 1888.

E.  U.S. banks likewise extracted great wealth from the 1825 Royal Ordinance of Charles X; Haiti's Independence Debt!   France received its last indemnity payment, concerning the Independence Debt, from the Republic of Haiti in 1888; but Washington DC went on to fund the acquisition of Haiti's Treasury in 1911 by covertly acquiring the reception of interest payments related to the Independence Debt.   Once acquiring the Independence Debt, Washington DC went on to pillage the Haitian Treasury of gold reserves ($500,000 taken by the American Marines for "safekeeping" in 1914).   After which the National City Bank (Citigroup's predecessor) and other Wall Street banks pushed hard for the U.S. to invade in 1915 and take over Haiti's National Bank plus economy.   The National City Bank of New York (known today as Citibank) acquired a controlling interest in the Haitian National Bank in 1919.   All of Haiti's outstanding debts to French banks were acquired by the National City Bank in 1922; payments in service of the Independence Debt, begun in 1825, continued until 1947.   Financial conventions and protocols imposed by Washington DC during their occupation in 1915, 1917 and 1922 (concerning the Independence Debt); were contracted in 1922, for the purposes, inter alia, of settling the balance of loans contracted with French financiers since 1830 and 1875, 1896, and 1910; as per Haiti's Independence Debt was "consolidated" to be paid off to American investors.   The Republic of Haiti was coerced (forced) to accept a second loan of forty million dollars concerning the Independence Debt from Washington DC.   The National City Bank of New York also took over the BNRH during the 19-year US occupation of Haiti, and gained full ownership in 1919.

F.  Standing arguments in the claim for the Independence Debt can be distinguished from those of "African-American" Slave Descendants due to the fact that the Royal Ordinance of Charles X (Independence Debt) is a single, well-documented transaction; Haiti's "acceptance" of the 1825 Ordinance. The claim does not encompass the unrelated stories of hundreds of slaves and slave-owners.   Haitians today still feel the concrete and particularized impact of the Independence Debt and a direct line of causation connects the actions of the French government and banks to Haiti's modern under-development.

Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself

into the CORE Group-OAS Trust.  Congress passed the Alien Tort Claims Act (ATCA) in 1789 with the aim of allowing merchants to pursue claims for ships and cargoes lost to pirates and privateers.  In the 1980s, human rights lawyers 'rediscovered' the statute and used it to sue foreign nationals in American courts.  Under the ATCA, Holocaust survivors were able to bring their claims against European corporations and governments.  The Alien Tort Claims Act (ATCA) covers tortious acts which allege the inherent use of force to conclude treaty negotiations.  It took Haiti 122 years to repay the 1825 Royal Ordinance of Charles X, Independence Debt, **and the young island-nation ended up paying it off twice: 20 million USD 1825-1888 to France which is equivalent to** $623,738,947.37 *billion in 2022*; **40 million USD 1911-1947 to Washington DC which is equivalent to** $531,436,771.30 in 2022.

**WHEREFORE, the Plaintiffs respectfully request judgement as follows:**

**100 billion against the Defendant France which is a trustee of the CORE Group Trust/CORE-Group OAS Trust**

**200 billion against the Defendant ens legis UNITED STATES which is a trustee of the CORE Group Trust/CORE Group OAS Trust**

-----------------------------------------------------------------------------------------

----------------------------------------------------------------------------------------

This is an action at law to contest the CORE Group Trust which was formed **ostensibly when the ens legis UNITED STATES, France, and Canada (trustees) utilized a Tripartite Accord with Civil-Society Groupe des 184 (settlor) to place the Republic of Haiti (beneficiary) under the umbrella of the CORE Group Trust thru** UNSCR 1542 after the 2004 coup d'états of the government of President Aristide; as per the Ottawa Initiative.

The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee France, is a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which** required the former colony pay an indemnity of 150 million gold francs and 50% tariff reduction on French imports, as a prerequisite for French diplomatic recognition of the independence of the sovereign Republic of Haiti.

