UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARC PIERRE; et al.,<br><br>                          Plaintiffs,<br><br>-against-<br><br>CONSULATE GENERAL OF HAITI, et al.,<br><br>                          Defendants. | 22-CV-8504 (LTS)<br><br>CIVIL JUDGMENT |

For the reasons stated in the May 22, 2023, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   May 22, 2023
             New York, New York

                                                           /s/ Laura Taylor Swain
                                                  LAURA TAYLOR SWAIN
                                        Chief United States District Judge