The covert placement of **the Republic of Haiti under the umbrella of the CORE Group Trust, by trustee ens legis UNITED STATES, is a violation of the terms of the 1825** Royal Ordinance of Charles X **(Independence Debt) which was covertly acquired by Washington DC in 1911.**

The **Haiti Reformation Project/Tabula-Rasa Accord revealed that all of Haiti's natural resources have been claimed strategically by Washington DC and CORE Group-OAS Trust making Haiti a captured state of the Ens Legis UNITED STATES.  This is why Haiti has been a target of Washington DC and the CORE Group-OAS Trust; and UN genocidal policies.  One of the mandates of the Haiti Reformation Project/Tabula-Rasa Accord was to secure Haiti's natural resources for the people under a Cooperative Republic.**

The **Ens Legis UNITED STATES, France and Canada were perfectly fine with making**

**sure Haiti remained a failed state, a la the covert compromise the American colonies made with Napoleon, but once they discovered the value of Haiti's Natural Resources; their plans changed and they decided to place the island-nation under their joint-stock trust company CORE Group.**

The Ottawa Initiative on Haiti was a conference hosted by Canada that took place from January 31 - February 1 2003 (one year before the February 29, 2004 coup d'état), at Meech Lake conference center (a federal government resort near Ottawa) in Gatineau, Quebec. The conference discussed a military intervention on Haiti's democratically-elected president, Jean-Bertrand Aristide; and a Kosovo-like trusteeship of Haiti implemented before January 1, 2004 while the US- subservient Haitian Army, the Forces Armées d'Haiti (FAD'H), would be reinstated alongside a new police force.

In 2002, Haitian President Jean Bertrand-Aristide announced his intent to pursue a claim against France to recover the Independence Debt. The Haitian government estimated the amount of the claim as $21 billion. The French government rebuffed Aristide's claim, declaring the issue resolved in the 1838 Traité d'Amitié and subsequent treaties. Aristide and his government were overthrown in 2004 in a coup backed by the United States, Canada and France. The appointed coup regime renounced the claim within its first week in power.

**As per the Ottawa Initiative; after the removal of President Aristide from office Washington DC, France, and Canada, which helped sponsor the coup, lobbied for a United Nations (UN) intervention and the establishment of an international council, to oversee the Republic of Haiti. Washington DC, France, and Canada then utilized a** Tripartite Accord with Civil Society 184 from February 29, 2004 to place Haiti under the CORE Group Trust as per 'Ottawa Initiative on Haiti' thru UNSCR 1542 (Chapter VII has also been utilized for the illegal invasions of Iraq and Libya).

*UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter.** According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself into the CORE Group-OAS Trust. **Under the Uniform Trust Code (UTC), a trust is invalid if it has an unlawful purpose or a purpose that is contrary to public policy. The CORE Group Trust is an unlawful instrument which is a product of fraud, duress, undue influence, and coercion of the Haitian people due to the fact:**

471

A.  The CORE Group Trust was established ostensibly by tripartite accord between France, Washington DC, Canada and an accord with **Civil-Society Groupe des 184** thru UNSCR 1542, in order to coerce the intended trust beneficiaries of their Natural Resources.

B.  Valid trusts, like valid wills, are the product of the settlor's free will, good faith, and volition.  According to Guy Phillippe:  the traitors of 2004 are the people who signed or approved the **Tripartite Accord**, ANDY APAID, EVANS PAUL, PAUL DENIS, etc. The settlor of the CORE Group Trust is the Andre Apaid led Civil-Society Group de 184 whose intentions were based on the deception of the beneficiaries (people of the Republic of Haiti).

C.  The United States Uniform Trust Code stipulates that an existing trust can be considered legally invalid if there is an unlawful purpose behind it or the purpose interferes with public policy.   The CORE Group Trust is legally invalid because it violates the sovereignty of the people of the Republic of Haiti and claims the island-nations natural resources which are owned by them under a cooperative.

D.  Due to the fact that the beneficiary (Haitian people) are actively engaging and receiving the assets under the CORE Group Trust makes it invalid.

E.  Trust beneficiaries are entitled to basic details about who created the trust, when, and where it was set up, as well as information about the trustee, like their name and address or a way to contact them. They should also be notified if the trustee changes.   The people of Haiti and the Haitian diaspora didn't become aware of the Republic of Haiti being seized by the CORE Group Trust until Fall of 2021 because the trust was established ostensibly/covertly in 2004.

F.  The beneficiaries of the CORE Group Trust demand that it be annulled and closed because it serves the unlawful purpose of the trustees (Canada, France, and US) and no-purpose to them.   It's cost-prohibitive and its' trustees have been pillaging the government of Haiti since independence and are engaged in self-dealing.

G.  The trustees administering the trust have purposefully kept the beneficiaries out of the loop.  A beneficiary should typically receive annual accountings of the trust's activities and transactions (like when the trustee withdraws money from the trust) and if they haven't they can ask the trustee for it or petition the court for the information. Accounting reports can provide insight into how the trustee is managing the trust property.   The beneficiaries of the CORE Group Trust have never received a full accounting of what assets the trust holds, how much interest has been earned by the trust, and what expenses have been paid by the trust.

The United States Uniform Trust Code stipulates that an existing trust can be considered legally invalid if there is an unlawful purpose behind it or the purpose interferes with public policy. If the latest iteration of a trust imposes limits on the freedom to marry or religious freedom, it can be legally contested. Similarly, a person can contest a trust if it violates the rules of his or her state against perpetuities. The CORE Group Trust/CORE Group-OAS Trust wasn't established in "Good cause" by the settlor nor trustees. The CORE Group-OAS Trust contravenes the Haitian Constitution and policy of the Haitian people owning their Natural Resources. A fiduciary duty is an obligation of the trustee to manage assets competently, honestly, and with integrity. The fiduciary duties of the trustees of the CORE Group-OAS Trust have also been violated; to the detriment of the beneficiaries.

In 1993 US Rep James Traficant addressed the Hypothecation; Canon and Maritime Law of the Ens Legis UNITED STATES Bankruptcy. The **United States Federal Government was dissolved by the Emergency Banking Act, March 9, 1933 and the receivers of the UNITED STATES Bankruptcy is the Vatican; via the United Nations, the World Bank and the International Monetary Fund.** The International Monetary Fund (IMF) is the trustee of the Cestui Que Vie Trust for the Vatican. **The Emergency Banking Act, March 9, 1933 basically placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust. The IMF are administering the funds and assets of the Ens Legis UNITED STATES which is under the Cestui Que Vie Trust. The trustee Ens Legis UNITED STATES is responsible for disenfranchising the people of the Republic of Haiti by utilizing *UNSCR 1542, issued on 30 April 2004,* **to** place the sovereign nation under the CORE Group Trust, after the coup d'états of President Aristide, like they disenfranchised the people of the Republic of the USA with the **Emergency Banking Act of March 9, 1933; which placed the** Ens Legis UNITED STATES under the Cestui Que Vie Trust of the Vatican via **the United Nations, the World Bank and the International Monetary Fund.**

Within one month of the assassination of President Jovenel Moise, after their appointment of Ariel Henri as Prime Minister, the joint-stock company CORE Group Trust restructured itself into the CORE Group-OAS Trust.

**WHEREFORE, the Plaintiffs respectfully requests:**

**50 billion against the Defendant France which is a trustee of the CORE Group Trust/CORE-Group OAS Trust**

**50 billion against the Defendant ens legis UNITED STATES which is a trustee of the CORE Group Trust/CORE Group OAS Trust**

**50 billion against the Defendant ens legis CANADA which is a trustee of the CORE Group Trust/CORE Group OAS Trust**

**And the termination of the CORE Group Trust/CORE Group-OAS Trust.**

---

This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution (UNSCR) 940 "Uphold Democracy" code name Dragon's Blood;** was facilitated by the Governor's Island Agreement and Pact of New York which mentions re-enforcing the Force Armee D'Haiti (FAD'H) not disbanding the Haitian military. The dismantling of the Haitian military thru the Governor's Island Agreement signed by President Aisitede and UNSCR 940; acting under Chapter VII of the UN charter **and the guise of a Uni-lateral Intervention to restore President Jean Bertrand Aristide to the Presidency was actually an Incursion (clandestine invasion) of the Republic of Haiti by Washington D.C. and President William J. Clinton** utilizing the UNITED NATIONS **to utilize Haiti as a trans-national shipment point for narcotics and install DynCorp International to run operations. The unilateral intervention UNSCR 940 "Uphold Democracy"** and the presence of this multi-national force on sovereign Haitian soil violates the self- determination and sovereignty of the Republic of Haiti; **hence considered to be an illegal action under the principles of International Law.**

---

This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru** *UNSCR 1542 issued on 30 April 2004 established The United Nations Stabilization Mission in Haiti (MINUSTAH) with a mandate to support the Transitional Government of* President Boniface Alexandre and Prime Minister Gerard Latortue *with a military component of up to 6,700 U.N. soldiers. The ostensible utilization of UNSCR 1542 to place* the Republic of Haiti under the CORE Group Trust by **Washington DC, France, and Canada thru a** Tripartite Accord **with Civil-Society Groupe des 184 is a violation of the UN charter. These actions taken by Washington DC, France, Canada and Civil-Society Groupe des 184 under the guise of a Chapter VII mission are a violation of International Law in lieu of the fact that** UNSCR 1542 failed to consider the fact that the U.S. State Department funded the country's anti-Aristide opposition of "Democratic Platform of Civil Society Organizations and Opposition Political Parties" which destabilized the Fanmi-Lavalas government. According to the 1945 United Nations Charter, Article 2(7) the UN is not to intervene in matters which are essentially the internal affairs of any State unless there is a threat to peace, a breach of peace or an act of aggression, in which case the United Nations is entitled to have recourse to enforcement measures under Chapter VII of the Charter.

**WHEREFORE, the Plaintiffs respectfully request judgement as follows:**

Immediate injunctive relief from the UNITED NATIONS and all affiliates operating within the Republic of Haiti.

---

This is an action at law to redress the utilization of the UNITED NATIONS by the **ens legis UNITED STATES** for the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18); and violation of the sovereignty of the Republic of Haiti, founding member of the **United Nations, thru United Nations Security Council Resolution 1892 issued on 13 October 2009 which made William J. Clinton UN Special Envoy to Haiti 3 months prior to the Haitian earthquake and Executor of the Interim Haiti Reconstruction Commission (IHRC) Funds. UNSCR 1892 mandated that all UN member states, international and nongovernmental organizations had to coordinate with the IHRC in order to access over 13.5 billion of the Haitian Relief Funds; but only Friends of Bill (FOB's) got access to the funds as the majority of Haiti's Earthquake Relief Funds were embezzled by the IHRC thru the Clinton Foundation.**

This is an action at law to redress the 18-30 billion in earthquake relief funds which was embezzled by the Clinton Foundation thru the IHRC and never made it to the Republic of Haiti. Under the doctrine of Respondeat Superior the United Nations is liable for this 18-30 billion in Haiti earthquake relief funds due to the fact that it was United Nations Security Council Resolution 1892 issued on 13 October 2009 which made former US president William J. Clinton UN Special Envoy to Haiti just 3 months prior the catastrophic Haitian earthquake of January 12, 2010. Triple damages are in effect due to the failure of the UNITED NATIONS to comply with the HAITI REFORMATION PROJECT/Tabula-Rasa Accord thereby making the total 54 billion dollars.


**WHEREFORE, the Plaintiffs respectfully request judgement as follows:**

20 billion against Defendant United Nations

-----------------------------------------------------------------------------------------------------
-----------------------------------------------------------------------------------------------------

This is an action at law to redress the deprivation of the rights and privileges of the participants of this class-action under Color of Law (under Section 242 of Title 18 and request injunctive relief on the administration of PM Ariel Henry/"government of Haiti" for the enforcement of the HAITI REFORMATION PROJECT Tabula-Rasa Accord issued on March 26, 2021 by Marc Pierre Attorney-In-Fact, National Agent and Representative of said principle by the Ens Legis UNITED STATES. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is based upon Haiti Wiki-Leaks; Uni-lateral Declaration on Behalf of Haiti dated October 17 of 2018; Petrocaribe scandal and grass-roots movement of Operation Tabula-Rasa. Due to the power granted to me thru Power of Attorney as Attorney-In-Fact, National Agent and Representative of said principal the HAITI REFORMATION PROJECT; we conducted a survey among the Haitian community which resulted in the Tabula-Rasa Accord. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is an outline of the new system of governance the Haitian people want to implement in Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord outlines the mandates of said principal which is; to investigate IHRC and Petrocaribe scandals; audit the government; hold a National Conference; a National Referendum on a new Constitution and system; implement a Cooperative-Union owned by the people; and election of a new government of the Cooperative-Republic of Haiti.

The Republic of Haiti and Haitian Diaspora, I, The HAITI REFORMATION PROJECT and

Marc Pierre began executing the mandate of said principal by having the HAITI REFORMATION PROJECT Tabula-Rasa Accord served to the US State Dept.; administration of President Jovenel Moise; the United Nations and the Republic of Venezuela with a request to go to Haiti and investigate the Petrocaribe scandal. After publishing and serving the HAITI REFORMATION PROJECT Tabula-Rasa Accord to these parties I waited for an answer or call but never received any. I didn't receive a response from any parties but President Jovenel Moise, who received the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD on April 2, 2021, immediately complied by implementing one of the mandates; when his administration introduced a National Referendum for a New Constitution on June 27, 2021 to the people of the Republic of Haiti and the Haitian diaspora. In fact, President Moise already had a National Referendum for a new Constitution scheduled for April 25, 2021 and rescheduled it to June 27, upon reception of the HAITI REFORMATION PROJECT Tabula-Rasa Accord, to include the Haitian diaspora. President Moise also began talks with Qatar for help with developing Haiti's oil and **received the credentials of Sergey Melik-Bagdasarov, as new Ambassador Extraordinary and Plenipotentiary accredited to Haiti on behalf of the Russian Federation on June 2, 2021, at the National Palace! After receiving the** Tabula-Rasa Accord**, President Moise also cut all contracts with the CORE Group-OAS; UN; the Roman Catholic church and all other entities exploiting the Republic of Haiti and its' resources. Upon his return from his June 17, 2021 diplomatic mission to Turkey, Michel Martely and the PHTK party coerced President Moise into replacing his Prime Minister, Claude Joseph, who was appointed on 14 April 2021. On 5 July 2021, President Jovenel Moïse selected Ariel Henry (PHTK nominee) as the next Prime Minister of Haiti. Upon appointing Ariel Henry as the new Prime Minister, President Jovenel Moïse was assassinated, just two days later, on July 7 2021!** It has become clear to the HAITI REFORMATION PROJECT and diaspora that the assassination of President Jovenel Moise was authorized by the Ens Legis UNITED STATES for executing some of the mandates of the HAITI REFORMATION PROJECT/TABULA-RASA ACCORD. Even US Secretary of State Antony Blicken has stated on record that the administration of President Joe Biden is against the National Referendum for a new Constitution which President Moise had introduced to the people. Washington DC has also installed and fully supported the appointment of PM Ariel Henry, who has been implicated in the assassination of President Moise.

**WHEREFORE, the Plaintiffs respectfully request judgement as follows:**

Demand the illegitimate; defacto; unelected; transitional government of Ariel Henri and that his "administration" contract non-profit HAITI REFORMATION PROJECT and Lead Plaintiff, Marc Pierre, Attorney-In-Fact, National Agent and Representative to complete the execution of the mandate of said principle which was outlined in the HAITI REFORMATION PROJECT Tabula-Rasa Accord (Cease-and-Desist Order) and started by the President Moise when he introduced a National Referendum for a New Constitution on June 27, 2020 to the people of the Republic of Haiti. The HAITI REFORMATION PROJECT Tabula-Rasa Accord is also a Cease and Desist Order which returned Haiti's Natural Resources (which are claimed by the UNITED STATES as strategic reserves) back to the people under a cooperative-union

This Cease-and-Desist Order exposed the malfeasance of the Ens Legis US in Haiti ever since the 19-year US military occupation between 1915 and 1934 was served to US Mission to the UN on March 30, 2021. The Ens Legis UNITED STATES was notified within the HAITI REFORMATION PROJECT/Tabula-Rasa Accord that failure to comply with this

Cease-and-Desist Order within 30 days will result in Legal Action by Marc Pierre the Attorney-In-Fact, National Agent and Representative of said principle: The Republic of Haiti and Haitian Diaspora due to irreparable harm and inadequate legal remedy. Therefore, I am commencing this legal action in UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF NEW YORK for enforcement of the HAITI REFORMATION PROJECT/Tabula-Rasa Accord; Cease-and-Desist-Order served to said parties on April 2, 2021.

--------------------------------------------------------------------------------------

This is an action at law demanding the UNITED NATIONS form a special International Tribunal to investigate the assassination of President Jovenel Moise consisting of the following nations: Russia; Venezuela; Cuba; Bolivia; China; Turkey; Mali; Burkina Faso; Ethiopia; and Colombia.

--------------------------------------------------------------------------------------

This is an action at law demanding the UN **investigate whether the 2010 Haiti earthquake was artificially induced due to** the covert use of HAARP by DynCorp Int and U.S. Southern Command SOUTHCOM during Complex Command and Control Emergency Relief Drills on January 11 2010 which caused the 7.2 earthquake resulting in 300,000 deaths and leaving millions homeless in Haiti. Even the remote possibility of the clandestine use of HAARP as a Weapon of Mass Destruction by the US on unsuspecting populations needs to be investigated and regulated by the UN. In fact, I went on the YouTube show Moun Afe Bon to speak about this topic and coincidentally Haiti was hit with another earthquake a few days later in the month of August.

--------------------------------------------------------------------------------------

This is an action at law demanding immediate injunctive relief from the illegitimate; defacto; unelected; transitional government of Ariel Henri who has been implicated in the assassination of President Jovenel Moise and illegally installed as Prime Minister by the CORE Group and Washington DC. The gendarmerie operating within the government of the Republic of Haiti on behalf of Washington DC is in violation of Haitian sovereignty, Geneva Convention, Magna Carta, the Nuremberg Charter, International Law, The UN Declaration on the Rights of Indigenous Peoples, The UN Declaration of the Rights of the Child, the UN Universal Declaration of Human Rights, Tort Law, Gross Negligence. Haiti is a founding member of the United Nations; for every right there is a remedy, where there is no remedy, there is no right. The nature of Reparations to be made for the breach of UNSCR 940; UNSCR 1542; UNSCR 1892 and international obligations are in conformity with Article 36(2) of the Statute of the International Court of Justice.

For All Causes of Action against all the defendants, compensatory and punitive damages in an amount to be determined trial. Triple damages are in effect due to the violation of HAITI REFORMATION PROJECT/Tabula-Rasa Accord.

Such and further relief as this Court may deem necessary in the interest of justice.

 Dated:

October 3, 2021                                              Respectfully Submitted,

Marc Pierre, Attorney-In-Fact,

Active Agent, Representative of

The Republic of Haiti

HAITI REFORMATION PROJECT

1900 Schieffelin Ave 6c

Bronx, NY 10466

(347)324-2938